# EXHIBIT A



We serve customers from all over the world. Whether you are in Europe, Asia-Pacific, Africa or the Americas, you are within our range.



We Solve Real Problems

## What Can We Do For You?



**Music Recognition**

The New Standard For Music Recognition

Learn More →

**Broadcast Monitoring**

The API-First Broadcast Monitoring Services For Your Business

Learn More →

**Live Channel Detection**

Detecting Live Channels And Time-Shifting Channels In Scale

Learn More →

**Second Screen Synchronization**

Detecting Pre-Recorded Content In Scale And Interacting With Selected Television Broadcasts

Learn More →

**Copyright Compliance**

Protecting Music Copyright

Learn More →

**Data Deduplication**

Refining Media Database

Learn More →







**Audience Measurement**

More Accurate & Convincing

Learn More →

**Humming Recognition**

Find Out The Title Of A Song Simply By Humming The Tune Into Your Device

Learn More →

**Offline Recognition**

Detecting Custom Content On Devices Without Network Connection

Learn More →

Browsing User Scenarios By Industries

# Who We Serve

**Music DSPs & Apps**

Music Streaming Services, Music & Lyrics Apps, Phone Manufacturers

Learn More

**PROs & Labels**

Performance Rights Organizations, Copyright Societies, Publishers & Record Labels

Learn More

**Distributors & UGC Platforms**

Digital Music Distributors, Aggregators & User Generated Content Platforms

Learn More

**Broadcasters**

TV & Radio Stations

Learn More

**Advertising & Big Data**

Big Data Platforms & Advertising Agencies

Learn More

**Automotive**

Automotive Manufacturers, Tier 1 Suppliers & OEMs

Learn More

What's Happening

# Press Releases







Social Platform Fanbase

India's leading video sharing

ACRCloud Partners with The

### Adopts ACRCloud to Monitor Music Usage in User-Generated Content

September 8th, 2022 – Subscription-based social platform Fanbase has adopted ACRCloud's automatic content identification technology to analyze the music in videos uploaded by creators and

READ MORE »

### app Josh adopts ACRCloud's automatic content recognition technology for music content monitoring

Feb 16th, 2022 – Josh, India's fastest growing short video sharing app with 139 million monthly active users, has adopted the automatic content recognition technology

READ MORE »

### Orchard on Copyright Compliance & Catalog Deduplication

(July 12, 2021) – ACRCloud announced today it has added leading global distributor, The Orchard, to its list of growing music partners. The distributor has

READ MORE »

---

Contact    Press    Blog    Docs    Brand Guidelines    Terms of Use    Privacy Policy

Music Submission        京ICP备15035697号-1

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

# EXHIBIT B

# AWS Case Study: ACRCloud

**ACR**Cloud

> The global reach of AWS enables our startup to provide secure, stable, and reliable audio fingerprint retrieval services to customers all over the world. Using AWS's rich functions and flexible resource allocation model, our computing cost has been reduced by 50% to 60%, and the operation and maintenance cost has been reduced by 80%.
>
> **Yin Zhongxing**
> Co-founder & Platform Architect of ACRCloud

## About ACRCloud

ACRCloud (hereinafter referred to as "ACRCloud") is an excellent automatic content recognition service provider in the world, providing enterprise customers with music recognition, in-vehicle virtual digital broadcasting, TV second screen interaction, broadcast content monitoring, etc. Multi-type audio fingerprint recognition solutions, and won the first place in the audio fingerprint technology and humming recognition technology competition in the international audio retrieval competition MIREX for many years. At present, ACRCloud uses AWS to achieve global server deployment, providing users around the world with stable and reliable audio fingerprint recognition services. The company serves customers in more than 150 countries and regions around the world, including Xiaomi, BAIC, NetEase, Sharp, TCL, DTS, Deezer Cartoon Channel, Swedish National Radio, etc.

## challenges

The core business of ACRCloud is to provide audio fingerprint retrieval services for global users. Users transmit audio data to ACRCloud's SaaS platform, extract audio fingerprints, compare them with the data in ACRCloud's background audio database, and then return the identification results. This processing service is computationally intensive, placing high demands on the server's computing power, memory capacity, and network bandwidth. At the beginning of the business, ACRCloud adopted the IDC hosting server method, but soon found that this method could not meet the business needs at all, mainly reflected in three aspects: one is that the cost is too high, and the audio recognition has high requirements for traffic, However, the broadband cost of IDC hosting servers is very high, which leads to an increase in the overall cost of the system; the second is complicated operation and maintenance. All services on IDC need to be built by users themselves, including databases, storage, etc., and with the expansion of business scale, it is necessary to invest More manpower is responsible for system operation and maintenance, which is unbearable for a startup like ACRCloud; thirdly, ACRCloud's target customers are all over the world. In order to provide customers with fast services, it is necessary to deploy servers in different regions of the world. The IDC model simply cannot achieve low-cost globalization and rapid deployment.

To meet these challenges, ACRCloud decided to abandon the IDC model. After a comprehensive evaluation of the mainstream cloud platforms in the market, ACRCloud finally chose AWS. "Our overseas business has grown rapidly. In November 2018, AWS has provided cloud services in 19 regions around the world, which allows us to deploy servers in each region and obtain the expected network performance. AWS provides managed services such as Amazon Route 53 , Elastic Load Balancing (ELB) , Amazon Relational Database Service (Amazon RDS) , etc. have freed us from the undifferentiated infrastructure construction work and focused on the research and development of core business systems, so that users all over the world can use ACRCloud stably and quickly The audio fingerprint retrieval service provided." said Yin Zhongxing, co-founder & platform architect of ACRCloud.

## Why choose AWS

ACRCloud provides audio fingerprint retrieval services for global users through the SaaS platform. Therefore, when choosing a cloud service provider, three aspects are most important: global coverage, cost, stability and reliability.

"First, AWS' cloud services around the world allow us to deploy servers in the regions closest to our customers and quickly develop global business; second, AWS' flexible billing methods can help us greatly reduce costs; third, AWS is extremely stable. The stability and reliability allow us to deploy the audio retrieval SaaS platform provided for enterprise customers on AWS with confidence and always provide customers with stable and reliable services." Yin Zhongxing said.

**Global coverage**

AWS has Availability Zones in 19 regions around the world, allowing developers to easily deploy applications to reach end users in multiple geographic regions using the same AWS cloud services operating in different locations around the world. ACRCloud's customers are all over the world. In order to provide customers with fast services, ACRCloud selects the deployment area of the server according to the number of customers, deploys the server in the area closest to the customer as much as possible, and uses Amazon Route 53 to automatically map user access requests to access delays The lowest area, so that customers of the ACRCloud SaaS platform can quickly access and quickly obtain search results no matter where they are. Unlike other cloud platforms, Route 53 is highly integrated with AWS cloud services and provides a set of concise APIs that customers can either call directly or access all of its functions through the AWS management console, simplifying application development.

**Flexible billing methods**

"We are a start-up company and must effectively reduce costs while expanding our business. Amazon Elastic Compute Cloud (Amazon EC2) deployed in various AWS Availability Zones is the main cost of the ACRCloud SaaS platform. By maximizing the use of Amazon EC2 Spot instances, We have significantly reduced costs while ensuring system stability and availability," said Yin Zhongxing. Amazon EC2 Spot Instances are available spare computing capacity in AWS Availability Zones. Compared to the price of On-Demand Instances, Spot Instances offer a deep discount. Users only need to select "Spot" when launching an Amazon EC2 instance and save per 90% of the instance price is required. Amazon EC2 Spot Instances are also tightly integrated with other AWS products, including Amazon EMR , AWS Auto Scaling , Amazon Elastic Container Service (Amazon ECS) , AWS CloudFormation , and more, giving users the flexibility to choose how to launch and maintain applications running on Spot Instances to Ensure the stability and reliability of the entire system. In addition, AWS also provides Spot Fleet, which is used to automatically manage Spot Instances. Users only need to tell Spot Fleet how much capacity they need, and the fleet will automatically do the rest.

**High stability and reliability**

ACRCloud provides SaaS services for enterprise customers, so the stability and reliability of the cloud platform are crucial. The stability and reliability of AWS cloud services are comprehensive. Not only does each cloud service have extremely high stability and reliability, but it also continuously improves in terms of architecture design, security management, prevention of malicious attacks, and the number of

availability zones. Its stability and reliability enable AWS users to always obtain stable and reliable cloud services no matter where they are. "AWS provides a complete SDK and API, and we can make full use of Amazon CloudWatch , ELB, AWS Auto Scaling and other functions to monitor and manage resource usage to ensure that the system is always stable and reliable." Yin Zhongxing said.

## results

Since 2015, ACRCloud has completely abandoned the IDC hosting server method, deployed the entire audio fingerprint retrieval SaaS platform on AWS, and used AWS cloud services in China, Asia, America and Europe to provide data services in more than 150 countries. Wanjia enterprise customers provide audio fingerprint retrieval services. Currently, AWS cloud services used by ACRCloud include Amazon EC2, AWS Auto Scaling, Amazon CloudWatch, Amazon Route 53, ELB, Amazon Virtual Private Cloud (Amazon VPC) , Amazon Simple Queue Service (Amazon SQS) , Amazon Simple Storage Service (Amazon S3) , Amazon RDS, Amazon Elasticsearch Service , etc. Figure 1 is a schematic diagram of the architecture of ACRCloud SaaS deployed on AWS.



Figure 1: Architecture diagram of ACRCloud SaaS deployed on AWS

Under this architecture, ACRCloud makes full use of the advantages of AWS's global deployment, deploys servers in different regions such as Asia, America, and Europe, uses Amazon RDS as the underlying persistent storage relational database, and creates master-slave databases in different regions. The read-write separation of services can not only achieve data consistency between different regions, but also provide users with fast access requests. In terms of services, Amazon Route 53 is used for global customer service access, user access requests are allocated to the nearest server, ELB + AWS Auto Scaling is used for dynamic expansion to cope with traffic changes, and Amazon CloudWatch and third-party management tools are used for The automatic operation and maintenance management greatly improves the stability and reliability of the system, and the request delay of user access is reduced from more than 1 second in the past to less than 500 milliseconds.

In terms of cost savings, ACRCloud uses cheap and high-quality Amazon EC2 Spot instances to the extreme, reducing computing costs by 50% to 60%. "We use Amazon EC2 on-demand instances as the interface server and cache server, and other servers use a large number of Spot instances and use AWS API and SDK to automate the management and control of Spot instances, ensuring high system stability and high availability. Reduce computing costs." Yin Zhongxing said. In addition, AWS' rich API and SDK enable ACRCloud to realize automatic operation and maintenance by writing scripts, which greatly reduces operation and maintenance costs and improves development efficiency. In the past, 2 people were required to spend 50% of their work time on service maintenance, but now only 1 person is required to spend 20% of their time on service maintenance, reducing operation and maintenance costs by 80%. In terms of data storage, ACRCloud creates Amazon S3 Buckets in different regions of AWS to store logs, pictures, audio and video information of nearby users, which not only ensures data security, but also improves access speed. At the same time, it is used according to the frequency of data access. Different types of Amazon S3 or store data with low access frequency in Amazon S3 on Amazon Glacier , which greatly reduces storage costs.

In terms of security, ACRCloud uses Amazon VPC to create VPCs in each region, and VPCs between different regions are connected through VPC Peering Connections, so that both internal VPC servers and between VPCs can be accessed through intranet IPs, which greatly improves the The security of the entire SaaS platform. "AWS' global coverage enables us, a small, fledgling company, to provide customers around the world with secure, stable, and reliable audio fingerprint retrieval services at an affordable cost, which cannot be achieved in the IDC model. As an AWS standard-level technology partner (APN), we have received strong support from the AWS partner team in terms of resource use and architecture design, helping us save costs and reduce project risks." Yin Zhongxing said.

With the rapid development of global business, ACRCloud is planning to make more full use of various functions of AWS, optimize operation and maintenance procedures, realize fully automated operation and maintenance services, and further optimize the storage structure and reduce the storage cost of the entire system.

## More information

To learn about how AWS helps startups build and launch businesses, visit the AWS Startups page .

登录控制台

**Learn about AWS**

What is AWS?

What is cloud computing?

AWS Inclusion, Diversity, and Equity

What is DevOps?

What is a container?

**AWS resources**

getting Started

Training and Certification

AWS Solutions Portfolio

Architecture Center

Product and Technology FAQ

analysis report

AWS Partner Network

**Developers on AWS**

Developer Center

Software Development Kits & Tools

.NET running on AWS

Python running on AWS

Java running on AWS

PHP running on AWS

JavaScript running on AWS

**help**

contact us

AWS jobs

Submit Support TT

Knowledge Center

AWS re:Post

AWS Support overview

law



# EXHIBIT C

Case 1:22-cv-01344-UNA   Document 1-1   Filed 10/12/22   Page 11 of 298 PageID #: 35



*ACR*Cloud

Home   Solutions   Industries   Login   English   Sign Up

# Advertising & Big Data

Big Data Platforms & Advertising Agencies

## Customer Stories

RealityMine has integrated ACRCloud's audio content recognition SDK in its passive metering app to identify specific commercials. The data is analyzed along with personal location behavior to draw insights about consumer behavior from commercial viewings and real-world store visits.





We were attracted by ACRCloud's range of up-to-date SDKs, developer tools and high scalability. Integration of the Android SDK was straightforward and when an opportunity to enhance the performance on low-end devices was discovered, an improvement was delivered very rapidly.

**Graham Dean, CTO of RealityMine**

Got any questions? I'm happy to help!



We trust ACRCloud when it comes to fingerprinting, the way they have grown over the past few years is impressive!

**David Weiszfeld, CEO of Soundcharts**

Soundcharts works with ACRCloud to monitor music airplay on radio stations around the world. Soundcharts integrates with ACRCloud's API of broadcast monitoring to receive all music airplay data for each station. It then distributes monitoring results to artists or labels who are using Soundcharts.



## Customers With Similar Scenarios







## Start Integrating ACRCloud With Your Project



**Sign Up**

## User Scenarios

Got any questions? I'm happy to help!

Case 1:22-cv-01344-UNA    Document 1-1    Filed 10/12/22    Page 13 of 298 PageID #: 37



### Track Ads Or Music Usage

Get to know when and where the Ads or music have been played.



### Audience Measurement On TV

Get insights of the TV audiences by measuring when and what content they have watched.

## Related Solutions

### Broadcast Monitoring

The API-First Broadcast Monitoring Services For Your Business

Learn More →

### Audience Measurement

More Accurate & Convincing

Learn More →

### Offline Recognition

Detecting Custom Content On Devices Without Network Connection

Learn More →

Contact   Press   Blog   Docs   Brand Guidelines   Terms of Use   Privacy Policy

Music Submission   京ICP备15035697号-1

© 2015 · 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

Got any questions? I'm happy to help!

# EXHIBIT D

US007783889B2

(12) **United States Patent**

Srinivasan

(10) Patent No.: **US 7,783,889 B2**

(45) Date of Patent: **Aug. 24, 2010**

(54) **METHODS AND APPARATUS FOR GENERATING SIGNATURES**

(75) Inventor: **Venugopal Srinivasan**, Palm Harbor, FL (US)

(73) Assignee: **The Nielsen Company (US), LLC**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 199 days.

(21) Appl. No.: **11/676,452**

(22) Filed: **Feb. 19, 2007**

(65) **Prior Publication Data**

US 2007/0274537 A1    Nov. 29, 2007

**Related U.S. Application Data**

(63) Continuation of application No. PCT/US2005/029623, filed on Aug. 18, 2005.

(60) Provisional application No. 60/603,024, filed on Aug. 18, 2004.

(51) **Int. Cl.**
**H04L 9/00**    (2006.01)

(52) **U.S. Cl.** ........................ **713/179**; 713/176; 725/19; 725/20; 380/202; 380/239; 381/94.3

(58) **Field of Classification Search** ................ 713/160, 713/176, 179; 380/202, 206, 207, 239, 253, 380/229; 382/100, 232, 240, 191; 381/94.3; 375/134; 704/268, 273; 725/19, 20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,230,990 A    10/1980  Lert, Jr. et al.

(Continued)

FOREIGN PATENT DOCUMENTS

AU        718227    11/1997

(Continued)

OTHER PUBLICATIONS

United States Patent and Trademark Office, "PCT International Search Report," issued by the International Searching Authority of the United States Patent and Trademark Office on Feb. 6, 2008, in connection with a counterpart international application No. PCT/US2005/029623 (3 pages).

(Continued)

*Primary Examiner*—Nasser Moazzami
*Assistant Examiner*—Shanto M Abedin
(74) *Attorney, Agent, or Firm*—Hanley, Flight and Zimmerman, LLC

(57) **ABSTRACT**

Methods, apparatus, and articles of manufacture for media monitoring are disclosed. In particular, the example methods, apparatus, and articles of manufacture generate digital spectral signatures for use in identifying media information. Initially, a frame of media samples is obtained. A first frequency component having a first spectral power and a second frequency component having a second spectral power are identified by performing a spectral transform operation on the frame of media samples. A descriptor of the first frame of media samples is determined based on a comparison of the first spectral power and the second spectral power. A first signature is then generated based on the descriptor.

**17 Claims, 12 Drawing Sheets**



## US 7,783,889 B2
Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 4,450,531 | A | 5/1984 | Kenyon et al. | |
| 4,677,466 | A * | 6/1987 | Lert et al. | 725/22 |
| 4,697,209 | A * | 9/1987 | Kiewit et al. | 725/19 |
| 4,739,398 | A | 4/1988 | Thomas et al. | |
| 4,843,562 | A | 6/1989 | Kenyon et al. | |
| 4,931,871 | A | 6/1990 | Kramer | |
| 4,945,412 | A | 7/1990 | Kramer | |
| 4,947,436 | A | 8/1990 | Greaves et al. | |
| 5,019,899 | A | 5/1991 | Boles et al. | |
| 5,436,653 | A | 7/1995 | Ellis et al. | |
| 5,437,050 | A | 7/1995 | Lamb et al. | |
| 5,450,490 | A * | 9/1995 | Jensen et al. | 380/253 |
| 5,481,294 | A | 1/1996 | Thomas et al. | |
| 5,485,518 | A | 1/1996 | Hunter et al. | |
| 5,504,518 | A | 4/1996 | Ellis et al. | |
| 5,572,246 | A | 11/1996 | Ellis et al. | |
| 5,581,658 | A | 12/1996 | O'Hagan et al. | |
| 5,612,729 | A | 3/1997 | Ellis et al. | |
| 5,621,454 | A | 4/1997 | Ellis et al. | |
| 5,809,160 | A | 9/1998 | Powell et al. | |
| 5,822,436 | A | 10/1998 | Rhoads | |
| 5,826,164 | A | 10/1998 | Weinblatt | |
| 5,875,122 | A | 2/1999 | Acharya | |
| 5,909,518 | A | 6/1999 | Chui | |
| 5,918,223 | A | 6/1999 | Blum et al. | |
| 6,061,793 | A * | 5/2000 | Tewfik et al. | 713/176 |
| 6,072,888 | A | 6/2000 | Powell et al. | |
| 6,122,392 | A | 9/2000 | Rhoads | |
| 6,175,627 | B1 | 1/2001 | Petrovic et al. | |
| 6,226,387 | B1 * | 5/2001 | Tewfik et al. | 382/100 |
| 6,230,176 | B1 | 5/2001 | Mizutani | |
| 6,240,062 | B1 | 5/2001 | Kozaki et al. | |
| 6,253,182 | B1 * | 6/2001 | Acero | 704/268 |
| 6,266,430 | B1 | 7/2001 | Rhoads | |
| 6,272,176 | B1 * | 8/2001 | Srinivasan | 375/240 |
| 6,330,335 | B1 | 12/2001 | Rhoads | |
| 6,366,937 | B1 | 4/2002 | Shridhar et al. | |
| 6,385,330 | B1 | 5/2002 | Powell et al. | |
| 6,404,898 | B1 | 6/2002 | Rhoads | |
| 6,421,445 | B1 | 7/2002 | Jensen et al. | |
| 6,459,803 | B1 | 10/2002 | Powell et al. | |
| 6,466,670 | B1 | 10/2002 | Tsuria et al. | |
| 6,469,749 | B1 | 10/2002 | Dimitrova et al. | |
| 6,496,591 | B1 | 12/2002 | Rhoads | |
| 6,504,870 | B2 * | 1/2003 | Srinivasan | 375/240 |
| 6,513,161 | B2 * | 1/2003 | Wheeler et al. | 725/14 |
| 6,542,620 | B1 | 4/2003 | Rhoads | |
| 6,560,349 | B1 | 5/2003 | Rhoads | |
| 6,560,350 | B2 | 5/2003 | Rhoads | |
| 6,567,780 | B2 | 5/2003 | Rhoads | |
| 6,574,594 | B2 | 6/2003 | Pitman et al. | |
| 6,597,405 | B1 | 7/2003 | Iggulden | |
| 6,604,072 | B2 | 8/2003 | Pitman et al. | |
| 6,614,915 | B2 | 9/2003 | Powell et al. | |
| 6,633,651 | B1 | 10/2003 | Hirzalla et al. | |
| 6,647,129 | B2 | 11/2003 | Rhoads | |
| 6,647,130 | B2 | 11/2003 | Rhoads | |
| 6,675,383 | B1 | 1/2004 | Wheeler et al. | |
| 6,678,392 | B2 | 1/2004 | Powell et al. | |
| 6,714,683 | B1 | 3/2004 | Tian et al. | |
| 6,757,407 | B2 * | 6/2004 | Bruckstein et al. | 382/100 |
| 6,799,274 | B1 * | 9/2004 | Hamlin | 713/176 |

| | | | | |
|---|---|---|---|---|
| 6,839,673 | B1 * | 1/2005 | Choi et al. | 704/273 |
| 6,959,386 | B2 | 10/2005 | Rhoads | |
| 6,968,337 | B2 | 11/2005 | Wold | |
| 6,971,010 | B1 * | 11/2005 | Abdel-Mottaleb | 713/176 |
| 7,006,555 | B1 * | 2/2006 | Srinivasan | 375/133 |
| 7,073,065 | B2 * | 7/2006 | Stone | 713/176 |
| 7,120,562 | B1 * | 10/2006 | Wilson | 702/189 |
| 7,221,902 | B2 * | 5/2007 | Kopra et al. | 455/3.05 |
| 7,269,338 | B2 * | 9/2007 | Janevski | 386/96 |
| 7,284,128 | B2 * | 10/2007 | Sako | 713/176 |
| 7,512,801 | B1 | 3/2009 | Akiyama et al. | |
| 7,562,012 | B1 | 7/2009 | Wold | |
| 2001/0005823 | A1 | 6/2001 | Fischer et al. | |
| 2001/0029580 | A1 | 10/2001 | Moskowitz | |
| 2002/0178410 | A1 | 11/2002 | Haitsma et al. | |
| 2002/0186768 | A1 | 12/2002 | Dimitrova et al. | |
| 2003/0005430 | A1 | 1/2003 | Kolessar | |
| 2003/0036910 | A1 * | 2/2003 | Van Der Veen et al. | 704/500 |
| 2003/0086341 | A1 | 5/2003 | Wells et al. | |
| 2003/0131350 | A1 | 7/2003 | Peiffer et al. | |
| 2003/0156827 | A1 * | 8/2003 | Janevski | 386/96 |
| 2003/0223584 | A1 * | 12/2003 | Bradley et al. | 380/229 |
| 2004/0122679 | A1 | 6/2004 | Neuhauser et al. | |
| 2004/0210922 | A1 | 10/2004 | Peiffer et al. | |
| 2005/0257064 | A1 * | 11/2005 | Boutant et al. | 713/180 |
| 2006/0107057 | A1 * | 5/2006 | Lewis et al. | 713/176 |
| 2006/0184961 | A1 | 8/2006 | Lee et al. | |
| 2006/0195861 | A1 * | 8/2006 | Lee | 725/19 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 747044 | 9/2000 |
| EP | 0887958 | 12/1998 |
| EP | 0987855 A2 | 3/2000 |
| JP | 3173291 | 7/1991 |
| WO | WO00079709 | 12/2000 |
| WO | WO02065782 | 8/2002 |
| WO | 2005/006768 | 1/2005 |

### OTHER PUBLICATIONS

Graps, Amara, "An Introduction to Wavelets," Institute of Electrical and Electronics Engineers, Inc., Summer 1995, Los Alamitos, USA (18 pages).

Haitsma et al., "Robust Audio Hashing for Content Identification," Philips Research, Eindhoven, NL, http://cite.seer.ist.psu.edu/haitsma01robust.html, 2001 (8 pages).

Conner, Margery, "Advantages of the Sliding-Mode DFT," www.edn.com, Jan. 9, 2002 (1 page).

International Preliminary Examining Authority, "PCT International Preliminary Examination Report," issued by the United States Patent and Trademark Office on May 6, 2008, in connection with a counterpart international applicaton No. PCT/US2005/029623 (9 pages).

Mexican Institute of Industrial Property issued on Jul. 16, 2009, The result of Substantive Examination (including English Translation) in Mexican patent application No. MX/a/2007/002071, 3 pages with 3 pages English Translation.

Jeffrey D. Taft, PhD., "DSP Design Performance—Breaking barriers in Digital Signal Processing...with new design tools," 2001, [retrieved from http://www.nauticom.net/www.jdtaft/DFT_increm.htm, accessed on Jan. 19, 2004], 1 page.

Schneider et al., "A Robust Content Based Digital Signature for Image Authentication," Columbia University, 1996, 4 pages.

* cited by examiner



FIG. 1A



FIG. 1B



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11



FIG. 12

US 7,783,889 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

**METHODS AND APPARATUS FOR GENERATING SIGNATURES**

RELATED APPLICATIONS

This patent is a continuation of International Patent Application Ser. No. PCT/US2005/029623, filed Aug. 18, 2005, which claims priority to U.S. Provisional Application 60/603,024, filed on Aug. 18, 2004, both of which are hereby incorporated herein by reference in their entireties.

FIELD OF THE DISCLOSURE

The present disclosure relates generally to media monitoring and, more particularly, to methods and apparatus for generating signatures for use in identifying media information.

BACKGROUND

Identifying media information and more specifically audio streams (e.g., audio information) using signature-matching techniques is well known. Known signature-matching techniques are often used in television and radio audience metering applications and are implemented using several known methods for generating and matching signatures. For example, in television audience metering applications, signatures are generated at monitoring sites (e.g., monitored households) and reference sites. Monitoring sites typically include locations such as, for example, households where the media consumption of audience members is monitored. For example, at a monitoring site, monitored signatures may be generated based on audio streams associated with a selected channel, radio station, etc. The monitored signatures may then be sent to a central data collection facility for analysis. At a reference site, signatures, typically referred to as reference signatures, are generated based on known programs that are provided within a broadcast region. The reference signatures may be stored at the reference site and/or a central data collection facility and compared with monitored signatures generated at monitoring sites. A monitored signature may be found to match with a reference signature and the known program corresponding to the matching reference signature may be identified as the program that was presented at the monitoring site.

BRIEF DESCRIPTION OF THE DRAWINGS

FIGS. **1**A and **1**B illustrate example audio stream identification systems for generating digital spectral signatures and identifying audio streams.

FIG. **2** is a time-domain representation of an example monitored audio stream and a plurality of audio sample frames acquired from the monitored audio stream.

FIG. **3** is a time-domain representation of an example reference audio stream and a plurality of audio sample frames acquired from the example reference audio stream.

FIG. **4** is a flow diagram of an example method for generating digital spectral signatures based on spectral decompositions.

FIG. **5** is a flow diagram of an example method for generating descriptors associated with the example method of FIG. **4**.

FIG. **6** is a flow diagram of another example method for generating digital spectral signatures based on spectral decompositions.

FIG. **7** is a flow diagram of an example method for generating descriptors associated with the example method of FIG. **6**.

FIG. **8** is a flow diagram of an example method for comparing the digital spectral signatures generated using the example methods of FIGS. **4-7**.

FIG. **9** is a block diagram of an example signature generation system for generating digital spectral signatures based on audio streams.

FIG. **10** is a block diagram of another example signature generation system for generating digital spectral signatures based on audio streams.

FIG. **11** is a block diagram of an example signature comparison system for comparing digital spectral signatures.

FIG. **12** is a block diagram of an example processor system that may be used to implement the methods and apparatus described herein.

DETAILED DESCRIPTION

Although the following discloses example systems including, among other components, software executed on hardware, it should be noted that such systems are merely illustrative and should not be considered as limiting. For example, it is contemplated that any or all of these hardware and software components could be embodied exclusively in hardware, exclusively in software, or in any combination of hardware and software. Accordingly, while the following describes example systems, persons of ordinary skill in the art will readily appreciate that the examples provided are not the only way to implement such systems.

The methods and apparatus described herein generally relate to generating digital spectral signatures, which may be used to identify media information. In particular, the disclosed methods and apparatus are described with respect to generating digital spectral signatures based on audio streams (e.g., audio information). However, the methods and apparatus described herein may also be used to generate digital spectral signatures based on any other type of media information such as, for example, video information, web pages, still images, computer data, etc. Further, the media information may be associated with broadcast information (e.g., television information, radio information, etc.), information reproduced from any storage medium (e.g., compact discs (CD), digital versatile discs (DVD), etc.), or any other information that is associated with an audio stream, a video stream, or any other media information for which the digital spectral signatures are generated. In one particular example, the audio streams are identified based on digital spectral signatures that include monitored digital signatures generated at a monitoring site (e.g., a monitored household) and reference digital signatures generated and/or stored at a reference site and/or a central data collection facility.

As described in detail below, the methods and apparatus described herein identify media information including audio streams based on digital spectral signatures. The digital spectral signatures may be formed using digital descriptors that are generated based on the spectral components of an audio stream and that may be analyzed using frequency transforms and/or wavelet transforms.

Unlike known methods in the prior art that use interframe operations (e.g., operations based on sample data within different data sample frames) to generate digital spectral signatures, the methods and apparatus described herein may be implemented using intraframe operations (e.g., operations based on sample data within a single frame). Intraframe operations may include, for example, comparison operations, determining percentage differences between values, etc. that are performed on two or more values (e.g., spectral power values) that are uniquely associated with or derived from a single frame. For example, using the methods and apparatus described herein, a digital spectral signature may be generated by obtaining a frame of media samples, determining

US 7,783,889 B2

3

spectral power values by performing a spectral transform (e.g., a FFT, a wavelet transform, etc.) on the frame of media samples, and performing an intraframe operation (e.g., a comparison) based on two or more spectral power values that are uniquely associated with the frame of media samples.

Frequency components of an audio signal are typically generated by transforming the audio signal data (e.g., an audio stream) from the time domain to the frequency domain using, for example, a Fourier Transform. The Fourier Transform can be used to analyze the frequency components in an audio stream and identify the spectral power of each frequency component. The spectral powers may then be used to generate digital spectral signatures.

Digital spectral signatures may also be generated based on wavelet transforms which transform audio data from the time domain to the wavelet domain. In general, wavelet transforms may be used to decompose blocks or frames of data (e.g., time domain audio samples) into multiple sub-bands, thereby allowing data sets to be analyzed at various scales and/or resolutions. By separating data into multiple sub-bands, a wavelet transform may be used to analyze each time interval of data at a desired scale or resolution.

Monitored signatures may be generated at a monitoring site based on audio streams associated with media information (e.g., a monitored audio stream) that is consumed by an audience. For example, a monitored signature may be generated based on the audio track of a television program presented at a monitoring site. The monitored signature may then be communicated to a central data collection facility for comparison to one or more reference signatures.

Reference signatures are generated at a reference site and/or a central data collection facility based on audio streams associated with known media information. The known media information may include media that is broadcast within a region, media that is reproduced within a household, media that is received via the internet, etc. Each reference signature is stored in a memory with media identification information such as, for example, a song title, a movie title, etc. When a monitored signature is received at the central data collection facility, the monitored signature is compared with one or more reference signatures until a match is found. This match information may then be used to identify the media information (e.g., monitored audio stream) from which the monitored signature was generated. For example, a look-up table or a database may be referenced to retrieve a media title, a program identity, an episode number, etc. that corresponds to the media information from which the monitored signature was generated.

As described below in connection with FIGS. 2 and 3, more reference signatures are generated at a reference site and/or a central data collection facility for a given audio stream than monitored signatures generated for a given audio stream at a monitoring site. In particular, the reference signatures generated for an audio stream (i.e., a reference audio stream) overlap in time. More specifically, the starting reference time or timestamp of each reference signature is shifted by a relatively small amount of time from the starting reference time or timestamp of a previous reference signature. In this manner, a monitored signature generated at a monitoring site and having a substantially arbitrary reference time may be aligned and/or matched with at least one of the reference signatures generated for a reference audio stream. As a result of the relatively fewer number of monitored signatures generated at the monitoring site, monitored signatures may be generated by processor systems and/or hardware devices having relatively less computing power and/or memory than processor systems and/or hardware devices used to generate reference signatures.

FIGS. 1A and 1B illustrate example audio stream identification systems 100 and 150 for generating digital spectral

4

signatures and identifying audio streams. The example audio stream identification systems 100 and 150 may be implemented as a television broadcast information identification system and a radio broadcast information identification system, respectively. The example audio stream identification system 100 includes a monitoring site 102 (e.g., a monitored household), a reference site 104, and a central data collection facility 106.

Monitoring television broadcast information involves generating monitored signatures at the monitoring site 102 based on the audio data of television broadcast information and communicating the monitored signatures to the central data collection facility 106 via a network 108. Reference signatures may be generated at the reference site 104 and may also be communicated to the central data collection facility 106 via the network 108. The audio content represented by a monitored signature that is generated at the monitoring site 102 may be identified at the central data collection facility 106 by comparing the monitored signature to one or more reference signatures until a match is found. Alternatively, monitored signatures may be communicated from the monitoring site 102 to the reference site 104 and compared one or more reference signatures at the reference site 104. In another example, the reference signatures may be communicated to the monitoring site 102 and compared with the monitored signatures at the monitoring site 102.

The monitoring site 102 may be, for example, a household for which the media consumption of an audience is monitored. In general, the monitoring site 102 may include a plurality of media delivery devices 110, a plurality of media presentation devices 112, and a signature generator 114 that is used to generate monitored signatures associated with media presented at the monitoring site 102.

The plurality of media delivery devices 110 may include, for example, set top box tuners (e.g., cable tuners, satellite tuners, etc.), DVD players, CD players, radios, etc. Some or all of the media delivery devices 110 such as, for example, set top box tuners may be communicatively coupled to one or more broadcast information reception devices 116, which may include a cable, a satellite dish, an antenna, and/or any other suitable device for receiving broadcast information. The media delivery devices 110 may be configured to reproduce media information (e.g., audio information, video information, web pages, still images, etc.) based on, for example, broadcast information and/or stored information. Broadcast information may be obtained from the broadcast information reception devices 116 and stored information may be obtained from any information storage medium (e.g., a DVD, a CD, a tape, etc.). The media delivery devices 110 are communicatively coupled to the media presentation devices 112 and configurable to communicate media information to the media presentation devices 112 for presentation. The media presentation devices 112 may include televisions having a display device and/or a set of speakers by which audience members consume, for example, broadcast television information, music, movies, etc.

The signature generator 114 may be used to generate monitored digital signatures based on audio information as described in greater detail below. In particular, at the monitoring site 102, the signature generator 114 may be configured to generate monitored signatures based on monitored audio streams that are reproduced by the media delivery devices 110 and/or presented by the media presentation devices 112. The signature generator 114 may be communicatively coupled to the media delivery devices 110 and/or the media presentation devices 112 via an audio monitoring interface 118. In this manner, the signature generator 114 may obtain audio streams associated with media information that is reproduced by the media delivery devices 110 and/or presented by the media presentation devices 112. Additionally or alternatively,

US 7,783,889 B2

5

the signature generator **114** may be communicatively coupled to microphones (not shown) that are placed in proximity to the media presentation devices **112** to detect audio streams. The signature generator **114** may also be communicatively coupled to the central data collection facility **106** via the network **108**.

The network **108** may be used to communicate signatures (e.g., digital spectral signatures), control information, and/or configuration information between the monitoring site **102**, the reference site **104**, and the central data collection facility **106**. Any wired or wireless communication system such as, for example, a broadband cable network, a DSL network, a cellular telephone network, a satellite network, and/or any other communication network may be used to implement the network **108**.

As shown in FIG. 1A, the reference site **104** may include a plurality of broadcast information tuners **120**, a reference signature generator **122**, a transmitter **124**, a database or memory **126**, and broadcast information reception devices **128**. The reference signature generator **122** and the transmitter **124** may be communicatively coupled to the memory **126** to store reference signatures therein and/or to retrieve stored reference signatures therefrom.

The broadcast information tuners **120** may be communicatively coupled to the broadcast information reception devices **128**, which may include a cable, an antenna, a satellite dish, and/or any other suitable device for receiving broadcast information. Each of the broadcast information tuners **120** may be configured to tune to a particular broadcast channel. In general, the number of tuners at the reference site **104** is equal to the number of channels available in a particular broadcast region. In this manner, reference signatures may be generated for all of the media information transmitted over all of the channels in a broadcast region. The audio portion of the tuned media information may be communicated from the broadcast information tuners **120** to the reference signature generator **122**.

The reference signature generator **122** may be configured to obtain the audio portion of all of the media information that is available in a particular broadcast region. The reference signature generator **122** may then generate a plurality of reference signatures (as described in greater detail below) based on the audio portion and store the reference signatures in the memory **126**. Although one reference signature generator is shown in FIG. 1, a plurality of reference signature generators may be used in the reference site **104**. For example, each of the plurality of signature generators may be communicatively coupled to a respective one of the broadcast information tuners **120**.

The transmitter **124** may be communicatively coupled to the memory **126** and configured to retrieve signatures therefrom and communicate the reference signatures to the central data collection facility **106** via the network **108**.

The central data collection facility **106** may be configured to compare monitored signatures received from the monitoring site **102** to reference signatures received from the reference site **104**. In addition, the central data collection facility **106** may be configured to identify monitored audio streams by matching monitored signatures to reference signatures and using the matching information to retrieve television program identification information (e.g., program title, broadcast time, broadcast channel, etc.) from a database. The central data collection facility **106** includes a receiver **130**, a signature analyzer **132**, and a memory **134**, all of which are communicatively coupled as shown.

The receiver **130** may be configured to receive monitored signatures and reference signatures via the network **108**. The receiver **130** is communicatively coupled to the memory **134** and configured to store the monitored signatures and the reference signatures therein.

6

The signature analyzer **132** may be used to compare reference signatures to monitored signatures. The signature analyzer **132** is communicatively coupled to the memory **134** and configured to retrieve the monitored signatures and the reference signatures from the same. The signature analyzer **132** may be configured to retrieve reference signatures and monitored signatures from the memory **134** and compare the monitored signatures to the reference signatures until a match is found. The memory **134** may be implemented using any machine accessible information storage medium such as, for example, one or more hard drives, one or more optical storage devices, etc.

Although the signature analyzer **132** is located at the central data collection facility **106** in FIG. 1A, the signature analyzer **132** may instead be located at the reference site **104**. In such a configuration, the monitored signatures may be communicated from the monitoring site **102** to the reference site **104** via the network **108**. Alternatively, the memory **134** may be located at the monitoring site **102** and reference signatures may be added periodically to the memory **134** via the network **108** by transmitter **124**. Additionally, although the signature analyzer **132** is shown as a separate device from the signature generators **114** and **122**, the signature analyzer **132** may be integral with the reference signature generator **122** and/or the signature generator **114**. Still further, although FIG. 1 depicts a single monitoring site (i.e., the monitoring site **102**) and a single reference site (i.e., the reference site **104**), multiple such sites may be coupled via the network **108** to the central data collection facility **106**.

The audio stream identification system **150** of FIG. 1B may be configured to monitor and identify audio streams associated with radio broadcast information. In general, the audio stream identification system **150** is used to monitor the content that is broadcast by a plurality of radio stations in a particular broadcast region. Unlike the audio stream identification system **100** used to monitor television content consumed by an audience, the audio stream identification system **150** may be used to monitor music, songs, etc. that are broadcast within a broadcast region and the number of times that they are broadcast. This type of media tracking may be used to determine royalty payments, proper use of copyrights, etc. associated with each audio composition. The audio stream identification system **150** includes a monitoring site **152**, a central data collection facility **154**, and the network **108**.

The monitoring site **152** is configured to receive all radio broadcast information that is available in a particular broadcast region and generate monitored signatures based on the radio broadcast information. The monitoring site **152** includes the plurality of broadcast information tuners **120**, the transmitter **124**, the memory **126**, and the broadcast information reception devices **128**, all of which are described above in connection with FIG. 1A. In addition, the monitoring site **152** includes a signature generator **156**. When used in the audio stream identification system **150**, the broadcast information reception devices **128** are configured to receive radio broadcast information and the broadcast information tuners **120** are configured to tune to the radio broadcast stations. The number of broadcast information tuners **120** at the monitoring site **152** may be equal to the number of radio broadcasting stations in a particular broadcast region.

The signature generator **156** is configured to receive the tuned to audio information from each of the broadcast information tuners **120** and generate monitored signatures for the same. Although one signature generator is shown (i.e., the signature generator **156**), the monitoring site **152** may include multiple signature generators, each of which may be communicatively coupled to one of the broadcast information tuners **120**. The signature generator **156** may store the monitored signatures in the memory **126**. The transmitter **124** may

US 7,783,889 B2

7

retrieve the monitored signatures from the memory **126** and communicate them to the central data collection facility **154** via the network **108**.

The central data collection facility **154** is configured to receive monitored signatures from the monitoring site **152**, generate reference signatures based on reference audio streams, and compare the monitored signatures to the reference signatures. The central data collection facility **154** includes the receiver **130**, the signature analyzer **132**, and the memory **134**, all of which are described in greater detail above in connection with FIG. **1**A. In addition, the central data collection facility **154** includes a reference signature generator **158**.

The reference signature generator **158** is configured to generate reference signatures based on reference audio streams. The reference audio streams may be stored on any type of machine accessible medium such as, for example, a CD, a DVD, a digital audio tape (DAT), etc. In general, artists and/or record producing companies send their audio works (i.e., music, songs, etc.) to the central data collection facility **154** to be added to a reference library. The reference signature generator **158** may read the audio data from the machine accessible medium and generate a plurality of reference signatures based on each audio work (e.g., the reference audio stream **302** of FIG. **3**). The reference signature generator **158** may then store the reference signatures in the memory **134** for subsequent retrieval by the signature analyzer **132**. Identification information (e.g., song title, artist name, track number, etc.) associated with each reference audio stream may be stored in a database and may be indexed based on the reference signatures. In this manner, the central data collection facility **154** includes a database of reference signatures and identification information corresponding to all known and available song titles.

The receiver **130** is configured to receive monitored signatures from the network **108** and store the monitored signatures in the memory **134**. The monitored signatures and the reference signatures are retrieved from the memory **134** by the signature analyzer **132** for use in identifying the monitored audio streams broadcast within a broadcast region. The signature analyzer **132** may identify the monitored audio streams by first matching a monitored signature to a reference signature. The match information and/or the matching reference signature is then used to retrieve identification information (e.g., a song title, a song track, an artist, etc.) from a database stored in the memory **134**.

Although one monitoring site (e.g., the monitoring site **152**) is shown in FIG. **1**B, multiple monitoring sites may be communicatively coupled to the network **108** and configured to generate monitored signatures. In particular, each monitoring site may be located in a respective broadcast region and configured to monitor the content of the broadcast stations within a respective broadcast region.

FIG. **2** is a time-domain representation **200** of an example monitored audio stream **202** and a plurality of audio sample frames **204, 206, 208**, and **210** acquired from the monitored audio stream **202**. A monitored digital spectral signature is generated at a monitoring site (e.g., the monitoring site **102** of FIG. **1**A or the monitoring site **152** of FIG. **1**B) based on audio samples acquired from the example monitored audio stream **202**. The time-domain representation **200** illustrates the time relationship between the example monitored audio stream **202** and the audio sample frames **204, 206, 208**, and **210**, which are used to generate monitored signatures.

In one example, an N-bit monitored signature $S_x(t)$ is formed using one or more M-bit descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$. For example, a 32-bit monitored signature $S_x(t)$ includes four 8-bit descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$, each of which is generated based on a corresponding one of the audio sample frames **204, 206, 208**, and

8

**210**. More specifically, each of the descriptors is generated using one or more intraframe operations (e.g., comparison operations) based on two or more spectral components that are uniquely associated with a single audio sample frame.

The four descriptors may be generated based on spectral decompositions (e.g., frequency decompositions or wavelet decompositions) of the audio sample frames **204, 206, 208**, and **210** as described in detail below in connection with FIGS. **4-7**. The spectral decompositions are used to extract features that are uniquely characteristic of the example monitored audio stream **202**. In this manner, a reference signature and a monitored signature that are generated based on the same audio stream using the same signature generation method (e.g., the same spectral decomposition-based method) will include similar features, and thus can be used to reliably identify the monitored audio stream **202** using a matching algorithm. A monitored signature may be generated by sampling the example monitored audio stream **202** to generate the audio sample frames **204, 206, 208**, and **210**, generating the descriptors $B_x(t_0)$, $B_x(t_0+1)$, $B_x(t_0+2)$, $B_x(t_0+3)$ based on spectral decompositions of the audio sample frames **204, 206, 208**, and **210**, and concatenating the descriptors.

The audio sample frames **204, 206, 208**, and **210** are generated by sampling the example monitored audio stream **202** during four time intervals at a sampling frequency $f_s$. For example, a sampling frequency $f_s$ of 6000 Hz will generate 6000 samples of audio data for each of the audio sample frames **204, 206, 208**, and **210** (assuming the sample frames are collected over one second intervals). However, any other suitable sampling frequency $f_s$ may instead be selected. As shown in FIG. **2**, the duration of each of the audio sample frames **204, 206, 208**, and **210** is one second (e.g., 0 to $t_0$, to $t_0+1$, $t_0+1$ to $t_0+2$, and $t_0+2$ to $t_0+3$). However, the duration may instead be set to any other length of time. The times within the monitored audio stream **202** during which monitored signatures are generated are substantially similar or identical to the times within a reference audio stream during which corresponding reference signatures are generated. By acquiring audio sample frames for monitored signatures and reference signatures at substantially the same times, the features extracted from a monitored audio stream (e.g., the example monitored audio stream **202**) and a corresponding reference audio stream (e.g., the example reference audio stream **302** of FIG. **3**) are substantially similar or identical. Although the audio sample frames **204, 206, 208**, and **210** are shown in FIG. **2** as occurring consecutively in time, the audio sample frames **204, 206, 208**, and **210** may occur at any time and in any sequence within the example monitored audio stream **202**.

To ensure that the monitored signature is compared with a reference signature that is generated at substantially the same time within respective audio streams, the monitored signatures may be generated relative to a reference time that is used during the signature comparison process to align a monitored signature with a reference signature. More specifically, during the generation of a monitored signature, the example monitored audio stream **202** is sampled starting at a time indicated by a reference time to, which may be selected relative to a time stamp embedded within the example audio stream **202**, a system startup time, a daily recurring time (e.g., midnight), and/or any other reference time that may be indicative of the time at which a signature is generated. A signature matching system (e.g., the signature analyzer **132** of FIGS. **1**A and **1**B) uses the reference time $t_0$ to retrieve one or more reference signatures that correspond to substantially the same time within reference audio streams as indicated by the reference time $t_0$.

Additionally, one or more monitored signatures may be generated using the example monitored audio stream **202** so that multiple signatures are matched to identify the example

US 7,783,889 B2

9

monitored audio stream **202**. For example, it is possible that one or more monitored signatures generated using the example monitored audio stream **202** are substantially similar or identical to one or more reference signatures of a reference audio stream (e.g., the example reference audio stream **302** of FIG. **3**) that does not correspond to the example monitored audio stream **202**. In this case, to decrease the possibility of erroneously identifying the wrong reference audio stream, more than one monitored signature is generated for the monitored audio stream **202**. More specifically, the signatures may be generated at multiple times throughout the example monitored audio stream **202**. In addition, a comparison algorithm may be configured to match two or more monitored signatures with corresponding reference signatures to accurately identify the example monitored audio stream **202**.

FIG. **3** is a time-domain representation **300** of an example reference audio stream **302** and a plurality of audio sample frames **304, 306, 308,** and **310** that may be acquired from the example reference audio stream **302**. The time-domain representation **300** shows two one second time intervals (e.g., 0 to $t_0$ and $t_0$ to $t_0+1$) and the plurality of audio sample frames **304, 306, 308,** and **310** that are collected during the time intervals and that are subsequently used to generate a plurality of reference signatures that are staggered in time (i.e., time shifted relative to one another). The example reference audio stream **302** is sampled at a sampling frequency $f_s$ to collect the audio sample frames **304, 306, 308,** and **310**, which are used to generate M-bit descriptors $B_{Rn}(t)$. One or more of the descriptors $B_{Rn}(t)$ may then be concatenated to form an N-bit reference signature $S_{Rn}(t)$. Typically, the number of descriptors in a reference signature is equal to the number of descriptors in a monitored signature. Additionally, each of the M-bit descriptors $B_{Rn}(t)$ includes the same number of bits as a corresponding M-bit descriptor $B_x(t)$ associated with the example monitored audio stream **202** (FIG. **2**) and, thus, each N-bit reference signature $S_{Rn}(t)$ includes the same number of bits as a corresponding N-bit monitored signature $S_x(t)$.

Multiple reference signatures are generated for the example reference audio stream **302** in a manner that causes the reference signatures to be time-shifted relative to each other and to overlap in time with one another. More specifically, the start time at which a first audio sample frame (e.g., the audio sample frame **304**) of a first reference signature is collected is offset, or shifted, by an amount of time

$$\frac{1}{T_s}$$

from the start time at which a first audio sample frame (e.g., the audio sample frame **308**) of a second reference signature is collected. The value $T_s$ is associated with a number of equal segments ("sample segments") into which each time interval (e.g., $t_0$ to $t_0+1$) is divided. For example, if the number of sample segments $T_s$ in a time interval of one second is set equal to thirty, the collection of a new data set will begin every

$$\frac{1}{30} \cdot th$$

of a second. In addition, if the sampling frequency $f_s$ is set equal to 6000 Hz, each sample segment will include 200 samples.

Each audio sample frame is used to generate a single signature. More specifically, an audio sample frame is collected using a predetermined number of sample segments (e.g., the

10

sample segments **312a-312e**), which are concatenated to form the audio sample frame (e.g., the audio sample frame **304**). To achieve overlap among consecutively generated signatures, each signature is formed using an audio sample frame that partially overlaps with an audio sample frame used to form the previously generated signature. More specifically, two audio sample frames that overlap include a common set of sample segments. For example, the audio sample frames **304** and **308** include a common set of sample segments comprising the sample segments **312b-312e**. The audio sample frame **308** may be formed by extracting a common plurality of media samples or the common set of sample segments **312b-312e** from the audio sample frame **304** and appending a recently acquired sample segment (e.g., the sample segment **312f**) to the common set of sample segments **312b-312e**. In addition, two audio sample frames that overlap also contain sample segments that are exclusive to one or the other of the audio sample frames (i.e., audio sample frames that overlap also contain sample segments that occur in one or the other of the audio sample frames but do not occur in both frames).

To further illustrate the generation of reference signatures that are time shifted and overlapped, each reference signature is formed by four reference descriptors

$$B_{Rn}\left(t_0 + \frac{k}{T_s}\right), B_{Rn}\left(t_0 + \frac{k}{T_s} + 1\right), B_{Rn}\left(t_0\frac{k}{T_s} + 2\right), B_{Rn}\left(t_0 + \frac{k}{T_s} + 3\right).$$

The four reference descriptors are separated by one-second time intervals and are shifted by

$$\frac{k}{T_s}$$

seconds with respect to the reference time $T_0$, where $0 \leq k < T_S$. For example, the audio sample frames **304** and **306** (generated at

$$t_0 + \frac{0}{T_s} \text{ and } t_0 + \frac{0}{T_s} + 1\Bigr),$$

respectively, in combination with two other audio sample frames generated at

$$t_0 + \frac{0}{T_s} + 2 \text{ and } t_0 + \frac{0}{T_s} + 3$$

(not shown), are used to generate four descriptors that form a first reference signature. Additionally, the audio sample frames **308** and **310** (generated at

$$\left(t_0 + \frac{1}{T_s}\right) \text{and} \left(t_0 + \frac{1}{T_s} + 1\right)\Bigr),$$

respectively, are used with two other audio sample frames generated at

US 7,783,889 B2

11

$$\left(t_0 + \frac{1}{T_s} + 2\right) \text{ and } \left(t_0 + \frac{1}{T_s} + 3\right)$$

(not shown) to generate four descriptors that form a second reference signature that is time shifted relative to the first reference signature by

$$\frac{1}{T_s}$$

seconds. As described below in connection with FIG. **5**, each of the reference descriptors is generated using one or more operations (e.g., comparison operations) based on two or more spectral components that are both associated with the same audio sample frame. These operations are referred to as intraframe operations because they are performed using data exclusive to a single audio frame and are not dependent on sample data collected over other audio frames.

During an example sample acquisition process, the sample segments **312a-312e** are collected and are used to form the first audio sample frame **304**, which is subsequently used to determine a descriptor. This descriptor is then used to form part of a first reference signature. Then, a new sample segment **312f** is collected and a second audio sample frame **308** is formed using sample segments **312b-312f**. The second audio sample frame **308** is then used to determine a reference descriptor which is used to form part of a second reference signature. Thus, the first and second audio sample frames **304** and **308** include a common set of sample segments **312b-312e** and each of the first and second audio sample frames additionally include a sample segment not included in the other (i.e., the first audio sample frame **304** includes sample segment **312a** and the second audio sample frame **308** includes sample segment **312f**). In this manner, the first and second reference signatures are generated using data collected at points in the audio stream that are staggered or shifted in time by

$$\frac{1}{T_s}$$

seconds and are generated using data that overlaps. In addition, the amount by which the first and second signatures are shifted can be adjusted by changing the value of $T_s$ thereby permitting the resolution of the signatures to vary as desired. Specifically, if a set of signatures that represents an audio stream with a greater resolution is desired, $T_s$ can be increased accordingly. Likewise, if less resolution is desired, $T_s$ can be decreased. As will be appreciated by one having ordinary skill in the art, the value of $T_s$ may affect the quantity of signatures that can be generated for a given audio stream. For example, if the number of sample segments used to form a signature remains constant, a larger value of $T_s$ will result in forming more audio sample frames than a smaller value of $T_s$. Therefore, the amount of memory available to store the signature data may be a factor in determining the desired value of $T_s$.

As described above, in order to identify the title of a song or the title of a program associated with a particular audio stream, a set of monitored signatures generated for a monitored audio stream are compared to a database of reference

12

signatures associated with a plurality of reference audio streams. In one example system, a signature generator (e.g., the signature generator **114** of FIG. **1A**) may be configured to monitor the audio emitted by a specific television (e.g., one of the presentation devices **112** of FIG. **1A**) located in the home of a specific panelist. Signatures are generated for the audio emitted by the television in the manner described above. In addition, the time at which the audio corresponding to each signature was emitted is recorded and stored as a reference time $t_0$ with the corresponding monitored signature in a memory device. A timing device (e.g., the timing device **903** of FIGS. **9** and **10**) located at the monitoring site may be used to trigger the collection of the audio data for the subsequent generation of monitored signatures and to provide the corresponding data collection times (e.g., reference times $t_0$, timestamps, etc.) to the memory for storage with the corresponding signature. To enable the subsequent identification of the emitted audio, a reference site (e.g., the reference site **104** of FIG. **1A**) located within the same broadcast region as a monitoring site (e.g., the monitoring site **102** of FIG. **1A**) is configured to generate reference signatures corresponding to the audio broadcast on all television broadcast channels at all times of the day. A timing device (e.g., the timing device **903** of FIGS. **9** and **10**) located at the reference site may be used to trigger the collection of the audio data at a set of equally spaced intervals corresponding to the time period

$$\frac{1}{T_s}$$

for the subsequent generation of the reference signatures and to provide a corresponding set of data collection times to a reference memory (e.g., the memory **126** of FIG. **1A**) for storage. Thus, each reference signature is stored in a memory device located at the reference site along with timestamp data indicating the time at which the underlying audio data was collected. In one example, the timing devices (e.g., the timing device **903** of FIG. **9**) located at the monitoring site and the reference site are synchronized such that the timestamps can be used to align the reference signatures with the monitored signatures to facilitate the signature matching process. Likewise, because a plurality of monitoring sites are likely to be located in the same broadcast region as a single reference site, in the same example, each of the timing devices **903** located in each such monitoring site may be synchronized with the timing device **903** located in the single reference site. However, due to the staggered arrangement of the reference signatures described above in connection with FIG. **3**, the timing devices **903** at the monitoring site and the reference site do not have to be synchronized.

To compensate for offsets between the timing devices located at the monitoring sites and the reference site, the value of $T_s$ may be adjusted. The value of $T_s$ is generally selected to incrementally time shift a reference signature from a previous reference signature so that a monitored signature generated at an arbitrary reference time is highly likely to align with one of the staggered or time-shifted reference signatures. More specifically, increasing the value of $T_s$ causes the number of sample segments (e.g., the sample segments **312a-312f**) to increase and the offset or time shift from one reference signature to the next reference signature to decrease. This, in turn, increases the likelihood that the times at which reference signatures are generated for a given audio stream correspond to substantially similar or identical reference times at which monitored signatures are generated for the same audio stream. Signatures generated at the same times for the same program are expected to be identical or at least similar enough

US 7,783,889 B2

13                                                                14

to cause a match to be detected. Thus, increasing the value of $T_s$ increases the likelihood of a match between a set of reference signatures and a set of monitored signatures corresponding to the same audio program. Additionally, assuming the timing devices located at the reference site and the monitoring site are synchronized with sufficient precision, a monitored signature generated for data collected at a time T need only be compared to each reference signature associated with the same timestamp T instead of all reference signatures generated during the same twenty-four hour period. This reduction in comparisons reduces the processing time required to find a match. Similarly, assuming there is a known error, E, between the timing devices located at a monitoring site and a reference site, each monitored signature generated at the monitoring site at a time T need only be compared to all reference signatures generated from data collected within a window of the time spanning from T−E to T+E.

In another example system (e.g., the example audio identification system 150 of FIG. 1B), a set of monitored signatures are generated for a monitored audio stream and then compared to a database of reference signatures associated with a set of reference audio streams that, ideally, represent the universe of currently available audio streams. For example, as described above, in connection with FIG. 1B, reference signatures corresponding to reference audio streams may be stored in a database that is stored in, for example, the memory 134. For each reference signature that is matched to a monitored signature, the matching information and/or the reference signature may be used to retrieve identification information (e.g., song title, song track, artist, etc.) from the database. The identification information is then used to identify the monitored audio stream. In one example, reference times $t_0$ or timestamps associated with each monitored signature may be used to identify the time (of day) at which the monitored audio streams were broadcast.

FIG. 4 is a flow diagram of an example method for generating digital spectral signatures based on spectral decompositions. In particular, the example method of FIG. 4 may be used to generate digital spectral signatures (e.g., reference signatures and/or monitored signatures) based on frequency decomposition methods using a sliding Fast Fourier transform (FFT). As is known by one having ordinary skill in the art, an FFT may be used to convert a time domain signal (e.g., the example audio streams 202 and 302 of FIGS. 2 and 3) into a frequency domain representation of the same signal which may then be used to analyze the frequency components of the converted signal.

As will be appreciated by one having ordinary skill in the art, a sliding FFT provides advantages over a conventional non-sliding FFT for generating the digital spectral signatures. Unlike a conventional non-sliding FFT, a sliding FFT can be used to incrementally compute an FFT. For example, one example approach to processing the audio streams 202 and 302 involves generating FFT data for each audio sample frame independent of any data associated with previous audio sample frames. In contrast, a sliding FFT involves generating FFT data for an audio sample frame by updating the FFT data generated in connection with a previous audio sample frame. Updating the previous frame's FFT data is less computationally expensive than generating FFT data anew for each frame causing the sliding FFT technique to be more efficient than the non-sliding conventional FFT approach. Additionally, the number of samples forming each audio sample frame (e.g., the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304, 306, 308, and 310 of FIG. 3) need not be a power of two, as is required of the non-sliding FFT approach. Thus, when using a sliding FFT, the digital spectral signatures can be generated using audio sample frames of any arbitrary size (i.e., any number of samples) that are acquired using any sampling frequency $f_s$.

Now turning in detail to the example method of FIG. 4, initially the example method involves obtaining an audio stream (block 402) (e.g., the example monitored audio stream 202 of FIG. 2 or the example reference audio stream 302 of FIG. 3). A reference time to described above in connection with FIGS. 2 and 3 is determined (block 404) to indicate the time within an audio stream at which a signature is generated. An initial audio sample set is then obtained (block 406). The audio samples may be obtained by sampling an analog audio stream at a sampling frequency $f_s$ and performing an analog-to-digital conversion. Alternatively, the audio samples may be obtained by extracting or acquiring samples from a digital audio stream at a sampling frequency $f_s$. The initial audio sample set may be a complete audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304, 306, 308, and 310 of FIG. 3) or a portion thereof. An initial FFT operation is performed on the initial audio sample set to establish an initial frequency spectrum (block 408). The method of performing a FFT is well known in the art and, thus, is not discussed in detail herein.

After the initial frequency spectrum is determined (block 408), a next set of audio samples is obtained (block 410). The sliding FFT may then be used to update the initial frequency spectrum (generated at block 408) based on two most recently collected samples $v_{N_s-2}$ and $v_{N_s-1}$ according to Equation 1 below.

$$
\begin{aligned}
a_1[J] \times \exp(\varphi_1[J]) = \qquad\qquad &\text{Equation 1}\\
a_0[J] \times \exp(\varphi_0[J]) \times \exp\!\left(-\frac{i2\pi J(2)}{N_s}\right) + \\
\left(v_{N_s-2} \times \exp\!\left(\frac{i2\pi J(N_s-2)}{N_s}\right)\right) + \\
\left(v_{N_s-1} \times \exp\!\left(\frac{i2\pi J(N_s-1)}{6000}\right)\right) - \\
\left(v_0 \times \exp\!\left(-\frac{i2\pi J(2)}{N_s}\right)\right) - \left(v_1 \times \exp\!\left(-\frac{i2\pi J}{N_s}\right)\right)
\end{aligned}
$$

Equation 1 may be used to update the frequency spectrum of an audio sample frame having a sample quantity $N_S$. The spectral amplitude $a_0[J]$ and phase value $\phi_0[J]$ form the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$, which includes the frequencies indexed by the frequency index J. When the two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$ are obtained, the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$ may be updated to determine a new frequency spectrum $a_1[J] \times \exp(\phi_1[J])$. The two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$ are inserted into the audio sample frame to replace the two earliest collected samples $v_0$ and $v_1$.

As shown in Equation 1, the updated frequency spectrum $a_1[J] \times \exp(\phi_1[J])$ is determined using one or more multiplication operations, addition operations, and subtraction operations based on complex exponents, the two earliest collected samples $v_0$ and $v_1$, and the two most recently collected samples $v_{N_s-2}$ and $v_{N_s-1}$. Initially, the existing frequency spectrum $a_0[J] \times \exp(\phi_0[J])$ is multiplied by a first complex exponential value

$$
\exp\!\left(-\frac{i2\pi J(2)}{N_s}\right).
$$

The product of the multiplication is added to a product determined by multiplying the first most recently collected audio sample $v_{N_s-2}$ by a second complex exponential value

15

$$\exp\left(\frac{i2\pi J(N_S - 2)}{N_S}\right).$$

The result is then added to a product determined by multiplying the second most recently collected audio sample $v_{N_s-1}$ by a third complex exponential value

$$\exp\left(\frac{i2\pi J(N_S - 1)}{N_S}\right).$$

The first earliest collected audio sample $v_0$ is then multiplied by the first complex exponential value

$$\exp\left(-\frac{i2\pi J(2)}{N_S}\right)$$

and subtracted from the previous addition result. The second earliest collected audio sample $v_1$ is then multiplied by a fourth complex exponential value

$$\exp\left(\frac{i2\pi J}{N_S}\right)$$

and subtracted from the previous subtraction result.

It is well known in the art that instabilities such as, for example, oscillation or data overflow can be substantially minimized when implementing a sliding FFT by multiplying most recently collected audio samples (e.g., the most recently collected audio samples $v_{Ns-2}$ and $v_{N_s-1}$) by a first stability factor $sf_1$ and earliest collected audio samples (e.g., the earliest collected audio samples $v_0$ and $v_1$) by a second stability factor $sf_2$. The first stability factor $sf_1$ may be set equal to a value as close as possible to one. In the case of an audio sample frame having 6000 samples, the first stability factor $sf_1$ may be set equal to 0.99995. The second stability factor $sf_2$ may be set equal to $(sf_1)^{p-1}$, where the value p is equal to the number of sample shifts required to process an audio sample frame using the sliding FFT. For example, a two-sample shift is required to update an audio sample frame based on the two most recently collected audio samples $v_{N_s-2}$ and $v_{N_s-1}$. In the case of the audio sample frame having 6000 samples, the value p may be set equal to 3000.

After the sliding FFT is determined or calculated at block 412, it is determined if a complete audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or one of the audio sample frames 304, 306, 308, and 310 of FIG. 3) has been obtained (block 414). At the monitoring sites 102 (FIG. 1A) and 152 (FIG. 1B), a complete audio sample frame is obtained when a plurality of most recently collected $N_S$ samples is obtained. For example, if an audio sample frame includes 6000 samples, a complete audio sample frame is obtained after 6000 new samples are obtained. At the reference site 104 (FIG. 1A) or the central data collection facility 154 (FIG. 1B), a complete audio sample frame is obtained when a most recently collected sample segment (e.g., one of the sample segments 312a-312f of FIG. 3) is obtained and a current audio sample frame is formed as described in greater detail above in connection with FIG. 3. If it is determined at block 414 that a complete audio sample frame has not been obtained, control is passed back to block 410. However, if it is

16

determined at block 414 that a complete audio sample frame has been obtained, a descriptor is generated (block 416). An example method for generating descriptors based on frequency components is described in greater detail below in connection with FIG. 5.

It is then determined if a complete descriptor set has been obtained (block 418). A descriptor set includes a predetermined number of descriptors that are used to form a signature. For example, if a 32-bit signature is formed by 8-bit descriptors, then a descriptor set includes four descriptors. If it is determined at block 418 that a complete descriptor set has not been obtained, control is passed back to block 410. However, if it is determined at block 418, that a complete descriptor set has been obtained, a digital spectral signature is generated by concatenating the descriptors of the descriptor set (block 420). After the digital spectral signature is generated (block 420), it is determined if another signature is to be generated (block 422). If another signature is to be generated, control is passed back to block 404.

FIG. 5 is a flow diagram of an example method for generating descriptors associated with the example method of FIG. 4. In particular, the example method of FIG. 5 may be used to implement block 416 of FIG. 4. An M-bit descriptor is generated by selecting M pairs of frequency components $f_{lb}$ that are uniquely associated with an audio sample frame and determining each bit of the descriptor based on intraframe comparisons of the spectral powers $P_{lb}$ of the frequency components $f_{lb}$. The frequency components $f_{lb}$ and the spectral powers $P_{lb}$ are indexed by a frequency component index l and a bit index b, where $0 \leq l < f$ index$_{max}$ and $0 \leq b < M$.

The example method initially selects a first pair of frequency components $f_{00}$ and $f_{10}$ (block 502). Although consecutive frequency components are selected (i.e., $f_{0b}$ and $f_{1b}$, $f_{2b}$ and $f_{3b}$, etc.) in the example method, the frequency components may be selected from any location in the frequency spectrum of an audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or one of the audio sample frames 304, 306, 308, and 310 of FIG. 3). However, the frequency component indexes l used to select pairs of frequency components for generating a monitored signature are the same frequency component indexes l used to select pairs of frequency components for generating a corresponding reference signature.

After the first pair of frequency components $f_{00}$ and $f_{10}$ is selected, the spectral powers $P_{00}$ and $P_{10}$ corresponding to the selected frequency components are determined (block 504). One of ordinary skill in the art will readily appreciate that the spectral power for each frequency component can be obtained based on the results of the sliding FFT performed at block 412 of FIG. 4.

A descriptor bit is determined based on the frequency components $f_{00}$ and $f_{10}$ by comparing the first spectral power $P_{00}$ with the second spectral power $P_{10}$ (block 506). If the first spectral power is greater than the second spectral power (i.e., $P_{00} > P_{10}$), the descriptor bit is set equal to one. If, instead, the first spectral power is less than or equal to the second spectral power (i.e., $P_{00} \leq P_{10}$), the descriptor bit is set equal to zero.

It is then determined if another descriptor bit is to be determined (block 508). If another descriptor bit is to be determined, another pair of frequency components is selected (e.g., $f_{21}$ and $f_{31}$) (block 510) and control is passed back to block 504. If, instead, another descriptor bit is not to be determined, the example method of FIG. 5 may be stopped.

FIG. 6 is a flow diagram of another example method for generating digital spectral signatures based on spectral decompositions. In particular, the example method of FIG. 6 may be used to generate digital spectral signatures (e.g., reference signatures and monitored signatures) based on wavelet decompositions of audio sample frames (e.g., the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304,

US 7,783,889 B2

17

**306**, **308**, and **310** of FIG. **3**) using wavelet transforms. As described above, wavelet transforms may be employed to analyze data using different scales and/or resolutions by separating blocks or frames of data (e.g., the audio sample frames **204**, **206**, **208**, **210**, **304**, **306**, **308**, and **310**) into multiple sub-bands.

Initially, the example method obtains an audio stream (block **602**) (e.g., the example monitored audio stream **202** of FIG. **2** or the example reference audio stream **302** of FIG. **3**). A reference time to described above in connection with FIGS. **2** and **3** is determined (block **604**) to indicate the time within an audio stream at which a signature is generated. An audio sample frame is then obtained (block **606**). The audio sample frame may be obtained by sampling an analog audio stream at a sampling frequency $f_s$ and performing an analog-to-digital conversion. Alternatively, the audio sample frame may be obtained by extracting or acquiring samples from a digital audio stream at a sampling frequency $f_s$. Based on the Nyquist Theorem, aliasing is avoided by sampling the audio samples at frequencies ranging from zero to

$$\frac{f_s}{2}.$$

A descriptor is then determined (block **608**) based on wavelet decomposition performed using a wavelet transform. An example method for generating descriptors based on one or more wavelet decompositions is described in greater detail below in connection with FIG. **7**.

After the descriptor is generated, it is determined if a complete descriptor set has been obtained (block **610**). If a complete descriptor set has not been obtained, a next audio sample frame is obtained (block **612**) and control is passed back to block **608**. However, if a complete descriptor set has been obtained, a digital spectral signature is generated (block **614**) by concatenating the descriptors of the descriptor set. After the digital spectral signature is generated, it is determined if another signature is to be generated (block **616**). If another signature is to be generated, control is passed back to block **604**. Otherwise, the example method is stopped.

FIG. **7** is a flow diagram of an example method for generating descriptors associated with the example method of FIG. **6**. In particular, the example method of FIG. **7** may be used to implement block **608** of FIG. **6**. An M-bit descriptor is generated by performing an M-level wavelet decomposition on an audio sample frame (e.g., one of the audio sample frames **204**, **206**, **208**, and **210** of FIG. **2** or one of the audio sample frames **304**, **306**, **308**, and **310** of FIG. **3**). For each level wavelet decomposition, the energy of the audio signal for each sub-band is determined and descriptors are generated based on comparisons of the sub-band energies. For each descriptor, the M-level wavelet decomposition is implemented as an intraframe operation that is performed on spectral energies that are uniquely associated with an audio sample frame. Additionally, the M-level wavelet decomposition may be implemented using any wavelet transform. For purposes of clarity, the example method of FIG. **7** is described in terms of the well-known Daubechies wavelet transform.

Initially, the example method performs a first-level wavelet decomposition (block **702**) by applying the Daubechies wavelet transform to an audio sample frame. The first application of the Daubechies wavelet transform results in a low-frequency sub-band block of filtered values $L_0$ and a high-frequency sub-band block of filtered values $H_0$, each of which includes

18

$$\frac{N_s}{2}$$

filtered values.

Turning in greater detail to the Daubechies wavelet transform implementation, the Daubechies coefficients $c_0$, $c_1$, $c_2$, and $c_3$ are used to generate an $N_s \times N_s$ transformation matrix in which the coefficients are arranged as shown below.

$$\begin{bmatrix} c_0 & c_1 & c_2 & c_3 & & & & \\ c_3 & -c_2 & c_1 & -c_0 & & & & \\ & & c_0 & c_1 & c_2 & c_3 & & \\ & & c_3 & -c_2 & c_1 & -c_0 & & \\ & & & & & & & \\ & & & & & c_0 & c_1 & c_2 & c_3 \\ & & & & & c_3 & -c_2 & c_1 & -c_0 \\ c_2 & c_3 & & & & & & c_0 & c_1 \end{bmatrix}$$

The coefficients are ordered in the transformation matrix, as shown above, using two dominant patterns. The odd rows include the first pattern, which is an ordering of the coefficients that functions as a smoothing filter (e.g., similar to a moving filter). The even rows include the second pattern, which is an ordering of the coefficients that functions to bring out the details of data (e.g., the audio sample frame). The transformation matrix is first applied to the entire audio sample frame (e.g., all of the $N_s$ samples) to generate filtered values that include low-frequency sub-band filtered values alternated with high-frequency sub-band filtered values. The values are de-interleaved to generate the two sub-band blocks $L_0$ and $H_0$, each of which includes

$$\frac{N_s}{2}$$

samples. The low-frequency sub-band block $L_0$ includes filtered values that are associated with sub-band frequencies ranging from zero to

$$\frac{f_s}{4}.$$

The high-frequency sub-band block $H_0$ includes filtered values that are associated with sub-band frequencies ranging from

$$\frac{f_s}{4} \text{ to } \frac{f_s}{2}.$$

An

$$\frac{N_s}{2} \times \frac{N_s}{2}$$

transformation matrix of the Daubechies coefficients is then applied to the low-frequency sub-band block $L_0$ to generate

US 7,783,889 B2

19

two additional sub-band blocks $L_1$ and $H_1$. For each transformation, the number of filtered values in each sub-band block is halved. Additionally, for each transformation, a descriptor is generated based on a high-frequency sub-band block (e.g., $H_0, H_1, H_2$, etc.). Further details related to the implementation of wavelet transforms are well known in the art and are not described herein.

After the first-level wavelet transform is applied, the high-frequency sub-band block $H_0$ is parsed by separating the filtered values into a first half and a second half (block 704). Next, at a block 706, a first energy value $E_0$ is determined by squaring and summing the filtered values of the first half of the high-frequency sub-band block $H_0$ and a second energy value $E_1$ is also determined (block 706) by squaring and summing the filtered values of the second half of the high-frequency sub-band block $H_0$.

A descriptor bit is determined by comparing the first energy value $E_0$ with the second energy value $E_1$ (block 708). For example, if the first energy value $E_0$ is greater than the second energy value $E_1$ (i.e., $E_0 > E_1$), the first descriptor bit is set equal to one. If the first energy value $E_0$ is less than or equal to the second energy value $E_1$ (i.e., $E_0 \leqq E_1$), the first descriptor bit is set equal to zero. It is then determined if another descriptor bit is to be determined (block 710). If another descriptor bit is to be determined, a next-level wavelet decomposition is performed (block 712). For example, as described above, if a second-level wavelet decomposition is performed, an

$$\frac{N_S}{2} \times \frac{N_S}{2}$$

transformation matrix is applied to the filtered values of the low-frequency sub-band block $L_0$ to determine filtered sub-band blocks $L_1$ and $H_1$. If it is determined at block 710 that another descriptor bit is not to be determined, the example method of FIG. 7 may be stopped.

FIG. 8 is a flow diagram of an example method for comparing the digital spectral signatures (e.g., monitored signatures and reference signatures) generated using the example methods of FIGS. 4-7. In particular, the example method may be used to compare a monitored signature with a reference signature, both of which are generated based on a sliding FFT or a wavelet transform. In general, the example method of FIG. 8 may be used to match a monitored signature with a reference signature by comparing the monitored signature with a plurality of reference signatures. Identification information (e.g., channel, program title, episode number, etc.) associated with a matching reference signature may then be retrieved from, for example, a database and used to generate media ratings information. The comparisons may be performed by comparing any number of bits from a monitored signature with the same number of bits from a reference signature such as, for example, a bit-by-bit comparison, a byte-by-byte comparison, a word-by-word comparison, etc. Due to the large number of reference signatures available for comparison, a Hamming distance may be used for the comparisons to eliminate mismatches rapidly, thereby significantly decreasing the time required to compare a monitored signature with the reference signatures.

As is known to one of ordinary skill in the art, a Hamming distance between two values may be identified by determining how many bits, numbers, characters, etc. need to be changed to make the two values equal. For example, a first binary value of 0110 and a second binary value of 0101 have

20

a Hamming distance of two because bit location zero and bit location one need to be changed to make the first binary value equal to the second binary value.

Now turning in detail to the example method of FIG. 8, the example method involves first obtaining a monitored signature (block 802). A reference time to for the monitored signature is then obtained (block 804). A first reference signature corresponding to a time within a reference audio stream indicated by the reference time to is obtained from, for example, the memory 134 of FIGS. 1A and 1B (block 806). The first descriptor of the monitored signature and the first descriptor of the reference signature are then obtained (block 808).

The first descriptor of the monitored signature is compared to the first descriptor of the reference signature to determine if the descriptors match (block 810). If a match is detected, it is determined if all of the descriptors of the monitored signature and the reference signature have been compared (block 812). If it is determined at block 812 that all of the descriptors have not been compared, the next descriptors are obtained from the monitored signature and the reference signature (block 816) and control is passed back to block 810. If it is determined at block 812 that all of the descriptors have been compared, the monitored audio stream is identified based on the matching reference signature (block 814). Alternatively, the example method may be implemented so that multiple monitored signatures of a single audio stream need to be matched to multiple signatures of a reference audio stream prior to identifying the monitored audio stream.

If it is determined at block 810 that the descriptors do not match, then it is determined if all of the reference signatures has been compared (block 818). If all of the reference signatures have not been compared, the next reference signature is obtained (block 820) and control is passed to block 808. However, if it is determined at block 818 that all of the reference signatures have been compared, the media, channel, radio station, etc. associated with the monitored audio stream may be unidentifiable and the example method is stopped. A flag may be set to indicate that the monitored audio stream is unidentifiable.

Although, the example method of FIG. 8 is described as comparing one reference signature at a time, the example method can be adapted to compare multiple reference signatures with one monitored signature in parallel (i.e., at the same time). For example, the operation of block 806 may be configured to obtain a plurality of reference signatures at one time, each of which corresponds to a different reference audio stream. The operation of block 808 may be configured to obtain the first descriptor of each of the plurality of reference signatures retrieved at block 806. The descriptors of each of the reference signatures may be compared with the each descriptor of the monitored signature until a match is found or until the plurality of reference signatures obtained at block 806 is eliminated, after which time another plurality of reference signatures is obtained at block 820.

One of ordinary skill in the art can readily appreciate that applying the Hamming distance to the comparison process may significantly reduce the time required to match all of the available reference signatures. For example, after the first descriptor of each of a plurality of reference signatures are compared to the first descriptor of a monitored signature, the first descriptor of each of the reference signatures is associated with a Hamming distance. Only reference signatures having first descriptors associated with a Hamming distance less than a predetermined Hamming distance threshold are further compared with the monitored signature based on the next descriptor of each of the reference signatures and the monitored signature. Reference signatures having descriptors

US 7,783,889 B2

21

associated with a Hamming distance greater than a predetermined threshold are discarded. The number of reference signatures to be compared based on the next descriptors is reduced from the number of reference signatures compared to the monitored signature based on the first descriptor. In this manner, with each iteration of the comparison process, the number of reference signatures that remain to be compared in subsequent iterations of the signature comparison process quickly diminishes until it is determined that all of the descriptors of a single reference signature are associated with a Hamming distance below the predetermined Hamming distance threshold.

In instances where all of the descriptors of more than one reference signature are associated with a Hamming distance below the predetermined Hamming distance threshold, more than one monitored signature may need to be matched with respective reference signatures of the possible matching reference audio streams. It will be relatively unlikely that all of the monitored signatures generated based on the monitored audio stream will match all of the reference signatures of more than one reference audio stream, and, thus erroneously matching more than one reference audio stream to the monitored audio stream can be prevented.

The example methods described above in connection with FIGS. 4-8 may be implemented by hardware, software, and/or any combination thereof. More specifically, the example methods may be executed in hardware defined by the block diagrams of FIGS. 9-11. The example methods may also be implemented by software executed on a processor system such as, for example, the processor system 1210 of FIG. 12.

FIG. 9 is a block diagram of an example signature generation system 900 for generating digital spectral signatures. In particular, the example signature generation system 900 may be used to generate monitored signatures and/or reference signatures based on a sliding FFT as described above in connection with the example methods of FIGS. 4 and 5. For example, the example signature generation system 900 may be used to implement the signature generators 114 and 122 of FIG. 1A or the signature generators 156 and 158 of FIG. 1B. Additionally, the example signature generation system 900 may be used to implement the example methods of FIGS. 4 and 5.

As shown in FIG. 9, the example signature generation system 900 includes a sample generator 902, a timing device 903, a reference time generator 904, a sliding FFT module 906, a frequency identifier 908, a spectral power value identifier 910, a comparator 912, a descriptor generator 914, a concatenator 916, and a data communication interface 918, all of which may be communicatively coupled as shown. The example signature generation system 900 may be configured to obtain an example audio stream 920, acquire a plurality of audio samples from the example audio stream 920, and generate digital spectral signatures based on the audio samples.

The sample generator 902 may be configured to obtain the example audio stream 920, which may be any analog or digital audio stream. If the example audio stream 920 is an analog audio stream, the sample generator 902 may be implemented using an analog-to-digital converter. If the example audio stream 920 is a digital audio stream, the sample generator 902 may be implemented using a digital signal processor. Additionally, the sample generator 902 may be configured to acquire and/or extract audio samples at any desired sampling frequency $f_s$ and notify the reference time generator 904 when an audio sample acquisition process begins. The sample generator 902 communicates samples to the sliding FFT module 906. The sample generator 902 may also be configured to notify the frequency identifier 908 when an

22

audio sample frame (e.g., one of the audio sample frames 204, 206, 208, and 210 of FIG. 2 or 304, 306, 308, and 310 of FIG. 3) or a sample segment (e.g., one of the sample segments 312a-f of FIG. 3) has been generated.

The timing device 903 may be configured to generate time data and/or timestamp information and may be implemented by a clock, a timer, a counter, and/or any other suitable device. The timing device 903 may be communicatively coupled to the reference time generator 904 and may be configured to communicate time data and/or timestamps to the reference time generator 904. The timing device 903 may also be communicatively coupled to the sample generator 902 and may assert a start signal or interrupt to instruct the sample generator 902 to begin collecting or acquiring audio sample data. In one example, the timing device 903 may be implemented by a real-time clock having a 24-hour period that tracks time at a resolution of milliseconds. In this case, the timing device 903 may be configured to reset to zero at midnight and track time in milliseconds with respect to midnight.

The reference time generator 904 may initialize a reference time to when a notification is received from the sample generator 902. As described above in connection with FIGS. 2 and 3, the reference time $t_0$ may be used to indicate the time within an audio stream at which a signature is generated. In particular, the reference time generator 904 may be configured to read time data and/or a timestamp value from the timing device 903 when notified of the beginning of a sample acquisition process by the sample generator 902. The reference time generator 904 may then store the timestamp value as the reference time to.

The sliding FFT module 906 may be configured to perform a sliding FFT using the audio samples obtained from the sample generator 902. As described above in connection with FIG. 4, a sliding FFT may update frequency spectrum data each time two samples (e.g., the two most recently acquired samples $v_{N_s-2}$ and $v_{N_s-1}$) are obtained from the sample generator 902.

The frequency identifier 908 may be configured to identify one or more frequency pairs from frequency spectrum data in response to a notification from the sample generator 902 that a new audio sample frame or a new sample segment has been generated. For example, if the example signature generation system 900 is configured to generate monitored signatures, the frequency identifier 908 identifies frequency pairs from the frequency spectrum data in response to a new audio sample frame notification. Alternatively, if the example signature generation system 900 is configured to generate reference signatures, an audio sample frame of data is formed with each new sample segment as described above in connection with FIG. 3. Therefore, the frequency identifier 908 identifies frequency pairs from the frequency spectrum data in response to a new sample segment notification. The frequency identifier 908 may then be configured to communicate indexes identifying the frequency components of the frequency pairs to the spectral power value identifier 910.

The spectral power value identifier 910 may be configured to obtain the indexes associated with the frequency components of the frequency pairs from the frequency identifier 908. The spectral power value identifier 910 may then determine or identify the spectral power of each frequency component of the frequency pairs by retrieving the spectral power value for each frequency component from the frequency spectrum data generated by the sliding FFT module 906. The spectral power values may then be communicated to the comparator 912.

As described above in connection with FIG. 5, the comparator 912 and the descriptor generator 914 may work coop-

US 7,783,889 B2

23

eratively to generate M-bit descriptors. The comparator **912** may obtain the spectral power values and compare the spectral power values for each frequency pair. The descriptor generator **914** may be configured to obtain comparison results from the comparator **912** and generate the descriptor bits of an M-bit descriptor based on the comparison results.

The concatenator **916** may obtain descriptor values from the descriptor generator **914**. When a complete set of descriptors is obtained, the concatenator **916** may concatenate the descriptors **916** to form a digital spectral signature. The data communication interface **918** may obtain the digital spectral signatures from the concatenator **916** and the reference time to corresponding to the digital spectral signature and communicate the same to a memory and/or a reference site. For example, if the example signature generation system **900** is configured to generate monitored signatures at the monitoring site **102** (FIG. 1A), the monitored signatures may be communicated to the central data collection facility (FIG. 1A) via the network **108** (FIG. 1A). Alternatively, if the example signature generation system **900** is configured to generate reference signatures, the reference signatures may be communicated to the central data collection facility **154** (FIG. 1B) and/or stored in the memory **134** (FIG. 1B).

FIG. **10** is a block diagram of another example signature generation system **1000** for generating digital signatures based on audio streams. In particular, the example signature generation system **1000** may be used to generate monitored signatures and/or reference signatures based on wavelet transforms as described above in connection with the example methods of FIGS. **6** and **7**. For example, the example signature generation system **1000** may be used to implement the signature generators **114** and **122** of FIG. 1A and generate monitored signatures. Additionally or alternatively, the example signature generation system **1000** may be used to implement the signature generators **156** and **158** of FIG. 1B. In addition, the example signature generation system **1000** may be used to implement the example methods of FIGS. **6** and **7**.

The example signature generation system **1000** includes the sample generator **902**, the timing device **903**, the reference time generator **904**, the comparator **912**, the descriptor generator **914**, the concatenator **916**, and the data communication interface **918** of the example signature generation system **900** described above in connection with FIG. **9**. Additionally, the example signature generation system **1000** includes a wavelet transform module **1002**, a sub-band block identifier **1004**, and an energy value generator **1006**, all of which may be communicatively coupled as shown.

The wavelet transform module **1002** may be configured to apply wavelet transforms to audio samples obtained from the sample generator **902**. For example, the wavelet transform module **1002** may obtain an audio sample frame (e.g., one of the audio sample frames **204**, **206**, **208**, and **210** of FIG. 2 or **304**, **306**, **308**, and **310** of FIG. 3) from the sample generator **902** and perform an M-level wavelet decomposition on the audio samples to generate filtered data values using, for example, the Daubechies wavelet transform as described in connection with FIGS. **6** and **7**. The filtered data values may then be communicated to the sub-band block identifier **1004**.

The sub-band block identifier **1004** may be configured to obtain the filtered data values from the wavelet transform module **1002** and generate a low-frequency sub-band block $L_x$ and a high-frequency sub-band block $H_x$. As described in greater detail above in connection with FIG. **7**, the sub-band blocks $L_x$ and $H_x$ may be identified by de-interleaving the filtered data values. The low-frequency sub-band block may then be communicated to the wavelet transform module **1002**

24

to perform another wavelet decomposition and the high-frequency sub-band filtered block may be communicated to the energy value generator **1006**.

The energy value generator **1006** may be configured to generate energy values $E_x$ based on the high-frequency sub-band block. The energy value generator **1006** may be configured to parse or separate the high-frequency sub-band block into a first half of filtered data values and a second half of filtered data values as described in greater detail above in connection with FIG. **7**. The energy value generator **1006** may then generate a first energy value $E_0$ by squaring and summing the first half of filtered data values. A second energy value $E_1$ may be generated by squaring and summing the second half of filtered data values.

The comparator **912** and the descriptor generator **914** may be configured to generate descriptors based on energy values. For example, the comparator **912** may obtain energy values from the energy value generator **1006** and compare a first energy to a second energy value. The descriptor generator **914** may obtain comparison results from the comparator **912** and generate the bits of an M-bit descriptor based on the comparison results.

The concatenator **916** may obtain descriptors from the descriptor generator **914** and generate digital spectral signatures by concatenating a plurality of descriptors as described above in connection with FIG. **9**. The data communication interface **918** may then store or transmit signatures obtained from the concatenator **916** with corresponding reference times obtained from the reference time generator **904**.

FIG. **11** is a block diagram of an example signature comparison system **1100** for comparing digital spectral signatures. In particular, the example signature comparison system **1100** may be used to compare monitored signatures with reference signatures. For example, the example signature comparison system **1100** may be used to implement the signature analyzer **132** of FIG. 1 to compare monitored signatures with reference signatures. Additionally, the example signature comparison system **1100** may be used to implement the example method of FIG. **8**.

The example signature comparison system **1100** includes a monitored signature receiver **1102**, a reference signature receiver **1104**, a comparator **1106**, a Hamming distance filter **1108**, a media identifier **1110**, and a media identification look-up table interface **1112**, all of which may be communicatively coupled as shown.

The monitored signature receiver **1102** may be configured to obtain monitored signatures via the network **106** (FIG. 1) and communicate the monitored signatures to the comparator **1106**. The reference signature receiver **1104** may be configured to obtain reference signatures from the memory **134** (FIGS. 1A and 1B) and communicate the reference signatures to the comparator **1106**.

The comparator **1106** and the Hamming distance filter **1108** may be configured to compare reference signatures to monitored signatures using Hamming distances. In particular, the comparator **1106** may be configured to compare descriptors of monitored signatures with descriptors from a plurality of reference signatures and to generate Hamming distance values for each comparison. The Hamming distance filter **1108** may then obtain the Hamming distance values from the comparator **1106** and filter out non-matching reference signatures based on the Hamming distance values as described above in connection with FIG. **8**.

After a matching reference signature is found, the media identifier **1110** may obtain the matching reference signature and in cooperation with the media identification look-up table interface **1112** may identify the media information associated

US 7,783,889 B2

25                                                                                           26

with an unidentified audio stream (e.g., the example monitored audio stream **202** of FIG. **2**). For example, the media identification look-up table interface **1112** may be communicatively coupled to a media identification look-up table or a database that is used to cross-reference media identification information (e.g., movie title, show title, song title, artist name, episode number, etc.) based on reference signatures. In this manner, the media identifier **1110** may retrieve media identification information from the media identification database based on the matching reference signatures.

FIG. **12** is a block diagram of an example processor system **1210** that may be used to implement the apparatus and methods described herein. As shown in FIG. **12**, the processor system **1210** includes a processor **1212** that is coupled to an interconnection bus or network **1214**. The processor **1212** includes a register set or register space **1216**, which is depicted in FIG. **12** as being entirely on-chip, but which could alternatively be located entirely or partially off-chip and directly coupled to the processor **1212** via dedicated electrical connections and/or via the interconnection network or bus **1214**. The processor **1212** may be any suitable processor, processing unit or microprocessor. Although not shown in FIG. **12**, the system **1210** may be a multi-processor system and, thus, may include one or more additional processors that are identical or similar to the processor **1212** and that are communicatively coupled to the interconnection bus or network **1214**.

The processor **1212** of FIG. **12** is coupled to a chipset **1218**, which includes a memory controller **1220** and an input/output (I/O) controller **1222**. As is well known, a chipset typically provides I/O and memory management functions as well as a plurality of general purpose and/or special purpose registers, timers, etc. that are accessible or used by one or more processors coupled to the chipset. The memory controller **1220** performs functions that enable the processor **1212** (or processors if there are multiple processors) to access a system memory **1224** and a mass storage memory **1225**.

The system memory **1224** may include any desired type of volatile and/or non-volatile memory such as, for example, static random access memory (SRAM), dynamic random access memory (DRAM), flash memory, read-only memory (ROM), etc. The mass storage memory **1225** may include any desired type of mass storage device including hard disk drives, optical drives, tape storage devices, etc.

The I/O controller **1222** performs functions that enable the processor **1212** to communicate with peripheral input/output (I/O) devices **1226** and **1228** via an I/O bus **1230**. The I/O devices **1226** and **1228** may be any desired type of I/O device such as, for example, a keyboard, a video display or monitor, a mouse, etc. While the memory controller **1220** and the I/O controller **1222** are depicted in FIG. **12** as separate functional blocks within the chipset **1218**, the functions performed by these blocks may be integrated within a single semiconductor circuit or may be implemented using two or more separate integrated circuits.

The methods described herein may be implemented using instructions stored on a computer readable medium that are executed by the processor **1212**. The computer readable medium may include any desired combination of solid state, magnetic and/or optical media implemented using any desired combination of mass storage devices (e.g., disk drive), removable storage devices (e.g., floppy disks, memory cards or sticks, etc.) and/or integrated memory devices (e.g., random access memory, flash memory, etc.).

Although certain methods, apparatus, and articles of manufacture have been described herein, the scope of coverage of this patent is not limited thereto. To the contrary, this patent covers all methods, apparatus, and articles of manufacture fairly falling within the scope of the appended claims either literally or under the doctrine of equivalents.

What is claimed is:

**1**. A method for generating signatures implemented using an apparatus comprising a processor, the method comprising:

obtaining a first frame of media samples;

identifying a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;

determining a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

generating a first signature based on the first descriptor;

identifying a second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending another plurality of media samples to the common plurality of media samples;

identifying a third spectral power associated with a third frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples;

determining a second descriptor based on a comparison of the third spectral power and the fourth spectral power; and

generating a second signature based on the second descriptor.

**2**. A method as defined in claim **1**, further comprising identifying media information based on the first signature.

**3**. A method as defined in claim **2**, wherein a Hamming distance is used to identify the media information based on the first signature.

**4**. A method as defined in claim **2**, wherein the media information is associated with at least one of audio information or video information.

**5**. A method as defined in claim **1**, wherein the first descriptor is associated with only the first frame of media samples.

**6**. A method as defined in claim **1**, wherein the second descriptor is of the second frame of media samples.

**7**. A method as defined in claim **1**, wherein the spectral transform operation is a sliding Fast Fourier Transform.

**8**. An apparatus for generating signatures, comprising:

a processor system including a memory; and

instructions stored in the memory that enable the processor system to:

obtain a first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;

identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;

identify a third spectral power and a fourth spectral power; determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and

US 7,783,889 B2

27

generate a first signature based on the first descriptor and a second signature based on the second descriptor.

**9**. An apparatus as defined in claim **8**, wherein the instructions stored in the memory enable the processor system to identify media information based on the first signature.

**10**. An apparatus as defined in claim **9**, wherein a Hamming distance is used to identify the media information based on the first signature.

**11**. An apparatus as defined in claim **8**, wherein the first descriptor is associated with only the first frame of media samples.

**12**. An apparatus as defined in claim **8**, wherein the instructions stored in the memory enable the processor system to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples.

**13**. An apparatus as defined in claim **8**, wherein the third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

**14**. A tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to:

obtain a first frame first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples;

28

identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples;

identify a third spectral power and a fourth spectral power;

determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power;

determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and

generate a first signature based on the first descriptor and a second signature based on the second descriptor.

**15**. A tangible machine accessible medium as defined in claim **14**, wherein the first descriptor is associated with only the first frame of media samples.

**16**. A tangible machine accessible medium as defined in claim **14** having instructions stored thereon that, when executed, cause the machine to:

obtain a first plurality of media samples; and

identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples.

**17**. A tangible machine accessible medium as defined in claim **14**, wherein third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.

* * * * *

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, ) | |
| and GRACENOTE, INC.          ) | |
|                              ) | |
| *Plaintiff*,          ) | C.A. No. |
| v.          ) | |
|                              ) | |
| ACRCLOUD, LTD.,          ) | |
| *Defendant.*          ) | |

**<u>Declaration of Pierre Moulin</u>**

I, Pierre Moulin, declare as follows:

1.      I have been retained by The Nielsen Company (US), LLC ("Nielsen") and Gracenote, Inc. ("Gracenote") to provide an independent opinion regarding U.S. Patent Nos. 7,783,889 ("the '889 Patent"), 8,065,700 ("the '700 Patent'"), 7,904,503 ("the '503 Patent"), and 7,623,823 ("the '823 Patent") (the "Patents").

2.      I am not an employee of Nielsen or Gracenote or any affiliate or subsidiary of Nielsen or Gracenote. Nor do I have a financial interest in Nielsen or Gracenote or the outcome of this case. I am being compensated for my work at my standard consulting rate. My compensation is not dependent on the outcome of this case or on the content of my opinions.

3.      The Patents all relate to automatic content (such as audio and/or video) recognition. In my opinion, a person of ordinary skill in the art in the field of the Patents would have a working knowledge of basic computer technology and automatic content recognition technology. The person would gain this knowledge through either (i) an undergraduate Bachelor of Science degree in Computer Science or Electrical Engineering or a comparable field, and at least three years of work experience in relevant fields; or (ii) a Master's degree in Computer Science or Electrical Engineering and at least one year of work experience in relevant fields. I

1

base these statements on my experience, including my knowledge of colleagues and others at the times of the inventions of the Patents.

4.      Unless otherwise noted, the statements made in this Declaration are based on my personal knowledge, and if called to testify about this declaration, I could and would do so competently and truthfully.

5.      A detailed record of my professional qualifications is attached to this Declaration as Exhibit A.

6.      I have reviewed the Patents and other materials that are listed in Exhibit B to this Declaration. My opinions are, in part, a result of my review of those materials. My opinions are also a result of my years of experience in the field. Moreover, my experience has informed my choices of materials to review.

7.      I am not a legal expert and offer no opinions on the law.

8.      I am a Professor at the University of Illinois ("UIUC") in the Department of Electrical and Computer Engineering, a Research Professor in the Coordinated Science Laboratory, a faculty member in the Beckman Institute for Advanced Science and Technology and its Image Formation and Processing Group, and an affiliate professor in the University's Department of Statistics. I am also a member of the Information Trust Institute and the founding director of the Center for Information Forensics, a multidisciplinary research center.

9.      I am an experienced researcher and educator in the field of computer engineering, with expertise in signal processing, audio and video processing, information theory, machine learning, and large data systems.

10.     I have experience and expertise in numerous areas including information theory, audio and video processing, statistical signal processing and modeling, decision theory,

information hiding and authentication, and the application of multi-resolution signal analysis, optimization theory, and fast algorithms to these areas. As part of my professional research, I have studied automated content filtering, commonly referred to as digital "fingerprinting," as it applies to both video and audio electronic content.

11.     I have more than 35 years of experience in the field of electrical and computer engineering since receiving my bachelor's degree in 1984. I have 25 years of experience as a professor in the Electrical and Computer Engineering Department of UIUC.

12.     During this time, I have led, overseen, and contributed to numerous research projects involving technical concepts that are closely related to the technology at issue in the Patents. For example, I am a co-researcher/co-author on the following papers, full details of which are set forth in Exhibit A:

- F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," *Proc. ICASSP*, Barcelona, Spain, May 2020.

- H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927-938, Sep. 2015.

- H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

- V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

- H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 10, pp. 1606-1616, Oct. 2014.

- R. Naini and P. Moulin, "Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809-3813, May 2014.

- H. Yu and P. Moulin, "Regularized Adaboost for Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

- P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

- J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393-1408, Oct. 2004.

- R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

13.     I have taught numerous courses on technology relating to audio and video processing, digital signal processing, information theory, and detection and estimation theory. I have developed courses in image and video processing, machine learning, and large data computing.

14.     In my career field, I have received numerous accolades for my contributions to electrical and computer engineering, including being elected as Fellow of the IEEE in 2003. In 2018, I was honored to receive the Ronald W. Pratt Faculty Outstanding Teaching Award. I served on the IEEE Signal Processing Society Board of Governors from 2005-2007 and the IEEE

Information Theory Society Board of Governors from 2016-2018. I also served as IEEE Signal Processing Society Distinguished Lecturer from 2012-2013.

15.     I received my D.Sc. in Electrical Engineering (Washington University, St. Louis, 1990); M.Sc. in Electrical Engineering (Washington University, St. Louis, 1986); and Ingénieur Civil Electricien (Faculté Polytechnique de Mons, Belgium, 1984). The D.Sc. is equivalent to a Ph.D. and is recognized as such within academic and research communities.

16.     After receiving my D.Sc. degree, I worked as a Research Scientist at Bell Communications Research, Morristown, NJ from 1990-1995.

17.     My work as an academic began in 1996, when I joined the University of Illinois as Assistant Professor. In 1999, I was promoted to Associate Professor, and, in 2003, I was promoted to the position of Professor of Electrical and Computer Engineering and Statistics.

18.     During sabbaticals from University of Illinois, I have held visiting positions at the National Taiwan University (2019), the Chinese University of Hong Kong (2010 and 2014), MIT (2005), and Microsoft Research (2001).

19.     I have received funding from numerous agencies, foundations, and companies for my research on electrical and computer engineering, including image and signal processing. The sources of funding for this research include the National Science Foundation (NSF), the Defense Advanced Research Projects Agency (DARPA), Microsoft, HP Labs, Xerox, and the North Atlantic Treaty Organization (NATO).

20.     I have served in a number of leadership roles for the IEEE, including as an Editorial Board member for the *Proceedings of the IEEE* (2007-2012), as Co-founder and Editor-in-chief for *IEEE Transactions on Information Forensics and Security* (2005-2008), and as Area Editor for *IEEE Transactions on Image Processing* (2002-2006).

21.      I have been an invited lecturer at academic institutions and organizations including MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Bell Labs, IBM Research, and Microsoft Research, among others.

22.      I have graduated twelve Ph.D. students and educated 9 post-doctoral students. Three of my Ph.D. students became associate professors upon graduation, and one became a professor upon graduation. My other Ph.D. students have joined companies such as Intel Research, Qualcomm, and Google. Seven of my post-doctoral students began careers in academia in professorial positions.

23.      I have researched and written about video and audio processing, video and audio hashing, video and audio identification, large data systems, and other topics related to video and audio processing.

24.      During the course of my career, I have authored or co-authored more than 65 scientific articles, one book, and six book chapters. I have presented and/or published 194 conference papers. I have also been awarded two U.S. patents. These, and other aspects of my qualifications, are summarized in my curriculum vitae accompanying this declaration as Exhibit A.

25.      The '889 patent relates to, among other things, automated identification of media information such as audio streams and television signals. Automated identification is commonly done using signature-matching techniques, where a digital signature is extracted from sample media content and compared with digital signatures from a reference library.

26.      Such digital signatures should offer certain desirable technical characteristics. One such characteristic is that they should be robust in the sense that a slight modification (distortion) of the sample media does not result in a large modification of the signature. Another

such characteristic is that they should be discriminative in the sense that two unrelated media are unlikely to produce similar signatures. And a third such characteristic is that they should be efficient to compute in order to reduce computer processing requirements, especially for large-scale systems featuring large media libraries.

27.     Examples of robust digital signatures extracted from spatiotemporal signal representations are those whose bits are signs of descriptor components (positive or negative), as a distortion might somewhat change the descriptor values but is less likely to change the signs. One variation of such a robust sign-based approach is the performance of a comparison operation. For example, a descriptor or signature that is based on whether the power level of one frequency component is greater or less than the power level of another frequency component is robust because distortion is unlikely to change the determination of which power level is greater (it is likely to change only the extent to which the greater one is greater).

28.     Examples of discriminative signatures extracted from spatiotemporal audio representations are those that for each time segment describe a few key frequencies associated with audio tones.

29.     Examples of computationally efficient signatures are those that are not computed from a large number of frames and frequency components.

30.     I understand that the priority date of the '889 Patent is August 18, 2004. As of that date (and even as of August 18, 2005, the filing date of the application from which the '889 Patent descends), it was not well-understood, routine, or conventional among those of skill in the art to generate digital spectral signatures using operations based on a small number of frequency components computed from individual frames of media samples, as claimed in all claims of the '889 Patent. (*See* '889 Patent, Complaint Ex. D, Claims 1, 8, and 14.)

31.     Prior to the priority date of the '889 Patent, people of skill in the art generated digital spectral signatures of audio or video content using operations based on complex spatiotemporal signatures. As detailed in the references listed in Exhibit B, this includes signatures generated from LPC coefficients, Mel-frequency cepstral coefficients, spectral flatness measures, and ordered lists of indexes of spectral bands with prominent tones. These methods rely heavily on interframe processing (*i.e.,* processing of data from multiple frames), which is more computationally complex relative to the intraframe methods (*i.e.,* processing of data from within an individual frame) disclosed in the '889 patent. (*See* '889 Patent, Complaint Ex. D, 2:55-3:5.)

32.     All of the claims of the '889 Patent recite the use of a particular way to extract digital signatures from media content (*i.e.*, the claims do not preempt all ways of extracting digital signatures, nor do they even preempt all ways of extracting digital signatures using intraframe methods). Specifically, each of the claims recites identifying two frequency components within a single frame of media samples, comparing the power levels of the two frequency components, determining a descriptor of the frame of media samples based on the comparison of the two power levels, and generating a signature based on the descriptor ("the claimed approach"). (*See* '889 Patent, Complaint Ex. D, Claims 1, 8, and 14.) As of the priority date of the '889 Patent, the claimed approach was not well-understood, routine, or conventional among those of skill in the art.

33.     There are several technical advantages to using the claimed approach. In particular, the claimed approach is more computationally efficient than the prior art (*i.e.,* the signatures are faster to compute and easier to implement in hardware and/or software). In addition, only a small number of frequency components need to be processed. This allows for a

reduction (as compared to the prior art) in computational resources needed for signature generation. This is particularly important in solving the prior art technical problem for large-scale systems that a very large number of signatures must be generated and a very large amount of computational resources is needed.

34.     The claimed approach also provides the advantages of robustness and discriminativeness over the prior art as discussed above. Specifically, the claimed approach provides robustness because it is a sign-based approach based on comparisons of power levels, as explained above in Paragraph 27. And the claimed approach provides discriminativeness because signatures are derived from descriptors based on a few key frequencies, as explained above in Paragraph 28.

35.     The '700 patent relates to, among other things, metering exposure to audio streams or television signals. Metering user exposure can be done using signature-matching techniques, where a digital signature is extracted from sample media content and compared with digital signatures from a reference library. The '700 Patent discloses and claims apparatuses and methods that use digital signatures based on the time intervals between audio features of the audio content. The selection of time intervals tied to such distinguishing audio features enhances the discrimination and robustness of the systems.

36.     I understand that the priority date of the '700 Patent is October 17, 2003. As of that date (and even as of June 8, 2004, the filing date of the application from which the '700 Patent descends), it was not well-understood, routine, or conventional among those of skill in the art to generate digital spectral signatures using operations that depended upon important distinguishing characteristics of the audio/video signal, such as peak values or zero crossings or other characteristics. As a result, techniques that existed in the prior art at that time limited or

9

prevented identification of content or incorrectly identified the content. (*See,* '700

Patent, Complaint Ex. F, 1:62-2:2.)

37.     The specification and the claims of the '700 Patent recite the use of receiving

digital signatures which are based on a plurality of time intervals between audio features of the

audio content and identifying the audio content presented at a site based on the received

signatures. (*See* '700 Patent, Complaint Ex. F, Claims 1-6, 8-11, and 15-18.) For example, the

selected distinguishing signal features of interest may be peak signal values. The time intervals

between those peaks are used to generate the signatures. In addition, the time intervals between

distinctive zero crossings may be used to generate signatures. (*See* '700 Patent, Complaint Ex. F,

Claims 2, 9 and 16.) In the claimed system, the time intervals are not preset to a certain equal

length but vary based on the time intervals between the distinguishing features of interest. The

claims do not preempt all ways of generating, receiving, and processing digital signatures.

Specifically, each of the claims recites a particular way of identifying audio content using a

received signature that is based on a plurality of time intervals between audio features of the

content. As of the priority date of the '700 Patent, the claimed approach was not well-

understood, routine, or conventional among those of skill in the art.

38.     There are several technical advantages to using the claimed approach. In

particular, the claimed approach of receiving and processing signatures that are based on time

intervals defined by specific discriminative audio features creates a much more unique identifier

for content. The audio features in the signature, such as signal peaks and zero crossings, create

more discriminative signatures in the sense that two unrelated media are unlikely to produce

similar signatures which can lead to errors. As disclosed in the patent, this allows for more

precise detection and identification of the content in the system. As compared to the prior art,

this particular way of using discriminative audio features makes for a much more robust system in the presence of ambient noise and distortions in the playing device. A slight modification (distortion) of the sample media results at most in a slight modification of the signature. Thus, the improvements in the hardware and software that implement the claimed approach provide a solution to the problem in the prior art in which identification of content using less unique signatures could lead to failures or limitations in accurately identifying content. Moreover, the claimed hardware and software implementations utilize greatly enhanced discriminative signatures that result in more efficient and accurate processing.

39.     The '503 patent relates to, among other things, more efficient, secure, and accurate systems and methods for "enhancing" content for the enjoyment of a user. In particular, the content, such as an audio file, is received at a server system comprising hardware and software. According to the claims, a portion of the content alone (without the need for any auxiliary information) is processed at the receiving server system to create an identifier by computing a hash value. The hash value identifier is then used to search a database to obtain enhanced information relating to the content. For example, such enhanced content could be song titles, artist, photos or concert information associated with the artist of a song. (*See* '503 Patent, Complaint Ex. G, 2:64-67.) Once retrieved from a database at the server system, the enhanced content can then be sent to the user where the client device can display the additional content, thereby enhancing the content item for the user.

40.     I understand that the priority date of the '503 Patent is August 23, 2000. As of that date, it was not well-understood, routine, or conventional among those of skill in the art to transmit from a client device merely a portion of the digital audio data alone (without extraneous auxiliary information) to a server system in order to obtain enhanced content associated with the

media. In the prior art, the server device would have also had to dispose additional auxiliary information in the content before transmitting it to the client device. The server device would then transmit both the auxiliary information and the content to the client device. The client receiver demultiplexes the auxiliary information from the content and using the auxiliary information to enhance rendering. (*See* '503 Patent, Complaint Ex. G, 2:5-30.) This increases the size of the content to be transmitted and requires that the server system knows in advance which additional information is desired in the client system. As the patent states, this prior art system was not nearly as flexible as the claimed approach.

41.    The '503 Patent also discloses that "watermarks" could be included with the contents of a song and transmitted from a client device to a server system which uses the watermark to identify the additional enhanced content at the server system. (*See* '503 Patent, Complaint Ex. G, 3:14-17.) The problem with this approach is that, unlike the claimed approach, auxiliary information must still be embedded within the audio content.

42.    The '503 Patent recites systems and methods that solve the problem of requiring the insertion of wasteful excess additional information into the content signals and continuously transmitting such from the server system to the client devices whether such information was specifically requested or not. And the '503 Patent also solves the problem of requiring a client device to include auxiliary information to be embedded within the audio content when it is sent to the server. In fact, no additional information needs to be sent with the content in the claimed system and methods.

43.    There are several technical advantages to using the claimed approach of the '503 Patent. First, the claimed approach does not require attaching wasteful additional information to the audio and/or video content sent from the server system to the client device as was known and

taught in the prior art. The significant improvement of the claimed systems and methods over the prior art is that the hash values are created from just a portion of the media content itself after receipt at the server system. There is no need to manage watermarks and insert anything into the media content. Moreover, only a portion of the media content is necessary at the server system to create a hash value identifier. The hash value identifier may then be used to access enhanced content in a database such as song titles, artist's names, recording dates, record jacket covers, amongst other items. The computation of hash values and their use as identifiers at the server system allows for a much more robust, efficient, and convenient system over the use of prior art systems that required transmission of auxiliary data. And computing hash values from the content itself creates simplified data structures. All of the claims of the '503 Patent recite the use of a particular way to access enhanced content using hash values created from received media content (i.e., the claims do not preempt all ways of accessing and rendering enhanced content).

44.     The '823 patent relates to, among other things, disclosing a system which can detect exposure of media across many different types of client devices with a configuration of various servers which can store content items exposed to users from client devices, store reference media content from various media broadcasts on multiple media receivers, transform all such content into digital representations (such as signatures), and compare such digital representations to detect user exposure to media items. This system allows for determining degrees of penetration and effectiveness of media content such as advertisements across large scale media systems. (*See* '823 Patent, Complaint Ex. H, 3:38-63.) In particular, a system is claimed comprising a stream collection server selector that selects one of multiple stream collection servers based on load and/or geographic location of a client device, and correlator servers that match and identify a reference media item as corresponding to a target media item

13

received from a client device, and an output device that generates signaling showing user exposure to the identified reference item (the "claimed system."). (*See* '823 Patent, Complaint Ex. H, Claim 6.)

45.    I understand that the priority date of the '823 Patent is August 31, 2004. As of that date (and even as of August 30, 2005, the filing date of the application of the '823 Patent), it was not well-understood, routine, or conventional among those of skill in the art to be able to measure user exposure to media items across various media and content delivery mechanisms, and across multiple geographic zones without requiring active participation of users. (*See* '823 Patent, Complaint Ex. H, 1:38-2:17; 3:30-63.) The specification discloses a system with multiple stream collection servers capable of handling potentially large loads. Such servers receive content from user devices and store the data representations (e.g., signatures) derived from the content in a stream store. A stream collection server selector selects one of the stream collection servers to store the received client content data representations based on current load, geographic location or other factors. A correlator server then compares user client device data representations to broadcast signatures to detect exposure to media content items (*See* '823 Patent, Complaint Ex. H, 6:3-15; Fig. 1, 3 and 4; Claim 6.)

46.    There are several technical advantages to using the claimed system. The prior art did not allow for determining overall exposure to particular content such as an advertisement across various media, such as television, radio or other media. As the patent discloses, the prior art systems and methods were not sufficient to collect and measure a large enough pool of user exposures in order to obtain an overview of aggregate exposure to various media items and types of media items, which is important to advertisers. (*See* '823 Patent, Complaint Ex. H, 1:38-2:17; 3:30-63.) The claimed system remedies these deficiencies by providing a platform that can

serve customers located globally. Unlike the prior art, media receivers are disclosed that can collect broadcasts from live or prerecorded broadcasts over various media, and can generate digital representations (such as signatures) from these broadcasts. Given the potential abundance of target media items received from lots of users listening or watching large amounts of available content across various media platforms, the claimed system comprises multiple stream collection servers to handle the load so that real time responses can be provided. Prior art systems relying on simple server backends without logic for balancing large loads and geographic diversity considerations may result in unacceptable delays in identifying user exposure. In the '823 Patent, real time responses are accomplished using a stream selection server selector which selects one of the multiple stream collection servers to store the representations of user content data (or signatures) based on load balancing and/or geographic location of the user device. In this manner, the claimed '823 systems elegantly solve the problem of overburdened systems which created excessive delays in determining exposure to media content received from a large number of client devices over multiple geographic locations. The patented solution offers high performance and real time exposure detection of media content received from a large number of client devices over multiple geographic locations without overburdening the system.

47.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: <u>September 28</u>, 2022

*Pierre Moulin*

Pierre Moulin

# EXHIBIT A

# PIERRE MOULIN

University of Illinois                                    tel (217) 244–8366
Coordinated Science Laboratory                           fax (217) 244–8371
1308 W. Main St.                                         Email: *moulin@ifp.uiuc.edu*
Urbana, IL 61801                                         WWW: *www.ifp.uiuc.edu/˜moulin*

**Education**

| | | |
|---|---|---|
| D.Sc. in Electrical Engineering, *Washington University, St Louis* | 08/1987–05/1990 |
| M.Sc. in Electrical Engineering, *Washington University, St Louis* | 08/1985–05/1986 |
| Ingénieur Civil Electricien, *FacultéPolytechnique de Mons, Belgium* | 09/1979–07/1984 |

**Professional Experience**

| | |
|---|---|
| Professor of ECE and Statistics, *University of Illinois*, Urbana, IL | 08/2003–present |
| Associate Professor, *University of Illinois*, Urbana, IL | 08/1999–08/2003 |
| Assistant Professor, *University of Illinois*, Urbana, IL | 01/1996–08/1999 |
| Research Scientist, *Bell Communications Research*, Morristown, NJ | 10/1990–12/1995 |
| Research Assistant, *Washington University*, St Louis, MO | 10/1987–05/1990 |
| Research Engineer, *FacultéPolytechnique de Mons, Belgium* | 10/1984–06/1985 |
| Summer Intern, *Standard Telecommunications Laboratories Ltd.*, U.K. | 07/1983–08/1983 |

**Professional Activities**

Senior Editorial Board member of *IEEE Journal of Selected Topics in Signal Processing*, 2019—present

Editorial Board member for *Proceedings of IEEE*, 2007-2012

Co-Founder and Editor in Chief for *IEEE Transactions on Information Forensics and Security*, 2005-2008

Area Editor for *IEEE Transactions on Image Processing*, 2002-2006.

Guest Editor for *IEEE Transactions on Signal Processing* supplements on secure media, 2004-2005.

Guest Associate Editor for *IEEE Transactions on Signal Processing*'s special issue on Data Hiding, Apr. 2003.

Guest Associate Editor for *IEEE Transactions on Information Theory*'s special issue on Information-theoretic imaging, Aug. 2000

Associate Editor for *IEEE Transactions on Image Processing*, 1999—2002

Associate Editor for *IEEE Transactions on Information Theory*, 1996—1998

Member, IEEE Image and Multidim. Signal Processing Technical Committee, 1998-2003

Co-chair, Allerton Conference 2007, 2008

Member, Technical Program Committee of miscellaneous major IEEE conferences

Invited organizer, NSF Workshop on Signal Authentication, Orlando, FL, 2002.

Organizer, special sessions on watermarking at Allerton (10/01, 02, 03) and on information-theoretic imaging at Asilomar (11/02)

Invited lectures at MIT, Stanford, Berkeley, Carnegie-Mellon, Harvard, Illinois, Purdue, Michigan, UC San Diego, UC Santa Barbara, Maryland, National U. of Singapore, Nanyang Tech. U. (Singapore), Chinese U. Hong Kong, Hong Kong U. of Science and Technology, Hong Kong Polytechnic, National Taiwan U., Academia Sinica, National Chiao Tung U. (Taiwan), KAIST (Korea), INRIA Sophia-Antipolis (France), Delft (Netherlands), Louvain (Belgium), Tech. U. Munich (Germany), Bell Labs, IBM Research, Microsoft Research, KLA-Tencor, Qualcomm.

Keynote/Plenary talks at Int. Workshop on Digital Watermarking (IWDW), Seoul, Korea, 2002; Int. Symp. on Image and Signal Processing and Analysis (ISPA), Rome, 2003; Wav-ila Challenge, Barcelona, Spain, 2005; IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP), Toulouse, France, 2006; Workshop on Multimedia Content Representation, Classification and Security (MRCS), Istanbul, Turkey, 2006; 3rd Int. Conf. on Intelligent Information Hiding and Multimedia Signal Processing (IIH-MSP), Kaohsiung, Taiwan, 2007; IEEE Int. Conf. on Image Processing (ICIP), Brussels, Belgium, 2011; EUROCON, Zagreb, Croatia, 2013; ICSIPA, Melaka, Malaysia, 2013; VCIP, Singapore, 2015; ISPACS, Taipei, 2019.

Tutorial lecturer at ICIP'01, ICASSP'02, ICIP'04, and ISIT'06.

Co–Chair, IEEE Info Theory Workshop in Detection, Classif. & Imaging (Santa Fe, 2/99); Allerton Conf. (Monticello, IL, 9/06, 9/07); IEEE Workshop on Information Forensics and Security (Tenerife, Spain, 11/12); Tech. Program co-chair, IEEE Symp. on Information Theory (Hong Kong, 6/15).

Member, *IEEE Int. Conf. on Image Processing* Organizing Committee (Chicago 1998; Technical Program Co-chair, Brussels 2011)

Reviewer and panelist for National Science Foundation, reviewer for IEEE Trans. on SP, IP, IT, COM, NN and JOSA, CVGIP, JVCIP, Addison–Wesley, IEEE Press, SIAM, and Annals of Statistics.

Consultant and expert witness

Founding Director of *Center for Information Forensics*, UIUC.

## Honors and Awards

Ronald W. Pratt Faculty Outstanding Teaching Award, 2018
IEEE Information Theory Society Board of Governors, 2016—2018
IEEE Signal Processing Society Distinguished Lecturer, 2012–2013
UIUC Sony Faculty Scholar, 2005—2007
IEEE Signal Processing Society Board of Governors, 2005—2007
IEEE Fellow, 2003
Beckman Associate in UIUC Center for Advanced Study, 2003
Co-author, IEEE Signal Processing Society 2002 Young Author Best Paper Award
IEEE Signal Processing Society 1997 Best Paper Award
NSF Career award, 1998-2001
UIUC Incomplete List of Teachers Rated as Excellent, 1996, 1999, 2000, 2005, 2007, 2009, 2011, 2012, 2016, 2019
Rotary International Scholar, 1985-1986
A. Dosin Award Recipient, 1984
Co-winner 1989 US Amateur Team Chess Championship

## University Service

Chair, ECE Faculty Search Committee, 2019—Present
ECE Promotions and Tenure Committee, 2009-Present
Chair, ECE Signal Processing and Circuits Area, 2007-2017
ECE Faculty Search Committee, 2006—2012 and 2015—Present
ECE Graduate Committee, 1997—2008 and 2011—2014
ECE Representative to Research Board, 2007-2008
Elected Member, UIUC Faculty Senate, 2004-2005
Member, Information Trust Institute educational committee, 2004 - 2006
Elected Member, ECE Faculty Advisory Committee, 2002-2003
Member, Computer Resources and Education Committee, 1999—2002
Chair, ECE Graduate Seminar Committee, 1998—1999
Member, ECE Graduate Seminar Committee, 1996—2003

**Ph.D. Graduates**

|     | Name | Year | Placement |
| --- | --- | --- | --- |
| 1.  | Juan (Julia) Liu | 2001 | Research Scientist, PARC, Palo Alto, CA |
| 2.  | Prakash Ishwar | 2002 | Prof., Boston U. |
| 3.  | Kivanc Mihcak | 2002 | Assoc Prof., Bogazici U., Istanbul, Turkey |
| 4.  | Shawn C. Herman | 2002 | Numerica Inc., Fort Collins, CO. |
| 5.  | Tie Liu | 2006 | Assoc. Prof., Texas AM |
| 6.  | Ying (Grace) Wang | 2006 | Flarion Qualcomm, NJ |
| 7.  | Negar Kiyavash (co-advisor) | 2006 | Assoc. Prof., UIUC |
| 8.  | Maha El Choubassi | 2008 | Intel Research, Santa Clara, CA |
| 9.  | Shankar Sadasivam | 2011 | Qualcomm, San Diego, CA |
| 10. | Yen-Wei Huang | 2013 | Google |
| 11. | Honghai Yu | 2015 | A*STAR, Singapore |
| 12. | Patrick Johnstone | 2017 | Postdoc, Rutgers U. |
| 13. | Amish Goel | 2022 | |

**Postdocs**

|     | Name | Year | Placement |
| --- | --- | --- | --- |
| 1.  | Aaron Lanterman | 1998-2001 | Prof, Georgia Tech |
| 2.  | Sviatoslav Voloshnykovskiy | 1999 | Assoc. Prof., U. of Geneva |
| 3.  | Jong C. Ye | 1999-2001 | Prof, KAIST, Korea |
| 4.  | Natalia Schmid | 2001 | Assoc. Prof., U. of West Virginia |
| 5.  | Bing Bing Ni | 2010-2015 | Asst. Prof., Shanghai Jiaotong U., China |
| 6.  | Jiwen Lu | 2012-2015 | Asst. Prof., Tsinghua U., Beijing, China |
| 7.  | Gang Wang | 2012-2015 | Assoc. Prof., Nanyang Tech. U., Singapore |
| 8.  | Zhang Le | 2016- | ADSC Singapore |
| 9.  | Jagan Varadarajan | 2013 - 2016 | ADSC Singapore |

**Funding**   NSF, DARPA, ARO, ONR, NATO, A*STAR, Microsoft, HP Labs, Xerox, KLA-Tencor

**Sabbatical Leaves**

National Taiwan University, 2019

Chinese University of Hong Kong, 2010 and 2014

MIT, 2005

Microsoft Research, 2001

**Course Development**

1. ECE418, Introduction to Image and Video Processing, 1996-1998

2. ECE544 Wavelets, 1998

3. ECE544 Statistical Image and Video Processing, 2006-2008

4. ECE544 Statistical Learning, 2012, 2015, 2016

5. ECE598PM (now ECE566) Computational Inference and Learning, 2014-2017

6. ECE398BD (now ECE314) Making Sense of Big Data, 2014.

**Other Teaching**

Introduction to Image and Video Processing (ECE418), Digital Signal Processing II (ECE551), Information Theory (ECE563), Random Processes (ECE534), Detection and Estimation Theory (ECE561)

**Journal Papers**

A. Goel and P. Moulin, "Fast Locally Optimal Detection of Targeted Universal Adversarial Perturbations," *IEEE Trans. on Information Forensics and Security*, Vol. 17, pp. 1757— 1770, 2022.

P. R. Johnstone and P. Moulin, "Faster Subgradient Methods for Functions with Hölderian Growth," *Mathematical Programming*, Vol. 180, pp. 418—450, 2020.

R. Trabelsi, J. Varadarajan, L. Zhang, I. Jabri, Y. Pei, F. Smach, A. Bouallegue, and P. Moulin, "Understanding the Dynamics of Social Interactions: A Multi-Modal Multi-View Approach" ACM Transactions on Multimedia Computing, Communications, and Applications, Feb. 2019.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, On Characterizations of Markov Random Fields and Subfields, *IEEE Trans. Information Theory*, Aug. 2018.

P. Moulin, "The Log-Volume of Optimal Codes on Memoryless Channels, Asymptotically Within a Few Nats," *IEEE Trans. Information Theory*, Vol. 63, pp. 2278—2313, April 2017.

P. R. Johnstone and P. Moulin, "Local and global convergence of a general inertial proximal splitting scheme for minimizing composite functions," *Computational Optimization and Applications*, Feb. 2017.

J. Lu, G. Wang and P. Moulin, "Localized Multi-Feature Metric Learning for Image Set Recognition," *IEEE Trans. Circ. Syst. Video Technology*, Vol. 26, No. 3, pp. 529—540, March 2016.

B. Ni, V. R. Paramathayalan, T. Li, and P. Moulin, "Multiple Granularity Modeling: A Coarse-to-Fine Framework for Fine-grained Action Analysis," *International Journal on Computer Vision* (IJCV), March 2016.

H. Yu and P. Moulin, "SNR Maximization Hashing," *IEEE Trans. Information Forensics and Security*, Vol.10, No. 9, pp. 1927—1938, Sep. 2015.

B. Ni, G. Wang, and P. Moulin, "Order Preserving Sparse Coding" *IEEE Trans. on Pattern Recognition and Machine Intelligence*, Aug. 2015, Vol. 37, No. 8, pp. 1615—1628.

H. Yu and P. Moulin, "Regularized Adaboost Learning for Identification of Time-Varying Content," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 10, pp. 1606— 1616, Oct. 2014.

Y.-W. Huang and P. Moulin, "On the Fingerprinting Capacity Games for Arbitrary Alphabets and Their Asymptotics," *IEEE Trans. Information Forensics and Security*, Vol. 9, No. 9, pp. 1477—1490, Sep. 2014.

B. Ni, P. Moulin and S. Yan, "Pose Adaptive Motion Feature Pooling for Human Action Analysis," *International Journal on Computer Vision* (IJCV), July 2014.

J. Lu, G. Wang and P. Moulin, "Human Identity and Gender Recognition from Gait Sequences with Arbitrary Walking Directions," *IEEE Trans. on Information Forensics and Security*, Vol. 9, No. 1, pp. 41—51, Jan. 2014.

B. Ni, Y. Pei, S. Yan, and P. Moulin, "Multi-Level Depth and Image Fusion for Human Activity Detection," *IEEE Transactions on System, Man and Cybernetics*, Part B (T-SMC-B), Vol. 43, No. 5, pp.1383—1394, 2012.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Be-

havior of Fingerprinting Games," *IEEE Trans. on Information Forensics and Security*, Vol. 7, No. 1, pp. 160—175, 2012.

S. Sadasivam, P. Moulin and T. P. Coleman, "A Message Passing Approach to Combating Desynchronization Attacks," *IEEE Trans. on Information Forensics and Security*, Vol. 6, pp. 894–905, 2011.

J.-F. Jourdas and P. Moulin, "High-Rate Random-Like Fingerprinting Codes with Linear Decoding Complexity," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 4, Dec. 2009.

N. Kiyavash, P. Moulin and T. Kalker, "Regular Simplex Fingerprints and Their Optimality Properties," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 318—329, Sep. 2009.

N. Kiyavash and P. Moulin, "Performance of Orthogonal Fingerprints Under Worst-Case Noise Attacks," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 293—301, Sep. 2009.

M. El Choubassi and P. Moulin, "On Reliability and Security of Randomized Detectors Against Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 4, No. 3, pp. 273—283, Sep. 2009.

S. Sadasivam and P. Moulin, "On Estimation Accuracy of Desynchronization Attack Channel Parameters," *IEEE Transactions on Information Forensics and Security*, Vol. 4, No. 3, pp. 284—292, Sep. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *IEEE Trans. Information Theory*, Oct. 2009.

Y. Wang and P. Moulin, "Perfectly Secure Steganography: Capacity, Error Exponents, and Code Constructions," *IEEE Transactions on Information Theory*, Special Issue on Security, Vol. 54, No. 6, pp. 2706—2722, June 2008.

M. El Choubassi and P. Moulin, "Noniterative Algorithms for Sensitivity Analysis Attacks," *IEEE Trans. Information Forensics and Security*, Vol. 2, No.3, pp. 113—126, June 2007.

P. Moulin and Y. Wang, "Capacity and Random-Coding Exponents for Channel Coding with Side Information," *IEEE Trans. on Information Theory*, Vol. 53, No. 4, pp. 1326— 1347, Apr. 2007.

Y. Wang and P. Moulin, "Optimized Feature Extraction for Learning-Based Image Steganalysis," *IEEE Trans. Information Forensics and Security*, Vol. 2, No. 1, pp. 31—45, March 2007.

P. Moulin, "Signal Transmission with Known-Interference Cancellation," *IEEE Signal Processing Magazine*, Lecture Notes, Vol. 24, No. 1, pp. 134—136, Jan. 2007.

J. C. Ye, P. Moulin and Y. Bresler, "Asymptotic Global Confidence Regions for Parametric 3-D Shape Estimation," *IEEE Trans. Image Processing*, Vol. 15, No. 10, pp. 2904—2919, Oct. 2006.

P. Moulin and A. K. Goteti, "Block QIM Watermarking Games," *IEEE Trans. Information Forensics and Security*, Vol. 1, No. 3, pp. 293–310, Sep. 2006.

S. Jana and P. Moulin, "Optimality of KLT for Encoding Gaussian Vector-Scale Mixtures: Application to Reconstruction, Estimation and Classification," *IEEE Trans. on Informa-

*tion Theory*, Vol. 52, No. 9, pp. 4049—4067, Sep. 2006.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Modulo Lattice Additive Noise Channels," *IEEE Trans. on Information Theory*, Vol. 52, No. 2, pp. 454-471, Feb. 2006.

P. Moulin and R. Koetter, "Data-Hiding Codes," invited tutorial paper, *Proc. IEEE*, Vol. 93, No. 12, pp. 2083–2127, Dec. 2005.

P. Ishwar and P. Moulin, "On the Existence and Characterization of the Maxent Distribution Under General Moment Inequality Constraints," *IEEE Trans. on Information Theory*, Vol. 51, No. 9, pp. 3322–3333, Sep. 2005.

J. L. Cannons and P. Moulin, "Design and Statistical Analysis of a Hash-Aided Image Watermarking System," *IEEE Trans. on Image Processing*, Vol. 13, No. 10, pp. 1393—1408, Oct. 2004.

P. Moulin and M. K. Mıhçak, "The Parallel-Gaussian Watermarking Game," *IEEE Trans. on Information Theory*, Vol. 50, No. 2, pp. 272-289, Feb. 2004.

P. Moulin, "Comments on "Why Watermarking is Nonsense," IEEE Signal Processing Magazine, Vol. 20, No. 6, pp. 57-59, Nov. 2003.

P. Moulin and A. Ivanović, "The Zero-Rate Spread-Spectrum Watermarking Game," *IEEE Transactions on Signal Processing*, Vol. 51, No. 4, pp. 1098-1117, Apr. 2003.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *IEEE Trans. on Information Theory*, Vol. 49, No. 3, pp. 563-593, March 2003.

P. Ishwar and P. Moulin, "On the Equivalence Between Set-Theoretic and Maxent MAP Estimation," *IEEE Trans. on Signal Processing*, Vol. 51, No. 3, pp. 698-713, March 2003.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *IEEE Trans. on Image Processing*, Vol. 12, No. 1, pp. 71-84, Jan. 2003.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," invited paper, *Int. J. of Computer Vision*, special issue on level-set methods, Dec. 2002.

P. Moulin and M. K. Mıhçak, "A Framework for Evaluating the Data-Hiding Capacity of Image Sources," *IEEE Trans. on Image Processing*, Vol. 11, No. 9, pp. 1029–1042, Sep. 2002.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance Based on Degraded Image Data," *IEEE Trans. on Pattern Analysis and Machine Intelligence*, Vol. 24, No. 9, pp. 1153—1166, Sep. 2002.

J. Liu and P. Moulin, "Information-Theoretic Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Trans. on Image Processing*, Vol. 10, No. 10, pp. 1647—1658, Nov. 2001.

P. Moulin, invited discussion of "Regularization of Wavelet Approximations," by A. An-toniadis and J. Fan, *Journal of the American Statistical Association*, Vol. 96, No. 455, pp. 959—960, Sep. 2001.

P. Moulin, "The Role of Information Theory in Watermarking and Its Application to Image Watermarking," invited paper, *Signal Processing*, Vol. 81, No. 6, pp. 1121—1139, June 2001.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *IEEE Trans. on Image Processing*, Vol. 10, No. 6, pp. 841—851, June 2001.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Boundaries of Targets in Inverse Scattering Problems," *IEEE Trans. on Antennas and Propagation*, May 2001.

M. K. Mıhçak, P. Moulin, M. Anitescu, and K. Ramchandran, "Rate–Distortion–Optimal Subband Coding Without Perfect Reconstruction Constraints," *IEEE Trans. on Signal Processing*, Vol. 49, No. 3, pp. 542—557, Mar. 2001.

P. Ishwar and P. Moulin, "On Spatial Adaptation of Motion Field Smoothness in Video Coding," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 10, No. 6, pp. 980–989, Sep. 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1762—1777, Aug. 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Asymptotic Global Confidence Regions in Parametric Shape Estimation Problems," *IEEE Trans. on Information Theory*, Special issue on information-theoretic imaging, Vol. 46, No. 5, pp. 1881–1895, Aug. 2000.

P. Moulin, M. Anitescu, and K. Ramchandran, "Theory of Rate–Distortion–Optimal, Constrained Filter Banks — Application to FIR and IIR Biorthogonal Designs," *IEEE Trans. on Signal Processing*, Vol. 48, No. 4, pp. 1120–1132, April 2000.

M. K. Mıhçak, I. Kozintsev, K. Ramchandran and P. Moulin, "Low-Complexity Image Denoising Based on Statistical Modeling of Wavelet Coefficients," *IEEE Signal Processing Letters*, Vol. 6, No. 12, pp. 300—303, Dec. 1999.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Frame Interpolation and Bidirectional Prediction of Video Using Compactly-Encoded Optical Flow Fields and Label Fields," *IEEE Trans. Circ. Syst. Video Tech.*, Vol. 9, No. 5, pp. 713—726, Aug. 1999.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized–Gaussian and Complexity Priors," *IEEE Trans. on Info. Theory*, Special Issue on Multi-scale Analysis, Vol. 45, No. 3, pp. 909-919, Apr. 1999.

V. Pavlovic, P. Moulin and K. Ramchandran, "An Integrated Framework for Adaptive Subband Image Coding," *IEEE Trans. on Signal Processing*, Vol. 47, No. 4, pp. 10241038, Apr. 1999.

P. Moulin and M. K. Mıhçak, "Theory and Design of Signal-Adapted FIR Paraunitary Filter Banks," *IEEE Trans. on Signal Processing*, Special Issue on Wavelets and Filter Banks, Vol. 46, No. 4, pp. 920—929, Apr. 1998.

P. Moulin, R. Krishnamurthy, "Multiscale Modeling and Estimation of Motion Fields for Video Coding, *IEEE Trans. on Image Processing*, Vol. 6, No. 12, pp. 1606—1620, Dec. 1997.

P. Moulin, M. Anitescu, K.O. Kortanek and F. Potra, "The Role of Linear Semi–Infinite Programming in Signal–Adapted QMF Bank Design," *IEEE Trans. on Signal Processing*, Vol. 45, No. 9, pp. 2160—2174, Sep. 1997.

P. Moulin, "A Multiscale Relaxation Technique for SNR Maximization in Nonorthogonal Subband Coding," *IEEE Trans. on Image Processing*, Vol. 4, No. 9, pp. 1269—1281, Sep. 1995.

P. Moulin, A.T. Ogielski, G. Lilienfeld and J.W. Woods: "Video Signal Processing and Coding on Data–Parallel Computers," *Digital Signal Processing: A Review Journal*, Vol. 5, No. 2, pp. 118—129, Apr. 1995.

P. Moulin, invited discussion of "Wavelet Shrinkage: Asymptotia?" by D. Donoho and I. Johnstone, *Journal of the Royal Statistical Society B*, Vol. 57, No. 1, 1995.

P. Moulin, "Wavelet Thresholding Techniques for Power Spectrum Estimation," *IEEE Trans. on Signal Processing*, Vol. 42, No. 11, pp. 3126–3136, Nov. 1994.

P. Moulin, "A Wavelet Regularization Method for Diffuse Radar–Target Imaging and Speckle–Noise Reduction," *Journal of Mathematical Imaging and Vision*, Special Issue on Wavelets, Vol. 3, No. 1, pp. 123–134, 1993.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "An Application of Splines to Maximum Likelihood Radar Imaging," *International Journal of Imaging Systems and Technology*, Vol. 4, pp. 256–264, 1993.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Multiresolution Spectrum Estimation and Radar Imaging," *IEEE Trans. on Information Theory*, Special Issue on Wavelets and Multiresolution Analysis, pp. 801–813, Mar. 1992.

**Book**       P. Moulin and V. Veeravalli, *Statistical Inference for Engineers and Data Scientists*, Cambridge University Press, 2019.

**Book Chapters**

B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," Consumer Depth Cameras for Computer Vision: Advances in Computer Vision and Pattern Recognition, pp 193-208, Springer-Verlag, 2013.

P. Moulin, "Information-Hiding Games," Springer-Verlag Lecture Notes in Computer Sciences, Vol. 2613, 2003.

P. Moulin, "Multiscale Image Decompositions and Wavelets," Handbook of Image and Video Processing. A. C. Bovik, Ed., Academic Press, 2000.

K.O. Kortanek and P. Moulin, "Using Semi–Infinite Programming in Orthogonal Wavelet Filter Design," *Semi–Infinite Programming and Its Applications*, Kluwer Academic series on Nonconvex Optimization and its Applications, 1998.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Sieve–Constrained Maximum–Likelihood Method for Target Imaging," in *Radar and Sonar II*, Springer–Verlag, The IMA Volumes in Mathematics and Its Applications, Vol. 39, Eds. F. Grunbaum et al., pp. 95–122, 1992.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," in *IEEE Case Studies in Medical Instrument Design*, Eds. H. Troy Nagle and W.J. Tomkins, pp. 247–254, IEEE, New York, 1992.

**Conference Papers**

A. Rakin, Y. Wang, S. Aaron, T. Koike-Akino, P. Moulin and K. Pearsons, "Towards Universal Adversarial Examples and Defenses," Proc. IEEE Information Theory Workshop, Kanazawa, Japan, Oct. 2021.

Ye Wang, Shuchin Aeron, Adnan Rakin, Toshiaki Koike-Akino and P. Moulin, "Robust Machine Learning via Privacy/Rate-Distortion Theory," Proc. IEEE Int. Symp. On Information Theory, Melbourne, Australia, July 2021.

A. Goel and P. Moulin, "Locally Optimal Detection of Stochastic Targeted Universal Adversarial Perturbations," Proc. ICASSP, Toronto, Canada, May 2021.

F. Zhuang and P. Moulin, "Deep Semi-Supervised Metric Learning Via Identification of Manifold Memberships" Proc. IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP), Toronto, Canada, May 2021.

T. Jayashankar, P. Moulin, and J. Le Roux, "Detecting Audio Attacks on ASR Systems with Dropout Uncertainty," Proc. Interspeech, Oct. 2020.

F. Zhang and P. Moulin, "A New Variational Method for Deep Supervised Image Hashing," Proc. ICASSP, Barcelona, Spain, May 2020.

P. Moulin, "Game-theoretic design of universal adversarial perturbation detectors," presented at *Information Theory and Applications*, San Diego, CA, Feb. 2020.

T. Jayashankar, P. Moulin, T. Blu, C. Gilliam, LAP-Based Video Frame Interpolation, *Proc. ICIP 2019*, Taipei, Taiwan, Sep. 2019.

P. Moulin and A. Goel, " Random Ensemble of Locally Optimum Detectors for Detection of Adversarial Inputs," *IEEE GlobalSIP Conf., Signal Processing for Adversarial Machine Learning*, Anaheim, CA, Nov. 2018.

P. Moulin, "Gaussian Mixture Models for Detection of Adversarial Inputs," *Information Theory and Applications*, San Diego, CA, Feb. 2018.

P. Moulin and A. Goel, " Locally Optimal Detection of Adversarial Inputs to Image Classifiers," *Proc. ICME*, Hong Kong, July 2017.

R. W. Yeung, C. Chen, Q. Chen, and P.Moulin, Information-Theoretic Characterizations of Markov Random Field and Subfield, *Proc. ISIT*, Aachen, Germany, June 2017.

P. Moulin, "Source Coding with Distortion Profile Constraints", *Proc. ISIT*, Aachen, Germany, June 2017.

P. Moulin,"Lower Bounds on Rate of Fixed-Length Source Codes under Average- and f-Fidelity Constraints," *Proc. ISIT*, Aachen, Germany, June 2017.

Zhang Le, J. Varadarajan, P. N. Suganthan, N.Ahuja, and P. Moulin, "Robust Visual Tracking Using Incremental Oblique Random Forest," *CVPR*, June 2017.

J. Varadarajan, R. Subramanian, N. Ahuja, P. Moulin, J.-M. Odobez, "Active Online Anomaly Detection Using Dirichlet Process Mixture Model and Gaussian Process Classi-fication," *Proc. Winter Conference on Applications of Computer Vision*, Santa Rosa, CA, March 2017.

P. R. Johnstone and P. Moulin, "Convergence Rates of Inertial Splitting Schemes for Nonconvex Composite Optimization," *Proc. ICASSP*, New Orleans, LA, March 2017.

P. Moulin, "Refined asymptotic analysis of source coding under excess-distortion constraint," *ITA*, San Diego, CA, Feb. 2017.

P. Moulin, "Asymptotically Achievable Error Probabilities for Multiple Hypothesis Testing," *Proc. IEEE Int. Symp. Information Theory*, Barcelona, Spain, July 2016.

P. Moulin, "Strong Large Deviations for Composite Multiple Hypothesis Testing," *ITA*, San Diego, CA, Feb. 2016.

H. Yu and P. Moulin, "Multi-Feature Hashing Based on SNR Maximization," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

T. Blu, P. Moulin, and C. Gilliam, "Approximation Order of the LAP Optical Flow Algorithm," *Proc. ICIP*, Quebec City, Canada, Sep. 2015.

P. Moulin, "Coding Redundancy of Finite-Blocklength Universal Channel Coding," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

P. Moulin and P. R. Johnstone, "Strong Large Deviations for GLRT and Variants in Composite Hypothesis Testing," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

J. Lee, M. Raginsky, and P. Moulin, "On MMSE Estimation from Quantized Observations in the Nonasymptotic Regime," *Proc. IEEE Int. Symp. Information Theory*, Hong Kong, June 2015.

B. Ni and P. Moulin, "Motion Part Regularization: Improving Action Recognition via Trajectory Selection," *Computer Vision and Pattern Recognition (CVPR)*, June 2015.

J. Lu, G. Wang, W. Deng, P. Moulin, and J. Zhou, "Multi-Manifold Deep Learning for Image Set Classification," *Proc. CVPR*, June 2015.

V. E. Liong, J. Lu, G. Wang, P. Moulin, and J. Zhou, "Deep Hashing for Compact Binary Codes Learning," *Proc. CVPR*, June 2015.

H. Yu and P. Moulin, "SNR Maximization Hashing," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

P. R. Johnstone and P. Moulin, "Convergence of an Inertial Proximal Method for $L_1$ Regularized Least Squares," *Proc. ICASSP*, Brisbane, Australia, Apr. 2015.

S. D. Chen and P. Moulin, "A Classification Centric Quantizer for Efficient Encoding of Predictive Feature Errors," *Proc. Asilomar Conf.*, Monterrey, CA, Nov. 2014.

J. Lu, G. Wang, W. Deng, and P. Moulin, "Simultaneous feature learning and dictionary learning for image set base face recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8689, pp. 265—280, Zurich, Switzerland, Sep. 2014.

Y. Zhou, B. Ni, S. Yan, P. Moulin, and Q. Tian, "Pipelining Localized Semantic Features for Fine-Grained Action Recognition," *ECCV*, Lecture Notes in Computer Science Vol. 8692, pp. 481—496, Zurich, Switzerland, Sep. 2014.

V. Tan and P. Moulin, "Second- and Higher-Order Asymptotics For Erasure and List Decoding," *Proc. ISIT*, Honolulu, HI, pp. 1887—1891, July 2014.

Y.-W. Huang and P. Moulin, "Strong Large Deviations for Composite Hypothesis Testing," *Proc. ISIT*, Honolulu, HI, pp. 556—560, July 2014.

B. Ni, T. Li, and P. Moulin, "Beta Process Multiple Kernel Learning," *CVPR*, Colombus, OH, pp. 963—970, June 2014.

B. Ni, V. R. Paramathayalan and P. Moulin, "Multiple Granularity Analysis for Fine-Grained Action Detection," *CVPR*, Colombus, OH, pp. 756—763, June 2014.

S. D. Chen and P. Moulin, "A Two-Part Predictive Coder for Multitask Signal Compression," *Proc. ICASSP*, Florence, Italy, pp. 2035—2039, May 2014.

R. Naini and P. Moulin, " Fingerprint Information Maximization for Content Identification," *Proc. ICASSP*, Florence, Italy, pp. 3809—3813, May 2014.

P. Moulin and P. R. Johnstone, "Kullback-Leibler Divergence and the Central Limit Theorem," *Proc. ITA*, San Diego, CA, Feb. 2014.

J. Lu, G. Wang, and P. Moulin, "Image set classification using holistic multiple order statistics features and localized multi-kernel metric learning," *IEEE International Conference on Computer Vision* (ICCV), pp. 329—336, 2013.

B. Ni and P. Moulin, "Manipulation Pattern Discovery: A Nonparametric Bayesian Approach," *ICCV*, 2013.

P. Moulin, "Asymptotic Neyman-Pearson Games for Converse to the Channel Coding Theorem," *Proc. ISIT*, Istanbul, July 2013.

P. R. Johnstone, A. Emad, P. Moulin, and O. Milenkovic, "RFIT: A New Algorithm for Matrix Completion," *Proc. SPARS*, Lausanne, Switzerland, July 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview discriminative learning for age-invariant face recognition," *IEEE Int. Conf. on Automatic Face and Gesture Recognition*, pp. 1—6, Shanghai, China, Apr. 2013.

H. Yu and P. Moulin, "Regularized Adaboost for Content identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

H. Yu, P. Moulin and S. Roy, "RGB-D Video Content Identification," *Proc. ICASSP*, Vancouver, Canada, May 2013.

D. Sungatullina, J. Lu, G. Wang, and P. Moulin, "Multiview Discriminative Learning for Age-Invariant Face Recognition," *Proc. 10th IEEE International Conference on Automatic Face and Gesture Recognition*, Shanghai, China, Apr. 2013.

P. Moulin, "A New Metaconverse and Outer Region for Finite-Blocklength MACs," *Proc. Information Theory and Applications (ITA) Workshop*, San Diego, CA, Feb. 2013.

A. Singh, N. Ahuja, P. Moulin, "Online learning with kernels: Overcoming the growing sum problem," *Proc. IEEE Machine Learning for Signal Processing (MLSP)*, Santander, Spain, pp. 449-454, Sep. 2012.

B. Ni, M. Xu, J. Tang, S. Yan, and P. Moulin, "Omni-range spatial contexts for visual classification," *Proc. CVPR*, pp. 3514-3521, Providence, RI, June 2012.

B. Ni, P. Moulin, S. Yan, "Order-Preserving Sparse Coding for Sequence Classification," *Proc. ECCV* pp. 173-187, Providence, RI, June 2012.

B. Ni, N. C. Dat, P. Moulin, "RGBD-camera based get-up event detection for hospital fall prevention," *Proc. ICASSP*, pp. 1405-1408, Kyoto, Japan, March 2012.

R. Dubey, B. Ni, and P. Moulin, "A Depth Camera Based Fall Recognition System for the Elderly," *Proc. 9th Int. Conf. Image Analysis and Recognition (ICIAR)*, LNCS Vol. 7325, pp. 106-113, Aveiro, Portugal, June 2012.

P. Moulin, "The log-volume of optimal constant-composition codes for memoryless channels, within O(1) bits," *Proc. ISIT*, pp. 826-830, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "Finite blocklength coding for multiple access channels," *Proc. ISIT*, pp. 831-835, Cambridge, MA, July 2012.

Y.-W. Huang and P. Moulin, "On fingerprinting capacity games for arbitrary alphabets and their asymptotics," *Proc. ISIT*, pp. 2571-2575, Cambridge, MA, July 2012.

R. Naini and P. Moulin, "Real Adaboost for content identification," *Proc. IEEE Stat. Signal Processing Workshop*, Ann Arbor, MI, Aug. 2012.

R. Naini and P. Moulin, "Model-based decoding metrics for content identification," *Proc. ICASSP*, pp. 1829-1832, Kyoto, Japan, March 2012.

P. Moulin, "The log-volume of optimal codes for memoryless channels, Up to a Few Nats," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2012.

B. Ni, G. Wang, and P. Moulin, "RGBD-HuDaAct: A color-depth video database for human daily activity recognition," *Proc. 1st IEEE workshop on Consumer Depth Cameras for Computer Vision*, held in conjunction with *Int. Conf. on Computer Vision (ICCV) Workshop*, pp. 1147-1153, Barcelona, Nov. 2011.

S. Sadasivam and P. Moulin, "A Universal Divergence-Rate Estimator for Steganalysis in Timing Channels," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle, WA, Dec. 2010.

Y.-W. Huang and P. Moulin, "On the Saddle-point Solution and the Large-Coalition Behavior of Fingerprinting Games," *Proc. 2nd Workshop on Information Security and Forensics*, Seattle, WA, Dec. 2010.

R. Naini and P. Moulin, "Interference Management through Mobile Relays in Ad Hoc Networks," *Proc. ASILOMAR Conf.*, Pacific Grove, CA, Nov. 2010.

G. Gigaud and P. Moulin, "A Geometrically Resilient SURF-Based Image Fingerprinting Scheme," *Proc. IEEE Int. Conf. Image Processing* (ICIP), Hong Kong, Sep. 2010.

G. Gigaud and P. Moulin, "Traitor Tracing Aided by Compressed SURF Features," *Proc. Conf. Info. Sci. and Sys.*. Princeton, NJ, March 2010.

P. Moulin, "Statistical Modeling and Analysis of Content Identification and Retrieval," *Proc. Information Theory and Applications Workshop*, San Diego, CA, Feb. 2010.

Y.-W. Huang and P. Moulin, "Capacity-Achieving Fingerprint Decoding," *Proc. 1st Workshop on Information Security and Forensics*, London, UK, Dec. 2009.

S. Sadasivam and P. Moulin, "Combating Desynchronization Attacks on Blind Watermarking Systems: A Message Passing Approach," *Proc. ICIP*, Cairo, Egypt, Nov. 2009.

I. Ezzeddine and P. Moulin, *Proc. IEEE Information Theory Workshop*, Taornima, Italy, Oct. 2009.

S. D. Chen, V. Monga, and P. Moulin, "Meta-classifiers For Multimodal Document Classification," *Proc. IEEE Multimedia Signal Processing Workshop*, Rio de Janeiro, Brazil, Oct. 2009.

Y.-W. Huang and P. Moulin, Saddlepoint Solution of the Fingerprinting Capacity Game under the Marking Assumption, *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "A Strong Converse for the Gel'fand-Pinsker Channel," *Proc. Int. Symp. Information Theory*, Seoul, Korea, July 2009.

P. Moulin, "Optimal Gaussian Fingerprint Decoders" *Proc. ICASSP*, Taipei, Taiwan, Apr. 2009.

P. Moulin and Y. Wang, "Information-Theoretic Analysis of Spherical Fingerprinting," Proc. ITA Workshop, San Diego, CA, Feb. 2009.

M. El Choubassi and P. Moulin, "Joint Estimation-Detection Games for Sensitivity Analysis Attacks," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2009.

P. Moulin, "A Neyman-Pearson Approach to Universal Erasure and List Decoding," *Proc. IEEE Symp. Information Theory*, pp. 61—65, July 2008.

P. Moulin, "Universal Fingerprinting: Capacity and Random-Coding Exponents," *Proc. IEEE Symp. Information Theory*, pp. 220—224, July 2008.

J.-F. Jourdas and P. Moulin, "Towards Optimal Design of Multimedia Fingerprinting Codes," *Proc. ICASSP*, Las Vegas, NV, pp. 1649—1652, April 2008.

J.-F. Jourdas and P. Moulin, "A Low-Rate Fingerprinting Code And Its Application To Blind Image Fingerprinting," *Proc. SPIE*, San Jose, CA, Jan. 2008.

J.-F. Jourdas and P. Moulin, "A High-Rate Fingerprinting Code," *Proc. SPIE*, San Jose, CA, Jan. 2008.

S. Sadasivam, P. Moulin, and R. Koetter, "Graphical Models for Desynchronization-Resilient Watermark Decoding," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. V.477—480, Sep. 2007.

M. El Choubassi and P. Moulin, "Sensitivity Analysis Attacks Against Randomized Detectors," *Proc. IEEE Int. Conf. on Image Proc.*, San Antonio, TX, pp. II.129—132, Sep. 2007.

N. Kiyavash and P. Moulin, "Digital Fingerprinting: on Colluders Worst-Case Noise," *IEEE Workshop on Statistical Signal Processing*, Madison, WI, July 2007.

P. Moulin and N. Kiyavash, "Expurgated Gaussian Fingerprinting Codes," *Proc. IEEE Int. Symp. on Information Theory*, Nice, France, June 2007.

P. Moulin and N. Kiyavash, "Performance of Random Fingerprinting Codes Under Arbitrary Nonlinear Attacks," *Proc. ICASSP*, Honolulu, HI, pp. II.157—160, April 2007.

N. Kiyavash and P. Moulin, "Sphere Packing Lower Bound on Fingerprinting Error Probability," *Proc. SPIE*, San Jose, CA, Jan. 2007.

Y. Wang and P. Moulin, "Capacity and Optimal Collusion Attack Channels for Gaussian Fingerprinting Games," *Proc. SPIE*, San Jose, CA, Jan. 2007.

S. Sadasivam and P. Moulin, "Cramer-Rao Bound on Watermark Desynchronization Parameter Accuracy," *Proc. SPIE*, San Jose, CA, Jan. 2007.

L. Perez-Freire, P. Moulin, and F. Perez-Gonzalez, "Security of spread-spectrum-based data hiding," in Security, Steganography, and Watermarking of Multimedia Contents IX, Edward J. Delp III and P. W. Wong, Eds., vol. 6505. San Jose, California, USA: SPIE, January 2007.

P. Moulin, "On the Optimal Structure of Watermark Decoders Under Geometric Attacks," *Proc. IEEE Int. Conf. on Image Proc.*, Atlanta, GA, Oct. 2006.

P. Moulin, "Universal Decoding of Watermarks Under Geometric Attacks" *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

Y. Wang and P. Moulin, "Capacity and Random-Coding Error Exponent for Public Fin-

gerprinting Game," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Jamming in the Wideband Regime," *Proc. IEEE Int. Symp. on Information Theory*, July 2006.

S. Ray, P. Moulin and M. Médard, "On Optimal Signaling and Jamming Strategies in Wideband Fading Channels," *Proc. IEEE Conf. on Signal Processing Applications for Wireless Communications (SPAWC)*, June-July 2006.

N. Kiyavash and P. Moulin, "On Optimal Collusion Strategies for Fingerprinting", *Proc. ICASSP*, Toulouse, France, May 2006.

N. Kiyavash and P. Moulin, "A Framework for Optimizing Nonlinear Collusion Attacks on Fingerprinting Systems", *Proc. CISS*, Princeton, NJ, March 2006.

P. Moulin and R. Koetter, "A Framework for Design of Good Watermark Identification Codes," *Proc. SPIE*, San Jose, CA, Jan. 2006.

M. El Choubassi and P. Moulin, "On the fundamental tradeoff between watermark detection performance and robustness against sensitivity analysis attacks," *Proc. SPIE*, San Jose, CA, Jan. 2006.

Y. Wang and P. Moulin, "Statistical modeling and steganalysis of DFT-based image steganography," *Proc. SPIE*, San Jose, CA, Jan. 2006.

N. Kiyavash and P. Moulin, "Regular Simplex Fingerprints and Their Optimality Properties," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and Y. Wang, "Improved QIM Strategies for Gaussian Watermarking," *Proc. Int. Workshop on Digital Watermarking*, Siena, Italy, Sep. 2005.

P. Moulin and A. K. Goteti, "Minmax Strategies for QIM Watermarking Subject to Attacks with Memory," *Proc. IEEE ICIP*, Sep. 2005.

P. Moulin and Y. Wang, "On Achievable Error Exponents for Watermarking," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

M. El Choubassi and P. Moulin, "A New Sensitivity Analysis Attack," *Proc. SPIE Conf.*, San Jose, CA, Jan. 2005

A. K. Goteti and P. Moulin, "QIM Watermarking Games," *Proc. ICIP*, Singapore, Oct. 2004.

P. Moulin and A. Briassouli, "A Stochastic QIM Algorithm for Robust, Undetectable Image Watermarking," invited paper, *Proc. ICIP*, Singapore, Oct. 2004.

T. Liu, P. Moulin and R. Koetter, "On Error Exponents of Nested Lattice Codes for the AWGN Channel," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin and Y. Wang, "Error Exponents for Channel Coding with Side Information," *Proc. Information Theory Workshop*, San Antonio, TX, Oct. 2004.

P. Moulin, A. K. Goteti and R. Koetter, "Optimal Sparse QIM Codes for Zero-Rate Blind Watermarking," *Proc. ICASSP*, Montreal, Canada, May 2004.

A. K. Goteti and P. Moulin, "Two Private, Perceptual Data-Hiding Games," *Proc. ICASSP*, Montreal, Canada, May 2004.

P. Moulin and Y. Wang, "New Results on Steganographic Capacity," *Proc. Conf. on Info.*

*Syst. and Sci.*, Princeton, NJ, March 2004.

Y. Wang and P. Moulin, "Steganalysis of Block-Structured Stegotext," *Proc. SPIE* Vol. 5306, San Jose, CA, Jan. 2004.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part I: Linear Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

P. Moulin, "Embedded-Signal Design for Channel Parameter Estimation Part II: Quantization Embedding," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

Y. Wang and P. Moulin, "Steganalysis of Block-DCT Steganography," *Proc. IEEE Workshop on Statistical Signal Processing*, St Louis, MO, Sep. 2003.

J. Liu and P. Moulin, "On the Risk of Translation-Averaged Wavelet Estimators," *Proc. SPIE*, San Diego, Aug. 2003.

S. Jana and P. Moulin, "Optimal Transform Coders for Classification/Reconstruction with Joint Decoding at the Receiver," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for Zero-Rate Watermarking Game with Squared-Error Constraints," *Proc. IEEE Int. Symp. on Information Theory*, Yokohama, Japan, July 2003.

T. Liu and P. Moulin, "Error Exponents for One-Bit Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

A. Briassouli and P. Moulin, "Detection-Theoretic Anaysis of Warping Attacks in Spread-Spectrum Watermarking," *IEEE Proc. ICASSP*, Hong Kong, April 2003.

S. Jana and P. Moulin, "Optimal Transform Coding of Gaussian Mixtures for Joint Classification/Reconstruction," *Proc. Data Compression Conference*, Snowbird, UT, March 2003.

N. Schmid, Y. Bresler and P. Moulin, "Complexity Regularized Shape Estimation from Noisy Fourier Data," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

J. C. Ye, Y. Bresler and P. Moulin, "Cramer-Rao Bounds for Parametric Shape Estimation in Inverse Problems," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

A. Ivanović and P. Moulin, "Game-Theoretic Performance Analysis of Image Watermark Detectors," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

M. K. Mıhçak and P. Moulin, "Information-Embedding Codes Matched to Local Gaussian Image Models," *Proc. IEEE Int. Conf. on Image Processing*, Rochester, NY, 2002.

P. Moulin, A. Briassouli and H. Malvar, "Detection-Theoretic Analysis of Desynchroniza-tion Attacks in Watermarking," *Proc. DSP'02*, Santorini, Greece, July 2002.

P. Moulin and M. T. Orchard, "Undergraduate Education in Image and Video Processing," *Proc. Int. Conf. on Ac., Sp., and Signal Processing*, Orlando, FL, May 2002.

S. C. Herman and P. Moulin, "A Particle Filtering Approach to Joint Radar Tracking and Automatic Target Recognition", *Proc. IEEE Aerospace Conference*, Big Sky, Montana, March 2002.

P. Moulin and A. Briassouli, "The Gaussian Fingerprinting Game," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and J. A. O'Sullivan, "Optimal Key Design in Information-Embedding Systems," *Proc. CISS'02*, Princeton, NJ, March 2002.

P. Moulin and A. Ivanović, "The Fisher Information Game for Optimal Design of Synchronization Patterns in Blind Watermarking," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

P. Moulin and A. Ivanović, "Game-Theoretic Analysis of Watermark Detection," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Statistical Image Restoration Based on Adaptive Wavelet Models," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," *Proc. IEEE Int. Conf. on Image Processing*, Thessaloniki, Greece, Oct. 2001.

J. A. O' Sullivan and P. Moulin, "Some Properties of Optimal Information Hiding and Information Attacks," *Proc. 39th Allerton Conf.*, pp. 92-101, Monticello, IL, Oct. 3-5, 2001.

J. C. Ye, Y. Bresler and P. Moulin, "A Self-Referencing Level-Set Method for Image Reconstruction from Sparse Fourier Samples," *Proc. IEEE Int. Worskshop on Variational and Level Set Methods*, Vancouver, B.C., July 2001.

P. Moulin and A. Ivanović, "The Watermark Selection Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, "The Parallel-Gaussian Watermarking Game," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

J. Liu and P. Moulin, "Approximation-Theoretic Analysis of Translation-Invariant Wavelet Denoising," invited paper, *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 2001.

P. Moulin, M. K. Mıhçak and G.-I. Lin, "An Information-Theoretic Model for Image Watermarking," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

R. Venkatesan, M. Jakubowski, S.-M. William Koon and P. Moulin, "Robust Image Hashing," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

P. Ishwar and P. Moulin, "Shift-Invariant Image Denoising — A Multiple-Domain Maxent MAP Framework," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

J. Liu and P. Moulin, "Analysis of Interscale and Intrascale Dependencies Between Image Wavelet Coefficients," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

S. Jana and P. Moulin, "Optimal Design of Transform Coders and Quantizers for Image Classification," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. K. Mıhçak, A. F. Docimo, P. Moulin and K. Ramchandran, "Design and Analysis of a Forward-Adaptive Wavelet Image Coder," *IEEE Int. Conf. on Image Processing*, Vancouver, BC, Sep. 2000.

M. Kesal, M. K. Mıhçak, R. Kötter and P. Moulin, "Iteratively Decodable Codes for Watermarking Applications," *Proc. 2nd Symposium on Turbo Codes and Related Topics*, pp. 113-116, Brest, France, Sep. 2000.

P. Ishwar and P. Moulin, "Image Modeling and Restoration – Information fusion, Set-theoretic methods, and the Maximum Entropy Principle," *Proc. MAXENT'00*, Paris, France, July 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Information Hiding," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. Liu, "Statistical Imaging and Complexity Regularization," *Proc. IEEE Int. Symp. on Information Theory*, Sorrento, Italy, June 2000.

P. Moulin and J. A. O'Sullivan, "Information-Theoretic Analysis of Watermarking," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

P. Ishwar and P. Moulin, "Fundamental Equivalences between Set-Theoretic and Maximum-Entropy methods in Multiple-Domain Image Restoration," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Global Confidence Regions in Parametric Shape Estimation," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'00)*, Istanbul, Turkey, June 2000.

A. Jain, P. Moulin, M. I. Miller and K. Ramchandran, "Information-Theoretic Bounds on Target Recognition Performance," *SPIE's 14th International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

J. C. Ye, Y. Bresler and P. Moulin, "Wavelet Descriptors for Parametric Shape Estimation in Nonlinear Inverse Scattering Problems," *SPIE's International Symposium on AeroSense 2000*, Orlando, FL, April 2000.

P. Ishwar and P. Moulin, "Multiple–Domain Image Modeling and Restoration," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 362—366, Kobe, Japan, 1999.

J. Liu and P. Moulin, "Image Denoising Based on Scale–Space Mixture Modeling of Wavelet Coefficients," *Proc. IEEE Int. Conf. on Image Proc.*, Vol. I, pp. 386—390, Kobe, Japan, 1999.

S. Jana and P. Moulin, "Optimal Design of Transform Coders for Image Classification," *Proc. Conf. on Info. Syst. and Sci.*, Baltimore, MD, March 1999.

A. Jain, P. Moulin, K. Ramchandran and M. I. Miller, "Performance Bounds for ATR based on Compressed Data," *Proc. Army Compression Workshop*, Huntsville, AL, Dec. 1998.

P. Moulin, M. Anitescu, and K. Ramchandran, "Some Fundamental Properties of MMSE Filter Banks," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

P. Moulin and J. Liu, "Analysis of Multiresolution Image Denoising Schemes Using Generalized - Gaussian Priors," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "A New Complexity Prior for Multi-Resolution Image Denoising," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, Pittsburgh, PA, Oct. 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Restoration," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Chicago, IL, Oct. 1998.

M. K. Mıhçak, K. Ramchandran and P. Moulin, "Adaptive Wavelet Packet Image Coding Using an Estimation–Quantization Framework," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'98)*, Vol. I, pp. 92—96, Chicago, IL, Oct. 1998.

P. Moulin and M. Miller, "Detection Bounds for Automatic Target Recognition," *Proc. Int. Symp. on Information Theory (ISIT'98)*. Boston, MA, Aug. 1998.

J. A. O'Sullivan, P. Moulin and M. Ettinger, "Information Theoretic Analysis of Steganography," *Proc. Int. Symp. on Information Theory (ISIT'98)*, Boston, MA, Aug. 1998.

X. Yang, K. Ramchandran and P. Moulin, "Optimization of High–Energy–Compaction, Nearly–Orthonormal, Linear–Phase Filter Banks," *Proc. ISCAS'98*, Monterrey, CA, June 1998.

P. Ishwar, K. Ratakonda, P. Moulin and N. Ahuja, "Image Denoising in Multiple Compaction Domains," invited paper, *Proc. ICASSP'98*, Vol. 3, pp. 1889—1892, Seattle, May 1998.

P. Moulin, M. Anitescu and K. Ramchandran, "Asymptotic Performance of Subband Coders Using Constrained, Signal–Adapted FIR Filter Banks," *Proc. 32nd Conf. on Info. Syst. and Sci.* (CISS), Princeton, NJ, March 1998.

J. Liu and P. Moulin, "Complexity-Regularized Image Denoising," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. II. 370—373, Santa Barbara, CA, Oct. 1997.

P. Ishwar and P. Moulin, "Switched Control-Grid Interpolation for Motion-Compensated Video Coding," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'97)*, pp. III. 650—653, Santa Barbara, CA, Oct. 1997.

R. Krishnamurthy, J. W. Woods and P. Moulin, "Compactly-Encoded Optical Flow Fields for Bidirectional Prediction and Video Coding," *Proc. VCIP'97*, Feb. 1997.

P. Moulin, K. Ramchandran and V. Pavlovic, "Transform Image Coding based on Joint Adaptation of Filter Banks and Tree Structures," *Proc. IEEE Int. Conf. on Image Proc. (ICIP'96)*, Lausanne, Switzerland, Sep. 1996.

R. Krishnamurthy, P. Moulin and J. W. Woods, "Multiscale Motion Estimation for Scalable Video Coding," *Proc. ICIP'96*, Lausanne, Switzerland, pp. I. 965—968, Sep. 1996.

P. Moulin, "Signal Estimation Using Adapted Tree–Structured Bases and the MDL Principle," *Proc. IEEE Sig. Proc. Symp. on Time-Frequency and Time-Scale Analysis*, pp. 141—143, Paris, June 1996.

P. Moulin, "Design of Signal–Adapted FIR Paraunitary Filter Banks," *Proc. IEEE Int. Conf. on Acoustics, Speech and Signal Processing (ICASSP'96)*, Atlanta, GA, May 1996.

P. Moulin and R. Krishnamurthy, "Multiscale Motion Fields for Video Coding," *Proc. 9th IEEE Workshop on Image and Multidim. Signal Processing*, Belize, March 1996.

R. Krishnamurthy, P. Moulin and J. Woods, "Optical Flow Techniques Applied to Video Coding," *Proc. ICIP'95*, Washington, D.C., Oct. 1995.

P. Moulin, "Model Selection Criteria and the Orthogonal Series Method for Function Estimation," *Proc. IEEE Int. Symp. on Information Theory (ISIT'95)*, Whistler, B.C., Sep. 1995.

P. Moulin, "A New Look at the Signal–Adaptive QMF Bank Design," *Proc. ICASSP'95*, Detroit, MI, pp. 1312—1315, Apr. 1995.

P. Moulin, "A Relaxation Technique for Minimizing the $L^2$ Reconstruction Error in Nonorthogonal Subband Coding," *Proc. ICIP'94*, Austin, TX, Nov. 1994.

P. Moulin, "The Use of Wavelets for Spectral Density Estimation with Local Bandwidth Adaptation," *Proc. ISIT'94*, p. 40, Trondheim, Norway, June 1994. Also invited paper, *Interface'94*, Research Triangle Park, June 1994.

P. Moulin, "Optimization Techniques for Efficient Image Compression in Nonorthogonal Multiresolution Bases," *Proc. 1994 NJIT Symp. on Wavelets*, Apr. 1994.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. SIAM Annual Meeting*, p. 69, Philadelphia, July 1993.

P. Moulin, I. Rhee and P. Caputo, "Video Signal Processing on SIMD Parallel Computer Architectures," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp. 246–247, Cannes, France, Sep. 1993.

P. Moulin and A. Loui, "Hierarchical–Finite–Element Estimation and Parameterization of Optical Flow Field," *Proc. 8th IEEE Workshop on Image and Multidim. Signal Processing*, pp. 130–131, Cannes, France, Sep. 1993.

P. Moulin and A. Loui: "Application of a Multiresolution Optical Flow Based Method for Motion Estimation to Video Coding," *Proc. ISCAS'93*, pp. I.1–4, Chicago, IL, May 1993.

P. Moulin, "Optimal $L^2$ Approximation of Images in Nonorthogonal Multiresolution Bases," *Proc. ICASSP'93*, pp. V.189–192, Minneapolis, MN, Apr. 1993.

P. Moulin, "Model–Based Multiresolution Restoration of Speckle Images: Application to Radar Imaging," invited paper, *Proc. IEEE Int. Symp. on Information Theory*, p. 67, San Antonio, TX, Jan. 1993.

P. Moulin, "Adaptive Multiresolution Image Restoration and Compression," invited paper, *IEEE EMBS Workshop on Case Studies in Medical Instrument Design*, Orlando, FA, Oct. 91.

P. Moulin, "Wavelets as a Regularization Technique for Spectral Density Estimation," *Proc. IEEE Signal Processing Conf. on Time–Frequency and Time–Scale Analysis*, pp. 73–76, Victoria, B.C., Oct. 1992.

P. Moulin, "An Adaptive Finite–Element Method for Image Representation," *Proc. Int. Conf. on Pattern Recognition*, pp. III.70–74, The Hague, The Netherlands, Aug. 1992.

P. Moulin, "An Adaptive Spline Method for Signal Restoration," *Proc. ICASSP'92*, San Francisco, CA, Mar. 92, pp. IV.169–172.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "A Method of Sieves for Estimating the Spectral Density," *Proc. IEEE Int. Symp. on Information Theory*, p. 67, Budapest, Hungary, June 91.

J. A. O'Sullivan, P. Moulin, D. L. Snyder, and S. P. Jacobs: "Computational Considerations for Maximum–Likelihood Radar Imaging," *Proc. 24th CISS Conf.*, Princeton, NJ, March 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Method of Sieves for Regularizing Maximum–Likelihood Spectral Estimates," *Proc. IEEE Int. Symp. on Information The-*

*ory*, p. 112, San Diego, CA, Jan. 1990.

P. Moulin, D. L. Snyder, and J. A. O'Sullivan: "A Sieve–Constrained Maximum–Likelihood Estimator for the Spectrum of a Gaussian Process," *Proc. 28th Allerton Conf.*, Urbana– Champaign, IL, Sept. 1989.

J. A. O'Sullivan, D. L. Snyder, and P. Moulin, "The Role of Spectrum Estimation in Forming High–Resolution Radar Images," *Proc. ICASSP 1989*, Glasgow, U.K., May 1989.

P. Moulin, J. A. O'Sullivan, and D. L. Snyder, "Maximum–Likelihood Spectrum Estimation of Periodic Processes from Noisy Data," *Proc. CISS Conf.*, Johns Hopkins University, Baltimore, MD, March 1989.

J. A. O'Sullivan, P. Moulin, and D. L. Snyder, "Cramer–Rao Bounds for Constrained Spectrum Estimation with Application to a Problem in Radar Imaging," *Proc. 27th Allerton Conf.*, Urbana–Champaign, IL, Sept. 1988.

R. Boite and P. Moulin, "Comparaison du rapport signal a` bruit pour une représentation numérique en virgule fixe et en virgule flottante," *Proc. IASTED Symp.*, Paris, France, June 1985.

# EXHIBIT B

<u>Materials Considered</u>

[1] P. Cano, E. Battle, T. Kalker and J. Haistma, "A Review of Algorithms for Audio Fingerprinting," Proceedings IEEE International Workshop on Multimedia Signal Processing, December 2002.

[2] V. Venkatachalam, L. Cazzanti, N. Dhillon, and M. Wells, "Automatic Identification of Sound Recordings," IEEE Signal Processing Magazine, pp. 92-99, March 2004.

# EXHIBIT F



US008065700B2

(12) **United States Patent**
Lee

(10) Patent No.: **US 8,065,700 B2**
(45) Date of Patent: **Nov. 22, 2011**

(54) **METHODS AND APPARATUS FOR IDENTIFYING AUDIO/VIDEO CONTENT USING TEMPORAL SIGNAL CHARACTERISTICS**

(75) Inventor: **Morris Lee**, Palm Harbor, FL (US)

(73) Assignee: **The Nielsen Company (US), LLC**, Schaumburg, IL (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **12/639,942**

(22) Filed: **Dec. 16, 2009**

(65) **Prior Publication Data**

US 2010/0095320 A1     Apr. 15, 2010

**Related U.S. Application Data**

(63) Continuation of application No. 11/404,276, filed on Apr. 14, 2006, now Pat. No. 7,650,616, which is a continuation of application No. PCT/US2004/018205, filed on Jun. 8, 2004.

(60) Provisional application No. 60/512,507, filed on Oct. 17, 2003.

(51) **Int. Cl.**
*H04N 60/32*        (2006.01)

(52) **U.S. Cl.** .................. **725/19**; 725/17; 725/18; 725/20

(58) **Field of Classification Search** ............... 725/17–20
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,733,430 A | 5/1973 | Thompson et al. | |
| 3,845,391 A | 10/1974 | Crosby | |
| 3,849,729 A | 11/1974 | Baggem et al. | |
| 3,906,450 A | 9/1975 | Prado, Jr. et al. | |
| 3,919,479 A | 11/1975 | Moon et al. | |
| 3,947,624 A | 3/1976 | Miyake | |
| 4,025,851 A | 5/1977 | Haselwood et al. | |
| 4,313,197 A | 1/1982 | Maxemchuk | |
| 4,499,601 A | 2/1985 | Matthews | |
| 4,677,466 A | 6/1987 | Lert, Jr. et al. | |
| 4,703,476 A | 10/1987 | Howard | |
| 4,931,871 A | 6/1990 | Kramer | |
| 4,945,412 A | 7/1990 | Kramer | |
| 4,972,471 A | 11/1990 | Gross et al. | |
| 5,355,161 A | 10/1994 | Bird et al. | |
| 5,481,294 A | 1/1996 | Thomas et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

DE            4316297        5/1994

(Continued)

OTHER PUBLICATIONS

United States Patent and Trademark Office, Office Action issued in connection with U.S. Appl. No. 12/693,942, mailed Nov. 1, 2010, 11 pages.

(Continued)

*Primary Examiner* — Hunter Lonsberry
(74) *Attorney, Agent, or Firm* — Hanley, Flight & Zimmerman, LLC

(57)            **ABSTRACT**

Methods and apparatus for identifying audio/video content using temporal characteristics of a signal are disclosed. The disclosed apparatus and methods receive a signature associated with audio/video content presented at a monitored site, wherein the signature is based on a plurality of time intervals associated with audio features of the audio/video content presented at the monitored site and identify the audio/video content presented at the monitored site based on the received signature.

**19 Claims, 14 Drawing Sheets**



# US 8,065,700 B2

Page 2

## U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,559,549 | A | 9/1996 | Hendricks et al. |
| 5,612,729 | A | 3/1997 | Ellis et al. |
| 5,881,360 | A | 3/1999 | Fong |
| 5,890,162 | A | 3/1999 | Huckins |
| 5,918,223 | A | 6/1999 | Blum et al. |
| 6,161,090 | A | 12/2000 | Kanevsky et al. |
| 6,185,527 | B1 | 2/2001 | Petkovic et al. |
| 6,272,176 | B1 | 8/2001 | Srinivasan |
| 6,405,166 | B1 | 6/2002 | Huang et al. |
| 6,434,520 | B1 | 8/2002 | Kanevsky et al. |
| 6,453,252 | B1 | 9/2002 | Laroche |
| 6,469,749 | B1 | 10/2002 | Dimitrova et al. |
| 6,477,707 | B1 | 11/2002 | King et al. |
| 6,505,160 | B1 | 1/2003 | Levy et al. |
| 6,542,869 | B1 | 4/2003 | Foote |
| 6,574,417 | B1 | 6/2003 | Lin et al. |
| 6,574,594 | B2 * | 6/2003 | Pitman et al. .................. 704/236 |
| 6,611,607 | B1 | 8/2003 | Davis et al. |
| 6,651,253 | B2 | 11/2003 | Dudkiewicz et al. |
| 2001/0005823 | A1 | 6/2001 | Fischer et al. |
| 2002/0019984 | A1 | 2/2002 | Rakib |
| 2002/0023020 | A1 | 2/2002 | Kenyon et al. |
| 2002/0082837 | A1 | 6/2002 | Pitman et al. |
| 2002/0083060 | A1 | 6/2002 | Wang et al. |
| 2002/0083451 | A1 | 6/2002 | Gill et al. |
| 2002/0083468 | A1 | 6/2002 | Dudkiewicz |
| 2002/0099555 | A1 | 7/2002 | Pitman et al. |
| 2002/0120925 | A1 | 8/2002 | Logan |
| 2002/0143530 | A1 | 10/2002 | Pitman et al. |
| 2003/0005430 | A1 | 1/2003 | Kolessar |
| 2003/0018978 | A1 | 1/2003 | Singal et al. |
| 2003/0066084 | A1 | 4/2003 | Kaars |
| 2003/0093810 | A1 | 5/2003 | Taniguchi |
| 2003/0231868 | A1 | 12/2003 | Herley |
| 2004/0073916 | A1 | 4/2004 | Petrovic et al. |
| 2005/0144133 | A1 | 6/2005 | Hoffman et al. |
| 2005/0149405 | A1 | 7/2005 | Barnett et al. |
| 2006/0195861 | A1 | 8/2006 | Lee |

## FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0243561 | 4/1986 |
| EP | 0535893 | 4/1993 |
| GB | 2170080 | 7/1986 |
| GB | 2260246 | 4/1993 |
| GB | 2292506 | 2/1996 |
| JP | 7059030 | 3/1995 |
| JP | 9009213 | 1/1997 |
| WO | 8909985 | 10/1989 |
| WO | 9411989 | 5/1994 |
| WO | 02073593 | 9/2002 |
| WO | 041109 | 5/2005 |

## OTHER PUBLICATIONS

International Search Report issued in connection with PCT Application No. PCT/US04/18205, mailed on Feb. 12, 2007, 3 pages.

International Searching Authority, Written Opinion issued in connection with PCT/US05/17175, mailed on Sep. 19, 2005, 4 pages.

United States Patent and Trademark Office, Office Action issued in connection with U.S. Appl. No. 11/558,787 mailed on Nov. 28, 2008, 20 pages.

United States Patent and Trademark Office, Office Action issued in connection with U.S. Appl. No. 11/559,787 mailed on Jun. 16, 2009, 20 pages.

International Preliminary Report on Patentability, issued in connection with PCT/US2005/17175, mailed on Nov. 23, 2006, 5 pages.

International Preliminary Report on Patentability, issued in connection with PCT/US04/18205, mailed on Jul. 7, 2009, 5 pages.

International Searching Authority, Written Opinion issued in connection with PCT/US04/18205, mailed on May 29, 2009, 4 pages.

"Digital Audio Watermarking," Audio Media, Jan./Feb. 1998, pp. 56, 57, 59, 61.

United States Patent and Trademark Office, Office Action issued in connection with U.S. Appl. No. 11/404,276, mailed on Mar. 23, 2009, 14 pages.

International Search Report, Written Opinion issued in connection with PCT Application No. PCT/US/04/18205, mailed on Feb. 12, 2007, 5 pages.

International Search Report, issued in connection with PCT/US05/17175, mailed on Sep. 19, 2005, 4 pages.

United States Patent and Trademark Office, Notice of Allowance issued in connection with U.S. Appl. No. 11/404,276, mailed on Sep. 3, 2009, 15 pages.

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6

U.S. Patent     Nov. 22, 2011     Sheet 7 of 14     US 8,065,700 B2



FIG. 7



FIG. 8



FIG. 9



FIG. 10

1100

START

OBTAIN SIGNALS
FROM SOURCES — 1102

CALCULATE
SMOOTHED DATA — 1104

DETERMINE
DELTA TIMES — 1106

CREATE N-
TUPLES AND
TRANSMIT — 1108

FIG. 11



FIG. 12



FIG. 13



FIG. 14

US 8,065,700 B2

**1**

## METHODS AND APPARATUS FOR IDENTIFYING AUDIO/VIDEO CONTENT USING TEMPORAL SIGNAL CHARACTERISTICS

### RELATED APPLICATIONS

This application is a continuation U.S. patent application Ser. No. 11/404,276, entitled "METHODS AND APPARATUS FOR IDENTIFYING AUDIO/VIDEO CONTENT USING TEMPORAL SIGNAL CHARACTERISTICS" and filed on Apr. 14, 2006, which is a continuation of PCT Patent Application Serial No. PCT/US2004/018205, entitled "METHODS AND APPARATUS FOR IDENTIFYING AUDIO/VIDEO CONTENT USING TEMPORAL SIGNAL CHARACTERISTICS" and filed on Jun. 8, 2004, which claims priority from U.S. Provisional Patent Application No. 60/512,507, entitled "METHODS AND APPARATUS FOR IDENTIFYING AUDIO/VIDEO CONTENT USING TEMPORAL CHARACTERISTICS OF AUDIO FEATURES" and filed on Oct. 17, 2003, the entire disclosure of which is incorporated by reference herein in its entirety. This application contains subject matter related to that disclosed in U.S. Provisional Patent Application No. 60/511,838, entitled "AUDIO SIGNATURE APPARATUS AND METHODS," the disclosure of which is incorporated by reference herein in its entirety. Additionally, this application contains subject matter related to that disclosed in International Patent Application No. PCT/US04/10562, entitled "AUDIO SIGNATURE APPARATUS AND METHODS," the disclosure of which is incorporated by reference herein in its entirety.

### TECHNICAL FIELD

The present disclosure relates generally to identifying audio/video content and, more specifically, to methods and apparatus for identifying audio/video content using temporal signal characteristics.

### BACKGROUND

The metering of audio/video content (e.g., television programs, radio programs, etc.) is typically performed by collecting consumption records (e.g., viewing records) or other consumption information from a group of statistically selected households. These viewing records are typically generated by identifying the audio/video content displayed in these households.

Some techniques for identifying displayed audio/video content are based on the use of audio and/or video signatures. In general, signature-based audio/video content identification techniques use one or more characteristics of presented (but not yet identified) audio/video content to generate a substantially unique signature (e.g., a series of digital values, a waveform, etc.) for that content. The signature information for the content being presented or rendered is then typically compared to signature information generated for known audio/video content. When a substantial match is found, the audio/video content can, with a relatively high probability, be identified as the known audio/video content having substantially matching signature information.

Although the use of signatures to identify consumed audio/video content is growing, known computationally efficient signature-based program identification techniques are not sufficiently reliable because these known techniques typically ignore important distinguishing characteristics of the audio/video signal. As a result, such known techniques may

**2**

limit or prevent the identification of audio/video content and/or may result in an incorrect identification of that content.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an example system within which the audio/video content identification apparatus and methods described herein may be implemented.

FIG. **2** is a block diagram of an example manner in which the monitored site of FIG. **1** may be implemented.

FIG. **3** is a flow diagram depicting an example manner in which the example monitored site of FIG. **2** may be configured to generate and collect signatures.

FIG. **4** is a block diagram depicting an example manner in which the audio signature processor of FIG. **2** may be implemented.

FIG. **5** is a flow diagram that generally depicts an example manner in which the audio signature processor of FIG. **4** may be configured to generate and process audio signatures.

FIG. **6** is a flow diagram depicting an example manner in which the audio/video content selector of FIG. **4** may be configured.

FIG. **7** is a more detailed flow diagram depicting an example manner in which the signature generators of FIG. **4** may be configured to generate audio signatures.

FIG. **8** is a graph depicting an example audio signal that may be processed by the example audio signature processor of FIG. **2**.

FIG. **9** is a block diagram depicting another example manner in which the audio signature processor of FIG. **2** may be implemented.

FIG. **10** is a block diagram depicting an example manner in which the audio signature generators of FIG. **4** may be implemented.

FIG. **11** is a flow diagram depicting an example manner in which the apparatus of FIG. **10** may be configured to generate audio signatures.

FIG. **12** is a flow diagram depicting an example manner in which the apparatus of FIG. **10** may be configured to generate smoothed data.

FIG. **13** is an example graph depicting smoothed data generated by the apparatus of FIG. **10**.

FIG. **14** is a flow diagram depicting an example manner in which the signature comparator of FIG. **4** and/or the central processing facility of FIG. **1** may be configured to compare signatures.

### DETAILED DESCRIPTION

For purposes of clarity, the following discussion describes methods and apparatus for identifying audio/video content using temporal characteristics of an audio signal. However, the methods and apparatus described herein may be extended and/or modified to use temporal characteristics of any signal associated with the audio/video content. For example, temporal characteristics of a video signal and/or a digital signal may be used instead of the example audio signal described herein.

FIG. **1** is a block diagram of an example system **100** within which the audio/video content identification apparatus and methods described herein may be implemented. The example system **100** shown in FIG. **1** includes a content delivery/distribution system **102** that receives video and/or audio content from a plurality of audio/video content providers **104** and **106**. The content delivery/distribution system **102** may be any form of audio and/or video content delivery/distribution system. For example, the content delivery/distribution system

US 8,065,700 B2

3

102 may include a radio broadcast station, a television broadcast station, a point-to-point network, a multipoint network, etc. The audio/video content providers 104 and 106 may provide media content such as television programs, advertisements, audio (e.g., radio) programs, still image information (e.g., web pages), etc. in known manners to the content delivery/distribution system 102. The content delivery/distribution system 102 may transmit one or more media signals containing digital and/or analog audio/video content information to a reference site 108 and at least one monitored site 110 via respective communication paths or links 112 and 114.

The communication paths or links 112 and 114 may include any combination of hardwired or wireless links such as, for example, satellite links, wireless land-based links, cable links, the Internet, etc. The signals conveyed via the links 112 and 114 may contain multi-program analog signals and/or digital data streams, which are commonly employed with existing broadcast systems as well as other types of audio/video content delivery/distribution systems.

As shown in FIG. 1, the reference site 108 may include a plurality of receivers (e.g., set-top boxes or the like) 116, 118 and 120 that simultaneously demodulate, demultiplex and/or decode audio, video and/or other information received via the communication link 112 from the content delivery/distribution system 102. In one example, each of the receivers 116, 118 and 120 receives audio information associated with a different portion of the audio/video content (e.g., a different program) that is currently being transmitted (e.g., broadcast) and provides the audio information to a reference site processor 122. For example, the receiver 116 may provide audio information associated with a first program while the receivers 118 and 120 provide audio information associated with respective second and third programs. In any case, the reference site processor 122 is configured to control and/or has information indicating to which portion of the audio/video content (e.g., which channel, program, etc.) conveyed via the link 112 each of the receivers 116, 118 and 120 is currently tuned.

In general, the reference site processor 122 includes the apparatus and methods described herein for collecting or generating reference signature information for a plurality of simultaneously broadcast programs. The reference site processor 122 sends the generated or collected reference signature information to a central processing facility 124 via a communication link 126. In turn, the central processing facility 124 may store the reference signature information in a database 130 and, as described in greater detail below, may process the reference signature information together with information received from the reference site processor 122 to generate information related to the consumption of audio/video content.

The monitored site 110 could be, for example, a statistically selected home, business, etc. containing a television, a radio, a computer, etc. However, it should be recognized that, while the monitored site 110 is depicted in FIG. 1 as receiving audio/video content from a remotely situated content delivery/distribution system 102 (e.g., a broadcast station) via the communication link 114, the monitored site 110 may alternatively or additionally receive audio/video content from one or more local audio/video content delivery systems or devices 128. The local sources 128 may include one or more DVRs, DVD players, VCRs, etc. In addition, while the example system 100 shown in FIG. 1 depicts a single monitored site (i.e., the monitored site 110), multiple monitored sites may receive audio/video content via the link 114 and may be communicatively coupled to the central processing facility 124.

4

FIG. 2 is a block diagram of an example system 200 that may be used to implement the monitored site 110 of FIG. 1. As shown in FIG. 2, the example system 200 includes a media delivery, presentation or output device 202 such as, for example, a television or a video monitor that receives an audio/video content signal 203, which may be derived directly or indirectly via the communication link 114 (FIG. 1). For example, the audio/video content signal 203 may be provided by a low noise block coupled to a satellite receiving dish in the case where the link 114 (FIG. 1) is a satellite communication link. A receiver, decoder or set-top box 204 may be serially imposed between the audio/video content signal 203 received via the link 114 and the output device 202. For example, in the case where the audio/video content signal 203 received via the link 114 is a digital satellite or cable television transmission, the set-top box 204 demodulates the broadcast signal, demodulates multi-program data streams and selectively parses video and/or audio data packets associated with a desired channel and/or program. The selected data packets are processed to form an output signal 206 that can be processed and output (e.g., played, displayed, or otherwise presented) by the output device 202. For example, in the case where the output device 202 is a television, the output signal 206 may be a composite video signal, an S-video signal, a red, green, blue (RGB) signal, or any other displayable or renderable video signal applied to the appropriate input(s) of the output device 202. In the case where the audio/video content signal 203 received via the link 114 is a conventional analog television transmission or signal, the set-top box 204 may not be required and the audio/video content signal 203 may be directly coupled to the output device 202 (e.g., directly coupled to UHF/VHF inputs). In addition to signal processing functions, the set-top box 204 may also perform access control functions such as, for example, determining the audio/video content to which a user of the example system 200 is permitted access to based on subscription status or subscription information associated with the example system 200, generating displayable program guide information, etc.

The example system 200 also includes an audio signature processor 208 that may be configured to perform audio signature collection or generation, comparison and/or signature match detection functions to identify the audio/video content (e.g., what channel, program, etc.) presented or delivered by the output device 202. More specifically, the audio signature processor 208 receives the audio/video content signal 203 and an audio output signal 210, which may be provided directly by the output device 202. The audio output signal 210 contains audio information associated with the audio/video content currently consumed via or presented by the output device 202. For example, in the case where the audio/video content signal 203 received via the link 114 is delivered via a broadcast signal, the audio information provided by the audio output signal 210 may be associated with a television channel or program to which the example system 200 is currently tuned. Alternatively, the audio signature processor 208 may be coupled to an acoustic transducer 212 such as, for example, a microphone that is proximate to an acoustic output device (e.g., a speaker) associated with the output device 202. In that case, the acoustic transducer 212 supplies an audio output signal 214 containing information associated with the audio/video content currently presented by the output device 202 instead of, or in addition to, the audio output signal 210.

As described in greater detail below, the audio signature processor 208 generates audio/video content signature information, and may also collect or generate reference signature information from the audio/video content signal 203 received

**5**

via the link **114**. In some examples, the audio signature processor **208** sequentially generates reference signatures for programs, channels or, more generally, audio/video content extracted or otherwise derived from the audio/video content signal **203** and compares the reference signatures to the signature information associated with the audio/video content currently being consumed via the output device **202**. If the comparison of reference signature information to the signature information associated with the audio/video content currently being consumed yields at least a substantial match, the audio signature processor **208** may identify the audio/video content currently being consumed as the audio/video content (e.g., the channel or program) associated with the reference signature information to which the currently viewed audio/video content signature information substantially matched.

The audio signature processor **208** is coupled to a site unit **218** via a communication link or connection **220**. The audio signature processor **208** periodically or continuously sends consumption information (e.g., audio/video content, channel and/or program information) associated with audio/video content presented by or consumed via the output device **202** to the site unit **218**. In turn, the site unit **218** processes the consumption information it receives from the audio signature processor **208** and sends, for example, consumption records or information to a central facility such as, for example, the central processing facility **124** of FIG. **1**, via a communication link **222**. The communication link **222** may include one or more wireless communication links (e.g., cellular, satellite, etc.), hardwired communication links (e.g., phone lines), or any other combination of communication hardware and technology platforms that employ any desired combination of communication protocols.

While FIG. **2** depicts the audio signature processor **208** as being located at a monitored site, some or all of the functions of the audio signature processor **208** can be distributed among a plurality of physical locations. For instance, as discussed in greater detail in connection with the example system shown in FIG. **4** below, the reference signature generation function, the signature comparison function and/or the signature match detection function may be performed by different physical systems, some or all of which may be located in different physical locations.

FIG. **3** is a flow diagram that depicts an example manner in which the example monitored site **200** of FIG. **2** may be configured to generate and collect signatures. Initially, the audio signature processor **208** (FIG. **2**) obtains (e.g., generates, collects, etc.) signatures or signature information from a plurality of signals (e.g., the audio output signals **210** and/or **214**, and the reference signal **203**) (block **302**). As described in greater detail in connection with FIG. **5** below, the signatures output by the audio signature processor **208** (FIG. **2**) are sent to the site unit **218** (FIG. **2**) via the communication link or connection **220** (FIG. **2**). The site unit **218** adds the signatures, received from the audio signature processor **208**, to a collection of signatures (block **304**). Such a collection of signatures may be implemented using a database file, a text file, a serialized data structure, or one (or any combination) of many well-known data storage mechanisms or techniques. The signatures stored in the collection may be time stamped and stored along with other consumption information such as, for example, channel numbers, program identification information, etc.

If the site unit **218** (FIG. **2**) determines that all the required signatures have not been collected (block **306**), the site unit **218** (FIG. **2**) returns control to the audio signature processor **208** (FIG. **2**) and waits for the additional signatures to be obtained (block **302**). On the other hand, if the site unit **218**

**6**

(FIG. **2**) determines that all required signatures have been collected (block **306**), the site unit **218** (FIG. **2**) sends the collection of signatures to the central processing facility **124** (FIG. **1**) via the link **222** (FIG. **2**) (block **308**). The site unit **218** (FIG. **2**) may determine at block **306** whether all signatures have been collected by using a time limit, such as a number of minutes, hours, days, weeks, months, etc, to delimit when all signatures that have been collected are ready to be sent to the central processing facility **124**. After sending the collection of signatures at block **308**, the site unit **218** (FIG. **2**) may return control to block **302** and continue to obtain additional signatures.

While FIG. **3** depicts an example manner by which signatures are collected or generated for a period of time and then sent in groups to the central processing facility **124** (FIG. **1**), other manners of conveying signature information to the central processing facility **124** (FIG. **1**) may be used instead. For example, signatures may be collected and conveyed to the central processing facility **124** (FIG. **1**) on a continuous basis (e.g., on a streaming basis) rather than in groups sent on a periodic basis. However any other suitable manner of conveying signatures may be used instead. Additionally, as noted above in connection with FIG. **1**, the central facility **124** (FIG. **1**) may perform statistical analyses using the collected signatures to derive audio/video content consumption behavior information, or any other desired information, therefrom.

FIG. **4** is a more detailed block diagram that depicts an example manner in which the audio signature processor **208** shown in FIG. **2** may be implemented. The example audio signature processor **400** of FIG. **4** includes an audio/video content selector **402** (e.g., a scanning tuner) that receives the audio/video content signal **203** (e.g., the reference signal), which may contain a plurality of channels and audio and/or video programs available for consumption (e.g., viewing, listening, etc.), and selects a portion of the audio/video content contained therein (e.g., a channel, program, etc.) for further processing. In particular, in the case where the audio/video content signal **203** is a multi-program analog signal, the audio/video content selector **402** may vary a demodulator mixing frequency to selectively tune to particular channels and programs. On the other hand, if the audio/video content signal **203** is a multi-program digital data stream, the audio/video content selector **402** may include digital receiver functions that demodulate, demultiplex and selectively parse the data stream to extract audio and/or video data packets associated with particular channels or programs. In either case, the techniques for processing such multi-program analog signals and digital signals are well known and, thus, are not described in greater detail herein.

In general, the audio/video content selection process performed by the audio/video content selector **402** results in the sequential generation of signature information for a plurality of channels and/or audio/video programs. Also, generally, the audio/video content selection process (as described in greater detail below in connection with FIG. **5**) continues until the audio signature processor **400** determines that a substantial match has been identified (i.e., that the audio/video content currently being consumed via the output device **202** (FIG. **2**) can be identified with a relatively high degree of certainty), or until the audio signature processor **400** determines that a substantial match cannot be identified (e.g., all available audio/video content has been selected, processed to form audio signatures and none of those audio signatures substantially matches the signature information of the audio/video content currently being consumed). In one example, the audio/video content selection performed by the audio/video content selector **402** may be based on a predetermined

US 8,065,700 B2

7

numerical sequence (e.g., a sequence of channel numbers or program numbers). In another example, the audio/video content selection may be based on a probability of matching. For example, the audio/video content selector **402** may select channels associated with recently consumed audio/video content. Additionally or alternatively, the audio/video content selector **402** may select channels based on the historical frequency with which audio/video content has been consumed via those channels.

The audio/video content selector **402** outputs an audio/video content signal **404** to a signature generator **406**. The audio/video content signal **404** contains audio information associated with the audio/video content currently selected by the audio/video content selector **402**. The signature generator **406** processes the received audio information to generate audio signature information therefrom. As described in greater detail below, the signature generator **406** uses one or more characteristics (e.g., temporal characteristics) of one or more audio features of the signal **404** to generate signatures or signature information. For example, the signature generator **406** may use the amount of time between the peak signal magnitudes above or below a predetermined threshold, the amount of time between signal zero crossings, the temporal characteristics of signal wavelets, the temporal characteristics of signal spectral content, or any other features or characteristics of the signal **404**. Regardless of the particular characteristics or audio features used by the signature generator **406** to generate signatures or signature information, the resulting signatures are substantially uniquely characteristic of the audio/video content contained within the signal **404** and, thus, may be used as a reference to compare the audio/video content currently selected by the audio/video content selector **402** to the audio/video content currently being consumed by an audience member (e.g., via the consumption signals **210** and **214**).

A second signature generator **408** receives an audio output signal from the output device **202** (FIG. **2**) (e.g., the audio output signal **210** or, alternatively, the signal **214** from the acoustic transducer **212**). As described above, the signals **210** and **214** are associated with or representative of the audio/video content being presented by or consumed via the output device **202**. The signature generator **408** is substantially the same or identical to the signature generator **406** and, thus, generates audio signatures or information in a substantially similar or identical manner to that of the signature generator **406**.

As described in greater detail below in connection with FIG. **10**, the signature generators **406** and **408** may each include a smoothing function to reduce or eliminate noise, spurious data, etc., thereby facilitating the matching of signature information derived from the same audio/video content delivered via different signal paths (e.g., via an output device audio output and the reference signal).

The time stamper **410** may be configured to provide time stamps that are used by the signature generators **406** and **408** to time stamp signature data generated thereby. For example, each signature may have one or more time stamps associated therewith to facilitate subsequent signature comparison operations, correlation operations, matching operations, etc. In some examples, the time stamper **410** may generate relatively coarse time intervals such as, for example, one second increments, each of which may correspond to an absolute time or a relative time based on some reference time. However, as described in greater detail below, time stamps and, thus, the time stamper **410**, are not necessary to perform signature comparisons, correlations and the like.

8

The signature generators **406** and **408** provide respective collections of signatures or signature information **412** and **414** to a signature comparator **416**. The signature comparator **416** compares the signature information **412** associated with or generated from the signal **404** to the signature information **414**, which is associated with or generated from one or both of the signals **210** and **214**. As noted above, the signal **404** contains audio information associated with the audio/video content (e.g., the channel, program, etc.) currently selected by the audio/video content selector **402** from the audio/video content signal **203**, and the signals **210** and **214** contain audio information associated with the audio/video content currently being consumed via the output device **202** (FIG. **2**).

The comparison of audio signatures or information can be performed using any known or desired technique. In one example, the signature comparator **416** calculates a sum of differences between the reference signature information **412** and the signature information associated with the audio/video content currently being consumed (i.e., the signature information **414**) over a predetermined interval or time period. If the sum of differences is less than or equal to a predetermined threshold, the signature comparator **416** may provide an output signal or information **418** indicating that at least a substantial match has been detected (i.e., that the known audio/video content currently selected by the audio/video content selector **402** is substantially similar or identical to the audio/video content currently being consumed via the output device **202** (FIG. **2**)).

In another example, the signature comparator **416** calculates a difference signal or an error signal and then calculates an average error, a peak or maximum error, a standard deviation of error, or any other parameters characteristic of the differences, if any, between the signature information **412** and **414**. One or more of those parameters or characteristics may be compared to one or more threshold values and a determination of whether a substantial match or an identical match exists is indicated via the output **418** based on whether those parameters or characteristics are less than or greater than one or more of the threshold values.

In another example explained in detail in connection with FIGS. **10-14**, the signature comparator **416** may calculate index values from elements of the signature information **414** and use the index values to access a database containing audio/video content information and/or the reference signature information **412**. The database may also have time stamp data associated with each entry in the database. The signature comparator **416** may query the database using the index values and calculate a histogram of query results, which may be used by the signature comparator **416** to determine whether a substantial match exists.

The signature comparator **416** may also provide a feedback signal or information **420** to the audio/video content selector **402** to facilitate the selection of audio/video content (e.g., channels, programs, etc.) from the reference audio/video content signal **203**. For example, in the event that the signature comparator **416** determines that the signature information **412** and **414** are not substantially similar or identical (i.e., the audio/video content currently selected or tuned from the reference or audio/video content signal **203** by the audio/video content selector **402** does not substantially match the audio/video content currently being consumed via the output device **202** (FIG. **2**)), the feedback signal **420** may indicate a non-match condition to the audio/video content selector **402**. In turn, the audio/video content selector **402** may select or tune the next portion of audio/video content (e.g., a next channel or program) in its audio/video content search or scan sequence.

US 8,065,700 B2

**9**

An audio/video content identifier **424** is coupled to the audio signature comparator **416** and receives the match information output **418**. If the audio/video content identifier **424** receives information (via the output **418**) indicating that a substantial or identical match has been identified, the audio/video content identifier **424** determines the identity of the audio/video content currently being consumed via the output device **202** (FIG. **2**). More specifically, the audio/video content currently being consumed via the output device **202** (FIG. **2**) may be identified as a particular broadcast channel, program, website, etc.

The audio/video content identifier **424** is coupled to the site unit **218** (FIG. **2**) and provides the audio/video content identification information to the site unit **218** (FIG. **2**) via the communication link **220**. The site unit **218** may use the audio/video content identification information provided by the audio/video content identifier **424** to generate consumption records and the like.

FIG. **5** is a flow diagram that generally depicts an example manner in which the signature processor **400** shown in FIG. **4** may be configured to collect or generate and process audio signatures. Initially, the signature generators **406** and **408** (FIG. **4**) collect or generate signatures and send the signatures to the signature comparator **416** (FIG. **4**) (block **502**). As described in greater detail in connection with FIG. **7** below, the signature collection or generation process (block **502**) may use the characteristics of audio features such as, for example, temporal characteristics such as the times between zero crossings, the times between peak values crossing a predetermined threshold, the time varying spectral characteristics of an audio signal, etc. Regardless of the particular media signal characteristics and features that are used to collect or generate signatures or signature information, the signature comparator **416** compares signature information received from the signature generator **406** to signature information received from the signature generator **408** (block **504**).

There are many well-known methods to compare signatures. One known signature comparison method may use a byte by byte comparison. Alternatively, signatures may be compared within a specific number of bits (e.g., three bits) of error. As described in greater detail below in connection with FIG. **8**, an audio signal may be divided into a plurality of successive time intervals, each of which may be an equal or unequal number of seconds, minutes, etc. Signatures may be generated within the confines of these time intervals or sampling periods to facilitate efficient matching of signatures. For example, one signature per second may be generated. In such a case, a matching algorithm could match a reference signal signature (e.g., a signature derived from the audio/video content signal **203** (FIG. **4**)) generated within a time interval (e.g., a one second interval) to a consumption signal (e.g., one or both of the signals **210** and **214**) signature generated within that same time interval. Alternatively or additionally, the signature matching algorithm could match the reference signal signature generated within a predetermined time interval to signatures generated for one or both of the consumption signals **210** and **214** (FIG. **4**) over a plurality of time intervals.

Regardless of the particular signature matching technique employed by the signature comparator **416** (FIG. **4**), if the signature comparator **416** (FIG. **4**) determines that a signature received from the signature generator **406** (FIG. **4**) matches (either substantially or identically) a signature received from the signature generator **408** (FIG. **4**) (block **508**), the signature comparator **416** conveys the matching information **418** to the audio/video content identifier **424** (FIG. **4**). In turn, the audio/video content identifier **424** identifies the audio/video

**10**

content (e.g., the channel, program, etc.) to which the audio/video content selector **402** (FIG. **4**) is currently tuned and, thus, the audio/video content currently being consumed via the output device **202** (FIG. **2**) (block **510**). For example, if the signature comparator **416** (FIG. **4**) and the audio/video content identifier **424** (FIG. **4**) are implemented using separate processor-based systems, the signature comparator **416** (FIG. **4**) may convey an interrupt to the audio/video content identifier **424** (FIG. **4**). Alternatively, if the signature comparator **416** and the audio/video content identifier **424** are implemented within the same processor-based system, a software function call may be used to indicate to the audio/video content identifier **424** (FIG. **4**) that a matching condition has occurred within the signature comparator **416** (FIG. **4**). After the audio/video content has been identified (block **510**), the audio/video content identifier **424** (FIG. **4**) sends the signatures or signature information along with any other desired audio/video content identification information (e.g., program identifiers, time stamps, etc.) to the site unit **218** (FIG. **2**) via the communication link or connection **220** (FIG. **2**) (block **512**).

On the other hand, if at block **508** the signature comparator **416** (FIG. **4**) determines that a signature received from the signature generator **406** (FIG. **4**) does not match a signature received from the signature generator **408** (FIG. **4**), the signature comparator **416** (FIG. **4**) transfers control to block **514** to invoke an audio/video content selection process, which is described in greater detail in connection with FIG. **6**. After the audio/video content selector **402** (FIG. **4**) performs the audio/video content selection process at block **514**, control returns to block **502**, at which the signature generators **406** and **408** (FIG. **4**) again generate signature information or signatures.

FIG. **6** is a flow diagram that depicts an example manner in which the audio/video content selector **402** shown in FIG. **4** may be configured to perform the audio/video content selection function described in connection with block **514** of FIG. **5**. Initially, the audio/video content selector **402** (FIG. **4**) identifies all audio/video content portions (e.g., channels, programs, etc.) that have not yet been compared to the signal(s) (e.g., the signals **210** and **214**) that are associated with the audio/video content currently being consumed via the output device **202** (FIG. **2**) (block **602**). If the audio/video content selector **402** (FIG. **4**) determines that the reference audio/video content signal **203** contains audio/video content that has not yet been compared to the consumption signal **210**, **214** (block **604**), the audio/video content selector **402** (FIG. **4**) selects another portion of audio/video content (e.g., tunes to another broadcast channel or program) (block **606**) and then returns control or ends (block **610**). The audio/video content selector **402** (FIG. **4**) may, for example, determine if broadcast channels exist that have not yet provided audio/video content for comparison to the consumption signal (e.g., the signals **210** and **214**) by scanning or searching a series of broadcast channels in a predetermined sequence. If the audio/video content selector **402** determines at block **604** that all of the audio/video content supplied on each of the available broadcast channels has already been compared to the audio/video content currently being consumed (e.g., the signals **210** and **214**), the audio/video content selector **402** (FIG. **4**) may perform one or more error handling techniques (block **608**) and then return control or end (block **610**).

FIG. **7** is a flow diagram that depicts an example manner in which the signature generators **406** and **408** of FIG. **4** may be configured to perform the signature generation functions described in connection with block **502** of FIG. **5**. Initially, the signature generators **406** and **408** obtain signals associated with audio/video content from a plurality of audio/video

US 8,065,700 B2

11

content sources (block **702**). In particular, the signature generator **406** (FIG. **4**) obtains the signal **404** (FIG. **4**), which contains audio/video content selected by the audio/video content selector **402** (FIG. **4**) from the reference audio/video content signal **203** (FIG. **4**). The signature generator **408** (FIG. **4**) obtains one or both of the signals **210** and **214**, each of which contains audio/video content associated with audio/video content currently being consumed via the output device **202** (FIG. **2**). Upon obtaining the signals (block **702**), the signature generators **406** and **408** (FIG. **4**) identify particular audio features from their respective signals (block **704**). For example, the audio features of interest may be peak signal values exceeding or falling below a predetermined threshold value, zero crossings, wavelet energies, or any other time domain (i.e. temporal) or frequency domain (i.e., spectral) feature of an audio signal. The audio features may have variable temporal characteristics that are substantially uniquely characteristic of the content of that signal, thereby enabling substantially unique signatures to be generated therefrom.

After the audio features of interest have been identified at block **704**, the signature generators **406** and **408** (FIG. **4**) calculate the time intervals between the audio features (block **706**). For example, in the case where the audio features of interest are peak signal values above a predetermined threshold value, the time intervals are the times between those peak signal values that exceed the predetermined threshold value. The signature generators **406** and **408** use their respective time intervals (calculated at block **706**) to generate signatures (block **708**).

Following generation of the signatures (block **708**), the signal generators **406** and **408** (FIG. **4**) send their respective signatures to the audio signature comparator **416** (FIG. **4**) (block **710**). More specifically, the signature generator **406** (FIG. **4**) sends the signatures it generates to the signature comparator **416** (FIG. **4**) via the signal **412** (FIG. **4**). In a similar manner, the signature generator **408** (FIG. **4**) sends the signatures it generates to the audio signature comparator **416** via the signal **414** (FIG. **4**). The signature generators **406** and **408** (FIG. **4**) then end or return control (block **712**).

FIG. **8** is a graph that depicts an example audio signal **802** that may be processed by the signature generators **406** and **408** shown in FIG. **4**. The signal **802** includes a plurality of peaks **806**, **808** and **810** above a threshold **811**, a plurality of peaks (e.g., peaks **812** and **824**) below the threshold **811**, and a plurality of zero crossings, two of which are indicated at reference numerals **814** and **816**.

When identifying audio features of interest at block **704** of FIG. **7**, the signature generators **406** and **408** (FIG. **4**) may identify the peaks **806** and **808** within a first time interval or sampling that extends from time $t_0$ to $t_1$. Likewise the peak **810** may be identified as an audio feature of interest within a second or subsequent time interval extending from $t_1$ to $t_2$. Then, when calculating the time intervals between audio features at block **706** of FIG. **7**, the signature generators **406** and **408** (FIG. **4**) may calculate a time interval **820** between the peaks **806** and **808** for the first time interval from $t_0$ to $t_1$ and may determine that there are an insufficient number of peaks exceeding the threshold **811** during the second or subsequent time interval running from $t_1$ to $t_2$ to enable the calculation of a peak to peak time interval for the second time interval ($t_1$-$t_2$). Time intervals having an insufficient number of peaks may instead be assigned a default value of, for example, zero. In this manner, the signature generators **406** and **408** may generate a series of time values (e.g., times between peak values above a threshold value) and may use such a series of time intervals to form a signature or signature information at block **708** of FIG. **7**.

12

Of course, many other techniques may be employed to collect or generate signatures. For example, the signal features of interest may include a plurality of peaks below the threshold **811** and the time intervals between those peaks may be used to generate the signatures. Still further, the times between zero crossings may be used to generate signatures. For example, zero crossings **814** and **816** form a time interval **822**, which may be one of a plurality of zero crossing time intervals falling within the time interval between $t_0$ and $t_1$. Such multiple time intervals within the time interval from $t_0$ to $t_1$ may be summed, averaged, used to compute a key value (e.g., a hash value) associated with a hash table, or mathematically combined in any other manner to generate a single value for the sampling interval $t_0$ to $t_1$. In a similar manner, a plurality of zero crossing time intervals within the sampling interval $t_1$ to $t_2$ may be mathematically combined. A series of such mathematically combined values (i.e., values for the sampling intervals) may thereby form a signature for the signal **802**.

FIG. **9** is a block diagram that depicts another example manner in which the audio signature processor **208** shown in FIG. **2** may be implemented. The example audio signature processor **900** is a processor-based system that includes a processor **902** coupled to a memory **904** having software, firmware and/or any other machine readable instructions **916** stored thereon. The processor **902** executes the software, firmware and/or machine readable instructions **916** to implement substantially the same signature generation, signature comparison and audio/video content identification functions described herein.

The processor **902** may be any suitable microprocessor, microcontroller or processing unit capable of executing machine readable instructions. The memory **904** may be any desired combination of volatile and non-volatile memory including, for example, read-only memory (ROM) devices, electrically erasable programmable read only memory (EE-PROM) devices, random access memory (RAM) devices, mass storage devices (e.g., disk drives for magnetic or optical media), or any other suitable storage devices.

The example audio signature processor **900** may also include an audio/video content selector **906**, which may be substantially similar or identical to the audio/video content selector **402** (FIG. **4**) that receives the reference signal **203**. The audio/video content selector **906** is controlled by the processor **902** to scan for audio/video content (e.g., a series of broadcast channels or programs) in a predetermined sequence. As described above in connection with the audio/video content selector **402** (FIG. **4**), the channel selection sequence may be based on one or more factors such as, for example, the frequency with which channels are typically consumed, the most recently consumed channels, etc. The audio/video content selector **906** outputs a signal **908** that contains audio information about a single selected portion of audio/video content (e.g., a program).

Signal conditioning circuitry **910** receives the signal **908** and one or both of the signals **210** and **214**. The signal conditioning circuitry **910** may include analog and or digital circuitry for filtering (e.g., noise filtering, anti-aliasing filtering, transient filtering, 300 Hz to 3000 Hz bandpass filtering, etc.), protection circuitry (e.g., surge protection circuitry), level shifting circuitry, amplification circuitry, attenuation circuitry, or any other known or desired signal conditioning circuitry.

An analog-to-digital (A/D) converter **912** receives the audio program signals output by the signal conditioning circuitry **910**. The A/D converter **912** includes at least two channels to enable the simultaneous analog-to-digital conversion

US 8,065,700 B2

13

of the conditioned versions of the reference channel signal **908** and the consumption signal (i.e., one or both of the signals **210** and **214**).

The audio signature processor **900** also includes a communications interface **914** that enables the processor **902** to communicate with the site unit **218** (FIG. **2**) via communication link or connection **220** (FIG. **2**). For example, the communications interface **914** may include level shifting circuitry, bus line or signal line driver circuitry, or any other known or desired communications circuitry.

FIG. **10** is a block diagram that depicts another example manner in which the signature generators **406** and **408** shown in FIG. **4** may be implemented. The example signature generator **1000** shown in FIG. **10** receives an input signal **1001** (which may, for example, correspond to the signal **404** output by the audio/video content selector **402** and/or the consumption signals **210** and **214**) via signal conditioning circuitry **1002**. The signal conditioning circuitry **1002** may include analog and/or digital circuitry for filtering (e.g., noise filtering, anti-aliasing filtering, transient filtering, etc.) One particularly useful filtering circuit may provide a bandpass filter characteristic from 300 Hz to 3000 Hz. Additionally or alternatively, the signal conditioning circuitry **1002** may include protection circuitry (e.g., surge protection circuitry), level shifting circuitry, amplification circuitry, attenuation circuitry, or any other known or desired signal conditioning circuitry. Of course, the signal conditioning circuitry **1002** may be eliminated from the signature generator **1000** in the event that the signals provided to the signature generator **1000** do not require conditioning.

Conditioned signal(s) **1004** output by the signal conditioning circuitry **1002** are provided to a zero crossing detector **1006** and a peak detector **1008**. The zero crossing detector **1006** may use a one-shot multi-vibrator or the like to output a pulse to the peak detector **1008** each time a zero crossing occurs within the conditioned signal(s) **1004**. The peak detector **1008** may be implemented using any desired peak detection circuit to detect peak signal magnitude. For example, in the case where the signals **1004** are analog signals, a diode, capacitor and bleed resistor combination may be used to detect peak value. On the other hand, in the case where the signals **1004** are digital values, the peak detector **1008** may simply retain the largest numerical value following a reset. The peak detector **1008** resets (e.g., to zero) in response to zero crossing pulses or other signals provided by the zero crossing detector **1006**. As a result, the peak detector **1008** outputs a series of signal peak magnitudes, each of which occurs between successive zero crossings.

A summer **1010** receives the series of peak signal magnitudes from the peak detector **1008** and generates sums of these peak signal magnitudes for each of the predetermined time intervals or sample intervals. In one example, the summer **1010** may sum a plurality of peak magnitudes (absolute values) occurring within a predetermined number of samples (e.g., 125 samples) collected at a predetermined rate (e.g., 8000 samples per second) from the conditioned signal **1004**. However, other sample sizes and sample rates may be used instead to suit the needs of a particular application. An output **1014** of the summer **1010** provides a series of positive sum values at a rate equal to the sample rate divided by the sample size for each sum. Thus, in the example where the sample rate is 8000 samples/second and the sample size per sum is 125, the output **1014** provides sums at a rate of 64 per second. Additionally, as depicted in FIG. **10**, the summer **1010** may also receive a signal **1012** (e.g., time stamp values) from the

14

time stamper **410** (FIG. **4**) that enables the summer **1010** to associated time stamp values with one or more of the sums at the output **1014**.

The signature generator **1000** may also include a smoother **1016** that performs a smoothing function on the series of sums output by the summer **1010** (e.g., weighted zero crossing data). For example, the smoother **1016** may perform a low pass filter function to eliminate noise and other spurious interference or signal components that may adversely affect signature match detection. One particularly useful smoothing function may be based on the formula $y(t)=a*x(t)+b*y(t-1)$, where y represents the smoothed data, x represents the sum data provided at the output **1014**, and $a+b=1$. Preferably, $a=b=0.5$. However, a and b may be different values if desired to suit the needs of a particular application. A smoothing function such as the example function set forth above may be successively applied to the data multiple times (e.g., ten times) to achieve a desired smoothness.

The filtering performed by the smoother **1016** may be implemented using any desired combination of passive components (i.e., resistors, capacitors, inductors, etc.), active components (i.e., transistors, operational amplifiers, etc.) and/or digital components (i.e., digital logic, processing units, memory, etc.). There are many well-known analog and numerical (i.e., digital) filtering techniques that may be used to implement the smoother **1016** and, thus, such implementation details are not discussed in greater detail herein.

The signature generator **1018** may also include a N-tuple generator **1018** configured to receive the smoothed data (e.g., weighted zero crossing data) from the smoother **1016** and form a plurality of N-tuples from the smoothed data. The N-tuples may be of any size as determined by software and/or user input. The N-tuple generator **1018** may analyze the smoothed data and determine maxima points (e.g., peaks) in the data and a time difference between successive maxima. The N-tuple generator **1018** may form a plurality of N-tuples using the time differences between maxima points (e.g., delta times) and associate a time stamp with each N-tuple. For example, if the N-tuple generator **1018** determines the delta times are {t1, t2, t3, t4, t5, t6} and the N-tuple generator **1018** is configured to form 4-tuples, three 4-tuples are formed (e.g., {t1, t2, t3, t4}, {t2, t3, t4, t5}, and {t3, t4, t5, t6}). A person of ordinary skill in the art will readily appreciate that there are different methods to form N-tuples from the set of delta times. As shown in the above example, one method may use a sliding window that moves over the delta times and results in overlapping values between the 4-tuples (e.g., the delta times t2, t3, t4 are in the two of the 4-tuples). Other methods may result in sequential non-overlapping N-tuples.

FIG. **11** is a flow diagram depicting an example process **1100** by which the signature generator **1000** of FIG. **10** may generate signatures. The example process **1100** begins by obtaining signals associated with audio/video content from a plurality of audio/video content sources (block **1102**). In particular, the signature generator **1000** obtains signals from the signal input **1001** (FIG. **10**) which may be derived directly or indirectly from the reference audio/video content signal **404** (FIG. **4**) and/or from the consumption signals **210** and **214**. After the signals associated with audio/video content have been received (block **1102**), the example process **1100** calculates smoothed data (e.g., weighted zero crossing data) from the signal (block **1104**).

FIG. **12** is a flow diagram that depicts an example manner by which the signature generator **1000** shown in FIG. **10** may be configured to perform the data smoothing function described in connection with block **1104** of FIG. **11**. Initially, the signature generator **1000** resets a sample interval sum to

US 8,065,700 B2

15

zero (block **1200**) and then waits for a zero crossing of the audio signal for which a signature is to be generated (e.g., the output device audio output signal **210** and/or the signal **214**) (block **1202**). Upon detection of a zero crossing (block **1202**), the signature generator **1000** continuously or periodically acquires the peak magnitude of the signal (block **1204**) until a subsequent zero crossing is detected (block **1206**). After the subsequent zero crossing is detected (block **1206**), the signature generator **1000** adds the peak magnitude acquired at block **1204** to an interval sum (block **1208**). The signature generator **1000** then determines if the sample interval has expired (e.g., a predetermined amount of time has elapsed, a predetermined number of samples have been acquired, etc.) (block **1210**). The sample interval may be a predetermined amount of time during which peak magnitudes are summed. If the sample interval has not expired (block **1210**), the signature generator **1000** returns control to block **1204**. On the other hand, if the sample interval has expired, the signature generator **1000** sends the current interval sum to a smoothing function (block **1212**) and then returns control to block **1106** of FIG. **11**. Referring back to FIG. **11**, after the smoothed data has been calculated (block **1104**), the audio signature generator **1000** determines maxima points in smoothed data (e.g., weighted zero crossing data) and the delta times (block **1106**).

FIG. **13** is an example graph depicting smoothed data. The delta times associated with the smoothed data are calculated and recorded in a table, a list, or some other data structure. For example, the time difference between a first peak and a second peak (e.g., t1) is calculated and stored. Next, the time difference between the second peak and a third peak is calculated (e.g., t2) and stored. This process continues until all peaks in the smoothed data (e.g., weighted zero crossing data) are analyzed and the delta times have been calculated and stored.

Again referring to FIG. **11**, after the delta times have been calculated (block **1106**), the signature generator **1000** forms a plurality of N-tuples (e.g., a set of N objects) from the list of delta-times. For example, if the set of delta-times calculated for the smoothed data shown in FIG. **13** is {t1, t2, t3, t4, t5}, two sets of 4-tuples may be formed {t1, t2, t3, t4} and {t2, t3, t4, t5}. The number of elements in the N-tuple (e.g. the value of N) may be selected by analyzing performance constraints and robustness of the signature comparator **416** (FIG. **4**) and/or central processing facility **124** (FIG. **1**). A signature, composed of the plurality of N-tuples, is formed. The signature may then be transmitted to the signature comparator **416** (FIG. **4**) or to the central processing facility **124** (FIG. **1**) for analysis (block **1108**).

FIG. **14** is a flow diagram depicting an example manner in which the central processing facility **124** of FIG. **1** and/or the signature comparator **416** of FIG. **4** may be configured to match a signature to a broadcast program. For ease of discussion, the following discussion refers to the central processing facility **124**. However, the process depicted in FIG. **14** may instead or additionally be performed by the central processing facility **124** may be equipped with the signature comparator **416** or another device configured to determine the program from which one or more signatures originated.

The central processing facility **124** receives the signature composed of N-tuples (block **1402**). The central processing facility **124** may begin processing each N-tuple as it is received. The central processing facility **124** may receive all the N-tuples before attempting to determine the source of the signature. The signatures collected or generated at a monitored site (e.g., the monitored site **110** (FIG. **1**)) and/or a signature comparator (e.g., the signature comparator **416** (FIG. **4**)) may contain noise and, as a result, each value in an

16

N-tuple may be offset (e.g., increased or decreased) before being analyzed to compensate for the noise. In particular, the signature comparator **416** may be configured to increase some values in an N-tuple by one. For example, if an N-tuple received at the signature comparator **416** is equal to {t1, t2, t3}, a new N-tuple may be generated containing the offset values {t1+1, t2, t3+1}. However, all values of the N-tuple may be offset to form a new N-tuple and the example described above is merely one example implementation. The central processing facility **124** may be configured to use an offset value of one but may also be configured to skip the offsetting of the values of the N-tuple.

As each N-tuple is received, a key value (e.g., a hash value) is generated for the N-tuple (block **1404**). The key value may be calculated from the values of the elements that compose the N-tuple and may be used to index into a data structure such as, for example, a hash table. For example, the key value associated with the elements of the N-tuple (e.g., {t1, t2, t3, t4}) may be calculated as shown below.

$$\text{key value}(t1, t2, t3, t4) = t4 + \text{prime} \cdot t3 + t2 \cdot \text{prime}\hat{}2 + t1 \cdot \text{prime}\hat{}3$$

The value of prime may be any prime number such as 31. However, there are many different methods to calculate a key value based on the elements of an N-tuple and the sum of the elements of the N-tuple described above is merely one example. In any event, the hash table contains program information, reference signatures, and/or any other information that may be used to match the signature to known audio/video content such as, for example, a broadcast program. The contents of the hash table may be filled and/or updated by the reference site processor **122** (FIG. **1**) and/or the signature generator **406** (FIG. **4**).

After the key value is calculated (block **1404**), the central processing facility **124** uses the key value to query a hash table containing program information and time stamp data associated with the program information (block **1406**). A person of ordinary skill in the art will readily appreciate that a query into a hash table (e.g., in the course of matching signatures or an audio/video content identification process) may return multiple results (e.g., result in a collision) depending on the method used to calculate the key value. Thus, a list of query results containing the program information and the associated time stamp data is generated for each query and is stored by the central processing facility **124** (block **1408**).

The central processing facility **124** may also process the results before storing the list (block **1408**). Each of the signatures received by the central processing facility **124** is generated using a group of N-tuples, each of which may have a different time stamp. If the time stamp of an N-tuple is not equal to the time stamp of the first N-tuple received, the time stamps of the results returned by the hash table may be adjusted by the difference between the time stamp of the first N-tuple and the N-tuple currently being analyzed. For example, if the time stamp of the first N-tuple is equal to 10:18:02 and the time stamp of the second N-tuple is equal to 10:18:03, a correction of −1 second is made to the list of results returned by the hash table. The list of results returned by the hash table is adjusted and/or corrected so the results from the hash table are grouped correctly. In the example above, if the list of results is not adjusted, the resulting histogram will contain two values (e.g., 10:18:02 and 10:18:03) instead of the one value (e.g., 10:18:02). The central processing facility **124** determines if there are any remaining N-tuples to be processed (block **1410**). If N-tuples remain, control returns to block **1404** and a key value is calculated for the next N-tuple.

US 8,065,700 B2

17

Otherwise, a histogram is generated from the lists of query results stored by the central processing facility **124** (block **1412**). The histogram is analyzed and the central processing facility **124** determines the most frequently occurring value in the histogram (block **1414**). The central processing facility **124** may analyze the number of occurrences and/or frequency of the most frequently occurring value and compare the number of occurrences and/or frequency to a predetermined threshold. If the frequency of the most frequently occurring value is larger than a predetermined threshold, the most frequently occurring value is determined to be a match (block **1414**). Otherwise, no match is found.

Although certain example audio signature apparatus and methods have been described herein, the functional blocks making up these examples can be implemented using any desired combination of analog and/or digital hardware. Further, some or all of these functional blocks may be implemented within a processor-based system, such as that shown in FIG. **9** that executes machine readable instructions or programs, which may be embodied in software stored on a tangible medium such as a CD-ROM, a floppy disk, a hard drive, a digital versatile disk, or a memory. Still further, some or all of the functional blocks may be combined or integrated together and/or implemented using multiple functional blocks.

Although certain methods, apparatus and articles of manufacture have been described herein, the scope of coverage of this patent is not limited thereto. To the contrary, this patent covers all embodiments including apparatus, methods and articles of manufacture fairly falling within the scope of the appended claims, either literally or under the doctrine of equivalents.

What is claimed is:

1. A method of metering exposure to at least one of audio and video content, comprising:

receiving a signature associated with audio content presented at a monitored site, wherein the signature is based on a plurality of time intervals between audio features of the audio content presented at the monitored site; and

identifying the audio content presented at the monitored site based on the received signature.

2. A method as defined in claim **1**, wherein the audio features of the audio content include at least one of peak values and zero crossings.

3. A method as defined in claim **1**, wherein identifying the audio content presented at the monitored site based on the received signatures includes comparing a reference signature associated with a reference signal to the signature associated with the audio content presented at the monitored site.

4. A method as defined in claim **1**, wherein the audio content presented at the monitored site is delivered via at least one of a broadcast station and a local content delivery device.

5. A method as defined in claim **1**, further comprising generating the signature based on the plurality of time intervals between the audio features of the audio content presented at the monitored site.

6. A method as defined in claim **5**, further comprising filtering the audio content prior to generating the signature.

18

7. A method as defined in claim **6**, wherein the filtering comprises filtering with a low-pass filter.

8. An apparatus for metering exposure to at least one of audio and video content, comprising:

a memory; and

a processor in communication with the memory and programmed to:

generate a signature associated with audio content presented at a monitored site, wherein the signature is based on a plurality of time intervals between audio features of the audio content presented at the monitored site; and

identify the content presented at the monitored site based on the signature.

9. An apparatus as defined in claim **8**, wherein the audio features of the audio content include at least one of peak values and zero crossings.

10. An apparatus as defined in claim **8**, wherein the processor is programmed to identify the content presented at the monitored site based on the signature by comparing a reference signature associated with a reference signal to the signature associated with the audio content presented at the monitored site.

11. An apparatus as defined in claim **8**, wherein the content presented at the monitored site is delivered via at least one of a broadcast station and a local content delivery device.

12. An apparatus as defined in claim **8**, wherein the processor is further programmed to generate the signature based on the plurality of time intervals between the audio features of the audio content presented at the monitored site.

13. An apparatus as defined in claim **12**, wherein the processor is further to filter the audio content prior to generating the signature.

14. An apparatus as defined in claim **12**, wherein the processor is to filter the content with a low-pass filter prior to generating the signature.

15. A tangible machine readable medium having instructions stored thereon that, when executed, cause a machine to at least:

generate a signature associated with content presented at a monitored site based on a plurality of time intervals between audio features of the audio content presented at the monitored site; and

identify the content presented at the monitored site based on the signature.

16. A machine readable medium as defined in claim **15**, wherein the audio features of the audio content include at least one of peak values and zero crossings.

17. A machine readable medium as defined in claim **15**, wherein the instructions, when executed, cause the machine to identify the content by comparing the signature to a reference signature associated with a reference signal.

18. A machine readable medium as defined in claim **17**, wherein the instructions further cause the machine to filter the audio content prior to generating the signature.

19. A machine readable medium as defined in claim **17**, wherein the instructions cause the machine to low-pass filter the content.

* * * * *

# EXHIBIT G

US007904503B2

(12) **United States Patent**
Van De Sluis

(10) **Patent No.:**    **US 7,904,503 B2**
(45) **Date of Patent:**    **Mar. 8, 2011**

(54) **METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM**

(75) Inventor: **Bartel Marinus Van De Sluis**, Eindhoven (NL)

(73) Assignee: **Gracenote, Inc.**, Emeryville, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 717 days.

(21) Appl. No.: **09/933,845**

(22) Filed: **Aug. 21, 2001**

(65) **Prior Publication Data**

US 2002/0072989 A1    Jun. 13, 2002

(30) **Foreign Application Priority Data**

Aug. 23, 2000    (EP) .................................... 00202947

(51) **Int. Cl.**
*G06F 15/16* (2006.01)
(52) **U.S. Cl.** ........................................ 709/203; 709/219
(58) **Field of Classification Search** .......... 709/201–203, 709/217–234; 705/14, 10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,030,119 | A | 6/1977 | Ellis |
| 4,397,011 | A | 8/1983 | Ogawa |
| 4,491,882 | A | 1/1985 | Fujiie |
| 4,587,643 | A | 5/1986 | Monen et al. |
| 4,599,644 | A | 7/1986 | Fischer |
| 4,641,205 | A | 2/1987 | Beyers |
| 4,646,145 | A | 2/1987 | Percy et al. |
| 4,675,757 | A | 6/1987 | Block |
| 4,677,466 | A | 6/1987 | Lert, Jr. et al. |

| | | | |
|---|---|---|---|
| 4,857,899 | A | 8/1989 | Ishii |
| 4,870,613 | A | 9/1989 | Clinkenbeard et al. |
| 4,893,193 | A | 1/1990 | Nakamura et al. |
| 4,893,199 | A | 1/1990 | Okada |
| 4,992,706 | A | 2/1991 | Troemel et al. |
| 5,019,899 | A | 5/1991 | Boles et al. |
| 5,113,383 | A | 5/1992 | Amemiya et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    4309957    7/1994

(Continued)

OTHER PUBLICATIONS

Geoffrey B. Rhoads et al., Digimarc Corp., "Managing On-Line Media Library Through Links in Media Signals", U.S. Appl. No. 60/178,028.

(Continued)

*Primary Examiner* — Yasin Barqadle
(74) *Attorney, Agent, or Firm* — Schwegman, Lundberg & Woessner, P.A.

(57) **ABSTRACT**

A client system (**200**, **220**) receives a content item. The user can mark the received content item as being of interest. In response to said marking, tracking means (**204**, **224**) automatically provide identifying data for the marked content item to a remote server system (**250**). The server receives a portion of the content item from a client system (**200**, **220**), processes the received portion to obtain an identifier for the content item, obtains further information on the content item using the identifier, and transmits the further information back to the client system (**200**, **220**). The tracking means (**204**, **224**) subsequently receive further information on the content item from the remote server system (**250**). An identifier for the content item can be used in an e-commerce system (**160**), for example by putting it on a shopping list (**161**) or to obtain a list of related items.

**23 Claims, 2 Drawing Sheets**



**US 7,904,503 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,157,614 | A | 10/1992 | Kashiwazaki et al. |
| 5,157,646 | A | 10/1992 | Amemiya et al. |
| 5,220,567 | A | 6/1993 | Dooley et al. |
| 5,243,588 | A | 9/1993 | Maeda |
| 5,263,010 | A | 11/1993 | Amemiya et al. |
| 5,276,629 | A | 1/1994 | Reynolds |
| 5,341,350 | A | 8/1994 | Frank et al. |
| 5,392,264 | A | 2/1995 | Hira |
| 5,400,261 | A | 3/1995 | Reynolds |
| 5,404,393 | A | 4/1995 | Remillard |
| 5,414,684 | A | 5/1995 | Nonaka et al. |
| 5,430,698 | A | 7/1995 | Nonaka et al. |
| 5,436,653 | A | 7/1995 | Ellis et al. |
| 5,446,714 | A | 8/1995 | Yoshio et al. |
| 5,446,891 | A | 8/1995 | Kaplan et al. |
| 5,450,597 | A | 9/1995 | Klappert et al. |
| 5,463,605 | A | 10/1995 | Nishida et al. |
| 5,464,946 | A | 11/1995 | Lewis |
| 5,465,240 | A | 11/1995 | Mankovitz |
| 5,471,576 | A | 11/1995 | Yee |
| 5,475,835 | A | 12/1995 | Hickey |
| 5,499,294 | A | 3/1996 | Friedman |
| 5,519,435 | A | 5/1996 | Anderson |
| 5,544,139 | A | 8/1996 | Aramaki et al. |
| 5,559,949 | A | 9/1996 | Reimber et al. |
| 5,583,560 | A | 12/1996 | Florin et al. |
| 5,584,025 | A | 12/1996 | Keithley et al. |
| 5,612,729 | A | 3/1997 | Ellis et al. |
| 5,615,345 | A | 3/1997 | Wanger |
| 5,616,876 | A | 4/1997 | Cluts |
| 5,621,454 | A | 4/1997 | Ellis et al. |
| 5,625,608 | A | 4/1997 | Grewe et al. |
| 5,649,114 | A | 7/1997 | Deaton et al. |
| 5,679,911 | A | 10/1997 | Moriyama et al. |
| 5,680,379 | A | 10/1997 | Ishida et al. |
| 5,689,484 | A | 11/1997 | Hirasawa |
| 5,691,964 | A | 11/1997 | Niederlein et al. |
| 5,694,162 | A | 12/1997 | Freeny, Jr. |
| 5,694,546 | A | 12/1997 | Reisman |
| 5,701,385 | A | 12/1997 | Katsuyama et al. |
| 5,703,795 | A | 12/1997 | Mankovitz |
| 5,710,884 | A | 1/1998 | Dedrick |
| 5,721,827 | A | 2/1998 | Logan et al. |
| 5,726,957 | A | 3/1998 | Hisamatsu et al. |
| 5,740,304 | A | 4/1998 | Katsuyama et al. |
| 5,740,549 | A | 4/1998 | Reilly et al. |
| 5,745,681 | A | 4/1998 | Levine et al. |
| 5,751,672 | A | 5/1998 | Yankowski |
| 5,754,784 | A | 5/1998 | Garland et al. |
| 5,757,739 | A | 5/1998 | Heath et al. |
| 5,761,606 | A | 6/1998 | Wolzien et al. |
| 5,767,893 | A | 6/1998 | Chen et al. |
| 5,768,222 | A | 6/1998 | Hisamatsu et al. |
| 5,774,431 | A | 6/1998 | Bos et al. |
| 5,774,664 | A | 6/1998 | Hidary et al. ............ 395/200.48 |
| 5,774,666 | A | 6/1998 | Portuesi |
| 5,778,181 | A | 7/1998 | Hidary et al. |
| 5,778,187 | A | 7/1998 | Monteiro et al. |
| 5,781,889 | A | 7/1998 | Martin et al. |
| 5,781,909 | A | 7/1998 | Logan et al. |
| 5,782,692 | A | 7/1998 | Stelovsky |
| 5,790,793 | A | 8/1998 | Higley ................... 395/200.48 |
| 5,793,726 | A | 8/1998 | Nagano |
| 5,793,980 | A | 8/1998 | Glaser et al. |
| 5,796,393 | A | 8/1998 | MacNaughton et al. |
| 5,796,945 | A | 8/1998 | Tarabella |
| 5,796,952 | A | 8/1998 | Davis et al. |
| 5,809,512 | A | 9/1998 | Kato |
| 5,815,471 | A | 9/1998 | Mince et al. |
| 5,822,216 | A | 10/1998 | Satchell, Jr. et al. |
| 5,822,283 | A | 10/1998 | Bos et al. |
| 5,822,436 | A | 10/1998 | Rhoads |
| 5,826,267 | A | 10/1998 | McMillan |
| 5,848,427 | A | 12/1998 | Hyodo |
| 5,862,223 | A | 1/1999 | Walker et al. |
| 5,867,457 | A | 2/1999 | Parvulescu et al. |
| 5,893,910 | A | 4/1999 | Martineau et al. |
| 5,894,554 | A | 4/1999 | Lowery et al. |
| 5,903,816 | A | 5/1999 | Broadwin et al. |
| 5,905,248 | A | 5/1999 | Russell |
| 5,905,537 | A | 5/1999 | Van Gestel |
| 5,905,865 | A | 5/1999 | Palmer et al. |
| 5,907,793 | A | 5/1999 | Reams ........................... 455/3.1 |
| 5,915,091 | A | 6/1999 | Ludwig et al. |
| 5,915,288 | A | 6/1999 | Gabriel |
| 5,918,223 | A | 6/1999 | Blum et al. |
| 5,925,843 | A | 7/1999 | Miller et al. |
| 5,929,849 | A | 7/1999 | Kikinis |
| 5,949,411 | A | 9/1999 | Doerr et al. |
| 5,950,173 | A | 9/1999 | Perkowski |
| 5,953,005 | A | 9/1999 | Liu |
| 5,959,945 | A | 9/1999 | Kleiman |
| 5,960,081 | A | 9/1999 | Vynne et al. |
| 5,960,411 | A | 9/1999 | Hartman et al. ................ 705/26 |
| 5,963,916 | A | 10/1999 | Kaplan |
| 5,987,525 | A | 11/1999 | Roberts et al. |
| 5,991,798 | A | 11/1999 | Ozaki et al. |
| 5,996,000 | A | 11/1999 | Shuster |
| 5,999,637 | A | 12/1999 | Toyoda et al. |
| 6,009,410 | A | 12/1999 | LeMole et al. |
| 6,011,758 | A | 1/2000 | Dockes et al. |
| 6,012,112 | A | 1/2000 | Brase et al. |
| 6,018,768 | A | 1/2000 | Ullman et al. |
| 6,025,837 | A | 2/2000 | Matthews, III et al. |
| 6,029,142 | A | 2/2000 | Hill |
| 6,031,795 | A | 2/2000 | Wehmeyer |
| 6,032,130 | A | 2/2000 | Alloul |
| 6,034,925 | A | 3/2000 | Wehmeyer |
| 6,035,329 | A | 3/2000 | Mages et al. |
| 6,061,306 | A | 5/2000 | Buchheim et al. |
| 6,061,680 | A | 5/2000 | Scherf et al. |
| 6,076,104 | A | 6/2000 | McCue ........................ 709/219 |
| 6,076,111 | A | 6/2000 | Chiu et al. |
| 6,078,301 | A | 6/2000 | Arai et al. |
| 6,081,830 | A | 6/2000 | Schindler |
| 6,081,907 | A | 6/2000 | Witty et al. |
| 6,098,106 | A | 8/2000 | Philyaw et al. ............... 709/238 |
| 6,128,255 | A | 10/2000 | Yankowski |
| 6,131,129 | A | 10/2000 | Ludtke et al. |
| 6,131,130 | A | 10/2000 | Van Ryzin |
| 6,154,773 | A | 11/2000 | Roberts et al. |
| 6,161,132 | A | 12/2000 | Roberts et al. |
| 6,195,693 | B1 | 2/2001 | Berry et al. |
| 6,201,176 | B1 | 3/2001 | Yourlo |
| 6,230,192 | B1 | 5/2001 | Roberts et al. |
| 6,230,207 | B1 | 5/2001 | Roberts |
| 6,240,459 | B1 | 5/2001 | Roberts et al. |
| 6,243,328 | B1 | 6/2001 | Fenner et al. |
| 6,243,725 | B1 | 6/2001 | Hempleman et al. |
| 6,247,022 | B1 | 6/2001 | Yankowski |
| 6,260,059 | B1 * | 7/2001 | Ueno et al. .................... 709/202 |
| 6,263,505 | B1 | 7/2001 | Walker et al. |
| 6,266,429 | B1 | 7/2001 | Lord et al. |
| 6,272,078 | B2 | 8/2001 | Yankowski |
| 6,304,523 | B1 | 10/2001 | Jones et al. |
| 6,308,086 | B1 | 10/2001 | Yoshino |
| 6,324,694 | B1 | 11/2001 | Watts et al. |
| 6,330,593 | B1 | 12/2001 | Roberts et al. |
| 6,345,256 | B1 | 2/2002 | Milsted et al. |
| 6,388,957 | B2 | 5/2002 | Yankowski |
| 6,388,958 | B1 | 5/2002 | Yankowski |
| 6,408,082 | B1 | 6/2002 | Rhoads et al. |
| 6,411,725 | B1 * | 6/2002 | Rhoads ........................ 382/100 |
| 6,484,156 | B1 * | 11/2002 | Gupta et al. ...................... 707/1 |
| 6,505,160 | B1 | 1/2003 | Levy et al. ................... 704/270 |
| 6,545,209 | B1 | 4/2003 | Flannery et al. |
| 6,601,046 | B1 * | 7/2003 | Epstein ........................... 705/57 |
| 6,631,523 | B1 | 10/2003 | Matthews, III et al. |
| 6,633,653 | B1 | 10/2003 | Hobson et al. |
| 6,636,249 | B1 | 10/2003 | Rekimoto |
| 6,647,128 | B1 | 11/2003 | Rhoads |
| 6,658,247 | B1 | 12/2003 | Saito |
| 6,665,417 | B1 | 12/2003 | Yoshiura et al. |
| 6,671,736 | B2 | 12/2003 | Virine et al. |
| 6,674,876 | B1 | 1/2004 | Hannigan et al. |
| 6,700,990 | B1 | 3/2004 | Rhoads |
| 6,737,957 | B1 | 5/2004 | Petrovic et al. |

## US 7,904,503 B2

Page 3

| | | | |
|---|---|---|---|
| 6,748,533 B1 * | 6/2004 | Wu et al. ...................... 713/176 |
| 6,782,116 B1 | 8/2004 | Zhao et al. |
| 6,804,510 B1 | 10/2004 | Bates et al. |
| 6,807,632 B1 | 10/2004 | Carpentier et al. |
| 6,829,368 B2 | 12/2004 | Meyer et al. |
| 6,941,003 B2 | 9/2005 | Ziesig |
| 6,941,275 B1 | 9/2005 | Swierczek |
| 6,952,774 B1 | 10/2005 | Kirovski et al. |
| 6,963,975 B1 | 11/2005 | Weare |
| 6,970,886 B1 * | 11/2005 | Conwell et al. ............ 707/104.1 |
| 6,983,289 B2 | 1/2006 | Commons et al. |
| 6,990,334 B1 | 1/2006 | Ito |
| 6,990,453 B2 | 1/2006 | Wang et al. |
| 6,996,775 B1 * | 2/2006 | Dey et al. ...................... 715/256 |
| 7,024,018 B2 | 4/2006 | Petrovic |
| 7,080,253 B2 | 7/2006 | Weare |
| 7,082,394 B2 | 7/2006 | Burges et al. |
| 7,152,021 B2 | 12/2006 | Alattar et al. |
| 7,159,117 B2 | 1/2007 | Tanaka |
| 7,181,543 B2 | 2/2007 | King et al. |
| 7,188,248 B2 | 3/2007 | Watson |
| 7,302,574 B2 | 11/2007 | Conwell et al. |
| 7,343,553 B1 | 3/2008 | Kaye |
| 7,346,649 B1 | 3/2008 | Wong |
| 7,349,552 B2 | 3/2008 | Levy et al. |
| 7,349,555 B2 | 3/2008 | Rhoads |
| 7,415,129 B2 | 8/2008 | Rhoads |
| 7,461,136 B2 | 12/2008 | Rhoads |
| 7,477,739 B2 | 1/2009 | Haitsma et al. |
| 7,549,052 B2 | 6/2009 | Haitsma et al. |
| 7,587,602 B2 | 9/2009 | Rhoads |
| 7,590,259 B2 | 9/2009 | Levy et al. |
| 2001/0004338 A1 | 6/2001 | Yankowski |
| 2001/0014868 A1 * | 8/2001 | Herz et al. ...................... 705/14 |
| 2001/0030827 A1 | 10/2001 | Morohashi |
| 2001/0031066 A1 * | 10/2001 | Meyer et al. ................. 382/100 |
| 2001/0052028 A1 | 12/2001 | Roberts |
| 2001/0053943 A1 | 12/2001 | Kaneko et al. |
| 2002/0023020 A1 | 2/2002 | Kenyon et al. |
| 2002/0033844 A1 | 3/2002 | Levy et al. |
| 2002/0059208 A1 | 5/2002 | Abe et al. |
| 2002/0078359 A1 | 6/2002 | Seok et al. |
| 2002/0116195 A1 | 8/2002 | Pitman et al. |
| 2002/0120849 A1 | 8/2002 | McKinley et al. |
| 2002/0178410 A1 | 11/2002 | Haitsma et al. |
| 2003/0023852 A1 | 1/2003 | Wold |
| 2003/0028796 A1 | 2/2003 | Roberts et al. |
| 2003/0033321 A1 | 2/2003 | Schrempp et al. |
| 2003/0046283 A1 | 3/2003 | Roberts |
| 2003/0086341 A1 | 5/2003 | Wells et al. |
| 2003/0097338 A1 | 5/2003 | Mankovich et al. |
| 2003/0135513 A1 | 7/2003 | Quinn et al. |
| 2004/0003398 A1 | 1/2004 | Donian et al. |
| 2004/0028281 A1 | 2/2004 | Cheng et al. |
| 2004/0128512 A1 | 7/2004 | Sharma et al. |
| 2004/0167858 A1 | 8/2004 | Erickson |
| 2004/0172411 A1 | 9/2004 | Herre et al. |
| 2004/0260682 A1 | 12/2004 | Herley et al. |
| 2005/0004941 A1 | 1/2005 | Kalker et al. |
| 2006/0041753 A1 | 2/2006 | Haitsma |
| 2006/0075237 A1 | 4/2006 | Seo et al. |
| 2006/0143190 A1 | 6/2006 | Haitsma et al. |
| 2006/0206563 A1 | 9/2006 | Van De Sluis |
| 2006/0218126 A1 | 9/2006 | De Ruijter et al. |
| 2007/0071330 A1 | 3/2007 | Oostveen et al. |
| 2007/0106405 A1 | 5/2007 | Cook et al. |
| 2007/0274519 A1 | 11/2007 | Cohen et al. |
| 2008/0222232 A1 | 9/2008 | Allen et al. |
| 2008/0263360 A1 | 10/2008 | Haitsma et al. |
| 2008/0274687 A1 | 11/2008 | Roberts et al. |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| DE | 44 27 046 C2 | 2/2001 |
| EP | 194143 | 9/1986 |
| EP | 0283570 A3 | 9/1988 |
| EP | 0367585 A2 | 5/1990 |
| EP | 460869 | 12/1991 |
| EP | 0319567 B1 | 2/1993 |
| EP | 0580361 A2 | 1/1994 |
| EP | 0814419 | 12/1997 |
| EP | 0936531 A2 | 8/1999 |
| EP | 0991213 A2 | 4/2000 |
| EP | 1107254 A2 | 6/2001 |
| EP | 1128385 A1 | 8/2001 |
| EP | 0680040 A2 | 11/2005 |
| EP | 1197020 B1 | 11/2007 |
| GB | 2338869 A1 | 12/1999 |
| JP | 63-104099 | 5/1988 |
| JP | 04299399 | 10/1992 |
| JP | 40299399 | 10/1992 |
| JP | 06-225799 | 8/1994 |
| JP | 06315298 | 11/1994 |
| JP | 07-078407 | 3/1995 |
| JP | 10171818 | 6/1998 |
| JP | 10-233081 | 9/1998 |
| JP | 11-164361 | 6/1999 |
| JP | 11-261961 | 9/1999 |
| JP | 2000-215653 | 8/2000 |
| JP | 2000215653 A2 | 8/2000 |
| JP | 2000-285237 | 10/2000 |
| JP | 2000-305578 | 11/2000 |
| JP | 2001-005497 | 1/2001 |
| JP | 2001101822 A2 | 4/2001 |
| JP | 2001154669 A2 | 6/2001 |
| JP | 2001216766 A2 | 8/2001 |
| JP | 2001-283568 | 10/2001 |
| JP | 2001283568 A2 | 10/2001 |
| WO | WO-9120082 | 12/1991 |
| WO | WO-9705616 A1 | 2/1997 |
| WO | WO-9721291 | 6/1997 |
| WO | WO9721291 | 6/1997 |
| WO | WO-9741504 | 11/1997 |
| WO | WO-9800788 | 1/1998 |
| WO | WO-9802820 | 1/1998 |
| WO | WO9825269 | 6/1998 |
| WO | WO-9935771 | 7/1999 |
| WO | WO9935771 | 7/1999 |
| WO | WO-0128222 | 4/2001 |
| WO | WO-0155889 A1 | 8/2001 |
| WO | WO-0211123 A3 | 2/2002 |
| WO | WO-02065782 A1 | 8/2002 |
| WO | WO-03012695 A2 | 2/2003 |
| WO | WO-2004077430 | 2/2004 |
| WO | WO-2006044622 | 4/2006 |
| WO | WO-2007022533 A2 | 2/2007 |

### OTHER PUBLICATIONS

Deane, E. , "International Search Report", PCT, (Aug. 23, 2000),4 pages.

"International Application Serial No. 2002-565363, Non-Final Office Action mailed Oct. 11, 2007", With English Translation,22 pgs.

"International Application Serial No. IN/PCT/2002/1689, First Examination Report Jun. 20, 2007", 2 pgs.

Information Retrieval (Z39.50): Application Service Definition and Protocol Specification, ANSI/NISO Z39.50 1995,(Jul. 1995), 163 pgs.

GeoPac Management Guide, Release 1.25, Geac Computer Corporation Limited,(Dec. 1994),50 pgs.

The MusicBrainz Mailing List Archive for Nov. 2000, 30 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance and Fee(S) Due mailed Jun. 28, 2007", 4 pgs.

"U.S. Appl. No. 10/073,772 Advisory Action mailed Jul. 28, 2006", 3 pgs.

"U.S. Appl. No. 10/073,772 Final Office Action mailed Apr. 6, 2006", 21 pgs.

"U.S. Appl. No. 10/073,772 Non Final Office Action mailed Sep. 19, 2005", 13 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Feb. 28, 2007", 6 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Aug. 9, 2007", NOAR,10 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Sep. 6, 2006", 5 pgs.

"U.S. Appl. No. 10/073,772 Response filed Mar. 17, 2006 to Non Final Office Action mailed Sep. 19, 2005", 12 pgs.

"U.S. Appl. No. 10/073,772 Response filed Jul. 6, 2006 to Final Office Action mailed Apr. 6, 2006", 8 pgs.

"U.S. Appl. No. 10/073,772 Response filed Aug. 7, 2006 to Advisory Action mailed Jul. 28, 2006", 3 pgs.

"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Nov. 14, 2006", 9 pgs.

"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Jun. 12, 2007", 8 pgs.

"U.S. Appl. No. 10/548,702 Response filed Aug. 29, 2007 to Non-Final Office Action mailed Jun. 21, 2007", 64.

"U.S. Appl. No. 10/548,702 Non Final Office Action mailed Jun. 21, 2007", 18 pgs.

"U.S. Appl. No. 10/533,211, Response filed Oct. 1, 2007 to Non-Final Office Action mailed Jun. 12, 2007", 12 pgs.

"CD-I Has a Rough Road to Hoe", http://www.caruso.com/Digital_Media/DM91-07.text, (Jul. 1991),43 pgs.

"CEDIA, "Electronic Lifestyles Awards for Manufactures Excellence", Entry for Best Video Product, Power Play,", (Sep. 1999),pp. 1-4.

"Chapter 69—Introduction to Multimedia Services" *Microsoft Win32 Programmer's Reference*, vol. 2, Redmond, Wash.: Microsoft Press,(1993),517-672.

"CNET: The Computer Network Unveils Revolutionary Internet Advertising Tools that Allow Custom Banner Ad Delivery Based on Demographic Information", http://www.cnet.com/html/aboutcnet/press/1994_95/120695.html, Press Releases,(Dec. 6, 1995),4 pgs.

"European Application Serial Number 01 976124 Office Action dated Mar. 16, 2007", (Mar. 16, 2007),5 pgs.

"European Patent Application No. 03737399.0 Office Action", (Mar. 26, 2007).

"Generic coding of moving pictures and associated audio information, part 2", *ISO/IEC*, (1995).

"Information technology—Multimedia content description interface—Part 4: Audio.",*JNCITS/ISO/IEC 15938-4-2002*, (2002),1-114.

"International Application No. PCT/US06/32722 Search Report and Written Opinion mailed Apr. 25, 2007",6 pgs.

Baugher, Mark , et al., "A multimedia client to the IBM LAN server", *Proceedings of the first ACM International Conference on Multimedia*, (1993),105-112.

Berners-Lee, T. , et al., *Hypertext Transfer Protocol—HTTP 1.0*, Network Working Group,(May 1996),61 pgs.

Broder, A. Z., et al., "Syntactic clustering of the Web", *Computer Networks and ISDN Systems*, 29(8-13), (Sep. 1997),1157-1166.

Chen, Qin-Sheng , et al., "Symmetric Phase-Only Matched Filtering of Fourier-Mellin Transforms for Image Registration and Recognition", *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 16 No. 12, New York, (Dec. 1994),1156-1168.

Cheung, D. , et al., "A content-based search engine on medical images for telemedicine" *Proceedings of the 21st International Computer Software and Applications Conference*, (Aug. 13, 1997),569-572.

Chua, T. S., et al., "Content-based retrieval of segmented images", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),211-218.

Comer, Douglas E., et al., *Internetworking with TCP/IP, vol. 2, Design, implementation, and internals*, ANSI C Version, 3rd Edition, Upper Saddle River, NJ: Prentice Hall,(1999),1-660.

Comer, Douglas E., et al., *Internetworking with TCP/IP, volume 3, Client-server programming and applications*, BSD Socket Version, Upper Saddle River, NJ: Prentice Hall,(1993),1-498.

Comer, Douglas , et al., "Chapter 4—Internet Addresses & Chapter 5—Mapping Internet Addresses to Physical Addresses (ARP)", *Internetworking with TCP/IP*, vol. 1. Upper Saddle River, N.J.: Prentice Hall,(1995),59-88, 588.

De Roure, David , et al., "A Multiagent system for Content Based Navigation of Music", *Proc. ACM Multimedia*, 99 (Part 2), (1999),63-66.

Deep, John , et al., *Developing CGI applications with Perl*, New York : Wiley Computer Pub.,(1996),72-77.

Fletcher, Peter A., et al., "Direct Embedding and Detection of RST Invariant Watermarks", *F.A.P. Petitcolas* (Ed.): IH 2002, LNCS 2578 Springer-Verlag Berlin Heidelberg, (2003),129-144.

Haitsma, J. , et al., "A Highly Robust Audio Fingerprinting System", *ISMIR 2002—3rd International Conference on Music Information Retrieval*, http://ismir2002.ismir.net/proceedings/02-fp04-2.pdf,(Oct. 17, 2002),1-9.

Haitsma, Jaap , "Robust Audio Hashing for Content Identification", *Philips Research*, 8 pages.

Haitsma, J. A., et al., "Robust Hashing of Multimedia Content", (Dec. 14, 2000),10 pgs.

Kan, Ti , *XMCD Version 2.0 patchlevel 0*, BSD News Article 64976,(Apr. 3, 1996),10 pgs.

Kan, Ti , *XMCD Unix CD Player*, (Mar. 21, 1996),1358 pgs.

Kurth, Frank , et al., "Full-Text Indexing of Very Large Audio Data Bases", *Audio Engineering Society Convention Paper, 110th Convention*, Amsterdam, (May 2001),1-11.

Lewis, Paul H., et al., "Media-based Navigation with Generic Links", *Proceedings of the the Seventh ACM Conference on Hypertext*, (1996),215-223.

Lienhart, R. , "Automatic text recognition for video indexing", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),11-20.

Lin, Ching-Yung , et al., "Rotation, Scale, and Translation Resilient Watermarking for Images" *IEEE Transactions on Image Processing*. vol. 10, No. 5, (May 2001),767-782.

Little, T. D., et al., "A digital on-demand video service supporting content-based queries", *Proceedings of the First ACM International Conference on Multimedia*, (1993),427-436.

Martin, Keith D., et al., "Music Content Analysis through Models of Audition", (1998),8 pgs.

Mayer-Patel, Ketan , et al., "Synchronized continuous media playback through the World Wide Web", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),435-436.

McNab, Rodger J., et al., "Towards the digital music library: tune retrieval from acoustic input", *Proceedings of the First ACM International Conference on Digital Libraries*, (1996),11-18.

Neuschmied, Helmut , et al., "Content-based Identification of Audio Titles on the Internet", *Proceedings of the First International Conference on WEB Delivering of Music*,(2001),5 pages.

Oostveen, J. , et al., "Feature Extraction and a Database Strategy for Video Fingerprinting", *Lecture Notes in Ccmputer Science*, 2314,(Mar. 11, 2002),117-128.

Oostveen, Job , "Visual Hashing of Digital Video: Applications and Techniques", 11 pages.

Pereira, Shelby , "Template Based Recovery of Fourier-Based Watermarks Using Log-Polar and Log-log Maps" *IEEE Int. Conf on Multimedia Computing and Systems*, Florence, Italy, (Jun. 1999),1-5.

Prabhakaran, B. , et al., "Synchronization models for multimedia presentation with user participation", *Proceedings of the First ACM International Conference on Multimedia*, (1993),157-166.

Qazi, Naveed U., et al., "A synchronization and communication model for distributed multimedia objects" *Proceedings of the First ACM International Conference on Multimedia*, (1993),9 pgs.

Rajasekaran, P. , et al., "Microcomputer Implementable Low Cost Speaker-Independent Word Recognition", *IEEE International Conference on ICASSP '83, Acoustics, Speech, and Signal Processing*, Abstract; p. 754, right-hand column, Appendix A, A.1, A.2; figure 1,(Apr. 14-16, 1983),753-756.

Rhoads, Geoffrey B., et al., "Managing on-line media library through links in media signals", U.S. Appl. No. 60/178,028.

Roscheisen, M. , et al., "Beyond browsing: shared comments, SOAPs, trails, and on-line communities", *Computer Networks and ISDN Systems*, 27(6), (Apr. 1995),739-749.

Schneider, Marc , et al., "A Robust Content Based Digital Signature for Image Authentication", *International Conference on Image Processing*, 1996, Proceedings., vol. 3, (1996),227-230.

Schneier, Bruce , "Chapter 16, Pseudo random sequence generators", *In Applied Cryptography*, John Wiley & Sons, New York, US, 1996 ,372-379.

Shafer, Keith , et al., "Introduction to Persistent Uniform Resource Locators", http://purl.oclc.org/docs/inet96.html, OCLC Online Computer Library Center, Inc.,(1996),8 pgs.

**US 7,904,503 B2**

Page 5

Slashdot, "Machine Learning and MP3s", [Online]. Retrieved from the Internet: <URL: HTTP://www.Slashdot.org/article.pl?sid=03/04/21/110236&mode=thread&tid=141>, 12 pgs.

Smith, Brian C., et al., "The Berkeley continuous media toolkit", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),451-452.

Subramanya, S R., et al., "Transform-Based Indexing of Audio Data for Multimedia Databases", *1997 IEEE*, (1997),211-218.

Weitzman, L. , et al., "Automatic presentation of multimedia documents using relational grammars", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),443-451.

Wells, Maxwell J., et al., "Music Search Methods Based on Human Perception", U.S. Appl. No. 09/556086, filed Apr. 21. 2000.

Welsh, Matt , et al., "Querying Large Collections of Music for Similarity", *Technical Report UCB/CSD0-1096, U.C. Berkeley Computer Science Division*, Research sponsored by Advanced Research Projects Agency under grant DABT63-98-C-0038, and equipment grant from Intel Corp.,(Nov. 1999),13 pages.

Wold, E. , "Content-based classification, search,. and retrieval of audio", *IEEE MultiMedia*, 3(3), (Fall 1996),27-36.

Yang, Cheng, "MACS: Music Audio Characteristic Sequence Indexing for Similarity Retrieval", *Supported by Leonard J. Shustek Fellowship, Stanford Graduate Fellowship program, and NSF Grant IIS-9811904 New Paltz, New York* (Oct. 2001),123-126.

Zhang, Hongjiang, et al., "Video Parsing, Retrieval and Browsing: An Integrated and Content-Based Solution", *ACM Multimedia 95—Electronic Proceedings*, San Francisco, California,(Nov. 5-9, 1995),19 pgs.

"U.S. Appl. No. 09/976,038 Final Office Action Mailed Aug. 18, 2008", FOAR, 12 Pgs.

"U.S. Appl. No. 10/073,772, Preliminary Amendment filed Jul. 28, 2008", 10 pgs.

"U.S. Appl. No. 10/503,245, Response filed Aug. 28, 2008 to Final Office Action mailed May 28, 2008", 13 pgs.

"U.S. Appl. No. 10/503,245, Notice of Allowance mailed Sep. 4, 2008", 16 pgs.

"U.S. Appl. No. 10/533,211 Non-Final Office Action mailed Jul. 29, 2008", 14 Pgs.

"U.S. Appl. No. 10/534,323, Response filed Jul. 16, 2008 to Non Final Office Action mailed Apr. 16, 2008", 9 pgs.

"U.S. Appl. No. 11/432,989 Non-Final Office Action mailed Jun. 11, 2008", 9 pgs.

"Japanese Application Serial No. 2002-565363, Final Office Action mailed Jul. 14, 2008", 12 pgs.

"Japanese Application Serial No. 2006-330002, Office Action mailed Jun. 10, 2008", 5 pgs.

"Korean Application Serial No. 10-2002-7005203, Office Action mailed May 28, 2008", 8 pgs.

"Korean Application Serial No. 10-2002-7013737, Final Office Action mailed Sep. 1, 2008", 5 pgs.

Ido, S., "Multimedia Research Forefront-5", *Business Communications*, 34,(3),(Mar. 1, 1997), 3 pgs.

Stephen, D., "the Exploratory Workshop on Music Information Retrival", *Acm SIGIR*, FOAR, (1999), pp. 1-14.

"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 4, 2007", 6 pgs.

"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 9, 2004", 8 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Jun. 8, 2006", 4 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Oct. 22, 2004", 7 pgs.

"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed May 16, 2007", 8 pgs.

"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed Jun. 8, 2004", 7 pgs.

"U.S. Appl. No. 10/073,772, Notice of Allowance mailed May 23, 2008", 4 pgs.

"U.S. Appl. No. 10/073,772, Non-Final Office Action Mailed Jan. 9, 2008", 14 pgs.

"U.S. Appl. No. 10/503,245, Response filed Feb. 26, 2008 to Non-Final Office Action mailed Nov. 26, 2007", 13 pgs.

"U.S. Appl. No. 10/503,245, Final Office Action mailed on May 28, 2008", 23 pgs.

"U.S. Appl. No. 10/503,245, Non-Final Office Action mailed Nov. 26, 2007", 10 pgs.

"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Apr. 23, 2008, 10 pgs.

"U.S. Appl. No. 10/533,211, Response filed Mar. 5, 2008 to Final Office Action mailed Dec. 15, 2007", 6 pgs.

"U.S. Appl. No. 10/533,211, Response filed May 13, 2008 to Final Office Action mailed Dec. 5, 2007", 13 pgs.

"U.S. Appl. No. 10/533,211 Final Office Action mailed Dec. 5, 2007", 13 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Apr. 16, 2008", 7 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jan. 3, 2008 to Non-Final Office Action mailed Oct. 3, 2007", 9 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 3, 2007", 8 Pages.

"International Application Serial No. 01976124.6, Office Action mailed Jan. 2, 2008", 7 pgs.

"International Application Serial No. 03798257.6, Office Action mailed Feb. 7, 2008", 6 pgs.

"International Application Serial No. 1976124.6, Office Action mailed Aug. 4, 2005", 4 pgs.

Haitshma, J., et al., "Speed- Change Resistant Audio fingerprinting using Auto-correlation", *Philips Research Laboratories Eindhoven, IEEE*, (2003), pgs. 728-731.

Stephen, D., "The Exploratory Workshop on Music Information Retrieval", ACM SIGIR, (Aug. 19, 1999), 1-14.

"U.S. Appl. No. 10/073,772, Notice of Allowance mailed Nov. 19, 2008", 7 pgs.

"U.S. Appl. No. 10/073,772, Supplemental Notice of Allowability mailed Nov. 2, 2006", 4 pgs.

"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Oct. 16, 2008", 14 pgs.

"U.S. Appl. No. 10/529,360, Response filed Feb. 16, 2009 to Non-Final Office Action mailed Oct. 16, 2008", 9 pgs.

"U.S. Appl. No. 10/529,360, Response filed Sep. 23, 2008 to Non-Final Office Action mailed Apr. 23, 2008", 9 pgs.

"U.S. Appl. No. 10/533,211, Advisory Action mailed Mar. 25, 2008", 3 pgs.

"U.S. Appl. No. 10/533,211, Final Office Action mailed Dec. 17, 2008", 16 pgs.

"U.S. Appl. No. 10/533,211, Response filed Feb. 16, 2009 to Final Office Action mailed Dec. 17, 2008", 11 pgs.

"U.S. Appl. No. 10/533,211, Response filed Oct. 29, 2008 to Non-Final Office Action mailed Jul. 29, 2008", 13 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 31, 2008", 7 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jan. 29, 2009 to Non-Final Office Action mailed Oct. 31, 2008", 9 pgs.

"U.S. Appl. No. 11/432,989, Response filed Oct. 13, 2008 to Non-Final Office Action mailed Jun. 11, 2008", 10 pgs.

"U.S. Appl. No. 11/432,989, Response filed Mar. 2, 2009 to Non-Final Office Action mailed Dec. 2, 2008", 11 pgs.

"U.S. Appl. No. 11/432,989, Non-Final Office Action mailed Dec. 2, 2008", 7 pgs.

"Korean Application No. 10-2002-7005203, Office Action Mailed Jan. 13, 2009", 6 pages.

"A Highly Robust Audio Fingerprint System", 2002, 107-115.

"U.S. Appl. No. 10/529,360, Office Action mailed Apr. 17, 2009", 15 pgs.

"U.S. Appl. No. 10/534,323, Final Office Action mailed May 13, 2009", 12 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jul. 13, 2009 to Final Office Action mailed May 13, 2009", 11 pgs.

"U.S. Appl. No. 11/432,989 Final Office Action mailed Jun. 26, 2009", 10 pgs.

"U.S. Appl. No. 11/466,056, Non-Final Office Action mailed Jul. 16, 2009", 30 pgs.

03809813.3, "European Application Serial No. 03809813.3 ,office Action Mailed on Jan. 14, 2009", 8.

**US 7,904,503 B2**

Page 6

Haitsma, et al., "Robust Audio Hashing for Content Identification", (Sep. 2001).

"U.S. Appl. No. 10/533,211, Advisory Action mailed Mar. 11, 2009", 3 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Sep. 21, 2009", 7 Pgs.

"U.S. Appl. No. 10/534,323, Response filed Dec. 18, 2009 to Non Final Office Action mailed Sep. 21, 2009", 12 pgs.

"U.S. Appl. No. 11/432,989 , Non-Final Office Action mailed Nov. 18, 2009", 10.

"U.S. Appl. No. 11/432,989, Response filed Sep. 28, 2009 to Final Office Action mailed Jun. 26, 2009", 13 pgs.

"European Application No. 09172380.9, European Search Report Mailed Nov. 23, 2009", 8 pgs.

"European Application Serial No. 03737399.0, Summons to Attend Oral Proceedings Received mailed Aug. 7, 2009", 9 pgs.

Hearst, M., et al., "The Exploratory Workshop on Music Information Retrieval", *International Conference on Research and Development in Information Retrieval*, Berkeley, CA (Aug. 19, 1999), 1-14.

"U.S. Appl. No. 10/073,772, Response filed Jan. 3, 2006 to Non Final Office Action mailed Sep. 19, 2005", 21 pgs.

"U.S. Appl. No. 10/533,211, Examiner Interview Summary mailed Sep. 24, 2007", 4 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Mar. 18, 2010", 7 pgs.

"U.S. Appl. No. 11/432,989 Notice of Allowance mailed Jul. 29, 2010", 13 pgs.

"U.S. Appl. No. 11/432,989, Response filed Apr. 19, 2010 to Non Final Office Action mailed Nov. 18, 2009", 13 pgs.

"U.S. Appl. No. 11/799,865 Non-Final Office Action mailed Aug. 18, 2010", 14 pgs.

"U.S. Appl. No. 11/799,865 Restriction Requirement mailed out on Apr. 28, 2010", 7.

"U.S. Appl. No. 11/800,904, Non-Final Office Action mailed May 12, 2010", 10 pgs.

"U.S. Appl. No. 11/800,904, Response filed Apr. 15, 2010 to Restriction Requirement mailed Mar. 17, 2010", 5 pgs.

"U.S. Appl. No. 11/800,904, Response filed Aug. 12, 2010 to Non Final Office Action mailed May 12, 2010", 10 pgs.

"U.S. Appl. No. 11/800,904, Restriction Requirement mailed Mar. 17, 2010", 6 pgs.

"Japanese Application Serial No. 2002-565363, Office Action mailed Jul. 12, 2010", 4 Pgs.

* cited by examiner



FIG. 1



FIG. 2

US 7,904,503 B2

**1**

## METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM

The invention relates to a method of enhancing rendering of a content item.

The invention further relates to a client system arranged for enhanced rendering of a content item.

The invention further relates to a server arranged for facilitating enhanced rendering of a content item.

Electronic commerce provides unprecedented opportunities for consumers to browse, select and purchase products, and also provides opportunities for alternative market and sales techniques. Conventionally, electronic commerce requires a somewhat pro-active consumer role. The consumer searches the Internet for a particular product, selects a vendor and submits a request to purchase the item. Alternatively, a consumer visits a website for information, perhaps with no intent to purchase anything, and is presented an advertisement for a product. Then the consumer "clicks" on the advertisement, decides whether to purchase the item, and then submits the purchase request. In like manner, the consumer receives e-mail containing an advertisement, reviews the information, either directly or via an Internet link, decides whether to purchase the product, and then submits the purchase request. In each of these scenarios, the consumer utilizes a bi-directional communications device to contemporaneously receive the information and submit the purchase request.

As is well known in the art of marketing and advertising, "impulse shopping" provides an opportunity for significant product revenue. Products are placed within easy reach while waiting in a cashier queue, "specials" are announced over loudspeaker systems in a department store, and so on. Television commercials often contain a notification of a telephone number to call to order a product being advertised, or to order a copy of the program being broadcast at that time. This technique has been applied to e-commerce systems, for example by providing "click here to purchase" icons on webpages or e-mail advertisements. The opportunities for impulse shopping, however, are limited to the specific environments or occasions that allow for such impulse buys, and, in the case of e-commerce, typically require a contemporaneous bi-directional communications link between the consumer and the product supplier.

Digital broadcasting systems will make a large amount of content items available to users. Current Internet-enabled content receiving systems, such as real-time audio receivers, allow a user to store an identifier for a content item in a local database, to serve as a bookmark to retrieve the item later so it can be processed again. If the user likes such a bookmarked item, he may want to shop for it at an e-commerce system. The current procedure to do this is rather cumbersome. First, the user must find the identifier, and then go to the e-commerce system and try to find it. He might have to look for it using different identifiers. Usually the identifier is a code such as an ISBN, which is hard to remember and easy to mistype. Further, the identifier may not even be shown to the user or be present in his bookmark file. The user then cannot know easily which item he is supposed to look for. By the time he has found it, his impulse to buy it will long since have gone.

International Patent Application WO 97/21291 discloses a radio broadcasting system which maintains a database with descriptions of the songs and other audio content it broadcasts. The database is indexed to allow a listener to select a particular description, e.g. the song currently playing, the song last played, etcetera. When a listener hears a particular

**2**

piece of audio he likes, he can call a special telephone number to access the database, and use the touch tones on his telephone to navigate the database, select descriptions and optionally buy selected songs.

European Patent Application EP-A-0 991 213 discloses a method and device for transmitting digital information, such as digital audio data, together with additional information. The additional information can be for instance the jacket photo, song titles, lyrics, the artist's name, and so on. The transmitting device disposes the additional in the digital audio data itself by creating a number of data frames, and multiplexing them with the frames that make up the digital audio data. The transmitting device receives the multiplexed data and audio frames, demultiplexes them and uses the additional information to enhance the presentation of the digital audio data for the user, e.g. by presenting the title and artist's name when playing the audio.

When the user likes the digital audio data, he can press a "bookmark button". Upon pressing this button, the receiving device stores an identifier for the digital audio data, so that it can be recalled and played back again later. The method according to this European Patent Application requires that the server system disposes the additional information in the content before transmitting it to the client system. This increases the size of the content to be transmitted and requires that the server system knows in advance which additional information is desired in the client system.

It is an object of the invention to provide a method according to the preamble, which is more flexible than the known method.

This object is achieved according to the invention in a method comprising receiving a portion of the content item from a client system, processing the received portion to obtain an identifier for the content item, obtaining further information on the content item using the identifier, and transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

It is an object of the invention to provide a client system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a client system comprising a receiver for receiving the content item, input means for marking the received content item, and tracking means for in response to said marking automatically providing identifying data for the marked content item to a remote server system, and for subsequently receiving further information on the content item from the remote server system.

The client system, which can be a system such as a television receiver, a set-top box, a radio or a general Internet-enabled computer, but also a mobile telephone or portable audio player, allows the user to mark content items, such as television programs, music tracks or items shown in advertisements, as being of interest. Identifying data for the content item is then submitted to a remote server system, which retrieves extra information such as title, artist or performer, photos and lyrics and transmits that extra information back to

US 7,904,503 B2

**3**

the client system. The client system then displays the extra information as appropriate, which enhances the playback of the content item in the eyes of the user.

Since the extra information is not embedded in the content item itself, but rather retrieved from a remote server when the user asks for it, the extra information that is sent back can be changed over time. This makes the client system more flexible than the known system.

In an embodiment the identifying data comprises a portion of the marked content item. In order to retrieve the extra information, the server system needs to identify the content item. If the client system cannot determine such an identifier itself, it can submit a portion of the content item in question to the server system. The server system will have more processing power, so it should be able to e.g. detect a watermark in the portion or to make an analysis of the content to extract characteristic features from the portion. Using the watermark information or the characteristic feature, the server system can perform a lookup in a database and retrieve the extra information for the content item.

In a further embodiment the tracking means are arranged for detecting a watermark in the marked content item, and the identifying data comprises an identifier obtained from the detected watermark. One way to supply the identifier for the content item is to embed it in the content item by means of a watermark. The tracking means then performs an analysis of the content item to detect the watermark and to extract the identifier therefrom. The identifier can then be submitted to the server system.

In a further embodiment the further information comprises an identifier for the content item, and the tracking means are arranged for providing the identifier to an e-commerce system. Knowing that a user likes a particular content item is of importance in an e-commerce system, as a user will be more inclined to buy such items, especially at the moment he is confronted with them. For example, if the user hears a song and uses the input means to signal this, he will be more likely to respond positively to an immediate offer to buy a record carrier with the song, such as a CD single, or a digital version of the song, for example in the MP3 format, especially if it is offered at a discount.

Further, the user is now no longer required to actively seek out the content item, or information related to it, on the e-commerce system when it is processed on the device. Rather, he simply marks it using the input module, and he can recall the marked items for further processing, if any, when he is using the e-commerce system.

In a further embodiment the tracking means are arranged for adding the identifier to a shopping list for a user of the e-commerce system. An advantage of this embodiment is that the user is minimally distracted from his listening or viewing experience with the content item, and still has the content item available for shopping when he is ready to do so. He can, for example, go shopping the next morning, and then he will see the marked content item or items on his shopping list and be more inclined to buy it, as he will then recall that he found those items to be of interest the previous day.

In a further embodiment the tracking means are arranged for receiving a list of items related to the marked content item from the e-commerce system in response to providing the identifier to the e-commerce system. An advantage of this embodiment is that it allows for easy browsing of the related items. This way, the user is more inclined to shop from those related items, since they are, by association, also of interest to him.

In a further embodiment the tracking means comprise a tracking buffer for storing the identifier to facilitate automati-

**4**

cally providing the identifier to the e-commerce system when the client system is coupled to a transfer device. Portable client systems need not have a direct link to an e-commerce system, yet they should still be able to function in a manner similar to the client system described above. To this end, a portable client system according to the invention can be provided with a tracking buffer, which stores the identifiers until they can be provided to an e-commerce system. This could become possible, for example, when the portable client system comes in the vicinity of a base station or transfer device, or if the user activates a transmit function. The portable client system could be a handheld computer, which the user can connect to a mobile telephone to establish a connection to a network. Once he is connected to the network, the portable client system can automatically provide the identifier stored in the tracking buffer to the e-commerce system.

It is an object of the invention to provide a server system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a server system comprising receiving means for receiving a portion of the content item from a client system, processing means for processing the received portion to obtain an identifier for the content item, lookup means for obtaining further information on the content item using the identifier, and for transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

In an embodiment the processing means are arranged for computing a hash value for the received portion of the content item, the identifier comprising the computed hash value. The content item may not have an accompanying identifier, or that identifier may have been lost before the content item arrived at the server system. In such a case, the server system will have to calculate the identifier itself by doing an analysis of the content item. The thusly computed hash value can be used as an identifier to look up the extra information in a database.

These and other aspects of the invention will be apparent from and elucidated with reference to the embodiments shown in the drawings, in which:

FIG. **1** schematically shows an arrangement comprising a number of client systems and an e-commerce system; and

FIG. **2** schematically shows an arrangement comprising a number of portable client systems, transfer devices and an e-commerce system.

Throughout the figures, same reference numerals indicate similar or corresponding features. Some of the features indicated in the drawings are typically implemented in software, and as such represent software entities, such as software modules or objects.

FIG. **1** schematically shows an arrangement comprising a first client system **100**, a second client system **130**, and an e-commerce system **160**. The systems **100**, **130**, **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The first client system **100** and the second client system **130** have respective receivers **101**, **131**. These can be, for

US 7,904,503 B2

**5**

instance, an antenna to pick up signals from the ether, or a connection to a cable network or the Internet. Using these receivers **101**, **131**, the client systems **100**, **130** are able to receive content items such as television programs, radio broadcasts, songs, pictures and so on, from a service provider. The thusly-received content items can be rendered by respective rendering modules **102**, **132** and output using output modules **103**, **133**. The exact way in which a content item is rendered depends on the type of client system and the type of content. For instance, in a radio receiver, rendering comprises generating audio signals and feeding it to loudspeakers. For a television receiver, rendering comprises generating audio and video signals and feeding those to a display screen and loudspeakers. For other types of content, a similar appropriate action must be taken.

Rendering may also include operations such as decrypting or descrambling the signal, synchronizing audio and video signals and so on. The client system **100** is shown by way of example as a radio receiver with loudspeakers **103**, and the client system **130** is by way of example shown as a television receiver with display screen **133**. The client system **130** could also be a set-top box, with the rendering module **132** and screen **133** located elsewhere.

The client systems **100**, **130** also have respective input modules **104**, **134**, shown as buttons on the systems **100**, **130** and on a remote control **135**. These input modules **104**, **134** are used for marking a content item, preferably the content item being rendered, as being of interest to a user. These input modules can be provided as buttons in hardware or in software, be drawn on a display such as display **133** or on a touch-screen area, or be made available as menu items or icons in a user interface for the systems **100**, **130**. The input modules can also use audio or visual input from the user, for example by detecting a voice control command issued by the user, or detecting a gesture or action by the user, such as raising his thumb towards the input module.

The button **134** can also be provided on a separate control device, such as remote control **135**. In that case, pressing the button on the separate control device has the same effect as pressing the button on the client system **130**. The input module **104**, **134** may be coupled to a confirmation mechanism, to guard against marking undesired content items. In that case, marking a content item comprises using the input module **104**, **134** and confirming the use through the confirmation mechanism.

The input modules **104**, **134** are coupled to respective tracking modules **106**, **136**. When a user uses the input module **104**, **134** to mark an item as being of interest to him, the tracking module **106**, **136** determines an identifier for the marked content item.

Such an identifier is usually provided with the content item. It can be, for example, the Uniform Resource Locator (URL) or other Uniform Content Identifier (URI) of the content item. It can also be a code, such as an ISBN or another number identifying the content item at an e-commerce system. The identifier can also simply be the title of the content item.

If the identifier supplied with the content item is usable outside its original context, then it can be used directly. The tracking module **106**, **136** could obtain an identifier using meta-information present with the content item. For example, the title of a movie is usually sufficient to identify it. However, if the identifier is a code which is only used by the provider who supplied the content item, then it needs to be mapped to another code first, which other code can then be used as the identifier. The tracking module **106**, **136** could request this other code from the provider, or map it itself.

**6**

If there is no identifier supplied with the content item, the tracking module **106**, **136** needs to determine one itself. The tracking module **106**, **136** can calculate the identifier itself by doing an analysis of the content. For example, an electronic book may contain its ISBN on one of the first pages, and since the format of the ISBN is known, it could be extracted automatically by scanning the text for this known format. The ISBN can then be used as identifier. The identifier may be embedded as a watermark in audio and video content, and the tracking module **106**, **136** can analyze the content to detect the watermark and to obtain the identifier.

Not all processing needs to take place in the client system **100**, **130** itself. For example, the television receiver **130** could be coupled to a set-top box or gateway to an in-home network to which said television receiver **130** is connected could perform some or all of the processing. Such a distributed processing is especially advantageous when the client system is a mobile device, such as a mobile phone, with only limited processing capabilities. This will become apparent with reference to FIG. 2 below.

Once the tracking module **106**, **136** has determined an identifier for the content item, it can obtain more information on the content item and present this to the user. For example, the title, artist or performer of the content item may be shown, or a webpage having more information on the content item could be retrieved and rendered.

The tracking module **106**, **136** can further add the identifier for the marked content item to a list, such as a bookmark list of list of favorite items. This way, the user can easily recall the marked content item at a later time.

The tracking module **106**, **136** can further provide this identifier to the e-commerce system **160**. Providing the identifier to the e-commerce system **160** is preferably done nearly instantaneously, but if for example no permanent connection with the e-commerce system **160** is available, the tracking module **106**, **136** must wait until there is such a connection, and then automatically provide the identifier to the e-commerce system **160**.

In order to facilitate e-commerce, the user who marked the content item should also be identified in some way, for example using his login name at the e-commerce system **160**, or with some other identifier supplied to him by the e-commerce system. If the e-commerce system **160** is available over the World-Wide Web, then it could use a cookie to store an identifier for the user at the client system or at some location where the tracking module **106**, **136** can obtain it and send it along with the identifier for the content item to the e-commerce system **160**.

The identifier of the marked content item can be used in many ways in the e-commerce system **160**. To facilitate direct impulse buying, the identifier can be regarded as a purchase request, and the content item can be shipped to the user without further action being necessary. The identifier can also be added to a shopping list **161** for the user, so he will encounter it at his next time shopping, he will remember it from when he marked it, and he can then order it. This shopping list **161** can have the purpose of a wish list, where the user and his/her friends can see items which the user would like to own, or a list with the contents of a shopping cart with items that should be bought right away, and so on.

The shopping list **161** can be stored in a storage medium **162** at the e-commerce system, where it can be maintained by a list maintenance module **163**. It can also be stored in the client system **100**, **130**, where the user can use it later when he visits the e-commerce system. Storing the wish list or shopping list **161** locally has the advantage that the user can use the

US 7,904,503 B2

7

same list at multiple e-commerce systems. However, not all systems have the storage space for storing the list **161**.

The e-commerce system **160** could also generate a list of items related to the marked content item. For example, when the user listens to a song and marks that, the list could comprise various performances of that song, or various formats in which the song can be bought. It could also comprise other songs by the same singer or band, or other songs on the same theme. If the user marks a television program as being of interest to him, the list could comprise videos with previous episodes of the marked television program, or merchandise such as dolls representing characters in the television programs, books about the program or clothing with a logo for the program.

The e-commerce system **160** could also use a recommendation scheme to determine items that are related to the marked content item. Such a recommendation scheme involves keeping track of which items people buy, and using this to suggest items to the user. For example, if many people who mark a specific TV show as being of interest to them buy a book by one of the actors in the show, then the user who also marked the TV show as being of interest to him could be offered the book in question. Combinations of purchases can also be used as input: if many people buy items X and Y together, and the user bought item X, then item Y should now be on the list, since there is a good chance he might want to buy it. Of course, items X and Y should be related to the marked content item.

Thus, after the list has been generated, the client system **100**, **130** receives the list from the e-commerce system **160** in response to the marking of the content item. The client system **100**, **130** can then present it to the user. The list is preferably presented to the user in such a way that shopping from it is made very easy. Presenting the list could be done as soon as it arrives, but it could also be delayed until a more appropriate point in time, for example when a commercial break begins or when the song ends. The list could also be redirected to a system from which the user can more comfortably buy the items, such as his computer or television, when he marks content items on a system such as a portable audio player.

The e-commerce system **160** can also use the identifier to create customized offers. For example, if a user marks several items by the same artist as being of interest to him, the e-commerce system **160** could offer him a compilation CD of that artist at a discount. The e-commerce system **160** thus learns from the user's marking of items which items the user likes. This can be used to generate, for example, the above-mentioned list of related items in a more reliable fashion.

FIG. **2** schematically shows an arrangement comprising a first portable client system **200**, a second client system **220**, first and second base stations **210**, **230** and the e-commerce system **160**. The portable client systems **200**, **220** can be coupled to a transfer device **240** when information needs to be transferred to and from the portable client system. This coupling can be using infrared or radio transmission, or by connecting the portable client system to the transfer device using, for instance, a serial port. The transfer device **240** could be telephone base stations or docking stations. The transfer device **240** and the e-commerce system **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The portable client systems **200**, **220** have respective receivers **201**, **221**, for instance an antenna to pick up signals from the ether, or a wireless connection to the Internet. Using these receivers **201**, **221**, the devices **200**, **220** are able to receive content items such as television programs, radio

8

broadcasts, songs, pictures and so on, from the base stations **210**, **230**. The thusly-received content items can be rendered to the user by respective rendering modules **202**, **222**.

As an illustration, the first portable client system **200** is shown as a mobile telephone comprising antenna **201** and display screen **202**, and the second portable client system **220** is shown as a portable audio player comprising an antenna **221** and headphones **222**. Other portable client systems, such as handheld computers, are similarly equipped. Most of their functionality is usually realized in software. The first portable client system **200** can, for example, show content items on its display **202** which are formatted using a standard such as the Wireless Application Protocol (WAP).

The portable client systems **200**, **220** have respective input modules **203**, **223** for marking the content item being rendered as being of interest to a user. If the portable client systems **200**, **220** have a two-way connection with the transfer devices **210**, **230**, then using the input devices **203**, **223** can be handled in the same way as described above with reference to FIG. **1**.

However, it is generally known that portable client systems have only limited processing power and battery life. As mentioned above, it then makes sense to distribute part of the processing to obtain an identifier to a remote server **250**. This remote server can be operated by the provider who supplied the content item, but this is not necessary.

The server system **250** comprises a receiving module **251**, a processing module **252** and a lookup module **253**. The receiving module **251** receives a portion of the content item from the client system **200**. When the portable client system **200** is a mobile phone, the portion is preferably received by establishing a telephone communication link between mobile phone **200** and server **250** and transferring the portion of the content item over the telephone link. For the end user, this means he only has to call the telephone number of the server system **250** and hold up his mobile phone **200** so the microphone therein picks up an audio signal. This audio signal, which is a portion of the content item, is then transmitted to the server system **250**.

The processing module **252** processes the received portion to obtain an identifier for the content item. The identifier is then supplied to a lookup module **253**, which obtains further information on the content item from a database **260**.

The identifier may be embedded as a watermark in audio and video content, and the processing module **252** can analyze the received portion to detect the watermark and to obtain the identifier. Alternatively, the processing module **252** computes a hash value for the received portion of the content item. The identifier then comprises the computed hash value. Using the identifier found in the watermark or the computed hash value, the lookup module **253** can search in the database **260** for the desired further information.

The further information is subsequently transmitted back to the client system **200**. In the case the portable client system **200** is a mobile telephone, this transmission can for example be done by sending an SMS message or a message over an instant messenging service with the further information. The further information can also be e-mailed to an e-mail address for the user of the portable client system **200**. This way, more extensive information can be supplied than can be handled by the potentially limited capabilities of the portable client system **200**. The portable client system **200** could then, for example, receive an SMS message indicating the title and artist, and a statement that more information was sent to the user's e-mail address.

Portable client systems may not have a two-way connection available, and if they do it may be expensive to use it, so

US 7,904,503 B2

**9**

the user will want to use it as little as possible, and in any case use it only when he chooses to do so. A portable radio, for example, can only receive radio signals but not transmit them. A handheld computer can be connected to a mobile phone, but this requires manual intervention by the user. And the user will, given the typical charges for mobile telephony, not do this every time he marks a content item as being of interest to him.

Therefore, in another embodiment, the portable client systems **200**, **220** are further provided with respective tracking buffers **204**, **224** for storing in response to said marking an identifier for the marked content item to facilitate automatically providing the identifier to the e-commerce system **160**.

To automatically provide the identifier to the e-commerce system **160**, the portable client system **200**, **220** must then be brought in contact with the transfer device **240**. This transfer device **240** has a first relay **241** for receiving from the portable client system **200**, **220** an identifier for the marked content item. It also has a second relay **242** for automatically providing the received identifier to the e-commerce system **160**. Using these relays **241**, **242**, the identifier is provided from the portable client system **200**, **220** to the e-commerce system **160** automatically and transparently to the user.

It is possible for the base stations **210**, **230** to serve as a transfer device as well. For example, if the portable client system **200** creates a network connection with the base station **210**, then this connection will most likely be two-way, and then the base station **210** can be used to provide the identifier to the e-commerce system **160**.

When a portable client system **200**, **220** is used, it makes the most sense to maintain the wish list on the e-commerce system **160**, since storage space is often very limited on portable client systems. The transfer device **240** can provide the identifier to the e-commerce system **160** for inclusion in the wish list or shopping list **161** of the user. It can also, by means of the second relay **242**, obtain a list of items related to the marked content item from the e-commerce system **160**.

When the user next connects his portable client system **200**, **220** to the transfer device **240**, the transfer device **240**, by means of the first relay **241**, then transfers the list to the portable client system **200**, **220**. To this end, the transfer device **240** should keep the list in local storage until the portable client system **200**, **240** is connected. The transfer device **240** could also, if possible, directly obtain the list from the e-commerce system **160** and transfer it to the portable client system **200**, **220** immediately. In any case, the portable client system **200**, **220** then presents the list to the user.

The receiving systems **100**, **130** could also make use of a transfer device. For example, when the receiving system is a television receiver, the set-top box or gateway to the in-home network to which said television receiver is connected could then assume the role of the transfer device. When the television receiver is turned off before the list could be obtained from the e-commerce system and transferred to the receiver, the set-top box or gateway saves it locally until the television receiver is turned on again, and only then transfers it.

While the input devices **104**, **134**, **203**, **223**, the tracking devices **106**, **136**, and the tracking buffers **204**, **224** are presented in the embodiments of FIGS. **1** and **2** as separate components, it will often be the case that these devices and buffers are realized by computer software, which is executed by some central processing unit. Thus, for instance, the input device **134** may be a picture of a button drawn by the system **130**, and when the user selects this button using a mouse or other selection aid, the system **130** determines the position on the screen **133** which was selected, concludes that the picture

**10**

of the button was selected, and executes the appropriate action to mark the content item being rendered as being of interest.

The invention claimed is:

**1**. A method to enhance rendering of a content item, the method comprising:

receiving, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing, at the server system, the received portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value;

obtaining further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

**2**. The method of claim **1**, wherein the processing of the received portion of the content item is further to calculate a hash value for the portion of the content item.

**3**. The method of claim **2**, wherein the obtaining of the further information includes utilizing the calculated hash value as the identifier for associated with the content item.

**4**. The method of claim **3**, further comprising utilizing the identifier for the content item to add the content item to a list for future reference by a user.

**5**. The method of claim **1**, wherein the further information includes a title associated with the content item.

**6**. The method of claim **1**, wherein the portion of the content item is received from a mobile phone.

**7**. The method of claim **1**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**8**. The method of claim **1**, wherein the processing of the received portion of the content item comprises determining audio characteristics associated with the received portion of the content item.

**9**. The method of claim **1**, wherein the portion of the content item is a song.

**10**. The method of claim **9**, wherein the server system maintains a database to store information associated with content items.

**11**. The method of claim **1**, wherein the portion of the content item comprises video content.

**12**. A server system to facilitate enhanced rendering of a content item, the system comprising:

a receiver to receive a portion of the content item that can be played by a client system from the client system, the received portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item, the content item comprising audio and/or video content;

a processor to

process the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item suitable for

US 7,904,503 B2

**11**

interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; and

a lookup component to obtain further information on the content item using the determined identifier and to transmit the further information to the client system, the obtaining comprising searching the database using the computed hash value.

**13**. The server system of claim **12**, wherein the processor is arranged to compute a hash value for the received portion of the content item.

**14**. The system of claim **13**, wherein the lookup module to utilize the calculated hash value as the identifier associated with the content item.

**15**. The system of claim **14**, further comprising a listing module to add the identifier associated with the content item to a list for future reference by a user.

**16**. The system of claim **12**, wherein the further information includes a title associated with the content item.

**17**. The system of claim **12**, wherein the client system is a mobile phone.

**18**. The system of claim **12**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**19**. The system of claim **12**, wherein the characteristic feature of the portion are audio characteristics.

**20**. A method to facilitate an e-commerce transaction, the method comprising:

receiving, at a server system, a media object that can be played by a client system, the media object being distinct from an identifier for the media object, the media object is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the media object;

calculating a hash for the received media object;

processing, at a server system, the media object to determine the identifier for the media object, the identifier being suitable for interrogating a database to determine further information associated with the media object, utilizing the calculated hash value; and

transmitting an electronic offer to sell in response to the receiving of the media object utilizing the determined identifier.

**21**. The method of claim **11**, wherein the media object comprises a portion of an electronic content item.

**12**

**22**. A storage device having stored thereon data representing sets of instructions which, when executed by a machine, cause the machine to:

receive, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item a portion of the content item from a client system, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

process, at a server system, the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

obtain further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value.

**23**. A method to enhance rendering of a content item, the method comprising:

detecting an indication of a user interest in a content item that can be played by a client system;

responding to the indication by obtaining a portion of the content item from the client system, the portion of the content item being distinct from an identifier associated with the content item, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing the portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item, the obtaining comprising searching the database using the computed hash value;

obtaining further information associated with the content item utilizing the determined identifier, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.              : 7,904,503 B2                                          Page 1 of 1
APPLICATION NO.   : 09/933845
DATED                      : March 8, 2011
INVENTOR(S)          : Bartel M. Van De Sluis

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, in item [54], in "Title", in column 1, line 1, and in Specification, column 1, line 1, after "OF" insert -- A --.

On Title page 4, item [56] under "Other Publications", in column 2, line 19, before "Seventh" delete "the".

On Title page 4, item [56] under "Other Publications", in column 2, line 42, delete "Cormputer" and insert -- Computer --, therefor.

On Title page 5, item [56] under "Other Publications", in column 1, line 54, delete "Retrival"," and insert -- Retrieval", --, therefor.

In column 8, line 57, delete "messenging" and insert -- messaging --, therefor.

In column 10, line 33, in Claim 3, after "identifier" delete "for".

In column 11, line 47, in Claim 21, delete "claim 11," and insert -- claim 20, --, therefor.

Signed and Sealed this
Twenty-fourth Day of July, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT H

US007623823B2

(12) **United States Patent**
    Zito et al.

(10) **Patent No.:**     **US 7,623,823 B2**
(45) **Date of Patent:**     **Nov. 24, 2009**

(54) **DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS**

(75) Inventors: **Tom Zito**, Sausalito, CA (US); **Mark D. Klein**, Los Altos, CA (US); **Allan E. Alcorn**, Portola Valley, CA (US); **Gary S. Fletcher, Jr.**, Auburn, CA (US)

(73) Assignee: **Integrated Media Measurement, Inc.**, San Mateo, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 379 days.

(21) Appl. No.: **11/216,543**

(22) Filed: **Aug. 30, 2005**

(65) **Prior Publication Data**
    US 2006/0059219 A1     Mar. 16, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/606,229, filed on Aug. 31, 2004, provisional application No. 60/655,305, filed on Feb. 22, 2005.

(51) **Int. Cl.**
    *H04H 60/33*     (2008.01)
(52) **U.S. Cl.** ............................. **455/2.01**; 725/9; 725/19
(58) **Field of Classification Search** ............... 455/2.01; 725/9, 14, 18, 19
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,574,962 A | 11/1996 | Fardeau et al. | |
| 5,581,800 A | 12/1996 | Fardeau et al. | |
| 5,594,934 A * | 1/1997 | Lu et al. ................ | 455/2.01 X |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO0079709 | 12/2000 |

(Continued)

OTHER PUBLICATIONS

"Nielsen to Test Electronic Ratings Service for Outdoor Advertising," VNU Media Measurement & Information, Oct. 8, 2002, [online] [Retrieved on May 16, 2006] Retrieved from the Internet<URL:http://www.nielsenmedia.com/newsreleases/2002/Nielsen_Outdoor.htm>.

*Primary Examiner*—Philip J Sobutka
(74) *Attorney, Agent, or Firm*—Raubvogel Law Office

(57)     **ABSTRACT**

User exposure to media items is detected and measured. A mobile client device carried by a user digitally samples the audio environment of the user on a regular basis. These samples are transformed into a stream of data signatures and compared with reference media items to detect user exposure to the reference items. Purchase behavior following exposure to selected media content items can be detected and tracked as well, so as to gauge effectiveness of media items such as advertisements.

**16 Claims, 4 Drawing Sheets**



US 7,623,823 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,764,763 | A | 6/1998 | Jensen et al. |
| 5,768,680 | A | 6/1998 | Thomas |
| 6,574,594 | B2 | 6/2003 | Pitman et al. |
| 6,633,651 | B1 | 10/2003 | Hirzalla et al. |
| 6,754,470 | B2 | 6/2004 | Hendrickson |
| 6,766,523 | B2 | 7/2004 | Herley |
| 6,970,131 | B2 | 11/2005 | Percy et al. |
| 6,990,453 | B2 | 1/2006 | Wang |
| 6,993,245 | B1 | 1/2006 | Harville |
| 6,999,715 | B2 | 2/2006 | Hayter et al. |
| 7,031,921 | B2 | 4/2006 | Pitman et al. |
| 7,038,619 | B2 | 5/2006 | Percy et al. |
| 7,164,798 | B2 | 1/2007 | Hua et al. |
| 7,194,752 | B1 | 3/2007 | Kenyon et al. |
| 7,346,512 | B2 | 3/2008 | Wang |
| 7,359,889 | B2 | 4/2008 | Wang |
| 7,366,461 | B1 | 4/2008 | Brown |
| 7,487,112 | B2 * | 2/2009 | Barnes, Jr. .................. 705/26 |
| 2002/0032904 | A1 | 3/2002 | Lerner |
| 2002/0078056 | A1 | 6/2002 | Hunt et al. |
| 2002/0082837 | A1 | 6/2002 | Pitman et al. |
| 2002/0168938 | A1 | 11/2002 | Chang |

| | | | |
|---|---|---|---|
| 2003/0014747 | A1 | 1/2003 | Spehr |
| 2003/0079015 | A1 | 4/2003 | Fein et al. |
| 2003/0123850 | A1 | 7/2003 | Jun et al. |
| 2003/0131350 | A1 | 7/2003 | Peiffer et al. |
| 2004/0073916 | A1 | 4/2004 | Petrovic et al. |
| 2004/0181799 | A1 | 9/2004 | Lu et al. |
| 2004/0226035 | A1 | 11/2004 | Hauser |
| 2005/0044561 | A1 | 2/2005 | McDonald |
| 2005/0065976 | A1 * | 3/2005 | Holm et al. .............. 707/104.1 |
| 2005/0066352 | A1 | 3/2005 | Herley |
| 2005/0086682 | A1 | 4/2005 | Burges et al. |
| 2005/0267750 | A1 | 12/2005 | Steuer et al. |
| 2005/0289583 | A1 | 12/2005 | Chiu |
| 2007/0006250 | A1 * | 1/2007 | Croy et al. ..................... 725/9 |
| 2007/0107008 | A1 | 5/2007 | Dybus |
| 2007/0124756 | A1 | 5/2007 | Covell et al. |
| 2007/0124757 | A1 | 5/2007 | Breen |
| 2007/0143777 | A1 | 6/2007 | Wang |
| 2007/0157224 | A1 | 7/2007 | Pouliot et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 03/091990 | 11/2003 |

* cited by examiner



FIG. 1





*FIG. 3*



*FIG. 4*

US 7,623,823 B2

**1**

# DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority from U.S. Provisional patent application Ser. No. 60/606,229, for "Measuring Media Consumption and Purchase Behavior Using Client-Device Audio Sampling, Client-Device Location Tracking, and Individual Purchase Information to Derive Marketing Effectiveness," filed Aug. 31, 2004, the disclosure of which is incorporated herein by reference.

The present application further claims priority from U.S. Provisional patent application Ser. No. 60/655,305, for "Personal Music Preference Determination Based on Listening Behavior," filed Feb. 22, 2005, the disclosure of which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to tracking of media consumption, and more particularly to detecting and measuring exposure to media items without requiring user action or knowledge.

## BACKGROUND OF THE INVENTION

Producers and distributors of media content, as well as advertisers, are very interested in accurately measuring the size of their audiences. Such measurements ideally indicate the number of people that are exposed to, or that consume, the media content. There is also considerable interest in the demographics and other characteristics of media consumers.

Existing audience measurement techniques overlook many types of media consumption, consumer exposure to purchased music (on CD or mp3), video games, and movies. Initial sales data is available, but usage data is not. In other words, there may be information as to how many copies of a CD were purchased, but there is no information as to how often each consumer has listened to the CD (i.e., how often the consumer was exposed to the media item).

In addition, television viewing and radio listening are typically measured independently from each other and independently of other media consumption. Thus, there is no easy way to determine overall exposure to (consumption of) a particular content item such as an advertisement across various media, nor to obtain an overview of aggregate exposure to various media items and types of media items.

Another disadvantage of conventional media measurement techniques is that the effectiveness of advertising is typically measured in very broad terms. In particular, the effectiveness of advertising targeted at a particular demographic market segment is not easily determined, nor is it easy for advertisers to obtain quick feedback to confirm that their advertising has reached its intended target market.

Yet another disadvantage of conventional media measurement techniques is that such techniques are typically associated with the playback device (such as a particular television set, radio, or the like) and not directly associated with the consumer him- or herself (the viewer of the television set, listener to the radio, or the like). In addition, conventional measurement techniques do not provide a mechanism for tracking exposure both inside the home and outside the home (for example at a bar, or a friend's house, or the like).

Yet another disadvantage of conventional media measurement techniques is that they require active participation by the

**2**

consumer and can often be quite burdensome. For example, in a "Nielsen family," users must interact with the measuring device (or fill out a paper diary) to identify which family members are watching the television at any given time. Such requirements result in inaccuracy, lowered and/or unreliable participation, skewed results, and the like.

Finally, existing media measurement techniques do not correlate user exposure to media items with store visits or purchases.

What is needed, therefore, is a media measurement technique that addresses the above-described limitations of the prior art.

What is further needed is a media measurement technique that reliably tracks user exposure to media content, regardless of how the content is delivered to the user. What is further needed is a technique that does so without unduly burdening the user and without requiring action on his part.

## SUMMARY OF THE INVENTION

The system of the present invention detects and identifies user exposure to audible media. A mobile client device ("MCD") carried by a user digitally samples the audio environment of the consumer on a regular basis. These samples are transformed into a stream of data signatures and transmitted to a network operations center ("NOC").

At the NOC, the user's exposure to media content items is tracked and recorded, and can later be aggregated with information about other users so as to provide effective statistical reporting as to overall media exposure and consumption. The system can also record specific characteristics of the consumer and of the circumstances of his or her exposure to the media content item. For example, the location at which the media was encountered, the activity the user was engaging in, and the like. Media exposure information can also be correlated with purchase information so as to make inferences as to the relationship between advertisements and purchasing behavior.

Using the recorded media exposure information and related tracking data, the present invention, in one embodiment, employs collaborative filtering or other cohort behavior analysis to identify fine-grained psychographic classifications of users and to measure the effectiveness of marketing on various groups. The resulting aggregated reports and interpretations facilitate better targeting of marketing resources so that they tend to reach users who have a high propensity to buy.

MCD **101** may be built into a consumer device with some other utility to the user; examples include a mobile phone, PDA, wristwatch, or the like. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in their possession at all times. MCD **101** operates passively and requires no user input.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate several embodiments of the invention and, together with the description, serve to explain the principles of the invention.

FIG. **1** is a block diagram depicting an overall architecture for implementing the present invention according to one embodiment.

US 7,623,823 B2

**3**

FIGS. **2**A through **2**C are block diagrams depicting alternative methodologies for practicing the present invention.

FIG. **3** is a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment.

FIG. **4** is a flowchart depicting a method for practicing the present invention according to one embodiment.

One skilled in the art will recognize that these Figures are merely examples of the operation of the invention according to one embodiment, and that other architectures and modes of operation can be used without departing from the essential characteristics of the invention.

### DETAILED DESCRIPTION OF THE EMBODIMENTS

For purposes of the following description, the terms "user", "consumer", and "individual" are synonymous and are used interchangeably. The terms "consumption" and "exposure" are also synonymous and are used interchangeably.

The present invention is now described more fully with reference to the accompanying Figures, in which several embodiments of the invention are shown. The present invention may be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather these embodiments are provided so that this disclosure will be complete and will fully convey the invention to those skilled in the art.

Referring now to FIG. **1**, there is shown a block diagram depicting an overall architecture for implementing the present invention according to one embodiment. Referring also to FIG. **3**, there is shown a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment. Referring also to FIG. **4**, there is shown a flowchart depicting a method for implementing the present invention according to one embodiment.

According to one embodiment of the present invention, media receivers **111** receive broadcast audio; this audio (or a sample of it) is recorded **401** and transformed into signatures **402**. These signatures are stored **403** along with appropriate indexing mechanisms to facilitate retrieval and comparison. Mobile client devices **101** detect user exposure to media content sources **102**, for example by picking up audio at a microphone of a cell phone. This audio is recorded **404** and transformed into signatures **405**. These signatures are also stored **406**. At a Network Operations Center (NOC) **106**, the MCD signatures are compared **407** with signatures derived from the broadcast audio, so as to detect and identify media items to which the user has been exposed. In this manner, the present invention is able to determine, with great specificity, which media items a user has been exposed to, and the particulars of such exposure (including number of repetitions, location of exposure, correlation to buying behavior, and the like). GPS or other location data can also be used in analyzing the media exposure. From this correlation and analysis, reports are generated **408** and output. The present invention thus provides a mechanism for determining degrees of penetration and effectiveness for media content items such as advertisements. In addition, since users carry MCDs with them, the system of the present invention is able to detect exposure at any location, include within the home and outside the home.

Media content source **102** is any source to which a user may be exposed. Examples include television, radio, CDs, movies, public address announcements, and the like. According to the techniques described herein, the present invention

**4**

tracks user exposure to various media content items that may come from any number of sources **102**.

Mobile client device (MCD) **101** is a device capable of detecting and receiving audio from source **102**. Any number of MCDs **101** can be provided; for example, in one embodiment each user being tracked has an MCD **101**. In one embodiment, each MCD **101** is a device (or a component of a device) carried by a user (consumer). For example, MCD **101** may be built into a consumer device with some other utility to the user, such as a mobile phone, personal digital assistant (PDA), wristwatch, handheld computer, or the like. In one embodiment, MCD **101** includes a GPRS platform for transmitting data, and runs an operating system such as Microsoft Windows Mobile or J2ME. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in his or her possession at all times.

Although the description provided herein makes use of the term "MCD", it will be recognized by one skilled in the art that the detection devices need not be mobile; in other words, the present invention can be implemented using stationary devices that perform essentially the same function as described herein.

In one embodiment, MCD **101** makes use of already-present components (such as a microphone in a cell phone) to implement the operations described herein.

MCD **101** operates passively and requires no user input. In one embodiment, MCD **101** digitally samples the audio environment of the user on a regular basis; in another embodiment, MCD **101** performs such sampling when it detects that meaningful audio has been received at MCD **101**. MCD **101** transforms the audio samples to a data signature stream that can be digitally transmitted and/or stored. The audio content items received by MCD **101** are referred to herein as target media items.

In one embodiment, signature transformation is performed at MCD **101**. Since the signature transformation results in a compressed representation of the audio data, performing the transformation at MCD **101** reduces the quantity of data to be transmitted to NOC **106**, thus reducing bandwidth requirements and system load.

For example, in one embodiment, the MCD **101** samples 10 seconds of audio data per 30 seconds received. Such a ratio is particularly effective for detecting exposure to commercials (advertisements), since many such commercials are 30 seconds long. MCD **101** creates a raw audio file (such as a .WAV file) from the sampled data, and performs a signature transformation to generate a signature file from the raw audio file. In one embodiment, the system of the present invention uses a signature transformation algorithm such as Shazam, described in Wang et al. and available from Shazam Entertainment Ltd., of London, England. This algorithm is also described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database." The signature transformation algorithm generates a 4 k file that is spooled (temporarily stored) at MCD **101**. In one embodiment, MCD **101** erases the raw audio file once the signature file has been created; in another embodiment, raw audio is saved for some period of time for testing purposes.

In one embodiment, some information is lost during the transformation, so that the transformation is a one-way pro-

US 7,623,823 B2

5

cess; raw data cannot be reconstructed from the transformed data signature. Transmitting transformed data, as opposed to raw data, thus provides a measure of privacy and confidentiality.

Any of a number of signature algorithms can used. In one embodiment, the system of the present invention uses a signature transformation algorithm that meets design constraints of MCD **101** (processing power, battery life, available memory) and the transmission channel (bandwidth, availability, and the like). For example, the system may be configured to skip or postpone uploads if the network is unavailable. The transformation algorithm retains enough data to facilitate high-accuracy determinations of what media the user is listening to.

In one embodiment, MCD **101** places itself into a quiescent ("sleeping") state to lessen battery drain when the detected audio level drops below a threshold. During this sleeping state, MCD **101** periodically "wakes up" and determines if the audio level is sufficient to resume sampling.

In another embodiment, MCD **101** continually samples for N seconds every M seconds (such as 10 seconds every 30 seconds) and then processes the audio content to make a judgment via frequency analysis/power levels as to its useful audio content before passing it on to the audio fingerprint process. If the audio content is judged to be not sufficient relevant given current power levels, then the sample is discarded so as to save processing and transmission time and thus conserving battery usage.

In another embodiment, MCD **101** does not do any transforming; rather it merely sends raw data.

MCD **101** transmits data to data signature stream collection server(s) **107** at Network Operations Center (NOC) **106**. In one embodiment, this transmission takes place via wireless data service provider **103** which operates communication towers **104** that receive signals from MCD **101** and relay the sampled audio data via the Internet **105** to one or more data signature stream collection servers **107** running at NOC **106**. One skilled in the art will recognize that this data transmission can take place using any known wireless (or wired) communication method, and that such transmission can take place in real-time, or in a batched mode at periodic intervals, or in response to NOC **106** queries to MCD **101**. In one embodiment, such transmission can take place via GPRS, TCP/IP, or other mechanisms, or any combination thereof. In one embodiment, the user "docks" or connects MCD **101** to a computer or other device (not shown) in order to transmit data to NOC **106**.

In one embodiment, signature files are transmitted to data signature stream collection server(s) **107** on a periodic basis (for example, every five minutes). However, if a connection cannot be made, or if power at MCD **101** is low, transfers of signature files can be delayed as long as is necessary. In one embodiment, individual MCDs **101** are capable of spooling (temporarily storing) some quantity of signature data so as to account for temporary inability to transmit to server(s) **107**. If a prolonged period of time takes place when data cannot be transferred, so that an MCD **101** cannot spool additional incoming data, MCD **101** can temporarily stop collecting data. Alternatively, MCD **101** can discard old data in favor of new data. In one embodiment, once data has been transferred to server **107**, MCD **101** clears its local storage (spool) in order to make room for new data.

In one embodiment, MCD **101** does not perform any transfers of target media items when its battery power is less than some threshold amount such as 50%, unless a) it is being charged; or b) its spool space is close to being full. In one embodiment, MCD **101** stops receiving and sampling data

6

from media content sources **102** when its battery power is less than some second threshold amount such as 10%.

In one embodiment, a single data signature stream collection server **107** is used. In another embodiment, a plurality of servers **107** are used, and transmissions of data from MCDs **101** are directed to an appropriate server **107** for receipt, based on current load, geographic location, and/or other factors.

At NOC **106**, data signature stream collection server **107** receives data from MCD **101** and stores it in data signature stream store **114** (also referred to as a dynamic database). Correlator server **115** correlates the data signature stream against a set of data signature streams transformed from candidate media sources **113** to determine which candidate media source, if any, the user is listening to at any given time. In one embodiment, correlator server **115** uses a correlation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, media receivers monitor media sources for broadcast candidate media content items **121** (also referred to as reference media items). Each media receiver **111** can be implemented, for example, as a personal computer (also referred to as a media monitor) with a number of tuner cards that can pick up broadcasts. In one embodiment, each media receiver **111** includes four tuner cards, each capable of receiving AM, FM, or television audio signals. An example of the type of tuner card that can be used for implementing the present invention is the ASI8712 or ASI8713 eight-tuner broadcast adapter available from AudioScience, Inc. of New Castle, Del. In one embodiment, several media receivers **111** are provided, running in different locations so as to be able to pick up different markets/stations, and also to provide improved reliability and redundancy. Media receivers **111** can be configured, for example, to simultaneously receive 32 channels in parallel, taking audio components audio only, and to convert the received audio into digital form via sampling. In one embodiment, media receivers **111** are located in a location that is remote with respect to NOC **106** (for example, in a location suitable for receiving candidate media **121**); media receivers **111** then transmit signals to NOC **106** via the Internet or by other means. In another embodiment, media receivers **111** are located at NOC **106**.

Transformation server **112** transforms detected candidate media content items **121** to candidate data signature streams, which are then stored at data signature stream store **114** (or at a different stream store, not shown). In one embodiment, only audio is transformed, although one skilled in the art will recognize that the present invention can also be used in connection with video, and that video transforms can thus be applied as well. The transformation converts the raw samples into data files (referred to as signature files or signature streams) that can be compared against other signature files to determine matches.

In addition, in one embodiment, transformation server **112** also transforms candidate media content items from non-broadcast reference media **113** such as audio CDs, video game sound tracks, movie sound tracks, and the like.

In an alternative embodiment, as shown in FIG. **3**, individual media receivers **111** transform audio into signature files, and transmit the signature files to server **112**A.

In one embodiment, servers **112** (or **112**A) and **107** are implemented as a single server for collecting data from both MCDs **101** and media receivers **111**. One skilled in the art will recognize that the present invention can be implemented

7

using separate dedicated servers for these two functions, or using a single server that performs both functions.

In one embodiment, raw audio files (for example in .WAV format) are stored in addition to signature files. These can be stored at media receivers 111 or at a storage location associated with server 112 or 112A.

In one embodiment, reference media signature files are broken up into fixed-time increments (such as five-minute increments) for ease of indexing, handling, and comparison. Thus, individual signature files are stored in stream store 114, each signature file representing five minutes of data for one audio channel. In one embodiment where raw audio is stored, the raw audio files are also broken up into fixed-time increments (such as five-minute increments). As an alternative to fixed-time divisions, some other form of intelligent time-based division can be used; for example, blank areas can be detected and interpreted as indicating breaks between commercials, and files can be divided up according to such commercial breaks.

Accordingly, in one embodiment, media receivers 111 transmit data (either in raw form or in signature form) to server 112 or 112A on a periodic basis. Data can be transmitted, for example, in five-minute increments, so that one file is transferred in each transmission. Alternatively, a number of files can be collected at receivers 111 and then transmitted to server 112 or 112A in batch form. In one embodiment, media receivers 111 retain raw audio files for some period of time (such as 3-5 days) and then discard them. In one embodiment, server 112 or 112A retains signature files for some period of time (such as 30 days) and then discards them. By retaining signature files, the present invention enables detection of user exposure to time-shifted media content items. For example, if a user is watching a television show at a time other than the broadcast time (for example, if the show was recorded on a TiVo or other video recording device), the present invention is able to detect such activity and can report that the show was recorded and at what time it was watched.

Candidate media sources can include any type of media that has an audio component detectable by MCD 101. Examples include television (broadcast, cable, satellite, etc.), radio (broadcast, cable and satellite, etc.), recorded music (CD, mp3, etc.), videogame audio, audio track of a DVD and other media sources.

In an alternative embodiment, the present invention can detect user exposure to visual media such as billboards, for example by determining, based on a GPS reading on a user's location, that the user is driving past a billboard. Such media exposure events can be tracked and correlated with purchases in the same manner as exposure to audio media items, as described herein. In one embodiment, such exposure can be tracked along with exposure to audio media items, so as to obtain a complete overview of the effectiveness of an advertising campaign that includes billboard, radio advertisements, and the like.

On a periodic basis (for example, every three hours), server 112 or 112A sends signature data from stream store 114 to correlator server 115 (which may include a single server or any number of servers). In one embodiment, server 115 makes a periodic request for data from server 112 or 112A, and from data signature stream collection server(s) 107. In one embodiment, in response to the request, server 112 or 112A sends signature files representing media items collected by receivers 111, as well as data from MCDs 101 collected by data signature stream collection server(s) 107.

Correlator server 115 identifies user exposure to candidate media items including broadcast items and non-broadcast

8

items. In one embodiment, time stamps stored with the data signatures in stream store 114 aid in the correlation.

In one embodiment, location information is collected by location tracking server 109 and used to assist in the correlation. For example, correlator server 115 can recognize that there is a lower probability of TV viewing while moving. Some behaviors that can be inferred using location information include: driving in a car (using speed range and route tracking against a road map), riding in a bus (using bus routes with frequent stops), visits to retail locations (using coordinates of retail establishments), presence at home, and presence at the workplace. Some locations influence the correlation algorithm. For example, radio and CDs in the database are checked before television if the user is moving; television is checked first while the user is at home.

Additional useful correlations and analyses can also be performed, for example to ascertain particular listening behaviors. For example, purchasing tracking server 117 can collect purchase information from sources 116 for use in assisting correlation server 115. In one embodiment, this is accomplished by tracking the use of a particular credit card that is in the possession of the user.

The present invention is also able to track exposure to entertainment (such as movies), whether such exposure takes place in a movie theater, at home, or elsewhere. Exposure to promotional advertisements can be correlated with exposure to movies and the like. The present invention can also help to determine which promotional channels are most effective in reaching users and which channels are less effective.

For example, in one embodiment, advertisements are given a unique ID. In addition, advertisements are assigned one or more attributes describing the goods or services being advertised at some level of specificity ranging from narrow ("Ford Mustang") to more broad ("Ford") to even more broad ("automobile"). A Ford Mustang advertisement will have all three of these attributes. Attributes may also describe the target audience, such as "professional."

Tallies are kept for each attribute during a sliding window of time, for example 30 days. Purchase information can be acquired from the use of a credit card issued to panel members, through retailer reporting, through survey, or from other sources.

When a user makes a purchase of an item being tracked, related tallies for that user over some period of time (such as the past 30 days) is examined. With a sufficiently large set of users, correlations are made between purchase behavior and media exposure. This is done, for example, by comparing the media exposure of the purchaser of product A with the media exposure of the purchaser of competing product B.

The tracking methods provided by the present invention facilitate measurement of the effectiveness of advertisements in attracting consumers who otherwise would purchase competing brands, as well as attracting consumers who otherwise would not buy the product or product type at all. In addition, the present invention is able to measure the effect an advertisement has on consumption of brands other than the advertised brand.

Using the correlation between purchase behavior and media exposure may show, for example, that people exposed to Ford Mustang commercials have a higher propensity to buy Ford Thunderbirds if they are not exposed to many non-Ford automobile ads.

Given the raw data of purchase behavior and attribute exposure tallies, database queries can be performed to reveal causal relationships and to test advertising hypotheses.

Other sources of data that can be used and stored include an RFID tag, GPS tracking information, and/or a barcode on

US 7,623,823 B2

9

MCD **101**, so as to assist in location tracking. In one embodiment, Bluetooth transceivers can be installed in certain locations, and location tracking is performed by detection of unique Bluetooth transceiver codes.

From these various types of data, patterns can be deduced. For example, the system of the present invention can determine that a user watches news at home and listens to music in the car, or can infer purchasing behavior such as a pattern where the user visits a movie theater after listening to an ad for one of the movies playing at that theater.

In one embodiment, correlator server **3** interacts with additional components, as shown in FIG. **3**, to correlate data from MCDs **101** with data from media receivers **111**. For example, a series of nodes **303** can be provided for storing signature data. In one embodiment, any number (for example 14) of 4 GB nodes **303** can be provided, each running at a separate computer; alternatively, other arrangements and node sizes can be provided. Slice factory **302** controls the distribution of data from stream store **114** among nodes **303**. In one embodiment, a utility server (not shown) controls the operation of slice factory **302**.

In one embodiment, nodes **303** run signature matching software **301**, such as for example the SongMon function of software provided by Shazam Entertainment Ltd. and described more fully in Wang et al. In another embodiment, this software **301** is located at correlator server **115**. Software **301** identifies matches, returning a tag indicating what media content item from media receivers **111** matches a media content item picked up by an MCD **101**. Additional information, such as time codes, specifics as to which media receiver **111** and/or channel matched, and the like, can also be returned. Match data is stored, for example in matches database **305** for further analysis and reporting.

In one embodiment, signature matching software **301** runs through candidate data twice. A preliminary run provides quick estimates of matches and can be run on demand. A production run, performed at regular intervals such as once every three hours, provides more accurate matches.

In one embodiment, slice factory **302** and/or utility server (not shown) run signature matching software **301** to aggregate and index signature files from stream store **114** using a hash methodology. From this processed data, a disk image containing indexed signature file data for a particular length of time (such as 18 hours) is formed; this disk image is then stored at each of nodes **303**.

In one embodiment, each node **303** contains an identical image with identical data so as to improve throughput by processing data at multiple nodes **303** operating in parallel with one another. In one embodiment, for example, each node **303** processes a maximum of approximately 50 MCDs so as not to become overloaded. Correlator server **115** dispatches MCD files to available nodes **303** based on load and other factors.

In one embodiment, each node processes approximately 18 hours of a large number of channels (for example 70 channels, totaling over 1,000 hours of content) in rolling update fashion. Target media items are compared with these reference media items so as to determine whether the user has been exposed to the media represented by the reference media items.

At periodic intervals (for example, every three hours), the aggregation and indexing is re-run so as to delete the oldest three hours and add the newest three hours, thus maintaining a set amount of data (for example, 18 hours' worth) at all times. In one embodiment, 32 channels of data are stored.

In one embodiment, a binary representation of the reference media signature data is stored in each node **303**. Nodes

10

**303** compare the signature data from MCDs **101** against this reference data set. In one embodiment, multiple nodes **303** are utilized to improve matching throughput.

In one embodiment, correlator server(s) **115** sends samples from stream store **114** to an appropriate node **303** based on load and other factors. The present invention is scalable in two dimensions: additional numbers of MCDs **101** can be handled by adding more nodes vertically. Greater amounts of data can be stored by adding more nodes horizontally, or by providing nodes having higher storage capacities.

In one embodiment, data from MCDs **101** includes additional information about the circumstances and conditions of the media exposure, including for example time, day, battery level, telephone number, GPS data, and the like; all of this information can be stored at stream store **114** and used in analysis, matching, and/or reporting.

In one embodiment, certain candidate signatures are stored in static database **304**. For example, if an advertiser would like to determine how many users have been exposed to a particular advertisement, a signature for that advertisement is stored in static database **304**. The signature need not be collected via media receivers **111**, but can be provided by direct input or via correlator servers **115**. This stored signature can then be compared with signatures received from MCDs **101**. In one embodiment, these candidate signatures are also passed to nodes **303** to facilitate comparison with incoming signatures from MCDs **101**. In one embodiment, the content in static database **304** ("static content") is combined with the content collected as described above ("dynamic content") to create the reference data set loaded into each node **303**. In another embodiment, static content is processed to generate a reference data set; this reference data set is then loaded into a node **303** that is separate from the dynamic content for analysis of matches against the static content only.

In one embodiment, these candidate signatures are not aged using a sliding window as described above for data collected from media receivers **111**. In another embodiment, these candidates are aged but at a different rate than other data.

In yet another embodiment, data in static database **304** can be compared against data from media receivers **111**. In this manner, an advertiser can determine whether his or her advertisement ran and was detected by a media receiver **111**, regardless of whether it was picked up by an MCD **101**.

Referring again to FIG. **1**, there are shown additional components that can be used in generating reports on media exposure and consumption. A time-based history of user exposure to media items is stored in consumer tracking database **118**. Location information is also stored, if available.

Analytical reporting server **119** uses consumer tracking data from database **118** to generate reports **120**. Reports can include, for example:

advertisement play rates;

program ratings;

metrics of marketing effectiveness;

psychographic classifications;

and the like.

In one embodiment, reports are generated using standard relational-database queries. Results of these queries can be place in tabular or graphical format for presentation.

After all correlations are complete, live media source data signatures may be discarded.

Using the above-described techniques, the system of the present invention is able to measure media consumption both in and out of the home.

US 7,623,823 B2

11

Alternate Configurations

One skilled in the art will recognize that the transformation and matching steps can be performed in many different ways and at different components within the overall system. FIGS. 2A through 2C provide examples of different configurations for performing these functions. These Figures also provide a description of the overall method of operation of the present invention according to various embodiments. The term "candidate data signature stream" is equivalent to reference media items; the term "consumer data signature stream" is equivalent to target media items.

Referring now to FIG. 2A, there is shown a configuration where transformation takes place at MCD 101 and matching takes place at NOC 106. As described above, MCD 101 collects audio samples, transforms them to a signature stream, and transmits the signature stream to NOC 106. NOC 106 identifies matches between signature stream received from MCD 101 and candidate streams derived from candidate media 113 and 121. Although FIG. 2A depicts the candidate data signature data stream being created at NOC 106; however, one skilled in the art will recognize that the candidate signature data stream can instead be generated at media receivers 111 and/or provided directly to NOC 106 from some other source.

Referring now to FIG. 2B, there is shown a configuration where transformation and matching both take place at MCD 101. Here, MCD 101 collects audio samples and transforms them to a signature stream. NOC 106 generates candidate data signature streams from candidate media, and transmits these candidate streams to MCD 101. Alternatively, the candidate signature data stream can instead be generated at media receivers 111 and/or provided to NOC 106 from some other source; NOC 106 then sends them to MCD 101. MCD 101 then identifies matches between the signature stream generated from incoming audio data and the candidate data signature streams received from NOC 106. MCD 101 then sends match data to NOC 106. This configuration is particularly useful when the number of candidate audio sources is relatively small and known in advance. For example, such a configuration can be used for monitoring a user's exposure to a limited and expected set of advertisements. In such a situation, this configuration reduces the amount of data that is continually transmitted from MCD 101 to NOC 106; once the set of candidates is provided to MCD 101, only match data need be transmitted, which typically requires less bandwidth than transmission of signatures from MCD 101 to NOC 106. Such a configuration is also a more distributed processing paradigm that can serve to reduce processor load at NOC 106, since NOC 106 need not perform matching operations for a large number of MCDs; rather MCD 101s do their own matching.

Referring now to FIG. 2C, there is shown a configuration where transformation and matching both take place at NOC 106. Here, MCD 101 collects audio samples and transmits the raw data to NCC 106. NOC 106 transforms the raw data to a signature stream; alternatively, the candidate signature data stream can instead be generated at media receivers 111 and/or provided directly to NOC 106 from some other source. NOC 106 then identifies matches between the signature stream and the candidate data signature streams. This configuration reduces the processing load on MCD 101.

In any of these configurations, NOC 106 can optionally inform MCD 101 to only sample audio at specific time periods. In this way, MCD 101 sample period may be limited to commercial time periods, or other periods of interest.

In an alternative embodiment, MCD 101 stores feature-extracted samples. When MCD 101 detects (hears) an adver-

12

tisement or other sought-for audio, it reports back to NOC 106 that it heard the item. In one variation of this embodiment, MCD 101 does not need to transmit any transformed audio back to NOC 106, but simply reports and identifies the item that was heard. In another variation of this embodiment, MCD 101 transmits additional information about the detected audio, such as time and place where it was detected. In yet another variation, MCD 101 transmits the transformed audio (or some subset of it) to NOC 106, so that additional information can be derived from the detected audio.

In another alternative embodiment, the invention operates at a variable sample rate depending on the amount of usage that is detected. A default, lower sample rate is used when the usage pattern is continuous and/or relatively stable. A higher sample rate is used when changes in usage pattern are detected. In one variation of this embodiment, MCD 101 switches automatically between these rates in response to changing conditions. Any number of different sample rates, or continuous variation within a defined range, can be used.

Data Signature Algorithm

In one embodiment, the present invention performs audio data signature transformation according to any of a number of well-known algorithms. Preferably, an algorithm is used that meets the processing power, memory size, battery life, and bandwidth constraints of MCD 101, and also meets a minimum accuracy requirement. The audio data signature transformation algorithm finds matching audio streams in broadcast audio signals, known to be transmitted at a certain time, and asynchronous audio signals such as music tracks and video game sound tracks.

The algorithm can be based on the time-domain, based in the frequency-domain, or based in a hybrid of the two.

In one embodiment, the audio data signature transformation algorithm correlates a consumer data signature stream (target media items) against a potentially large number of candidate data signature streams (reference media items). Once a match is found, it can be presumed the match continues for some period of time. In one embodiment, only the candidate data signature stream is correlated against until there is no longer a match. In other words, when a match is found, it is "locked on to" and no other candidate data signature streams are considered until the match fails.

In one embodiment, the system of the present invention uses a signature transformation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, the parameters of the audio acquisition (sampling rate, sampling duty cycle, quiescent time between sampling periods, volume, filter parameters, and the like), and even the algorithm in use, can be adjusted dynamically by MCD 101 and/or by NOC 106. These adjustments may be a function of location information downloaded to MCD 101 from NOC 106 in advance or in near real-time based on current location. These adjustments are performed, for example, to increase matching accuracy, minimize data transmission, minimize MCD 101 battery drain, and for other system performance optimizations. For example, if uploading of data signatures can be carried out close to real-time, and NOC 106 has "locked on" to a matching signal, MCD 101 may be instructed to lower its sampling duty cycle or to suspend sampling for some period of time.

The audio sampling can be continuous or periodic; in one embodiment, 10 seconds are sampled every 30 seconds.

US 7,623,823 B2

**13**

Location Information

In one embodiment, location of MCD **101** is determined by built-in or added-in GPS, by triangulation with wireless data provider transceiver sites, by closest tower identification, by wireless data network registration (Bluetooth, WiFi/802.11), or by other means. Location data can be analyzed and compared with location databases to determine entry into a store or other location, time spent in the location, speed of travel, presence at a public venue (movie theater, concert hall, stadium), and other attributes that may be of commercial value when combined with media consumption. For example, in one embodiment, location information is used to detect when a user takes a car for a test drive by tracking the entry into a car dealership, an average wait time, and a circuit of automobile-speed motion ending back at the dealership.

Purchase Tracking Credit Card

In one embodiment, the present invention provides a mechanism for correlating exposure to media items with purchases. Users are given credit cards to be used for making purchases. Purchase behavior, at least to the resolution of store and amount, is available from the partner affinity card issuer. Other methods for collecting this data may include use of an RFID tag and/or a barcode on MCD **101**. For example, many merchants, most notably grocery stores with affinity cards, store detailed purchase history information about their customers. The media measurement system can access this data in order to provide purchase information to the system of the present invention. In one embodiment, a bar code or other identifying indicia can be provided on MCD **101** itself, so that the user can simply hand the device to the grocery store clerk for "swiping"; alternatively, MCD **101** can be detected via RFID or other mechanisms, and the code detected thereby can be linked to the user's affinity program record.

User Compliance

In one embodiment, MCD **101** includes sensors to help determine if it is in the possession of a person. Sensors may include: vibration, state of the Hosting Device (on/off, usage, key presses, etc.), temperature (to detect whether MCD **101** is being carried, since it will be proximate to or in contact with the person's body), and others. Information from these sensors is processed to assist in determining whether a user is carrying MCD **101** as needed for accurate results. If data is received at a time period when evidence indicates the device is not being carried, the received data may be discarded or treated as having a lower degree of reliability, or it may be otherwise flagged.

In the above description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the invention. It will be apparent, however, to one skilled in the art that the invention can be practiced without these specific details. In other instances, structures and devices are shown in block diagram form in order to avoid obscuring the invention.

In particular, one skilled in the art will recognize that other architectures and analysis and processing techniques and mechanisms may be used, and that the present invention can be implemented using mechanisms other than those described above.

Reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment.

**14**

Some portions of the detailed description are presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The present invention also relates to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus.

The algorithms and modules presented herein are not inherently related to any particular computer or other apparatus. Various general-purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatus to perform the method steps. The required structure for a variety of these systems will appear from the description below. In addition, the present invention is not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of the invention as described herein. Furthermore, as will be apparent to one of ordinary skill in the relevant art, the modules, features, attributes, methodologies, and other aspects of the invention can be implemented as software, hardware, firmware or any combination of the three. Of course, wherever a component of the present invention is implemented as software, the component can be implemented as a standalone program, as part of a larger program, as a plurality of separate programs, as a statically or dynamically linked library, as a kernel loadable module, as a device driver, and/or in every and any other way known now or in the future to those of skill in the art of

US 7,623,823 B2

15

computer programming. Additionally, the present invention is in no way limited to implementation in any specific operating system or environment.

It will be understood by those skilled in the relevant art that the above-described implementations are merely exemplary, and many changes can be made without departing from the true spirit and scope of the present invention. Therefore, it is intended by the appended claims to cover all such changes and modifications that come within the true spirit and scope of this invention.

What is claimed is:

**1**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a location tracking server for detecting a location for the client device;

wherein the correlator server correlates the detected location with a location of at least one geographically identifiable sponsor of a reference media item.

**2**. The system of claim **1**, wherein the location tracking server detects the location via at least one selected from the group consisting of:

GPS tracking;

RFID tracking;

Bluetooth tracking.

**3**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item;

wherein the plurality of reference media items comprises at least one broadcast, and wherein the representation of at least one target media item indicates user exposure at a time other than the time of the broadcast.

**4**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

16

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a purchasing tracking server, for receiving consumer purchasing information;

wherein the output device generates a report correlating user purchasing information with user exposure to the identified reference media item.

**5**. The system of claim **4**, wherein the purchasing tracking server receives at least one indication of user use of a credit card.

**6**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item.

**7**. A method for detecting user exposure to media items, comprising:

receiving a plurality of reference media items from at least one media source;

for at least one client device:

selecting, based on at least one of load and geographic proximity to the client device, one of a plurality of data signature stream collection servers; and

at the selected data signature stream collection server, receiving, from the client device:

a representation of at least one target media item; and

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item.

US 7,623,823 B2

17

**8**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignoring the representation of the at least one target media item from the client device.

**9**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item, wherein the output is flagged as having reduced reliability.

**10**. The method of claim **7**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**11**. The method of claim **10**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

**12**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for, receiving, from at least one client device:

a representation of at least one target media item from at least one client device;

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

a stream store, coupled to the server and to the at least one stream collection server, for:

storing a representation of at least a subset of the received reference media items; and

18

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item, storing a representation of the target media item;

a correlator server, coupled to the stream store, for, for each stored representation of a target media item, identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for, for each identified reference media item, generating output signaling user exposure to the identified reference media item.

**13**. The system of claim **12**, wherein the stream store:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignores the representation of the target media item.

**14**. The system of claim **12**, wherein, responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

the stream store stores a representation of the target media item and an indication of reduced reliability of the stored representation;

the correlator server identifies one of the reference media items as corresponding to the target media item; and

the output device, generates output signaling user exposure to the identified reference media item and indicates reduced reliability of the indication of user exposure.

**15**. The system of claim **12**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**16**. The system of claim **15**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

\* \* \* \* \*

# EXHIBIT I



# Definition of Terms

## 3rd Party ID Integration

We integrate popular 3rd party music related services to display their ID's in our recognition results, this means our clients can easily link our recognition results with other services.

Supported 3rd party IDs:

- ISRC
- UPC
- Spotify
- ~~Apple Music~~
- Deezer
- YouTube
- LyricFind
- MusicBrainz

## Brand Exposure

If you choose the plan with "Brand Exposure Required" then please follow the rules to expose our brand appropriately within your project. Place the text, logo and link where you use or display the recognition results.

For more information of how to expose the brand please refer to Branding & Attribution Guidelines.



# Brand Exposure

If you choose the plan with "Brand Exposure Required" then please follow the rules to expose our brand appropriately within your project. Place the text, logo and link where you use or display the recognition results.

For more information of how to expose the brand please refer to Branding & Attribution Guidelines.

# Broadcast Monitoring Status

| Status | Description |
| --- | --- |
| Running | The stream is working |
| Timeout | The stream is currently not stable, no results will be shown at the moment, the system will try to rectify the stream, and in the meantime why not use another stream link. |
| Invalid URL | The stream URL has a problem, our system can not access the stream, please check the stream or change to another stream URL. |
| Paused | The stream was paused temporarily, you may need to restart the stream. |

# Valid Request

Valid Requests = Requests with results + Requests with no results/2



**ACRCloud**

Introduction

GET STARTED

Console Tutorials

SDK REFERENCE

Mobile SDK

Backend SDK

Error Codes

API REFERENCE

Identification API

Console API

Metadata API

TOOLS

Audio File Fingerprinting Tool

Local Monitoring Tool

Live Channel Fingerprinting Tool

File Scan Tool

METADATA

Music

Music (Broadcast Monitoring with Broadcast Database)

# Valid Request

Valid Requests = Requests with results + Requests with no results/2

# Monitoring Type

Monitor streams on ACRCloud: The streams will be captured on ACRCloud, you will need to collect the internet stream URLs and input them on ACRCloud system.

Monitor streams on your local server: The streams will be captured on your own server, this option requires you to prepare your own server to capture streams but the recognition part will be done on ACRCloud system.

# Terminology

To clarify our terminology in EDM and mixes:

**Speed Scaling**: If both scales of time and speed are changed proportionally, we call this a change in "speed": the song is played faster and at the same time at a higher pitch. This can be achieved by simply changing the rotational speed of the turntable, or by modifying the sampling rate of a digital media player – while keeping the sampling rate of the audio encoding unchanged.

**Tempo Shifting/Time Scaling**: Changing the time scale only will be referred to as a "tempo" change: here, the audio is sped up or slowed down without observable changes in pitch.

**Pitch Shifting/Frequency Scaling**: If only the frequency scale is modified but time is not scaled, this will be called pitch shifting.

Please refer to QUAD-BASED AUDIO FINGERPRINTING ROBUST TO TIME AND FREQUENCY SCALING for more information.



Metadata - Previous
**Humming**

Next
**Service Usage**

Last modified 1yr ago

https://docs.acrcloud.com/faq/definition-of-terms#terminology

# EXHIBIT J

Case 1:22-cv-01344-UNA   Document 1-1   Filed 10/12/22   Page 145 of 298 PageID #: 169

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

# QUAD-BASED AUDIO FINGERPRINTING ROBUST TO TIME AND FREQUENCY SCALING

*Reinhard Sonnleitner*

Department of Computational Perception,
Johannes Kepler University
Linz, Austria
`reinhard.sonnleitner@jku.at`

*Gerhard Widmer*

Department of Computational Perception,
Johannes Kepler University
Linz, Austria
`gerhard.widmer@jku.at`

## ABSTRACT

We propose a new audio fingerprinting method that adapts findings from the field of blind astrometry to define simple, efficiently representable characteristic feature combinations called *quads*. Based on these, an audio identification algorithm is described that is robust to large amounts of noise and speed, tempo and pitch-shifting distortions. In addition to reliably identifying audio queries that are modified in this way, it also accurately estimates the scaling factors of the applied time/frequency distortions. We experimentally evaluate the performance of the method for a diverse set of noise, speed and tempo modifications, and identify a number of advantages of the new method over a recently published distortion-invariant audio copy detection algorithm.

## 1. INTRODUCTION

The typical use of an audio fingerprinting system is to precisely identify a piece of audio from a large collection, given a short query. This is typically done by extracting highly discriminative content features, a "fingerprint", from the collection of audio files as well as the query piece, and subsequently comparing these features. The focus in fingerprinting systems is on being able to discriminate between non-identical pieces of audio, even if they sound very similar to a listener, as in the case of different versions of the same song (e.g., "Album Version" vs. "Radio Version").

There are numerous application scenarios for audio fingerprinting. A well established one is to enable curious users to learn the name of the song they are currently listening to [1]. Other applications, mainly used by industry, include the large-scale tasks of media monitoring and audio copy/plagiarism detection [2].

Depending on the application, audio fingerprinting systems should be robust to different kinds of distortions of query audio material. The minimum requirement would seem to be robustness to various types of lossy audio compression and a certain amount of noise. Application domains such as DJ set track identification, media monitoring, audio copy detection and plagiarism detection, pose additional requirements. There, it is also necessary to recognize audio material that was modified in tempo and/or in pitch, and perhaps also tolerate nonlinear noise encountered when a DJ blends two songs in order to achieve a perceptually smooth transition. In the latter case, the time and frequency scale changes may not even be constant over the duration of a song. All these are significant challenges to automatic audio identification systems.

In this work we propose an efficient audio fingerprinting method that meets the above robustness requirements. It is not only robust to noise and audio quality degradation, but also to large amounts

of speed, tempo or frequency scaling.[1] In addition, it can accurately estimate the scaling factors of applied time/frequency distortions. The key technique that makes this possible was found by researchers working on blind astrometry, who use a simple and fast geometric hashing approach to solve a generalization of the "lost in space" problem [3]. The specific task is to determine the pointing, scale and orientation of an astronomical image (a picture of a part of the sky), without any additional information beyond the pixel values of the image. We adapt this method to the needs of audio fingerprinting and based on this, develop an extremely efficient and robust audio identification algorithm. The central components in this are compact hash representations of audio that are invariant to translation and scaling, and thereby overcome the inherent robustness limitations of systems that depend on equal relative distances of reference and query features to find matches, such as the well-known Shazam algorithm [1]. More precisely, our algorithm uses a compact four-dimensional, continuous hash representation of quadruples of points, henceforth referred to as "quads". The quad descriptor [3] has also recently been adopted in the field of computer vision, for the task of accurate alignment of video streams [4, 5].

The system we propose can be used for DJ set monitoring and original track identification, audio copy detection, audio alignment, as well as other tasks that demand robustness to certain levels of noise and scale changes.

The paper is organized as follows. Section 2 discusses relevant related work and, in particular, focuses on a very recently published state-of-the art method [2] that will act as our main reference here. Section 3 gives a brief overview of the main points of our new method, in order to set the context for the precise method description, which comes in two parts: Section 4 describes the process of constructing audio fingerprints – the extraction of special features from audio, how to obtain hash representations from these features, and how to store these in special data structures for efficient retrieval. The actual identification method, i.e. the process of matching query audio with reference data by using the extracted features and their hash representations, is then explained in Section 5. Section 6 systematically evaluates the performance of our

---

[1] To clarify our terminology: if both scales are changed proportionally, we call this a change in *"speed"*: the song is played faster and at the same time at a higher pitch. This can be achieved by simply changing the rotational speed of the turntable, or by modifying the sampling rate of a digital media player – while keeping the sampling rate of the audio encoding unchanged. Changing the time scale only will be referred to as a *"tempo"* change: here, the audio is sped up or slowed down without observable changes in pitch. Vice versa, if only the frequency scale is modified, this will be called *pitch shifting*.

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

method in two experiments. The first experiment considers song identification on a database consisting of one thousand full length songs of different musical genres. For the second experiment we extend the database to 20,000 full length songs.

## 2. RELATED WORK

Numerous fingerprinting algorithms have been described in the literature (e.g., [1, 6, 7, 8, 9]), not all of which are applicable to the tasks described in the introduction. Some algorithms extract global fingerprints for entire songs, and are not suitable for our given tasks because identifying snippets or excerpts of songs in the reference database requires local fingerprints. In [9], a fingerprinting approach is proposed that computes the scale invariant feature transform (SIFT) [10] on the audio spectrograms with logarithmically scaled frequencies. While good results are shown, SIFT is not invariant to scale changes if only one of the two dimensions is scaled. Therefore, the algorithm proposed in [9] is not robust to what we call tempo changes.

A tempo- and speed-invariant audio fingerprinting algorithm has recently been proposed in [11]. By using pitch class histograms as fingerprint features, it tends to compute similar fingerprints for similar content, which is an interesting property on its own. The algorithm has a certain robustness to tempo and speed changes, but its performance degrades considerably for noisy queries. Also, the performance degrades when the query audio is shorter than the specific references, which is why the method is not well suited for the tasks we described above.

A very recent publication proposing a fingerprinting algorithm for audio copy detection, that also meets the demands of robustness against speedup, tempo changes and pitch-shifting of query audio is [2]. The work reports near perfect percentages of correct song association. The described method performs feature extraction on a two-dimensional time-chroma representation of the audio. First a set of candidate feature points is selected, which are then purified by extracting and comparing up to 30 two-dimensional image patches of different width, centered around the candidate feature point. A candidate point is selected as feature point if most of the (up to 30) extracted image patches fulfill a similarity criterion. This is determined via k-means clustering, which assigns the extracted patches to a number of $c$ classes. Similarity is calculated by computing low frequency discrete cosine transformation (DCT) coefficients which represent the actual similarity metric. The proposed method performs feature point selection for an average of 20 candidate points per second of audio, of which approximately 40% pass the similarity constraints and are used for fingerprint computation. The actual fingerprints are generated from a number of low frequency DCT coefficients of the extracted image patches, and are scaled and translated to result in vectors of zero mean and unit variance. According to the explanation given in the work, such a fingerprint should result in a vector of 143 floating point values. Fingerprint matching is done by nearest neighbor lookups, with distance defined as the angle of two fingerprint vectors.

We will take this as our reference method in the present paper, because it is the latest publication on this topic, and it reports extremely high robustness and performance results for a large range of tempo and speed modifications (though based on experiments with a rather small reference database – see Section 6 below).

## 3. METHOD OVERVIEW

The basic idea of our proposed method is to extract spectral peaks from the two-dimensional time-frequency representation of reference audio material, then group quadruples of peaks into quads, and create a compact translation- and scale-invariant hash for each quad (a single hash is a point in a four-dimensional vector space). Quads and their corresponding hashes are stored in different data structures, i.e. quads are appended to a global index, and an inverse index is created to assign the corresponding audio file-id to its quad indices. The continuous hashes are stored, together with the index of their quad, in a spatial data structure, such that the index that is associated with the hash corresponds to the index of the quad that forms the hash.

For querying we extract quads and their hashes from the query audio excerpt. For each query hash we perform a range search in the spatial data structure and collect the indices of search results, which in turn give the indices of matching reference quads in the global index. The time and frequency scaling factor can be found by comparing a query quad to its matching reference quad. To predict the match file ID for a query snippet, we adapt the histogram method from [1].

## 4. FEATURE EXTRACTION

In this section we describe the extraction of audio features to be used for audio identification, how to obtain hashable representations from these features, and how to finally store these for efficient retrieval. The same feature extraction process is applied to the *reference recordings* that are used to build the fingerprint database, and the *query audio* that is to be identified in the recognition phase.

To begin with, all audio files are downmixed to one-channel monaural representations and processed with a sampling rate of 16 kHz. We compute the STFT magnitude spectrogram using a Hann-window of size 1024 samples (64 ms) and a hopsize of 128 samples (8 ms), discarding the phases.

### 4.1. Constructing Quads

The fingerprinting algorithm works on translation- and scale-invariant hashes of combinations of spectral peaks. Spectral peaks are local maxima in an STFT magnitude spectrogram, and identified by their coordinates in the spectrogram. Since the notion of a peak $P$ as a point in 2D spectrogram space will be used extensively in the following, let us formally introduce the notation:

$$P = (P_x, P_y)$$

where $P_x$ is the peak's time position (STFT frame index), and $P_y$ is the peak's frequency (index of STFT frequency bin).

The extraction of spectral peaks is implemented via a pair of two-dimensional filters, a max filter and a min filter, where the neighbourhood size is given by the filter window size. We use a max filter to find the coordinates of spectral peak candidates in the spectrogram, and use a min filter with a smaller window size to reject peaks that were extracted from uniform regions in the spectrogram, e.g., silence. In the following we explain how quads are created from spectral peaks, and how compact hash values are computed from quads.

To create translation- and scale-invariant hashes from spectral peaks, we first have to group peaks into *quads* [3]. A quad consists of four spectral peaks $A, B, C, D$, where we define $A$ to be the

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

root point of the quad, which is the peak with the smallest frame index (i.e. the first of the four peaks in time) and $B$ is the most distant point in time from $A$ (thus $C, D$ lie somewhere between the STFT frames of $A, B$). The quad is *valid* if $B > A$ and $C, D$ lie within the axis-parallel rectangle defined by $A, B$:

$$A_x < B_x \tag{1}$$
$$A_y < B_y \tag{2}$$
$$A_x < C_x, D_x \leq B_x \tag{3}$$
$$A_y < C_y, D_y \leq B_y \tag{4}$$

At the top level, the quad grouping process proceeds through an audio file from left to right, trying each spectral peak as a potential root point $A$ of a set of quads, with the goal of creating up to a number of $q$ quads for each peak.

For a given root point $A$, the process of constructing up to $q$ quads by selecting appropriate sets of $B, C, D$ points is as follows.[2] We construct a region of width $r$, spanning $r$ STFT frames, such that the region is centered $k$ STFT-frames from $A$ and $A$ is outside of the region (earlier in time, i.e., the region is located to the right of $A$), as shown in Figure 1. We then sort the peaks that are contained in the region, by time. We let $t = 0$ and pick the first $n$ peaks $p_t, p_{t+1}, \ldots p_{t+n-1}$ in the region and try all $\binom{n}{3}$ combinations of 3 peak indices in order to construct a valid quad with root point $A$ and the points from the current combination. If a valid quad can be constructed we append it to a list of quads and proceed until $q$ quads are created. If no valid quad could be constructed, we increase $t$ by one and try again until there are no more peaks in the region.

The total number of resulting valid quads for a given root point $A$ depends not only on the parameter values, but is fundamentally dependent on the specific layout of spectral peaks, and thus on the signal itself. As already mentioned, for creating the reference database we want to create a small number of quads. We therefore choose a small $n$ and a larger region of small width $r$. For queries we create an extensive set of quads by choosing a larger $n$, $r_{query} \gg r_{ref}$, and $q_{query} \gg q_{ref}$. $k$ is the same in both cases.

The reason for different parameterization for query quad construction is as follows: When the time scale of a query audio is modified, this affects not only the density of peaks in the given audio snippet, but also their relative positions. An example is given in Figure 1, which shows the grouping for a quad for a given root point $A$. In 1a a reference quad is created for a region of width $r$ that is centered $k$ frames from $A$. The analogous example for grouping a query quad for the same audio, but increased in tempo, or decreased in tempo, is given in 1b and 1c, respectively. We see that the green points, which are points $B, C, D$ for the reference quad, may happen to move outside of the grouping region of width $r$ if the time scale of the audio is modified. By choosing a larger region width $r$ and a larger number $q$ of quads that may be created for a root point $A$, we can ensure to obtain a quad that corresponds to the reference quad.

Note that when we consider audio queries of a fixed, limited duration $d$ (e.g., $15sec$), there is an important difference between

---

[2] We will parametrize this process differently, depending on whether we compute quads for the reference database, or for a piece of query audio. For reference database creation, we choose parameters in such a way that we only create a small number of reference quads to keep the resulting reference database as small as possible. For a query snippet, we will choose parameters to create a large amount of quads. The explanation for this will be given later in this section.



(a) Reference quad grouping



(b) Query quad grouping. Query audio was increased in tempo. New peaks are shown in white facecolor.



(c) Query quad grouping. Query audio was decreased in tempo.

Figure 1: *Reference quad grouping (1a) and query quad grouping with increased tempo (1b), and decreased tempo (1c).*

increased speed/tempo and decreased speed/tempo. Increasing the tempo of the query audio excerpt relative to the reference leads to a higher density of relevant audio content; all the content that was used during the phase of reference quad creation is also present when creating the quads for the query. However, decreasing the tempo of the query, i.e., stretching the time scale, may cause some of the relevant spectral peaks to fall out of the $15sec$ (i.e., not be part of the query any more), so some important quads do not emerge in the query. This problem arises when tempo or speed are decreased by large amounts. This difference in increasing vs. decreasing the time scale is actually reflected in the evaluation results (see Section 6). To summarize, if the same parameters are used for both reference and query quad grouping, and the time scale changes, it is very likely that no matching quads will be found in subsequent queries.

## 4.2. From Quads to Translation- and Scale-invariant Hashes

We now have created quads from spectral peaks in audio, but these quads are not the actual summarizing representation that we later use to find match candidates between a query audio and the reference database. That representation should be translation- and scale-invariant, and quickly retrievable. To achieve this, we compute *translation- and scale-invariant hashes* from the quads. For a given quad $(A, B, C, D)$, the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*



Figure 2: *Example of a quad hash computed from an arbitrary quad $A, B, C, D$.*

in the four points $A', B', C', D'$ such that $A' = (0, 0)$ and $B' = (1, 1)$, as shown in Figure 2. The actual continuous hash of the quad is now given by $C', D'$, and is stored as a four-dimensional point $(C'_x, C'_y, D'_x, D'_y)$ in a spatial data structure. Essentially, $C', D'$ are the relative distances of $C, D$ to $A, B$ in time and frequency, respectively. Thus, the hash $C', D'$ is not only translation invariant ($A'$ is always $(0, 0)$), but also scale invariant. A feature extraction example showing spectral peaks and resulting quads is shown in Figure 3



Figure 3: *Extracted spectral peaks and grouped quads on a 15 seconds excerpt of "Radiohead - Exit Music (For a Film)".*

### 4.3. Fingerprints: Storing Hashes for Efficient Recognition

Once peaks, quads and their hashes are computed, we store these in data structures that allow for efficient selection of match candidates and subsequent verification of match hypotheses from query audio. The reference data consist of four data structures:

- quadDB: A file that contains all reference quads (the original, *unnormalized* ones).

- fidindex: An index file that stores file-id, quad index range (into quadDB) and filename for each reference audio file.

- reftree: A spatial data structure containing all reference quad hashes.

- refpeaktrees: Two dimensional search trees for the spectral peaks that are extracted from reference audio files.

The quadDB is a binary file that stores the sequence of quads for all reference files, and the fidindex is an index file which maps each

reference file to a unique file-id and also stores the index range (i.e. startindex, number of quads in quadDB) for the sequence of quads that was extracted from the reference files. For the spatial data structure (reftree) we use an R-Tree [12] with an R* split-heuristic that stores all quad hashes, together with their positional index in the quadDB. The R-Tree enables us to add songs the reference database without the need of rebuilding the tree in order to maintain high query performance. In addition, the R-Tree is well suited for large out-of-memory databases.

The refpeaktrees are used for the verification of match candidates, which will be explained later.

### 4.4. Chosen Parameter Values

The specific set of parameter values that we chose for our implementation and that are used in the evaluation in Section 6, is as follows: The extraction of spectral peaks is performed with a max-filter width of 91 STFT-frames, and a filter height of 65 frequency bins. The min-filter, used to reject maxima that resulted from uniform magnitude regions, has a width of 3 STFT-frames and a height of 3 frequency bins. For reference quad grouping we choose the center of the grouping window $k$ to be four seconds from each root point $A$. The width $r$ of this region window for reference quad extraction is two seconds. We group $q = 2$ quads for each root point $A$ along with a group size of $n = 5$. This results in an average number of roughly 8.7 quads per second of audio. For query quad extraction we choose the same $k$ of four seconds, and a large grouping window width $r$ that spans 7.9 seconds. A number of up to $q = 500$ quads are extracted from a group size of $n = 8$.

## 5. RECOGNITION ALGORITHM

The method for identifying the correct reference recording, given a query audio excerpt, consists of several stages: the selection of match candidates, a filtering stage in which we try to discard false positive candidates, and a verification step adapted from the findings in [3]. After the verification stage we efficiently estimate a match sequence with the histogram binning approach that is used in algorithm [1]. In the following the selection of match candidates is explained.

### 5.1. Match Candidate Selection and Filtering

For each quad hash that was extracted from a query audio, an epsilon search in the reftree is performed. This lookup returns a set of raw match candidate indices: the indices of those quads in the quadDB whose quad-hashes are similar (identical up to epsilon: $B^q_x - \epsilon \le B^r_x \le B^q_x + \epsilon$ etc.) to the query quad-hashes. We call this the set of raw candidates, as it will most likely be a mixture of true positives and a (large) number of false positive matches. The raw candidates are used to obtain estimates of the time/frequency scale modification of the query audio, by looking at the different orientation of the original (non-normalized) quads corresponding to the query ($q$) and reference ($r$) hash, giving us the scaling factors for time and frequency:

$$s_{time} = (B^q_x - A^q_x)/(B^r_x - A^r_x) \tag{5}$$

$$s_{freq} = (B^q_y - A^q_y)/(B^r_y - A^r_y) \tag{6}$$

It makes sense to parametrize the system with scale tolerance bounds as, depending on the application, one might not be interested in trying to identify audio that is played at, e.g., half the speed or

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

double the tempo, or has undergone extreme pitch-shifting modifications. Such constrained tolerances considerably speed up the subsequent hypothesis testing by rejecting raw match candidates that lie outside the specified bounds.

Instead of directly starting with hypothesis tests on the raw candidate set we first apply filters in order to clean up the match candidates. This filtering process aims at discarding false positive matches while keeping a large number of true positives. In addition to the previously mentioned scale tolerances we perform a spectral coherence check, similar to the spatio-temporal coherence check described in [5]. Here we reject match candidate quads whose root point $A$ is far away in the frequency domain compared to root point $A$ of the query quad.

We now consult the fidindex to sort the remaining match candidates by file-id, and enter the verification step (Section 5.2) – those candidates that pass the following step are considered true matches and are passed to the match-sequence estimation.

## 5.2. Match Verification and Sequence Estimation

Match verification is performed once all match candidates for all query quads are collected and filtered as described above. Most likely, the remaining match candidates correspond to a large number of file-ids that are referenced in the database. Since our goal is to identify the correct file-id, we perform this stage of match candidate verification on a per-file-id basis. To do this we consult the fidindex file (cf. Section 4.3) and look up the file-ids for all match candidates, and sort the match candidates by file-id.

Verification is based on the insight that spectral peaks that are nearby a reference peak in the reference audio, should also be present in the query audio [3]. Naturally, depending on the audio compression, the amount of noise or other distortions, there might be a larger or smaller number of nearby peaks in the query. We define the nearby peaks as the set of $N$ peaks closest to the match candidate's root point $A$ (for some fixed $N$), and retrieve those by performing a k-nearest-neighbor search in the refpeak-trees (cf. Section 4.3) for the given file-id. We define a threshold $t_{min}$, the minimal number of nearby peaks that have to be present in the query in order to consider the candidate an actual match. Note that in order to find relevant nearby peaks in the query, we have to align the query- and reference-peaks by transforming the query peak locations according to the previously estimated time/frequency scale (cf. Section 5.1). The candidates that pass the verification step are considered true matches, and they are annotated with the number $v \leq N$ of correctly aligned spectral peaks, and the scale transformation estimates. This number $v$ will be used for an optimization described below.

After match candidates for a given file-id are verified, we try to find a sequence of matches for this file-id by processing the matches with a histogram method similar to the one used in the Shazam algorithm [1], with the difference that the query time (the time value of root point $A$ of each query quad in the sequence) is scaled according to the estimated time scale factor. Finally, the file-id for the largest histogram bin (the longest match sequence) is returned, together with the match position that is given by the minimal time value of the points in the histogram bin. We now know the reference file that identifies the query audio, the position of the query audio in the reference track, and the associated time/frequency scale modification estimates. Note that the reported scale transformation estimates are expected to be quite accurate, because with these estimates, for each "surviving" match

candidate at least $t_{min}$ nearby spectral query peaks could be correctly aligned to corresponding reference peaks during the verification phase. A lookup in the fidindex now gives us the filename of the reference audio as well as any kind of optional meta data.

To speed up the verification process, we define a threshold for the number of correctly aligned nearby peaks $t_v > t_{min}$. When the $v$ value of a match reaches or exceeds this threshold, we allow a so-called "early exit" for this file-id. Once all match candidates of an early exit file-id are verified, we directly enter the match sequence estimation for this file-id, without subsequent verification of any other file-id.

## 5.3. Runtime and Data Size Considerations

Our system operates on a number of data structures (cf. Section 4.3) that together constitute what we call the *reference database*; the largest components are the reftree and the refpeak trees.

The quadDB linearly stores binary records of quads. A quad consists of four two-dimensional discrete points (coordinates in the STFT spectrogram) and can be represented and stored as $8 * 32$bit integers, which amounts to 32 byte per quad. It is not necessary to keep this file in-memory, as the proposed method is designed to operate on big out-of-memory reference data.

There exists exactly one quad hash per quad. A quad hash is a continuous four-dimensional point that is stored as an array of four float32 values by the reftree. The actual number of quads in the quadDB depends on the filter size parameters of the spectral peak extraction and the quad grouping parameters. For an example reference database consisting of 20,000 full length songs we choose the parameters such that we create an average of approximately 8.74 quads per second of audio, with a median of $\approx 8.68$ and a standard deviation of $\sigma \approx 1.19$. The histogram of the number of quads per second is shown in Figure 4. This specific database consists of $\approx 4.29 * 10^7$ quads, or roughly 1.3GB. The reftree, a four-dimensional R-Tree, consumes approximately 4.8GB. To speed up the verification process we also store two dimensional trees of spectral peaks for each file-id, which consume roughly 3GB for 20,000 songs. We currently store the fidindex file as text, along with some meta data. In this example the size of the fidindex amounts to 2.3MB.



Figure 4: *Histogram of the average number of quads per second for all files in a reference database of 20,000 songs.*

Naturally, depending on application scenarios and hardware constraints, it is possible to trade runtime for storage space and vice versa. If minimal space consumption is of priority, one can pack the binary quad records of the quadDB to 16 bytes by exploiting the limited number of STFT frequency bins (i.e. 512), and storing the time values of points $B, C, D$ as offsets from point $A$. This saves 50% per quad, reducing the size of the quadDB file to $\approx 650$MB.

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

Regarding the runtime, using our unoptimized pure Python implementation of the method, feature extraction and quad creation for the database of $20,000$ songs took approximately $24h$ utilizing seven out of eight logical cores of an Intel Core i7 860 (2.8GHz) Processor.

The runtime for a query is made up of audio decoding, feature extraction, querying the database and filtering the results, match candidate verification and match sequence binning. For a query on a 15 seconds audio excerpt against a reference database of 1000 songs, this takes approximately 4 to 12 seconds. Here, half of the time is taken by the preprocessing (decoding, quad extraction).

Querying a larger database of $20,000$ songs takes considerably (though, of course, not proportionally) longer. The main reason is the higher number of match candidates that have to be processed. The same query excerpt as used above is processed in approximately $14$ to $60$ seconds. Here, at least half of the time is consumed by the reftree range queries. Again, this is based on an unoptimized, experimental Python implementation; there is ample room for improvement. Section 6.3 gives more detail.

## 6. EVALUATION

We systematically evaluate the performance of the system for different speed, tempo and noise modifications of 15 seconds query audio snippets. The reference database for the first experiment is constructed from $N = 1000$ full length songs in .mp3 format. To create test queries, we randomly choose 100 reference songs and subject these to different speed, tempo, and noise level modifications. We then randomly select a starting position for each selected song, and cut out 15 seconds from the audio, such that we end up with 100 $15sec$ audio queries. The evaluation considers speed and tempo ranges from 70% to 130% in steps of 5%. To evaluate the noise robustness of our system we mix each query snippet with white noise to create noisy audio in SNR level ranges from 0 dB to $+50$ dB in steps of 5 dB. Furthermore, we create all query audio snippets from .mp3 encoded data, and encode the modified snippets in the Ogg Vorbis format [13], using the default compression rate (cr $= 3$). We do this to show that the system is also robust to effects that result from a different lossy audio encoding. All modifications are realized with the free SoX audio toolkit [14]. The following terms are used in defining our performance measures: $tp$ (*true positives*) is the number of cases in which the correct reference is identified from the query. $fp$ (*false positives*) is the number of cases in which the system predicts the wrong reference. $fn$ (*false negatives*) is the number of cases in which the system fails to return a reference id at all.[3]

We define two performance measures: *Recognition Accuracy* is the proportion of queries whose reference is correctly identified:

$$\text{Accuracy} = \frac{tp}{tp + fp + fn} = \frac{tp}{N} \qquad (7)$$

*Precision* is the proportion of cases, out of all cases where the system claimed to have identified the reference, where its prediction is correct:

$$\text{Precision} = \frac{tp}{tp + fp} \qquad (8)$$

Thus, high precision means low number of false positives.

---

[3]There are no *true negatives* ($tn$) in our scenario (i.e., cases where the system correctly abstains from identifying a reference because there is no correct reference) because for all queries, the matching reference is guaranteed to be in the DB.

| Speed | db 1000 songs | | | | db 20,000 songs | | | |
|---|---|---|---|---|---|---|---|---|
| | tot. | tree | feat. | match | tot. | tree | feat. | match |
| 130% | 12 | 1 | 6 | 5 | 60 | 31 | 7 | 22 |
| 110% | 11 | 2 | 6 | 3 | 52 | 28 | 6 | 18 |
| 100% | 9 | 1 | 6 | 2 | 35 | 20 | 6 | 9 |
| 90% | 9 | 1 | 5 | 2 | 37 | 22 | 5 | 10 |
| 70% | 4 | 0 | 3 | 1 | 14 | 7 | 3 | 1 |

Table 1: Query runtimes in seconds. "tot." is the total time, "tree" is the time taken by tree intersection, "feat." is the feature extraction time for spectral peaks and quad grouping and "match" is the matching and verification time.

### 6.1. Detailed Results on Small Reference-DB ($1,000$ Songs)

Each data point in the visualisation shows one of the aforementioned quality measures for 100 queries. The overall system performance for speed, tempo, and SNR changes is shown in Figure 5. For this experiment a total of 5900 queries of length 15 seconds were run against the database consisting of thousand songs.

Figure 6 shows the performance for the tested SNR levels for speed and tempo modifications of 95% and 105%.

Concerning the noise robustness of the proposed method, the results show that a stable performance of $> 95\%$ for the tested quality measures is achieved for SNR levels down to +15dB. According to these results the proposed quad-based hashes seem to be sufficiently robust for queries of various noise levels that may be encountered in real application scenarios.

### 6.2. Extending the Reference-DB to $20,000$ Songs

In the previous experiment on a database of thousand songs we reach a very high precision. To further investigate the precision of our proposed algorithm we extend the reference database to 20,000 songs, and query the same audio excerpts that we created for the previous experiment, with the same modifications, against this large database. Figure 7 shows that the performance of our approach does not degrade even if there are many songs in the reference. Note that we parametrized our system to discard any match candidates if their transformation estimates are outside the scale tolerance bounds of $\pm 32\%$ for either frequency and time scale. The performance is comparable to that of the first experiment, resulting in more false positives only for the larger speed modifications. For tempo modifications the system gives basically the same performance as in the first experiment.

### 6.3. Runtimes

In Table 1 we give information about the runtimes observed in the two above experiments. We randomly pick one of the generated audio query excerpts, and compare the query runtime for the small and the large databases for different scale modifications. The increased runtime for faster speed and tempo is a result of the higher number of spectral peaks in the audio excerpt, for which a larger number of tree-intersections and raw match candidates have to be processed.

### 6.4. Comparison with Reference Method [2]

While it is not possible to directly compare our results to those of [2] (because we do not have access to their test data), from the published figures it seems fair to say that in terms of recognition

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*



(a) Speed variations          (b) Tempo variations          (c) SNR variations

Figure 5: *Precision and accuracy for speed (5a), tempo (5b) and SNR (5c) modifications, on a database of 1000 songs.*



(a) SNR variations for speed 95%          (b) SNR variations for speed 105%

(c) SNR variations for tempo 95%          (d) SNR variations for tempo 105%

Figure 6: *SNR variations for 95% and 105% speed and tempo on a database of 1000 songs.*



(a) Speed variations          (b) Tempo variations

Figure 7: *Precision and accuracy for speed (7a) and tempo modifications (7b) on a database of 20,000 songs.*

*Proc. of the 17th Int. Conference on Digital Audio Effects (DAFx-14), Erlangen, Germany, September 1-5, 2014*

accuracy and robustness, both approaches seem comparable, and both are at the upper end of what can be expected of an audio identification algorithm – for tempo and pitch distortion ranges that are larger than what we expect to encounter in real applications. It should be noted that the results reported in [2] are based on a small reference collection of approximately 250 songs only and that, unfortunately, no information is given about either the size of the resulting database, or about runtimes.

The advantage of our proposed method is its efficiency in terms of data size and fingerprint computation. In contrast to [2], where log-spaced filter banks have to be applied to the spectrogram in order to compute the time-chroma representation, the selection of spectral peaks for quad grouping is done directly on the STFT magnitude spectrogram of the audio, and the quads can be grouped in linear time. Our proposed method chooses spectral peaks that are local maxima of the magnitudes in the spectrogram, in contrast to the method of [2], where 600 DCT computations per second of audio have to be performed (similarity computations for 30 rectangular image patches for each of approximately 20 feature candidates per second) in order to find stable feature points. The hash representation we propose is very compact and can be stored as four float32 values, while the algorithm of [2] uses fingerprints that are represented by 143-dimensional vectors.

Our match candidates are retrieved via an efficient range search in a spatial data structure, for which we use an R-Tree. The distance of hashes is the euclidean distance between four-dimensional points, while the distance measure used in [2] is the measure of the angles of the 143-dimensional fingerprint vectors.

## 7. CONCLUSIONS

We have presented a new audio identification method that is highly robust to noise, tempo and pitch distortions, and verified its ability to achieve overall high performance on a medium-large database consisting of 20,000 songs. While there is a lot of potential for false positive matches in a database of this size (roughly 43 million quads) in combination with the rather large tolerated scaling ranges, the method's filtering stage and the subsequent verification process enable the system to maintain high precision and accuracy. The results show a stable high performance for a large range of scale changes, with as few as $\approx 9$ compact fingerprints per second of audio.

In preliminary experiments on DJ sets and media broadcast data we have not yet found any examples that exceeded 7% of speed or tempo scale modifications. We also assume that scale modification attacks against audio copy detection algorithms are usually done with very subtle scale changes, almost imperceptible to human ears. Our proposed algorithm achieves near perfect overall performance within scale modification ranges of 90% to 115% for speed, and 80% to 120% for tempo scale modifications.

## 8. ACKNOWLEDGMENTS

We would like to thank Rainer Kelz, Jan Schlüter and Harald Frostel for many intense and fruitful discussions. This research is supported by the Austrian Science Fund FWF under projects TRP307 and Z159.

## 9. REFERENCES

[1] A. Wang, "An industrial-strength audio search algorithm," in *Proc. Intl. Conf. on Music Information Retrieval*, 2003.

[2] M. Malekesmaeili and R. Ward, "A local fingerprinting approach for audio copy detection," *Signal Processing*, vol. 98, pp. 308–321, 2014.

[3] D. Lang, D. Hogg, K. Mierle, M. Blanton, and S. Roweis, "Astrometry.net: Blind astrometric calibration of arbitrary astronomical images," *The Astronomical Journal*, vol. 137, pp. 1782–2800, 2010.

[4] G. Evangelidis and C. Bauckhage, "Efficient and robust alignment of unsynchronized video sequences.," in *DAGM-Symposium*. 2011, vol. 6835 of *Lecture Notes in Computer Science*, pp. 286–295, Springer.

[5] G. Evangelidis and C. Bauckhage, "Efficient subframe video alignment using short descriptors.," *IEEE Trans. Pattern Anal. Mach. Intell.*, vol. 35, no. 10, pp. 2371–2386, 2013.

[6] J. Haitsma and T. Kalker, "A highly robust audio fingerprinting system," in *Proc. Intl. Conf. on Music Information Retrieval*, 2002.

[7] F. Kurth, T. Gehrmann, and M. Müller, "The cyclic beat spectrum: Tempo-related audio features for time-scale," in *Proc. Intl. Conf. on Music Information Retrieval*, Victoria (BC), Canada, October 8-12 2006.

[8] S. Baluja and M. Covell, "Waveprint: Efficient wavelet-based audio fingerprinting," *Pattern Recogn.*, vol. 41, no. 11, pp. 3467–3480, Nov. 2008.

[9] B. Zhu, W. Li, Z. Wang, and X. Xue, "A novel audio fingerprinting method robust to time scale modification and pitch shifting," in *Proc. Intl. Conf. on Multimedia*, New York, NY, USA, 2010, pp. 987–990, ACM.

[10] D. Lowe, "Distinctive image features from scale-invariant keypoints," *Int. J. Comput. Vision*, vol. 60, no. 2, pp. 91–110, Nov. 2004.

[11] J. Six and O. Cornelis, "A robust audio fingerprinter based on pitch class histograms: applications for ethnic music archives," in *Proc. Intl. Workshop of Folk Music Analysis*. 2012, p. 7, Ghent University, Department of Art, music and theatre sciences.

[12] A. Guttman, "R-trees: A dynamic index structure for spatial searching," *SIGMOD Rec.*, vol. 14, no. 2, pp. 47–57, June 1984.

[13] "Ogg Vorbis," Available at http://www.vorbis.com.

[14] "SoX - Sound eXchange," Available at http://sox.sourceforge.net/.

# EXHIBIT K

Case 1:22-cv-01344-UNA    Document 1-1    Filed 10/12/22    Page 154 of 298 PageID #: 178



ACRCloud

Home    Solutions    Industries    Login    English    Sign Up

# Live Channel Detection

Detecting Live Channels And Time-Shifting Channels In Scale

## Trusted by

     

## Detecting Live Channel

Find Out Which Channel Audiences Are Watching Or Listening To.



## Detecting Time-Shifting Content





ACRCloud stores the time-shifting content automatically, so when the audiences are watching the time-shifting content, you know exactly what they have watched.

## How It Works

ACRCloud collects the live feed from TV or radio stations in real-time and enables the channel to be detected at the exact point of broadcast from any of the user's mobile devices. With live content-generated audio fingerprints, supplementary information and interactive campaigns can be also triggered to appear on the viewer's second screen devices.



Technology In This Solution

## Audio Fingerprinting

Learn More

## Industries Who Use This Solution



Live Channel Detection - ACRCloud

### Broadcasters

TV & Radio Stations

Learn More →

### Advertising & Big Data

Big Data Platforms, Advertising Agencies

Learn More →



Contact    Press    Blog    Docs    Brand Guidelines    Terms of Use    Privacy Policy

Music Submission    京ICP备15035697号-1

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

# EXHIBIT L



**ACR**Cloud

Home    Solutions    Industries    Login    🇬🇧English    Sign Up

# Broadcast Monitoring

The API-First Broadcast Monitoring Services For Your Business

## Trusted by

     

## Music Monitoring

Monitor music airplay for radio stations or monitor background music for TV stations with one of the world's largest music fingerprinting databases. Get ISRC and UPC in the results, allowing ACRCloud to detect music even from TV stations with voiceovers.





## Advert Monitoring

Upload your own adverts or custom content to your private database, allowing ACRCloud to start tracking content on TV and radio stations automatically for you.



Get Started Monitoring A Station In Just 10 Minutes

Sign Up

## Broadcast Database

ACRCloud has over 50,000 global radio and TV stations indexed in its broadcast database. Simply select the stations you want to monitor.





## Monitor Your Own Streams

Add your own web stream URLs or internal streams to the system for monitoring. Take full control of the streams you want to monitor

Technology In This Solution

# Audio Fingerprinting

Learn More

## Cover Song Identification

Learn More

## The Most Advanced API Suite

ACRCloud provides an API suite that allows you to receive monitoring results in real-time and download historical results. The API suite also enables you to manage the stations you want to monitor, allowing you to easily build your own backend.





## Timemap & Recordings

Combining recording files with recognition results in one page, and listing the results in the visualized audio player, it's easy to see the results in the recording files. You can get the recordings via API and provide them to your users.

Sign Up

## Unidentified Content Filter (UCF)




UCF lists all of the repeated content on its dashboard and in its API. You can review the content, edit the metadata for each of the potential items and ingest them to the database, so they will be monitored automatically next time.





## Audio Classification

Audio Classification algorithm classifies each of the potential items as "Music" or "` Speech", helping you to review potential items quickly and efficiently.

## Industries Who Use This Solution



### PROs & Labels

Performance Rights Organizations, Copyright Societies, Publishers and Record Labels

Learn More →



### Broadcasters

TV & Radio Stations

Learn More →



### Advertising & Big Data

Big Data Platforms, Advertising Agencies

Learn More →



## What Customers Say



*"We are very impressed with ACRCloud's monitoring system and look forward to working closely with ACRCloud to increase our monitoring results."*

*Caren Lau*

General Manager - PPM

Contact     Press     Blog     Docs     Brand Guidelines     Terms of Use     Privacy Policy

Music Submission     京ICP备15035697号-1

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

# EXHIBIT M

**Claims 1, 2, 4, 5, 6, 8, 9, and 11-17 of U.S. Patent No. 7,783,889**

| Element of Claim 1 U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 1. A method for generating signatures implemented using an apparatus comprising a processor, the method comprising: | ACRCloud software performs audio content recognition (ACR).  (See *ACRCloud, Live Channel Detection*, https://www.acrcloud.com/live-channel-detection/ Complaint Ex. K; *ACRCloud*, *Advertising & Big Data*, https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)<br><br>ACRCloud's process and system for audio fingerprinting is at least generally set forth in "Quad-Based Audio Fingerprinting Robust to Time and Frequency Scaling," Proceedings of the 17th International Conference of Digital Audio Effects , Erlangen, Germany, Sept. 1-5, 2014 (hereinafter, the "Audio Fingerprinting Paper"), Complaint Ex. J.  (*See ACRCloud*, *Definition of Terms*,  https://docs.acrcloud.com/faq/definition-of-terms#terminology, Ex. I.). The Audio Fingerprinting Paper describes the generation of signatures.<br><br>The "acrcloud_extr_tool.create_fingerprint_by_filebuffer" algorithm ("ACRCloud FP Algorithm") is discussed below, based on an analysis of ACRCloud's Python SDK that is found on ACRCloud's website.  (*See* AcrPython.c ("ACRCloud Python Code") (attached hereto as Exhibit 1).)<br><br>The main function for the ACRCloud FP Algorithm—"create_fp"—is located at lines 1–49 of ACRCloud Python Code (Ex. 1).  It calls two subfunctions entitled gen_fp (ln. 32) and get_fp (ln. 36).  (*See* Ex. 1, lns. 129–139 (gen_fp function definition), lns. 782–835 (get_fp definition).) |
| (1.a.) obtaining a first frame of media samples; | The ACRCloud FP Algorithm obtains a first frame of media samples.<br><br>The "create_fp" function calls the "gen_fp" function at line 32 of ACRCloud Python Code (Ex. 1).  The "gen_fp" function is defined at lines 129–139.  It calls a function |

| Element of Claim 1 U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| | "spectrogram" at ln. 133.  The spectrogram function is defined at ACRCloud Python Code (Ex. 1) lns. 141–246.  The spectrogram function initializes a frame data buffer.  (Ex. 1, ln. 191.)  The size of the frame is 2048 samples, which, after treatment, are sent to a frame buffer.  (Ex. 1, lns. 183–2.) |
| (1.b.) identifying a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples; | ACRCloud's FP Algorithm identifies a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples.

ACRCloud's FP Algorithm performs a spectral transform operation on the first frame of samples via the spectrogram function discussed above.  The spectrogram function is called by the gen_fp function at line 133 of Ex. 1.  The spectrogram function calls function kffft at line 215 using the inputted frame of media samples as an input.  (Ex. 1, lns. 183–215.)  The kkfft function performs a Fast Fourier Transform on the inputs.  (Ex. 1, lns. 863–1076 (kkfft function definition).)  The resulting spectral powers and frequency components are passed to a buffer. |
| (1.c.) determining a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power; | ACRCloud's FP Algorithm determines a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power.

The gen_fp function calls the local_max function.  (Ex. 1, lns. 133, 273–504 (local_max definition).)  The local_max function calls the getRowMax function for the first frame of samples with a given window size.  (Ex. 1, lns. 382, 537–611) (getRowMax definition).)  The getRowMax function determines the first descriptor by comparing the first spectral power in the given sample to the second one: |

2

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| | ```
555    if ( a5 == a3 )
556    {
557      v14 = (a5 & 0x40000000) != 0;
558      v15 = 2 * a5;
559      v16 = -1082130432;
560      if ( !v14 )
561      {
562        v17 = *(float **)(a1 + 8LL * a2);
563        v16 = -1082130432;
564        v18 = (__int64)&v17[v15 + 1];
565        do
566        {
567          v19 = *v17++;
568          v16 = fmaxf(v19, *(float *)&v16);
569        }
570        while ( v17 != (float *)v18 );
571      }
572    *(_DWORD *)(*(_QWORD *)(a4 + 8LL * a2) + 4 * v5) = v16;
```<br><br>(Ex. 1, lns. 555–572.)  The local_max function stores the first descriptor into a buffer ("a1+56") along with its corresponding X and Y coordinates for the given window size.  (Ex. 1, lns. 399–454.) |
| (1.d.) generating a first signature based on the first descriptor; | ACRCloud's FP Algorithm generates a first signature based on the first descriptor.  The "gen_fp" function calls the function "nice_max" passing to it the buffer that contains the descriptors identified in the above element (along with their X-Y coordinates).  (Ex. 1, ln. 137.)  The function "nice_max" sorts the spectral peaks from smallest to largest.  (Ex. 1, lns. 666–781 ("nice_max" definition), lns. 707–724 (sorting of spectral peaks).)<br><br>Next, the nice_max function claims the first root point A for a quad and then determines all points (B, C, and D) for all quads for a root point A.  (Ex. 1, lns. 724–780.)  Those quads are then stored at buffer (a1 + 72). |
| (1.e.) identifying a second frame of media samples by extracting a common plurality of media samples from the first | ACRCloud's FP Algorithm identifies a second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending another plurality of media samples to the common plurality of media samples. |

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| frame of media samples and appending another plurality of media samples to the common plurality of media samples; | The second frame of media samples is extracted in the same manner as set forth above in element 1.a, which is incorporated by reference.  The spectrogram continues to cycle through sets of 2048 samples in this manner with an offset of 80 samples.  (Ex. 1, ln. 200.)  The frame after the first frame described above in element 1.a. (*i.e.*, "a second frame of media samples") has 1968 samples in common with first frame and 80 new samples. |
| (1.f.) identifying a third spectral power associated with a third frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples; | ACRCloud's FP Algorithm identifies a third spectral power associated with a third frequency component and a fourth spectral power associated with a fourth frequency component, wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples.<br><br>The ACRCloud Python Code confirms that the ACRCloud FP Algorithm performs a FFT and identifies the spectral powers associated with the various frequency components in the same manner described in element 1.b., which is incorporated by reference, but for the second frame of media samples identified in element 1.e. |
| (1.g.) determining a second descriptor based on a comparison of the third spectral power and the fourth spectral power; and | ACRCloud's FP Algorithm determines a second descriptor based on a comparison of the third spectral power and the fourth spectral power.<br><br>The discussion set forth above in element 1.c. discussing the first descriptor of the first frame is incorporated by reference, and the discussion is continued below for the second descriptor for the second frame:<br><br>After finding the first descriptor for the first frame of media samples discussed above in element 1.c. at lines 555–572, the function getRowMax determines the second descriptor by comparing the third and fourth spectral powers at Ex. 1, lines 575–609: |

| Element of Claim 1 U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|

```
577    v6 = *(_QWORD *)(a4 + 8LL * a2);
578    v7 = *(_QWORD *)(a1 + 8LL * a2);
579    v8 = *(float *)(v6 + 4LL * a3 - 4);
580    if ( v8 == *(float *)(v7 + 4LL * (a3 - 1 - a5)) )
581    {
582      LODWORD(v9) = a3 - a5;
583      v10 = a3 + a5;
584      if ( (int)v9 > v10 )
585      {
586        v8 = -1.0;
587      }
588      else
589      {
590        v9 = (int)v9;
591        v8 = -1.0;
592        do
593        {
594          v11 = *(float *)(v7 + 4 * v9++);
595          v8 = fmaxf(v11, v8);
596        }
597        while ( v10 >= (int)v9 );
598      }
599      goto LABEL_6;
600    }
601    v13 = *(float *)(v7 + 4LL * (a3 + a5));
602    if ( v8 >= v13 )
603    {
604  LABEL_6:
605      *(float *)(v6 + 4LL * a3) = v8;
606      return 1LL;
607    }
608    *(float *)(v6 + 4LL * a3) = v13;

609    return 1LL;
```

The local_max function stores this second descriptor into a buffer along with its X and Y coordinates.  (Ex. 1, lns. 446–454.)

| Element of Claim 1<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| (1.h.) generating a second signature based on the second descriptor. | According to ACRCloud Python Code, the second signature is generated from the second descriptor in the same manner as the first signature was generated in element 1.d., which is incorporated by reference.  The "gen_fp" function calls the function "nice_max" passing to it the buffer that contains the descriptors identified in element 1.c. (along with their X-Y coordinates).  (Ex. 1, ln. 137.)  The function "nice_max" sorts the spectral peaks from smallest to largest.  (Ex. 1, lns. 666–781 ("nice_max" definition), lns. 707–724 (sorting of spectral peaks).)<br><br>Next, the nice_max function claims the first root point A for a quad and then determines all points (B, C, and D) for all quads for a root point A.  (Ex. 1, lns. 724–780.)  Those quads are then stored at buffer (a1 + 72). |

| Element of Claim 2<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 2. A method as defined in claim 1, further comprising identifying media information based on the first signature. | *See* discussion above for claim 1, which is incorporated by reference.  The ACRCloud FP Algorithm identifies the media information that is captured by the device microphone. |

| Element of Claim 4<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 4. A method as defined in claim 2, wherein the media information is associated with at least one of audio information or video information. | *See* discussions above for claims 1 and 2, which are incorporated by reference.  Further, as set forth above in the discussion in the preamble of claim 1, the media information is associated with both audio and video information.  Audio information is the information that is captured by the microphone and subjected to the algorithm set forth above.  The media information is also associated with video information because the audio track of video being displayed on the television screen is captured. |

| Element of Claim 5<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 5. A method as defined in claim 1, wherein the first descriptor is associated with only the first frame of media samples. | *See* discussion above for claim 1, which is incorporated by reference.  As described above for element 1.c., the first descriptor is stored in a buffer along with its X and Y coordinates relative to the sample frame.  (Ex. 1, lns. 399–454.)  This is particularly seen in Ex. 1, lines 451–453, where v29 is the actual determined peak, v27 is the X coordinate index, and v28 is the Y coordinate index. |

| Element of Claim 6<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 6. A method as defined in claim 1, wherein the second descriptor is of the second frame of media samples. | *See* discussion above for claim 1, which is incorporated by reference. A s described above for element 1.g., the second descriptor is the first identified peak (of the second frame) and is stored in a buffer along with its X and Y coordinates relative to the sample frame.  The second descriptor will be organized in the same manner as the first descriptor by local_max at lines 451–453 where v29 is the actual determined peak, v27 is the X coordinate index, and v28 is the Y coordinate index. |

| Element of Claim 8<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 8. An apparatus for generating signatures, comprising:<br><br>a processor system including a memory; and<br><br>instructions stored in the memory that enable the processor system to: | ACRCloud software performs audio content recognition (ACR).  (*See ACRCloud*, *Live Channel Detection*, https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; *ACRCloud, Advertising & Big Data*, https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)<br><br>ACRCloud uses the processors, servers and databases associated with the Amazon Web Services ("AWS") to provide their audio recognition platform.  (*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.)<br><br>ACRCloud's process and system for audio fingerprinting is at least generally set forth in the Audio Fingerprinting Paper.  (Audio Fingerprinting Paper, Complaint Ex. J; *See ACRCLoud*, *Definition of Terms*, https://docs.acrcloud.com/faq/definition-of-terms#terminology, Complaint Ex. I).  The Audio Fingerprinting Paper describes the generation of signatures. |
| obtain a first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples; | *See* discussion above for elements 1.a. and 1.e, which are incorporated by reference. |
| identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral | *See* discussion above for element 1.b., which is incorporated by reference. |

| | |
|---|---|
| transform operation on the first frame of media samples; | |
| identify a third spectral power and a fourth spectral power; | *See* discussion above for element 1.f., which is incorporated by reference. |
| determine a first descriptor of the first frame of media samples based on a comparison of the first spectral power and the second spectral power; | *See* discussion above for element 1.c., which is incorporated by reference. |
| determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and | *See* discussion above for element 1.g., which is incorporated by reference. |
| generate a first signature based on the first descriptor and a second signature based on the second descriptor. | *See* discussion above for elements 1.d. and 1.h., which are incorporated by reference. |

| Element of Claim 9 U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 9. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor system to identify media information based on the first signature. | *See* discussions above for claims 1, 2, and 8, which are incorporated by reference. |

| Element of Claim 11<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 11. An apparatus as defined in claim 8, wherein the first descriptor is associated with only the first frame of media samples. | *See* discussions above for claims 1, 4, and 8, which are incorporated by reference. |

| Element of Claim 12<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 12. An apparatus as defined in claim 8, wherein the instructions stored in the memory enable the processor system to:<br><br>obtain a first plurality of media samples; and identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples. | *See* discussions above for claims 1 and 8, which are incorporated by reference.<br><br>*See also* discussions above for elements 1.a. and 1.e., which are incorporated by reference. |

| Element of Claim 13<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 13. An apparatus as defined in claim 8, wherein the third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples. | *See* discussions above for claims 1 and 8, which are incorporated by reference. *See also* discussion above for element 1.f., which is also incorporated by reference. |

| Element of Claim 14<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 14. A tangible machine accessible medium having instructions stored thereon that, when executed, cause a machine to: | *See* discussions above in preamble of element 1 and element 8.a.1, which are incorporated by reference. |
| obtain a first frame first and second frames of media samples, the first and second frames of media samples consecutively located in an audio stream, a portion of the first frame of media samples overlapping with a portion of the second frame of media samples; | *See* discussions above for elements 1.a., 1.e, and 8.b., which are incorporated by reference. |
| identify a first frequency component having a first spectral power and a second frequency component having a second spectral power by performing a spectral transform operation on the first frame of media samples; | *See* discussions above for elements 1.b. and 8.c., which are incorporated by reference. |
| identify a third spectral power and a fourth spectral power; | *See* discussions above for element 1.f. and 8.d., which are incorporated by reference. |
| determine a first descriptor of the first frame of media samples based on a comparison of the first spectral | *See* discussions above for element 1.c. and 8.e., which are incorporated by reference. |

| | |
|---|---|
| power and the second spectral power; | |
| determine a second descriptor of the second frame of media samples based on a comparison of the third spectral power and the fourth spectral power; and | *See* discussions above for element 1.g. and 8.f., which are incorporated by reference. |
| generate a first signature based on the first descriptor and a second signature based on the second descriptor. | *See* discussions above for elements 1.d., 1.h., and 8.g., which are incorporated by reference. |

| Element of Claim 15<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 15. A tangible machine accessible medium as defined in claim 14, wherein the first descriptor is associated with only the first frame of media samples. | *See* discussions above for claims 1, 4, 8, 11, and 14, which are incorporated by reference. |

| Element of Claim 16<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 16. A tangible machine accessible medium as defined in claim 14 having instructions stored thereon that, when executed, cause the machine to:<br><br>obtain a first plurality of media samples; and identify the second frame of media samples by extracting a common plurality of media samples from the first frame of media samples and appending the first plurality of media samples to the common plurality of media samples, the common plurality of media samples including the overlapping portions of the first and second frames of media samples. | *See* discussions above for claims 1, 8, 12, and 14, which are incorporated by reference.<br><br>*See also* discussions above for elements 1.a. and 1.e., which are incorporated by reference. |

| Element of Claim 17<br>U.S. Patent No. 7,783,889 | ACRCloud |
|---|---|
| 17. A tangible machine accessible medium as defined in claim 14, wherein third spectral power is associated with a third frequency component and the fourth spectral power is associated with a fourth frequency component, and wherein the third frequency component and the fourth frequency component are associated with performing the spectral transform operation on the second frame of media samples. | *See* discussions above for claims 1, 8, 13, and 14, which are incorporated by reference. *See also* discussion above for element 1.f., which is also incorporated by reference. |

# CLAIM CHART

# EXHIBIT 1

```
1   _QWORD *__fastcall create_fp(__int64 a1, __int64 a2)
2   {
3     int v2; // r9d
4     __int64 afp_session; // rbx
5     __int64 v4; // rbp
6     _QWORD *result; // rax
7     __int64 v6; // [rsp+28h] [rbp-60h]
8     char v7; // [rsp+37h] [rbp-51h] BYREF
9     int v8; // [rsp+38h] [rbp-50h] BYREF
10    unsigned int v9; // [rsp+3Ch] [rbp-4Ch] BYREF
11    __int64 src; // [rsp+40h] [rbp-48h] BYREF
12    char *v11; // [rsp+48h] [rbp-40h] BYREF
13    __int64 v12; // [rsp+50h] [rbp-38h]
14    __int64 v13; // [rsp+58h] [rbp-30h]
15    int v14; // [rsp+60h] [rbp-28h]
16    unsigned __int64 v15; // [rsp+68h] [rbp-20h]
17
18    v15 = __readfsqword(0x28u);
19    src = 0LL;
20    v8 = 0;
21    v7 = 0;
22    if ( (unsigned int)PyArg_ParseTuple(a2, "s#b", &src, &v8, &v7) && src && v8 )
23    {
24      v12 = 0x1000200020002LL;
25      LODWORD(v13) = 839393280;
26      WORD2(v13) = 257;
27      v14 = 0;
28      if ( v7 )
29        BYTE4(v13) = 0;
30      afp_session = create_afp_session(src, v8 / 2, 2, 2, 1, v2, v12, v13, v14);
31      v4 = PyEval_SaveThread();
32      gen_fp(afp_session);
33      PyEval_RestoreThread(v4);
34      v9 = 0;
35      v11 = "";
36      get_fp(afp_session, &v11, &v9);
37      v6 = Py_BuildValue("s#", v11, v9);
38      destroy_afp_session(afp_session);
39      result = (_QWORD *)v6;
40    }
41    else
42    {
43      result = &Py_NoneStruct;
44      ++Py_NoneStruct;
45    }
46    if ( __readfsqword(0x28u) != v15 )
47      return (_QWORD *)init_acr_context();
48    return result;
49  }
50
51  // attributes: thunk
52  __int64 __fastcall PyArg_ParseTuple(__int64 a1, __int64 a2, __int64 a3, __int64 a4, __int64 a5)
53  {
54    return __imp_PyArg_ParseTuple(a1, a2, a3, a4, a5);
55  }
56
57  _DWORD *__fastcall create_afp_session(
58  ,           void *src,
59  ,           int a2,
60  ,           __int64 a3,
61  ,           __int64 a4,
62  ,           __int64 a5,
63  ,           __int64 a6,
64  ,           __int64 a7,
65  ,           __int64 a8,
66  ,           int a9)
67  {
68    _DWORD *v9; // rbx
69    void *v10; // rax
70    _DWORD *v12; // rdi
71
72    v9 = calloc(0x70uLL, 1uLL);
73    if ( v9 )
74    {
75      v9[3] = 8000;
76      *((_QWORD *)v9 + 11) = a7;
```

```
 77       *((_QWORD *)v9 + 12) = a8;
 78       v9[26] = a9;
 79       *((_WORD *)v9 + 8) = 1;
 80       v10 = malloc(2LL * a2);
 81       *(_QWORD *)v9 = v10;
 82       if ( v10 )
 83       {
 84         memcpy(v10, src, 2LL * a2);
 85         v9[2] = a2;
 86       }
 87       else
 88       {
 89         v12 = v9;
 90         v9 = 0LL;
 91         destroy_afp_session(v12);
 92       }
 93     }
 94     return v9;
 95   }
 96
 97   void __fastcall destroy_afp_session(void **ptr)
 98   {
 99     void *v2; // rdi
100     void *v3; // rdi
101     void *v4; // rdi
102     void *v5; // rdi
103     void *v6; // rdi
104
105     v2 = *ptr;
106     if ( v2 )
107       free(v2);
108     v3 = ptr[7];
109     if ( v3 )
110       free(v3);
111     v4 = ptr[9];
112     if ( v4 )
113       free(v4);
114     v5 = ptr[5];
115     if ( v5 )
116       free(v5);
117     v6 = ptr[3];
118     if ( v6 )
119       FreeDim2Array(v6);
120     free(ptr);
121   }
122
123   // attributes: thunk
124   __int64 PyEval_SaveThread(void)
125   {
126     return __imp_PyEval_SaveThread();
127   }
128
129   _BOOL8 __fastcall gen_fp(__int64 a1)
130   {
131     _BOOL8 result; // rax
132
133     if ( !(unsigned __int8)spectrogram() || !(unsigned __int8)local_max(a1) )
134       return 0LL;
135     result = 1LL;
136     if ( !*(_BYTE *)(a1 + 101) )
137       return (unsigned __int8)nice_max(a1) != 0;
138     return result;
139   }
140
141   __int64 __fastcall spectrogram(__int64 a1)
142   {
143     unsigned int v1; // ebx
144     int v2; // eax
145     __int64 result; // rax
146     __int64 v4; // r14
147     __int64 v5; // rdi
148     int v6; // edx
149     __int64 v7; // r12
150     int i; // r13d
151     __int64 v9; // rcx
152     __int64 v10; // rdi
```

```
153    __int64 v11; // rax
154    __int64 v12; // rsi
155    __int64 v13; // rdi
156    __int64 v14; // rsi
157    __int64 j; // rax
158    __int64 v16; // rbp
159    int v17; // ebx
160    float *v18; // r15
161    double v19; // xmm0_8
162    float v20; // xmm5_4
163    double v21; // [rsp+8h] [rbp-80h]
164    __int64 v22; // [rsp+10h] [rbp-78h] BYREF
165    __int64 v23; // [rsp+18h] [rbp-70h] BYREF
166    __int64 v24; // [rsp+20h] [rbp-68h] BYREF
167    __int64 v25; // [rsp+28h] [rbp-60h] BYREF
168    __int64 v26; // [rsp+30h] [rbp-58h] BYREF
169    __int64 v27; // [rsp+38h] [rbp-50h] BYREF
170    __int64 v28; // [rsp+40h] [rbp-48h] BYREF
171    unsigned __int64 v29; // [rsp+48h] [rbp-40h]
172
173    v1 = 0;
174    v29 = __readfsqword(0x28u);
175    v2 = *(_DWORD *)(a1 + 8);
176    v22 = 0LL;
177    v23 = 0LL;
178    v24 = 0LL;
179    v25 = 0LL;
180    v26 = 0LL;
181    v27 = 0LL;
182    v28 = 0LL;
183    if ( (double)v2 >= 8000.0 )
184    {
185      v4 = a1;
186      v5 = a1 + 24;
187      v6 = (v2 - 2048) / 160 + 1;
188      *(_DWORD *)(v5 + 8) = v6;
189      if ( (unsigned __int8)InitDim2Array((_QWORD *)v5, 1025, v6, 4)
190        && (unsigned __int8)InitHamming(&v28)
191        && (unsigned __int8)InitFrameData(&v23, &v24, &v22)
192        && (unsigned __int8)InitFFTData_localalias_0(&v25, &v26, &v27) )
193      {
194        v7 = 0LL;
195        for ( i = 0; *(_DWORD *)(v4 + 32) > i; v7 += 4LL )
196        {
197          v9 = v22;
198          v10 = v28;
199          v11 = 0LL;
200          v12 = *(_QWORD *)v4 + 80 * v7;
201          do
202          {
203            *(float *)(v9 + 4 * v11) = (float)*(__int16 *)(v12 + 2 * v11) * *(float *)(v10 + 4 * v11);
204            ++v11;
205          }
206          while ( v11 != 2048 );
207          v13 = v23;
208          v14 = v24;
209          for ( j = 0LL; j != 0x2000; j += 4LL )
210          {
211            *(_DWORD *)(v13 + j) = *(_DWORD *)(v9 + j);
212            *(_DWORD *)(v14 + j) = 0;
213          }
214          v16 = 0LL;
215          kkfft(v13, v14, 2048, 11, v25, v26, v27, 0, 1);
216          do
217          {
218            v17 = v16;
219            v18 = (float *)(*(_QWORD *)(*(_QWORD *)(v4 + 24) + 8 * v16) + v7);
220            v19 = *(float *)(v27 + 4 * v16);
221            v21 = sqrt(v19);
222            if ( v19 < 0.0 )
223              sqrt(v19);
224            ++v16;
225            v20 = log10((double)v17 * 0.0009765625 * 4000.0 / 700.0 + 1.0) * v21;
226            *v18 = v20;
227          }
228          while ( v16 != 1025 );
```

```
229              ++i;
230            }
231            v1 = 1;
232          }
233          else
234          {
235            v1 = 0;
236          }
237          FreeHamming(v28);
238          FreeFrameData(v23, v24, v22);
239          a1 = v25;
240          FreeFFTData_localalias_1(v25, v26, v27);
241        }
242        result = v1;
243        if ( __readfsqword(0x28u) != v29 )
244          return gen_fp(a1);
245        return result;
246      }
247
248      __int64 __fastcall FreeHamming(void *a1)
249      {
250        if ( !a1 )
251          return 0LL;
252        free(a1);
253        return 1LL;
254      }
255
256      // attributes: thunk
257      __int64 __fastcall FreeFrameData(__int64 a1, __int64 a2, __int64 a3)
258      {
259        return FreeFFTData_localalias_1(a1, a2, a3);
260      }
261
262      __int64 __fastcall FreeFFTData_localalias_1(void *a1, void *a2, void *a3)
263      {
264        if ( a1 )
265          free(a1);
266        if ( a2 )
267          free(a2);
268        if ( a3 )
269          free(a3);
270        return 1LL;
271      }
272
273      __int64 __fastcall local_max(__int64 a1)
274      {
275        int v2; // ebx
276        int v3; // eax
277        unsigned int inited; // ebx
278        int v5; // r10d
279        int v6; // esi
280        int v7; // edi
281        _QWORD *v8; // r11
282        int v9; // edx
283        __int64 v10; // rcx
284        int i; // eax
285        int v12; // eax
286        int v13; // ebp
287        int v14; // esi
288        char v15; // r8
289        int v16; // edx
290        int v17; // ebx
291        int v18; // edx
292        int v19; // r9d
293        int v20; // r10d
294        char v21; // cl
295        _QWORD *v22; // r8
296        int v23; // esi
297        int v24; // eax
298        size_t v25; // rdi
299        __int64 result; // rax
300        int v27; // r13d
301        int v28; // r14d
302        float v29; // xmm1_4
303        int v30; // edx
304        int v31; // eax
```

```
305    char *v32; // rax
306    char *v33; // rax
307    void *v34; // rdi
308    double v35; // xmm0_8
309    void *v36; // rax
310    int v37; // [rsp+10h] [rbp-48h] BYREF
311    int v38; // [rsp+14h] [rbp-44h] BYREF
312    void *ptr; // [rsp+18h] [rbp-40h] BYREF
313    void *v40; // [rsp+20h] [rbp-38h] BYREF
314    unsigned __int64 v41; // [rsp+28h] [rbp-30h]
315
316    v41 = __readfsqword(0x28u);
317    if ( *(_QWORD *)(a1 + 56) )
318    {
319      v2 = *(_DWORD *)(a1 + 32);
320    }
321    else
322    {
323      v2 = *(_DWORD *)(a1 + 32);
324      *(_DWORD *)(a1 + 68) = 0;
325      *(_DWORD *)(a1 + 64) = 30 * v2;
326      v25 = 360LL * v2;
327      v36 = malloc(v25);
328      *(_QWORD *)(a1 + 56) = v36;
329      if ( !v36 )
330      {
331        inited = 0;
332        goto LABEL_28;
333      }
334    }
335    v3 = *(unsigned __int8 *)(a1 + 98);
336    ptr = 0LL;
337    inited = InitDim2Array(&ptr, 2 * (unsigned int)*(unsigned __int8 *)(a1 + 97) + 1025, v2 + 2 * v3, 4);
338    if ( (_BYTE)inited )
339    {
340      v5 = *(unsigned __int8 *)(a1 + 98);
341      v6 = 0;
342      v7 = *(unsigned __int8 *)(a1 + 97);
343      v8 = ptr;
344      v9 = *(_DWORD *)(a1 + 32) + 2 * v5;
345      do
346      {
347        if ( v9 > 0 )
348        {
349          v10 = 0LL;
350          for ( i = 0; i != v9; ++i )
351          {
352            if ( v7 <= v6 && v7 + 1024 >= v6 && i >= v5 && v9 - v5 > i )
353              *(_DWORD *)(*v8 + v10) = *(_DWORD *)(*(_QWORD *)(*(_QWORD *)(a1 + 24) + 8LL * (v6 - v7)) + 4LL * (i - v5));
354            v10 += 4LL;
355          }
356        }
357        ++v6;
358        ++v8;
359      }
360      while ( v6 != 2 * v7 + 1025 );
361      v40 = 0LL;
362      inited = InitDim2Array(&v40, v6, v9, 4);
363      if ( (_BYTE)inited )
364      {
365        v12 = *(unsigned __int8 *)(a1 + 98);
366        v13 = *(unsigned __int8 *)(a1 + 97);
367        v14 = *(_DWORD *)(a1 + 32);
368        v15 = *(_BYTE *)(a1 + 98);
369        do
370        {
371          v16 = v12 + v14;
372          v17 = v12;
373          if ( v12 >= v12 + v14 )
374          {
375            v19 = v12;
376          }
377          else
378          {
379            do
380            {
```

```
381          v18 = v17++;
382          getRowMax((__int64)ptr, v13, v18, (__int64)v40, v15);
383          v12 = *(unsigned __int8 *)(a1 + 98);
384          v14 = *(_DWORD *)(a1 + 32);
385          v16 = v14 + v12;
386          v15 = *(_BYTE *)(a1 + 98);
387          v19 = v12;
388        }
389        while ( v14 + v12 > v17 );
390      }
391      v20 = *(unsigned __int8 *)(a1 + 97);
392      ++v13;
393      v21 = *(_BYTE *)(a1 + 97);
394    }
395    while ( v20 + 1024 >= v13 );
396    v38 = 0;
397    v37 = v12;
398    v22 = ptr;
399    if ( v12 < v16 )
400    {
401      while ( 2 )
402      {
403        v23 = v20;
404        v38 = v20;
405        while ( v20 + 1024 >= v23 )
406        {
407          while ( *(float *)(*((_QWORD *)v40 + v23) + 4LL * v19) != *(float *)(v22[v23] + 4LL * v19) )
408          {
409            v38 = ++v23;
410            if ( v20 + 1024 < v23 )
411              goto LABEL_24;
412          }
413          if ( (unsigned __int8)isListMax(v40, &v38, &v37, (unsigned int)v21) )
414          {
415            v20 = *(unsigned __int8 *)(a1 + 97);
416            v23 = v38;
417            v19 = v37;
418            v21 = *(_BYTE *)(a1 + 97);
419            v27 = v38 - 2 * v20 - 1;
420            v28 = v37 - *(unsigned __int8 *)(a1 + 98);
421            v29 = *(float *)(*(_QWORD *)(*(_QWORD *)(a1 + 24) + 8LL * v27) + 4LL * v28);
422            if ( v29 > (float)*(int *)(a1 + 104) )
423            {
424              v30 = *(_DWORD *)(a1 + 68);
425              v31 = *(_DWORD *)(a1 + 64);
426              if ( v30 >= v31 )
427              {
428                v34 = *(void **)(a1 + 56);
429                v35 = (double)v31 * 1.3;
430                *(_DWORD *)(a1 + 64) = (int)v35;
431                v32 = (char *)realloc(v34, 12LL * (int)v35);
432                *(_QWORD *)(a1 + 56) = v32;
433                if ( !v32 )
434                {
435                  inited = 0;
436                  fwrite("realloc error\n", 1uLL, 0xEuLL, stderr);
437                  v22 = ptr;
438                  goto LABEL_27;
439                }
440                v20 = *(unsigned __int8 *)(a1 + 97);
441                v30 = *(_DWORD *)(a1 + 68);
442                v23 = v38;
443                v19 = v37;
444                v21 = *(_BYTE *)(a1 + 97);
445              }
446              else
447              {
448                v32 = *(char **)(a1 + 56);
449              }
450              v33 = &v32[12 * v30];
451              *(_DWORD *)v33 = v27;
452              *((_DWORD *)v33 + 1) = v28;
453              *((float *)v33 + 2) = v29;
454              *(_DWORD *)(a1 + 68) = v30 + 1;
455            }
456            v22 = ptr;
```

```
457              }
458            else
459            {
460              v20 = *(unsigned __int8 *)(a1 + 97);
461              v23 = v38;
462              v19 = v37;
463              v22 = ptr;
464              v21 = *(_BYTE *)(a1 + 97);
465            }
466          }
467 LABEL_24:
468          ++v19;
469          v24 = *(_DWORD *)(a1 + 32) + *(unsigned __int8 *)(a1 + 98);
470          v37 = v19;
471          if ( v24 > v19 )
472            continue;
473          break;
474        }
475      }
476      inited = 1;
477      if ( *(int *)(a1 + 68) <= 21 )
478      {
479        *(_DWORD *)(a1 + 68) = 0;
480        inited = 0;
481      }
482 LABEL_27:
483      FreeDim2Array(v22);
484      v25 = (size_t)v40;
485      FreeDim2Array(v40);
486    }
487    else
488    {
489      fwrite("InitDim2Array error\n", 1uLL, 0x14uLL, stderr);
490      v25 = (size_t)ptr;
491      FreeDim2Array(ptr);
492    }
493  }
494  else
495  {
496    v25 = (size_t)"InitDim2Array error\n";
497    fwrite("InitDim2Array error\n", 1uLL, 0x14uLL, stderr);
498  }
499 LABEL_28:
500  result = inited;
501  if ( __readfsqword(0x28u) != v41 )
502    return nice_max(v25);
503  return result;
504 }
505
506 __int64 __fastcall InitDim2Array(_QWORD *a1, int a2, int a3, int a4)
507 {
508  _QWORD *v6; // rax
509  _QWORD *v7; // rbx
510  __int64 v8; // r12
511  size_t v9; // rbp
512  void *v10; // rax
513
514  v6 = malloc(8LL * a2);
515  if ( !v6 )
516    return 0LL;
517  *a1 = v6;
518  if ( a2 > 0 )
519  {
520    v7 = v6;
521    v8 = (__int64)&v6[(unsigned int)(a2 - 1) + 1];
522    v9 = a3 * a4;
523    while ( 1 )
524    {
525      v10 = calloc(v9, 1uLL);
526      *v7 = v10;
527      if ( !v10 )
528        break;
529      if ( ++v7 == (_QWORD *)v8 )
530        return 1LL;
531    }
532    return 0LL;
```

```
533       }
534       return 1LL;
535   }
536
537   __int64 __fastcall getRowMax(__int64 a1, int a2, int a3, __int64 a4, char a5)
538   {
539       __int64 v5; // r9
540       __int64 v6; // r9
541       __int64 v7; // rcx
542       float v8; // xmm0_4
543       __int64 v9; // rax
544       int v10; // r8d
545       float v11; // xmm1_4
546       float v13; // xmm1_4
547       bool v14; // sf
548       int v15; // r8d
549       int v16; // xmm0_4
550       float *v17; // rax
551       __int64 v18; // rdx
552       float v19; // xmm1_4
553
554       v5 = a5;
555       if ( a5 == a3 )
556       {
557           v14 = (a5 & 0x40000000) != 0;
558           v15 = 2 * a5;
559           v16 = -1082130432;
560           if ( !v14 )
561           {
562               v17 = *(float **)(a1 + 8LL * a2);
563               v16 = -1082130432;
564               v18 = (__int64)&v17[v15 + 1];
565               do
566               {
567                   v19 = *v17++;
568                   v16 = fmaxf(v19, *(float *)&v16);
569               }
570               while ( v17 != (float *)v18 );
571           }
572           *(_DWORD *)(*(_QWORD *)(a4 + 8LL * a2) + 4 * v5) = v16;
573           return 1LL;
574       }
575       else
576       {
577           v6 = *(_QWORD *)(a4 + 8LL * a2);
578           v7 = *(_QWORD *)(a1 + 8LL * a2);
579           v8 = *(float *)(v6 + 4LL * a3 - 4);
580           if ( v8 == *(float *)(v7 + 4LL * (a3 - 1 - a5)) )
581           {
582               LODWORD(v9) = a3 - a5;
583               v10 = a3 + a5;
584               if ( (int)v9 > v10 )
585               {
586                   v8 = -1.0;
587               }
588               else
589               {
590                   v9 = (int)v9;
591                   v8 = -1.0;
592                   do
593                   {
594                       v11 = *(float *)(v7 + 4 * v9++);
595                       v8 = fmaxf(v11, v8);
596                   }
597                   while ( v10 >= (int)v9 );
598               }
599               goto LABEL_6;
600           }
601           v13 = *(float *)(v7 + 4LL * (a3 + a5));
602           if ( v8 >= v13 )
603           {
604   LABEL_6:
605               *(float *)(v6 + 4LL * a3) = v8;
606               return 1LL;
607           }
608           *(float *)(v6 + 4LL * a3) = v13;
```

```
609        return 1LL;
610      }
611    }
612
613    __int64 __fastcall isListMax(__int64 a1, int *a2, int *a3, char a4)
614    {
615      int v4; // r10d
616      int v5; // r9d
617      float v6; // xmm1_4
618      __int64 v7; // rax
619      int v8; // ecx
620      __int64 v9; // r8
621      __int64 v10; // rdx
622      __int64 result; // rax
623
624      v4 = *a2;
625      v5 = 0;
626      v6 = -1.0;
627      LODWORD(v7) = *a2 - a4;
628      v8 = *a2 + a4;
629      v9 = 4LL * *a3;
630      if ( (int)v7 <= v8 )
631      {
632        v7 = (int)v7;
633        v5 = 0;
634        v6 = -1.0;
635        do
636        {
637          v10 = *(_QWORD *)(a1 + 8 * v7);
638          if ( *(float *)(v10 + v9) > v6 )
639          {
640            v6 = *(float *)(v10 + v9);
641            v5 = v7;
642          }
643          ++v7;
644        }
645        while ( v8 >= (int)v7 );
646      }
647      if ( v6 == *(float *)(*(_QWORD *)(a1 + 8LL * v4) + v9) )
648      {
649        result = 1LL;
650        *a2 = v8 + 1;
651      }
652      else if ( v4 > v5 )
653      {
654        result = 0LL;
655        *a2 = v4 + 1;
656      }
657      else
658      {
659        result = 0LL;
660        if ( v4 < v5 )
661          *a2 = v5;
662      }
663      return result;
664    }
665
666    __int64 __fastcall nice_max(__int64 a1)
667    {
668      __int64 v2; // rax
669      __int64 v3; // rbp
670      __int64 v4; // rax
671      unsigned int v5; // ecx
672      int v6; // edx
673      char *v7; // rdi
674      _QWORD *v8; // r10
675      int *v9; // r9
676      int v10; // r11d
677      unsigned int v11; // ecx
678      __int64 v12; // rax
679      _DWORD *v13; // r12
680      float v14; // xmm0_4
681      __int64 result; // rax
682      __int64 v16; // rdi
683      int v17; // eax
684      char *v18; // rdx
```

```
685    int v19; // ecx
686    bool v20; // cc
687    void *v21; // rax
688    void *ptr; // [rsp+0h] [rbp-38h] BYREF
689    unsigned __int64 v23; // [rsp+8h] [rbp-30h]
690
691    v23 = __readfsqword(0x28u);
692    v2 = *(int *)(a1 + 68);
693    if ( *(_QWORD *)(a1 + 72) )
694    {
695      v3 = 12 * v2;
696    }
697    else
698    {
699      *(_DWORD *)(a1 + 80) = v2;
700      v3 = 12 * v2;
701      v21 = malloc(12 * v2);
702      *(_QWORD *)(a1 + 72) = v21;
703      *(_DWORD *)(a1 + 84) = 0;
704      if ( !v21 )
705        goto LABEL_17;
706    }
707    v4 = *(_QWORD *)(a1 + 56);
708    v5 = *(unsigned __int8 *)(a1 + 99);
709    ptr = 0LL;
710    v6 = *(_DWORD *)(v4 + v3 - 8) / v5 + 1;
711    if ( v6 > 36000 )
712    {
713      fwrite("voice too long\n", 1uLL, 0xFuLL, stderr);
714      goto LABEL_17;
715    }
716    InitDim2Array(&ptr, num_frequency_section_, v6, 4);
717    if ( !ptr )
718    {
719  LABEL_17:
720      result = 0LL;
721      goto LABEL_18;
722    }
723    qsort(*(void **)(a1 + 56), *(int *)(a1 + 68), 0xCuLL, greater_energy);
724    v7 = *(char **)(a1 + 72);
725    if ( *(int *)(a1 + 68) > 0 )
726    {
727      v8 = ptr;
728      v9 = *(int **)(a1 + 56);
729      v10 = 0;
730      do
731      {
732        while ( num_frequency_section_ <= 0 )
733        {
734  LABEL_14:
735          ++v10;
736          v9 += 3;
737          if ( *(_DWORD *)(a1 + 68) <= v10 )
738            goto LABEL_15;
739        }
740        v11 = *v9;
741        v12 = 0LL;
742        while ( 1 )
743        {
744          if ( frequency_section_[2 * v12] <= v11 && frequency_section_[2 * v12 + 1] > v11 )
745          {
746            v13 = (_DWORD *)(v8[v12] + 4LL * (int)(v9[1] / (unsigned int)*(unsigned __int8 *)(a1 + 99) + 1) - 4);
747            if ( *v13 <= (int)*(unsigned __int16 *)(a1 + 2 * v12 + 88) )
748            {
749              v14 = *((float *)v9 + 2);
750              if ( v14 > 0.0 )
751                break;
752            }
753          }
754          if ( num_frequency_section_ <= (int)++v12 )
755            goto LABEL_14;
756        }
757        ++v10;
758        v9 += 3;
759        ++*v13;
760        v17 = *(_DWORD *)(a1 + 84) + 1;
```

```c
761        v18 = &v7[12 * *(int *)(a1 + 84)];
762        *((_DWORD *)v18 + 1) = *(v9 - 2);
763        v19 = *(v9 - 3);
764        *((float *)v18 + 2) = v14;
765        v20 = *(_DWORD *)(a1 + 68) <= v10;
766        *(_DWORD *)v18 = v19;
767        *(_DWORD *)(a1 + 84) = v17;
768      }
769      while ( !v20 );
770    }
771  LABEL_15:
772    qsort(v7, *(int *)(a1 + 84), 0xCuLL, less_time);
773    FreeDim2Array(ptr);
774    result = 1LL;
775  LABEL_18:
776    v16 = __readfsqword(0x28u) ^ v23;
777    if ( v16 )
778      return spectrogram(v16);
779    return result;
780  }
781
782  unsigned __int64 __fastcall get_fp(__int64 a1, unsigned __int64 *a2, _DWORD *a3)
783  {
784    int *v3; // rbx
785    int v4; // r12d
786    unsigned __int64 result; // rax
787    __int64 v8; // rdi
788    int *v9; // rcx
789    int v10; // r8d
790    int v11; // xmm0_4
791    int v12; // r8d
792
793    v3 = *(int **)(a1 + 72);
794    v4 = *(_DWORD *)(a1 + 84);
795    if ( *(_BYTE *)(a1 + 101) )
796    {
797      v3 = *(int **)(a1 + 56);
798      v4 = *(_DWORD *)(a1 + 68);
799    }
800    if ( !v3 || v4 <= 0 )
801      return 0LL;
802    *a2 = (unsigned __int64)v3;
803    result = (unsigned int)(12 * v4);
804    *a3 = result;
805    if ( *(_BYTE *)(a1 + 100) )
806    {
807      result = (unsigned __int64)malloc(8LL * v4);
808      v8 = 0LL;
809      *(_QWORD *)(a1 + 40) = result;
810      v9 = v3;
811      if ( result )
812      {
813        do
814        {
815          v10 = *v9;
816          v11 = v9[2];
817          v9 += 3;
818          *(_WORD *)(result + 8 * v8) = v10;
819          v12 = *(v9 - 2);
820          *(_DWORD *)(result + 8 * v8 + 4) = v11;
821          *(_WORD *)(result + 8 * v8++ + 2) = v12;
822        }
823        while ( v4 > (int)v8 );
824        *a2 = result;
825        result = (unsigned int)(8 * v4);
826        *a3 = result;
827      }
828      else
829      {
830        *a2 = 0LL;
831        *a3 = 0;
832      }
833    }
834    return result;
835  }
836
```

```
837  // attributes: thunk
838  __int64 PyEval_SaveThread(void)
839  {
840    return __imp_PyEval_SaveThread();
841  }
842
843  // attributes: thunk
844  __int64 __fastcall Py_BuildValue(__int64 a1, __int64 a2, __int64 a3)
845  {
846    return __imp_Py_BuildValue(a1, a2, a3);
847  }
848
849  void *__fastcall init_acr_context(__int64 a1)
850  {
851    void *result; // rax
852
853    result = memset((void *)a1, 0, 0x5060uLL);
854    *(_DWORD *)(a1 + 4) = 12;
855    *(_DWORD *)(a1 + 20544) = 1;
856    *(_QWORD *)(a1 + 20528) = 1LL;
857    *(_QWORD *)(a1 + 20552) = 1LL;
858    *(_QWORD *)(a1 + 20560) = 8000LL;
859    *(_DWORD *)(a1 + 20568) = 1;
860    return result;
861  }
862
863  __int64 __fastcall kkfft(
864  ,         __int64 a1,
865  ,         __int64 a2,
866  ,         int a3,
867  ,         int a4,
868  ,         float *a5,
869  ,         float *a6,
870  ,         __int64 a7,
871  ,         int a8,
872  ,         unsigned int a9)
873  {
874    __int64 v12; // rsi
875    int v13; // eax
876    int v14; // ecx
877    int v15; // edx
878    char v16; // di
879    __int64 v17; // rax
880    float v18; // xmm0_4
881    float v19; // xmm4_4
882    float v20; // xmm0_4
883    double v21; // xmm4_8
884    __int64 v22; // rax
885    float v23; // xmm5_4
886    float v24; // xmm1_4
887    float v25; // xmm2_4
888    float v26; // xmm5_4
889    float v27; // xmm6_4
890    float *v28; // rdx
891    float *v29; // rax
892    float v30; // xmm1_4
893    float v31; // xmm0_4
894    __int64 v32; // rsi
895    __int64 result; // rax
896    int v34; // r13d
897    int v35; // r14d
898    float *v36; // r9
899    float *v37; // r11
900    int v38; // r10d
901    __int64 v39; // r12
902    float *v40; // rdx
903    float *v41; // rax
904    __int64 v42; // rcx
905    float v43; // xmm3_4
906    float v44; // xmm0_4
907    float v45; // xmm2_4
908    float v46; // xmm1_4
909    float v47; // xmm5_4
910    float v48; // xmm0_4
911    __int64 v49; // rax
912    float v50; // xmm7_4
```

```
913    float v51; // xmm7_4
914    int v52; // [rsp+0h] [rbp-68h]
915    unsigned int v55; // [rsp+18h] [rbp-50h]
916    double cosx; // [rsp+20h] [rbp-48h] BYREF
917    double sinx[8]; // [rsp+28h] [rbp-40h] BYREF
918
919    if ( a3 > 0 )
920    {
921      v12 = 0LL;
922      do
923      {
924        v13 = 0;
925        v14 = 0;
926        v15 = v12;
927        if ( a4 <= 0 )
928        {
929          v17 = 0LL;
930        }
931        else
932        {
933          do
934          {
935            v16 = v15;
936            ++v13;
937            v15 >>= 1;
938            v14 = (v16 & 1) + 2 * v14;
939          }
940          while ( a4 != v13 );
941          v17 = 4LL * v14;
942        }
943        a5[v12] = *(float *)(a1 + v17);
944        a6[v12++] = *(float *)(a2 + v17);
945      }
946      while ( a3 > (int)v12 );
947    }
948    *(_DWORD *)a1 = 1065353216;
949    *(_DWORD *)a2 = 0;
950    v18 = 6.283185306 / (double)a3;
951    sincos(v18, sinx, &cosx);
952    v19 = cosx;
953    *(float *)(a1 + 4) = v19;
954    v20 = sinx[0];
955    v21 = (double)a3;
956    if ( !a8 )
957      v20 = -v20;
958    *(float *)(a2 + 4) = v20;
959    if ( a3 > 2 )
960    {
961      v22 = 2LL;
962      while ( 1 )
963      {
964        v23 = *(float *)(a2 + 4 * v22 - 4);
965        v24 = *(float *)(a1 + 4);
966        v25 = v23 + *(float *)(a1 + 4 * v22 - 4);
967        v26 = v23 * v20;
968        v27 = *(float *)(a1 + 4 * v22 - 4) * v24;
969        *(float *)(a1 + 4 * v22) = v27 - v26;
970        *(float *)(a2 + 4 * v22++) = (float)((float)((float)(v20 + v24) * v25) - v27) - v26;
971        if ( a3 <= (int)v22 )
972          break;
973        v20 = *(float *)(a2 + 4);
974      }
975    }
976    if ( a3 > 1 )
977    {
978      v28 = a6 + 1;
979      v29 = a5 + 1;
980      do
981      {
982        v30 = *(v29 - 1);
983        v29 += 2;
984        v28 += 2;
985        v31 = *(v28 - 3);
986        *(v29 - 3) = *(v29 - 2) + v30;
987        *(v28 - 3) = *(v28 - 2) + v31;
988        *(v29 - 2) = v30 - *(v29 - 2);
```

```
 989         *(v28 - 2) = v31 - *(v28 - 2);
 990       }
 991       while ( &a5[2 * ((unsigned int)(a3 - 2) >> 1) + 3] != v29 );
 992     }
 993     v32 = 2LL;
 994     result = (unsigned int)(a3 / 2);
 995     v52 = a3 / 2;
 996     v55 = a4 - 2;
 997     if ( a4 - 2 >= 0 )
 998     {
 999       do
1000       {
1001         v34 = 2 * v32;
1002         v52 /= 2;
1003         v35 = 2 * v32 * (v52 - 1);
1004         if ( v35 >= 0 )
1005         {
1006           v36 = a5;
1007           v37 = a6;
1008           v38 = 0;
1009           v39 = 4LL * v34;
1010           do
1011           {
1012             v40 = v37;
1013             v41 = v36;
1014             v42 = 0LL;
1015             do
1016             {
1017               v43 = *(float *)(a1 + v42);
1018               v44 = *(float *)(a2 + v42);
1019               v45 = v41[v32];
1020               v42 += 4LL * v52;
1021               v46 = v40[v32];
1022               v47 = v44 * v46;
1023               v48 = (float)((float)((float)(v44 + v43) * (float)(v46 + v45)) - (float)(v43 * v45)) - (float)(v44 * v46);
1024               v41[v32] = *v41 - (float)((float)(v43 * v45) - v47);
1025               ++v41;
1026               v40[v32] = *v40 - v48;
1027               ++v40;
1028               *(v41 - 1) = (float)((float)(v43 * v45) - v47) + *(v41 - 1);
1029               *(v40 - 1) = v48 + *(v40 - 1);
1030             }
1031             while ( &v36[(unsigned int)(v32 - 1) + 1] != v41 );
1032             v38 += v34;
1033             v36 = (float *)((char *)v36 + v39);
1034             v37 = (float *)((char *)v37 + v39);
1035           }
1036           while ( v38 <= v35 );
1037         }
1038         --v55;
1039         v32 = v34;
1040         result = v55;
1041       }
1042       while ( v55 != -1 );
1043     }
1044     if ( a8 )
1045     {
1046       if ( a3 > 0 )
1047       {
1048         v49 = 0LL;
1049         do
1050         {
1051           v50 = a5[v49] / v21;
1052           a5[v49] = v50;
1053           v51 = a6[v49] / v21;
1054           a6[v49++] = v51;
1055         }
1056         while ( a3 > (int)v49 );
1057         result = a9;
1058         if ( a9 )
1059         {
1060 LABEL_28:
1061           result = 0LL;
1062           do
1063           {
1064             *(float *)(a7 + 4 * result) = (float)(a6[result] * a6[result]) + (float)(a5[result] * a5[result]);
```

```
1065            ++result;
1066          }
1067          while ( a3 > (int)result );
1068        }
1069      }
1070    }
1071    else if ( a9 && a3 > 0 )
1072    {
1073      goto LABEL_28;
1074    }
1075    return result;
1076  }
```

# EXHIBIT N

**Claims 1-6, 8-11, and 15-18 of U.S. Patent No. 8,065,700**

| Element of Claim 1 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| 1. A method of metering exposure to at least one of audio and video content, comprising: | ACRCloud determines exposure to at least one of audio or video content since ACRCloud provides an "audio recognition platform" for audience measurement. (*See ACRCloud*, https://www.acrcloud.com/, Complaint Ex. A.)  ACRCloud software determines exposure to audio content. (*See ACRCloud*, *Live Channel Detection*, https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; *ACRCloud*, *Advertising & Big Data*, https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)  According to their website, ACRCloud Limited ("ACRCloud") provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication. (*See ACRCloud*, https://www.acrcloud.com, Complaint Ex. A.)<br><br>ACRCloud uses Amazon Web Services ("AWS") in the United States and around the world to provide their audio recognition platform.  (*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.) |
| receiving a signature associated with audio content presented at a monitored site, | ACRCloud's platform receives audio or signatures associated with audio content presented at a monitored site such as a television.  (*See ACRCloud, Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.)  A client device sends a "Post" function to ACRCloud servers.  The "Post" function includes an identifier which denotes whether audio content items or a fingerprint generated from the audio is sent to the ACR Servers.  (*See ACRCloud, Identification API*, https://docs.acrcloud.com/reference/identification-api, Complaint Ex. S.)  A fingerprint generated based on audio content presented by the television is the recited signature. |

| Element of Claim 1 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| | ```
26 http_method = "POST"
27 http_uri = "/v1/identify"
28 # default is "fingerprint", it's for recognizing fingerprint,
29 # if you want to identify audio, please change data_type="audio"
30 data_type = "audio"
```<br><br>(*See ACRCloud, Identification API*, https://docs.acrcloud.com/reference/identification-api, example Python code, Complaint Ex. S.) |
| wherein the signature is based on a plurality of time intervals between audio features of the audio content presented at the monitored site; and | A fingerprint consists of highly discriminative content features.  (*See* "Quad-Based Audio Fingerprinting Robust to Time and Frequency Scaling ("Audio Fingerprinting Paper"), Complaint Ex. J.)  ACRCloud's process and system for audio fingerprinting is set forth in the Audio Fingerprinting Paper.  (*See* Audio Fingerprinting Paper, Complaint Ex. J; *ACRCloud, Definition of Terms* https://docs.acrcloud.com/faq/definition-of-terms#terminology) Complaint Ex. I.)<br><br>The Audio Fingerprinting Paper describes a fingerprinting method that involves extracting audio features from a two-dimensional time-frequency representation of audio content, grouping quadruples of audio features into quads, and creating a hash for each quad.  More specifically, a quad consists of four spectral peaks *A, B, C, D* in a two-dimensional (i.e., time and frequency) spectrogram space.  "For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points *A', B', C', D'* such that *A'* = (0, 0) and *B'* = (1, 1) as shown in Figure 2."  (Audio Fingerprinting Paper, Complaint Ex. J.) |

| Element of Claim 1<br>U.S. Patent No.<br>8,065,700 | ACRCloud |
|---|---|
| | <br><br>Figure 2: *Example of a quad hash computed from an arbitrary quad $A, B, C, D$.*<br><br>(*See* Audio Fingerprinting Paper, Complaint Ex. J.)<br><br>"The actual continuous hash of the quad is now given by $C'$, $D'$, and is stored as a four-dimensional point $(C_x', C_y', D_x', D_y') \ldots$" (*See id.*)  As such, $C_x'$ is a first time interval between peaks $A$ and $C$, and $D_x'$ is a second time interval between peaks $A$ and $D$.  Hence, the signature received by the ACRCloud server is based on a plurality of time intervals between audio features. |
| identifying the audio content presented at the monitored site based on the received signature. | ACRCloud has a server, coupled to a fingerprint database, that searches a reference database to find matching records using the received fingerprint and obtains information associated with the matching records from the reference database.  After receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu et al., "High performance indexing for massive audio fingerprint data," IEEE Trans. on Consumer Electronics, vol. 60, issue 4, Nov. 2014 ("Yu Publication"), Complaint Ex. T.)  After finding the matching records, the ACRCloud server obtains information associated with the matching records from the reference database.  (*See id.*)   The obtained information |

| Element of Claim 1 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| | can include a channel name and timestamp(s) indicating a location within the audio content.  (*See ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.)<br><br>The ACRCloud server stores a reference database that links hashes generated from audio content with identifying information for the audio content.  (*See* Steve Wang, "ACRCloud Audio Fingerprinting System" ("Wang Article"), available at https://www.music-ir.org/mirex/abstracts/2015/SW3.pdf, 2015, Complaint Ex. U.) The hash table is composed with link-list and vectors.  (*Id*.)  This hybrid database structure is described in the Yu Publication.  Runtao "Steve" Wang, an ACRCloud co-founder, is one of the authors of the Yu Publication.<br><br><br><br>(*See* Yu Publication, Complaint Ex. T.) |

| Element of Claim 2 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| A method as defined in claim 1, wherein the audio features of the audio content include at least one of peak values and zero crossings. | As noted above, the fingerprint in the ACRCloud platform is based on spectral peaks in a two-dimensional spectrogram space. (*See* Audio Fingerprinting Paper, para. 3, Complaint Ex. J.) |

| Element of Claim 3 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| A method as defined in claim 1, wherein identifying the audio content presented at the monitored site based on the received signatures includes comparing a reference signature associated with a reference signal to the signature associated with the audio content presented at the monitored site. | As noted above, after receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu Publication, Complaint Ex. T.) |

| Element of Claim 4 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| A method as defined in claim 1, wherein the audio content presented at the monitored site is delivered via at least one of a broadcast station and a local content delivery device. | The ACRCloud system recognizes live radio or TV as well as pre-recorded content.  (*See ACRCloud*, *Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.) |

| Element of Claim 5 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| A method as defined in claim 1, further comprising generating the signature based on the plurality of time intervals between the audio features of the audio content presented at the monitored site. | As noted above, the ACRCloud server can receive an identification request that includes audio presented by a user's TV.  ACRCloud's platform includes an "Identification API" that an application running on a client system uses to identify an audio file.  The Identification API includes a "Post" function for sending an identification request to an ACRCloud server.  One of the input parameters for the "Post" function is a data_type parameter, for which the possible values are "audio or fingerprint."  (*See ACRCloud*, *Identification API*, https://docs.acrcloud.com/reference/identification-api, Complaint Ex. S.) The ACRCloud server generates a fingerprint using the audio. |

| Element of Claim 6 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| A method as defined in claim 5, further comprising filtering the audio content prior to generating the signature. | The ACRCloud recognition process involves performing noise reduction, amplifying high frequency signals, and reducing low frequency signals. (*See* Wang Article, Complaint Ex. U.) |

| Element of Claim 8 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| An apparatus for metering exposure to at least one of audio and video content, comprising: | ACRCloud determines exposure to at least one of audio or video content since ACRCloud provides an "audio recognition platform" for audience measurement. (*See ACRCloud*, https://www.acrcloud.com/, Complaint Ex. A.)  The ACRCloud server that implements ACRCloud's audio recognition platform is the recited apparatus.  ACRCloud software determines exposure to audio content.  (*See ACRCloud*, *Live Channel Detection*, https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; *ACRCloud*, *Advertising & Big Data*, https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)  According to their website, ACRCloud Limited ("ACRCloud") provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication. (*ACRCloud*, https://www.acrcloud.com, Complaint Ex. A.).<br><br>ACRCloud uses Amazon Web Services ("AWS") servers in the United States and around the world to provide their audio recognition platform.  (*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.) |
| a memory; and | ACR Cloud has a storage device in the ACRCloud server. |
| a processor in communication with the memory and programmed to: | A processor in the ACRCloud server is the recited processor that is programmed with the ACRCloud software for generating signatures and identifying the content presented at the monitored site based on the signature. |

10

| Element of Claim 8 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| generate a signature associated with the audio content presented at a monitored site, | ACRCloud describes the audience measurement use case as follows: "The solution provides resourceful ways to monitor audience viewership for TV and video content. It recognizes the radio or TV content broadcast from the user's TV set-top box or second-screen devices automatically by identifying the live feed and pre-recorded content." (*ACRCloud*, *Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.) <br><br> ACRCloud's platform includes an "Identification API" that an application running on a client system uses to identify an audio file.  The Identification API includes a "Post" function for sending an identification request to an ACRCloud server.  One of the input parameters for the "Post" function is a data_type parameter, for which the possible values are "audio or fingerprint."   (*See ACRCloud*, *Identification API*, https://docs.acrcloud.com/reference/identification-api, Ex S.) <br><br> ``` 26 http_method = "POST" 27 http_uri = "/v1/identify" 28 # default is "fingerprint", it's for recognizing fingerprint, 29 # if you want to identify audio, please change data_type="audio" 30 data_type = "audio" ``` <br><br> (*See ACRCloud*, *Identification API*, https://docs.acrcloud.com/reference/identification-api, example Python code, Complaint Ex. S.) <br><br> A user's television is the recited monitored site.  The processor in the ACRCloud server being programmed to generate a fingerprint based on audio included in an identification request is the processor that generates a signature associated with audio content presented at a monitored site. |

| Element of Claim 8 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| wherein the signature is based on a plurality of time intervals between audio features of the audio content presented at the monitored site; and | A fingerprint consists of highly discriminative content features.  (*See* Audio Fingerprinting Paper, Complaint Ex. J.)  ACRCloud's process and system for audio fingerprinting is set forth in the Audio Fingerprinting Paper.  (Audio Fingerprinting Paper, Complaint Ex. J; *See ACRCloud, Definition of Terms*, https://docs.acrcloud.com/faq/definition-of-terms#terminology, Complaint Ex. I.)<br><br>The Audio Fingerprinting Paper a fingerprinting method that involves extracting audio features from a two-dimensional time-frequency representation of audio content, grouping quadruples of audio features into quads, and creating a hash for each quad.  More specifically, a quad consists of four spectral peaks *A, B, C, D* in a two-dimensional (i.e., time and frequency) spectrogram space.  "For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points *A', B', C', D'* such that *A'* = (0, 0) and *B'* = (1, 1) as shown in Figure 2."  (Audio Fingerprinting Paper, Complaint Ex. J.)<br><br><br>Figure 2:  *Example of a quad hash computed from an arbitrary quad A, B, C, D.*<br>(Audio Fingerprinting Paper, Complaint Ex. J.) |

| Element of Claim 8 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| | "The actual continuous hash of the quad is now given by $C'$, $D'$, and is stored as a four-dimensional point $(C_x', C_y', D_x', D_y') \ldots$" (*See id.*)  As such, $C_x'$ is a first time interval between peaks $A$ and $C$, and $D_x'$ is a second time interval between peaks $A$ and $D$.  Hence, the signature generated by the ACRCloud server is based on a plurality of time intervals between audio features. |
| identify the content presented at the monitored site based on the signature. | ACRCloud has a server, coupled to a fingerprint database, that searches a reference database to find matching records using the received fingerprint and obtains information associated with the matching records from the reference database. After receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu Publication, Complaint Ex. T.)  After finding the matching records, the ACRCloud server obtains information associated with the matching records from the reference database.  (*See id.*)   The obtained information can include a channel name and timestamp(s) indicating a location within the audio content.  (*See ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.)  The ACRCloud server stores a reference database that links hashes generated from audio content with identifying information for the audio content.  (*See* Wang Article, Complaint Ex. U.) The ACRCloud Audio Fingerprinting System Document states that the hash table is composed with link-list and vectors.  This hybrid database structure is described in the Yu Publication.  Runtao "Steve" Wang, an ACRCloud co-founder, is one of the authors of the Yu Publication. |

| Element of Claim 8 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| | <br><br>(*See* Yu Publicaiton, Complaint Ex. T.) |

| Element of Claim 9 U.S. Patent No. 8,065,700 | ACRCloud Limited |
|---|---|
| An apparatus as defined in claim 8, wherein the audio features of the audio content include at least one of peak values and zero crossings. | As noted above, the fingerprint in the ACRCloud platform is based on spectral peaks in a two-dimensional spectrogram space.  (*See* Audio Fingerprinting Paper, para. 3, Complaint Ex. J.) |

14

| Element of Claim 10 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| An apparatus as defined in claim 8, wherein the processor is programmed to identify the content presented at the monitored site by comparing a reference signature associated with a reference signal to the signature associated with the audio content presented at the monitored site. | As noted above, after receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu Publication, Complaint Ex. T.) |

| Element of Claim 11 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| An apparatus as defined in claim 8, wherein the audio content presented at the monitored site is delivered via at least one of a broadcast station and a local content delivery device. | The ACRCloud system recognizes live radio or TV as well as pre-recorded content.  (*See ACRCloud*, *Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.) |

| | Element of Claim 15<br>U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|---|
| 15. | A tangible machine readable medium having instructions stored thereon that, when executed, cause a machine to at least: | ACRCloud determines exposure to at least one of audio or video content since ACRCloud provides an "audio recognition platform" for audience measurement. (*ACRCloud*, https://www.acrcloud.com/, Complaint Ex. A.)  The ACRCloud server that implements ACRCloud's audio recognition platform is the recited apparatus.  ACRCloud software determines exposure to audio content.  (*See ACRCloud, Live Channel Detection*, https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; *ACRCloud, Advertising & Big Data*, https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)  According to their website, ACRCloud Limited ("ACRCloud") provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication. (*ACRCloud*, https://www.acrcloud.com, Complaint Ex. A.)<br><br>ACRCloud uses Amazon Web Services ("AWS") servers in the United States and around the world to provide their audio recognition platform.  (*See Amazon*, *AWS Case Study: ACRCloud* https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.)<br><br>There is a storage device in the ACRCloud platform that stores instructions for implementing ACRCloud's audio recognition platform. |
| | generate a signature associated with content presented at a monitored site based on a plurality of time intervals between audio | ACRCloud describes the audience measurement use case as follows: "The solution provides resourceful ways to monitor audience viewership for TV and video content. It recognizes the radio or TV content broadcast from the user's TV set-top box or second-screen devices automatically by identifying the live feed and pre-recorded content." (*See ACRCloud*, *Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.) |

| Element of Claim 15<br>U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| features of audio content presented at the monitored site; and | ACRCloud's platform includes an "Identification API" that an application running on a client system uses to identify an audio file.  The Identification API includes a "Post" function for sending an identification request to an ACRCloud server.  One of the input parameters for the "Post" function is a data_type parameter, for which the possible values are "audio or fingerprint."  (*See ACRCloud, Identification API*, https://docs.acrcloud.com/reference/identification-api, Complaint Ex. S.)<br><br>```
26 http_method = "POST"
27 http_uri = "/v1/identify"
28 # default is "fingerprint", it's for recognizing fingerprint,
29 # if you want to identify audio, please change data_type="audio"
30 data_type = "audio"
```<br><br>(*See ACRCloud, Identification API*, https://docs.acrcloud.com/reference/identification-api, example Python code., Complaint Ex. S.)<br><br>A user's television is the recited monitored site.  The instructions that cause the ACRCloud server to generate a fingerprint based on audio included in an identification request areinstructions for generating a signature associated with audio content presented at a monitored site.<br><br>A fingerprint consists of highly discriminative content features.  (*See* Audio Fingerprinting Paper, Complaint Ex. J.)  ACRCloud's process and system for audio fingerprinting is set forth in the Audio Fingerprinting Paper.  (*See* Audio Fingerprinting Paper, Complaint Ex. J; *ACRCloud, Definition of Terms*, https://docs.acrcloud.com/faq/definition-of-terms#terminology, Complaint Ex. I.) |

| | Element of Claim 15 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|---|
| | | The Audio Fingerprinting Paper describes a fingerprinting method that involves extracting audio features from a two-dimensional time-frequency representation of audio content, grouping quadruples of audio features into quads, and creating a hash for each quad.  More specifically, a quad consists of four spectral peaks *A, B, C, D* in a two-dimensional (i.e., time and frequency) spectrogram space.  "For a given quad (*A, B, C, D*), the constellation of spectral peaks is translated to the origin and normalized to the unit square, resulting in the four points *A', B', C', D'* such that *A'* = (0, 0) and *B'* = (1, 1) as shown in Figure 2."  (Audio Fingerprinting Paper, Complaint Ex. J.) <br><br>  <br> Figure 2:  *Example of a quad hash computed from an arbitrary quad* $A, B, C, D$. <br> (Audio Fingerprinting Paper, Complaint Ex. J.) <br><br> "The actual continuous hash of the quad is now given by *C', D'*, and is stored as a four-dimensional point (*C_x', C_y', D_x', D_y'*) . . ." *See id.*  As such, $C_x'$ is a first time interval between peaks *A* and *C*, and $D_x'$ is a second time interval between peaks |

| Element of Claim 15 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|
| | *A* and *D.*  Hence, the signature generated by the ACRCloud server is based on a plurality of time intervals between audio features. |
| identify the content presented at the monitored site based on the signature. | ACRCloud has a server, coupled to a fingerprint database, that searches a reference database to find matching records using the received fingerprint and obtains information associated with the matching records from the reference database. After receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu Publication, Complaint Ex. T.)  After finding the matching records, the ACRCloud server obtains information associated with the matching records from the reference database.  *See id.*   The obtained information can include a channel name and timestamp(s) indicating a location within the audio content.  (*See ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.)<br><br>The ACRCloud server stores a reference database that links hashes generated from audio content with identifying information for the audio content.  (*See* Wang Article, Complaint Ex. U.)  The ACRCloud Audio Fingerprinting System Document states that the hash table is composed with link-list and vectors.  This hybrid database structure is described in the Yu publication from 2014.  Runtao "Steve" Wang, an ACRCloud co-founder, is one of the authors of the Yu Publication.<br><br> |

| | Element of Claim 15 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|---|
| | | (Yu Publication, Complaint Ex. T.) |

| | Element of Claim 16 U.S. Patent No. 8,065,700 | ACRCloud |
|---|---|---|
| 16. | A machine readable medium as defined in claim 15, wherein the audio features of the audio content include at least one of peak values and zero crossings. | As noted above, the fingerprint in the ACRCloud platform is based on spectral peaks in a two-dimensional spectrogram space.  (*See* Audio Fingerprinting Paper, para. 3, Complaint Ex. J.) |

| | Element of Claim 17 U.S. Patent No. 8,065,700 | ACRCloud | Relevant Prosecution History for U.S. Patent No. 8,065,700 |
|---|---|---|---|
| 17. | A machine readable medium as defined in claim 15, wherein the instructions, when executed, cause the machine to identify the content by comparing the signature to a reference signature associated with a reference signal. | As noted above, after receiving the fingerprint, the ACRCloud server searches the reference database to find matching records using the fingerprint.  (*See* Yu Publication, Complaint Ex. T.) | |

| | Element of Claim 18 U.S. Patent No. 8,065,700 | ACRCloud | Relevant Prosecution History for U.S. Patent No. 8,065,700 |
|---|---|---|---|
| 18. | A machine readable medium as defined in claim 17, wherein the instructions further cause the machine to filter the audio content prior to generating the signature. | The ACRCloud recognition process involves performing noise reduction, amplifying high frequency signals, and reducing low frequency signals.  (*See* Wang Article, Complaint Ex. U.) | |

# EXHIBIT O

**Claim 1, 5, 6, 8-10, 12, 16 and 17 of U.S. Patent No. 7,904,503**

| Element of Claim 1 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 1. A method to enhance rendering of a content item, the method comprising: | The ACRCloud system determines exposure to at least one of audio or video content by deploying an "audio recognition platform" for audience measurement.  (*See* https://www.acrcloud.com, Complaint Ex. A.)  ACRCloud software in the platform determines exposure to audio content.  (*See* https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)  According to their website, ACRCloud provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication.  (*See* https://www.acrcloud.com, Complaint Ex. A.)<br><br>ACRCloud uses Amazon Web Services ("AWS") in the United States and around the world to implement their audio recognition platform.  (*See Amazon*, *AWS CaseStudy: ACRCloud,* https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.)<br><br>ACRCloud obtains, and provides to the client, information that can include content (*e.g.,* artist, album) and timestamp(s) indicating a location of the portion of the content item within the content item.  (*See ACRCloud*, *Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |
| receiving, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item | ACRCloud's platform includes a server system (such as that provided in the AWS system) that receives audio content or signatures associated with audio content played by a client system such as a television.  (*See  ACRCloud*, *Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.)  A client system sends a "Post" function to ACRCloud servers.  The "Post" function includes an identifier which denotes whether audio content items or a fingerprint generated from the audio is sent to the ACRCloud servers. |

being distinct from an identifier associated with the content item, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

```
26 http_method = "POST"
27 http_uri = "/v1/identify"
28 # default is "fingerprint", it's for recognizing fingerprint,
29 # if you want to identify audio, please change data_type="audio"
30 data_type = "audio"
```

(*See ACRCloud*, *Identification API*, https://docs.acrcloud.com/reference/identification-api, example Python code, Complaint Ex. S.).

The identification request sent by the client system does not include an identifier suitable for interrogating a database to determine further information associated with the content item.  Instead, as illustrated below, the ACRCloud server uses the received audio file to determine an identifier. (*See*  ACRCloud "Broadcast Information Monitoring" document dated June 22, 2018, available at http://web.archive.org/web/20190330133859/https://www.acrcloud.com/technologies, March 30, 2019, Complaint Ex. Q.)



The client system, shown above as a TV or mobile device, sends a recorded audio file to an ACRCloud server using the Identification API.  The ACRCloud denoted item depicted above is the recited "server system".

2

| | |
|---|---|
| processing, at the server system, the received portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; | From the content received at the AWS server site, "[t]he frequency information and relative offsets [between peaks in a spectrogram] are used to create a fingerprint hash token." (Wang, "The Shazam music recognition service," Comm. ACM, vol. 49, no. 8, pp.44-48, Aug. 2006 ("Wang Article"), Complaint Ex. U.)  The fingerprint hash token, or simply "hash," is an identifier associated with the content.  This hash identifier is then used to search for matching hashes in a reference database.  In the reference database of the cited Shazam system, used by ACRCloud, hashes generated from audio files are linked with identifying information for the audio files.  (*See* Wang Article, Complaint Ex. U.)<br><br>Similarly, the reference database in the ACRCloud system is indexed using a hash table. (*See* "ACRCloud Audio Fingerprinting System," available at https://www.music-ir.org/mirex/abstracts/2015/SW3.pdf, 2015, Complaint Ex. U.; Yu et al., "High performance indexing for massive audio fingerprint data," IEEE Trans. on Consumer Electronics, vol. 60, issue 4, Nov. 2014 ("Yu Publication"), Complaint Ex. T.)<br><br><br><br>The fingerprint hash token, or simply "hash," is an identifier associated with the content. This hash identifier is then used to search for matching hashes in a reference database.   In the reference database of the cited Shazam system used by ACRCloud, hashes generated from audio files are linked with identifying information for the audio files.  *See* Wang Article, Complaint Ex. U.) |
| obtaining further information on the content item using the determined | After generating the identifier, the ACRCloud server searches the reference database to find matching records using the identifier.  (*See* Wang Article, Complaint Ex. U; Yu Publication, Complaint Ex. T.)  After finding the matching records, the ACRCloud server obtains further information associated with the matching records from the reference |

| identifier, the obtaining comprising searching the database using the computed hash value; and | database.  (*See* Yu Publication, Complaint Ex. T.)  The obtained information can include content (e.g., artist, album) and timestamp(s) indicating a location of the portion of the content item within the content item.  (*See ACRCloud*, *Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |
|---|---|
| transmitting the further information to the client system. | After obtaining the content (e.g., artist, album) associated with a matching record(s), the ACRCloud system transmits a response to the client system. (*Id.*) |

| Element of Claim 5 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 5.  The method of claim 1, wherein the further information includes a title associated with the content item. | The information can include a title of a song or a television show.  (*See* ACRCloud, Music, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |

| Element of Claim 6 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 6.  The method of claim 1, wherein the portion of the content item is received from a mobile phone. | A mobile phone can send content to the ACRCloud server using the mobile SDK.  (*See ACRCloud, Recognize Music*, https://docs.acrcloud.com/tutorials/recognize-music#integrate-with-sdk-api, Complaint Ex. X; *ACRCloud, Detect Live & Timeshift TV Channels*, https://docs.acrcloud.com/tutorials/detect-live-and-timeshift-tv-channels#integrate-with-sdk-api, Complaint Ex. Y.) |

| Element of Claim 8 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 8.  The method of claim 1, wherein the processing of the received portion of the content item comprises determining audio characteristics associated with the received portion of the content item. | The ACRCloud audio system is based on finding matching local 'landmarks' in spectrograms.  (*See* "ACRCloud Audio Fingerprinting System," available at https://www.music-ir.org/mirex/abstracts/2015/SW3.pdf, 2015, Complaint Ex. U.) Such landmarks in spectrograms are audio characteristics. |

| Element of Claim 9 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 9.  The method of claim 1, wherein the portion of the content item is a song. | The ACRCloud server is shown to receive a song.  (*See ACRCloud*, *Music DSPs & Apps*, https://www.acrcloud.com/music-dsps-apps/, Complaint Ex. Z.) |

| Element of Claim 10 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 10.  The method of claim 9, wherein the server system maintains a database to store information associated with content items. | The ACRCloud server maintains a hash table that stores audio metadata in a database.<br>(*See* "ACRCloud Audio Fingerprinting System," available at https://www.music-ir.org/mirex/abstracts/2015/SW3.pdf, 2015, Complaint Ex. U; Yu Publication, Complaint Ex. T.) |

| Element of Claim 12 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 12.  A server system to facilitate enhanced rendering of a content item, the system comprising: | ACRCloud software is stored on servers and determines exposure to at least one of audio or video content by providing an "audio recognition platform" for audience measurement. (*See* https://www.acrcloud.com/, Complaint Ex. A.)  The ACRCloud software determines exposure to audio content.  (*See* https://www.acrcloud.com/live-channel-detection/, Complaint Ex. K; https://www.acrcloud.com/advertising-big-data/, Complaint Ex. C.)  According to their website, ACRCloud provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication. (*See* https://www.acrcloud.com, Complaint Ex. A.)  ACRCloud uses Amazon Web Services ("AWS") servers in the United States and around the world to provide their audio recognition platform. (*See* https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.)  ACRCloud obtains, and provides to the client, information that can include content (*e.g.,* artist, album) and timestamp(s) indicating a location of the portion of the content item within the content item.  (*See ACRCloud, Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud, Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |
| a receiver to receive a portion of the content item that can be played by a client system from the client system, the received portion of the content item is | ACRCloud's platform receives audio or signatures associated with audio content presented at client systems such as a television.  Thus, the ACRCloud platform must comprise a receiver.  (*See ACRCloud, Audience Measurement*, https://www.acrcloud.com/audience-measurement, Complaint Ex. R.)   The client system sends a "Post" function to ACRCloud servers.  The "Post" function includes an identifier which denotes whether audio content items or a fingerprint generated from the audio is sent to the ACR Servers. |

| Element of Claim 12 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item, the content item comprising audio and/or video content; | ```\n26 http_method = "POST"\n27 http_uri = "/v1/identify"\n28 # default is "fingerprint", it's for recognizing fingerprint,\n29 # if you want to identify audio, please change data_type="audio"\n30 data_type = "audio"\n```<br><br>(*See ACRCloud*, *Identification API*, https://docs.acrcloud.com/reference/identification-api, example Python code, Complaint Ex. S.).<br><br>The identification request sent by the client system does not include an identifier suitable for interrogating a database to determine further information associated with the content item.  Instead, as illustrated below, the ACRCloud server uses the received audio file to determine an identifier. (*See* ACRCloud "Broadcast Information Monitoring" document dated June 22, 2018, available at http://web.archive.org/web/20190330133859/https://www.acrcloud.com/technologies, March 30, 2019, Complaint Ex. Q.) |

| Element of Claim 12 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| |  How Automatic Content Recognition (ACR) Works<br><br>The client system, shown above as a TV or mobile device, sends a recorded audio file to an ACRCloud receiver using the Identification API. |

| a processor to process the received portion of the content item to determine, from the received portion of the content item, the identifier | The processor at the ACRCloud platform processes an audio file for frequency information and relative offsets [between peaks in a spectrogram] to create a fingerprint hash token.  (*See* Wang Article, Complaint Ex. U.)  The fingerprint hash token, or simply "hash" is then used to search for matching hashes in a reference database.   In the reference database of the cited Shazam system, hashes generated from audio files are linked with identifying information for the audio files.  (*See* Wang Article, Complaint Ex. U.) |

| | |
|---|---|
| associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; and | The reference database in the ACRCloud system is indexed using a hash table. (*See* "ACRCloud Audio Fingerprinting System" available at https://www.music-ir.org/mirex/abstracts/2015/SW3.pdf, 2015, Complaint Ex. U; Yu Publication, Complaint Ex. T.)).<br><br><br>(Yu Publication, Complaint Ex. T.)<br><br>The fingerprint hash token, or simply "hash," is an identifier associated with the content. This hash identifier is then used to search for matching hashes in a reference database. In the reference database of the cited Shazam system used by ACRCloud, hashes generated from audio files are linked with identifying information for the audio files. (*See* Wang Article, Complaint Ex. U.) |
| a lookup component to obtain further information on the content item using the determined identifier and to transmit the further information to the client system, the obtaining comprising searching the database using the computed hash value. | After generating the hash, the ACRCloud server searches the reference database to find matching records.  (*See* Yu Publication, Complaint Ex. T.)  After finding the matching records, the ACRCloud server obtains information associated with the matching records from the reference database.  (*See* Yu Publication, Complaint Ex. T.)    The obtained information can include an identification (e.g., artist, album) and timestamp(s) indicating a location of the portion of the content item within the content item. (*See* ACRCloud, *Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRcloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.)<br><br>After obtaining the information associated with a matching record(s), the ACRCloud server transmits a response to the client system. (*See ACRCloud*, *Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud*, *Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |

| Element of Claim 16 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 16.  The server system of claim 12, wherein the further information includes a title associated with the content item. | The information can include a title of a song or a television show.  (*See ACRCloud, Music*, https://docs.acrcloud.com/metadata/music, Complaint Ex. W; *ACRCloud, Live Channels*, https://docs.acrcloud.com/metadata/live-channels, Complaint Ex. V.) |

| Element of Claim 17 U.S. Patent No. 7,904,503 | ACRCloud |
|---|---|
| 17.  The server system of claim 12, wherein client system is a mobile phone. | The ACRCloud automatic recognition platform shows a client system which can be a mobile phone.  The mobile phone stores and uses a mobile software development kit (SDK).  The mobile phone can send requests and audio to the ACRCloud server using the mobile SDK.  (*See ACRCloud*, *Recognize Music*, https://docs.acrcloud.com/tutorials/recognize-music#integrate-with-sdk-api, Complaint Ex. X; *ACRCloud*, *Detect Live & Timeshift TV Channels*, https://docs.acrcloud.com/tutorials/detect-live-and-timeshift-tv-channels#integrate-with-sdk-api, Complaint Ex. Y.) |

# EXHIBIT P

**Claims 6 of U.S. Patent No. 7,623,823**

| Element of Claim 6 U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| 6.  A system for detecting user exposure to media items, comprising: | ACRCloud's system is an audio measurement system that involves detecting user exposure to media items such as music or television content.  According to their website, ACRCloud Limited ("ACRCloud") provides an "audio recognition platform" to customers in the US, Europe, Asia and Africa for music recognition, broadcast monitoring, live channel detection, second screen sync, audience measurement, copyright compliance, and data deduplication. (*See ACRCloud*, https://www.acrcloud.com, Complaint Ex. A.) |
| a server, for receiving a plurality of reference media items from at least one media receiver; | ACRCloud implements at least one server to receive, fingerprint, and index reference media items from a receiver that received media from a live audio/video source. "ACRCloud collects the live feed from TV or radio stations in real-time and enables the channel to be detected at the exact point of broadcast from any of the user's mobile devices."  (https://www.acrcloud.com/live-channel-detection, Complaint Ex. K.)  As the diagram below depicts, the ACRCloud platform receives live broadcasts from an audio/video source, generates fingerprints (*i.e*., signatures) and performs fingerprint matching.  (*See* https://www.acrcloud.com/live-channel-detection, Complaint Ex. K.)  The act of receiving from the live audio/video source must involve use of a media receiver configured to receive a live audio/video feed and provide the received audio/video for fingerprinting and indexing by a server. |

| Element of Claim 6<br>U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| |  |
| a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device; | ACRCloud's platform receives representations of target media items from client devices.  The representations can be "audio or fingerprint."  A client device sends a "Post" function to ACRCloud servers.  The "Post" function includes an identifier which denotes whether audio content items or a fingerprint generated from the audio is sent to the ACR Servers.  (*See ACRCloud, Identification API,* https://docs.acrcloud.com/reference/identification-api, Complaint Ex. S.)  Thus, at least one target item from a client device is received by ACRCloud servers.<br><br>```
26 http_method = "POST"
27 http_uri = "/v1/identify"
28 # default is "fingerprint", it's for recognizing fingerprint,
29 # if you want to identify audio, please change data_type="audio"
30 data_type = "audio"
```<br>(*See ACRCloud, Identification API,* https://docs.acrcloud.com/reference/identification-api, Complaint Ex. S, example Python code.) |

| Element of Claim 6 U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| | ACRCloud employs a system that has multiple servers that collect the Post functions and associated audio or fingerprint representations.  The multiple servers are disclosed as part of Amazon Web Services ("AWS") in the United States as well as China, Asia, and Europe to provide their audio recognition platform.  "ACRCloud uses AWS to achieve global server deployment, providing users around the world with stable and reliable audio fingerprint recognition services." (*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud/, Complaint Ex. B.)   As disclosed in the figure below, a plurality of servers receive representations of at least one target media item from at least one client device. <br><br> Figure 1 is a schematic diagram of the architecture of ACRCloud SaaS deployed on AWS: <br><br>  <br> Figure 1: Architecture diagram of ACRCloud SaaS deployed on AWS <br><br> *See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud, Complaint Ex. B.) |

| Element of Claim 6 U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| | This figure shows that query fingerprints pass through an Amazon Route 53 routing server, an Amazon Elastic Load Balancing (ELB) server, and an Amazon proxy server, reaching one or more Amazon spot instances of an Amazon Elastic Compute Cloud (EC2) (which are dynamically assigned processing instances to run applications. (*See Amazon*, *How Spot Instances Work*, https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/how-spot-instances-work.html, Complaint Ex. AA.)<br><br>ACRCloud's use of Amazon Route 53 routing server and an Amazon Elastic Load Balancing (ELB) server for routing of fingerprinting and matching signaling, along with their use of Amazon EC2 proxy server and/or spot instances, and use of clustering and load balancing for handling content-identification queries, constitute a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device. |
| a stream store, coupled to the server and to the plurality of stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item; | ACRCloud deploys a storage device including a "background audio" database that is coupled to the servers that receive audio or fingerprints.  ACRCloud makes use of a "fingerprinting vault" in connection with Amazon S3 cloud storage.  This fingerprinting vault is coupled to Amazon spot instances of an Elastic Compute Cloud (EC2) (which are dynamically assigned processing instances to run applications, per *Amazon*, *How Spot Instances Work*, https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/how-spot-instances-work.html, Ex BB.) The use of a fingerprinting vault, Amazon S3, and/or reference database storage constitutes their use as a stream store for storing fingerprinting data for both reference media items from the broadcasts and from client devices.  As set forth in "*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud, Complaint Ex. B: "The core business of ACRCloud is to provide audio fingerprint retrieval services for global users. Users transmit audio data to ACRCloud's SaaS platform, extract audio fingerprints, compare them with the data in ACRCloud's **background audio database**, and then return the identification results." (emphasis added.) |
| a correlator server, coupled to the stream store, for | ACRCloud has a server, coupled to the fingerprint database, that searches the reference database to find matching records using the received fingerprint and obtains information associated with the |

| Element of Claim 6<br>U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| identifying one of the reference media items as corresponding to the target media item; | matching records from the reference database. "Users transmit audio data to ACRCloud's SaaS platform, extract audio fingerprints, compare them with the data in ACRCloud's background audio database, and then return the identification results." (*See Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud, Complaint Ex. B.) |
| an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and | The ACRCloud has an "output device", coupled to the correlator server, for receiving the results of the identification match and providing monitoring logs and reports.   The ACRCloud output device generates output signaling user exposure to the identified reference media item.<br>(*See* ACRCloud "Broadcast Information Monitoring" document dated June 22, 2018, available at http://web.archive.org/web/20180622083407/https://www.acrcloud.com/broadcast-monitoring, Complaint Ex. Q.)<br><br> |

| Element of Claim 6<br>U.S. Patent No. 7,623,823 | ACRCloud |
|---|---|
| a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item. | ACRCloud uses AWS that has a server selector that uses client geographic location and/or load as a basis to select a server to receive query fingerprints from clients.  According to Amazon, the Amazon Route 53 service allows AWS users to route traffic to application endpoints based on geoproximity.  (*See Amazon*, *Amazon Route 53*, https://aws.amazon.com/route53/, Complaint Ex. BB.) Further, the Elastic Load Balancing uses application, gateway, and/or network load as a basis for application endpoint selection. (https://aws.amazon.com/elasticloadbalancing/, Complaint Ex. CC; *see also Amazon*, *AWS Case Study: ACRCloud*, https://aws.amazon.com/cn/solutions/case-studies/acrcloud, Ex B.) |

# EXHIBIT Q

The Wayback Machine - https://web.archive.org/web/20190330133859/https://www.acrcloud.com/technolo…

*ACR*Cloud
(https://web.archive.org/web/20190330133859/https://www.acrcloud.com/)



Solutions    Clients

Technologies
(https://web.archive.org/web/20190330133859/https://www.acrcloud.com/technologies)

Who We Serve
(https://web.archive.org/web/20190330133859/https://www.acrcloud.com/industries)

Docs (https://web.archive.org/web/20190330133859/https://acrcloud.com/docs)

Blog (https://web.archive.org/web/20190330133859/https://acrcloud.com/blog/)

Free Trial (https://web.archive.org/web/20190330133859/https://console.acrcloud.com/signup)

Sign In (https://web.archive.org/web/20190330133859/https://console.acrcloud.com/signin)



**ACRCloud** is the world champion of MIREX2015 Algorithm Evaluation
(https://web.archive.org/web/20190330133859/http://www.music-
ir.org/mirex/wiki/2015:Audio_Fingerprinting_Results) for **Audio Fingerprinting**, which is the
kind of most stabled and effective **Automatic content recognition (ACR)** technology
widely used in many applications.

# Automatic Content Recognition

**Automatic content recognition (ACR)** is an identification technology to recognise content played on a media device or present in a media file. This enables users quickly obtain detailed information about the content they have just experienced without any text based input or search efforts.

ACR can help users deal with multimedia more effectively and make applications more intelligent.

For More Information, see: **ACR (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/docs/introduction/automatic-content-recognition/)**

# Audio Fingerprinting

Audio Fingerprinting is the kind of most stabled, effective algorithm of ACR (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/docs/docs/acrcloud-documentation/introduction/automatic-content-recognition/) and has been widely used in many applications.

An **audio fingerprint** is a condensed digital summary, deterministically generated from an audio signal, that can be used to identify an audio sample or quickly locate similar items in an audio database. The follow picture gives us an intuitive understanding of audio fingerprint, we can take the black lines and points as fingerprints.



For More Information, see: **Audio Fingerprinting** (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/docs/introduction/audio-fingerprinting/)

# How Automatic Content Recognition (ACR) Works



The patented Automatic Content Recognition (ACR) technology enables the generation of a real-time fingerprint to identify the content being played via an audio or video source which is typically a first screen, in order to trigger an action. ACRCloud's technology allows it to accurately identify content characteristics of the audio, independently of metadata, file hashes or watermark and across file formats, codecs, bit rates and compression techniques, uniquely in a matter of seconds.

# Second Screen Synchronization

This refers to any second-device activity that is triggered by an audio or video stream, broadcast TV or a live event. Triggered activities include Interactions like voting, Information display related to the content, Social Media Feeds related to the content and Advertising.



Cover Song Detection (https://web.archive.org/web/20190330133859/https://acrcloud.com/identify-cover-song/identify)

Brand Guidelines (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/branding)

Terms of Use (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/terms)

Privacy Policy (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/privacy)

Documentation (https://web.archive.org/web/20190330133859/https://acrcloud.com/docs/)

Press (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/press)

Contact (https://web.archive.org/web/20190330133859/https://www.acrcloud.com/contact)

Blog (https://web.archive.org/web/20190330133859/https://acrcloud.com/blog)    Proudly Made in Beijing with Love

# EXHIBIT R



**ACR**Cloud

Home    Solutions    Industries    Login    🇬🇧English    Sign Up

# Audience Measurement

More Accurate & Convincing

## Trusted by

The solution provides resourceful ways to monitor audience viewership for TV and video content. It recognizes the radio or TV content broadcast from the user's TV set-top box or second-screen devices automatically by identifying the live feed and pre-recorded content.

## Detect Live Channel

Detect live channels in real-time to find out which channels audiences are watching or listening to.



## Detect Pre-Recorded Content

Detect pre-recorded content such as adverts or movies to determine the content that audiences are watching.

Technology In This Solution

# Audio Fingerprinting


Learn More

# Industries Who Use This Solution

### Broadcasters

TV & Radio Stations

Learn More →

### Advertising & Big Data

Big Data Platforms, Advertising Agencies

Learn More →



Audience Measurement - ACRCloud

## What Customers Say



*"We were attracted by ACRCloud's range of up-to-date SDKs, developer tools and high scalability. Integration of the Android SDK was straightforward and when an opportunity to enhance the performance on low-end devices was discovered, an improvement was delivered very rapidly."*

*Graham Dean*

CTO of RealityMine

Contact    Press    Blog    Docs    Brand Guidelines    Terms of Use    Privacy Policy

Music Submission    京ICP备15035697号-1

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

# EXHIBIT S





# EXHIBIT T

Case 1:22-cv-01344-UNA   Document 1-1   Filed 10/12/22   Page 260 of 298 PageID #: 284

# High Performance Indexing for Massive Audio Fingerprint Data

Ce Yu, *Member*, IEEE, Runtao Wang, Jian Xiao and Jizhou Sun

**Abstract** — *Real-time online audio searching systems require high performance indexing architecture for massive audio fingerprints. To improve the performance of hash table based indexing for audio fingerprints, this paper designs and evaluates a hybrid data structure which combines linked list with vector to store the values in the hash table to balance the searching performance and the memory usage. To extend the hash table to cluster environment, three distribution patterns are designed and implemented, and experiments show that the content-oriented distribution pattern is better than the key-oriented distribution pattern. The proposed serialized data layout of the hash table can further improve the searching performance with less memory usage. All the experiments are executed on practical massive data sets including up to 1,000,000 songs, and the results certificate the improvement of the methods proposed[1].*

**Index Terms** — Audio fingerprint, high performance indexing, hash table, serialized data layout.

## I. INTRODUCTION

Audio fingerprints are important for content-based audio searching [1] - [4]. By extracting the audio fingerprints (digital features) from the inputted audio fragment and then comparing to existing audio fingerprints in database, the detailed information of that audio fragment can be retrieved. This searching method does not only avoid common problems of traditional keyword-based search, such as lack of tags or wrong tags, but also allows users to perform queries without inputting any keywords.

Audio fingerprints are used in various types of applications and services for consumer devices [5] - [7], of which real-time online music searching engine is an example. Users may search for a specific piece of music by uploading an audio fragment of someone humming it or it being played in background. Several algorithms of extracting and matching

audio fingerprints have achieved significant results in laboratories [8] - [11], and have been applied to products with relative small datasets. But searching in large-scale data sets effectively and efficiently is still a challenge for both academia and industry [12], [13].

This paper proposes high performance indexing methods for searching in massive audio fingerprints. The indexing architecture uses hash table as the lookup table introduced by Haitsma *et al* [8]. Linked list and vector are combined to store values in the hash table so as to balance performance with memory usage. Different patterns for distribution of the hash table are proposed and implemented to extend the system to cluster environment. Additionally, serialization of the hash table is designed, and experiments show that it achieves better performance with less memory usage.

The paper is organized as follows. Section I is the introduction. In Section II, existing audio fingerprint system and indexing technologies are briefly reviewed. Section III discusses the improvement of the data model of hash table for audio fingerprint system; Section IV gives the three distribution patterns of the hash table. Section V introduces the optimization of the storage of hash table by serialization. Section VI concludes the paper.

## II. AUDIO FINGERPRINTING TECHNOLOGY

Like flat text keywords or tags, the audio fingerprint is the special character description of the audio content [1]. The audio fingerprints are generated from overlapped fragments of the audio signals. There are two main workflows in the audio fingerprint system, as illustrated in Fig. 1. The processing of massive audio datasets includes: extracting the features of each audio file, modeling the fingerprints, and storing the fingerprints with proper index. The searching in the fingerprint dataset includes: extracting the features of the inputted audio file, modeling the fingerprint, and searching in the indexed dataset to find matching record(s).

[1] This work was supported by the National Natural Science Foundation of China under Grant No.61303021 and FP7 funding of European Union under Grant No. 287746.

Ce Yu is with School of Computer Science and Technology, Tianjin University, Tianjin, 300072 China (e-mail: yuce@tju.edu.cn).

Runtao Wang was with School of Computer Science and Technology, Tianjin University, Tianjin, 300072 China. He is now with System Engineering Research Institute of CSSC (China State Shipbuilding Corporation), Beijing, China. (e-mail: wrtdege@126.com).

Jian Xiao is with School of Computer Software, Tianjin University, Tianjin, 300072 China (e-mail: xiaojian@tju.edu.cn).

Jizhou Sun is with School of Computer Science and Technology, Tianjin University, Tianjin, 300072 China (e-mail: jzsun@tju.edu.cn).



**Fig. 1.  Workflows in a typical audio fingerprint system.**

Contributed Paper
Manuscript received 09/18/14
Current version published 01/09/15
Electronic version published 01/09/15.                    0098 3063/14/$20.00 © 2014 IEEE

Authorized licensed use limited to: Tal Ben-Moshe. Downloaded on August 29,2022 at 20:08:24 UTC from IEEE Xplore. Restrictions apply.

The audio fingerprints are the compressed description of contents of the audio. The fingerprints are generated by a function which maps the audio wave data to the fingerprint data. Most audio fingerprint matching algorithms are based on the distance calculations such as Hamming distance and Euclidean distance. As for an audio fingerprint system, the search problem is basically matching the input audio fingerprint with billions of archived fingerprints. The efficiency and accuracy of an audio search system depend on both its definition of the audio fingerprint and data storage architecture.

Haitsma *et al* [8] introduced a classic method of audio fingerprint extraction and indexing. Each fingerprint, which is 32-bit long, is for an 11.6-millisecond fragment. Each fingerprint block consists of 256 sub-fingerprints (3-second audio). For a middle scale audio library of 10,000 songs with an average length of 5 minutes, there will be 256 million sub-fingerprints. To identify the input audio data, the most similar fingerprint block in the library should be retrieved. The system has to find the position of the minimal bit error rate in the 256 million sub-fingerprints. Brute force searching is not acceptable for such real-world applications. Haitsma *et al* proposed an efficient searching algorithm which only requires calculating for a few candidate positions. The algorithm is based on a lookup table (LUT) which contains all possible 32-bit fingerprints. Each entry maintains a list of pointers to the positions where corresponding fingerprints appear in the LUT. By inspecting the LUT for each of the 256 extracted sub-fingerprints, a list of candidate songs is generated. Then the inputted fingerprint block is compared to the entries in the database to get the final result.

S. Lee *et al* [9] improved Haitsma's method by reducing the number of database access, and the experiment on an audio library with 1000 songs achieved 3 times faster than the original method. G. Cha [10] proposed an indexing and searching strategy for large scale fingerprint databases which employed the inverted file as the underlying index structure and adopted the strategy of maintaining duplicated fingerprints with toggled bits, so that the song recognition error rate was reduced and achieved fast song retrieval. The paper got about 10 times speedup than Haitsma's method on a library with 4 million fingerprints from 2,000 songs.

Assuming that the fragment length is 10ms with 1ms of overlap, a 5-minute audio file (typical length of songs) will generate more than 30,000 fingerprints (Haitsma's method). Considering a search system with 1,000,000 songs, there will be more than 30 billion fingerprints. The applications of online music searching (e.g. applications on smart phones that allow people to search for a song by just humming a few bars of it) will require real-time response, thus a high performance indexing architecture is essential for searching in massive audio fingerprint datasets.

## III. THE IMPROVED HASH TABLE FOR AUDIO FINGERPRINT

The data structure used to store audio fingerprints is one of the key issues in the audio fingerprint system. Tree and hash

table are the most widely used data structures for querying on large scale data sets. The time complexity of query operation on tree is O(logN), while on hash table it is O(1). The insert operation, however, is usually faster on tree than on hash table, but there are several hash tables which are designed to allow arbitrary insertions and deletions of key-value pairs at constant average cost per operation. For the audio fingerprint search system, the query performance is far more important than insertion. Hash table is used in the audio fingerprint system introduced by G. Cha [10].

A hash table is a data structure used to implement an associative array, a structure that can map keys to values. A hash table uses a hash function to compute an index into an array of buckets or slots, from which the correct value can be found. The multi-dimension information of audio fingerprints can be transformed and compressed into one dimension so that it can be stored in integer data type. The hash table used in this paper is shown in Fig. 2. The Key of the hash table is the information of parameters of the audio, such as frequency and energy, which are used for locate the audio metadata. The metadata of the fingerprint (such as the ID of the audio) and information used to compute the similarity are combined into the other fixed length data as the Value.



**Fig. 2. Hash table construction for audio fingerprint.**

The lengths of both Key and Value are determined by the mapping algorithm. It is intuitive that shorter length will result in better searching performance. Same as Haitsma's method, the lengths of Key (kLen) and Value (vLen) in this paper are both 32-bit, which can be stored in 2 unsigned integer variables.

### A. Linked List over Vector for Multiple Values

Linked List and Vector are two widely used data structures to store multiple values of the same key in hash table. As shown in Fig. 3, Linked List can save memory space but is difficult to optimize search operation, while Vector's fixed memory space makes it easy to calculate the position of a specific element. Not fully filled vectors, nevertheless, will waste storage.



**Fig. 3. Data structures for the hash table: (a) Linked List, (b) Vector.**

This paper proposes a data structure with Linked List over Vector (LLoV) to balance the performance with the memory usage, as illustrated in Fig. 4. Let VL be the size of each vector,

Authorized licensed use limited to: Tal Ben-Moshe. Downloaded on August 29,2022 at 20:08:24 UTC from IEEE Xplore. Restrictions apply.

Case 1:22-cv-01344-UNA   Document 1-1   Filed 10/12/22   Page 262 of 298 PageID #: 286

IEEE Transactions on Consumer Electronics, Vol. 60, No. 4, November 2014

and allocate one vector for each Key as the first elements of its Value. The new values are added to the first vector until it is full, then the second vector is allocated and linked. The query operation iterates the vectors sequentially. Due to the sequential data layout and the cache pre-read mechanism, the iteration on vectors is faster than on linked lists. The size of vectors is designed to be small so that less memory space would be wasted if the vector was not full. The value of VL can be tuned according to the runtime analysis to get the optimal balance between performance and memory usage.



**Fig. 4. Linked List over Vector for multiple values.**

### B. Experiments with LLoV-based hash table

To evaluate the performance and memory usage of LLoV-based hash table for large scale audio fingerprint data set, an experiment environment is set up (including a server, a configurable audio fingerprint library, and an uniform input data set). The server has two processors (2.40GHz, 12MB cache, 6 cores each), 128 GB memory, and 1TB hard disk. The average length of the songs in the audio fingerprint library is 5 minutes. The sample input data are 2,000 15-second audio fragments (with 1,500 fingerprints each).



**Fig. 5. Performance and memory usage: different Vector Length.**

The first set of experiments is to analyze the relationship between the performance and memory usage with different value of VL. To ensure the accuracy of the results, the total time of 2,000 querying and matching operation is evaluated. The numbers of songs in the audio fingerprint library (N) for the tests are 1,000, 10,000, 100,000, and 1,000,000.

The experiments measure the performance and memory usage with different sizes of audio fingerprint library and different values of VL in the LLoV. The results are shown in Fig. 5. The memory usage increases with the size of the vector (VL), for there will be more wasted space in the vectors of LLoV. But the larger VL improves the query performance, for there will be more sequential read operations. The optimal value of VL varies with the size of the audio fingerprint library, but usually increases with the size of the library.

The second set of experiments is to compare the performance and the memory usage between LLoV-based hash table with the other two typical data structures (Linked List and Vector). The dataset sizes (N, numbers of songs) are 1,000, 5,000, 10,000, 50,000, 100,000, 500,000 and 1,000,000. Fig. 6. shows the performance and memory usage of the three data structures used to store the values in the hash table: Linked List, Vector, and LLoV. The vector length (VL) in LLoV is 60.



**Fig. 6. Performance and memory usage: different data structures.**

Comparing to the vector-based hash table which got the best querying performance, LLoV-based hash table dramatically reduces the memory usage with little loss of performance. The memory usage of LLoV-based hash table is also a bit larger than the Linked List-base solution. The experiments confirm that the performance and memory usage are balanced quite well with the LLoV-based solution.

## IV. DISTRIBUTION OF HASH TABLE

### A. Distribution patterns

For online searching applications (i.e. online music search by simply humming a part of a song), real-time response is necessary. The music library will have more than 1,000,000 songs. The size of the audio fingerprint data of such an online audio searching system are beyond the memory capacity of a single server, and the increasing amount of audio fingerprint data will cause longer response time for queries. Moreover, large amount of concurrent queries will get even worse performance. Thus the backend server environment needs to be extended to a cluster environment to meet the performance requirements.

To extend the audio fingerprint library to multiple nodes in the cluster, the hash table has to be divided into multiple servers. Considering the characters of music audio fingerprint system and the data structure of the LLoV-based hash table, two types of distributed hash table patterns are designed: key-oriented distribution and content-oriented distribution.

### Key-oriented distribution pattern

The key-oriented distribution pattern will first generate the entire LLoV-based hash table, then distribute the hash table to multiple data nodes. The key is defined as a 32-bit integer variable, so there will be a total of $2^{32}$ possible values. Assuming that there are P data nodes in the cluster, $2^{32}/P$ keys will be allocated to each data node. Queries will be dispatched to a server in the cluster by the load balancer. Then the server will compute the fingerprint of the input audio fragment and map the generated fingerprint to the corresponding data node by matching the key value. Then the data node will perform the searching operation and reduce the result to the server. The

Authorized licensed use limited to: Tal Ben-Moshe. Downloaded on August 29,2022 at 20:08:24 UTC from IEEE Xplore. Restrictions apply.

C. Yu et al.: High Performance Indexing for Massive Audio Fingerprint Data                                                                693

server will compute the similarity between the input data and the data from the data node. The deployment of key-oriented pattern is illustrated in Fig. 7.



**Fig. 7. Key-oriented distribution pattern.**

The key-oriented distribution pattern can get good balance of distribution of the data and computing.  Let t(key) be the time of iterating through all the values corresponding to that key. All fingerprints in each LLoV-based value are allocated to the same data node with the corresponding key, and t(key) keeps the same as the serial version. That is to say that the searching performance of the single query on one fingerprint will not be improved. If there are M concurrent queries, the total computing time will be M*t(key)/P, assuming that the keys are distributed equally. Besides, the whole system would be unusable if any one of the data nodes failed, because all the data associated with the keys stored on it would be lost.

*Content-oriented distribution pattern*

The content-oriented distribution pattern is to divide the songs into groups according to the number of data nodes, then generate the LLoV-based hash table for each group on each data node. As illustrated in Fig. 8, each data node will hold all $2^{32}$ keys, but only the values corresponding to the songs allocated to that data node will be stored in that node.



**Fig. 8. Content-oriented distribution pattern.**

The content-oriented distribution pattern can achieve very good load balance, too. But for each key on each data node, the number of corresponding values is reduced because the fingerprints are generated from part of data set. If the average iteration time on the values of each key is t(key) in the former single data node version, then the average iteration time on the values of each key in the content-oriented distribution pattern should be t(key)/P, where P is the number of data nodes. If a part of data nodes failed, only the songs whose fingerprints are stored on the failed nodes could not be matched but the whole

system will not crash. This is because different songs are allocated to different nodes and each node has all the fingerprint data of the songs that have been allocated to it.

Furthermore, the distribution of queries on the songs will follow the Pareto rule. For example, ninety percent of queries may be mapped to just ten percent of songs. The system can store the ten percent of popular songs on a special data node, and redirect all queries to this node to perform the searching. Only when the song cannot be found on this node, the queries will be redirected to other data nodes. Also one or more clones of this special data node can be added to improve both performance and robustness.

*B. Evaluation of three distribution patterns*

The cluster environment consists of 5 nodes with the same hardware configuration: two processors (2.40GHz, 12MB cache, 6 cores each), 64GB memory, and 1 TB hard disk.

The key and value of the LLoV-based hash table are both 32-bit integer variables, and the length of vector is 60. Four data nodes are used to store the audio fingerprint data. And the other is configured as the front server which receives and dispatches the queries, gathers the results from the data nodes, and produces the final results. The number of songs in the library is 1,000,000. The sample input data for each round of query are 2,000 15-second audio fragments. Response time is the time span between the arrival of the queries at the front server and the leaving of the final results from the front server.



**Fig. 9.  Performance evaluation of the three distribution models.**

Three distribution models for the LLoV-based hash table are evaluated: key-oriented distribution (KoD), content-oriented distribution (CoD), and weighted content-oriented distribution (wCoD). In the regular CoD, all songs are distributed to the data nodes randomly and equally. In wCoD, the popular songs are gathered to one data node and other songs are distributed to other data nodes randomly and equally. The searching performance and average CPU usage of the three distribution models is shown in Fig. 9. The response time in the figure is the total time of each round of query of 2000 15-second audio fragments.

The searching performance of CoD is better than KoD, because in CoD each data node can perform the similarity computing locally while in KoD the similarity computing has to be done on the front server. The average CPU usages are roughly the same and both are almost full when the concurrent queries number increases to 20 and up. WCoD has the best average CPU usage, even with heavy load of concurrent

Authorized licensed use limited to: Tal Ben-Moshe. Downloaded on August 29,2022 at 20:08:24 UTC from IEEE Xplore.  Restrictions apply.

queries. Most queries are performed on the data node with the popular songs so only the CPU usage of that node is almost full. The searching performance of wCoD is also better than KoD but a bit worse than the regular CoD, for the load is not balanced across all data nodes.

Experiments show that the content-oriented distribution is the best choice as it achieves the best searching performance and is also easier to update the audio fingerprint library because the generation and the refreshing of hash table can be done inside each data node. Failure of a part of the data nodes will not cause the crash of the whole system. The weighted content-oriented distribution can reduce the average CPU usage and make it possible to deploy special clones or backups for the data node where the popular songs are stored so that better performance and service availability may be achieved.

## V. DATA LAYOUT OPTIMIZATION

### A. Serialization of the hash table

The online audio fingerprint systems require real-time response, and the searching and matching operations are both computing and data-intensive. The memory layout of the data structure is the key to performance and memory efficiency. Besides, when the data set increases beyond the capacity of the memory, part of the data may be stored to the hard disk.

Comparing to the traditional Linked List-based and Vector-based hash table, The LLoV-based hash table balances searching performance and memory usage, but it still can not avoid the memory fragments, and all the values associated with the same key are not guaranteed to be continuous in the memory. Considering that sequential reading and writing operation can get the best performance with most types of storage [14], a serialized data layout is designed for the hash table of the audio fingerprint data.

The value range and number of the keys in the hash table is fixed (0 to $2^{32}$-1), so the basic serialization of the hash table is to join the key-values directly, as shown in Fig. 10.



Fig. 10. Serialized data layout of the hash table.

But the serialized data layout in Fig. 10 can not be used for searching directly because the position of a specific key can not be located. An additional index data structure is needed to record the location information, as shown in Fig. 11.



Fig. 11. Index for the serialized hash table

The Index has a fix-length data structure with three values for each key: keyN (the value of key), offN (the offset of values associated with keyN), lenN (the length of the values associated with keyN). Both offN and lenN are 32-bit long, and the size of Index data is $2^{32}*3*4$ bytes. The keys are numbered sequentially from 0 to $2^{32}$-1, so the keys can be computed by the offset of the triples of (keyN, offN, lenN). The Index can be simplified by using only pairs of (offN, lenN), as shown in Fig. 12.



Fig. 12. Simplified index for the serialized hash table

The serialized data structure of the hash table are not only useful in memory, but also suitable for hard disks. During a searching operation, the offset of the pair (offN, lenN) is calculated from the value of keyN. Then the iteration/searching operation can be performed in the Data with the calculated values of offN and lenN. The values associated with the same key can be sorted when they are serialized, thus the complexity of searching is reduced from O(N) to O(logN).

### B. Performance and analysis

The performance improvement of the serialized hash table compared with the LLoV-based hash table is evaluated. The average length of the songs in the audio fingerprint library is 5 minutes. The sample input data are 2,000 15-second audio fragments (with 1,500 fingerprints each). The server has two processors (2.40GHz, 12MB cache, 6 cores each), 128 GB memory, and 1TB hard disk.



Fig. 13. Performance improvement with serialized data layout.

The comparison of querying performance and memory usage between the serialized hash table and the LLoV-based hash table are displayed in Fig. 13. The response time in the figure is the total time of each round of query from 2000 15-second audio fragments. The serialized data layout brings dramatic improvement of searching performance especially with larger volume of data set. For the data set with 1,000,000 songs, the searching performance is improved by 80.8%, and the memory usage is reduced by 7.5%.

## VI. CONCLUSION

The real-time online audio searching applications based on massive audio fingerprints are both computing and data-

C. Yu et al.: High Performance Indexing for Massive Audio Fingerprint Data                                                                                          695

intensive. Hash table is an efficient data structure for indexing audio fingerprints. To improve the query performance and memory usage of the audio fingerprint system, a hybrid data structure for the values of the hash table is designed, and the hash table is distributed to multiple data nodes to support cluster environment. Also data layout of the hash table is optimized by the serialization of the values.

Experiments are executed on different sizes of data set from 1,000 to 1,000,000 songs, which are far larger than the cases from S. Lee *et al* [9] and G. Cha [10]. The results show that using Linked List over Vector to store the values associated with the same key in the hash table (LLoV-based hash table) can well balance the searching performance and the memory usage. As for the cluster environment, the content-oriented distribution pattern performed better than the key-oriented distribution pattern, and the weighted content-oriented distribution is more suitable for optimizing the average CPU usage, and also more convenient for making clones and backups for the popular data. The serialization of the hash table improved the searching performance dramatically with less memory usage, and serialized data can be stored to the hard disk without any modification. The major challenge of the proposed indexing methods is how to update the index data efficiently, and it will be researched in the future work.

### ACKNOWLEDGMENT

The authors thank Zhi Hong from Tianjin University for revising the entire manuscript for language editing.

### REFERENCES

[1] P. Cano, E. Battle, T. Kalker, and J. Haitsma, "A review of audio fingerprinting," *Journal of VLSI Signal Processing Systems*, vo1.41, no.3, pp. 271-284, Nov. 2005.

[2] M. Riley, E. Heinen, and J. Ghosh, "A Text-Retrieval Approach to Content-Based Audio Retrieval," *in Proc. The 1st ACM International Conference on Multimedia Information Retrieval*, Vancouver, Canada, pp. 105-112, Oct. 2008.

[3] M. Casey, R. Veltkamp, M. Goto, M. Leman, C. Rhodes, and M. Slaney "Content-based music information retrieval: current directions and future challenges," *Proceedings of the IEEE*, vol. 96, no. 4, pp. 668-696, Apr. 2008.

[4] R. van Zwol, S. Rüger, M. Sanderson and Y. Mass: "Multimedia information retrieval: new challenges in audio visual search," *Workshop Report of ACM SIGIR Forum*, 41(2), pp 77–82, Dec. 2007.

[5] W. Son, H. Cho, K. Yoon, and S. Lee, "Sub-fingerprint masking for a robust audio fingerprinting system in a real-noise environment for portable consumer devices," *IEEE Transactions on Consumer Electronics*, vol. 56, no. 1, pp. 156-160, Feb. 2010.

[6] S. Shirali-Shahreza, H. Abolhassani, and M. Shirali-Shahreza, "Fast and scalable system for automatic artist identification," *IEEE Transactions on Consumer Electronics*, vol. 55, no. 3, pp. 1731-1737, Aug. 2009.

[7] S. Lim, J. Lee, S. Jang, S. Lee, and M. Kim, "Music-genre classification system based on spectro-temporal features and feature selection," *IEEE Transactions on Consumer Electronics*, vol. 58, no. 4, pp. 1262-1268, Nov. 2012.

[8] J. Haitsma and T. Kalker, "A Highly Robust Audio Fingerprinting System," *in Proc. International Symposium on Music Information Retrieval*, Paris, France, pp. 107-115, Oct. 2002.

[9] S. Lee, D. Yook, and S. Chang, "An efficient audio fingerprint search algorithm for music retrieval," *IEEE Transactions on Consumer Electronics*, vol. 59, no. 3, pp. 652-656, Aug. 2013.

[10] G. Cha. "An indexing and search strategy for fingerprint databases," *in Proc. 2012 International Conference Multimedia Computing and Systems*, Tangiers, Morocco, pp. 7-12, May. 2012.

[11] Y. Qian, H. Dou and Y. Feng, "A novel algorithm for audio information retrieval based on audio fingerprint," *in Proc. 2010 International Conference on Information Networking and Automation*, Kunming, China, pp. 266 - 270, Oct. 2010.

[12] A. Wang. "An industrial strength audio search algorithm," *in Proc. Storage and Retrieval Methods and Applications for Multimedia 2004*, San Jose, CA, USA, pp. 582-588, Jan. 2004.

[13] W. Dong. "High-Dimensional Similarity Search for Large Datasets," *PhD Dissertation*, Princeton University, Nov. 2011.

[14] S. Rubin, R. Bodik, and T. Chilimbi. "An Efficient Profile-analysis Framework for Data-layout Optimizations," *in Proc. the 29th ACM SIGPLAN-SIGACT Symposium on Principles of programming languages*, Portland, USA, pp. 140-153, Jan. 2002.

### BIOGRAPHIES



**Ce Yu** (M'11) received B.S., M.S. and Ph.D degree in Computer Science and Technology from Tianjin University, Tianjin, China, in 2002, 2005 and 2009, respectively. He worked as a visiting scholar in Illinois Institute of Technology, IL USA, from Sep. 2011 to Feb. 2012. He worked in Tianjin University since 2005, and he is currently an associate professor in School of Computer Science and Technology, Tianjin University. His research interests include high performance computing and massive data processing. Dr. Yu is a member of IEEE.



**Runtao Wang** received B.S. and M.S. degree in Computer Science and Technology from Tianjin University, China, in 2011 and 2014, respectively. He contributed to this paper when he was a mater candidate in School of Computer Science and Technology, Tianjin University. He is currently an assistant engineer in System Engineering Research Institute of CSSC (China State Shipbuilding Corporation).



**Jian Xiao** received B.S. and M.S. degree in Computer Science and Technology from Tianjin University, Tianjin, China, in 2002 and 2005, respectively. He worked as system engineer in Nomula Research Institute Limited in Tokyo, Japan, from 2005 to 2007. And he worked in Tianjin University since 2007, and he is currently an engineer in School of Computer Software. His research interests include massive data processing and scientific simulation.



**Jizhou Sun** received the master degree in computer science from Tianjin University, China, in 1982, and the PhD degree in electrical engineering and computer science from Sussex University, United Kingdom, in 1995. Currently, he is working as a professor in computer science and technology, Tianjin University. His main research interests include parallel algorithms and architectures, high-performance computing, computer graphics, scientific visualization.

Authorized licensed use limited to: Tal Ben-Moshe. Downloaded on August 29,2022 at 20:08:24 UTC from IEEE Xplore. Restrictions apply.

# EXHIBIT U

# ACRCloud Audio Fingerprinting System

Steve Wang

ACRCloud, Beijing, China

*contact@acrcloud.com*

## ABSTRACT

ACRCloud [1] is a SELF-HELP cloud platform that helps companies and developers integrate Audio Fingerprinting technologies into their products. The underlying algorithm is audio fingerprinting. We take many commercial features into account during algorithm designing and developing. This short paper illustrates the designs behind the SW# submissions for MIREX 2015 Audio Fingerprinting task.

## 1. Introduction

As audio fingerprinting is getting wider employment in many application scenarios, such as music retrieval, audio and video recognition, radio stream monitoring, live TV detection, multi-screen interaction and so on, ACRCloud audio fingerprinting system is designed to be as compatible as possible. Commercial features we take into account include high recognition rate and fast speed, low memory occupation, online database updating, distributed deployment.

The data structure of ACRCloud audio fingerprint system is based on finding and matching local "landmarks" in a spectrogram as described by Wang [2]. The sample rate we use is 8kHz and the frequency bands we choose are segmented from 500Hz to 1500Hz with a logarithmic spacing.

The remaining sections discuss the considerations and solutions for commercial features mentioned before.

## 2. Recognition Rate and Speed

Because of the existence of super noisy query snippets in real world, deciding whether to do noise reduction is important during audio fingerprinting searching progress. We first analyse the average energy degree for the whole wav and separated frequency bands and then calculate a noisy degree variable (NDV) like mean square deviation. If the NDV exceeds a threshold predefined, a noise reduction is done before amplifying high frequency signals and reduce low frequency signals.

The threshold for selecting the "landmarks" also needs to be adjusted according to the NDV. Dynamic configuration for noise reduction and "landmarks" selecting helps saving computing resources a lot and keeps the recognition rate stable.

## 3. Memory Occupation

For ACRCloud audio fingerprinting system, Index compression is used for memory occupation.

As we all know, most audio fingerprinting use hash table for features indexing and searching. Fixed length key-value pair is normal. However, there'll be a lot of blank bits for such system. Maybe a key only occupy the first 8bits of an integer.

Index compression should helps reduce memory occupation. The most important is that

the compression algorithm needs to be rather simple and fast.

We select 4 optional key-value length and make the first 2bits for the flag of how long is the value after them.

This reduces almost 40% memory compared to non-compressing one and only increases 5% searching time.

## 4. Online Database Updating

The index structure is designed rather flexible because of online updating needs. The hash table composed with link-list and vectors which guarantees the scanning speed and adjustability at the same time.

## 5. Distributed Deployment

Large scale audio fingerprinting system should be distributed and we designed a distributed hash table for this system.

The values for each key is compact but different keys might be put in different nodes. And one key has several backups that put in different nodes with the original one just like Hadoop [3] do.

The deployment and adjustment of keys is done periodically and automatically to get better load balance. Distributed system helps balance computing resources, improve searching speed and avoid single node failure at the same time.

## 6. References

[1] ACRCloud, http://www.acrcloud.com
[2] A. Wang, "The Shazam music recognition service," Comm. ACM, vol. 49, no. 8, pp. 44–48, Aug. 2006.
[3] Hadoop, http://hadoop.apache.org.

# EXHIBIT V



# EXHIBIT W



10/7/22, 11:53 AM

Music - ACRCloud

Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

API REFERENCE

Mobile SDK ›
Backend SDK ›
Error Codes

```
            "track":{
                "id":"0a8e8d55-4b83-4f8a-9732-fbb5ded9f344"
            }
        },
        "deezer":{
            "track":{
                "id":"118265034"
            },
            "artists":[
                {
                    "id":"75798"
                }
            ],
            "album":{
                "id":"11483764"
            }
        },
        "spotify":{
            "track":{
                "id":"4aebBr4JAihzJQR8CiIZJv"
            },
            "artists":[
                {
                    "id":"4dpARuHxo51G3z7G8sgnrY"
                }
            ],
            "album":{
                "id":"7uwTHXmFa1Ebi5flqBosig"
            }
        },
        "musicstory":{
            "track":{
                "id":"13106540"
            },
            "album":{
                "id":"931271"
            }
        },
        "youtube":{
            "vid":"YQHsXMglC9A"
        }
    },
    "score":100,
    "genres":[{"name":"Pop"}],
    "release_date":"2015-10-23",
    "release_by_territories": [
        {"territories": ["DK"], "release_date": "2006-04-17"},
        {"territories": ["JP"], "release_date": "2006-10-17"},
        {"territories": ["SE"], "release_date": "2005-06-21"},
        {"exclude_territories":["CN"], "territories": ["BG", "AL", "BA", '
        {"territories": ["GB", "IE", "NZ"], "release_date": "2005-07-18"}
        {"territories": ["FR"], "release_date": "2005-07-26"}
    ],
    "works":[
        {
            "iswc":"T9178198088",
            "name": "HELLO",
            "creators":[
                {"name":"KURSTIN GREGORY ALLEN","ipi":122619891},
```

10/7/22, 11:53 AM

Music - ACRCloud



10/7/22, 11:53 AM
Music - ACRCloud

| | Backend SDK › | spotify | Spotify fields |
|---|---|---|---|
| | Error Codes | deezer | Deezer fields |
| | | lyricfind | LyricFind fields |
| **API REFERENCE** | | lfid | LyricsFind's lyric ID |
| | Mobile SDK › | youtube | YouTube fields |
| | Backend SDK › | vid | Youtube video ID |
| | Error Codes | musicbrainz | MusicBrainz Identifier - MBID |
| **API REFERENCE** | | *db_begin_time_offset_ms | Position of beginning of the recognition on database file (millisecond) |
| | Mobile SDK › | *db_end_time_offset_ms | Position of end of the recognition on database file (millisecond) |
| | Backend SDK › | *sample_begin_time_offset_ms | Position of beginning of the recognition in sample file sent by SDK/API (millisecond) |
| | Error Codes | *sample_end_time_offset_ms | Position of end of the recognition in sample file sent by SDK/API (millisecond) |
| **API REFERENCE** | | *played_duration | Actual duration of the track played in the streams for Broadcast Monitoring service, in second |
| | Mobile SDK › | score | Match confidence score. Range: 70 - 100 |
| | Backend SDK › | +contributors | Contributor information for this track |
| | Error Codes | +composers | Composers of the song |
| **API REFERENCE** | | +lyricists | Writers of the lyrics |
| | Mobile SDK › | language | Language of the song, ISO 639-1 codes |
| | Backend SDK › | langs | Translation into different languages. Example: [{"code":"ru", "name":"Я твой враг"}] |
| | Error Codes | #rights_claim | All relevant metadata fields to determine rights owners, available territories and rights claim policy for UGC platforms. These metadata fields are for copyright compliance users only. |
| **API REFERENCE** | | #distributor | Information of distributor for this track |
| | Mobile SDK › | #id | DDEX Party ID of the distributor, this ID won't change. |
| | Backend SDK › | #name | Name of the distributor, This name might be changing from time to time. |
| | Error Codes | #rights_claim_policy | Right policy for UGC platforms, the value options are "Monetize", "Allow", "ReportUsage" and "BlockAccess". |
| **API REFERENCE** | | | Rights owners' name, example: |
| | Mobile SDK › | | |
| | Backend SDK › | | |
| | Error Codes | | |

10/7/22, 11:53 AM

Music - ACRCloud



| #rights_owners | [{"name":"Warner Music Group", "share_percentage":100}] |
|---|---|
| #territories | Territory codes for included territories, ISO country codes applied. |
| #excluded_territories | Territory codes for excluded territories, ISO country codes applied. |
| #share_percentage | Percentage of the rights share for each rights owners. |
| #release_by_territories | Release details by territories, indicate the release date for territories. |
| +work | Publishing metadata fields for works |
| +ISWC | ISWC code |
| +name | Name of the work |
| +creators | The creators of the work |
| +ipi | IPI code for the creator |

ⓘ **Please note: Only** *ACRID, Track Title, Artists Name* **and** *Album Name* **fields are required, other fields are optional.**

\* fields are visible in Broadcast Monitoring service only, if you want to use these fields in recognition service, please contact us.

#fields are visible for the projects with copyright compliance option only.

+fields are visible upon request, please contact us if you need those fields.

| ← | Tools · Previous<br>**File Scan Tool** | Next · Metadata<br>**Music (Broadcast Monitoring with Bro...** | → |
|---|---|---|---|

Last modified 1mo ago

# EXHIBIT X



# Recognize Music

Identify music via line-in audio source or microphone with ACRCloud Music database.

**Music Recognition Service** enables your product ( apps or pc software ) to recognize music by sounds or files.

In this tutorial, we use the **ACRCloud Music** bucket, if you want to recognize your own content, please refer to **Recognize Custom Content**.

---

## Create an account

Sign up an account on **this page** and click the link on the verification email to complete the registration.

---

## Audio & Video Recognition (Programming skills required)

This only supports Audio Fingerprinting and Query by Humming, if you want to detect covers/live performances, please use **File Scanning**.

### Create a project

Go to your **dashboard**, build and configure an Audio & Video Recognition (AVR) project and attach the bucket named **ACRCloud Music** as below.





> (i) Choose **Recorded Audio** for the audio source to deal with noise.
>
> Choose **Line-in Audio** for the audio source if you want to recognize files without noise.
>
> Enable **3rd Party ID Integration** if you need ISRC, UPC or IDs of Spotify, Deezer, Youtube etc.

### Find the credentials

Save the **"host"**, **"access_key"**, **"access_secret"** of your project for future use. You can find them in the places shown below.



### Integrate with SDK/API

Start sending requests with **Mobile SDK**, **Backend SDK**, **Identification API** or **File Scan Tool**. You can find all of the SDKs and Tools on **this page**.

> (i) For using our SDKs to scan files, SDKs will use 10 seconds of an audio clip for the recognition of a single request, you will need to send multiple requests to 1 file with different parts of the file if you want to get results from different parts of 1 file.



ACRCloud

Introduction

GET STARTED

Console Tutorials

- Recognize Music
- Recognize Custom Content
- Broadcast Monitoring for Music
- Broadcast Monitoring for Custom Content
- Detect Live & Timeshift TV Channels
- Recognize Custom Content Offline
- Recognize Live Channels and Custom Content

SDK REFERENCE

Mobile SDK

Backend SDK

Error Codes

API REFERENCE

Identification API

Console API

Metadata API

TOOLS

Audio File Fingerprinting Tool

Local Monitoring Tool

Live Channel Fingerprinting Tool

File Scan Tool

METADATA

Music

Music (Broadcast Monitoring with Broadcast Database)

Custom Files

Live Channels

Humming

FAQ

Definition of Terms

Service Usage

Powered By GitBook

## Create a container

Go to "File Scanning" product and then go to "Containers" then click "Create" to create a container with ACRCloud Music bucket and other parameters.



Here are some explanations for the parameters:

> ℹ️ **Audio Engine:**
> **Audio Fingerprinting:** Only detect the exact same version.
> **Cover Song Identification:** Detect covers/live performance.
> **Audio Fingerprinting & Cover Song Identification:** Detect both options.
>
> **Audio Source:**
> Choose **Recorded Audio** for the audio source to deal with noise.
> Choose **Line-in Audio** for the audio source if you want to recognize files without noise.
>
> **Scanning Policy:**
> Choose **Traverse Scanning** if you want to scan the entire file for multiple songs in different parts of the file.
> Choose **Points Scanning** if there's only one song per file.

## Upload files to scan

Go to the container you just created and click "Upload" to upload or add the files that you want to scan.



> ℹ️ **Data Type:**
> **Audio:** You can upload audio/video files;
> **Fingerprint:** You can use the Audio File Fingerprinting Tool to generate fingerprint files and upload fingerprint files as they are much smaller (Cover Song Identification doesn't support fingerprint);
> **Youtube:** You can simply input the Youtube video/channel/playlist URL if you want to detect Youtube video;
> **TikTok/Facebook/Instagram/Twitter:** You can simply input the post URL if you want to detect video on those platforms;

## Browse results

When the "Status" turns "ready" you are able to click the arrow to browse the results on the page or select the files then click "Action" then click "Export" to export the reports.



**Data Type:**

**Audio:** You can upload audio/video files;

**Fingerprint:** You can use the Audio File Fingerprinting Tool to generate fingerprint files and upload fingerprint files as they are much smaller (Cover Song Identification doesn't support fingerprint);

**Youtube:** You can simply input the Youtube video/channel/playlist URL if you want to detect Youtube video;

**TikTok/Facebook/Instagram/Twitter:** You can simply input the post URL if you want to detect video on those platforms;

## Browse results

When the "Status" turns "ready" you are able to click the arrow to browse the results on the page or select the files then click "Action" then click "Export" to export the reports.

## Integrate with the API

You can integrate with File Scanning API to do everything via API.

## Pricing and Discount

You will have 14 days for the free trial after registration. You can find the pricing on this page (login required), please make sure to check "ACRCloud Music bucket" to get the full pricing.

Please feel free to add a credit card to upgrade to the paid customer to unlock more capacity if you are happy with our service.

Please refer to Branding Guidelines to place our brand on your products and contact us for up to 20% off discount!

# Metadata

Check out Music Metadata to get familiar with the JSON structure of the response data for future development.

| ← Previous | Next → |
|---|---|
| Console Tutorials | Recognize Custom Content |

Last modified 1yr ago

# EXHIBIT Y



# Detect Live & Timeshift TV Channels

Detect which live channels or timeshifting content the audiences are watching on the app/device.

**Live TV Channel Detection Service** enables apps/devices to recognize which live channels or timeshifting content is being watched by the audiences.

## Create an account

Sign up an account on this page and click the link on the verification email to complete the registration.

## Create a Live Channel bucket

Go to Live Channel Detection service and click "Live Channels" under "Buckets" to create a bucket.

*Please note:* You can select "Type" of the bucket, simply click "Live Ingest" if you want to add live channels from scratch.



## Add a Live Channel to the bucket

Click the bucket you just created, click "Add" to fill up the details of the live channel.

> ⓘ You need to input the internal stream URL of the live channel on your local server, you will need to deploy the Local Monitoring Tool to ingest the local live feeds.
>
> You can also import the live channels you have added to the "Timeshift channels" buckets for detecting timeshifting content.



## Deploy Live Channel Fingerprinting Tool

If you created your own bucket, you need to use the Live Channel Fingerprinting Tool to generate fingerprints of live channels on your local server.

## Create a project

Click "Live Channel Detection" under "Projects" to create a project and attach the bucket you just created.



**ACRCloud**

If you created your own bucket, you need to use the Live Channel Fingerprinting Tool to generate fingerprints of live channels on your local server.

## Create a project

Click "Live Channel Detection" under "Projects" to create a project and attach the bucket you just created.



## Find the credentials

Save the **"host"**, **"access_key"**, **"access_secret"** of your project. You can find them in the places shown below.



## Integrate with SDK/API

Start sending requests with Mobile SDK, Backend SDK or Identification API. You can find all of the SDKs and Tools on this page.

## Manage via Console API

You can manage everything via Console API without doing it manually via the dashboard:



- Live Channels

- Base Projects

## Metadata

Check out Live Channel Metadata to get familiar with the JSON structure of the response data for future development.

## Pricing and Discount

You will have 14 days for the free trial after registration. You can find the pricing on this page (login required). Please feel feel to contact us if you have more channels or requests.

Please feel free to add a credit card to upgrade to the paid customer to unlock more capacity if you are happy with our service.

Please refer to Branding Guidelines to place our brand on your products and contact us for up to 20% off discount!



| Previous | Next |
|---|---|
| ← Broadcast Monitoring for Custom Content | Recognize Custom Content Offline → |

Last modified 1yr ago

# EXHIBIT Z



# Music DSPs & Apps

Music Streaming Services, Phone Manufacturers, Music & Lyrics Apps

## Customer Stories

Deezer SongCatcher will find the name of any song that's playing. The tool allows users to quickly identify and save music that's playing without leaving the app. The tool will tell users the name of a song and the artist, giving users the option to add it straight to users' favorite tracks or library, if a match is found in the Deezer catalogue.





The BETA has proven very positive and so we are excited to be able to officially communicate the launch of Deezer SongCatcher to all music fans around the world.

**Alexander Holland, Chief Product and Content Officer of Deezer**



ACRCloud's state of the art music recognition technologies simplify the music searching process in HUAWEI Music and improve the user experiences.

**Wei Wu, Director of Consumer Cloud Service Music Business Dept., Huawei**

The integration of tech solutions from ACRCloud will enable HUAWEI Music users to quickly identify music tracks playing nearby or hummed melodies, or search for audio files stored on a device. Based on the search results derived from local files, HUAWEI Music will provide more information about the music tracks and personalized recommendations.



Customers With Similar Scenarios









Get Shazam-Like Feature On Your App Now



## User Scenarios



### Shazam-Like Music Recognition

Integrate the Shazam-like feature on your apps, enabling users to find the songs they like.



### SoundHound-Like Humming Recognition

Integrate humming recognition on your apps, allowing users to identify the names of songs by humming.



## Local File Scan On Devices

Scan local media files to recognize songs, match album covers and lyrics, or replace with high quality audio files to improve the user experience.



## Metadata Clean Up On Server

Use our server-side SDK to scan your catalog on your server and clean up metadata.

## Start Integrating Music Recognition With Your Project



Sign Up

## Related Solutions

Music Recognition

The New Standard for Music Recognition

Learn More →

Humming Recognition

Find out the title of a song simply by humming the tune into your device

Learn More →

Contact    Press    Blog    Docs    Brand Guidelines    Terms of Use    Privacy Policy

Music Submission        京ICP备15035697号-1

© 2015 - 2019 All rights Reserved.

Copyright © 2022 ACRCloud | Powered by Astra WordPress Theme

# EXHIBIT AA





# EXHIBIT BB



## How it works

Amazon Route 53 is a highly available and scalable Domain Name System (DNS) web service. Route 53 connects user requests to internet applications running on AWS or on-premises.



🔍 Click to enlarge

### Manage network traffic globally

Create, visualize, and scale complex routing relationships between records and policies with easy-to-use global DNS features.

### Build highly available applications

Set routing policies to pre-determine and automate responses in case of failure, like redirecting traffic to alternative Availability Zones or Regions.

### Set up private DNS

Assign and access custom domain names in your Amazon Virtual Private Cloud (VPC). Use internal AWS resources and servers without exposing DNS data to the public Internet.

## Customers







**McDonald's manages global traffic routing with Amazon Route 53 »**

**Netflix improved application resiliency with Amazon Route 53 »**

**Slack improved API security and performance with Amazon Route 53 »**

## How to get started

**Read more about Amazon Route 53**

Learn about the tools available to help support your application routing.

**Explore Amazon Route 53 features »**

**Explore Amazon Route 53 pricing**

Pay as you go and only for what you use with no upfront costs.

**Learn more about pricing »**

**Connect with an expert**

From development to enterprise-level programs, get the right support at the right time.

**Explore support options »**

## Explore more of AWS

**Get Started with AWS**

Learn how to start using AWS in minutes



**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months



**Free AWS Training**

Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills



### Learn About AWS
What Is AWS?
What Is Cloud Computing?
AWS Diversity, Equity & Inclusion
What Is DevOps?
What Is a Container?
What Is a Data Lake?
AWS Cloud Security
What's New
Blogs
Press Releases

### Resources for AWS
Getting Started
Training and Certification
AWS Solutions Portfolio
Architecture Center
Product and Technical FAQs
Analyst Reports
AWS Partners

### Developers on AWS
Developer Center
SDKs & Tools
.NET on AWS
Python on AWS
Java on AWS
PHP on AWS
JavaScript on AWS

### Help
Contact Us
File a Support Ticket
Knowledge Center
AWS re:Post
AWS Support Overview
Legal
AWS Careers

**Create an AWS Account**

  


Amazon is an Equal Opportunity Employer:
*Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language** عربى | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)

Privacy | Site Terms | Cookie Preferences | © 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

# EXHIBIT CC



## How it works

Elastic Load Balancing (ELB) automatically distributes incoming application traffic across multiple targets and virtual appliances in one or more Availability Zones (AZs).



## Use cases

### Modernize applications with serverless and containers

Scale modern applications to meet demand without complex configurations or API gateways.

### Improve hybrid cloud network scalability

Load balance across AWS and on-premises resources using a single load balancer.

### Retain your existing network appliances

Deploy network appliances from your preferred vendor while taking advantage of the scale and flexibility of the cloud.

## Customers







Second Spectrum reduces Kubernetes hosting costs by 90% using ELB »

NuData leverages ELB across multiple infrastructure tiers »

Code.org uses Application Load Balancer to ensure successful events »

## How to get started

### Create a load balancer

Select Application Load Balancer or Network Load Balancer and get started.

Start learning »

### Find out how Elastic Load Balancing works

Learn how to set up using APIs, CLI, or through the AWS Management Console.

Watch the video »

### Try the AWS Free Tier

Get 750 hours per month free using Classic and Application load balancers.

Sign up for a free account »

## Explore more of AWS

**AWS Gateway Load Balancer**

A new way to run virtual network appliances in the cloud

**AWS Free Tier**

Gain free, hands-on experience with AWS for 12 months

**Free AWS Training**

Access 500+ free digital courses across roles, skill levels, and domains to build your AWS Cloud skills

| Learn About AWS | Resources for AWS | Developers on AWS | Help | |
|---|---|---|---|---|
| What Is AWS? | Getting Started | Developer Center | Contact Us | Create an AWS Account |
| What Is Cloud Computing? | Training and Certification | SDKs & Tools | File a Support Ticket | |
| AWS Diversity, Equity & Inclusion | AWS Solutions Portfolio | .NET on AWS | Knowledge Center | |
| What Is DevOps? | Architecture Center | Python on AWS | AWS re:Post | |
| What Is a Container? | Product and Technical FAQs | Java on AWS | AWS Support Overview | |
| What Is a Data Lake? | Analyst Reports | PHP on AWS | Legal | |
| AWS Cloud Security | AWS Partners | JavaScript on AWS | AWS Careers | |
| What's New | | | | |
| Blogs | | | | |
| Press Releases | | | | |

Amazon is an Equal Opportunity Employer: *Minority / Women / Disability / Veteran / Gender Identity / Sexual Orientation / Age.*

**Language** عربى | Bahasa Indonesia | Deutsch | English | Español | Français | Italiano | Português | Tiếng Việt | Türkçe | Русский | ไทย | 日本語 | 한국어 | 中文 (简体) | 中文 (繁體)

Privacy | Site Terms | Cookie Preferences | © 2022, Amazon Web Services, Inc. or its affiliates. All rights reserved.

https://aws.amazon.com/elasticloadbalancing/