# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. )<br><br>Plaintiffs, )<br><br>v. )<br><br>ACRCLOUD, LTD. )<br><br>Defendant. ) | C.A. No. 22-1344-MN<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PARTIAL DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc. (collectively "Nielsen") hereby give notice that they dismiss without prejudice Count I (Infringement of U.S. Patent No. 7,783,889) of their Complaint for Patent Infringement (D.I. 1). Dismissal is proper because the opposing party has served neither an answer nor a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i) (authorizing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment").

|  |  |
|---|---|
| OF COUNSEL: | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Brandon R. Harper (#6418)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    bharper@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* |
| Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Scott Doyle<br>KELLEY DRYE & WARREN LLP<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>Tel: (202) 342-8400<br><br>Dated: February 8, 2023<br>10592281 / 14944-00005 | |