# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC;<br>and GRACENOTE, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>ACRCLOUD, LTD.<br><br>    Defendant. | )<br>)<br>)<br>) C.A. No. 22-1344-MN<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on February 8, 2023 upon the following attorneys of record at the following addresses as indicated:

    NOTICE OF PARTIAL DISMISSAL WITHOUT PREJUDICE

**VIA ELECTRONIC MAIL**

Jason Xu
Rimon PC
1990 K Street, NW Suite 420
Washington, D.C. 20006
jason.xu@rimonlaw.com

2

| | |
|---|---|
| OF COUNSEL:<br><br>Steven Yovits<br>Constantine Koutsoubas<br>Melvin Gaddy<br>KELLEY DRYE & WARREN LLP<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br><br>Clifford Katz<br>Jolie Brett Schenerman<br>KELLEY DRYE & WARREN LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Tel: (212) 808-7800<br><br>Scott Doyle<br>KELLEY DRYE & WARREN LLP<br>3050 K Street NW, Suite 400<br>Washington, DC 20007<br>Tel: (202) 342-8400<br><br>Dated: February 9, 2023<br>10595693 / 14944-00005 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Brandon R. Harper (#6418)<br>   Andrew L. Brown (#6766)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE 19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com<br>   bharper@potteranderson.com<br>   abrown@potteranderson.com<br><br>*Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* |