# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC.., <br><br> Plaintiffs, <br><br> v. <br><br> ACRCLOUD, LTD., <br><br> Defendant. | C.A. No. 1:22-cv-01344-MN <br><br> JURY TRIAL DEMANDED |

## DEFENDANT'S ANSWER TO THE NIELSEN COMPANY (US), LLC'S AND GRACENOTE, INC.'S COMPLAINT

Dated: May 11, 2023

Zhun Lu (#4427)
**RIMON, P.C.**
200 Continental Drive, Suite 401
Newark, DE 19713
Telephone/Facsimile: (302) 688-7566
zhun.lu@rimonlaw.com

*Of Counsel:*

Jason Xu (*PHV Forthcoming*)
**RIMON, P.C.**
1990 K Street NW, Suite 420
Washington, D.C. 20006
Telephone/Facsimile: (202) 470-2141
jason.xu@rimonlaw.com

Eric Cohen (*PHV Forthcoming*)
P.O. Box B113
150 Fayetteville St, Suite 2800
Raleigh, NC 27601-2960
Telephone/Facsimile: (984) 960-2860

*Attorneys for Defendant ACRCloud, Ltd.*

1

Defendant ACRCloud, Ltd. ("ACRCloud" or "Defendant") hereby answers the Complaint of The Nielsen Company (US), LLC ("Nielsen" or "Plaintiff") and Gracenote, Inc. ("Gracenote" or "Plaintiff") (collectively, "Plaintiffs") as follows:

## NATURE OF THE ACTION

1. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 1 of the Complaint and, on that basis, denies them.

## PARTIES

2. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 2 of the Complaint and, on that basis, denies them.

3. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 3 of the Complaint and, on that basis, denies them.

4. ACRCloud admits that ACRCloud Ltd. is a Hong Kong SAR, China registered company with its principal place of business at Hang Seng Castle Peak Road Building, Room 1102, 399 Castle Peak Road, Cheung Sha Wan, Kowloon, Hong Kong SAR, China.

## JURISDICTION AND VENUE

5. ACRCloud admits that Plaintiffs purport to allege an action for patent infringement arising under the patent laws of the United States. ACRCloud admits that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

6. ACRCloud admits that Plaintiff purports to allege that this Court has personal jurisdiction over ACRCloud. ACRCloud denies the remaining allegations of paragraph 6 of the Complaint.

7. ACRCloud admits that Plaintiff cites and attaches screenshots of https://www.acrcloud.com website as Exhibit A. ACRCloud admits that Plaintiff attaches what

appears to be a machine translation of https://aws.amazon.com/cn/solutions/case-studies/acrcloud/ as Exhibit B. ACRCloud admits that Plaintiff cites and attaches screenshots of https://www.acrcloud.com/advertising-big-data/ website as Exhibit C. ACRCloud denies the remaining of the allegations of paragraph 7 of the Complaint.

8. ACRCloud denies the allegations of paragraph 8 of the Complaint.

9. ACRCloud admits that venue is proper because ACRCloud is a foreign company.

## FACTUAL BACKGROUND

10. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 10 of the Complaint and, on that basis, denies them.

11. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 11 of the Complaint and, on that basis, denies them.

12. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 12 of the Complaint and, on that basis, denies them.

13. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 13 of the Complaint and, on that basis, denies them.

14. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 14 of the Complaint and, on that basis, denies them.

## THE ASSERTED PATENTS

*The '889 Patent*

15. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 15 of the Complaint and, on that basis, denies them.

16. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 16 of the Complaint and, on that basis, denies them.

17. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 17 of the Complaint and, on that basis, denies them.

18. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 18 of the Complaint and, on that basis, denies them.

19. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 19 of the Complaint and, on that basis, denies them.

20. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 20 of the Complaint and, on that basis, denies them.

21. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 21 of the Complaint and, on that basis, denies them.

22. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 22 of the Complaint and, on that basis, denies them.

23. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 23 of the Complaint and, on that basis, denies them.

24. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 24 of the Complaint and, on that basis, denies them.

25. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 25 of the Complaint and, on that basis, denies them.

26. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 26 of the Complaint and, on that basis, denies them.

27. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 27 of the Complaint and, on that basis, denies them.

28. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 28 of the Complaint and, on that basis, denies them.

29. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 29 of the Complaint and, on that basis, denies them.

30. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 30 of the Complaint and, on that basis, denies them.

31. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 31 of the Complaint and, on that basis, denies them.

*The '700 Patent*

32. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 32 of the Complaint and, on that basis, denies them.

33. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 33 of the Complaint and, on that basis, denies them.

34. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 34 of the Complaint and, on that basis, denies them.

35. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 35 of the Complaint and, on that basis, denies them.

36. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 36 of the Complaint and, on that basis, denies them.

37. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 37 of the Complaint and, on that basis, denies them.

38. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 38 of the Complaint and, on that basis, denies them.

39. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 39 of the Complaint and, on that basis, denies them.

40. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 40 of the Complaint and, on that basis, denies them.

41. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 41 of the Complaint and, on that basis, denies them.

42. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 42 of the Complaint and, on that basis, denies them.

*The '503 Patent*

43. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 43 of the Complaint and, on that basis, denies them.

44. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 44 of the Complaint and, on that basis, denies them.

45. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 45 of the Complaint and, on that basis, denies them.

46. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 46 of the Complaint and, on that basis, denies them.

47. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 47 of the Complaint and, on that basis, denies them.

48. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 48 of the Complaint and, on that basis, denies them.

49. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 49 of the Complaint and, on that basis, denies them.

50. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 50 of the Complaint and, on that basis, denies them.

*The '823 Patent*

51. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 51 of the Complaint and, on that basis, denies them.

52. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 52 of the Complaint and, on that basis, denies them.

53. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 53 of the Complaint and, on that basis, denies them.

54. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 54 of the Complaint and, on that basis, denies them.

55. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 55 of the Complaint and, on that basis, denies them.

56. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 56 of the Complaint and, on that basis, denies them.

57. ACRCloud lacks sufficient information to form a belief as to the truth or falsity of the allegations of paragraph 57 of the Complaint and, on that basis, denies them.

## **THE INFRINGING PRODUCTS**

58. ACRCloud admits that Plaintiffs purport to rely on Exhibits A, B, C to the Complaint. ACRCloud denies the remaining of the allegations of paragraph 58 of the Complaint.

59. ACRCloud admits that Plaintiffs purport to rely on Exhibit B to the Complaint. ACRCloud denies the remaining of the allegations of paragraph 59 of the Complaint.

60. ACRCloud admits that Plaintiffs purport to rely on Exhibit Q to the Complaint.

ACRCloud denies the remaining of the allegations of paragraph 60 of the Complaint.

61. ACRCloud admits that Plaintiffs purport to rely on Exhibits B, I, and J to the Complaint. ACRCloud denies the remaining of the allegations of paragraph 61 of the Complaint.

62. ACRCloud admits that Plaintiffs purport to rely on Exhibits J and P to the Complaint. ACRCloud denies the remaining of the allegations of paragraph 62 of the Complaint.

63. ACRCloud admits that Plaintiffs purport to rely on Exhibits K and L to the Complaint. ACRCloud denies the remaining of the allegations of paragraph 63 of the Complaint.

## COUNT 1 – INFRINGEMENT OF THE '889 PATENT

64. ACRCloud incorporates by reference and restates its responses to the allegations set forth in paragraphs 1 through 63 of the Complaint.

65. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 65 of the Complaint.

66. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 66 of the Complaint.

67. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 67 of the Complaint.

68. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 68 of the Complaint.

69. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 69 of the Complaint.

70. Plaintiff has withdrawn the allegation of '889 patent against ACRCloud. ACRCloud denies the allegations of paragraph 70 of the Complaint.

**COUNT 2 – INFRINGEMENT OF THE '700 PATENT**

71. ACRCloud incorporates by reference and restates its responses to the allegations set forth in paragraphs 1 through 70 of the Complaint.

72. ACRCloud denies the allegations of paragraph 72 of the Complaint.

73. ACRCloud denies the allegations of paragraph 73 of the Complaint.

74. ACRCloud denies the allegations of paragraph 74 of the Complaint.

75. ACRCloud denies the allegations of paragraph 75 of the Complaint.

76. ACRCloud denies the allegations of paragraph 76 of the Complaint.

77. ACRCloud denies the allegations of paragraph 77 of the Complaint.

**COUNT 3 – INFRINGEMENT OF THE '503 PATENT**

78. ACRCloud incorporates by reference and restates its responses to the allegations set forth in paragraphs 1 through 77 of the Complaint.

79. ACRCloud denies the allegations of paragraph 79 of the Complaint.

80. ACRCloud denies the allegations of paragraph 80 of the Complaint.

81. ACRCloud denies the allegations of paragraph 81 of the Complaint.

82. ACRCloud denies the allegations of paragraph 82 of the Complaint.

83. ACRCloud denies the allegations of paragraph 83 of the Complaint.

**COUNT 4 – INFRINGEMENT OF THE '823 PATENT**

84. ACRCloud incorporates by reference and restates its responses to the allegations set forth in paragraphs 1 through 83 of the Complaint.

85. ACRCloud denies the allegations of paragraph 85 of the Complaint.

86. ACRCloud denies the allegations of paragraph 86 of the Complaint.

87. ACRCloud denies the allegations of paragraph 87 of the Complaint.

88. ACRCloud denies the allegations of paragraph 88 of the Complaint.

89. ACRCloud denies the allegations of paragraph 89 of the Complaint.

## PRAYER FOR RELIEF

ACRCloud denies that Plaintiffs are entitled to any of the relief requested in the Complaint or any relief whatsoever. ACRCloud denies all allegations in the Complaint that have not been specifically admitted in paragraphs 1-89 above.

## DEMAND FOR JURY DEMAND

Plaintiffs' demand for a jury trial does not require a response.

## DEFENSES

ACRCloud asserts the following additional defenses to the complaint. In doing so, ACRCloud does not assume any burden of proof on any issue that is Plaintiffs' burden as a matter of law. ACRCloud also reserves the right to amend or supplement these defenses as additional facts become known.

## FIRST DEFENSE: FAILURE TO STATE A CAUSE OF ACTION

The complaint fails to allege facts sufficient to state a cause of action upon which relief may be granted.

## SECOND DEFENSE: NON-INFRINGEMENT

ACRCloud has not infringed, and currently does not infringe, any valid claim of the '700, '503, and '823 patents and is not liable for any infringement.

## THIRD DEFENSE: INVALIDITY

The '700, '503, and '823 patents are invalid for failure to meet one or more of the conditions for patentability specified in Title 35, U.S.C., or the rules, regulations, and law related thereto, including, without limitation, 35 U.S.C. § 101 and one or more of 35 U.S.C. §§ 102, 103,

and/or 112.

### FOURTH DEFENSE: ESTOPPEL

The relief sought by Plaintiffs is barred, in whole or in part, under the doctrine of prosecution history estoppel due to amendments and/or statements made during prosecution of the '700, '503, and '823 patents.

### FIFTH DEFENSE: DEDICATION TO THE PUBLIC

The relief sought by Plaintiffs is barred, in whole or in part, because Plaintiffs dedicated to the public all methods, systems, and products disclosed in the '700, '503, and '823 patents, but not literally claimed therein.

### SIXTH DEFENSE: LIMITATION ON DAMAGES AND COSTS

Plaintiffs' claim for damages is barred, in whole or in part, by 35 U.S.C. §§ 286 or 287. To the extent any claim of the '700, '503, and '823 patents is invalid, Plaintiffs are barred from recovering costs by 35 U.S.C. § 288.

### SEVENTH DEFENSE: GOOD FAITH

ACRCloud has engaged in all relevant activities in good faith, thereby precluding Plaintiffs, even if it prevails, from recovering its reasonable attorneys' fees or costs under 35 U.S.C. § 285.

### EIGHTH DEFENSE: LACHES/WAIVER/ESTOPPEL/UNCLEAN HANDS

Plaintiffs are barred, in whole or in part, from asserting the '700, '503, and '823 patents against ACRCloud by the doctrines of acquiescence, laches, waiver, estoppel, and/or unclean hands.

### NINTH AFFIRMATIVE DEFENSE: LICENSE AND/OR EXHAUSTION

Upon information and belief, Plaintiffs' claims are barred, in whole or in part (a) because

ACRCloud has an express or implied license to the subject matter of the '700, '503, and '823 patents; (b) because any allegedly infringing products or components thereof are supplied, directly or indirectly, to ACRCloud by an entity or entities having an express or implied license to the '700, '503, and '823 patents; and/or (c) under the doctrine of patent exhaustion.

## TENTH DEFENSE: LACK OF OWNERSHIP AND STANDING

Upon information and belief, Complaints do not have all, or substantially all, the rights to the '700, '503, and '823 patents, and lack standing to bring this action, at least with respect to the right to sue for damages for alleged past infringement.

## RESERVATION OF ADDITIONAL DEFENSES

ACRCloud reserves the right to assert additional defenses in the event that discovery or other analysis indicates that additional defenses are appropriate.

## JURY DEMAND

ACRCloud hereby requests a trial by jury on all issues so triable including specifically on Plaintiffs' claims and ACRCloud's defenses thereto.

## PRAYER FOR RELIEF

WHEREFORE, ACRCloud prays for judgment with respect to Complaints' Complaint and ACRCloud's defenses as follows:

    a.    A judgment in favor of ACRCloud denying Plaintiffs all relief requested in its Complaint and dismissing its Complaint with prejudice;

    b.    A judgment against Plaintiffs finding that ACRCloud has not and does not infringe and is not liable for any infringement of any valid and enforceable claim of the '700, '503, and '823 patents;

  c. A judgment against Plaintiffs finding that the '700, '503, and '823 patents are invalid;

  d. A judgment that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding ACRCloud its reasonable attorneys' fees;

  e. An award of costs to ACRCloud; and

  f. Such other relief as the Court shall deem just and proper.

Dated: May 11, 2023        Respectfully submitted,

               /s/ Zhun Lu
               Zhun Lu (#4427)
               **RIMON, P.C.**
               200 Continental Drive, Suite 401
               Newark, DE 19713
               Telephone/Facsimile: (302) 688-7566
               zhun.lu@rimonlaw.com

               *Of Counsel:*

               Jason Xu (*PHV Forthcoming*)
               **RIMON, P.C.**
               1990 K Street NW, Suite 420
               Washington, D.C. 20006
               Telephone/Facsimile: (202) 470-2141
               jason.xu@rimonlaw.com

               Eric Cohen (*PHV Forthcoming*)
               P.O. Box B113
               150 Fayetteville St, Suite 2800
               Raleigh, NC 27601-2960
               Telephone/Facsimile: (984) 960-2860

               *Attorneys for Defendant ACRCloud, Ltd.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants..

*/s/ Cheryl Lovdahl*_____
