**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC.<br><br>      Plaintiffs,<br><br>    v.<br><br>ACRCLOUD, LTD.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 22-1344-CJB<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Jason P. Greenhut of Kelley Drye & Warren LLP, 333 West Wacker Drive, Suite 2600, Chicago, IL 60606 to represent Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc. in this matter.

                                          POTTER ANDERSON & CORROON LLP

                                          By: */s/ David E. Moore*
                                                David E. Moore (#3983)
                                                Bindu A. Palapura (#5370)
                                                Andrew L. Brown (#6766)
                                                Hercules Plaza, 6th Floor
                                                1313 N. Market Street
                                                Wilmington, DE  19801
                                                Tel:  (302) 984-6000
                                                dmoore@potteranderson.com
                                                bpalapura@potteranderson.com
                                                abrown@potteranderson.com

Dated:  June 29, 2023
10894247 / 14944.00005

*Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.*

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____                                                       _____
                                                                             United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Illinois and New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with the Revised Standing Order for District Court Fund effective 9/1/2016, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court

☐ will be submitted to the Clerk's Office upon the filing of this motion

Date: June 29, 2023                    Signed: */s/ Jason P. Greenhut*
                                       Jason P. Greenhut
                                       Kelley Drye & Warren LLP
                                       333 West Wacker Drive
                                       Suite 2600
                                       Chicago, IL 60606
                                       Tel: (312) 857-7096
                                       JGreenhut@KelleyDrye.com