# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ACRCLOUD, LTD.<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 22-1344-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## STIPULATION TO EXTEND

WHEREAS plaintiff The Nielsen Company (US), LLC and Gracenote, Inc. (collectively "Nielsen" or "Plaintiffs") and defendant ACRCloud, Ltd. ("ACRCloud") have initially held discussions regarding potential streamlining of the parties' dispute in October of 2023;

WHEREAS the parties continued such discussions over the course of the next few months, but encountered difficulty obtaining certain documents critical to further advance the discussions;

WHEREAS the parties desire to avoid claim construction briefing relating to topics that are the subject of the parties' ongoing efforts to streamline the case;

WHEREAS Nielsen requested that the parties extend all deadlines in the Court's August 8, 2023 Scheduling Order. (D.I. 39) by approximately four months as set forth in the below chart:

| Item | Current Deadline | Proposed Deadline |
|---|---|---|
| Exchange list of claim terms proposed for construction and their proposed constructions | January 23, 2024 | May 23, 2024 |

| Prepare joint claim construction chart and file with the Court; concurrent filing of Motion for Claim Construction | February 6, 2024 | June 6, 2024 |
|---|---|---|
| Joinder of parties and amendment of pleadings | February 19, 2024 | June 19, 2024 |
| Plaintiff's opening claim construction brief | March 8, 2024 | July 12, 2024 |
| Defendant's answering claim construction brief | March 29, 2024 | July 31, 2024 |
| Plaintiff's reply claim construction brief | April 19, 2024 | August 21, 2024 |
| Defendant's sur-reply claim construction brief | May 10, 2024 | September 10, 2024 |
| File joint claim construction brief; parties provide optional technology tutorials to the Court; parties notify the Court: (i) whether they request leave to present testimony at claim construction hearing; (ii) the amount of time they request be allocated to them for the hearing; and (iii) the order in which they intend to present the claim terms at issue, including which side will present first for each term | May 15, 2024 | September 16, 2024 |
| Parties provide optional written comments on opposing parties' technology tutorials (seven days after joint claim construction brief) | May 24, 2024 | September 24, 2024 |
| Claim construction hearing | July 9, 2024 (11:00 AM) | October 9, 2024 (subject to the Court's availability) |
| Document production substantially complete | September 13, 2024 | January 20, 2025 |
| Interim status report after claim construction order | October 31, 2024 | February 28, 2025 |
| Supplemental identification of accused products and invalidity references | November 11, 2024 | March 14, 2025 |

| Final Infringement Contentions / Claim Charts | December 6, 2024 | April 14, 2025 |
|---|---|---|
| Final Invalidity Contentions / Claim Charts | December 13, 2024 | April 21, 2025 |
| Close of Fact Discovery | January 10, 2025 | May 14, 2025 |
| Final Elections of Asserted Claims and Invalidity Defenses | January 31, 2025 | May 30, 2025 |
| Opening expert reports by party with burden of proof | February 28, 2025 | June 30, 2025 |
| Responsive expert reports by party without burden of proof | April 9, 2025 | August 4, 2025 |
| Reply expert reports by party with burden of proof | April 30, 2025 | August 28, 2025 |
| Expert depositions complete | June 4, 2025 | October 8, 2025 |
| Summary judgment and *Daubert* motions | July 11, 2025 | November 14, 2025 |
| Opposition briefs regarding summary judgment and *Daubert* motions | August 8, 2025 | December 17, 2025 |
| Reply briefs re summary judgment and *Daubert* motions | September 2, 2025 | January 13, 2026 |
| Hearing on summary judgment and *Daubert* motions | September 18, 2025, 11:00 AM | January 28, 2026 (subject to the Court's availability) |
| Joint Proposed Final Pretrial Order | January 12, 2026 | May 18, 2026 |
| Pretrial conference | February 20, 2026 (10:00 AM) | June 23, 2026 (subject to the Court's availability) |
| Trial | March 2, 2026 | July 11, 2026 (subject to the Court's availability) |

WHEREAS ACRCloud agrees to the proposed extension of deadlines as set forth in the chart above;

WHEREAS, pursuant to District of Delaware Local Rule 16.4, counsel certifies that they have sent a copy of this request to their clients;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Nielsen and ACRCloud, and subject to the approval of the Court, that the deadlines in the case are extended as set forth in the above chart.

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ Andrew L. Brown* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com <br><br> *Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* | By: */s/ Andrew E. Russell* <br> Andrew E. Russell (No. 5382) <br> Nathan R. Hoeschen (No. 6232) <br> I.M. Pei Building <br> 1105 North Market Street, 12th Floor <br> Wilmington, DE 19801 <br> Tel: (302) 298-0700 <br> arussell@shawkeller.com <br> nhoeschen@shawkeller.com <br><br> *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: January 23, 2024
11284174/14944.00005

**SO ORDERED** this _____ day of January, 2023.

_____
United States District Court Judge