# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. <br><br> Plaintiffs, <br><br> v. <br><br> ACRCLOUD, LTD. <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 22-1344-CJB <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## STIPULATION TO STAY CASE

WHEREAS Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc. (collectively "Nielsen") expects that the outcome of *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 22-57-CJB (the "TVision case") will impact damages issues in this case;

WHEREAS, the trial in the TVision case is currently scheduled to start on October 7, 2024;

WHEREAS, the Parties believe that given the potential impact of the TVision case, the Court's and the Parties' resources will be preserved if this case is stayed pending the trial in the TVision case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Nielsen and ACRCloud, and subject to the approval of the Court, that the case is stayed, and all pending case deadlines shall be delayed by six (6) months, and the parties will submit an amended schedule within seven (7) days after the stay is lifted.[1]

---

[1] Pursuant to Local Rule 16.4, the undersigned counsel certify that a copy of this request has been sent to their respective clients.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ Andrew L. Brown*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE  19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com | By: */s/ Nathan R. Hoeschen*<br>    Andrew E. Russell (No. 5382)<br>    Nathan R. Hoeschen (No. 6232)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 298-0700<br>    arussell@shawkeller.com<br>    nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* | *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: May 16, 2024
11508703 / 14944.00005

**SO ORDERED** this \_\_\_\_\_ day of May, 2024.

_____
United States Magistrate Judge