**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. )<br><br>Plaintiffs, )<br><br>v. )<br><br>ACRCLOUD, LTD. )<br><br>Defendant. ) | C.A. No. 22-1344-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO STAY CASE

WHEREAS Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc. (collectively "Nielsen") and Defendant ACRCloud, Ltd. previously requested, and the Court granted, a stay of this case by six months, with the expectation that *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 22-57-CJB (the "TVision case"), which may have an impact on the damages in the present case, would be resolved in October 2024 (D.I. 55);

WHEREAS, the Parties requested, and the Court granted, an extension of the stay through January 8, 2025 with the expectation that the Court's and the Parties' resources would be preserved by giving the Court additional time to consider the motion to reschedule the trial in the TVision case;

WHEREAS, the Court's and the Parties' resources would be further preserved by giving the Court additional time to consider the motion to reschedule the trial in the TVision case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Nielsen and ACRCloud, and subject to the approval of the Court, that (1) the case is stayed until February 17, 2025, at which point, the Parties will consider stipulating to a further stay if warranted; (2) if the Parties do not agree to stipulate to a further stay, the current stay will be

automatically lifted on February 18, 2025, and the Parties will submit an amended schedule by February 27, 2025.[1]

| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
|---|---|
| By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 298-0700<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* | *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: January 7, 2025
11968778 / 14944.00005

      **SO ORDERED** this \_\_\_\_\_ day of January, 2025.

 

                                                     _____
                                                              Judge

---

[1] Pursuant to Local Rule 16.4, the undersigned counsel certify that a copy of this request has been sent to their respective clients.