**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-1344-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ACRCLOUD, LTD. | ) ) ) | |
| Defendant. | ) | |

## STIPULATION TO STAY CASE

WHEREAS Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc. (collectively "Nielsen") and Defendant ACRCloud, Ltd. previously requested, and the Court granted, a stay of this case by six months, with the expectation that *The Nielsen Company (US), LLC v. TVision Insights, Inc.*, C.A. No. 22-57-CJB (the "TVision case"), which may have an impact on the damages in the present case, would be resolved in October 2024 (D.I. 55);

WHEREAS, the Parties requested, and the Court granted, an extension of the stay through January 8, 2025 with the expectation that the Court's and the Parties' resources would be preserved by giving the Court additional time to consider the motion to reschedule the trial in the TVision case;

WHEREAS, the Parties requested, and the Court granted, a further extension of the stay through February 17, 2025;

WHEREAS, the Court's and the Parties' resources would be further preserved by giving the Court additional time to consider the motion to reschedule the trial in the TVision case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Nielsen and ACRCloud, and subject to the approval of the Court, that (1) the case is stayed until

March 28, 2025, at which point, the Parties will consider stipulating to a further stay if

warranted; (2) if the Parties do not agree to stipulate to a further stay, the current stay will be

automatically lifted on March 31, 2025, and the Parties will submit an amended schedule by

April 8, 2025.[1]

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiffs The Nielsen Company
(US), LLC and Gracenote, Inc.*

Dated: February 11, 2025
12043527 / 14944.00005

SHAW KELLER LLP

By: */s/ Andrew E. Russell*
    Andrew E. Russell (No. 5382)
    Nathan R. Hoeschen (No. 6232)
    I.M. Pei Building
    1105 North Market Street, 12th Floor
    Wilmington, DE 19801
    Tel: (302) 298-0700
    arussell@shawkeller.com
    nhoeschen@shawkeller.com

*Attorneys for Defendant ACRCloud, Ltd.*

**SO ORDERED** this _____ day of February, 2025.

_____
                      Judge

---

[1] Pursuant to Local Rule 16.4, the undersigned counsel certify that a copy of this request has been sent to their respective clients.