# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 22-1344-CJB<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| ACRCLOUD, LTD. | )<br>) |
| Defendant. | ) |

## AGREED PROPOSED SCHEDULE

Pursuant to the Parties' prior Stipulation to Stay Case (D.I. 62, So Ordered on February 11, 2025) (the "Stipulation"),[1] and because the Parties have not stipulated to a further stay, the Parties respectfully submit this Amended Schedule for the Court's consideration, with the original Scheduling Order (D.I. 39) otherwise applying.

| ITEM | DATE |
|---|---|
| Exchange list of claim terms proposed for construction and their proposed constructions | July 23, 2025 |
| Prepare joint claim construction chart and file with the Court; concurrent filing of Motion for Claim Construction | August 8, 2025 |
| Joinder of parties and amendment of pleadings | August 21, 2025 |
| Plaintiff's opening claim construction brief | September 11, 2025 |
| Defendant's answering claim construction brief | September 29, 2025 |
| Plaintiff's reply claim construction brief | October 20, 2025 |
| Defendant's sur-reply claim construction brief | November 3, 2025 |

---

[1] The Stipulation provides "(1) the case is stayed until March 28, 2025 . . . (2) if the Parties do not agree to stipulate to a further stay, the current stay will be automatically lifted on March 31, 2025, and the Parties will submit an amended schedule by April 8, 2025." D.I. 62 at 1-2.

| | |
|---|---|
| File joint claim construction brief; parties provide optional technology tutorials to the Court; parties notify the Court: (i) whether they request leave to present testimony at claim construction hearing; (ii) the amount of time they request be allocated to them for the hearing; and (iii) the order in which they intend to present the claim terms at issue, including which side will present first for each term | November 10, 2025 |
| Parties provide optional written comments on opposing parties' technology tutorials (seven days after joint claim construction brief) | November 17, 2025 |
| Claim construction hearing | December 11, 2025 at 11:00 a.m. |
| Document production substantially complete | April 10, 2026 |
| Interim status report after claim construction order | May 7, 2026 |
| Supplemental identification of accused products and invalidity references | May 27, 2026 |
| Final Infringement Contentions / Claim Charts | June 29, 2026 |
| Final Invalidity Contentions / Claim Charts | July 6, 2026 |
| Close of Fact Discovery | August 28, 2026 |
| Final Elections of Asserted Claims and Invalidity Defenses | September 10, 2026 |
| Opening expert reports by party with burden of proof | September 30, 2026 |
| Responsive expert reports by party without burden of proof | November 13, 2026 |
| Reply expert reports by party with burden of proof | December 9, 2026 |
| Expert depositions complete | January 29, 2027 |
| Summary judgment and *Daubert* motions | March 4, 2027 |
| Opposition briefs regarding summary judgment and *Daubert* motions | April 9, 2027 |
| Reply briefs re summary judgment and *Daubert* motions | May 5, 2027 |
| Hearing on summary judgment and *Daubert* motions | June 17, 2027 at 11:00 a.m. |

| Joint Proposed Final Pretrial Order | November 12, 2027 |
| --- | --- |
| Pretrial conference | January 14, 2028 at 1:00 p.m. |
| Trial | January 24, 2028 |

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>    Andrew E. Russell (No. 5382)<br>    Nathan R. Hoeschen (No. 6232)<br>    I.M. Pei Building<br>    1105 North Market Street, 12th Floor<br>    Wilmington, DE 19801<br>    Tel: (302) 298-0700<br>    arussell@shawkeller.com<br>    nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* | *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: April 7, 2025
12160873 / 14944.00005

    **SO ORDERED** this 7th day of April, 2025.

*Christopher J. Burke*
United States Magistrate Judge