**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-1344-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ACRCLOUD, LTD. | ) ) ) | |
| Defendant. | ) | |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to the Court's April 7, 2025 Order (D.I. 65), Plaintiff The Nielsen Company (US), LLC and Defendant ACRCloud Ltd. have met and conferred, and hereby submit the attached Joint Claim Construction Chart for U.S. Patent Nos. 7,904,503 ("the '503 patent") and 7,623,823 ("the '823 patent"). The parties have agreed that no construction is necessary for any term in U.S. Patent No. 8,065,700.

The charts below identify the parties' proposed constructions and intrinsic evidence in support of disputed constructions. Each party reserves the right to rely on intrinsic evidence cited by the other party. Exhibit A to the Joint Claim Construction Chart is a copy of the '503 patent. Exhibit B to the Joint Claim Construction Chart is a copy of the '823 patent.

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| By: */s/ David E. Moore*<br>   David E. Moore (#3983)<br>   Bindu A. Palapura (#5370)<br>   Hercules Plaza, 6th Floor<br>   1313 N. Market Street<br>   Wilmington, DE  19801<br>   Tel: (302) 984-6000<br>   dmoore@potteranderson.com<br>   bpalapura@potteranderson.com | By: */s/ Andrew E. Russell*<br>   Andrew E. Russell (No. 5382)<br>   Nathan R. Hoeschen (No. 6232)<br>   I.M. Pei Building<br>   1105 North Market Street, 12th Floor<br>   Wilmington, DE 19801<br>   Tel: (302) 298-0700<br>   arussell@shawkeller.com<br>   nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.* | *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: August 8, 2025
12408079

      **SO ORDERED** this \_\_\_\_\_ day of August, 2025.

 

                                                                 _____
                                                                   United States Magistrate Judge

**DISPUTED CONSTRUCTIONS**

| 503 Patent | Nielsen Proposed Construction | ACRCloud Proposed Construction |
| --- | --- | --- |
| A server system to facilitate enhanced rendering of a content item, the system comprising:<br><br>a receiver to receive…<br><br>a processor to process…<br><br>a lookup component to obtain further information…<br><br>(Claim 12) | Agreed construction: The "lookup component" is not required to be part of the claimed "processor." | Agreed construction: The "lookup component" is not required to be part of the claimed "processor." |
| A method to enhance rendering of a content item, the method comprising (Claim 1)<br><br>A server system to facilitate enhanced rendering of a content item, the system comprising (Claim 12)<br><br>A method to enhance rendering of a content item, the method comprising (Claim 23) | Preamble is not limiting.<br><br>**Intrinsic Evidence**<br>'503 patent: claim language. | Preamble is limiting.<br><br>**Intrinsic Evidence**<br>'503 patent: claim language; TITLE; 1:5-10; 2:5-17; 2:37-47; |

| 823 Patent | Nielsen Proposed Construction | ACRCloud Proposed Construction |
|---|---|---|
| "an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item" | Plain and ordinary meaning, i.e., hardware or software for generating output signaling user exposure to the identified reference media item; this is not a means-plus-function element<br><br>Alternatively, if the Court decides that the element is in means plus function form:<br><br>- The function is "generating output signaling user exposure to the identified reference media item"<br><br>- The corresponding structure is "analytical reporting server 119" as described at 10:51-62, and FIGS. 1 and 3.<br><br>**Intrinsic evidence**:<br>'823 patent: 2:27-31; 2:48-50; 2:65-3:7; 3:56-57; 4:16-20; 10:45-47; 10:51-62; FIGS. 1-4. | Indefinite.<br><br>**Means-plus-function**<br>- Function: "generating output signaling user exposure to the identified reference media item"<br>- Corresponding Structure: None<br><br>**Intrinsic evidence:**<br>'823 patent: 3:56-57; FIG. 4. |

| | | |
|---|---|---|
| "a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item" | Plain and ordinary meaning, i.e., a software program, or the computer on which that program runs, for selecting one of the plurality of data signature stream collection servers to receive the representation of at least one target media item, the selecting based on prior requests sent to the plurality of data signature stream collection servers and/or geographic proximity to the client device; this is not a means-plus-function element<br><br>Alternatively, if the Court decides that "a stream collection server selector" is in means plus function form:<br><br>• The function is "selecting one of the plurality of data signature stream collection servers to receive the representation of at least one target media item, the selecting based on prior requests sent to the plurality of data signature stream collection servers and/or geographic proximity to the client device"<br><br>• The corresponding structure is "correlator server 115" as described at 9:11-53, and FIG 3.<br><br>**Intrinsic evidence**:<br>'823 patent: 2:27-31; 2:48-50; 2:65-67; 3:3-5; 4:39-44; 6:3-8; 6:12-15; 7:66-8:2; 9:11-21; 9:39-53; 10:4-10; FIGS. 1, 3. | Indefinite.<br><br>Means-plus-function<br>• Function: "selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item"<br>• Corresponding Structure: None<br><br>**Intrinsic evidence:**<br>'823 patent; 6:3-8; FIG. 1. |

3

| "load" | Nielsen believes that this term should be construed in the context of the previous term and does not require separate construction.<br><br>To the extent this term is construed separately, the construction is: "prior requests sent to the plurality of data signature stream collection servers"<br><br>**Intrinsic evidence**:<br>'823 patent: 2:27-31; 2:48-50; 2:65-67; 3:3-5; 4:39-44; 6:3-8; 6:12-15; 7:66-8:2; 9:11-21; 9:39-53; 10:4-10; FIGS. 1, 3. | work performed and resources used by the server as a percentage of total capacity.<br><br>**Intrinsic evidence:**<br>'823 patent: 4:39-44; 6:3-8; 11:47-51. |