# EXHIBIT A

US007904503B2

(12) **United States Patent** (10) **Patent No.:** **US 7,904,503 B2**

Van De Sluis (45) **Date of Patent:** **Mar. 8, 2011**

(54) **METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM**

(75) Inventor: **Bartel Marinus Van De Sluis**, Eindhoven (NL)

(73) Assignee: **Gracenote, Inc.**, Emeryville, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 717 days.

(21) Appl. No.: **09/933,845**

(22) Filed: **Aug. 21, 2001**

(65) **Prior Publication Data**

US 2002/0072989 A1    Jun. 13, 2002

(30) **Foreign Application Priority Data**

Aug. 23, 2000    (EP) .................................... 00202947

(51) **Int. Cl.**
*G06F 15/16* (2006.01)

(52) **U.S. Cl.** ........................................ **709/203**; 709/219

(58) **Field of Classification Search** .......... 709/201–203, 709/217–234; 705/14, 10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 4,030,119 | A | 6/1977 | Ellis |
|---|---|---|---|
| 4,397,011 | A | 8/1983 | Ogawa |
| 4,491,882 | A | 1/1985 | Fujiie |
| 4,587,643 | A | 5/1986 | Monen et al. |
| 4,599,644 | A | 7/1986 | Fischer |
| 4,641,205 | A | 2/1987 | Beyers |
| 4,646,145 | A | 2/1987 | Percy et al. |
| 4,675,757 | A | 6/1987 | Block |
| 4,677,466 | A | 6/1987 | Lert, Jr. et al. |

| 4,857,899 | A | 8/1989 | Ishii |
|---|---|---|---|
| 4,870,613 | A | 9/1989 | Clinkenbeard et al. |
| 4,893,193 | A | 1/1990 | Nakamura et al. |
| 4,893,199 | A | 1/1990 | Okada |
| 4,992,706 | A | 2/1991 | Troemel et al. |
| 5,019,899 | A | 5/1991 | Boles et al. |
| 5,113,383 | A | 5/1992 | Amemiya et al. |

(Continued)

FOREIGN PATENT DOCUMENTS

DE    4309957    7/1994

(Continued)

OTHER PUBLICATIONS

Geoffrey B. Rhoads et al., Digimarc Corp., "Managing On-Line Media Library Through Links in Media Signals", U.S. Appl. No. 60/178,028.

(Continued)

*Primary Examiner* — Yasin Barqadle
(74) *Attorney, Agent, or Firm* — Schwegman, Lundberg & Woessner, P.A.

(57) **ABSTRACT**

A client system (**200**, **220**) receives a content item. The user can mark the received content item as being of interest. In response to said marking, tracking means (**204**, **224**) automatically provide identifying data for the marked content item to a remote server system (**250**). The server receives a portion of the content item from a client system (**200**, **220**), processes the received portion to obtain an identifier for the content item, obtains further information on the content item using the identifier, and transmits the further information back to the client system (**200**, **220**). The tracking means (**204**, **224**) subsequently receive further information on the content item from the remote server system (**250**). An identifier for the content item can be used in an e-commerce system (**160**), for example by putting it on a shopping list (**161**) or to obtain a list of related items.

**23 Claims, 2 Drawing Sheets**



**US 7,904,503 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,157,614 A | 10/1992 | Kashiwazaki et al. | |
| 5,157,646 A | 10/1992 | Amemiya et al. | |
| 5,220,567 A | 6/1993 | Dooley et al. | |
| 5,243,588 A | 9/1993 | Maeda | |
| 5,263,010 A | 11/1993 | Amemiya et al. | |
| 5,276,629 A | 1/1994 | Reynolds | |
| 5,341,350 A | 8/1994 | Frank et al. | |
| 5,392,264 A | 2/1995 | Hira | |
| 5,400,261 A | 3/1995 | Reynolds | |
| 5,404,393 A | 4/1995 | Remillard | |
| 5,414,684 A | 5/1995 | Nonaka et al. | |
| 5,430,698 A | 7/1995 | Nonaka et al. | |
| 5,436,653 A | 7/1995 | Ellis et al. | |
| 5,446,714 A | 8/1995 | Yoshio et al. | |
| 5,446,891 A | 8/1995 | Kaplan et al. | |
| 5,450,597 A | 9/1995 | Klappert et al. | |
| 5,463,605 A | 10/1995 | Nishida et al. | |
| 5,464,946 A | 11/1995 | Lewis | |
| 5,465,240 A | 11/1995 | Mankovitz | |
| 5,471,576 A | 11/1995 | Yee | |
| 5,475,835 A | 12/1995 | Hickey | |
| 5,499,294 A | 3/1996 | Friedman | |
| 5,519,435 A | 5/1996 | Anderson | |
| 5,544,139 A | 8/1996 | Aramaki et al. | |
| 5,559,949 A | 9/1996 | Reimber et al. | |
| 5,583,560 A | 12/1996 | Florin et al. | |
| 5,584,025 A | 12/1996 | Keithley et al. | |
| 5,612,729 A | 3/1997 | Ellis et al. | |
| 5,615,345 A | 3/1997 | Wanger | |
| 5,616,876 A | 4/1997 | Cluts | |
| 5,621,454 A | 4/1997 | Ellis et al. | |
| 5,625,608 A | 4/1997 | Grewe et al. | |
| 5,649,114 A | 7/1997 | Deaton et al. | |
| 5,679,911 A | 10/1997 | Moriyama et al. | |
| 5,680,379 A | 10/1997 | Ishida et al. | |
| 5,689,484 A | 11/1997 | Hirasawa | |
| 5,691,964 A | 11/1997 | Niederlein et al. | |
| 5,694,162 A | 12/1997 | Freeny, Jr. | |
| 5,694,546 A | 12/1997 | Reisman | |
| 5,701,385 A | 12/1997 | Katsuyama et al. | |
| 5,703,795 A | 12/1997 | Mankovitz | |
| 5,710,884 A | 1/1998 | Dedrick | |
| 5,721,827 A | 2/1998 | Logan et al. | |
| 5,726,957 A | 3/1998 | Hisamatsu et al. | |
| 5,740,304 A | 4/1998 | Katsuyama et al. | |
| 5,740,549 A | 4/1998 | Reilly et al. | |
| 5,745,681 A | 4/1998 | Levine et al. | |
| 5,751,672 A | 5/1998 | Yankowski | |
| 5,754,784 A | 5/1998 | Garland et al. | |
| 5,757,739 A | 5/1998 | Heath et al. | |
| 5,761,606 A | 6/1998 | Wolzien et al. | |
| 5,767,893 A | 6/1998 | Chen et al. | |
| 5,768,222 A | 6/1998 | Hisamatsu et al. | |
| 5,774,431 A | 6/1998 | Bos et al. | |
| 5,774,664 A | 6/1998 | Hidary et al. | 395/200.48 |
| 5,774,666 A | 6/1998 | Portuesi | |
| 5,778,181 A | 7/1998 | Hidary et al. | |
| 5,778,187 A | 7/1998 | Monteiro et al. | |
| 5,781,889 A | 7/1998 | Martin et al. | |
| 5,781,909 A | 7/1998 | Logan et al. | |
| 5,782,692 A | 7/1998 | Stelovsky | |
| 5,790,793 A | 8/1998 | Higley | 395/200.48 |
| 5,793,726 A | 8/1998 | Nagano | |
| 5,793,980 A | 8/1998 | Glaser et al. | |
| 5,796,393 A | 8/1998 | MacNaughton et al. | |
| 5,796,945 A | 8/1998 | Tarabella | |
| 5,796,952 A | 8/1998 | Davis et al. | |
| 5,809,512 A | 9/1998 | Kato | |
| 5,815,471 A | 9/1998 | Mince et al. | |
| 5,822,216 A | 10/1998 | Satchell, Jr. et al. | |
| 5,822,283 A | 10/1998 | Bos et al. | |
| 5,822,436 A | 10/1998 | Rhoads | |
| 5,826,267 A | 10/1998 | McMillan | |
| 5,848,427 A | 12/1998 | Hyodo | |
| 5,862,223 A | 1/1999 | Walker et al. | |
| 5,867,457 A | 2/1999 | Parvulescu et al. | |
| 5,893,910 A | 4/1999 | Martineau et al. | |
| 5,894,554 A | 4/1999 | Lowery et al. | |

| | | | |
|---|---|---|---|
| 5,903,816 A | 5/1999 | Broadwin et al. | |
| 5,905,248 A | 5/1999 | Russell | |
| 5,905,537 A | 5/1999 | Van Gestel | |
| 5,905,865 A | 5/1999 | Palmer et al. | |
| 5,907,793 A | 5/1999 | Reams | 455/3.1 |
| 5,915,091 A | 6/1999 | Ludwig et al. | |
| 5,915,288 A | 6/1999 | Gabriel | |
| 5,918,223 A | 6/1999 | Blum et al. | |
| 5,925,843 A | 7/1999 | Miller et al. | |
| 5,929,849 A | 7/1999 | Kikinis | |
| 5,949,411 A | 9/1999 | Doerr et al. | |
| 5,950,173 A | 9/1999 | Perkowski | |
| 5,953,005 A | 9/1999 | Liu | |
| 5,959,945 A | 9/1999 | Kleiman | |
| 5,960,081 A | 9/1999 | Vynne et al. | |
| 5,960,411 A | 9/1999 | Hartman et al. | 705/26 |
| 5,963,916 A | 10/1999 | Kaplan | |
| 5,987,525 A | 11/1999 | Roberts et al. | |
| 5,991,798 A | 11/1999 | Ozaki et al. | |
| 5,996,000 A | 11/1999 | Shuster | |
| 5,999,637 A | 12/1999 | Toyoda et al. | |
| 6,009,410 A | 12/1999 | LeMole et al. | |
| 6,011,758 A | 1/2000 | Dockes et al. | |
| 6,012,112 A | 1/2000 | Brase et al. | |
| 6,018,768 A | 1/2000 | Ullman et al. | |
| 6,025,837 A | 2/2000 | Matthews, III et al. | |
| 6,029,142 A | 2/2000 | Hill | |
| 6,031,795 A | 2/2000 | Wehmeyer | |
| 6,032,130 A | 2/2000 | Alloul | |
| 6,034,925 A | 3/2000 | Wehmeyer | |
| 6,035,329 A | 3/2000 | Mages et al. | |
| 6,061,306 A | 5/2000 | Buchheim et al. | |
| 6,061,680 A | 5/2000 | Scherf et al. | |
| 6,076,104 A | 6/2000 | McCue | 709/219 |
| 6,076,111 A | 6/2000 | Chiu et al. | |
| 6,078,301 A | 6/2000 | Arai et al. | |
| 6,081,830 A | 6/2000 | Schindler | |
| 6,081,907 A | 6/2000 | Witty et al. | |
| 6,098,106 A | 8/2000 | Philyaw et al. | 709/238 |
| 6,128,255 A | 10/2000 | Yankowski | |
| 6,131,129 A | 10/2000 | Ludtke et al. | |
| 6,131,130 A | 10/2000 | Van Ryzin | |
| 6,154,773 A | 11/2000 | Roberts et al. | |
| 6,161,132 A | 12/2000 | Roberts et al. | |
| 6,195,693 B1 | 2/2001 | Berry et al. | |
| 6,201,176 B1 | 3/2001 | Yourlo | |
| 6,230,192 B1 | 5/2001 | Roberts et al. | |
| 6,230,207 B1 | 5/2001 | Roberts | |
| 6,240,459 B1 | 5/2001 | Roberts et al. | |
| 6,243,328 B1 | 6/2001 | Fenner et al. | |
| 6,243,725 B1 | 6/2001 | Hempleman et al. | |
| 6,247,022 B1 | 6/2001 | Yankowski | |
| 6,260,059 B1 * | 7/2001 | Ueno et al. | 709/202 |
| 6,263,505 B1 | 7/2001 | Walker et al. | |
| 6,266,429 B1 | 7/2001 | Lord et al. | |
| 6,272,078 B2 | 8/2001 | Yankowski | |
| 6,304,523 B1 | 10/2001 | Jones et al. | |
| 6,308,086 B1 | 10/2001 | Yoshino | |
| 6,324,694 B1 | 11/2001 | Watts et al. | |
| 6,330,593 B1 | 12/2001 | Roberts et al. | |
| 6,345,256 B1 | 2/2002 | Milsted et al. | |
| 6,388,957 B2 | 5/2002 | Yankowski | |
| 6,388,958 B1 | 5/2002 | Yankowski | |
| 6,408,082 B1 | 6/2002 | Rhoads et al. | |
| 6,411,725 B1 * | 6/2002 | Rhoads | 382/100 |
| 6,484,156 B1 * | 11/2002 | Gupta et al. | 707/1 |
| 6,505,160 B1 | 1/2003 | Levy et al. | 704/270 |
| 6,545,209 B1 | 4/2003 | Flannery et al. | |
| 6,601,046 B1 * | 7/2003 | Epstein | 705/57 |
| 6,631,523 B1 | 10/2003 | Matthews, III et al. | |
| 6,633,653 B1 | 10/2003 | Hobson et al. | |
| 6,636,249 B1 | 10/2003 | Rekimoto | |
| 6,647,128 B1 | 11/2003 | Rhoads | |
| 6,658,247 B1 | 12/2003 | Saito | |
| 6,665,417 B1 | 12/2003 | Yoshiura et al. | |
| 6,671,736 B2 | 12/2003 | Virine et al. | |
| 6,674,876 B1 | 1/2004 | Hannigan et al. | |
| 6,700,990 B1 | 3/2004 | Rhoads | |
| 6,737,957 B1 | 5/2004 | Petrovic et al. | |

## US 7,904,503 B2

Page 3

| | | | |
|---|---|---|---|
| 6,748,533 B1 * | 6/2004 | Wu et al. ...................... 713/176 |
| 6,782,116 B1 | 8/2004 | Zhao et al. |
| 6,804,510 B1 | 10/2004 | Bates et al. |
| 6,807,632 B1 | 10/2004 | Carpentier et al. |
| 6,829,368 B2 | 12/2004 | Meyer et al. |
| 6,941,003 B2 | 9/2005 | Ziesig |
| 6,941,275 B1 | 9/2005 | Swierczek |
| 6,952,774 B1 | 10/2005 | Kirovski et al. |
| 6,963,975 B1 | 11/2005 | Weare |
| 6,970,886 B1 * | 11/2005 | Conwell et al. ............ 707/104.1 |
| 6,983,289 B2 | 1/2006 | Commons et al. |
| 6,990,334 B1 | 1/2006 | Ito |
| 6,990,453 B2 | 1/2006 | Wang et al. |
| 6,996,775 B1 * | 2/2006 | Dey et al. ...................... 715/256 |
| 7,024,018 B2 | 4/2006 | Petrovic |
| 7,080,253 B2 | 7/2006 | Weare |
| 7,082,394 B2 | 7/2006 | Burges et al. |
| 7,152,021 B2 | 12/2006 | Alattar et al. |
| 7,159,117 B2 | 1/2007 | Tanaka |
| 7,181,543 B2 | 2/2007 | King et al. |
| 7,188,248 B2 | 3/2007 | Watson |
| 7,302,574 B2 | 11/2007 | Conwell et al. |
| 7,343,553 B1 | 3/2008 | Kaye |
| 7,346,649 B1 | 3/2008 | Wong |
| 7,349,552 B2 | 3/2008 | Levy et al. |
| 7,349,555 B2 | 3/2008 | Rhoads |
| 7,415,129 B2 | 8/2008 | Rhoads |
| 7,461,136 B2 | 12/2008 | Rhoads |
| 7,477,739 B2 | 1/2009 | Haitsma et al. |
| 7,549,052 B2 | 6/2009 | Haitsma et al. |
| 7,587,602 B2 | 9/2009 | Rhoads |
| 7,590,259 B2 | 9/2009 | Levy et al. |
| 2001/0004338 A1 | 6/2001 | Yankowski |
| 2001/0014868 A1 * | 8/2001 | Herz et al. ...................... 705/14 |
| 2001/0030827 A1 | 10/2001 | Morohashi |
| 2001/0031066 A1 * | 10/2001 | Meyer et al. ................. 382/100 |
| 2001/0052028 A1 | 12/2001 | Roberts |
| 2001/0053943 A1 | 12/2001 | Kaneko et al. |
| 2002/0023020 A1 | 2/2002 | Kenyon et al. |
| 2002/0033844 A1 | 3/2002 | Levy et al. |
| 2002/0059208 A1 | 5/2002 | Abe et al. |
| 2002/0078359 A1 | 6/2002 | Seok et al. |
| 2002/0116195 A1 | 8/2002 | Pitman et al. |
| 2002/0120849 A1 | 8/2002 | McKinley et al. |
| 2002/0178410 A1 | 11/2002 | Haitsma et al. |
| 2003/0023852 A1 | 1/2003 | Wold |
| 2003/0028796 A1 | 2/2003 | Roberts et al. |
| 2003/0033321 A1 | 2/2003 | Schrempp et al. |
| 2003/0046283 A1 | 3/2003 | Roberts |
| 2003/0086341 A1 | 5/2003 | Wells et al. |
| 2003/0097338 A1 | 5/2003 | Mankovich et al. |
| 2003/0135513 A1 | 7/2003 | Quinn et al. |
| 2004/0003398 A1 | 1/2004 | Donian et al. |
| 2004/0028281 A1 | 2/2004 | Cheng et al. |
| 2004/0128512 A1 | 7/2004 | Sharma et al. |
| 2004/0167858 A1 | 8/2004 | Erickson |
| 2004/0172411 A1 | 9/2004 | Herre et al. |
| 2004/0260682 A1 | 12/2004 | Herley et al. |
| 2005/0004941 A1 | 1/2005 | Kalker et al. |
| 2006/0041753 A1 | 2/2006 | Haitsma |
| 2006/0075237 A1 | 4/2006 | Seo et al. |
| 2006/0143190 A1 | 6/2006 | Haitsma et al. |
| 2006/0206563 A1 | 9/2006 | Van De Sluis |
| 2006/0218126 A1 | 9/2006 | De Ruijter et al. |
| 2007/0071330 A1 | 3/2007 | Oostveen et al. |
| 2007/0106405 A1 | 5/2007 | Cook et al. |
| 2007/0274519 A1 | 11/2007 | Cohen et al. |
| 2008/0222232 A1 | 9/2008 | Allen et al. |
| 2008/0263360 A1 | 10/2008 | Haitsma et al. |
| 2008/0274687 A1 | 11/2008 | Roberts et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 44 27 046 C2 | 2/2001 |
| EP | 194143 | 9/1986 |
| EP | 0283570 A3 | 9/1988 |
| EP | 0367585 A2 | 5/1990 |
| EP | 460869 | 12/1991 |
| EP | 0319567 B1 | 2/1993 |
| EP | 0580361 A2 | 1/1994 |

| | | |
|---|---|---|
| EP | 0814419 | 12/1997 |
| EP | 0936531 A2 | 8/1999 |
| EP | 0991213 A2 | 4/2000 |
| EP | 1107254 A2 | 6/2001 |
| EP | 1128385 A1 | 8/2001 |
| EP | 0680040 A2 | 11/2005 |
| EP | 1197020 B1 | 11/2007 |
| GB | 2338869 A1 | 12/1999 |
| JP | 63-104099 | 5/1988 |
| JP | 04299399 | 10/1992 |
| JP | 40299399 | 10/1992 |
| JP | 06-225799 | 8/1994 |
| JP | 06315298 | 11/1994 |
| JP | 07-078407 | 3/1995 |
| JP | 10171818 | 6/1998 |
| JP | 10-233081 | 9/1998 |
| JP | 11-164361 | 6/1999 |
| JP | 11-261961 | 9/1999 |
| JP | 2000-215653 | 8/2000 |
| JP | 2000215653 A2 | 8/2000 |
| JP | 2000-285237 | 10/2000 |
| JP | 2000-305578 | 11/2000 |
| JP | 2001-005497 | 1/2001 |
| JP | 2001101822 A2 | 4/2001 |
| JP | 2001154649 A2 | 6/2001 |
| JP | 2001216766 A2 | 8/2001 |
| JP | 2001-283568 | 10/2001 |
| JP | 2001283568 A2 | 10/2001 |
| WO | WO-9120082 | 12/1991 |
| WO | WO-9705616 A1 | 2/1997 |
| WO | WO-9721291 | 6/1997 |
| WO | WO9721291 | 6/1997 |
| WO | WO-9741504 | 11/1997 |
| WO | WO-9800788 | 1/1998 |
| WO | WO-9802820 | 1/1998 |
| WO | WO9825269 | 6/1998 |
| WO | WO-9935771 | 7/1999 |
| WO | WO9935771 | 7/1999 |
| WO | WO-0128222 | 4/2001 |
| WO | WO-0155889 A1 | 8/2001 |
| WO | WO-0211123 A3 | 2/2002 |
| WO | WO-02065782 A1 | 8/2002 |
| WO | WO-03012695 A2 | 2/2003 |
| WO | WO-2004077430 | 2/2004 |
| WO | WO-2006044622 | 4/2006 |
| WO | WO-2007022533 A2 | 2/2007 |

### OTHER PUBLICATIONS

Deane, E. , "International Search Report", *PCT*, (Aug. 23, 2000),4 pages.

"International Application Serial No. 2002-565363, Non-Final Office Action mailed Oct. 11, 2007", With English Translation,22 pgs.

"International Application Serial No. IN/PCT/2002/1689, First Examination Report Jun. 20, 2007", 2 pgs.

*Information Retrieval (Z39.50): Application Service Definition and Protocol Specification*, ANSI/NISO Z39.50 1995,(Jul. 1995), 163 pgs.

*GeoPac Management Guide, Release 1.25*, Geac Computer Corporation Limited,(Dec. 1994),50 pgs.

*The MusicBrainz Mailing List Archive for Nov. 2000*, 30 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance and Fee(S) Due mailed Jun. 28, 2007", 4 pgs.

"U.S. Appl. No. 10/073,772 Advisory Action mailed Jul. 28, 2006", 3 pgs.

"U.S. Appl. No. 10/073,772 Final Office Action mailed Apr. 6, 2006", 21 pgs.

"U.S. Appl. No. 10/073,772 Non Final Office Action mailed Sep. 19, 2005", 13 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Feb. 28, 2007", 6 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Aug. 9, 2007", NOAR,10 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Sep. 6, 2006", 5 pgs.

**US 7,904,503 B2**

Page 4

"U.S. Appl. No. 10/073,772 Response filed Mar. 17, 2006 to Non Final Office Action mailed Sep. 19, 2005", 12 pgs.

"U.S. Appl. No. 10/073,772 Response filed Jul. 6, 2006 to Final Office Action mailed Apr. 6, 2006", 8 pgs.

"U.S. Appl. No. 10/073,772 Response filed Aug. 7, 2006 to Advisory Action mailed Jul. 28, 2006", 3 pgs.

"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Nov. 14, 2006", 9 pgs.

"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Jun. 12, 2007", 8 pgs.

"U.S. Appl. No. 10/548,702 Response filed Aug. 29, 2007 to Non-Final Office Action mailed Jun. 21, 2007", 64.

"U.S. Appl. No. 10/548,702 Non-Final Office Action mailed Jun. 21, 2007", 18 pgs.

"U.S. Appl. No. 10/533,211, Response filed Oct. 1, 2007 to Non-Final Office Action mailed Jun. 12, 2007", 12 pgs.

"CD-I Has a Rough Road to Hoe", http://www.caruso.com/Digital_Media/DM91-07.text, (Jul. 1991),43 pgs.

"CEDIA, "Electronic Lifestyles Awards for Manufactures Excellence", Entry for Best Video Product, Power Play,", (Sep. 1999),pp. 1-4.

"Chapter 69—Introduction to Multimedia Services" *Microsoft Win32 Programmer's Reference*, vol. 2, Redmond, Wash.: Microsoft Press,(1993),517-672.

"CNET: The Computer Network Unveils Revolutionary Internet Advertising Tools that Allow Custom Banner Ad Delivery Based on Demographic Information", http://www.cnet.com/html/aboutcnet/press/1994_95/120695.html, Press Releases,(Dec. 6, 1995),4 pgs.

"European Application Serial Number 01 976124 Office Action dated Mar. 16, 2007", (Mar. 16, 2007),5 pgs.

"European Patent Application No. 03737399.0 Office Action", (Mar. 26, 2007).

"Generic coding of moving pictures and associated audio information, part 2", *ISO/IEC*, (1995).

"Information technology—Multimedia content description interface—Part 4: Audio.",*JNCITS/ISO/IEC 15938-4-2002*, (2002),1-114.

"International Application No. PCT/US06/32722 Search Report and Written Opinion mailed Apr. 25, 2007",6 pgs.

Baugher, Mark , et al., "A multimedia client to the IBM LAN server", *Proceedings of the first ACM International Conference on Multimedia*, (1993),105-112.

Berners-Lee, T. , et al., *Hypertext Transfer Protocol—HTTP 1.0*, Network Working Group,(May 1996),61 pgs.

Broder, A. Z., et al., "Syntactic clustering of the Web", *Computer Networks and ISDN Systems*, 29(8-13), (Sep. 1997),1157-1166.

Chen, Qin-Sheng , et al., "Symmetric Phase-Only Matched Filtering of Fourier-Mellin Transforms for Image Registration and Recognition", *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 16 No. 12, New York, (Dec. 1994),1156-1168.

Cheung, D. , et al., "A content-based search engine on medical images for telemedicine" *Proceedings of the 21st International Computer Software and Applications Conference*, (Aug. 13, 1997),569-572.

Chua, T. S., et al., "Content-based retrieval of segmented images", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),211-218.

Comer, Douglas E., et al., *Internetworking with TCP/IP, vol. 2, Design, implementation, and internals*, ANSI C Version, 3rd Edition, Upper Saddle River, NJ: Prentice Hall,(1999),1-660.

Comer, Douglas E., et al., *Internetworking with TCP/IP, volume 3, Client-server programming and applications*, BSD Socket Version, Upper Saddle River, NJ: Prentice Hall,(1993),1-498.

Comer, Douglas , et al., "Chapter 4—Internet Addresses & Chapter 5—Mapping Internet Addresses to Physical Addresses (ARP)", *Internetworking with TCP/IP*, vol. 1. Upper Saddle River, N.J. : Prentice Hall,(1995),59-88, 588.

De Roure, David , et al., "A Multiagent system for Content Based Navigation of Music", *Proc. ACM Multimedia*, 99 (Part 2), (1999),63-66.

Deep, John , et al., *Developing CGI applications with Perl*, New York : Wiley Computer Pub.,(1996),72-77.

Fletcher, Peter A., et al., "Direct Embedding and Detection of RST Invariant Watermarks", *F.A.P. Petitcolas* (Ed.): IH 2002, LNCS 2578 Springer-Verlag Berlin Heidelberg, (2003),129-144.

Haitsma, J. , et al., "A Highly Robust Audio Fingerprinting System", *ISMIR 2002—3rd International Conference on Music Information Retrieval*, http://ismir2002.ismir.net/proceedings/02-fp04-2.pdf,(Oct. 17, 2002),1-9.

Haitsma, Jaap , "Robust Audio Hashing for Content Identification", *Philips Research*, 8 pages.

Haitsma, J. A.,et al., "Robust Hashing of Multimedia Content", (Dec. 14, 2000),10 pgs.

Kan, Ti , *XMCD Version 2.0 patchlevel 0*, BSD News Article 64976,(Apr. 3, 1996),10 pgs.

Kan, Ti , *XMCD Unix CD Player*, (Mar. 21, 1996),1358 pgs.

Kurth, Frank , et al., "Full-Text Indexing of Very Large Audio Data Bases", *Audio Engineering Society Convention Paper, 110th Convention*, Amsterdam, (May 2001),1-11.

Lewis, Paul H., et al., "Media-based Navigation with Generic Links", *Proceedings of the the Seventh ACM Conference on Hypertext*, (1996),215-223.

Lienhart, R. , "Automatic text recognition for video indexing", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),11-20.

Lin, Ching-Yung , et al., "Rotation, Scale, and Translation Resilient Watermarking for Images" *IEEE Transactions on Image Processing*. vol. 10, No. 5, (May 2001),767-782.

Little, T. D., et al., "A digital on-demand video service supporting content-based queries", *Proceedings of the First ACM International Conference on Multimedia*, (1993),427-436.

Martin, Keith D., et al., "Music Content Analysis through Models of Audition", (1998),8 pgs.

Mayer-Patel, Ketan , et al., "Synchronized continuous media playback through the World Wide Web", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),435-436.

McNab, Rodger J., et al., "Towards the digital music library: tune retrieval from acoustic input", *Proceedings of the First ACM International Conference on Digital Libraries*, (1996),11-18.

Neuschmied, Helmut , et al., "Content-based Identification of Audio Titles on the Internet", *Proceedings of the First International Conference on WEB Delivering of Music*,(2001),5 pages.

Oostveen, J. , et al., "Feature Extraction and a Database Strategy for Video Fingerprinting", *Lecture Notes in Cormputer Science*, 2314,(Mar. 11, 2002),117-128.

Oostveen, Job , "Visual Hashing of Digital Video: Applications and Techniques", 11 pages.

Pereira, Shelby , "Template Based Recovery of Fourier-Based Watermarks Using Log-Polar and Log-log Maps" *IEEE Int. Conf on Multimedia Computing and Systems*, Florence, Italy, (Jun. 1999),1-5.

Prabhakaran, B. , et al., "Synchronization models for multimedia presentation with user participation", *Proceedings of the First ACM International Conference on Multimedia*, (1993),157-166.

Qazi, Naveed U., et al., "A synchronization and communication model for distributed multimedia objects" *Proceedings of the First ACM International Conference on Multimedia*, (1993),9 pgs.

Rajasekaran, P. , et al., "Microcomputer Implementable Low Cost Speaker-Independent Word Recognition", *IEEE International Conference on ICASSP '83, Acoustics, Speech, and Signal Processing*, Abstract; p. 754, right-hand column, Appendix A, A.1, A.2; figure 1,(Apr. 14-16, 1983),753-756.

Rhoads, Geoffrey B., et al., "Managing on-line media library through links in media signals", U.S. Appl. No. 60/178,028.

Roscheisen, M. , et al., "Beyond browsing: shared comments, SOAPs, trails, and on-line communities", *Computer Networks and ISDN Systems*, 27(6), (Apr. 1995),739-749.

Schneider, Marc , et al., "A Robust Content Based Digital Signature for Image Authentication", *International Conference on Image Processing*, 1996, Proceedings., vol. 3, (1996),227-230.

Schneier, Bruce , "Chapter 16, Pseudo random sequence generators", *In Applied Cryptography*, John Wiley & Sons, New York, US, 1996 ,372-379.

Shafer, Keith , et al., "Introduction to Persistent Uniform Resource Locators", http://purl.oclc.org/docs/inet96.html, OCLC Online Computer Library Center, Inc.,(1996),8 pgs.

## US 7,904,503 B2
Page 5

Slashdot, "Machine Learning and MP3s", [Online]. Retrieved from the Internet: <URL: HTTP: //www.Slashdot.org/article.pl?sid=03/04/21/110236&mode=thread&tid=141>, 12 pgs.

Smith, Brian C., et al., "The Berkeley continuous media toolkit", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),451-452.

Subramanya, S R., et al., "Transform-Based Indexing of Audio Data for Multimedia Databases", *1997 IEEE*, (1997),211-218.

Weitzman, L. , et al., "Automatic presentation of multimedia documents using relational grammars", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),443-451.

Wells, Maxwell J., et al., "Music Search Methods Based on Human Perception", U.S. Appl. No. 09/556086, filed Apr. 21. 2000.

Welsh, Matt , et al., "Querying Large Collections of Music for Similarity", *Technical Report UCB/CSD0-1096, U.C. Berkeley Computer Science Division*, Research sponsored by Advanced Research Projects Agency under grant DABT63-98-C-0038, and equipment grant from Intel Corp.,(Nov. 1999),13 pages.

Wold, E. , "Content-based classification, search,. and retrieval of audio", *IEEE MultiMedia*, 3(3), (Fall 1996),27-36.

Yang, Cheng, "MACS: Music Audio Characteristic Sequence Indexing for Similarity Retrieval", *Supported by Leonard J. Shustek Fellowship, Stanford Graduate Fellowship program, and NSF Grant IIS-9811904 New Paltz, New York* (Oct. 2001),123-126.

Zhang, Hongjiang, et al., "Video Parsing, Retrieval and Browsing: An Integrated and Content-Based Solution", *ACM Multimedia 95—Electronic Proceedings*, San Francisco, California,(Nov. 5-9, 1995),19 pgs.

"U.S. Appl. No. 09/976,038 Final Office Action Mailed Aug. 18, 2008", FOAR, 12 Pgs.

"U.S. Appl. No. 10/073,772, Preliminary Amendment filed Jul. 28, 2008", 10 pgs.

"U.S. Appl. No. 10/503,245, Response filed Aug. 28, 2008 to Final Office Action mailed May 28, 2008", 13 pgs.

"U.S. Appl. No. 10/503,245, Notice of Allowance mailed Sep. 4, 2008", 16 pgs.

"U.S. Appl. No. 10/533,211 Non-Final Office Action mailed Jul. 29, 2008", 14 Pgs.

"U.S. Appl. No. 10/534,323, Response filed Jul. 16, 2008 to Non Final Office Action mailed Apr. 16, 2008", 9 pgs.

"U.S. Appl. No. 11/432,989 Non-Final Office Action mailed Jun. 11, 2008", 9 pgs.

"Japanese Application Serial No. 2002-565363, Final Office Action mailed Jul. 14, 2008", 12 pgs.

"Japanese Application Serial No. 2006-330002, Office Action mailed Jun. 10, 2008", 5 pgs.

"Korean Application Serial No. 10-2002-7005203, Office Action mailed May 28, 2008", 8 pgs.

"Korean Application Serial No. 10-2002-7013737, Final Office Action mailed Sep. 1, 2008", 5 pgs.

Ido, S., "Multimedia Research Forefront-5", *Business Communications*, 34,(3),(Mar. 1, 1997), 3 pgs.

Stephen, D., "the Exploratory Workshop on Music Information Retrival", *Acm SIGIR*, FOAR, (1999), pp. 1-14.

"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 4, 2007", 6 pgs.

"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 9, 2004", 8 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Jun. 8, 2006", 4 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Oct. 22, 2004", 7 pgs.

"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed May 16, 2007", 8 pgs.

"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed Jun. 8, 2004", 7 pgs.

"U.S. Appl. No. 10/073,772, Notice of Allowance mailed May 23, 2008", 4 pgs.

"U.S. Appl. No. 10/073,772, Non-Final Office Action Mailed Jan. 9, 2008", 14 pgs.

"U.S. Appl. No. 10/503,245, Response filed Feb. 26, 2008 to Non-Final Office Action mailed Nov. 26, 2007", 13 pgs.

"U.S. Appl. No. 10/503,245, Final Office Action mailed on May 28, 2008", 23 pgs.

"U.S. Appl. No. 10/503,245, Non-Final Office Action mailed Nov. 26, 2007", 10 pgs.

"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Apr. 23, 2008", 10 pgs.

"U.S. Appl. No. 10/533,211, Response filed Mar. 5, 2008 to Final Office Action mailed Dec. 15, 2007", 6 pgs.

"U.S. Appl. No. 10/533,211, Response filed May 13, 2008 to Final Office Action mailed Dec. 5, 2007", 13 pgs.

"U.S. Appl. No. 10/533,211 Final Office Action mailed Dec. 5, 2007", 13 pgs.

"U.S. Appl. No. 10/534,323 Non-Final Office Action mailed Apr. 16, 2008", 7 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jan. 3, 2008 to Non-Final Office Action mailed Oct. 3, 2007", 9 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 3, 2007", 8 Pages.

"International Application Serial No. 01976124.6, Office Action mailed Jan. 2, 2008", 7 pgs.

"International Application Serial No. 03798257.6, Office Action mailed Feb. 7, 2008", 6 pgs.

"International Application Serial No. 1976124.6, Office Action mailed Aug. 4, 2005", 4 pgs.

Haitshma, A., et al., "Speed- Change Resistant Audio fingerprinting using Auto-correlation", *Philips Research Laboratories Eindhoven, IEEE*, (2003), pp. 728-731.

Stephen, D., "The Exploratory Workshop on Music Information Retrieval", ACM SIGIR, (Aug. 19, 1999), 1-14.

"U.S. Appl. No. 10/073,772, Notice of Allowance mailed Nov. 19, 2008", 7 pgs.

"U.S. Appl. No. 10/073,772, Supplemental Notice of Allowability mailed Nov. 2, 2006", 4 pgs.

"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Oct. 16, 2008", 14 pgs.

"U.S. Appl. No. 10/529,360, Response filed Feb. 16, 2009 to Non-Final Office Action mailed Oct. 16, 2008", 9 pgs.

"U.S. Appl. No. 10/529,360, Response filed Sep. 23, 2008 to Non-Final Office Action mailed Apr. 23, 2008", 9 pgs.

"U.S.Appl. No. 10/533,211, Advisory Action mailed Mar. 25, 2008", 3 pgs.

"U.S. Appl. No. 10/533,211, Final Office Action mailed Dec. 17, 2008", 16 pgs.

"U.S. Appl. No. 10/533,211, Response filed Feb. 16, 2009 to Final Office Action mailed Dec. 17, 2008", 11 pgs.

"U.S. Appl. No. 10/533,211, Response filed Oct. 29, 2008 to Non-Final Office Action mailed Jul. 29, 2008", 13 pgs.

"U.S.Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 31, 2008", 7 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jan. 29, 2009 to Non-Final Office Action mailed Oct. 31, 2008", 9 pgs.

"U.S. Appl. No. 11/432,989, Response filed Oct. 13, 2008 to Non-Final Office Action mailed Jun. 11, 2008", 10 pgs.

"U.S. Appl. No. 11/432,989, Response filed Mar. 2, 2009 to Final Office Action mailed Dec. 2, 2008", 11 pgs.

"U.S. Appl. No. 11/432,989, Non-Final Office Action mailed Dec. 2, 2008", 7 pgs.

"Korean Application Serial No. 10-2002-7005203, Office Action Mailed Jan. 13, 2009", 6 pages.

"A Highly Robust Audio Fingerprint System", 2002, 107-115.

"U.S. Appl. No. 10/529,360, Final Office Action mailed Apr. 17, 2009", 15 pgs.

"U.S. Appl. No. 10/534,323, Final Office Action mailed May 13, 2009", 12 pgs.

"U.S. Appl. No. 10/534,323, Response filed Jul. 13, 2009 to Final Office Action mailed May 13, 2009", 11 pgs.

"U.S. Appl. No. 11/432,989, Final Office Action mailed Jun. 26, 2009", 10 pgs.

"U.S. Appl. No. 11/466,056, Non-Final Office Action mailed Jul. 16, 2009", 30 pgs.

03809813.3, "European Application Serial No. 03809813.3 ,office Action Mailed on Jan. 14, 2009", 8.

US 7,904,503 B2

Page 6

Haitsma, et al., "Robust Audio Hashing for Content Identification", (Sep. 2001).

"U.S. Appl. No. 10/533,211, Advisory Action mailed Mar. 11, 2009", 3 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Sep. 21, 2009", 7 Pgs.

"U.S. Appl. No. 10/534,323, Response filed Dec. 18, 2009 to Non Final Office Action mailed Sep. 21, 2009", 12 pgs.

"U.S. Appl. No. 11/432,989 , Non-Final Office Action mailed Nov. 18, 2009", 10.

"U.S. Appl. No. 11/432,989, Response filed Sep. 28, 2009 to Final Office Action mailed Jun. 26, 2009", 13 pgs.

"European Application No. 09172380.9, European Search Report Mailed Nov. 23, 2009", 8 pgs.

"European Application Serial No. 03737399.0, Summons to Attend Oral Proceedings Received mailed Aug. 7, 2009", 9 pgs.

Hearst, M., et al., "The Exploratory Workshop on Music Information Retrieval", *International Conference on Research and Development in Information Retrieval*, Berkeley, CA (Aug. 19, 1999), 1-14.

"U.S. Appl. No. 10/073,772, Response filed Jan. 3, 2006 to Non Final Office Action mailed Sep. 19, 2005", 21 pgs.

"U.S. Appl. No. 10/533,211, Examiner Interview Summary mailed Sep. 24, 2007", 4 pgs.

"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Mar. 18, 2010", 7 pgs.

"U.S. Appl. No. 11/432,989 Notice of Allowance mailed Jul. 29, 2010", 13 pgs.

"U.S. Appl. No. 11/432,989, Response filed Apr. 19, 2010 to Non Final Office Action mailed Nov. 18, 2009", 13 pgs.

"U.S. Appl. No. 11/799,865 Non-Final Office Action mailed Aug. 18, 2010", 14 pgs.

"U.S. Appl. No. 11/799,865 Restriction Requirement mailed out on Apr. 28, 2010", 7.

"U.S. Appl. No. 11/800,904, Non-Final Office Action mailed May 12, 2010", 10 pgs.

"U.S. Appl. No. 11/800,904, Response filed Apr. 15, 2010 to Restriction Requirement mailed Mar. 17, 2010", 5 pgs.

"U.S. Appl. No. 11/800,904, Response filed Aug. 12, 2010 to Non Final Office Action mailed May 12, 2010", 10 pgs.

"U.S. Appl. No. 11/800,904, Restriction Requirement mailed Mar. 17, 2010", 6 pgs.

"Japanese Application Serial No. 2002-565363, Office Action mailed Jul. 12, 2010", 4 Pgs.

* cited by examiner



FIG. 1



FIG. 2

US 7,904,503 B2

**1**

## METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM

The invention relates to a method of enhancing rendering of a content item.

The invention further relates to a client system arranged for enhanced rendering of a content item.

The invention further relates to a server arranged for facilitating enhanced rendering of a content item.

Electronic commerce provides unprecedented opportunities for consumers to browse, select and purchase products, and also provides opportunities for alternative market and sales techniques. Conventionally, electronic commerce requires a somewhat pro-active consumer role. The consumer searches the Internet for a particular product, selects a vendor and submits a request to purchase the item. Alternatively, a consumer visits a website for information, perhaps with no intent to purchase anything, and is presented an advertisement for a product. Then the consumer "clicks" on the advertisement, decides whether to purchase the item, and then submits the purchase request. In like manner, the consumer receives e-mail containing an advertisement, reviews the information, either directly or via an Internet link, decides whether to purchase the product, and then submits the purchase request. In each of these scenarios, the consumer utilizes a bi-directional communications device to contemporaneously receive the information and submit the purchase request.

As is well known in the art of marketing and advertising, "impulse shopping" provides an opportunity for significant product revenue. Products are placed within easy reach while waiting in a cashier queue, "specials" are announced over loudspeaker systems in a department store, and so on. Television commercials often contain a notification of a telephone number to call to order a product being advertised, or to order a copy of the program being broadcast at that time. This technique has been applied to e-commerce systems, for example by providing "click here to purchase" icons on webpages or e-mail advertisements. The opportunities for impulse shopping, however, are limited to the specific environments or occasions that allow for such impulse buys, and, in the case of e-commerce, typically require a contemporaneous bi-directional communications link between the consumer and the product supplier.

Digital broadcasting systems will make a large amount of content items available to users. Current Internet-enabled content receiving systems, such as real-time audio receivers, allow a user to store an identifier for a content item in a local database, to serve as a bookmark to retrieve the item later so it can be processed again. If the user likes such a bookmarked item, he may want to shop for it at an e-commerce system. The current procedure to do this is rather cumbersome. First, the user must find the identifier, and then go to the e-commerce system and try to find it. He might have to look for it using different identifiers. Usually the identifier is a code such as an ISBN, which is hard to remember and easy to mistype. Further, the identifier may not even be shown to the user or be present in his bookmark file. The user then cannot know easily which item he is supposed to look for. By the time he has found it, his impulse to buy it will long since have gone.

International Patent Application WO 97/21291 discloses a radio broadcasting system which maintains a database with descriptions of the songs and other audio content it broadcasts. The database is indexed to allow a listener to select a particular description, e.g. the song currently playing, the song last played, etcetera. When a listener hears a particular

**2**

piece of audio he likes, he can call a special telephone number to access the database, and use the touch tones on his telephone to navigate the database, select descriptions and optionally buy selected songs.

European Patent Application EP-A-0 991 213 discloses a method and device for transmitting digital information, such as digital audio data, together with additional information. The additional information can be for instance the jacket photo, song titles, lyrics, the artist's name, and so on. The transmitting device disposes the additional in the digital audio data itself by creating a number of data frames, and multiplexing them with the frames that make up the digital audio data. The transmitting device receives the multiplexed data and audio frames, demultiplexes them and uses the additional information to enhance the presentation of the digital audio data for the user, e.g. by presenting the title and artist's name when playing the audio.

When the user likes the digital audio data, he can press a "bookmark button". Upon pressing this button, the receiving device stores an identifier for the digital audio data, so that it can be recalled and played back again later. The method according to this European Patent Application requires that the server system disposes the additional information in the content before transmitting it to the client system. This increases the size of the content to be transmitted and requires that the server system knows in advance which additional information is desired in the client system.

It is an object of the invention to provide a method according to the preamble, which is more flexible than the known method.

This object is achieved according to the invention in a method comprising receiving a portion of the content item from a client system, processing the received portion to obtain an identifier for the content item, obtaining further information on the content item using the identifier, and transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

It is an object of the invention to provide a client system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a client system comprising a receiver for receiving the content item, input means for marking the received content item, and tracking means for in response to said marking automatically providing identifying data for the marked content item to a remote server system, and for subsequently receiving further information on the content item from the remote server system.

The client system, which can be a system such as a television receiver, a set-top box, a radio or a general Internet-enabled computer, but also a mobile telephone or portable audio player, allows the user to mark content items, such as television programs, music tracks or items shown in advertisements, as being of interest. Identifying data for the content item is then submitted to a remote server system, which retrieves extra information such as title, artist or performer, photos and lyrics and transmits that extra information back to

US 7,904,503 B2

**3**

the client system. The client system then displays the extra information as appropriate, which enhances the playback of the content item in the eyes of the user.

Since the extra information is not embedded in the content item itself, but rather retrieved from a remote server when the user asks for it, the extra information that is sent back can be changed over time. This makes the client system more flexible than the known system.

In an embodiment the identifying data comprises a portion of the marked content item. In order to retrieve the extra information, the server system needs to identify the content item. If the client system cannot determine such an identifier itself, it can submit a portion of the content item in question to the server system. The server system will have more processing power, so it should be able to e.g. detect a watermark in the portion or to make an analysis of the content to extract characteristic features from the portion. Using the watermark information or the characteristic feature, the server system can perform a lookup in a database and retrieve the extra information for the content item.

In a further embodiment the tracking means are arranged for detecting a watermark in the marked content item, and the identifying data comprises an identifier obtained from the detected watermark. One way to supply the identifier for the content item is to embed it in the content item by means of a watermark. The tracking means then performs an analysis of the content item to detect the watermark and to extract the identifier therefrom. The identifier can then be submitted to the server system.

In a further embodiment the further information comprises an identifier for the content item, and the tracking means are arranged for providing the identifier to an e-commerce system. Knowing that a user likes a particular content item is of importance in an e-commerce system, as a user will be more inclined to buy such items, especially at the moment he is confronted with them. For example, if the user hears a song and uses the input means to signal this, he will be more likely to respond positively to an immediate offer to buy a record carrier with the song, such as a CD single, or a digital version of the song, for example in the MP3 format, especially if it is offered at a discount.

Further, the user is now no longer required to actively seek out the content item, or information related to it, on the e-commerce system when it is processed on the device. Rather, he simply marks it using the input module, and he can recall the marked items for further processing, if any, when he is using the e-commerce system.

In a further embodiment the tracking means are arranged for adding the identifier to a shopping list for a user of the e-commerce system. An advantage of this embodiment is that the user is minimally distracted from his listening or viewing experience with the content item, and still has the content item available for shopping when he is ready to do so. He can, for example, go shopping the next morning, and then he will see the marked content item or items on his shopping list and be more inclined to buy it, as he will then recall that he found those items to be of interest the previous day.

In a further embodiment the tracking means are arranged for receiving a list of items related to the marked content item from the e-commerce system in response to providing the identifier to the e-commerce system. An advantage of this embodiment is that it allows for easy browsing of the related items. This way, the user is more inclined to shop from those related items, since they are, by association, also of interest to him.

In a further embodiment the tracking means comprise a tracking buffer for storing the identifier to facilitate automati-

**4**

cally providing the identifier to the e-commerce system when the client system is coupled to a transfer device. Portable client systems need not have a direct link to an e-commerce system, yet they should still be able to function in a manner similar to the client system described above. To this end, a portable client system according to the invention can be provided with a tracking buffer, which stores the identifiers until they can be provided to an e-commerce system. This could become possible, for example, when the portable client system comes in the vicinity of a base station or transfer device, or if the user activates a transmit function. The portable client system could be a handheld computer, which the user can connect to a mobile telephone to establish a connection to a network. Once he is connected to the network, the portable client system can automatically provide the identifier stored in the tracking buffer to the e-commerce system.

It is an object of the invention to provide a server system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a server system comprising receiving means for receiving a portion of the content item from a client system, processing means for processing the received portion to obtain an identifier for the content item, lookup means for obtaining further information on the content item using the identifier, and for transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

In an embodiment the processing means are arranged for computing a hash value for the received portion of the content item, the identifier comprising the computed hash value. The content item may not have an accompanying identifier, or that identifier may have been lost before the content item arrived at the server system. In such a case, the server system will have to calculate the identifier itself by doing an analysis of the content item. The thusly computed hash value can be used as an identifier to look up the extra information in a database.

These and other aspects of the invention will be apparent from and elucidated with reference to the embodiments shown in the drawings, in which:

FIG. **1** schematically shows an arrangement comprising a number of client systems and an e-commerce system; and

FIG. **2** schematically shows an arrangement comprising a number of portable client systems, transfer devices and an e-commerce system.

Throughout the figures, same reference numerals indicate similar or corresponding features. Some of the features indicated in the drawings are typically implemented in software, and as such represent software entities, such as software modules or objects.

FIG. **1** schematically shows an arrangement comprising a first client system **100**, a second client system **130**, and an e-commerce system **160**. The systems **100**, **130**, **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The first client system **100** and the second client system **130** have respective receivers **101**, **131**. These can be, for

US 7,904,503 B2

5

instance, an antenna to pick up signals from the ether, or a connection to a cable network or the Internet. Using these receivers **101**, **131**, the client systems **100**, **130** are able to receive content items such as television programs, radio broadcasts, songs, pictures and so on, from a service provider. The thusly-received content items can be rendered by respective rendering modules **102**, **132** and output using output modules **103**, **133**. The exact way in which a content item is rendered depends on the type of client system and the type of content. For instance, in a radio receiver, rendering comprises generating audio signals and feeding it to loudspeakers. For a television receiver, rendering comprises generating audio and video signals and feeding those to a display screen and loudspeakers. For other types of content, a similar appropriate action must be taken.

Rendering may also include operations such as decrypting or descrambling the signal, synchronizing audio and video signals and so on. The client system **100** is shown by way of example as a radio receiver with loudspeakers **103**, and the client system **130** is by way of example shown as a television receiver with display screen **133**. The client system **130** could also be a set-top box, with the rendering module **132** and screen **133** located elsewhere.

The client systems **100**, **130** also have respective input modules **104**, **134**, shown as buttons on the systems **100**, **130** and on a remote control **135**. These input modules **104**, **134** are used for marking a content item, preferably the content item being rendered, as being of interest to a user. These input modules can be provided as buttons in hardware or in software, be drawn on a display such as display **133** or on a touch-screen area, or be made available as menu items or icons in a user interface for the systems **100**, **130**. The input modules can also use audio or visual input from the user, for example by detecting a voice control command issued by the user, or detecting a gesture or action by the user, such as raising his thumb towards the input module.

The button **134** can also be provided on a separate control device, such as remote control **135**. In that case, pressing the button on the separate control device has the same effect as pressing the button on the client system **130**. The input module **104**, **134** may be coupled to a confirmation mechanism, to guard against marking undesired content items. In that case, marking a content item comprises using the input module **104**, **134** and confirming the use through the confirmation mechanism.

The input modules **104**, **134** are coupled to respective tracking modules **106**, **136**. When a user uses the input module **104**, **134** to mark an item as being of interest to him, the tracking module **106**, **136** determines an identifier for the marked content item.

Such an identifier is usually provided with the content item. It can be, for example, the Uniform Resource Locator (URL) or other Uniform Content Identifier (URI) of the content item. It can also be a code, such as an ISBN or another number identifying the content item at an e-commerce system. The identifier can also simply be the title of the content item.

If the identifier supplied with the content item is usable outside its original context, then it can be used directly. The tracking module **106**, **136** could obtain an identifier using meta-information present with the content item. For example, the title of a movie is usually sufficient to identify it. However, if the identifier is a code which is only used by the provider who supplied the content item, then it needs to be mapped to another code first, which other code can then be used as the identifier. The tracking module **106**, **136** could request this other code from the provider, or map it itself.

6

If there is no identifier supplied with the content item, the tracking module **106**, **136** needs to determine one itself. The tracking module **106**, **136** can calculate the identifier itself by doing an analysis of the content. For example, an electronic book may contain its ISBN on one of the first pages, and since the format of the ISBN is known, it could be extracted automatically by scanning the text for this known format. The ISBN can then be used as identifier. The identifier may be embedded as a watermark in audio and video content, and the tracking module **106**, **136** can analyze the content to detect the watermark and to obtain the identifier.

Not all processing needs to take place in the client system **100**, **130** itself. For example, the television receiver **130** could be coupled to a set-top box or gateway to an in-home network to which said television receiver **130** is connected could perform some or all of the processing. Such a distributed processing is especially advantageous when the client system is a mobile device, such as a mobile phone, with only limited processing capabilities. This will become apparent with reference to FIG. **2** below.

Once the tracking module **106**, **136** has determined an identifier for the content item, it can obtain more information on the content item and present this to the user. For example, the title, artist or performer of the content item may be shown, or a webpage having more information on the content item could be retrieved and rendered.

The tracking module **106**, **136** can further add the identifier for the marked content item to a list, such as a bookmark list of list of favorite items. This way, the user can easily recall the marked content item at a later time.

The tracking module **106**, **136** can further provide this identifier to the e-commerce system **160**. Providing the identifier to the e-commerce system **160** is preferably done nearly instantaneously, but if for example no permanent connection with the e-commerce system **160** is available, the tracking module **106**, **136** must wait until there is such a connection, and then automatically provide the identifier to the e-commerce system **160**.

In order to facilitate e-commerce, the user who marked the content item should also be identified in some way, for example using his login name at the e-commerce system **160**, or with some other identifier supplied to him by the e-commerce system. If the e-commerce system **160** is available over the World-Wide Web, then it could use a cookie to store an identifier for the user at the client system or at some location where the tracking module **106**, **136** can obtain it and send it along with the identifier for the content item to the e-commerce system **160**.

The identifier of the marked content item can be used in many ways in the e-commerce system **160**. To facilitate direct impulse buying, the identifier can be regarded as a purchase request, and the content item can be shipped to the user without further action being necessary. The identifier can also be added to a shopping list **161** for the user, so he will encounter it at his next time shopping, he will remember it from when he marked it, and he can then order it. This shopping list **161** can have the purpose of a wish list, where the user and his/her friends can see items which the user would like to own, or a list with the contents of a shopping cart with items that should be bought right away, and so on.

The shopping list **161** can be stored in a storage medium **162** at the e-commerce system, where it can be maintained by a list maintenance module **163**. It can also be stored in the client system **100**, **130**, where the user can use it later when he visits the e-commerce system. Storing the wish list or shopping list **161** locally has the advantage that the user can use the

US 7,904,503 B2

7

same list at multiple e-commerce systems. However, not all systems have the storage space for storing the list **161**.

The e-commerce system **160** could also generate a list of items related to the marked content item. For example, when the user listens to a song and marks that, the list could comprise various performances of that song, or various formats in which the song can be bought. It could also comprise other songs by the same singer or band, or other songs on the same theme. If the user marks a television program as being of interest to him, the list could comprise videos with previous episodes of the marked television program, or merchandise such as dolls representing characters in the television programs, books about the program or clothing with a logo for the program.

The e-commerce system **160** could also use a recommendation scheme to determine items that are related to the marked content item. Such a recommendation scheme involves keeping track of which items people buy, and using this to suggest items to the user. For example, if many people who mark a specific TV show as being of interest to them buy a book by one of the actors in the show, then the user who also marked the TV show as being of interest to him could be offered the book in question. Combinations of purchases can also be used as input: if many people buy items X and Y together, and the user bought item X, then item Y should now be on the list, since there is a good chance he might want to buy it. Of course, items X and Y should be related to the marked content item.

Thus, after the list has been generated, the client system **100**, **130** receives the list from the e-commerce system **160** in response to the marking of the content item. The client system **100**, **130** can then present it to the user. The list is preferably presented to the user in such a way that shopping from it is made very easy. Presenting the list could be done as soon as it arrives, but it could also be delayed until a more appropriate point in time, for example when a commercial break begins or when the song ends. The list could also be redirected to a system from which the user can more comfortably buy the items, such as his computer or television, when he marks content items on a system such as a portable audio player.

The e-commerce system **160** can also use the identifier to create customized offers. For example, if a user marks several items by the same artist as being of interest to him, the e-commerce system **160** could offer him a compilation CD of that artist at a discount. The e-commerce system **160** thus learns from the user's marking of items which items the user likes. This can be used to generate, for example, the above-mentioned list of related items in a more reliable fashion.

FIG. **2** schematically shows an arrangement comprising a first portable client system **200**, a second client system **220**, first and second base stations **210**, **230** and the e-commerce system **160**. The portable client systems **200**, **220** can be coupled to a transfer device **240** when information needs to be transferred to and from the portable client system. This coupling can be using infrared or radio transmission, or by connecting the portable client system to the transfer device using, for instance, a serial port. The transfer device **240** could be telephone base stations or docking stations. The transfer device **240** and the e-commerce system **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The portable client systems **200**, **220** have respective receivers **201**, **221**, for instance an antenna to pick up signals from the ether, or a wireless connection to the Internet. Using these receivers **201**, **221**, the devices **200**, **220** are able to receive content items such as television programs, radio

8

broadcasts, songs, pictures and so on, from the base stations **210**, **230**. The thusly-received content items can be rendered to the user by respective rendering modules **202**, **222**.

As an illustration, the first portable client system **200** is shown as a mobile telephone comprising antenna **201** and display screen **202**, and the second portable client system **220** is shown as a portable audio player comprising an antenna **221** and headphones **222**. Other portable client systems, such as handheld computers, are similarly equipped. Most of their functionality is usually realized in software. The first portable client system **200** can, for example, show content items on its display **202** which are formatted using a standard such as the Wireless Application Protocol (WAP).

The portable client systems **200**, **220** have respective input modules **203**, **223** for marking the content item being rendered as being of interest to a user. If the portable client systems **200**, **220** have a two-way connection with the transfer devices **210**, **230**, then using the input devices **203**, **223** can be handled in the same way as described above with reference to FIG. **1**.

However, it is generally known that portable client systems have only limited processing power and battery life. As mentioned above, it then makes sense to distribute part of the processing to obtain an identifier to a remote server **250**. This remote server can be operated by the provider who supplied the content item, but this is not necessary.

The server system **251** comprises a receiving module **251**, a processing module **252** and a lookup module **253**. The receiving module **251** receives a portion of the content item from the client system **200**. When the portable client system **200** is a mobile phone, the portion is preferably received by establishing a telephone communication link between mobile phone **200** and server **250** and transferring the portion of the content item over the telephone link. For the end user, this means he only has to call the telephone number of the server system **250** and hold up his mobile phone **200** so the microphone therein picks up an audio signal. This audio signal, which is a portion of the content item, is then transmitted to the server system **250**.

The processing module **252** processes the received portion to obtain an identifier for the content item. The identifier is then supplied to a lookup module **253**, which obtains further information on the content item from a database **260**.

The identifier may be embedded as a watermark in audio and video content, and the processing module **252** can analyze the received portion to detect the watermark and to obtain the identifier. Alternatively, the processing module **252** computes a hash value for the received portion of the content item. The identifier then comprises the computed hash value. Using the identifier found in the watermark or the computed hash value, the lookup module **253** can search in the database **260** for the desired further information.

The further information is subsequently transmitted back to the client system **200**. In the case the portable client system **200** is a mobile telephone, this transmission can for example be done by sending an SMS message or a message over an instant messenging service with the further information. The further information can also be e-mailed to an e-mail address for the user of the portable client system **200**. This way, more extensive information can be supplied than can be handled by the potentially limited capabilities of the portable client system **200**. The portable client system **200** could then, for example, receive an SMS message indicating the title and artist, and a statement that more information was sent to the user's e-mail address.

Portable client systems may not have a two-way connection available, and if they do it may be expensive to use it, so

**9**

the user will want to use it as little as possible, and in any case use it only when he chooses to do so. A portable radio, for example, can only receive radio signals but not transmit them. A handheld computer can be connected to a mobile phone, but this requires manual intervention by the user. And the user will, given the typical charges for mobile telephony, not do this every time he marks a content item as being of interest to him.

Therefore, in another embodiment, the portable client systems **200**, **220** are further provided with respective tracking buffers **204**, **224** for storing in response to said marking an identifier for the marked content item to facilitate automatically providing the identifier to the e-commerce system **160**.

To automatically provide the identifier to the e-commerce system **160**, the portable client system **200**, **220** must then be brought in contact with the transfer device **240**. This transfer device **240** has a first relay **241** for receiving from the portable client system **200**, **220** an identifier for the marked content item. It also has a second relay **242** for automatically providing the received identifier to the e-commerce system **160**. Using these relays **241**, **242**, the identifier is provided from the portable client system **200**, **220** to the e-commerce system **160** automatically and transparently to the user.

It is possible for the base stations **210**, **230** to serve as a transfer device as well. For example, if the portable client system **200** creates a network connection with the base station **210**, then this connection will most likely be two-way, and then the base station **210** can be used to provide the identifier to the e-commerce system **160**.

When a portable client system **200**, **220** is used, it makes the most sense to maintain the wish list on the e-commerce system **160**, since storage space is often very limited on portable client systems. The transfer device **240** can provide the identifier to the e-commerce system **160** for inclusion in the wish list or shopping list **161** of the user. It can also, by means of the second relay **242**, obtain a list of items related to the marked content item from the e-commerce system **160**.

When the user next connects his portable client system **200**, **220** to the transfer device **240**, the transfer device **240**, by means of the first relay **241**, then transfers the list to the portable client system **200**, **220**. To this end, the transfer device **240** should keep the list in local storage until the portable client system **200**, **240** is connected. The transfer device **240** could also, if possible, directly obtain the list from the e-commerce system **160** and transfer it to the portable client system **200**, **220** immediately. In any case, the portable client system **200**, **220** then presents the list to the user.

The receiving systems **100**, **130** could also make use of a transfer device. For example, when the receiving system is a television receiver, the set-top box or gateway to the in-home network to which said television receiver is connected could then assume the role of the transfer device. When the television receiver is turned off before the list could be obtained from the e-commerce system and transferred to the receiver, the set-top box or gateway saves it locally until the television receiver is turned on again, and only then transfers it.

While the input devices **104**, **134**, **203**, **223**, the tracking devices **106**, **136**, and the tracking buffers **204**, **224** are presented in the embodiments of FIGS. **1** and **2** as separate components, it will often be the case that these devices and buffers are realized by computer software, which is executed by some central processing unit. Thus, for instance, the input device **134** may be a picture of a button drawn by the system **130**, and when the user selects this button using a mouse or other selection aid, the system **130** determines the position on the screen **133** which was selected, concludes that the picture

**10**

of the button was selected, and executes the appropriate action to mark the content item being rendered as being of interest.

The invention claimed is:

**1**. A method to enhance rendering of a content item, the method comprising:

   receiving, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

   processing, at the server system, the received portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value;

   obtaining further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value; and

   transmitting the further information to the client system.

**2**. The method of claim **1**, wherein the processing of the received portion of the content item is further to calculate a hash value for the portion of the content item.

**3**. The method of claim **2**, wherein the obtaining of the further information includes utilizing the calculated hash value as the identifier for associated with the content item.

**4**. The method of claim **3**, further comprising utilizing the identifier for the content item to add the content item to a list for future reference by a user.

**5**. The method of claim **1**, wherein the further information includes a title associated with the content item.

**6**. The method of claim **1**, wherein the portion of the content item is received from a mobile phone.

**7**. The method of claim **1**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**8**. The method of claim **1**, wherein the processing of the received portion of the content item comprises determining audio characteristics associated with the received portion of the content item.

**9**. The method of claim **1**, wherein the portion of the content item is a song.

**10**. The method of claim **9**, wherein the server system maintains a database to store information associated with content items.

**11**. The method of claim **1**, wherein the portion of the content item comprises video content.

**12**. A server system to facilitate enhanced rendering of a content item, the system comprising:

   a receiver to receive a portion of the content item that can be played by a client system from the client system, the received portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item, the content item comprising audio and/or video content;

   a processor to

      process the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item suitable for

US 7,904,503 B2

11

interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; and

a lookup component to obtain further information on the content item using the determined identifier and to transmit the further information to the client system, the obtaining comprising searching the database using the computed hash value.

**13**. The server system of claim **12**, wherein the processor is arranged to compute a hash value for the received portion of the content item.

**14**. The system of claim **13**, wherein the lookup module to utilize the calculated hash value as the identifier associated with the content item.

**15**. The system of claim **14**, further comprising a listing module to add the identifier associated with the content item to a list for future reference by a user.

**16**. The system of claim **12**, wherein the further information includes a title associated with the content item.

**17**. The system of claim **12**, wherein the client system is a mobile phone.

**18**. The system of claim **12**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**19**. The system of claim **12**, wherein the characteristic feature of the portion are audio characteristics.

**20**. A method to facilitate an e-commerce transaction, the method comprising:

receiving, at a server system, a media object that can be played by a client system, the media object being distinct from an identifier for the media object, the media object is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the media object;

calculating a hash for the received media object;

processing, at a server system, the media object to determine the identifier for the media object, the identifier being suitable for interrogating a database to determine further information associated with the media object, utilizing the calculated hash value; and

transmitting an electronic offer to sell in response to the receiving of the media object utilizing the determined identifier.

**21**. The method of claim **11**, wherein the media object comprises a portion of an electronic content item.

12

**22**. A storage device having stored thereon data representing sets of instructions which, when executed by a machine, cause the machine to:

receive, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item a portion of the content item from a client system, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

process, at a server system, the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

obtain further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value.

**23**. A method to enhance rendering of a content item, the method comprising:

detecting an indication of a user interest in a content item that can be played by a client system;

responding to the indication by obtaining a portion of the content item from the client system, the portion of the content item being distinct from an identifier associated with the content item, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing the portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item, the obtaining comprising searching the database using the computed hash value;

obtaining further information associated with the content item utilizing the determined identifier, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

*   *   *   *   *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.              : 7,904,503 B2                                         Page 1 of 1
APPLICATION NO.     : 09/933845
DATED                      : March 8, 2011
INVENTOR(S)          : Bartel M. Van De Sluis

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, in item [54], in "Title", in column 1, line 1, and in Specification, column 1, line 1, after "OF" insert -- A --.

On Title page 4, item [56] under "Other Publications", in column 2, line 19, before "Seventh" delete "the".

On Title page 4, item [56] under "Other Publications", in column 2, line 42, delete "Cormputer" and insert -- Computer --, therefor.

On Title page 5, item [56] under "Other Publications", in column 1, line 54, delete "Retrival"," and insert -- Retrieval", --, therefor.

In column 8, line 57, delete "messenging" and insert -- messaging --, therefor.

In column 10, line 33, in Claim 3, after "identifier" delete "for".

In column 11, line 47, in Claim 21, delete "claim 11," and insert -- claim 20, --, therefor.

Signed and Sealed this
Twenty-fourth Day of July, 2012

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT B

US007623823B2

(12) **United States Patent**     (10) **Patent No.:**     **US 7,623,823 B2**
Zito et al.                        (45) **Date of Patent:**     **Nov. 24, 2009**

(54) **DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS**

(75) Inventors: **Tom Zito**, Sausalito, CA (US); **Mark D. Klein**, Los Altos, CA (US); **Allan E. Alcorn**, Portola Valley, CA (US); **Gary S. Fletcher, Jr.**, Auburn, CA (US)

(73) Assignee: **Integrated Media Measurement, Inc.**, San Mateo, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 379 days.

(21) Appl. No.: **11/216,543**

(22) Filed: **Aug. 30, 2005**

(65) **Prior Publication Data**

US 2006/0059271 A1     Mar. 16, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/606,229, filed on Aug. 31, 2004, provisional application No. 60/655,305, filed on Feb. 22, 2005.

(51) **Int. Cl.**
   *H04H 60/33*     (2008.01)
(52) **U.S. Cl.** ............................. **455/2.01**; 725/9; 725/19
(58) **Field of Classification Search** ............... 455/2.01; 725/9, 14, 18, 19
   See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,574,962 A | 11/1996 | Fardeau et al. | |
| 5,581,800 A | 12/1996 | Fardeau et al. | |
| 5,594,934 A * | 1/1997 | Lu et al. ................ | 455/2.01 X |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | WO0079709 | 12/2000 |

(Continued)

OTHER PUBLICATIONS

"Nielsen to Test Electronic Ratings Service for Outdoor Advertising," VNU Media Measurement & Information, Oct. 8, 2002, [online] [Retrieved on May 16, 2006] Retrieved from the Internet<URL:http://www.nielsenmedia.com/newsreleases/2002/Nielsen_Outdoor.htm>.

*Primary Examiner*—Philip J Sobutka
(74) *Attorney, Agent, or Firm*—Raubvogel Law Office

(57)     **ABSTRACT**

User exposure to media items is detected and measured. A mobile client device carried by a user digitally samples the audio environment of the user on a regular basis. These samples are transformed into a stream of data signatures and compared with reference media items to detect user exposure to the reference items. Purchase behavior following exposure to selected media content items can be detected and tracked as well, so as to gauge effectiveness of media items such as advertisements.

**16 Claims, 4 Drawing Sheets**



**US 7,623,823 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 5,764,763 A | 6/1998 | Jensen et al. |
| 5,768,680 A | 6/1998 | Thomas |
| 6,574,594 B2 | 6/2003 | Pitman et al. |
| 6,633,651 B1 | 10/2003 | Hirzalla et al. |
| 6,754,470 B2 | 6/2004 | Hendrickson |
| 6,766,523 B2 | 7/2004 | Herley |
| 6,970,131 B2 | 11/2005 | Percy et al. |
| 6,990,453 B2 | 1/2006 | Wang |
| 6,993,245 B1 | 1/2006 | Harville |
| 6,999,715 B2 | 2/2006 | Hayter et al. |
| 7,031,921 B2 | 4/2006 | Pitman et al. |
| 7,038,619 B2 | 5/2006 | Percy et al. |
| 7,164,798 B2 | 1/2007 | Hua et al. |
| 7,194,752 B1 | 3/2007 | Kenyon et al. |
| 7,346,512 B2 | 3/2008 | Wang |
| 7,359,889 B2 | 4/2008 | Wang |
| 7,366,461 B1 | 4/2008 | Brown |
| 7,487,112 B2 * | 2/2009 | Barnes, Jr. ................... 705/26 |
| 2002/0032904 A1 | 3/2002 | Lerner |
| 2002/0078056 A1 | 6/2002 | Hunt et al. |
| 2002/0082837 A1 | 6/2002 | Pitman et al. |
| 2002/0168938 A1 | 11/2002 | Chang |
| 2003/0014747 A1 | 1/2003 | Spehr |
| 2003/0079015 A1 | 4/2003 | Fein et al. |
| 2003/0123850 A1 | 7/2003 | Jun et al. |
| 2003/0131350 A1 | 7/2003 | Peiffer et al. |
| 2004/0073916 A1 | 4/2004 | Petrovic et al. |
| 2004/0181799 A1 | 9/2004 | Lu et al. |
| 2004/0226035 A1 | 11/2004 | Hauser |
| 2005/0044561 A1 | 2/2005 | McDonald |
| 2005/0065976 A1 * | 3/2005 | Holm et al. .............. 707/104.1 |
| 2005/0066352 A1 | 3/2005 | Herley |
| 2005/0086682 A1 | 4/2005 | Burges et al. |
| 2005/0267750 A1 | 12/2005 | Steuer et al. |
| 2005/0289583 A1 | 12/2005 | Chiu |
| 2007/0006250 A1 * | 1/2007 | Croy et al. ...................... 725/9 |
| 2007/0107008 A1 | 5/2007 | Dybus |
| 2007/0124756 A1 | 5/2007 | Covell et al. |
| 2007/0124757 A1 | 5/2007 | Breen |
| 2007/0143777 A1 | 6/2007 | Wang |
| 2007/0157224 A1 | 7/2007 | Pouliot et al. |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 03/091990 | 11/2003 |

* cited by examiner



*FIG. 1*



**FIG. 2A**

**102 Media Content Source**

**101 Mobile Client Device (MCD)**
- Collect audio samples
- Transform audio samples to Consumer data signature stream
- Send Consumer data signature stream to NOC

**106 Network Operations Center (NOC)**
Create candidate data signature streams from non-synchronous and synchronous audio sources
Receive Consumer data signature stream from MCD
Find matches
Generate customer reports

**120 Reports**

**FIG. 2B**

**102 Media Content Source**

**101 Mobile Client Device (MCD)**
- Collect audio samples
- Transform audio samples to Consumer data signature stream
- Receive candidate data signature streams from NOC
- Find matches
- Send match data to NOC

**106 Network Operations Center (NOC)**
Create candidate data signature streams from non-synchronous audio sources
Send candidate data signature streams to MCD
Receive match data from MCD
Generate customer reports

**120 Reports**

**FIG. 2C**

**102 Media Content Source**

**101 Mobile Client Device (MCD)**
- Collect audio samples
- Send Consumer audio samples to NOC

**106 Network Operations Center (NOC)**
Create candidate data signature streams from non-synchronous and synchronous audio sources
Receive Consumer audio samples
Transform Consumer audio samples to Consumer data signature stream
Find matches
Generate customer reports

**120 Reports**

U.S. Patent

Nov. 24, 2009

Sheet 3 of 4

US 7,623,823 B2



FIG. 3



*FIG. 4*

US 7,623,823 B2

**1**

## DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS

### CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority from U.S. Provisional patent application Ser. No. 60/606,229, for "Measuring Media Consumption and Purchase Behavior Using Client-Device Audio Sampling, Client-Device Location Tracking, and Individual Purchase Information to Derive Marketing Effectiveness," filed Aug. 31, 2004, the disclosure of which is incorporated herein by reference.

The present application further claims priority from U.S. Provisional patent application Ser. No. 60/655,305, for "Personal Music Preference Determination Based on Listening Behavior," filed Feb. 22, 2005, the disclosure of which is incorporated herein by reference.

### FIELD OF THE INVENTION

The present invention relates generally to tracking of media consumption, and more particularly to detecting and measuring exposure to media items without requiring user action or knowledge.

### BACKGROUND OF THE INVENTION

Producers and distributors of media content, as well as advertisers, are very interested in accurately measuring the size of their audiences. Such measurements ideally indicate the number of people that are exposed to, or that consume, the media content. There is also considerable interest in the demographics and other characteristics of media consumers.

Existing audience measurement techniques overlook many types of media consumption, consumer exposure to purchased music (on CD or mp3), video games, and movies. Initial sales data is available, but usage data is not. In other words, there may be information as to how many copies of a CD were purchased, but there is no information as to how often each consumer has listened to the CD (i.e., how often the consumer was exposed to the media item).

In addition, television viewing and radio listening are typically measured independently from each other and independently of other media consumption. Thus, there is no easy way to determine overall exposure to (consumption of) a particular content item such as an advertisement across various media, nor to obtain an overview of aggregate exposure to various media items and types of media items.

Another disadvantage of conventional media measurement techniques is that the effectiveness of advertising is typically measured in very broad terms. In particular, the effectiveness of advertising targeted at a particular demographic market segment is not easily determined, nor is it easy for advertisers to obtain quick feedback to confirm that their advertising has reached its intended target market.

Yet another disadvantage of conventional media measurement techniques is that such techniques are typically associated with the playback device (such as a particular television set, radio, or the like) and not directly associated with the consumer him- or herself (the viewer of the television set, listener to the radio, or the like). In addition, conventional measurement techniques do not provide a mechanism for tracking exposure both inside the home and outside the home (for example at a bar, or a friend's house, or the like).

Yet another disadvantage of conventional media measurement techniques is that they require active participation by the

**2**

consumer and can often be quite burdensome. For example, in a "Nielsen family," users must interact with the measuring device (or fill out a paper diary) to identify which family members are watching the television at any given time. Such requirements result in inaccuracy, lowered and/or unreliable participation, skewed results, and the like.

Finally, existing media measurement techniques do not correlate user exposure to media items with store visits or purchases.

What is needed, therefore, is a media measurement technique that addresses the above-described limitations of the prior art.

What is further needed is a media measurement technique that reliably tracks user exposure to media content, regardless of how the content is delivered to the user. What is further needed is a technique that does so without unduly burdening the user and without requiring action on his part.

### SUMMARY OF THE INVENTION

The system of the present invention detects and identifies user exposure to audible media. A mobile client device ("MCD") carried by a user digitally samples the audio environment of the consumer on a regular basis. These samples are transformed into a stream of data signatures and transmitted to a network operations center ("NOC").

At the NOC, the user's exposure to media content items is tracked and recorded, and can later be aggregated with information about other users so as to provide effective statistical reporting as to overall media exposure and consumption. The system can also record specific characteristics of the consumer and of the circumstances of his or her exposure to the media content item. For example, the location at which the media was encountered, the activity the user was engaging in, and the like. Media exposure information can also be correlated with purchase information so as to make inferences as to the relationship between advertisements and purchasing behavior.

Using the recorded media exposure information and related tracking data, the present invention, in one embodiment, employs collaborative filtering or other cohort behavior analysis to identify fine-grained psychographic classifications of users and to measure the effectiveness of marketing on various groups. The resulting aggregated reports and interpretations facilitate better targeting of marketing resources so that they tend to reach users who have a high propensity to buy.

MCD **101** may be built into a consumer device with some other utility to the user; examples include a mobile phone, PDA, wristwatch, or the like. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in their possession at all times. MCD **101** operates passively and requires no user input.

### BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate several embodiments of the invention and, together with the description, serve to explain the principles of the invention.

FIG. **1** is a block diagram depicting an overall architecture for implementing the present invention according to one embodiment.

US 7,623,823 B2

**3**

FIGS. **2**A through **2**C are block diagrams depicting alternative methodologies for practicing the present invention.

FIG. **3** is a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment.

FIG. **4** is a flowchart depicting a method for practicing the present invention according to one embodiment.

One skilled in the art will recognize that these Figures are merely examples of the operation of the invention according to one embodiment, and that other architectures and modes of operation can be used without departing from the essential characteristics of the invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

For purposes of the following description, the terms "user", "consumer", and "individual" are synonymous and are used interchangeably. The terms "consumption" and "exposure" are also synonymous and are used interchangeably.

The present invention is now described more fully with reference to the accompanying Figures, in which several embodiments of the invention are shown. The present invention may be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather these embodiments are provided so that this disclosure will be complete and will fully convey the invention to those skilled in the art.

Referring now to FIG. **1**, there is shown a block diagram depicting an overall architecture for implementing the present invention according to one embodiment. Referring also to FIG. **3**, there is shown a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment. Referring also to FIG. **4**, there is shown a flowchart depicting a method for implementing the present invention according to one embodiment.

According to one embodiment of the present invention, media receivers **111** receive broadcast audio; this audio (or a sample of it) is recorded **401** and transformed into signatures **402**. These signatures are stored **403** along with appropriate indexing mechanisms to facilitate retrieval and comparison. Mobile client devices **101** detect user exposure to media content sources **102**, for example by picking up audio at a microphone of a cell phone. This audio is recorded **404** and transformed into signatures **405**. These signatures are also stored **406**. At a Network Operations Center (NOC) **106**, the MCD signatures are compared **407** with signatures derived from the broadcast audio, so as to detect and identify media items to which the user has been exposed. In this manner, the present invention is able to determine, with great specificity, which media items a user has been exposed to, and the particulars of such exposure (including number of repetitions, location of exposure, correlation to buying behavior, and the like). GPS or other location data can also be used in analyzing the media exposure. From this correlation and analysis, reports are generated **408** and output. The present invention thus provides a mechanism for determining degrees of penetration and effectiveness for media content items such as advertisements. In addition, since users carry MCDs with them, the system of the present invention is able to detect exposure at any location, include within the home and outside the home.

Media content source **102** is any source to which a user may be exposed. Examples include television, radio, CDs, movies, public address announcements, and the like. According to the techniques described herein, the present invention

**4**

tracks user exposure to various media content items that may come from any number of sources **102**.

Mobile client device (MCD) **101** is a device capable of detecting and receiving audio from source **102**. Any number of MCDs **101** can be provided; for example, in one embodiment each user being tracked has an MCD **101**. In one embodiment, each MCD **101** is a device (or a component of a device) carried by a user (consumer). For example, MCD **101** may be built into a consumer device with some other utility to the user, such as a mobile phone, personal digital assistant (PDA), wristwatch, handheld computer, or the like. In one embodiment, MCD **101** includes a GPRS platform for transmitting data, and runs an operating system such as Microsoft Windows Mobile or J2ME. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in his or her possession at all times.

Although the description provided herein makes use of the term "MCD", it will be recognized by one skilled in the art that the detection devices need not be mobile; in other words, the present invention can be implemented using stationary devices that perform essentially the same function as described herein.

In one embodiment, MCD **101** makes use of already-present components (such as a microphone in a cell phone) to implement the operations described herein.

MCD **101** operates passively and requires no user input. In one embodiment, MCD **101** digitally samples the audio environment of the user on a regular basis; in another embodiment, MCD **101** performs such sampling when it detects that meaningful audio has been received at MCD **101**. MCD **101** transforms the audio samples to a data signature stream that can be digitally transmitted and/or stored. The audio content items received by MCD **101** are referred to herein as target media items.

In one embodiment, signature transformation is performed at MCD **101**. Since the signature transformation results in a compressed representation of the audio data, performing the transformation at MCD **101** reduces the quantity of data to be transmitted to NOC **106**, thus reducing bandwidth requirements and system load.

For example, in one embodiment, the MCD **101** samples 10 seconds of audio data per 30 seconds received. Such a ratio is particularly effective for detecting user exposure to commercials (advertisements), since many such commercials are 30 seconds long. MCD **101** creates a raw audio file (such as a .WAV file) from the sampled data, and performs a signature transformation to generate a signature file from the raw audio file. In one embodiment, the system of the present invention uses a signature transformation algorithm such as Shazam, described in Wang et al. and available from Shazam Entertainment Ltd., of London, England. This algorithm is also described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database." The signature transformation algorithm generates a 4 k file that is spooled (temporarily stored) at MCD **101**. In one embodiment, MCD **101** erases the raw audio file once the signature file has been created; in another embodiment, raw audio is saved for some period of time for testing purposes.

In one embodiment, some information is lost during the transformation, so that the transformation is a one-way pro-

US 7,623,823 B2

5

cess; raw data cannot be reconstructed from the transformed data signature. Transmitting transformed data, as opposed to raw data, thus provides a measure of privacy and confidentiality.

Any of a number of signature algorithms can be used. In one embodiment, the system of the present invention uses a signature transformation algorithm that meets design constraints of MCD **101** (processing power, battery life, available memory) and the transmission channel (bandwidth, availability, and the like). For example, the system may be configured to skip or postpone uploads if the network is unavailable. The transformation algorithm retains enough data to facilitate high-accuracy determinations of what media the user is listening to.

In one embodiment, MCD **101** places itself into a quiescent ("sleeping") state to lessen battery drain when the detected audio level drops below a threshold. During this sleeping state, MCD **101** periodically "wakes up" and determines if the audio level is sufficient to resume sampling.

In another embodiment, MCD **101** continually samples for N seconds every M seconds (such as 10 seconds every 30 seconds) and then processes the audio content to make a judgment via frequency analysis/power levels as to its useful audio content before passing it on to the audio fingerprint process. If the audio content is judged to be not sufficient relevant given current power levels, then the sample is discarded so as to save processing and transmission time and thus conserving battery usage.

In another embodiment, MCD **101** does not do any transforming; rather it merely sends raw data.

MCD **101** transmits data to data signature stream collection server(s) **107** at Network Operations Center (NOC) **106**. In one embodiment, this transmission takes place via wireless data service provider **103** which operates communication towers **104** that receive signals from MCD **101** and relay the sampled audio data via the Internet **105** to one or more data signature stream collection servers **107** running at NOC **106**. One skilled in the art will recognize that this data transmission can take place using any known wireless (or wired) communication method, and that such transmission can take place in real-time, or in a batched mode at periodic intervals, or in response to NOC **106** queries to MCD **101**. In one embodiment, such transmission can take place via GPRS, TCP/IP, or other mechanisms, or any combination thereof. In one embodiment, the user "docks" or connects MCD **101** to a computer or other device (not shown) in order to transmit data to NOC **106**.

In one embodiment, signature files are transmitted to data signature stream collection server(s) **107** on a periodic basis (for example, every five minutes). However, if a connection cannot be made, or if power at MCD **101** is low, transfers of signature files can be delayed as long as is necessary. In one embodiment, individual MCDs **101** are capable of spooling (temporarily storing) some quantity of signature data so as to account for temporary inability to transmit to server(s) **107**. If a prolonged period of time takes place when data cannot be transferred, so that an MCD **101** cannot spool additional incoming data, MCD **101** can temporarily stop collecting data. Alternatively, MCD **101** can discard old data in favor of new data. In one embodiment, once data has been transferred to server **107**, MCD **101** clears its local storage (spool) in order to make room for new data.

In one embodiment, MCD **101** does not perform any transfers of target media items when its battery power is less than some threshold amount such as 50%, unless a) it is being charged; or b) its spool space is close to being full. In one embodiment, MCD **101** stops receiving and sampling data

6

from media content sources **102** when its battery power is less than some second threshold amount such as 10%.

In one embodiment, a single data signature stream collection server **107** is used. In another embodiment, a plurality of servers **107** are used, and transmissions of data from MCDs **101** are directed to an appropriate server **107** for receipt, based on current load, geographic location, and/or other factors.

At NOC **106**, data signature stream collection server **107** receives data from MCD **101** and stores it in data signature stream store **114** (also referred to as a dynamic database). Correlator server **115** correlates the data signature stream against a set of data signature streams transformed from candidate media sources **113** to determine which candidate media source, if any, the user is listening to at any given time. In one embodiment, correlator server **115** uses a correlation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, media receivers monitor media sources for broadcast candidate media content items **121** (also referred to as reference media items). Each media receiver **111** can be implemented, for example, as a personal computer (also referred to as a media monitor) with a number of tuner cards that can pick up broadcasts. In one embodiment, each media receiver **111** includes four tuner cards, each capable of receiving AM, FM, or television audio signals. An example of the type of tuner card that can be used for implementing the present invention is the ASI8712 or ASI8713 eight-tuner broadcast adapter available from AudioScience, Inc. of New Castle, Del. In one embodiment, several media receivers **111** are provided, running in different locations so as to be able to pick up different markets/stations, and also to provide improved reliability and redundancy. Media receivers **111** can be configured, for example, to simultaneously receive 32 channels in parallel, taking audio components audio only, and to convert the received audio into digital form via sampling. In one embodiment, media receivers **111** are located in a location that is remote with respect to NOC **106** (for example, in a location suitable for receiving candidate media **121**); media receivers **111** then transmit signals to NOC **106** via the Internet or by other means. In another embodiment, media receivers **111** are located at NOC **106**.

Transformation server **112** transforms detected candidate media content items **121** to candidate data signature streams, which are then stored at data signature stream store **114** (or at a different stream store, not shown). In one embodiment, only audio is transformed, although one skilled in the art will recognize that the present invention can also be used in connection with video, and that video transforms can thus be applied as well. The transformation converts the raw samples into data files (referred to as signature files or signature streams) that can be compared against other signature files to determine matches.

In addition, in one embodiment, transformation server **112** also transforms candidate media content items from non-broadcast reference media **113** such as audio CDs, video game sound tracks, movie sound tracks, and the like.

In an alternative embodiment, as shown in FIG. **3**, individual media receivers **111** transform audio into signature files, and transmit the signature files to server **112A**.

In one embodiment, servers **112** (or **112A**) and **107** are implemented as a single server for collecting data from both MCDs **101** and media receivers **111**. One skilled in the art will recognize that the present invention can be implemented

US 7,623,823 B2

7

using separate dedicated servers for these two functions, or using a single server that performs both functions.

In one embodiment, raw audio files (for example in .WAV format) are stored in addition to signature files. These can be stored at media receivers 111 or at a storage location associated with server 112 or 112A.

In one embodiment, reference media signature files are broken up into fixed-time increments (such as five-minute increments) for ease of indexing, handling, and comparison. Thus, individual signature files are stored in stream store 114, each signature file representing five minutes of data for one audio channel. In one embodiment where raw audio is stored, the raw audio files are also broken up into fixed-time increments (such as five-minute increments). As an alternative to fixed-time divisions, some other form of intelligent time-based division can be used; for example, blank areas can be detected and interpreted as indicating breaks between commercials, and files can be divided up according to such commercial breaks.

Accordingly, in one embodiment, media receivers 111 transmit data (either in raw form or in signature form) to server 112 or 112A on a periodic basis. Data can be transmitted, for example, in five-minute increments, so that one file is transferred in each transmission. Alternatively, a number of files can be collected at receivers 111 and then transmitted to server 112 or 112A in batch form. In one embodiment, media receivers 111 retain raw audio files for some period of time (such as 3-5 days) and then discard them. In one embodiment, server 112 or 112A retains signature files for some period of time (such as 30 days) and then discards them. By retaining signature files, the present invention enables detection of user exposure to time-shifted media content items. For example, if a user is watching a television show at a time other than the broadcast time (for example, if the show was recorded on a TiVo or other video recording device), the present invention is able to detect such activity and can report that the show was recorded and at what time it was watched.

Candidate media sources can include any type of media that has an audio component detectable by MCD 101. Examples include television (broadcast, cable, satellite, etc.), radio (broadcast, cable and satellite, etc.), recorded music (CD, mp3, etc.), videogame audio, audio track of a DVD and other media sources.

In an alternative embodiment, the present invention can detect user exposure to visual media such as billboards, for example by determining, based on a GPS reading on a user's location, that the user is driving past a billboard. Such media exposure events can be tracked and correlated with purchases in the same manner as exposure to audio media items, as described herein. In one embodiment, such exposure can be tracked along with exposure to audio media items, so as to obtain a complete overview of the effectiveness of an advertising campaign that includes billboard, radio advertisements, and the like.

On a periodic basis (for example, every three hours), server 112 or 112A sends signature data from stream store 114 to correlator server 115 (which may include a single server or any number of servers). In one embodiment, server 115 makes a periodic request for data from server 112 or 112A, and from data signature stream collection server(s) 107. In one embodiment, in response to the request, server 112 or 112A sends signature files representing media items collected by receivers 111, as well as data from MCDs 101 collected by data signature stream collection server(s) 107.

Correlator server 115 identifies user exposure to candidate media items including broadcast items and non-broadcast

8

items. In one embodiment, time stamps stored with the data signatures in stream store 114 aid in the correlation.

In one embodiment, location information is collected by location tracking server 109 and used to assist in the correlation. For example, correlator server 115 can recognize that there is a lower probability of TV viewing while moving. Some behaviors that can be inferred using location information include: driving in a car (using speed range and route tracking against a road map), riding in a bus (using bus routes with frequent stops), visits to retail locations (using coordinates of retail establishments), presence at home, and presence at the workplace. Some locations influence the correlation algorithm. For example, radio and CDs in the database are checked before television if the user is moving; television is checked first while the user is at home.

Additional useful correlations and analyses can also be performed, for example to ascertain particular listening behaviors. For example, purchasing tracking server 117 can collect purchase information from sources 116 for use in assisting correlation server 115. In one embodiment, this is accomplished by tracking the use of a particular credit card that is in the possession of the user.

The present invention is also able to track exposure to entertainment (such as movies), whether such exposure takes place in a movie theater, at home, or elsewhere. Exposure to promotional advertisements can be correlated with exposure to movies and the like. The present invention can also help to determine which promotional channels are most effective in reaching users and which channels are less effective.

For example, in one embodiment, advertisements are given a unique ID. In addition, advertisements are assigned one or more attributes describing the goods or services being advertised at some level of specificity ranging from narrow ("Ford Mustang") to more broad ("Ford") to even more broad ("automobile"). A Ford Mustang advertisement will have all three of these attributes. Attributes may also describe the target audience, such as "professional."

Tallies are kept for each attribute during a sliding window of time, for example 30 days. Purchase information can be acquired from the use of a credit card issued to panel members, through retailer reporting, through survey, or from other sources.

When a user makes a purchase of an item being tracked, related tallies for that user over some period of time (such as the past 30 days) is examined. With a sufficiently large set of users, correlations are made between purchase behavior and media exposure. This is done, for example, by comparing the media exposure of the purchaser of product A with the media exposure of the purchaser of competing product B.

The tracking methods provided by the present invention facilitate measurement of the effectiveness of advertisements in attracting consumers who otherwise would purchase competing brands, as well as attracting consumers who otherwise would not buy the product or product type at all. In addition, the present invention is able to measure the effect an advertisement has on consumption of brands other than the advertised brand.

Using the correlation between purchase behavior and media exposure may show, for example, that people exposed to Ford Mustang commercials have a higher propensity to buy Ford Thunderbirds if they are not exposed to many non-Ford automobile ads.

Given the raw data of purchase behavior and attribute exposure tallies, database queries can be performed to reveal causal relationships and to test advertising hypotheses.

Other sources of data that can be used and stored include an RFID tag, GPS tracking information, and/or a barcode on

US 7,623,823 B2

9

MCD **101**, so as to assist in location tracking. In one embodiment, Bluetooth transceivers can be installed in certain locations, and location tracking is performed by detection of unique Bluetooth transceiver codes.

From these various types of data, patterns can be deduced. For example, the system of the present invention can determine that a user watches news at home and listens to music in the car, or can infer purchasing behavior such as a pattern where the user visits a movie theater after listening to an ad for one of the movies playing at that theater.

In one embodiment, correlator server **3** interacts with additional components, as shown in FIG. **3**, to correlate data from MCDs **101** with data from media receivers **111**. For example, a series of nodes **303** can be provided for storing signature data. In one embodiment, any number (for example 14) of 4 GB nodes **303** can be provided, each running at a separate computer; alternatively, other arrangements and node sizes can be provided. Slice factory **302** controls the distribution of data from stream store **114** among nodes **303**. In one embodiment, a utility server (not shown) controls the operation of slice factory **302**.

In one embodiment, nodes **303** run signature matching software **301**, such as for example the SongMon function of software provided by Shazam Entertainment Ltd. and described more fully in Wang et al. In another embodiment, this software **301** is located at correlator server **115**. Software **301** identifies matches, returning a tag indicating what media content item from media receivers **111** matches a media content item picked up by an MCD **101**. Additional information, such as time codes, specifics as to which media receiver **111** and/or channel matched, and the like, can also be returned. Match data is stored, for example in matches database **305** for further analysis and reporting.

In one embodiment, signature matching software **301** runs through candidate data twice. A preliminary run provides quick estimates of matches and can be run on demand. A production run, performed at regular intervals such as once every three hours, provides more accurate matches.

In one embodiment, slice factory **302** and/or utility server (not shown) run signature matching software **301** to aggregate and index signature files from stream store **114** using a hash methodology. From this processed data, a disk image containing indexed signature file data for a particular length of time (such as 18 hours) is formed; this disk image is then stored at each of nodes **303**.

In one embodiment, each node **303** contains an identical image with identical data so as to improve throughput by processing data at multiple nodes **303** operating in parallel with one another. In one embodiment, for example, each node **303** processes a maximum of approximately 50 MCDs so as not to become overloaded. Correlator server **115** dispatches MCD files to available nodes **303** based on load and other factors.

In one embodiment, each node processes approximately 18 hours of a large number of channels (for example 70 channels, totaling over 1,000 hours of content) in rolling update fashion. Target media items are compared with these reference media items so as to determine whether the user has been exposed to the media represented by the reference media items.

At periodic intervals (for example, every three hours), the aggregation and indexing is re-run so as to delete the oldest three hours and add the newest three hours, thus maintaining a set amount of data (for example, 18 hours' worth) at all times. In one embodiment, 32 channels of data are stored.

In one embodiment, a binary representation of the reference media signature data is stored in each node **303**. Nodes

10

**303** compare the signature data from MCDs **101** against this reference data set. In one embodiment, multiple nodes **303** are utilized to improve matching throughput.

In one embodiment, correlator server(s) **115** sends samples from stream store **114** to an appropriate node **303** based on load and other factors. The present invention is scalable in two dimensions: additional numbers of MCDs **101** can be handled by adding more nodes vertically. Greater amounts of data can be stored by adding more nodes horizontally, or by providing nodes having higher storage capacities.

In one embodiment, data from MCDs **101** includes additional information about the circumstances and conditions of the media exposure, including for example time, day, battery level, telephone number, GPS data, and the like; all of this information can be stored at stream store **114** and used in analysis, matching, and/or reporting.

In one embodiment, certain candidate signatures are stored in static database **304**. For example, if an advertiser would like to determine how many users have been exposed to a particular advertisement, a signature for that advertisement is stored in static database **304**. The signature need not be collected via media receivers **111**, but can be provided by direct input or via correlator servers **115**. This stored signature can then be compared with signatures received from MCDs **101**. In one embodiment, these candidate signatures are also passed to nodes **303** to facilitate comparison with incoming signatures from MCDs **101**. In one embodiment, the content in static database **304** ("static content") is combined with the content collected as described above ("dynamic content") to create the reference data set loaded into each node **303**. In another embodiment, static content is processed to generate a reference data set; this reference data set is then loaded into a node **303** that is separate from the dynamic content for analysis of matches against the static content only.

In one embodiment, these candidate signatures are not aged using a sliding window as described above for data collected from media receivers **111**. In another embodiment, these candidates are aged but at a different rate than other data.

In yet another embodiment, data in static database **304** can be compared against data from media receivers **111**. In this manner, an advertiser can determine whether his or her advertisement ran and was detected by a media receiver **111**, regardless of whether it was picked up by an MCD **101**.

Referring again to FIG. **1**, there are shown additional components that can be used in generating reports on media exposure and consumption. A time-based history of user exposure to media items is stored in consumer tracking database **118**. Location information is also stored, if available.

Analytical reporting server **119** uses consumer tracking data from database **118** to generate reports **120**. Reports can include, for example:

advertisement play rates;

program ratings;

metrics of marketing effectiveness;

psychographic classifications;

and the like.

In one embodiment, reports are generated using standard relational-database queries. Results of these queries can be place in tabular or graphical format for presentation.

After all correlations are complete, live media source data signatures may be discarded.

Using the above-described techniques, the system of the present invention is able to measure media consumption both in and out of the home.

US 7,623,823 B2

**11**

Alternate Configurations

One skilled in the art will recognize that the transformation and matching steps can be performed in many different ways and at different components within the overall system. FIGS. 2A through 2C provide examples of different configurations for performing these functions. These Figures also provide a description of the overall method of operation of the present invention according to various embodiments. The term "candidate data signature stream" is equivalent to reference media items; the term "consumer data signature stream" is equivalent to target media items.

Referring now to FIG. 2A, there is shown a configuration where transformation takes place at MCD 101 and matching takes place at NOC 106. As described above, MCD 101 collects audio samples, transforms them to a signature stream, and transmits the signature stream to NOC 106. NOC 106 identifies matches between signature stream received from MCD 101 and candidate streams derived from candidate media 113 and 121. Although FIG. 2A depicts the candidate data signature data stream being created at NOC 106; however, one skilled in the art will recognize that the candidate signature data stream can instead be generated at media receivers 111 and/or provided directly to NOC 106 from some other source.

Referring now to FIG. 2B, there is shown a configuration where transformation and matching both take place at MCD 101. Here, MCD 101 collects audio samples and transforms them to a signature stream. NOC 106 generates candidate data signature streams from candidate media, and transmits these candidate streams to MCD 101. Alternatively, the candidate signature data stream can instead be generated at media receivers 111 and/or provided to NOC 106 from some other source; NOC 106 then sends them to MCD 101. MCD 101 then identifies matches between the signature stream generated from incoming audio data and the candidate data signature streams received from NOC 106. MCD 101 then sends match data to NOC 106. This configuration is particularly useful when the number of candidate audio sources is relatively small and known in advance. For example, such a configuration can be used for monitoring a user's exposure to a limited and expected set of advertisements. In such a situation, this configuration reduces the amount of data that is continually transmitted from MCD 101 to NOC 106; once the set of candidates is provided to MCD 101, only match data need be transmitted, which typically requires less bandwidth than transmission of signatures from MCD 101 to NOC 106. Such a configuration is also a more distributed processing paradigm that can serve to reduce processor load at NOC 106, since NOC 106 need not perform matching operations for a large number of MCDs; rather MCD 101s do their own matching.

Referring now to FIG. 2C, there is shown a configuration where transformation and matching both take place at NOC 106. Here, MCD 101 collects audio samples and transmits the raw data to NCC 106. NOC 106 transforms the raw data to a signature stream; alternatively, the candidate signature data stream can instead be generated at media receivers 111 and/or provided directly to NOC 106 from some other source. NOC 106 then identifies matches between the signature stream and the candidate data signature streams. This configuration reduces the processing load on MCD 101.

In any of these configurations, NOC 106 can optionally inform MCD 101 to only sample audio at specific time periods. In this way, MCD 101 sample period may be limited to commercial time periods, or other periods of interest.

In an alternative embodiment, MCD 101 stores feature-extracted samples. When MCD 101 detects (hears) an adver-

**12**

tisement or other sought-for audio, it reports back to NOC 106 that it heard the item. In one variation of this embodiment, MCD 101 does not need to transmit any transformed audio back to NOC 106, but simply reports and identifies the item that was heard. In another variation of this embodiment, MCD 101 transmits additional information about the detected audio, such as time and place where it was detected. In yet another variation, MCD 101 transmits the transformed audio (or some subset of it) to NOC 106, so that additional information can be derived from the detected audio.

In another alternative embodiment, the invention operates at a variable sample rate depending on the amount of usage that is detected. A default, lower sample rate is used when the usage pattern is continuous and/or relatively stable. A higher sample rate is used when changes in usage pattern are detected. In one variation of this embodiment, MCD 101 switches automatically between these rates in response to changing conditions. Any number of different sample rates, or continuous variation within a defined range, can be used.

Data Signature Algorithm

In one embodiment, the present invention performs audio data signature transformation according to any of a number of well-known algorithms. Preferably, an algorithm is used that meets the processing power, memory size, battery life, and bandwidth constraints of MCD 101, and also meets a minimum accuracy requirement. The audio data signature transformation algorithm finds matching audio streams in broadcast audio signals, known to be transmitted at a certain time, and asynchronous audio signals such as music tracks and video game sound tracks.

The algorithm can be based in the time-domain, based in the frequency-domain, or based in a hybrid of the two.

In one embodiment, the audio data signature transformation algorithm correlates a consumer data signature stream (target media items) against a potentially large number of candidate data signature streams (reference media items). Once a match is found, it can be presumed the match continues for some period of time. In one embodiment, only the candidate data signature stream is correlated against until there is no longer a match. In other words, when a match is found, it is "locked on to" and no other candidate data signature streams are considered until the match fails.

In one embodiment, the system of the present invention uses a signature transformation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, the parameters of the audio acquisition (sampling rate, sampling duty cycle, quiescent time between sampling periods, volume, filter parameters, and the like), and even the algorithm in use, can be adjusted dynamically by MCD 101 and/or by NOC 106. These adjustments may be a function of location information downloaded to MCD 101 from NOC 106 in advance or in near real-time based on current location. These adjustments are performed, for example, to increase matching accuracy, minimize data transmission, minimize MCD 101 battery drain, and for other system performance optimizations. For example, if uploading of data signatures can be carried out close to real-time, and NOC 106 has "locked on" to a matching signal, MCD 101 may be instructed to lower its sampling duty cycle or to suspend sampling for some period of time.

The audio sampling can be continuous or periodic; in one embodiment, 10 seconds are sampled every 30 seconds.

US 7,623,823 B2

**13**

Location Information

In one embodiment, location of MCD **101** is determined by built-in or added-in GPS, by triangulation with wireless data provider transceiver sites, by closest tower identification, by wireless data network registration (Bluetooth, WiFi/802.11), or by other means. Location data can be analyzed and compared with location databases to determine entry into a store or other location, time spent in the location, speed of travel, presence at a public venue (movie theater, concert hall, stadium), and other attributes that may be of commercial value when combined with media consumption. For example, in one embodiment, location information is used to detect when a user takes a car for a test drive by tracking the entry into a car dealership, an average wait time, and a circuit of automobile-speed motion ending back at the dealership.

Purchase Tracking Credit Card

In one embodiment, the present invention provides a mechanism for correlating exposure to media items with purchases. Users are given credit cards to be used for making purchases. Purchase behavior, at least to the resolution of store and amount, is available from the partner affinity card issuer. Other methods for collecting this data may include use of an RFID tag and/or a barcode on MCD **101**. For example, many merchants, most notably grocery stores with affinity cards, store detailed purchase history information about their customers. The media measurement system can access this data in order to provide purchase information to the system of the present invention. In one embodiment, a bar code or other identifying indicia can be provided on MCD **101** itself, so that the user can simply hand the device to the grocery store clerk for "swiping"; alternatively, MCD **101** can be detected via RFID or other mechanisms, and the code detected thereby can be linked to the user's affinity program record.

User Compliance

In one embodiment, MCD **101** includes sensors to help determine if it is in the possession of a person. Sensors may include: vibration, state of the Hosting Device (on/off, usage, key presses, etc.), temperature (to detect whether MCD **101** is being carried, since it will be proximate to or in contact with the person's body), and others. Information from these sensors is processed to assist in determining whether a user is carrying MCD **101** as needed for accurate results. If data is received at a time period when evidence indicates the device is not being carried, the received data may be discarded or treated as having a lower degree of reliability, or it may be otherwise flagged.

In the above description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the invention. It will be apparent, however, to one skilled in the art that the invention can be practiced without these specific details. In other instances, structures and devices are shown in block diagram form in order to avoid obscuring the invention.

In particular, one skilled in the art will recognize that other architectures and analysis and processing techniques and mechanisms may be used, and that the present invention can be implemented using mechanisms other than those described above.

Reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment.

**14**

Some portions of the detailed description are presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The present invention also relates to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus.

The algorithms and modules presented herein are not inherently related to any particular computer or other apparatus. Various general-purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatus to perform the method steps. The required structure for a variety of these systems will appear from the description below. In addition, the present invention is not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of the invention as described herein. Furthermore, as will be apparent to one of ordinary skill in the relevant art, the modules, features, attributes, methodologies, and other aspects of the invention can be implemented as software, hardware, firmware or any combination of the three. Of course, wherever a component of the present invention is implemented as software, the component can be implemented as a standalone program, as part of a larger program, as a plurality of separate programs, as a statically or dynamically linked library, as a kernel loadable module, as a device driver, and/or in every and any other way known now or in the future to those of skill in the art of

US 7,623,823 B2

15

computer programming. Additionally, the present invention is in no way limited to implementation in any specific operating system or environment.

It will be understood by those skilled in the relevant art that the above-described implementations are merely exemplary, and many changes can be made without departing from the true spirit and scope of the present invention. Therefore, it is intended by the appended claims to cover all such changes and modifications that come within the true spirit and scope of this invention.

What is claimed is:

**1**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a location tracking server for detecting a location for the client device;

wherein the correlator server correlates the detected location with a location of at least one geographically identifiable sponsor of a reference media item.

**2**. The system of claim **1**, wherein the location tracking server detects the location via at least one selected from the group consisting of:

GPS tracking;

RFID tracking;

Bluetooth tracking.

**3**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item;

wherein the plurality of reference media items comprises at least one broadcast, and wherein the representation of at least one target media item indicates user exposure at a time other than the time of the broadcast.

**4**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

16

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a purchasing tracking server, for receiving consumer purchasing information;

wherein the output device generates a report correlating user purchasing information with user exposure to the identified reference media item.

**5**. The system of claim **4**, wherein the purchasing tracking server receives at least one indication of user use of a credit card.

**6**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item.

**7**. A method for detecting user exposure to media items, comprising:

receiving a plurality of reference media items from at least one media source;

for at least one client device:

selecting, based on at least one of load and geographic proximity to the client device, one of a plurality of data signature stream collection servers; and

at the selected data signature stream collection server, receiving, from the client device:

a representation of at least one target media item; and

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item.

US 7,623,823 B2

**17**

**8**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignoring the representation of the at least one target media item from the client device.

**9**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item, wherein the output is flagged as having reduced reliability.

**10**. The method of claim **7**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**11**. The method of claim **10**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

**12**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for, receiving, from at least one client device:

a representation of at least one target media item from at least one client device;

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

a stream store, coupled to the server and to the at least one stream collection server, for:

storing a representation of at least a subset of the received reference media items; and

**18**

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item, storing a representation of the target media item;

a correlator server, coupled to the stream store, for, for each stored representation of a target media item, identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for, for each identified reference media item, generating output signaling user exposure to the identified reference media item.

**13**. The system of claim **12**, wherein the stream store:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignores the representation of the target media item.

**14**. The system of claim **12**, wherein, responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

the stream store stores a representation of the target media item and an indication of reduced reliability of the stored representation;

the correlator server identifies one of the reference media items as corresponding to the target media item; and

the output device, generates output signaling user exposure to the identified reference media item and indicates reduced reliability of the indication of user exposure.

**15**. The system of claim **12**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**16**. The system of claim **15**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

\*   \*   \*   \*   \*