# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC.<br><br>Plaintiffs,<br><br>v.<br><br>ACRCLOUD, LTD.<br><br>Defendant. | )<br>)<br>)<br>) C.A. No. 22-1344-CJB<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

The undersigned counsel hereby certifies that true and correct copies of the following documents were caused to be served on September 11, 2025, upon the following attorneys of record as indicated below:

THE NIELSEN COMPANY (US), LLC AND GRACENOTE, INC.'S OPENING CLAIM CONSTRUCTION BRIEF

APPENDIX OF EXHIBITS TO PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF (WITH EXHIBITS 1-17)

## VIA ELECTRONIC MAIL

Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
arussell@shawkeller.com
nhoeschen@shawkeller.com

Jason Xu
RIMÔN LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com

| | |
|---|---|
| Eric Cohen<br>RIMÔN LAW P.C.<br>4030 Wake Forest Road<br>Suite 300<br>Raleigh, NC 27609<br>eric.cohen@rimonlaw.com | John Handy<br>RIMÔN LAW P.C.<br>1765 Greensboro Station Place Tower I<br>Suite 900<br>McLean, VA 22102<br>John.handy@rimonlaw.com |

OF COUNSEL:

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Cliffford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

Joshua B. Long
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd., Suite 900
Houston, TX 77027
Tel: (713) 355-5000

Dated: September 11, 2025
12459315 / 14944.00005

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
    David E. Moore (#3983)
    Bindu A. Palapura (#5370)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19801
    Tel: (302) 984-6000
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

*Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.*