THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, and GRACENOTE, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 22-1344-CJB ) |
| ACRCLOUD, LTD., | ) ) |
| Defendant. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 29, 2025, a copy of the following document was served on Nielsen_ACRCloud_team@KelleyDrye.com and on the persons listed below in the manner indicated:

1) ACRCloud, Ltd's Answering Claim Construction Brief

**BY EMAIL**

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
Hercules Plaza
1313 N. Market St., 6th Flr.
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Steven Yovits
Constantine Koutsoubas
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com
jgreenhut@kekkeydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ckatz@kelleydrye.com

Joshua B. Long
KELLEY DRYE & WARREN LLP
515 Post Oak Boulevard, Suite 900
Houston, TX 77027
(713) 355-5000
jlong@kelleydrye.com

|  |  |
|---|---|
| OF COUNSEL:<br>Jason L. Xu<br>RIMÔN LAW P.C.<br>1990 K. Street NW, Suite 420<br>Washington, D.C. 20006<br>(202) 971-9494<br><br>Eric C. Cohen<br>RIMÔN LAW P.C.<br>4030 Wake Forest Road, Suite 300<br>Raleigh, NC 27609<br>(984) 960-2860<br><br>John Handy<br>RIMÔN LAW P.C.<br>1765 Greensboro Station Place Tower I<br>Suite 900<br>McLean, VA 22102<br>(703) 659-0075<br><br>Dated: September 29, 2025 | */s/ Andrew E. Russell*<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Defendant* |