

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

November 10, 2025

**VIA ELECTRONIC FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:   *The Nielsen Company (US), LLC v. ACRCloud, Ltd.*,
      C.A. No. 22-1344-CJB

Dear Judge Burke:

Plaintiff The Nielsen Company (US), LLC ("Plaintiff") and Defendant ACRCloud, Ltd. ("Defendant") respectfully submit this joint letter, regarding the anticipated *Markman* hearing for the case above.

(i)   The parties do not request leave to present testimony.

(ii)  Nielsen requests one hour for presentation. ACRCloud believes that no oral argument is necessary, and that the disputes would be best decided by the Court on the papers.

(iii) The parties intend to present the claim terms at issue in the same order they appear in the Joint Claim Construction Brief. For each term, Plaintiff will present first, Defendant will respond, Plaintiff will rebut, and then Defendant will offer its further rebuttal. The "load" term will be argued separately from the "stream collection server . . ." term.

The Honorable Christopher J. Burke
November 10, 2025
Page 2

                                            Respectfully,

                                            */s/ David E. Moore*

                                            David E. Moore

DEM:rms/11917108/14944.00005

cc:      Counsel of Record (via electronic mail)