## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | ) ) ) |
| Plaintiffs, | ) C.A. No. 22-1344-CJB ) |
| v. | ) **JURY TRIAL DEMANDED** ) |
| ACRCLOUD, LTD. | ) ) |
| Defendant. | ) |

## JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF

| | |
|---|---|
| David E. Moore (#3983) | Andrew E. Russell (No. 5382) |
| Bindu A. Palapura (#5370) | Nathan R. Hoeschen (No. 6232) |
| POTTER ANDERSON & CORROON LLP | SHAW KELLER LLP |
| Hercules Plaza, 6th Floor | I.M. Pei Building |
| 1313 N. Market Street | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 984-6000 | Tel: (302) 298-0700 |
| dmoore@potteranderson.com | arussell@shawkeller.com |
| bpalapura@potteranderson.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiff The Nielsen Company (US), LLC and Gracenote, Inc.* | *Attorneys for Defendant ACRCloud, Ltd.* |

Dated: November 10, 2025
12555806 / 14494.00005

## EXHIBITS TO JOINT APPENDIX ("JA")

| Ex. No. | Description |
|---|---|
| 1 | Expert Declaration of Professor Michael Mitzenmacher |
| 1-A | Michael Mitzenmacher *Curriculum Vitae* |
| 1-B | Owen Garrett, NGINX and the "Power of Two Choices" Load-Balancing Algorithm, F5 (Nov. 12, 2018), https://www.f5.com/company/blog/nginx/nginx-power-of-two-choices-load-balancing-algorithm |
| 2 | U.S. Patent No. 7,904,503 |
| 3 | U.S. Patent No. 7,623,823 |
| 4 | KARL KOPPER, LINUX ENTERPRISE CLUSTER: BUILD A HIGHLY AVAILABLE CLUSTER WITH COMMODITY HARDWARE AND FREE SOFTWARE (2005) (excerpt) |
| 5 | William Buchanan, *Input/Output*, in MASTERING PASCAL AND DELPHI PROGRAMMING (1998) (excerpt) |
| 6 | *Output device*, A DICTIONARY OF COMPUTING (6th ed. 2008), at https://www.oxfordreference.com/display/10.1093/oi/authority.20110803100257600?p=emailA/xLLGUvT3bdA&d=/10.1093/oi/authority.20110803100257600&print |
| 7 | *Output device*, TechTerms.com, The Computer Dictionary, Output Device, at https://techterms.com/definition/outputdevice |
| 8 | *Output device*, The Computer Dictionary of Information Technology, at https://www.computer-dictionary-online.org/definitions-o/output-device.html |
| 9 | Jingsha He, *An architecture for wide area network load balancing*, in IEEE Int'l Conference on Communications (2000) |
| 10 | Xubin He & Qing Yang, Performance Evaluation of Distributed Web Server Architectures under E-Commerce Workloads 285-292 (Int'l Conference on Internet Computing 2000) |
| 11 | Thomas Sandholm, *Object Caching in a Transactional, Object-Relational CORBA Environment* (Stockholm University 1998), at https://shiftleft.com/mirrors/www.hpl.hp.com/personal/Thomas_Sandholm/sandholm1998.pdf (excerpt) |
| 12 | Valeria Cardellini et al., *DNS dispatching algorithms with state estimators for scalable Web-server clusters*, 2 World Wide Web 101 (1999) |
| 13 | Yongbing Zhang et al., *Comparison of dynamic and static load-balancing strategies in heterogeneous distributed systems*, 144-2 IEE Proc. Comput. Digit. Tech. 100 (1997) |
| 14 | Wikipedia, the Free Encyclopedia, *Load balancing (computing)*, at https://en.wikipedia.org/wiki/Load_balancing_(computing) |
| 15 | TONY BOURKE, SERVER LOAD BALANCING (2001) (excerpt) |
| 16 | *Server Definition*, LINUX INFORMATION PROJECT (May 16, 2005), https://www.linfo.org/server.html |
| 17 | Jeffery Westbrook, Load balancing for response time, 35 J. of Algorithms 35 1, Abstract (2000) (received July 26, 1995) |

| Ex. No. | Description |
|---|---|
| 18 | Academic Press Dictionary of Science and Technology (1992), p. 622 |
| 19 | Declaration of Dr. David Anderson in Support of Defendant's Answering Claim Construction Brief |
| 19-1 | David V. Anderson *Curriculum Vitae* |
| 20 | The Computer Glossary (2001) at p. 225 |
| 21 | Academic Press Dictionary of Science and Technology (1992), p. 1949 |
| 22 | Tony Bourke, Server Load Balancing (2001) (excerpt) |