# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | ) | |
| Plaintiffs, | ) | C.A. No. 22-1344-CJB |
| v. | ) | **JURY TRIAL DEMANDED** |
| ACRCLOUD, LTD. | ) | |
| Defendant. | ) | |

**EXPERT DECLARATION OF PROFESSOR MICHAEL MITZENMACHER**

I, Michael Mitzenmacher, declare as follows.

1. I am currently employed as a Professor of Computer Science at Harvard University. Specifically, I am the Thomas J. Watson, Sr. Professor of Computer Science in the School of Engineering and Applied Sciences. I submit this Declaration in support of the Opening Claim Construction Brief of The Nielsen Company (US), LLC and GraceNote, Inc. (collectively, "Nielsen"). In particular, I submit this Declaration to provide relevant background information regarding the technologies at issue in U.S. Patent Nos. 7,904,503 ("the '503 patent") and 7,623,823 ("the '823 patent") (collectively, "the asserted patents"), and to set forth my opinions about the meaning of certain disputed claim terms in the asserted patents from the perspective of ordinary skill in the pertinent field.

2. I am familiar with the facts stated herein and, if called to testify, would competently testify thereto.

3. I have been retained by Kelley Drye & Warren LLP, counsel to Nielsen in this action, as an expert witness for Nielsen. I am being compensated for my services; my compensation is not contingent upon the outcome of this case.

4. I understand that Nielsen accuses Defendant ACRCloud, Ltd. ("ACRCloud") of infringing the asserted patents.

5. The opinions set forth in this declaration are based upon my personal knowledge and my review of the '503 patent and the '823 patent, as well as other materials discussed herein.

## I. Qualifications, Experience, and Publications

6. The following is a brief summary of my background and qualifications.

7. I joined the faculty at Harvard as an Assistant Professor in January 1999. I was promoted to Associate Professor in 2002 and to Professor in 2005. In 2010, I began a three-year term as Area Dean, which is equivalent to what other schools call Department Chair, of Computer Science, and held that position through June 2013. I also served as Area Co-Chair of Computer Science for the 2018-2019 academic year.

8. I earned my undergraduate degree in Mathematics and Computer Science from Harvard College in 1991, a Certificate of Advanced Study in Mathematics from Cambridge University in 1992, and a Ph.D. in Computer Science from the University of California at Berkeley in 1996. From August 1996 to January 1999, I was employed as a Research Scientist at Digital Systems Research Center, where my work included projects on systems generally, including algorithms for the Internet, network communications, and load balancing methods.

9. I have published over 250 research papers in computer science conferences and journals, many of which have explored data transmission, network communications, and methods of load balancing. My Ph.D thesis, "The Power of Two Choices in Randomized Load Balancing," examined an approach for load balancing based on choosing a server from a pool of servers for a task by choosing two servers randomly and sending the task the server with fewer jobs. This approach, which I referred to as the power of two choices, has been adopted in several

practical systems. *See, e.g.*, Owen Garrett, *NGINX and the "Power of Two Choices" Load-Balancing Algorithm*, F5 (Nov. 12, 2018), https://www.f5.com/company/blog/nginx/nginx-power-of-two-choices-load-balancing-algorithm (attached hereto as Exhibit 1-B). I am listed as an inventor or co-inventor on 19 issued patents covering computer technology, and I am the co-author of a textbook entitled *Probability and Computing: Randomized Algorithms and Probabilistic Analysis* published by Cambridge University Press. In addition, I have consulted for a number of companies as a professor, such as Microsoft, Mitsubishi, Akamai, ITA software, Adverplex, and e-Harmony.

10. My educational background, work experience, publications, and issued patents are set forth in my *curriculum vitae*, attached hereto as Exhibit 1-A.

## II. Background of Technology and Person of Ordinary Skill in the Art

11. The '503 patent, entitled "Method of Enhancing Rendering of Content Item, Client System and Server System," was filed on August 21, 2001, and claims priority to a European patent application filed on August 23, 2000. The '503 patent claims systems and methods that interrogate a database to obtain information about a content item. The claimed systems and methods include several steps performed by claimed components, including the transmission of a portion of the content item from a client system to a server system, as well as processing of information at the server system.

12. The '823 patent, entitled "Detecting and Measuring Exposure to Media Content Items," was filed on August 30, 2005, and claims priority to two provisional patent applications filed on August 31, 2004 and February 22, 2005. The '823 patent claims a system to detect and identify user exposure to media items. Claim 6, which I understand Nielsen asserts in this case, recites among other things a load balancing method in which a "server selector" selects one of a

plurality of "data signature stream collection servers" to receive media items based on load or geographic proximity.

13. In my opinion, a person of ordinary skill in the art ("POSITA") as of the priority dates of the asserted patents would have a working knowledge of basic computer technology and automatic content recognition technology. The person would gain this knowledge through either (i) an undergraduate Bachelor of Science degree in Computer Science or Electrical Engineering or a comparable field, and at least three years of work experience in relevant fields; or (ii) a Master's degree in Computer Science or Electrical Engineering and at least one year of work experience in relevant fields. More education could substitute for more work experience, and vice versa.

## III. Materials Relied Upon

14. In reaching the conclusions set forth herein, I relied upon and/or reviewed, among other things, the parties' respective proposed claim constructions, the '503 patent, the '823 patent, and the asserted patents' file histories. I have also relied upon and/or reviewed materials attached as exhibits to this declaration. The sources on which I rely are identified in this report and the accompanying exhibits.

## IV. Statement of Opinion Concerning Claim Terms

### A. The '503 patent

15. I understand that the parties dispute whether the preambles of claims 1, 12, and 23 of the '503 patent are limiting.

16. Claim 1 of the '503 patent recites

A method to enhance rendering of a content item, the method comprising:

receiving, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing, at the server system, the received portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value;

obtaining further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

17.    In my opinion, a POSITA would understand how to perform the method recited in claim 1 of the '503 patent without consideration of "enhanc[ing] rendering of a content item" as recited in the preamble. A POSITA would understand the steps of a server system receiving a portion of a content item from a client system, processing the received content item at the server system, obtaining further information on the content item by searching a database using a computed hash value, and transmitting the further information to the client system. Whether or not the rendering of a content item would be "enhanced" through these steps would not affect a POSITA's ability to carry out these steps.

18.    Claim 12 of the '503 patent recites:

A server system to facilitate enhanced rendering of a content item, the system comprising:

a receiver to receive a portion of the content item that can be played by a client system from the client system, the received portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item, the content item comprising audio and/or video content;

a processor to process the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; and

a lookup component to obtain further information on the content item using the determined identifier and to transmit the further information to the client system, the obtaining comprising searching the database using the computed hash value.

19. In my opinion, a POSITA would understand how to operate the system recited in claim 12 of the '503 patent without consideration of "facilitat[ing] enhanced rendering of a content item" as recited in the preamble. A POSITA would understand the components of claim 12: a server system including a receiver to receive a portion of a content item, a processor to process the received portion of the content, and a lookup component to obtain further information on the content item and transmit that information to a client system. Whether or not such a system would "facilitate enhanced rendering of a content item" through these steps would not affect a POSITA's understanding of the claimed system or how the system operates.

20. Claim 23 of the '503 patent recites:

A method to enhance rendering of a content item, the method comprising:

detecting an indication of a user interest in a content item that can be played by a client system;

responding to the indication by obtaining a portion of the content item from the client system, the

portion of the content item being distinct from an identifier associated with the content item, the

portion of the content item is not accompanied by an identifier suitable for interrogating a

database to determine further information associated with the content item;

processing the portion of the content item to determine, from the received portion of the content

item, the identifier associated with the content item, the obtaining comprising searching the

database using the computed hash value;

obtaining further information associated with the content item utilizing the determined identifier,

the identifier being suitable for interrogating a database to determine further information

associated with the content item, the obtaining comprising searching the database using the

computed hash value; and

transmitting the further information to the client system.

21.     In my opinion, a POSITA would understand how to perform the method recited in

claim 1 of the '503 patent without consideration of "enhanc[ing] rendering of a content item" as

recited in the preamble. A POSITA would understand the steps of detecting an indication of user

interest in a content item from a client system, responding to the indication of interest by

obtaining a portion of the content item from the client system, processing the received content

item at the server system, obtaining further information associated with the content item, and

transmitting the further information to the client system. Whether or not the rendering of a

content item would be "enhanced" through these steps would not affect a POSITA's ability to

carry out these steps.

**B. The '823 patent**

22.    Claim 6 of the '823 patent recites:

A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item.

**a. "output device"**

23.    The term "output device… for generating output" as used in the context of claim 6 of the '823 patent would be familiar to a POSITA. Its plain and ordinary meaning is "hardware or software for generating output."

24.    A POSITA would understand that common examples of an "output device… for generating output" would be structures such as a server, a computer monitor, a printer, or a hard disk, among other possibilities.

25.     For example, the book KARL KOPPER, LINUX ENTERPRISE CLUSTER: BUILD A HIGHLY AVAILABLE CLUSTER WITH COMMODITY HARDWARE AND FREE SOFTWARE (2005) ("Kopper 2005") describes an output device as a server: "The output device in this example is just one of many possible cluster output devices—a shared print server."

26.     In another example, the book chapter William Buchanan, *Input/Output*, *in* MASTERING PASCAL AND DELPHI PROGRAMMING (1998) ("Buchanan 1998") describes other examples of output devices that include "displays, printers, hard-disks, and so on."

27.     A POSITA would also understand that, more generally, the term "output device" would refer to devices that convert internal computer information to a form recognizable outside of the computer.

28.     Specifically, numerous dictionaries define "output device" consistent with devices that convert internal computer information to a form recognizable outside of the computer.

29.     For example, in A DICTIONARY OF COMPUTING (6th ed. 2008), "output device" is defined as "[a]ny device that converts the electrical signals representing information within a computer into a form that can exist or be sensed outside the computer."

30.     In another example, The Computer Dictionary defines "output device" as "[a]ny device that outputs information from a computer." TechTerms.com, The Computer Dictionary, Output Device, at https://techterms.com/definition/outputdevice (last visited Sept. 10, 2025).

31.     And the Computer Dictionary Online defines "output device" as "[e]lectronic or electromechanical equipment connected to a computer and used to transfer data out of the computer."

32.     The examples and definitions of "output device" set forth in the sources I have reviewed are consistent with one another and with my understanding of the term "output

device… for generating output" as a structural term meaning "hardware or software for generating output" based on my expertise and experience in the field of computer science.

33.    Based on my expertise and experience in the field of computer science, as well as my review of relevant sources, it is my opinion that a POSITA would understand that an output device would include servers, displays (such as computer monitors), printers, and hard disks, among other things, and any construction of "output device" that would exclude these examples would be inconsistent with the plain and ordinary meaning of the term.

34.    A POSITA would understand that the '823 patent discloses an "output device" in the structural form of a server or the software running on a server. For example, the specification of the '823 patent describes an "analytical reporting server" that generates reports. '823 patent at 12:51-52. A POSITA would understand that the "reports" described in the specification are "output signaling user exposure to the identified reference media item" (as recited in claim 6 of the '823 patent), and that the analytical reporting server, or the software running on it, could constitute the "output device" recited in claim 6 of the '823 patent. A POSITA would thus understand that the "output device … for generating output signaling user exposure to the identified reference media item" is the server or its equivalents.

**b.    "server selector"**

35.    The term "server selector" as used in the context of claim 6 of the '823 patent would be familiar to a POSITA. By the priority date of the '823 patent, the term "server selector" was synonymous with "load balancer."

36.    Load balancing is the process of distributing incoming requests among multiple servers. For example, Wikipedia describes load balancing as "the process of distributing a set of tasks over a set of resources." https://en.wikipedia.org/wiki/Load_balancing_(computing). A load

balancer works by distributing requests to other servers based on prior requests to balance the load amongst them.

37.     Numerous scholarly papers illustrate the equivalence of the terms "server selector" and "load balancer." For example, in Jingsha He, *An architecture for wide area network load balancing*, in IEEE Int'l Conference on Communications (2000) ("He 2000"), the author describes a "Load Balancing Server Selector (the LBS Selector)."

38.     In another example, the authors describe the use of "a web server selector" as a device that performs load balancing because it "is in charge of accepting HTTP requests and scheduling one of the servers to respond to requests." Xubin He & Qing Yang, *Performance Evaluation of Distributed Web Server Architectures under E-Commerce Workloads* 285-292 (Int'l Conference on Internet Computing 2000) ("He & Yang 2000).

39.     In yet another example, the authors of a paper illustrating a load balancing scenario describe the use of a "Server Selector" to accomplish that goal. *See* Thomas Sandholm, *Object Caching in a Transactional, Object-Relational CORBA Environment* (Stockholm University 1998), https://shiftleft.com/mirrors/www.hpl.hp.com/personal/Thomas_Sandholm/sandholm1998.pdf ("Sandholm 1998").

40.     Similarly, another paper describes using a "server selector" to perform load balancing—specifically, to "assign[] each address request to one of the Web server based on some dispatching algorithm." *See* Valeria Cardellini et al., *DNS dispatching algorithms with state estimators for scalable Web-server clusters*, 2 World Wide Web 101 (1999) ("Cardellini 1999").

41.     A POSITA would understand that a "server selector" refers to a structure. As of the priority date of the '823 patent, server selectors were commonly implemented as servers or

specialized hardware. *See, e.g.*, TONY BOURKE, SERVER LOAD BALANCING (2001) ("Bourke 2001") ("Server-based load balancers are usually PC-based units running a standard operating system. . . . Switch-based load balancers, also known as hardware-based load balancers, are devices that rely on Application Specific Integrated Circuit (ASIC) chips to perform the packet-rewriting functions."); He & Yang (implementing "a web server selector" as a "proxy server"). A POSITA would understand that a server or other specialized hardware being employed as a server selector/load balancer is a structural component of a network.

42.    "Server" is a well-known term connoting structure in the field of computer science, defined as "a software program, or the computer on which that program runs, that provides a specific kind of service to client software running on the same computer or other computers on a network." *Server Definition*, LINUX INFORMATION PROJECT (May 16, 2005), https://www.linfo.org/server.html. A POSITA's understanding of the term "server" would be consistent with this definition.

43.    The "stream collection server selector" recited in claim 6 of the '823 patent is one type of server selector. The label "stream collection" would allow a POSITA to identify the claimed server selector as a server that performs the service of selecting "one of a plurality of data signature stream collection servers to receive the representation of at least one target media item."

44.    Based on this understanding of "server selector," a POSITA would understand the plain and ordinary meaning of "stream collection server selector" as used in claim 6 of the '823 patent to mean "a software program, or the computer on which that program runs" that "select[s], based on at least one of load and geographic proximity to the client device, one of the plurality of

data signature stream collection servers to receive the representation of at least one target media item."

45.     In my opinion, a POSITA would understand that the "correlator server" described in the '823 patent specification at 9:51-53 could include the claimed "stream collection server selector." In the described embodiment, this server sends requests to one of a plurality of servers (or "nodes") "based on load and other factors." *Id.* This description is consistent with the plain and ordinary meaning of the claimed "stream collection server selector" as defined above.

46.     I understand ACRCloud has proposed construing the "stream collection server selector" as a means-plus-function term in which the claimed server selector performs the function of "selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item"

47.     ACRCloud's proposed construction would be inconsistent with a POSITA's understanding of a server selector as described in the '823 patent, at least because it would exclude multiple methods of load balancing that a POSITA would understand a "server selector" could perform.

48.     There are many well-known techniques of load balancing. These techniques can be categorized as "static" load balancing or "dynamic" load balancing. Static load balancing does not take into account the current load of each server, while dynamic load balancing does take into account the current load of each server.

49. I have reviewed the following sources on load balancing, which confirm the meaning of "static" and "dynamic" load balancing:

a. Yongbing Zhang et al, *Comparison of dynamic and static load-balancing strategies in heterogeneous distributed systems*, 144-2 IEE Proc.-Comput. Digit. Tech. 100 (1997) ("Zhang 1997").

b. Wikipedia, the Free Encyclopedia, Load balancing (computing), at https://en.wikipedia.org/wiki/Load_balancing_(computing) (last visited Sept. 10, 2025).

50. One technique of static load balancing that would have been known by a POSITA as "round-robin" sequentially assigns incoming requests to each server until all servers have been assigned one request, after which the process repeats. *See* Sandholm ("the servers are invoked starting with one server and then invoking all other servers in turn before invoking the first one again").

51. One technique of dynamic load balancing that would have been known by a POSITA takes into account "response time" with the goal of "minimiz[ing] the maximum response time of any server." Jeffery Westbrook, *Load balancing for response time*, 35 J. of Algorithms 35 1, Abstract (2000) (received July 26, 1995) ("Westbrook 1995").

52. In both the "round-robin" and "response time" methods of load balancing, the server selector assigns requests to servers based on prior requests sent to the other servers. A POSITA would understand that the server selector takes into account prior requests sent to other servers in the process of determining to which server an incoming request should be assigned. This is consistent with how a POSITA would understand the term "load" in the context of load balancing. "Load" refers to prior requests sent to the servers.

53.    A POSITA would not understand "load" to refer to "work performed" or "resources used" by a server, expressed "as a percentage of total capacity" or otherwise, because this understanding would exclude static load balancing methods. Static load balancing methods such as round-robin methods do not take into account work performed or resources used. And there is no reason "load" would have to be expressed as a percentage of total capacity, in either static or dynamic load balancing.

I declare under penalty of perjury that the foregoing is true and correct.

Signed on the 11th day of September, 2025.

Michael Mitzenmacher

# EXHIBIT 1-A

**Michael Mitzenmacher**
michaelm@eecs.harvard.edu
33 Cary Avenue, Lexington MA 02421
617-496-7172

**Research Interests** Design and Analysis of Algorithms; Networks and Data Transmission; Information Theory.

**Education** UNIVERSITY OF CALIFORNIA AT BERKELEY, Berkeley, CA
Ph.D. in Computer Science awarded December, 1996.
Dissertation: **The Power of Two Choices in Randomized Load Balancing.**
Advisor: Alistair Sinclair. GPA: 4.0/4.0

CAMBRIDGE UNIVERSITY, Cambridge, England
Attended as one of ten recipients of the Churchill Fellowship.
Cambridge C.A.S. in Mathematics with highest distinction awarded June 1992.

HARVARD COLLEGE, Cambridge, MA
B.A. in Mathematics with Computer Science, summa cum laude, awarded June 1991.

**Employment** HARVARD UNIVERSITY, Cambridge, MA *Spring 1999-present*
**Assistant professor** (from Jan. 1999 -July 2002), **Associate professor** (from July 2002-January 2005), **Professor** (from Jan. 2005-present), **Area Dean for Computer Science** (from July 2010-June 2013), **Area Co-Chair for Computer Science** (from July 2018-June 2019).

Teach undergraduate courses including "Introduction to algorithms and data structures" and graduate courses covering topics in randomized algorithms, algorithms for networks, compression, coding, cryptography, and information retrieval.

DIGITAL SYSTEMS RESEARCH CENTER, Palo Alto, CA *Fall 1996-Winter 1998*
**Research scientist.** Projects included work on information retrieval on the Web, erasure codes, error-correcting codes, on-line algorithms, and load balancing. Co-inventor for twelve submitted patents.

SANTA CLARA UNIVERSITY, Santa Clara, CA *Spring 1997*
**Guest professor** for the undergraduate class "Introduction to Algorithms."

**Consultant:** I consult on intellectual property issues as an expert witness and in other capacities. As an expert witness, I have testified in multiple trials. I have also consulted for several technology companies and research laboratories, including Adverplex (Cogolabs), Akamai, AT&T, Digital Fountain, eHarmony, Fluent Mobile (Fiksu), Google, Huawei, ITA Software, JobSync, Microsoft, Mitsubishi Research Laboratories, Weta Digital, and Yahoo.

**Funding** NSF CCF-2101140: AF: Small: Algorithms and Data Structures with Predictions. PI: Michael Mitzenmacher. Total grant: $400,000. 7/21-6/24.

NSF CNS-2107078: CNS Core: Medium: Approximation and Randomization in the Programmable Data Plane. co-PIs: Minlan Yu. Total grant: $1,2000,000. 7/21-6/25.

NSF DMS-2023528: Foundations of Data Science Institute (Harvard University). 9/20-8/25.

NSF CCF-1563710: CIF: NeTS: Medium: Collaborative Research: Unifying Data Synchronization. co-PIs: David Starobinksi, Ari Trachtenberg. Total grant: $400,000. 7/16-6/20.

NSF CCF-1535705: AitF: FULL: Collaborative Research: Better Hashing for Applications: From Nuts & Bolts to Asymptotics. co-PIs: David Andersen. Total grant: $250,000. 9/15-8/19.

NSF CCF-1320231: AF: Small: Data Synchronization : Theory, Algorithms, and Practice PI: Michael Mitzenmacher. Total grant: $399,370. 9/13-8/16.

NSF CNS-1228598: TWC: Medium: Collaborative: Privacy-Preserving Distributed Storage and Computation. co-PIs: Michael Goodrich, Roberto Tamassia. Total grant: $400,000. 8/12-8/16.

NSF IIS-0964473: HCC: Medium: Collaborative Research: Data-Parallel Hash Tables: Theory, Practice and Applications. co-PIs: Nina Amenta. Total grant: $171,095. 8/10-7/13.

NSF CCF-0915922: AF : Small : The Theory and Practice of Hash-Based Algorithms and Data Structures. PI: Michael Mitzenmacher. Total grant: $441,956. 8/09-7/12.

NSF CNS-0721491: NeTS FIND: A Network-Wide Hashing Infrastructure for Monitoring and Measurement. PI: Michael Mitzenmacher. Total grant: $330,000. 9/07-8/10.

NSF CCF-0634923: Towards a Basic Understanding of Channels with Synchronization Errors. PI: Michael Mitzenmacher. Total grant: $200,000. 9/06-8/09.

NSF CCR-0121154: ITR/SY Algorithmic Issues in Large Scale Dynamic Networks. co-PIs: Eli Upfal, Brown. Subcontract to Harvard. Total grant: $502,000. 9/01-8/06.

NSF CCR-0118701: Low Density Parity Check Codes for Channels with Memory. co-PIs: Alek Kavcic. Total grant: $510,000. 9/01-8/04.

NSF CCR-9983832: Dynamic Processes and Network Algorithms (CAREER). $200,000. 7/00-6/04.

Dean's Competitive Fund for Promising Scholarship. 2018. $49,333.

Google University Research Program. 8/13-8/14. PIs: Eddie Kohler and Michael Mitzenmacher $56,000.

Google University Research Program. 12/11-12/12. $25,000.

Yahoo! University Research Program. 7/11-6/12. $10,000.

Google University Research Program. 12/09-12/10. $60,000.

Yahoo! University Research Program. 9/09-8/10. $10,000.

Google University Research Program. 8/08-7/09. $75,000.

Yahoo! University Research Program. 9/07-8/08. $25,000.

Yahoo! University Research Program. 9/06-8/07. $50,000.

Cisco University Research Program. 8/08-7/09. $80,000.

Cisco University Research Program. 8/07-7/08. $83,000.

Cisco University Research Program. 8/06-7/07. $80,000.

Cisco University Research Program. 8/05-7/06. $72,000.

Alfred P. Sloan Research Fellowship. $40,000. Awarded in 2000.

IBM Faculty Research Grant. $10,000 Awarded in 2005.

IBM Faculty Research Grant. $10,000 Awarded in 2003.

Mitsubishi Electronic Research Laboratory. $10,000 for undergraduate research projects. Awarded in 2002.

**Honors**
ACM Paris Kanellakis Theory and Practice Award (2020)
IEEE Fellow (2020)
IEEE Senior Member (2018)
ACM Fellow (2014)
ACM Symposium on Parallelism in Algorithms and Architectures Best Paper Award (2014)
World Wide Web Conference Best Paper Award (2014)
Royal Academy of Engineering Distinguished Visiting Fellowship (2010)
ACM SIGCOMM Test of Time Paper Award (2009)
IEEE Information Theory Society Best Paper Award (2002)
Alfred P. Sloan Research Fellowship (2000)
Sakrison Award (for Ph.D. thesis at Berkeley) (1997)
NDSEG Graduate Fellowship (1992-95)
NSF Graduate Fellowship Winner (1991)
Churchill Fellowship (1991-92)
Hoopes Prize (for senior thesis at Harvard) (1991)
Phi Beta Kappa (1990)
Harvard Distinction in Teaching Award (1990)
Goldwater Fellowship (1989-91)

**Professional Activities**
Editorships and Boards:
Advisory Board, Hariri Institute at Boston University (2018-present)
Editorial Board, Leibniz International Proceedings in Informatics (2009-2019)
Editorial Board, Communications of the ACM (2013-2018)
Science Board, Santa Fe Institute (2013-2019)
Guest Editor, SIAM Journal of Computing special issue for STOC 2009
SIAM Journal on Computing, Editor (2006-2010)
Internet Mathematics, Managing Editor
Guest Editor, Theory of Computing System special issue for SPAA 2002
Journal of Interconnection Networks, Editor

Organizing Committees:
Sublinear Algorithms Workshop Organizing Committee, FODSI (2022)
Algorithms with Predictions Workshop Organizing Committee, STOC (2022)
Machine Learning for Algorithms Workshop Organizing Committee, FODSI (2021)

SIGACT Chair (2015-2018)
Dagstuhl Seminar: Theory and Applications of Hashing (2017)
EADS Summer School on Hashing: Theory and Applications (2014)
ICERM Workshop on Stochastic Graph Models (2014)
WAW 2013 Organizing Committee
SIGACT Vice-Chair (2009-2012)
General Chair, STOC (2010)
Workshop on Randomized Algorithms and Random Graphs (2010)
DARPA Information Science and Technology Study Groups (2007-2008)
SIGACT Committee for the Advancement of Theoretical Computer Science (2005-2008)
MSRI Workshop on Models of Real-World Random Networks (2005)
FOCS 2003 Local Arrangements Chair
Second Workshop on Randomized Algorithms and Random Graphs (2003)
Workshop on Algorithms and Models for the Web Graph (2002)
First Workshop on Randomized Algorithms and Random Graphs (2002)
DIMACS Workshop on Quality of Service Issues in the Internet (2001)
BU/NSF Workshop on Internet Measurement, Instrumentation, and Characterization (1999)
FOCS 1998 Local Arrangements Chair

Program Committees:
WADS 2023 Program Committee
ACM CoNEXT 2023 Program Committee
NeurIPS 2022 Program Committee
ACM CoNEXT 2022 Program Committee
ICML 2022 Program Committee
SIGCOMM 2022 Program Committee
NeurIPS 2021 Program Committee
ICML 2021 Program Committee
ACDA 2021 Program Committee
ICLR 2021 Program Committee
APoCS 2021 Program Committee
ACM CoNEXT 2020 Program Committee
NeurIPS 2020 Program Committee
ICML 2020 Program Committee
APoCS 2020 Program Committee
NeurIPS 2019 Program Committee
SIGCOMM 2019 Program Committee
SOSA 2019 Program Committee (Co-Chair)
ACM CoNEXT 2018 Program Committee
ANALCO 2018 Program Committee
SIGCOMM 2017 Program Committee
NSDI 2017 Program Committee
ACM CoNEXT 2016 Program Committee
SIGCOMM 2016 Program Committee
ALENEX 2016 Program Committee (Co-Chair)
ICALP 2016 Program Committee (Track C PC Chair)
ACM CoNEXT 2015 Program Committee
ICALP 2015 Program Committee
ITCS 2015 Program Committee
SIGCOMM 2014 Program Committee
ACM CoNEXT 2014 Program Committee

WSDM 2014 Senior Program Committee
WAW 2013 Program Committee (Co-Chair)
STOC 2013 Executive Committee
WSDM 2013 Senior Program Committee
SIGCOMM 2012 Program Committee
ISIT 2012 Program Committee
NSDI 2012 Program Committee
WAW 2011 Program Committee
ACM CoNEXT 2010 Program Committee
SIGCOMM 2010 Program Committee
NSDI 2010 Program Committee
FUN 2010 Program Committee
LATIN 2010 Program Committee
NetSciCom 2009 Program Committee
SIGCOMM 2009 Program Committee
STOC 2009 Program Committee (PC Chair)
NSDI 2009 Program Committee
ICALP 2008 Program Committee
SPAA 2008 Program Committee
WAW 2007 Program Committee
Analysis of Algorithms 2007 Program Committee
ANALCO 2007 Program Committee
ICALP 2007 Program Committee
RANDOM 2007 Program Committee
NCA 2006 Program Committee
STOC 2006 Program Committee
PODC 2005 Program Committee
ANALCO 2005 Program Committee
PODC 2004 Program Committee
SIGCOMM 2004 Program Committee
IPTPS 2004 Program Committee
Data Compression Conference 2004 Program Committee
ESA 2004 Program Committee
WAW 2003 Program Committee
FOCS 2003 Program Committee
Data Compression Conference 2003 Program Committee
ESA 2002 Program Committee
PODC 2002 Program Committee
SPAA 2002 Program Committee
STOC 2002 Program Committee
Data Compression Conference 2002 Program Committee
ALENEX 2002 Program Committee
HiPC 2001 Program Committee
ISAAC 2000 Program Committee
RANDOM 2000 Program Committee
STACS 2000 Program Committee
FOCS 99 Program Committee
RANDOM 98 Program Committee

Reviewer for several conferences, journals, and grant panels.

**Books**

*Probability and Computing: Randomized Algorithms and Probabilistic Analysis,* by Michael Mitzenmacher and Eli Upfal. Published by Cambridge University Press in 2005. (2nd edition available in 2017.) This is a textbook meant for an advanced undergraduate or beginning graduate class. The textbook has been used in courses at Brown, Harvard, U. C. Berkeley, Univ. of Victoria, Tufts, Univ. of Mass. at Amherst, Purdue, U. Penn., and several other universities.

**Conference and Journal Publications**

"Direct Telemetry Access," with J. Langlet, R. Basat, G Oliaro, M. Yu, and G. Antichi. To appear in *Proceedings of ACM SIGCOMM*, 2023.

"Can Learned Models Replace Hash Functions?" with I. Sabek, K. Vaidya, D. Horn, A. Kipf, and T. Kraska. *Proceedings of the VLDB Endowment*, vol. 16, no. 3, p. 532-545, 2022.

"Algorithmic Tools for Mining the Motif Structure of Networks," with B. Matejek, T. Chen, and C. Tsourakakis. To appear in *Proceedings of the European Conference on Machine Learning and Principles and Practice of Knowledge Discovery in Databases*, 2022.

"Edge-colored directed subgraph enumeration on the connectome," with B. Matejek, D. Wei, T. Chen, C. Tsourakakis, and H. Pfister. *Scientfic Reports*, 2022.

"Algorithms with Predictions," with S. Vassilvitskii. *Communications of the ACM*, Volume 65 Issue 7, pp. 33-35, 2022.

"EDEN: Communication-Efficient and Robust Distributed Mean Estimation for Federated Learning," with S. Vargaftik, R. Basat, A. Portnoy, G. Mendelson, and Y. Ben-Itzhak. In *Proceedings of the 39th International Conference on Machine Learning*, pp. 21984-22014, 2022.

"SNARF: A Learning-Enhanced Range Filter," with K. Vaidya, S. Chatterjee, E. Knorr, S. Idreos, and T. Kraska. In *Proceedings of the VLDB Endowment*, 15(8):1632-1664, 2022.

"Proteus: A Self-Designing Range Filter," with E. Knorr, B. Lemaire, A. Lim, S. Luo, H. Zhang, and S. Idreos. In *Proceedings of the SIGMOD International Conference on Management of Data*, pp. 1670-1684, 2022.

"Designing Sensitive Viral Diagnostics with Machine Learning," with H. Metsky, N. Welch, P. Pillai, N. Haradhvala, L. Rumker, S. Mantena, Y. Zhang, D. Yang, C. Ackerman, J. Weller, P. Blainey, C. Myhrvold, and P. Sabeti. *Nature Biotechnology*, 2022.

"The Supermarket Model with Known and Predicted Service Times," with M. Dell'Amico. *IEEE Transactions on Parallel and Distributed Systems*, 2022.

"Uniform Bounds for Scheduling with Job Size Estimates," with Z. Scully and I. Grosof. In *Proceedings of 13th Innovations in Theoretical Computer Science Conference*, 114:1-114:30, 2022.

"DRIVE: One-bit Distributed Mean Estimation," with S. Vargaftik, R. Basat, A. Portnoy, G. Mendelson, and Y. Ben-Itzhak. In *Proceedings of the 34th Conference on Neural Information Processing Systems*, pp. 362-377,2021.

"Zero-CPU Collection with Direct Telemetry Access," with J. Langlet, R. Basat, S.S. Ramanathan, G. Oliaro, M. Yu, and G. Antichi. In *Proceedings of the Twentieth ACM Workshop on Hot Topics in Networks*, pp. 108-115, 2021.

"Gradient Disaggregation: Breaking Privacy in Federated Learning by Reconstructing the User Participant Matrix," with M. Lam, V. J. Reddi, D. Brooks, and G. Wei. In *Proceedings of the 38th International Conference on Machine Learning*, pp. 5959-5968, 2021.

"Putting the 'Learning' into Learning-Augmented Algorithms for Frequency Estimation," with E. Du and F. Wang. In *Proceedings of the 38th International Conference on Machine Learning*, pp. 2860-2869, 2021.

"Queues with Small Advice." In *Proceedings of the SIAM Conference on Applied and Computational Discrete Algorithms*, pp. 1-12, 2021.

"How to Send a Real Number Using a Single Bit (and Some Shared Randomness)," with R. Basat and S. Vargaftik. In *Proceedings of the 43rd International Colloquium on Automata, Languages, and Programming*, 25:1-25:20, 2021.

"SALSA: Self-Adjusting Lean Streaming Analytics," with R. Basat, G. Einzinger, and S. Vargaftik. In *The 37th IEEE International Conference on Data Engineering*, pp. 864-875, 2021.

"Partitioned Learned Bloom Filters," with K. Vaidya, E. Knorr, and T. Kraska. In *The Ninth International Conference on Learning Representations (ICLR)*, 2021.

"Improved Sublinear Time Algorithm for Longest Increasing Subsequence," with S. Seddighin. In *Proceedings of the ACM-SIAM Symposium on Discrete Algorithms*, pp. 1934-1947, 2021.

"DISCOvering the heavy hitters with disaggregated sketches," with V. Bruschi, R. Basat, Z. Liu, G. Antichi, and G. Bianchi. In *Proceedings of the 16th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 536-537, 2020.

"Detecting Routing Loops in the Data Plane," with J. Kucera, R. Basat, M. Kuka, G. Antichi, and M. Yu. In *Proceedings of the 16th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 466-473, 2020.

"Optimal Learning of Joint Alignments with a Faulty Oracle," with K. Larsen and C. Tsourakakis. In *Proceedings of ISIT*, pp.2492-2497, 2020.

"PINT: Probabilistic In-band Network Telemetry," with R. Basat, S. Ramanathan, Y. Li, G. Antichi, and M. Yu. In *Proceedings of ACM SIGCOMM*, pp. 662-680, 2020.

"Dynamic Algorithms for LIS and Distance to Monotonicity," with S. Seddighin. In *Proceedings of the 52nd Annual Symposium on Theory of Computing*, pp. 671-684, 2020.

"Clustering with a Faulty Oracle," with K. Larsen and C. Tsourakakis. In *Proceedings of the Web Conference*, pp. 2831-2834, 2020.

"Prophets, Secretaries, and Maximizing the Probability of Choosing the Best," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 23rd International Conference on Artificial Intelligence and Statistics*, pp. 3717-3727, 2020.

"Faster and More Accurate Measurement through Additive-Error Counters," with R. Basat, G. Einziger, and S. Vargaftik. In *Proceedings of IEEE INFOCOM*, pp. 1251-1260, 2020. o "Scheduling with Predictions and the Price of Misprediction." In *Proceedings of 11th Innovations in Theoretical Computer Science Conference*, 14:1-14:18, 2020.

"Equitability, Interval Estimation, and Statistical Power," with Y. Reshef, D. Reshef, and P. Sabeti. *Statistical Science*, (35)2:202-217, 2020.

"A Digital Fountain Retrospective," with J. Byers and M. Luby. *ACM SIGCOMM Computer Communication Review*, 49(5), pp. 82-85, 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing," with T. Morgan. In *Proceedings of the 38th Symposium on Principles of Database Systems*, pp. 164-181, 2019.

"Online Pandora's Boxes and Bandits," with H. Esfandiari, M. Hajiaghayi, and B. Lucier. In *Proceedings of the 33rd AAAI Conference on Artificial Intelligence*, pp. 1885-1892, 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." In *Proceedings of ANALCO*, pp. 127-134, 2019.

"A Bayesian Nonparametric View on Count-Min Sketch," with R. Adams and D. Cai. In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 8782-8791, 2018.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." In *Proceedings of the 31st Conference on Neural Information Processing Systems*, pp. 462-471, 2018.

"Metric Sublinear Algorithms via Linear Sampling," with H. Esfandiari. In *Proceedings of the 59th Annual IEEE Symposium on Foundations of Computer Science*, pp. 11-22, 2018.

"EMOMA: Exact Match in One Memory Access," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 30(11):2120-2133, 2018.

"Weightless: Lossy Weight Encoding for Deep Neural Network Compression," with B. Reagen, U. Gupta, R. Adolf, A. Rush, G. Wei, and D. Brooks. In *Proceedings of the 35th International Conference on Machine Learning*, pp. 4321-4330, 2018.

"Load Thresholds for Cuckoo Hashing with Double Hashing," with K. Panagiotou and S. Walzer. In *Proceedings of the 16th Scandinavian Symposium and Workshops on Algorithm Theory*, pp. 29:1-29:9, 2018.

"Joint Alignment From Pairwise Differences with a Noisy Oracle," with C. Tsourakakis. In *Proceedings of the 15th Workshop on Algorithms and Models for the Web Graph*, pp. 59-69, 2018. Journal version: *Internet Mathematics*, at https://doi.org/10.24166/im.06.2019, December 2020.

"Reconciling Graphs and Sets of Sets," with T. Morgan. In *Proceedings of the 37th Symposium on Principles of Database Systems*, pp. 33-47, 2018.

"Simulated Annealing for JPEG Quantization," with M. Hopkins and S. Wagner-Carena. In *Proceedings of the 2018 IEEE Data Compression Conference*, p. 414.

"Adaptive Cuckoo Filters," with S. Pontarelli and P. Reviriego. In *Proceedings of the ALENEX Conference*, pp. 36-47, 2018. Journal version: *ACM Journal of Experimental Algorithmics*, Article 1.1, March 2020.

"An Empirical Comparison of the Maximal and Total Information Coefficients to Leading Measures of Dependence," with D. Reshef, Y. Reshef, and P. Sabeti. *Annals of Applied Statistics*, 12(1):123-155, 2018.

"Simple Multi-Party Set Reconciliation," with R. Pagh. *Distributed Computing* 31(6):441-453, 2018.

"Technical Perspective: Building a Better Hash Function." *Communications of the ACM*, 60(7), p. 93, 2017.

"Compresso: Efficient Compression of Segmentation Data For Connectomics," with D. Haehn, F. Lekschas, B. Matejek, and H. Pfister. In *Proceedings of the 20th International Conference on Medical Image Computing and Computer Assisted Intervention*, pp. 781-788, 2017.

"Auditable Data Structures," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *Proceedings of the European Symposium on Security and Privacy*, pp. 285-300, 2017.

"2-3 Cuckoo Filters for Faster Triangle Listing and Set Intersection," with D. Eppstein, M. Goodrich, and M. Torres. In *Proceedings of the 36th Symposium on Principles of Database Systems*, pp. 247-260, 2017.

"Scalable motif-aware graph clustering," with C. Tsourakakis and J. Pachocki. In *Proceedings of the 26th International Conference on the World Wide Web*, pp. 1451-1460, 2017.

"Measuring Dependence Powerfully and Equitably," with Y. Reshef, D. Reshef, H. Finucane, and P. Sabeti. *Journal of Machine Learning Research*, 17(212):1-63, 2016.

"Quantized Random Projections and Non-Linear Estimation of Cosine Similarity," with P. Li and M. Slawski. In *Advances In Neural Information Processing Systems 29*, pp.2748-2756, 2016.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." In *Proceedings of the 54th Annual Allerton Conference on Communication, Control, and Computing*, pp. 312-318, 2016.

"Hardness of Peeling with Stashes," with V. Nathan. *Information Processing Letters*, 116(11), pp. 682-688, 2016.

"More Practical and Secure History-Independent Hash Tables," with M. Goodrich, E. Kornaropoulos, and R. Tamassia. In *European Symposium on Research in Computer Security*, pp. 20-38, 2016.

"Models and Algorithms for Graph Watermarking," with D. Eppstein, M. Goodrich, J. Lam, N. Mamano, and M. Torres. In *Proceedings of the Information Security Conference*, pp. 283-301, 2016.

"Better Bounds for Coalescing-Branching Random Walks on Graphs," with R. Rajaraman and S. Roche. In *Proceedings of the 28th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 313-323, 2016. Journal version: *ACM Transactions on Parallel Computing*, 5(1), 2:1-2:23, 2018.

"OMASS: One Memory Access Set Separation," with S. Pontarelli and P. Reviriego. *IEEE Transactions on Knowledge and Data Engineering*, 28(7):1940-1943, 2016.

"Voronoi Choice Games", with M. Boppana, R. Hod, and T. Morgan. In *Proceedings of 43rd International Colloquium on Automata, Languages, and Programming*, 23:1-23:13, 2016.

"Space Lower Bounds for Itemset Frequency Sketches," with E. Liberty, J. Thaler, and J. Ullman. In *Proceedings of the 35th Symposium on Principles of Database Systems*, pp. 441-454, 2016.

"Technical Perspective: Catching Lies (and Mistakes) in Offloaded Computation," with J. Thaler. *Communications of the ACM*, 59(2), p. 102, 2016.

"A New Approach to Analyzing Robin Hood Hashing." In *Proceedings of ANALCO*, pp. 10-24, 2016.

"More Analysis of Double Hashing for Balanced Allocations." In *Proceedings of ANALCO*, pp. 1-9, 2016.

"Theory Without Experiments: Have We Gone Too Far?" *Communications of the ACM*, 58(9), pp. 40-42, 2015.

"Scaling Up Clustered Network Appliances with XBricks," with D. Zhou, B. Fan, H. Lim, R. Wang, M. Kaminsky, D. Andersen, and A. Singh. In *Proceedings of ACM SIGCOMM*, 2015.

"Scalable Large Near-Clique Detection in Large-Scale Networks via Sampling," with J. Pachocki, R. Peng, C. Tsourakakis, and S. Chen Xu. In *Proceedings of the 21st ACM SIGKDD Conference on Knowledge Discovery and Data Mining*, 2015.

"Repeated Deletion Channels," with B. Haeupler. In *Proceedings of the IEEE Information Theory Workshop*, pp. 152-156, 2014.

"Multi-Party Set Reconciliation Using Characteristic Polynomials," with A. Boral. In *Proceedings of the 52nd Annual Allerton Conference on Communication, Control, and Computing*, pp. 1182-1187, 2014.

"Cleaning Up the Record on the Maximal Information Coefficent and Equitability," with D. Reshef, Y. Reshef, and P. Sabeti. *Proceedings of the National Academy of Sciences* 111(33):E3362-3, 2014.

"Cuckoo Filter: Practically Better than Bloom," with B. Fan, D.G. Andersen, and M. Kaminsky. In *Proceedings of the 10th International Conference on Emerging Networks Experiments and Technologies (CoNEXT)*, pp. 75-88, 2014.

"Coding for Random Projections," with P. Li and A. Shrivastava. In *Proceedings of the 31st International Conference on Machine Learning (ICML)*, pp. 676–684, 2014.

"Balanced Allocations and Double Hashing." In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 331-342, 2014.

"Parallel Peeling Algorithms," with J. Jiang and J. Thaler. In *Proceedings of the 26th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 319-330, 2014. Journal version: *ACM Transactions on Parallel Computing*, 3(1), 7, 2016.

"Wear Minimization for Cuckoo Hashing: How Not to Throw a Lot of Eggs into One Basket", with D. Eppstein, M. Goodrich, and P. Pszona. In *Proceedings of the 13th International Symposium on Experimental Algorithms*, pp. 162-173, 2014.

"Efficient Estimation for High Similarities using Odd Sketches," with R. Pagh and N. Pham. In *Proceedings of the 23rd International Conference on the World Wide Web*, pp. 109-118, 2014.

"Improving the Performance of Invertible Bloom Lookup Tables," with S. Pontarelli and P. Reviriego. *Information Processing Letters*, 114(4), pp. 185-191, 2014.

"Special Section on the Forty-First Annual ACM Symposium on Theory of Computing (STOC 2009)," with N. Immorlica, J. Katz, R. Servedio, and C. Umans. *SIAM Journal on Computing*, 41(6):1591-1592, 2012.

"The Daily Deals Marketplace: Empirical Observations and Managerial Implications," with J. Byers and G. Zervas. *AC SIGecom Exchanges*, 11(2):29-31, 2012.

"Peeling Arguments and Double Hashing," with J. Thaler. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1118-1125, 2012.

"The Complexity of Object Reconciliation, and Open Problems Related to Set Difference and Coding," with G. Varghese. In *Proceedings of the 50th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1126-1132, 2012.

"Cache-Oblivious Dictionaries and Multimaps with Negligible Failure Probability," with M. Goodrich, D. Hirschberg, and J. Thaler. In *Proceedings of the First Mediterranean Conference on Algorithms*, pp. 203-218, 2012.

"An Economic Analysis of User-Privacy Options in Ad-Supported Services," with J. Feigenbaum and G. Zervas. In *Proceedings of the 8th Workshop on Internet and Network Economics*, pp. 30-43, 2012.

"Verifiable Computation with Massively Parallel Interactive Proofs," with H. Pfister, M. Roberts, and J. Thaler. In *Proceedings of the USENIX HotCloud Workshop, 2012.*

"Biff (Bloom Filter) Codes: Fast Error Correction for Large Data Sets," with G. Varghese. In *Proceedings of the International Symposium on Information Theory*, pp. 483-487, 2012.

"Continuous Time Channels with Interference," with I. Ivan, J. Thaler, and H. Yuen. In *Proceedings of the International Symposium on Information Theory*, pp. 860-864, 2012.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 248-265, 2012.

"Anonymous Card Shuffling and Its Applications to Parallel Mixnets," with M. Goodrich. In *Proceedings of 39th International Colloquium on Automata, Languages, and Programming*, pp. 549-560, 2012.

"Chernoff-Hoeffding Bounds for Markov Chains: Generalized and Simplified," with K. Chung, H. Lam, and Z. Liu. In *Proceedings of the 29th International Symposium on Theoretical Aspects of Computer Science*, pp. 124-135, 2012.

"Practical oblivious storage," with M. Goodrich, O. Ohrimenko and R. Tamassia. In *Proceedings of the Second ACM Conference on Data and Application Security and Privacy*, pp. 13-24, 2012.

"Hierarchical Heavy Hitters with the Space Saving Algorithm," T. Steinke and J. Thaler. In *Proceedings of 2012 Meeting on Algorithm Engineering and Experiments*, pp. 160-174.

"Daily Deals: Prediction, Social Diffusion, and Reputational Ramifications," with J. Byers and G. Zervas. In *Proceedings of the 5th International Conference on Web Search and Web Data Mining*, pp. 543-552, 2012.

"Practical Verified Computation with Streaming Interactive Proofs," with G. Cormode and J. Thaler. In *Proceedings of Innovations in Theoretical Computer Science*, pp. 90-112, 2012.

"Information Dissemination via Random Walks in $d$-Dimensional Space," with H. Lam, Z. Liu, X. Sun, and Y. Wang. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1612-1622, 2012.

"Privacy-Preserving Group Data Access via Stateless Oblivious RAM Simulation," with M.Goodrich and R. Tamassia. In *Proceedings of the 23rd Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 157-167, 2012.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Itemsets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. *Journal of the ACM*, 59(3), 2012.

"Detecting Novel Associations in Large Datasets," with D. Reshef, Y. Reshef, H. Finucane, S. Grossman, G. McVean, P. Turnbaugh, E. Lander, and P. Sabeti. *Science*, Vol. 3004, No. 6602, pp. 1518-1524, December 2011.

"External-Memory Multimaps," with E. Angelino, M. Goodrich, and J. Thaler. In *Proceedings of the 22nd International Symposium on Algorithms and Computation*, pp. 384-394, 2011. Journal version: *Algorithmica*, 67(1), pp. 23-48, 2013.

"Brief announcement: large-scale multimaps," with M. Goodrich. In *Proceedings of the 23rd ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 259-260, 2011.

"Oblivious RAM Simulation with Efficient Worst-Case Access Overhead," with M. Goodrich, O. Ohrimenko, and R. Tamassia. In *Proceedings of 3rd ACM Cloud Computing Workshop*, pp. 95-100.

"Invertible Bloom Lookup Tables," with M. Goodrich. In *Proceedings of the 49th Annual Allerton Conference on Communication, Control, and Computing*, pp. 792-799, 2011.

"Cuckoo Hashing with Pages," with M. Dietzfelbinger and M. Rink. In *Proceedings of the 19th Annual Europeans Symposium on Algorithms*, pp. 615-627, 2011.

"Network Coding Meets TCP: Theory and Implementation," with J.K. Sundararajan, D. Shah, M. Medard, S. Jakubczak, and J. Barros. *Proceedings of the IEEE*, 99(3), pp. 490-510, 2011.

"Privacy-Preserving Access of Outsourced Data via Oblivious RAM Simulation," with M. Goodrich. In *Proceedings of 38th International Colloquium on Automata, Languages, and Programming*, pp. 576-587, 2011.

"Graption: A Graph-based P2P Traffic Classification Framework for the Internet Backbone," with M. Iliofotou, H. Kim, M. Faloutsos, P. Pappu, and G. Varghese. *Computer Networks*, 55(8), pp. 1909-1920, 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels," with I. Kash, J. Thaler, J. Ullman. In *Proceedings of the Information Theory and Applications Workshop*, pp. 1-5, 2011.

"Heapable Sequences and Subsequences," with J. Byers, B. Heeringa, and G. Zervas. In *Proceedings of ANALCO, pp. 33-44, 2011.*

"An Introduction to Human Guided Search." *ACM Crossroads*, 17(2):34-35, 2010.

"Popularity is Everything: A New Approach to Protecting Passwords from Statistical Guessing Attacks," with S. Schechter and C. Herley. In *Proceedings of the 5th Usenix Workshop on Hot Topics in Security*, pp. 1-8, 2010.

"Streaming Graph Computations with a Helpful Advisor," with G. Cormode and J. Thaler. In *Proceedings of the European Symposium on Algorithms*, pp. 231-242, 2010. Journal version: *Algorithmica*, 65(2), pp. 409-442, 2013.

"Tight Thresholds for Cuckoo Hashing via XORSAT," with M. Dietzfelbinger, A. Goerdt, A. Montanari, R. Pagh, and M. Rink. In *Proceedings of 37th International Colloquium on Automata, Languages, and Programming*, pp. 213-225, 2010.

"Local cluster aggregation models of explosive percolation," with R.M. D'Souza. *Physical Review Letters*, 14(19), p. 104-107, 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities," with A. Kalai and M. Sudan. In *Proceedings of the International Symposium on Information Theory*, pp. 997-1001, 2010.

"An Improved Analysis of the Lossy Difference Aggregator," with H. Finucane. *Computer Communication Review*, 40(2), pp. 4-11, 2010.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank," with J. Byers and G. Zervas. In *Proceedings of the ACM Conference on Electronic Commerce*, pp. 1-12, 2010.

"Carousel: Scalable Logging for Intrusion Prevention Systems", with T. Lam and G. Varghese. In *Proceedings of NSDI 2010*, pp. 361-376.

"AMS Without 4-Wise Independence on Product Domains," with V. Braverman, K. Chung, Z. Liu, and R. Ostrovsky. In *Proceedings of the 27th International Symposium on Theoretical Aspects of Computer Science*, pp. 119-130, 2010.

"Adaptive Weighing Designs for Keyword Value Computation," with J. Byers and G. Zervas. In *Proceedings of the Third International Conference on Web Search and Web Data Mining* pp. 331-340, 2010.

"Human-guided search," with G. Klau, N. Lesh, and J. Marks. *Journal of Heuristics*, 16(3), pp. 289-310, 2010.

"Real-Time Parallel Hashing on the GPU," with D. Alcantara, A. Sharf, F. Abbasinejad, S. Sengupta, J. Owens, and N. Amenta. *ACM Transactions on Graphics*, 28(5), p. 154, 2009.

"Exploiting Dynamicity in Graph-based Traffic Analysis: Techniques and Applications," with M. Iliofotou and M. Faloutsos. In *Proceedings of ACM Co-NEXT*, pp. 241-252, 2009.

"An Analysis of Random-Walk Cuckoo Hashing," with A. Frieze and P. Mellsted. In *Proceedings of 2009 APPROX-RANDOM*, pp. 490-503, 2009. Journal version: *SIAM Journal on Computing*, 40(2), pp. 291-308, 2011.

"Some Open Questions Related to Cuckoo Hashing." In *Proceedings of the 17th Annual European Symposium on Algorithms*, pp. 1-10, 2009.

"On Compressing Social Networks,", with F. Chierichetti, R. Kumar, S. Lattanzi, A. Panconesi, and P. Raghavan. In *Proceedings of the 15th ACM SIGKDD Int'l Conference on Knowledge Discovery and Data Mining*, pp. 219-228, 2009.

"An Efficient Rigorous Approach for Identifying Statistically Significant Frequent Itemsets," with A. Kirsch, A. Pietracaprina, G. Pucci, E. Upfal, and F. Vandin. In *Proceedings of the 28th Symposium on Principles of Database Systems*, pp. 117-126, 2009.

"Using the Power of Two Choices to Improve Bloom Filters," with Steven Lumetta. *Internet Mathematics*, vol. 4. no. 1, pp. 17-33, 2009.

"Network coding meets TCP," with J. Sundararajan, D. Shah, M. Medard, and J. Barros. In *Proceedings of IEEE INFOCOM*, pp. 280-288, 2009.

"An Economically Principled Generative Model of AS Graph Connectivity," with J. Corbo, S. Jain, and D. Parkes. In *Proceedings of IEEE INFOCOM (Mini-conference), pp. 2941-2945, 2009.*

"Designing floating codes for expected performance," with H. Finucane and Z. Liu. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, 2008. Journal version (with F. Chierichetti, H. Finucane, and Z. Liu): *IEEE Transactions on Information Theory*, vol 56, Issue 3, pp. 968-978, 2010.

"On the performance of multiple choice hash tables with moves on deletions and inserts," with A. Kirsch. In *Proceedings of the 46th Annual Allerton Conference on Communication, Control, and Computing*, pp. 1284-1290, 2008.

"More Robust Hashing: Cuckoo Hashing with a Stash," with A. Kirsch and U. Wieder. In *Proceedings of the 16th Annual European Symposium on Algorithms*, pp. 611-622, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1543-1561, 2009.

"A survey of results for deletion channels and related synchronization channels." In *Proceedings of the 2008 Scandinavian Workshop on Algorithm Theory*, pp. 1-3, 2008. Journal version: "New Results and Open Problem for Channels with Synchronization." *Probability Surveys*, 2009.

"The Power of One Move: Hashing Schemes for Hardware," with A. Kirsch. In *Proceedings of IEEE INFOCOM*, pp. 106-110, 2008. Journal version: *IEEE/ACM Transactions on Networking*, 18(6):1752-1765, 2010.

"Distributed Beamforming with Binary Signaling," with M. Johnson and K. Ramchandran. In *Proceedings of the 2008 Int'l Symposium on Information Theory (ISIT)*, pp. 890-894, 2008.

"The Hiring Problem and Lake Wobegon Strategies," with A. Broder, A. Kirsch, R. Kumar, E. Upfal, and S. Vassilvitskii. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 1184-1193, 2008. Journal version: *SIAM Journal on Computing*, 39(4), pp. 1233-1255, 2009.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream," with S. Vadhan. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 746-755, 2008. Journal version: with K. Chung and S. Vadhan. *Theory of Computing*, 9, pp. 897-945-1255, 2013.

"Trace reconstruction with constant deletion probability and related results," with T. Holenstein, R. Panigrahy, and U. Wieder. In *Proceedings of the 14th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 389-398, 2008.

"Capacity bounds for sticky channels." *IEEE Transactions on Information Theory*, vol 54, Issue 1, pp. 72-77, 2008.

"Network Monitoring Using Traffic Dispersion Graphs," with M. Iliofotou, P. Pappu, G. Varghese, M. Faloutsos, and S. Singh. In *Proceedings of the 7th ACM SIGCOMM Conference on Internet Measurement*, pp. 315-320, 2007.

"HEXA: Compact Data Structures for Faster Packet Processing," with S. Kumar, J. Turner, and P. Crowley. In *Proceedings of the IEEE International Conference on Network Protocols*, pp. 246-255, 2007.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware," with A. Kirsch and M. Mitzenmacher. In *Proceedings of the 45th Annual Allerton Conference on Communication, Control, and Computing*, 2007.

"Improved lower bounds for the capacity of i.i.d. deletion and duplication channels, with E. Drinea. *IEEE Transactions on Information Theory*, vol 53, Issue 8, pp. 2693-2714, 2007.

"Wired Geometric Routing," with J. Ledlie, P. Pietzuch, and M. Seltzer. In *Proceedings of the 6th International Workshop on Peer-to-Peer Systems (IPTPS)*, 2007.

"Capacity Upper Bounds for Deletion Channels," with S. Diggavi and H. Pfister. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 1716-1720, 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors," with Z. Liu. In *Proceedings of the 2007 Int'l Symposium on Information Theory (ISIT)*, pp. 846-850, 2007. Journal version: *IEEE Transactions on Information Theory*, vol 56, Issue 1, pp. 224-232, 2010.

"Towards a theory of networked computation : Executive Summary," with J. Feigenbaum. *ACM SIGACT News*, (4):22-26, 2006.

"Bloom Filters via d-Left Hashing and Dynamic Bit Reassignment," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the Allerton Conference*, pp. 877-883, 2006.

"Beyond Bloom Filters: From Approximate Membership Checks to Approximate State Machines," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of ACM SIGCOMM*, pp. 315-326, 2006.

"An Improved Construction for Counting Bloom Filters," with F. Bonomi, R. Panigrahy, S. Singh, and G. Varghese. In *Proceedings of the European Symposium on Algorithms*, pp. 684-695, 2006.

"Less Hashing, Same Performance: Building A Better Bloom Filter," with A. Kirsch. In *Proceedings of the European Symposium on Algorithms*, pp. 456-467, 2006. Journal version: *Random Structures and Algorithms*, 33(2), pp. 187-218, 2008.

"Stochastic Shortest Paths via Quasi-Convex Maximization," with M. Brand, J. Kelner, and E. Nikolova. In *Proceedings of the European Symposium on Algorithms*, pp. 552-563, 2006.

"Polynomial Time Low-Density Parity-Check Codes with Rates Very Close to the Capacity of the $q$-ary Random Deletion Channel for Large $q$." *IEEE Transactions on Information Theory*, vol 52, Issue 12, pp. 5496-5501, 2006.

"A Simple Lower Bound for the Capacity of the Deletion Channel," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4657-4660, 2006.

"On Lower Bounds for the Capacity of Deletion Channels," with E. Drinea. *IEEE Transactions on Information Theory*, vol 52, Issue 10, pp. 4648-4657, 2006.

" On the Theory and Practice of Data Recovery with Multiple Versions." In *Proceedings of the International Symposium on Information Theory*, pp. 982-986, 2006.

"Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. *IEEE/ACM Transactions on Networking, 14:1*, pp. 81-93, 2006.

"Distance-Sensitive Bloom Filters," with A. Kirsch. In *Proceedings of the ALENEX Conference*, pp. 41-50, 2006.

"BubbleSearch: A Simple Heuristic for Improving Priority-Based Greedy Algorithms," with N. Lesh. *Information Processing Letters*, 97(4), pp. 161-169, 2006.

"Network-Aware Overlays with Network Coordinates," with P. Pietzuch, J. Ledlie, and M. Seltzer. In *Proceedings of the International Workshop on Dynamic Distributed Systems*, 2006.

"Editorial: The Future of Power Law Research." *Internet Mathematics*, vol. 2. no. 4, pp. 525-534, 2006.

"X-Tolerant Test Response Compaction," with S. Mitra, S. Lumetta, and N. Patil. *IEEE Design and Test of Computers*, vol. 22, no. 6, pp. 566-574, Nov/Dec 2005.

"Privacy preserving keyword searches on remote encrypted data," with Y.-C. Chang. In *Proceedings of the Third Intl. Conference on Applied Cryptography and Network Security*, pp. 442-455, 2005.

"Simple Summaries for Multiple Choice Hashing," with A. Kirsch. In *Proceedings of the 43rd Annual Allerton Conference on Communication, Control, and Computing*, 2005. Journal version: *IEEE/ACM Transactions on Networking*: 16(1), pp. 218-231, 2008.

"A case study in large-scale interactive optimization," with M. Chimani, N. Lesh, and C. Sidner. In *Proceedings of Artificial Intelligence and Applications 2005*, pp. 24-29.

"New heuristic and interactive approaches to 2D rectangular strip packing," with N. Lesh, A. McMahon, and J. Marks. *ACM Journal of Experimental Algorithms*, 10, 2005.

"Multidimensional Balanced Allocations," with A. Broder. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 195-196, 2005.

"Digital Fountains: A Survey and Look Forward." 2004 Information Theory Workshop.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels," with E. Drinea. In *Proceedings of the 42nd Annual Allerton Conference on Communication, Control, and Computing*, 2004.

"Improved Lower Bounds on the Capacity of Deletion Channels," with E. Drinea. In *Proceedings of the 2004 IEEE International Symposium on Information Theory.*

"Geometric Generalizations of the Power of Two Choices," with J. Byers and J. Considine. In *Proceedings of the 16th ACM Symposium on Parallel Algorithms and Architectures (SPAA)*, pp. 54-63, 2004.

"Interactive Data Summarizaton: An Example Application," with N. Lesh. In *Proceedings of the 2004 Workshop on Advanced Visual Interfaces*, pp. 183-187.

"On Power Law Distributions for Monkeys Typing Randomly: The Case of Unequal Probabilities," with B. Conrad. *IEEE Transactions on Information Theory*, 50:7, pp. 1403-1414, 2004.

"Dynamic Models for File Sizes and Double Pareto Distributions." *Internet Mathematics*, 1(3):305-334, 2003.

"A Scaling Result for Explosive Processes," with R. Oliveira and J. Spencer. *Electronic Journal of Combinatorics*, 11(1), R31, 2004.

"An Exhaustive Approach to 2D Strip Packing," with N. Lesh, A. McMahon, and J. Marks. *Information Processing Letters*, 90(1), pp. 7-14, 2004.

"New Models and Methods for File Size Distributions," with B. Tworetzky. In *Proceedings of the 41st Annual Allerton Conference on Communication, Control, and Computing*, pp. 603-612, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, and X. Ma. *IEEE Transactions on Information Theory*, 49:7, pp. 1636-1652, 2003.

"The Power Spectra of Good Codes for Partial Response Channels," with A. Kavcic and X. Ma. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 45.

"Concatenated Codes for Deletion Channels," with J. Chen, C. Ng, and N. Varnica. In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 218.

"Verification Codes for Deletion Channels." In *Proceedings of the 2003 IEEE International Symposium on Information Theory*, p. 217.

"Estimating and Comparing Entropies Across Written Natural Languages Using PPM Compression," with F. Behr, V. Fossum, and D. Xiao. In *Proceedings of the 2003 IEEE Data Compression Conference*, p. 416.

"Simple Load Balancing for Distributed Hash Tables," with J. Byers, and J. Considine. Appears in the 2nd International Workshop on Peer-to-Peer Systems (IPTPS), pp. 80-87, 2003.

"A Complete and Effective Move Set for Simplified Protein Folding," with N. Lesh, and S. Whitesides. In *Proceedings of the 7th Annual International Conference on Research in Computational Molecular Biology*, pp 188-195, 2003.

"Network Applications of Bloom Filters: A Survey," with A. Broder. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 636-646, 2002. Journal version: *Internet Mathematics*, 1(4):485-509, 2003.

"Verification Codes," with M. Luby. In *Proceedings of the 40th Annual Allerton Conference on Communication, Control, and Computing*, pp. 38-47, 2002. Journal version: *IEEE Transactions on Information Theory*: 51(1), pp. 120-127, 2005.

"Balls and Bins with Memory," with B. Prabhakar and D. Shah. In *Proceedings of the 43rd Annual IEEE Symposium on Foundations of Computer Science*, pp. 799-808, 2002.

"Informed Content Delivery Across Adaptive Overlay Networks," with J. Byers, J. Considine, and S. Rost. In *Proceedings of ACM SIGCOMM '02*, available as *Computer Communications Review*, vol. 32:4, pp. 47-60, 2002. Journal version: *IEEE/ACM Transactions on Networking*, 12:5, pp. 767-780, 2004.

"Optimal Plans for Aggregation," with A. Broder. In *Proceedings of the 21st Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-152, 2002.

"Human-Guided Tabu Search," with G. Klau, N. Lesh, and J. Marks. In *Proceedings of the 18th National Conference on Artificial Intelligence*, pp. 41-47, 2002.

"The HuGS Platform: A Toolkit for Interactive Optimization," with G. Klau, N. Lesh, J. Marks, and G. Schafer. In *Proceedings of the Workshop on Advanced Visual Interfaces*, pp. 324-330, 2002.

"Exact Sampling of TCP Window States," with A. Goel. In *Proceedings of IEEE INFOCOM*, pp. 259-265, 2002.

"Balls and Bins Models with Feedback," with E. Drinea and A. Frieze. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 308-315, 2002.

"A Brief History of Lognormal and Power Law Distributions." In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 182-191, 2001. Journal version: *Internet Mathematics*, 1(2):226-251, 2003.

"Capacity Approaching Signal Constellations for Channels with Memory," with A. Kavčić, X. Ma, and N. Varnica. In *Proceedings of the 39th Annual Allerton Conference on Communication, Control, and Computing*, pp. 311-320, 2001.

"Compressed Bloom Filters." In *Proceedings of the 20th Annual ACM Symposium on Principles of Distributed Computing*, pp. 144-150, 2001. Journal version: *IEEE/ACM Transactions on Networks*, 10:5, pp. 613-620, October 2002.

"Towards More Completed Models of TCP Throughput," with R. Rajaraman. *Journal of Supercomputing*, 20(2), pp. 137-160, September 2001.

"Deriving Performance Bounds for ISI Channels Using Gallager Codes," with A. Kavčić, B. Marcus, and B. Wilson. In *Proceedings of the 2001 International Symposium on Information Theory*, p. 345, 2001.

"Toward Compressing Web Graphs," with M. Adler. In *Proceedings of the 2001 Data Compression Conference*, pp. 203-212, 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." In *Proceedings of the 2001 Data Compression Conference*, pp. 411-418, 2001. Journal version: *IEEE Transactions on Information Theory*, 50:7, pp. 1536-1539, 2004.

"Fine-Grained Layered Multicast," with J. Byers and M. Luby. In *Proceedings of IEEE INFOCOM 2001*, pp. 1143-1151, 2001. Journal version: "Fine-Grained Layered Multicast with STAIR," with J. Byers, Gu-In Kwon, and M. Luby. To appear in *IEEE/ACM Transactions on Networking.*

"Using Multiple Hash Functions to Improve IP Lookups," with A. Broder. In *Proceedings of IEEE INFOCOM 2001*, pp. 1454-1463, 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks," with J. Boyan. In *Proceedings of the 12th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 895-902, 2001.

"Estimating Resemblance of MIDI Documents," with S. Owen. In *Proceedings of the 3rd Workshop on Algorithm Engineering and Experiments*, available as *Lecture Notes in Computer Science 2153*, pp. 78-90, 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions," with Claire Kenyon. In *Proceedings of the 41st Annual IEEE Symposium on Foundations of Computer Science*, pp. 582-589, 2000. Journal version: invited to special issue of *Random Structures and Algorithms*, 20(3), pp. 441-464, 2002.

"FLID/DL: Congestion Control for Layered Multicast," with J. Byers, M. Frumin, G. Horn, M. Luby, A. Roetter, and W. Shaver. In *Proceedings of the 2nd International Workshop on Networked Group Communication (NGC 2000)*, pp. 71-81, 2000. Journal version: with J. Byers, G. Horn, M. Luby, and W. Shaver. *IEEE Journal on Selected Areas in Communications*, 20:8, pp. 1558-1570, October 2002.

"On Near-Uniform URL Sampling," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Ninth International World Wide Web Conference*, pp. 295-308, 2000.

"An Extension of Path Coupling and Its Application to the Glauber Dynamics for Path Coupling," with M. Dyer, L. Goldberg, C. Greenhill, and M. Jerrum. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 616-623, 2000. Journal version: *SIAM Journal on Computing*, 30(6), pp. 1962-1975, 2001.

"Improved Classification via Connectivity Information," with A. Broder and R. Krauthgamer. In *Proceedings of the 11th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 576-585, 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved," with B. Vöcking. In *Proceedings of the 37th Annual Allerton Conference on Communication, Control, and Computing*, pp. 326-327, 1999. Extended version appears as a chapter in *Analytic Methods in Applied Probability: In Memory of Fridrikh Karpelevich*, American Mathematical Society, pp. 165-176, 2002.

"Completeness and Robustness Properties of Min-Wise Independent Permutations," with A. Broder. In *Proceedings of Random '99*, available as *Lecture Notes in Computer Science 1671*, pp. 1-10, 1999. Journal version: *Random Structures and Algorithms*, 18(1), pp. 18-30, January 2001.

"Measuring Index Quality Using Random Walks on the Web," with M. Henzinger, A. Heydon, and M. Najork. In *Proceedings of the Eighth International World Wide Web Conference*, pp. 213-225, Elsevier Science, 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times," with E. Gafni. In *Proceedings of the 18th Annual ACM Symposium on Principles of Distributed Computing*, pp. 13-21, 1999. Journal version: *SIAM Journal on Computing*, 31:3, pp. 816-837, 2001.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads," with J. Byers and M. Luby. In *Proceedings of the 18th Annual Joint Conference of the IEEE Computer and Communications Societies (INFOCOM '99)*, pp. 275-284, 1999.

"Unscrambling Address Lines (Abstract)," with A. Broder and L. Moll. In *Proceedings of the 10th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 870-871, 1999.

"A Derandomization Using Min-Wise Independent Permutations," with A. Broder and M. Charikar. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 15-24, October 1998. Journal version: *Journal of Discrete Algorithms*, 1:1, pp. 11-20, 2003.

"On Balls and Bins with Deletions," with R. Cole, A. Frieze, B. M. Maggs, A. W. Richa, R. Sitaraman, and E. Upfal. In *Proceedings of Random '98*, available as *Lecture Notes in Computer Science 1518*, pp. 145-158, October 1998.

"Studying Balanced Allocations with Differential Equations." *Combinatorics, Probability, and Computing*, vol. 8, pp. 473-482, 1999.

"Delayed Information and Action in On-Line Algorithms," with S. Albers and M. Charikar. In *Proceedings of the 39th Annual IEEE Symposium on Foundations of Computer Science (FOCS-98)*, pp. 71-80, November 1998. Journal version: *Information and Computation*, 170, pp. 135-152, 2001.

"A Digital Fountain Approach to the Reliable Distribution of Bulk Data," with John Byers, Michael Luby, and Ashu Rege. In *Proceedings of ACM SIGCOMM '98*, available as *Computer Communications Review*, vol. 28:4, pp. 56-67, 1998. Journal version: *IEEE Journal on Selected Areas in Communication*, 20:8, pp. 1528-1540, October 2002.

"Analyses of Load Stealing Models Using Differential Equations." In *Proceedings of the 10th Annual ACM Symposium on Parallel Algorithms and Architectures*, pp. 212-221, 1998. Journal version: *Theory of Computing Systems*, 34:1, pp. 77-98, January 2001.

"Load Adaptive Routing on Butterfly Networks," with R. Cole, B. Maggs, F. Meyer auf der Heide, A. Richa, K. Schröder, R. Sitaraman, and B. Vöcking. In *Proceedings of the*

*30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 378-388, ACM Press, May 23-26, 1998.

"Min-Wise Independent Permutations," with Andrei Broder, Moses Charikar, and Alan Frieze. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 327-336, ACM Press, May 23-26, 1998. Journal version: *Journal of Computer and System Sciences*, 60(3), pp. 630-659, 2000.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 30th Annual ACM Symposium on Theory of Computing (STOC-98)*, pp. 249-258, ACM Press, May 23-26, 1998.

"Improved Low Density Parity Check Codes Using Irregular Graphs and Belief Propagation," with Michael Luby, Amin Shokrollahi, and Dan Spielman. In *Proceedings of the 1998 International Symposium on Information Theory.* Extended version available as Compaq Systems Research Center Technical Note 1998-009. Journal version: "Improved Low Density Parity Check Codes Using Irregular Graphs," *IEEE Transactions on Information Theory*, 47(2), pp. 585-598, 2001.

"Analysis of Random Processes via And-Or Tree Evaluation," with Michael Luby and Amin Shokrollahi. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 364-373, 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing," with Susanne Albers. In *Proceedings of the 9th Annual ACM-SIAM Symposium on Discrete Algorithms*, pp. 290-299, 1998. Journal version: *Random Structures and Algorithms*, 16(3), pp. 240-259, 2000.

"How Useful is Old Information?" In *Proceedings of the 16th ACM Symposium on Principles of Distributed Computing*, pp. 83-91, 1997. Journal version: *IEEE Transactions on Parallel and Distributed Systems*, 11:1, pp. 6-20, January 2000.

"Revisiting the COUNTER Algorithms for List Update," with Susanne Albers. *Inf. Proc. Letters*, 64, pp. 155-160, 1997.

"Practical Loss-Resilient Codes," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. In *Proceedings of the 29th ACM Symposium on the Theory of Computing*, pp. 150-159, 1997. Journal version: "Efficient Erasure Correcting Codes," with Michael Luby, Amin Shokrollahi, and Dan Spielman. *IEEE Transactions on Information Theory*, 47(2), pp 569-584, 2001.

"On the Analysis of Randomized Load Balancing Schemes." In *Proceedings of the 9th ACM Symposium on Parallel Algorithms and Architectures*, pp. 292-301, 1997. Journal version: special conference issue of *Theory of Computing Systems*, vol. 32, pp. 361-386, 1999.

"Load Balancing and Density Dependent Jump Markov Processes." In *Proceedings of the 37th Annual Symposium on Foundations of Computer Science*, pp. 213-222, 1996. Journal version: "The Power of Two Choices in Randomized Load Balancing'.' *IEEE Transactions on Parallel and Distributed Computing*, 12(10), pp. 1094-1104, 2001.

"Designing Stimulating Programming Assignments for an Algorithms Course: A Collection of Problems Based on Random Graphs." In *SIGCSE Bulletin*, 28:3, pp. 29-36, September 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." In *Proceedings of the 8th ACM Symposium on Parallel Algorithms and Architectures*, pp. 162-169, 1996. Journal version: *Distributed Computing* vol. 10:4, 1997, pp. 189-197.

"Average Case Analyses of List Update Algorithms, with Applications to Data Compression," with Susanne Albers. In *Proceedings of the 1996 International Colloquium on Automata, Languages, and Programming*, pp. 514-525. Journal version: *Algorithmica*, vol. 21:3, 1998, pp. 312-329.

"Pattern-based Compression of Text Images," with Andrei Broder. In *1996 Data Compression Conference*, pp. 300-309.

"Parallel Randomized Load Balancing," with Micah Adler, Soumen Chakrabarti, and Lars Rasmussen. In *Proceedings of the 27th ACM Symposium on the Theory of Computing*, pp. 238-247, 1995. Journal version: *Random Structures and Algorithms*, vol. 13:2, September 1998, pp. 159-188.

"Bounds on the Greedy Routing Algorithm in Array Networks." In *Proceedings of the 6th ACM Symposium on Parallel Algorithms and Architectures*, pp. 346-353, 1994. Journal version: special conference issue of the *Journal of Computer and System Sciences* vol. 53:3, December 1996, pp. 317-327.

"Computational Complexity of Loss Networks," with Graham Louth and Frank Kelly. *Theoretical Computer Science*, vol. 125, May 1994, pp. 45-59.

**Other Publications**

"Use of popularity information to reduce risk posed by guessing attacks", with Stuart Schechter and Cormac Herley. US Patent 08959644. Issued 2/17/2015.

"Method and apparatus providing network coding based flow control", with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08526451. Issued 9/3/2013.

"Method and apparatus providing network coding based flow control", with Jay Kumar Sundararajan, Devavrat Shah, Muriel Medard, Joao Barros, and Szymon Jakubczak. US Patent 08130776. Issued 3/6/2012.

"Method for finding optimal paths using a stochastic network model," with Evdokia Nikolova and Matthew Brand. US Patent 07573866. Issued 8/11/2009.

"Ranking search engine results," with Monika Henzinger. US Patent 07541388. Issued 11/11/2008.

"Distributed, compressed Bloom filter Web cache server." US Patent 06920477. Issued 7/19/2005.

"Method for packing rectangular strips," with Neal Lesh and Joe Marks. US Patent 06832129. Issued 12/14/2004.

"System and method for near-uniform sampling of web page addresses," with Monika Henzinger, Allan Heydon, and Marc Najork. US Patent 06594694. Issued 7/15/2003.

"On demand encoding with a window," with Michael Luby, Gavin Horn, Jeffrey Persch, John Byers, and Armin Haken. US Patent 06486803. Issued 11/26/2002.

"Generating high weight encoding symbols using a basis," with Armin Haken, Michael Luby, Gavin Horn, Diane Hernek, and John Byers. US Patent 06411223. Issued 6/25/2002.

"Space-efficient multi-cycle barrel shifter circuit," with Laurent Moll. US Patent 06314156. Issued 11/6/2001.

"Method for determining a random permutation of variables by applying a test function," with Andrei Broder, Laurent Moll, and Mark Shand. US Patent 06292762. Issued 9/18/2001.

"Loss resilient code with double heavy tailed series of redundant layers," with Michael Luby. US Patent 06195777. Issued 2/27/2001.

"Message encoding with irregular graphing," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06163870. Issued 12/19/2000.

"Compression of grey scale images of text," with Andrei Broder. US Patent 06088309. Issued 7/11/2000.

"Irregularly graphed encoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06081909. Issued 6/27/2000.

"Loss resilient decoding technique," with Michael Luby, Amin Shokrollahi, Dan Spielman, and Volker Stemann. US Patent 06073250. Issued 6/6/2000.

"Task processing optimization in a multiprocessor system," with Andrei Broder. US Patent 05991808. Issued 11/23/1999.

"Compression protocol with multiple preset dictionaries," with Andrei Broder and Jeff Mogul. US Patent 05953503. Issued 9/14/1999.

"When Simple Hash Functions Suffice," with K. Chung and S. Vadhan. Appears as a chapter in *Beyond Worst Case Analysis*, edited by Tim Roughgarden, Cambridge University Press.

"Algorithms with Predictions," with S. Vassilvitskii. Appears as a chpater in *Beyond Worst Case Analysis*, edited by Tim Roughgarden, Cambridge University Press.

"Some Practical Randomized Algorithms and Data Structures," with E. Upfal. Appears as a chapter in *Computing Handbook, Third Edition: Computer Science and Software Engineering*, edited by T. Gonzalez, J. Diaz-Herrera, and A. Tucker. Chapman and Hall, 2014.

"Building an Efficient Hash Table on the GPU," with D. Alcantara, V. Volkov, S. Sengupta, J. Owens, and N. Amenta. Appears as a chapter in *GPU Computing Gems: Jade Edition*, edited by Wen-mei W. Hwu. Morgan Kaufmann, 2011.

"Codes – Protecting Data Against Loss and Errors." Appears as a chapter in *Algorithms Unplugged*, edited by B. Vöcking, M. Dietzfelbinger, R. Reischuk, and H. Vollmer. Springer, 2010.

"Hash-Based Techniques for High-Speed Packet Processing", with A. Kirsch and G. Varghese. Appears as a chapter in *Algorithms for Next Generation Networks*, edited by G. Cormode and M. Thottan. Springer, 2010.

"Bloom Filters." Encyclopedia of Database Systems, 2009.

"Unbiasing Random Bits." *Dr. Dobbs Journal*, No. 335, pp. 101-104, April 2002.

"Good Hash Tables & Multiple Hash Functions." *Dr. Dobbs Journal*, No. 336, May 2002.

"Challenging Students with Creative Assignments." *SIGACT News*, 32(1):70-73, 2001.

"An Experimental Assignment on Random Processes." *SIGACT News*, 32(1):74-78, 2001.

"The Power of Two Random Choices: A Survey of Techniques and Results," with A. Richa and R. Sitaraman. Appears as a chapter in *Handbook of Randomized Computing: Volume 1*, edited by P. Pardalos, S. Rajasekaran, and J. Rolim, pp. 255-312.

"Tornado Codes for Forward Error Correction," with Michael Luby, in *Digital Forefront*.

"Bounds and Improvements for BiBa Signature Schemes," with A. Perrig. Harvard Computer Science Group Technical Report TR-02-02.

"A Note on Low Density Parity Check Codes for Erasures and Errors." Digital SRC Technical Note 1998-017.

"Tight Thresholds for the Pure Literal Rule." Digital SRC Technical Note 1997-011.

"The Power of Two Choices in Randomized Load Balancing." Ph.D. thesis, U.C. Berkeley, August 1996.

"*Calculus: A Solution Manual,*" with others, Harcourt Brace Jovanovich, 1993.

"*Elliptic Curves in Computer Science: Primality Testing, Factoring, and Cryptography,*" senior honors thesis, Harvard University, 1991. Published as a Hoopes Prize winner.

**Conference Presentations**

"Algorithms with Predictions." Presented at the 2nd Vienna Workshop on Computational Optimization. March 2023.

"Algorithms with Predictions." Presented at the Sublinear Algorithms Workshop, FODSI/MIT. August 2022.

"Algorithms with Predictions: State of the Area." Presented at the Algorithms with Predictions Workshop at the 54th Annual ACM Symposium on Theory of Computing. June 2022. Also panel lead.

"Efficient Randomized Network Telemetry Algorithms." Presented at the Data plane algorithms in programmable networks tutorial at ACM SIGMETRICS 2022.

"Scheduling with Predictions and the Price of Misprediction." Presented at the 11th Annual Innovations in Theoretical Computer Science Conference. January 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." ALGO Keynote Talk, September 2019.

"Robust Set Reconciliation via Locality Sensitive Hashing." Presented at the 38th Symposium on Principles of Database Systems, July 2019.

"Arithmetic Progression Hypergraphs: Examining the Second Moment Method." Presented at the 2019 ANALCO Workshop, January 2019.

"A Model for Learned Bloom Filters and Optimizing by Sandwiching." Presented at the NeurIPS 2018 Poster Session.

"Adaptive Cuckoo Filters." Presented at the 2018 ALENEX Conference, January 2018.

"Analyzing Distributed Join-Idle-Queue: A Fluid Limit Approach." Presented at the 54th Annual Allerton Conference on Communication, Control, and Computing, October 2016.

"Voronoi Choice Games." Presented at the 2016 International Colloquium on Automata, Languages, and Programming, July 2016.

"A New Approach to Analyzing Robin Hood Hashing." Presented at the 2016 ANALCO Workshop, January 2016.

"More Analysis of Double Hashing for Balanced Allocations." Presented at the 2016 ANALCO Workshop, January 2016.

"Data exploration: equitability and the maximal information coefficient." Presented at the Workshop for Data-driven Algorithmics, September 2015.

"Multi-Party Set Reconciliation Using Characteristic Polynomials." Presented at the 2014 Allerton Conference, October 2014.

"Parallel Peeling Algorithms." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Balanced Allocations and Double Hashing." Presented at the 2014 Symposium on Parallelism in Algorithms and Architectures, June 2014.

"Peeling Arguments and Double Hashing." Presented at the 2012 Allerton Conference, October 2012.

"The Complexity of Object Reconciliation and Open Problems Related to Set Difference and Coding." Presented at the 2012 Allerton conference, October 2012.

"The Ecology of Communication, Control, and Computing Research and Education (Panel)." Presented at the 2012 Allerton conference, October 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes." Presented at the 2012 Workshop on Algorithms for Modern Massive Data Sets (MMDS), July 2012.

"Invertible Bloom Lookup Tables." Presented at the 2011 Allerton conference, September 2011.

"Brief Announcement: Large-Scale Multimaps." Presented at the 2011 Symposium on Parallel Algorithms and Architectures, June 2011.

"On the Zero-Error Capacity Threshold for Deletion Channels." Presented at the 2011 ITA Workshop, February 2011.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Research and Analysis of Tail Phenomena, August 2010.

"Some Recent Uses of Hashing for Network Applications." Presented at the 2010 Workshop on Random Graphs and Algorithms, June 2010.

"Tight Asymptotic Bounds for the Deletion Channel with Small Deletion Probabilities." Presented at the 2010 International Symposium on Information Theory, June 2010.

"Some Open Questions on Cuckoo Hashing." Presented at the 2009 European Symposium on Algorithms, August 2009.

"On the Performance of Multiple Choice Hash Tables with Moves on Deletions and Inserts." Presented at the 2008 Allerton conference, September 2008.

"Designing Floating Codes for Expected Performance." Presented at the 2008 Allerton conference, September 2008.

"A Survey of Results for Deletion Channels and Related Synchronization Channels.' Presented at the 11th Scandinavian Workshop on Algorithm Theory, July 2008.

"Why Simple Hash Functions Work: Exploiting the Entropy in a Data Stream." Presented at the 19th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2008.

"Using a Queue to De-amortize Cuckoo Hashing in Hardware." Presented at the 2007 Allerton conference, September 2007.

"Capacity Upper Bounds for Deletion Channels." Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Codes for Deletion and Insertion Channels with Segmented Errors." Presented at the 2007 Int'l Symposium on Information Theory (ISIT), June 2007.

"Digital Fountains: Applications and Related Issues." Presented at the INFORMS Annual Meeting, November 2006.

"New Directions for Power Law Research." Presented at the Radcliffe Exploratory Seminar on Dynamic Networks, October 2006.

"Bloom Filters via $d$-left Hashing and Dynamic Bit Reassignment." Presented at the 2006 Allerton conference, September 2006.

"Beyond Bloom Filters: From Approximate Membership Checks to Approximate State Machines." Presented at the 2006 SIGCOMM conference, September 2006.

"An Improved Construction for Counting Bloom Filters." Presented at the European Symposium on Algorithms, September 2006.

"Building a Better Bloom Filter." Presented at the European Symposium on Algorithms, September 2006.

"On the Theory and Practice of Data Recovery with Multiple Versions." Presented at the 2006 International Symposium on Information Theory, July 2006.

"New Results for an Old Data Structure: Bloom Filters and Beyond." Presented at the 2006 Stochastic Networks conference, June 2006.

"New Results and Open Problems for Deletion Channels." Presented at ANALCO 2006, January 2006 (plenary talk).

"Digital Fountains and their Application to Informed Content Delivery over Adaptive Overlay Networks." Presented at 19th International Symposium on Distributed Computing, September 2005 (plenary talk).

"Simple Summaries for Multiple Choice Hashing." Presented at the 2005 Allerton Conference.

"New Directions in Power Law Research." MSRI Workshop on Models of Real-World Random Networks, April 2005.

"Multi-dimensional Balanced Allocations." Presented at the 16th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2005.

"Digital Fountains: A Survey and Look Forward." Presented at the 2004 Information Theory Workshop. October 2004.

"Improved Lower Bounds on the Capacity of I.I.D. Deletion Channels." Presented at the 2004 Allerton Conference.

"Geometric Generalizations of the Power of Two Choices." Presented at the 16th ACM Symposium on Parallel Algorithms and Architectures, June 2004.

"New Models and Methods for File Size Distributions." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2003.

"Verification Codes for Deletion Channels." Presented at the International Symposium on Information Theory, July 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2-Dimensional Bin-Packing." Presented at the 2nd Annual Workshop on Random Graphs and Algorithms, June 2003.

"Network Applications of Bloom Filters: A Survey." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"Verification Codes." Presented at the 40th Annual Allerton Conference on Communication, Control, and Computing, October 2002.

"New Directions in Balls and Bins Problems." Invited talk for the 6th International Workshop on Randomization and Approximation Methods in Computer Science. September 2002.

"Optimal Plans for Aggregation." Presented at the 21st Annual ACM Symposium on Principles of Distributed Computing, July 2002.

"How to Get Across Town by Bus." Presented at the INFORMS Annual Meeting, November 2001.

"A Brief History of Lognormal and Power Law Distributions." Presented at the 39th Annual Allerton Conference on Communication, Control, and Computing, October 2001.

"Compressed Bloom Filters." Presented at the 20th Annual ACM Symposium on Principles of Distributed Computing, August 2001.

"How Useful Is Old Information?" Presented at the INFORMS Applied Probability Conference, July 2001.

"Using Multiple Hash Functions to Improve IP Lookups." Presented at the INFOCOM, April 2001.

"On the Hardness of Finding Multiple Preset Dictionaries." Presented at the 2001 Data Compression Conference, March 2001.

"Improved Results for Route Planning in Stochastic Transportation Networks." Presented at the 12th Annual ACM-SIAM Symposium on Discrete Algorithms, January 2001.

"Estimating Resemblance of MIDI Documents." Presented at the 3rd Workshop on Algorithm Engineering and Experiments, January 2001.

"Linear Waste of Best Fit Bin Packing on Skewed Distributions." Presented at the 41st Annual IEEE Symposium on Foundations of Computer Science, November 2000.

"Improved Classification via Connectivity Information." Presented at the 11th Annual ACM Symposium on Discrete Algorithms, January 2000.

"The Asymptotics of Selecting the Shortest of Two, Improved." Presented at the 37th Annual Allerton Conference on Communication, Control, and Computing, August 1999.

"Analysis of Timing Based Mutual Exclusion with Random Times." Presented at the 18th Annual ACM Symposium on Principles of Distributed Computing, May 1999.

"Accessing Multiple Mirror Sites in Parallel: Using Tornado Codes to Speed Up Downloads." Presented at INFOCOM '99, March 1999.

"Delayed Information and Action in On-Line Algorithms." Presented at the 39th Annual IEEE Symposium on Foundations of Computer Science, November 1998.

"A Derandomization Using Min-Wise Independent Permutations." Presented at Random '98, October 1998.

"On Balls and Bins with Deletions." Presented at Random '98, October 1998.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms." Invited presentation at the Warwick Randomized Algorithms and Stochastic Simulation Tutorial and Workshop. July 1988.

"Analysis of Low Density Codes and Improved Designs Using Irregular Graphs." Presented at the 30th Annual ACM Symposium on Theory of Computing, May 1998.

"Average Case Analyses of First Fit and Random Fit Bin Packing." Presented at the 9th Annual ACM Symposium on Discrete Algorithms, January 1998.

"How Useful Is Old Information?" Presented at the 16th Annual ACM Symposium on Principle of Distributed Computing, August 1997.

"On the Analysis of Randomized Load Balancing Schemes." Presented at the 9th ACM Symposium on Parallel Algorithms and Architectures, Newport, Rhode Island, June 1997.

"Load Balancing and Density Dependent Jump Markov Processes." Presented at the 37th Annual Symposium on Foundations of Computer Science, Burlington, Vermont, October 1996.

"Constant Time per Edge is Optimal in Rooted Tree Networks." Presented at the 8th ACM Symposium on Parallel Algorithms and Architectures, Padua, Italy, June 1996.

"GRID: Pattern-based Compression of Text Images." Presented at the 1996 Data Compression Conference, Snowbird, Utah, April 1996.

"Parallel Randomized Load Balancing." Presented at the 27th ACM Symposium on the Theory of Computing, Las Vegas, Nevada, May 1995. Extended version presented at the Bay Area Theory Seminar, July 1995.

"Bounds on the Greedy Routing Algorithm on Array Networks." Presented at the 6th ACM Symposium on Parallel Algorithms and Architectures, Cape May, New Jersey, June 1994.

**Other Presentations**

"Modern Algorithms Lecture Series." Lipari Summer School. 2022.

"Algorithms with Predictions." Carnegie Mellon, UC Santa Barbara, Technical University of Munich. 2022.

"Locality Sensitive Hashing." Broad Institute (Models, Inference, and Algorithms).

"Algorithms with Predictions." Open Data Science Conference East 2020, Open Data Science Conference Europe 2020, Foundations of Data Science Institute Kickoff Workshop 2020.

"Learning-Augmented Algorithms: How ML Can Lead to Provably Better Algorithms." Rice University. 2019.

"Metric Sublinear Algorithms via Linear Sampling." Sublinear Algorithms Workshop (MIT), Baidu Research. 2018.

"Bloom Filters, Cuckoo Hashing, Cuckoo Filters, and Adaptive Cuckoo Filters." Northeastern University, Univ. of Illinois at Urbana-Champagne, Georgetown Univeristy, University of California Irvine, Baidu Research, Georgia Tech. 2018.

"Hashing Lecture Series." Swedish Summer School in Computer Science. 2016.

"More Analysis of Double Hashing for Balanced Allocations." U.C. Irvine. 2016.

"Algorithm Engineering with Hashing," U.C. Irvine, AMD. 2016.

"Bloom Filters and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Cuckoo Hashing, Balanced Allocations, and Such," EADS Summer School on Hashing: Theory and Applications, July 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," ICERM Workshop on Stochastic Graph Models, March 2014.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," University of Copenhagen. 2013.

"Some Hash-Based Data Structures and. Algorithms Everyone Should Know." UC Davis, 2013.

"Peeling Algorithms," Simons Institute. 2013.

"Verifying Computations in the Cloud (and Elsewhere)," TTI/Vanguard : Ginormous Systems. Microsoft Faculty Summit. 2013.

"The Groupon Effect on Yelp Ratings: a Root Cause Analysis," Cornell, 2012.

"Peeling Arguments: Invertible Bloom Lookup Tables and Biff Codes," Google. 2012.

"Detecting Novel Associations in Large Data Sets." eHarmony (LA Machine Learning). 2012.

"Cuckoo Hashing: New Results and Open Questions." University of Madison-Wisconsin. 2011.

'Practical Verified Computation with Streaming Interactive Proofs." University of Madison-Wisconsin. 2011.

"The Power of Choice: Simple Hash-Based Data Structures Everyone Should Know." Santa Fe Institute. 2011.

"Information Asymmetries in Pay-Per-Bid Auctions: How Swoopo Makes Bank." Liverpool University, Microsoft UK. 2010.

"Some Open Questions on Cuckoo Hashing." Stanford, Microsoft Research, Yale, Dartmouth, Princeton, Cambridge University, University College London . 2009-2010.

"An Efficient, Rigorous Approach for Identifying Statistically Significant Frequent Itemsets." Google. 2009.

"Some Recent Results on Cuckoo Hashing." AT&T. 2009.

"Some Results on Coding for Flash Memory." University College London. 2009.

"Network Coding Meets TCP." University College London. 2009.

"A Survey of Results for Deletion Channels and Related Synchronization Channels." Cambridge, Georgia Tech, Microsoft Research, UCLA, 2009-2010.

"Bloom Filters, Related Data Structures, and their Applications." Cambridge (Kuwait Lecture). 2009.

"A History of and New Directions for Power Law Research." SUNY Buffalo. 2009.

"Why Simple Hash Functions Work." Cisco. 2008.

"Cuckoo Hashing and CAMs." Cisco, Google. 2008.

"New Results in Hash-Based Data Structures." Cisco. 2007.

"The Hiring Problem and Lake Wobegon Strategies." Microsoft, U.C. Berkeley, Princeton, Google, Yahoo. 2007-2008.

"A Brief History of Lognormal and Power Law Distributions." Harvard Statistics. 2006.

"New Results and Open Problems for Deletion Channels and Related Synchronization Problems." CMU, Brown, Harvard. 2006.

"Some New Results on an Old Data Structure, Bloom Filters ." Stanford, Cisco, Microsoft. 2005.

"Improved Lower Bounds for Deletion Channels." MIT, EPFL (Lausanne). 2005.

"Building a Better Bloom Filter." Google, Tufts, EPFL (Lausanne), MIT. 2004-05.

"Geometric Generalizations of the Power of Two Choices." Columbia, Brown, MIT, Georgia Tech. 2004-05.

"New Lower Bounds on the Capacity of the Binary Deletion Channel." MIT, 2004.

"Digital Fountains, and their Use for Informed Content Delivery across Overlay Networks." Cornell, 2003.

"Verification Codes for Error and Deletion Channels." U.C. Berkeley, 2003.

"New Exhaustive, Heuristic, and Interactive Algorithms for 2D Strip Packing." U.C. Berkeley, 2003.

"Dynamic Models for File Sizes and Double Pareto Distributions." IBM Research, Microsoft Silicon Valley, Stanford, Tufts, Boston University, Random Graphs and Algorithms Workshop. 2002.

"Verification Codes." DIMACS workshop. 2001.

"Getting Across Town by Bus, Aggregation, and Reliability." MIT (LIDS), Mitsubishi Electronic Research Labs. 2001.

"New Ideas for Layered Multicast Congestion Control." International Computer Science Institute. 2001.

"Compressed Bloom Filters, and Towards Compressing Web Graphs." U. of Washington, AT&T Labs, U. C. Berkeley, MIT, Brandeis, Carnegie Mellon University, Stanford, DIMACS workshop on compression, U.C. San Diego. 2001.

"Toward Compressing Web Graphs." Compaq Systems Research Center, Altavista Corporation. 2000.

"Improved Results for Route Planning in Stochastic Transportation Networks." Compaq Systems Research Center. 2000.

"Choosing the Shortest of Two, Improved, with Applications to IP Routing." U. Washington, Princeton, Yale, U.C. Berkeley, Boston University, Stanford, M.I.T., Northeastern, Compaq Systems Research Center. 2000.

"Tornado Codes, with Applications to Reliable Multicast." Harvard, CMU, Duke, AT&T Labs, Univ. of Illinois at Urbana-Champagne, University of Rhode Island, Boston University. 1998-2000.

"How Useful Is Old Information?" MIT, U.C. Berkeley, Stanford, Microsoft. 1997.

"Practical Loss-Resilient Codes." U.C. Berkeley, Harvard. 1997.

"An Average Case Analysis for First-Fit Bin Packing." Stanford, DIMACS workshop. 1997.

"The Power of Two Choices." U.C. Berkeley, Brown, Harvard, Boston University, IBM Almaden, Digital Systems Research Center. 1997.

"The Power of Two Choices and Other Examples of Using Differential Equations to Analyze Algorithms." U. Mass.

# EXHIBIT 1-B

BLOG | NGINX

# NGINX and the "Power of Two Choices" Load-Balancing Algorithm

OWEN GARRETT

PUBLISHED NOVEMBER 12, 2018

New use cases sometimes require new load-balancing algorithms, and in NGINX Plus R16 and NGINX Open Source 1.15.1 we added a new method that is particularly suitable for distributed load balancers: an implementation of the "power of two choices" algorithm.

## Why Do We Need a New Load-Balancing Algorithm?

Classic load-balancing methods such as Least Connections work very well when you operate a single active load balancer which maintains a complete view of the state of the load-balanced nodes. The "power of two choices" approach is not as effective on a single load balancer, but it deftly avoids the bad-case "herd behavior" that can occur when you scale out to a number of independent load balancers.

This scenario is not just observed when you scale out in high-performance environments; it's also observed in containerized environments where multiple proxies each load balance traffic to the same set of service instances.

Cluster topologies using distributed load balancers

Ski

Ingress Controller for Kubernetes, with one load-balancing instance per Kubernetes node.

The algorithm is referred to in the literature as "power of two choices", because it was first described in Michael Mitzenmacher's 1996 dissertation, The Power of Two Choices in Randomized Load Balancing. In NGINX and NGINX Plus, it's implemented as a variation of the Random load-balancing algorithm, so we also refer to it as Random with Two Choices.

## How Does "Power of Two Choices" Work?

Let's begin with what might be a familiar situation. You've just landed after a long international flight, and along with 400 other travelers, have walked into a busy arrivals hall.

Photo: Caroline M.A Otieno – Own work, CC BY 2.0

Many airports employ guides in the arrivals hall. Their job is to direct each traveler to join one of the several queues for each immigration desk. If we think of the guides as load balancers:

- You and your fellow travelers are *requests*, each hoping to be processed as quickly as possible.
- The immigration desks are (backend) *servers*, each processing a backlog of requests.
- The guides maximize efficency by selecting the best server for each request.
- The methods available to the guides for selecting the best server correspond to load-balancing algorithms.

Let's consider how well some of the possible algorithms work in a distributed load-balancing scenario like the arrivals hall.

### Round-Robin Load Balancing

Ski

Round robin is a naive approach to load balancing. In this approach, the guide selects each queue in rotation – the first traveler is directed to queue A, next traveler to queue B, and so on. Once a traveler is directed to the last queue, the process repeats from queue A. Round Robin is the default load-balancing algorithm used by NGINX:

A
B
C
1
2
3
With Round Robin, NGINX sends each traveler to the next queue, no matter how long or slow that queue is.

This approach works adequately, until there's a delay in one of the queues. Perhaps one traveler has misplaced his or her documentation, or arouses suspicion in the immigration officer:

Cassandra LaBouff
@CassLaBouff
Follow
'As we all know, international travelers do not exhibit a consistent workload' 😂 #nginxconf

The queue stops moving, yet the guide continues to assign travelers to that queue. The backlog gets longer and longer – that's not going to make the impatient travelers any happier!

### Least Connections Load Balancing

There's a much better approach. The guide watches each queue, and each time a traveler arrives, he sends that traveler to the shortest queue. This method is analogous to the Least Connections load-balancing method in NGINX, which assigns each new request to the server with the fewest outstanding (queued) requests:

A
B
C
1
2
3
With Least Connections, NGINX sends each traveler to the shortest queue.

Ski

Least Connections load balancing deals quite effectively with travelers who take different amounts of time to process. It seeks to balance the lengths of the queues, and avoids adding more

### Least Time Load Balancing

We've seen that different passengers take different times to process; in addition, some queues are processed faster or slower than others. For example, one immigration officer might have computer problems which means he processes travelers more slowly; another officer might be a stickler for detail, quizzing travelers very closely. Other officers might be very experienced and able to process travelers more quickly.

What if each immigration booth has a counter above it, indicating how many travelers have been processed in, for example, the last 10 minutes? Then the guide can direct travelers to a queue based on its length and how quickly it is being processed. That's a more effective way to distribute load, and it's what the Least Time load-balancing algorithm in NGINX Plus does:

With **Least Time**, NGINX Plus considers the length of the queue *and* the speed it is processed, to select the best for each traveler.

This algorithm is specific to NGINX Plus because it relies on additional data collected with NGINX Plus's Extended Status metrics. It's particularly effective in cloud or virtual environments where the latency to each server can vary unpredictably, so queue length alone is not sufficient to estimate the delay.

### It All Falls Apart with Multiple Guides

So far, we've had one guide (that is, load balancer) with a complete view of the queues and response time in the arrivals hall. That guide tries to make the best choice for each traveler based on the information he knows.

Now consider what happens if we have several guides, each directing travelers independently. The guides have independent views of the queue lengths and queue wait times – they only consider the travelers that they send to each queue.

Ski

This scenario is prone to an undesirable behavior, where all the guides notice that one queue is momentarily shorter and faster, and all send travelers to that queue. Simulations show that this "herd behavior" distributes travelers in a way that is unbalanced

choice" algorithm you use.

### The "Power of Two Choices" Load-Balancing Algorithm

The solution lies in the "power of two choices" load-balancing algorithm. Instead of making the absolute best choice using incomplete data, with "power of two choices" you pick two queues at random and chose the better option of the two, *avoiding the worse choice*.

"Power of two choices" is efficient to implement. You don't have to compare all queues to choose the best option each time; instead, you only need to compare two. And, perhaps unintuitively, it works better at scale than the best-choice algorithms. It avoids the undesired herd behavior by the simple approach of avoiding the worst queue and distributing traffic with a degree of randomness.

## Using "Power of Two Choices" with NGINX and NGINX Plus

In NGINX and NGINX Plus, the "power of two choices" load-balancing method is implemented as a variant of the Random algorithm, so we call it Random with Two Choices.

In NGINX Open Source, Random with Two Choices chooses between two randomly selected servers based on which currently has fewer active connections. This is the same selection criterion as used for the Least Connections algorithm. (This is also the default algorithm in NGINX Plus, and can be explicitly configured by adding the `least_conn` parameter.)

```
upstream service1 {    zone service1 64k;
    server 192.168.1.11;
    server 192.168.1.12;
    server 192.168.1.13;
    random two;
}
```

NGINX Plus also supports the `least_time` parameter, which uses the same selection criterion as the Least Time algorithm. As with that algorithm, you further choose between considering either:

- The time to receive the response header (`least_time=header`)
- The time to receive the full response (`least_time=last_byte`), as in the following snippet. The Least Time criterion is ideal for situations where the latency to each upstream server can vary.

Ski

Case 1:22-cv-01344-CJB Document 84-1 Filed 11/10/25 Page 56 of 151 PageID #: 784

```
    server 192.168.1.11;
    server 192.168.1.12;
    server 192.168.1.13;
    random two least_time=last_byte; # use header or
last_byte
}
```

## Conclusion

NGINX and NGINX Plus support a range of load-balancing methods; in this article, we did not consider the deterministic Hash and IP Hash methods.

The Least Connections (and for NGINX Plus, Least Time) methods are very effective at balancing loads when the load balancer has a complete view of the workload assigned to each node and its past performance. They are less effective when several load balancers are assigning requests, and each has an incomplete view of the workload and performance.

"Power of two choices" uses a biased random algorithm, and has been demonstrated to be effective at balancing loads when each load balancer has an incomplete or delayed view. It avoids the "herd behavior" exhibited by other algorithms that seek to make a best decision on every request.

Consider Random with Two Choices, NGINX's implementation of "power of two choices", for very high-performance environments and for distributed load-balancing scenarios. A good use case arises when using multiple Ingress controllers on Kubernetes.

Read more blog posts about F5 NGINX ›

---

"This blog post may reference products that are no longer available and/or no longer supported. For the most current information about available F5 NGINX products and solutions, explore our NGINX product family. NGINX is now part of F5. All previous NGINX.com links will redirect to similar NGINX content on F5.com."

## Deliver and Secure Every App

F5 application delivery and security solutions are built to ensure that every app and API deployed anywhere is fast, available, and secure. Learn how we can partner to deliver exceptional experiences every time.

Ski

WHAT WE OFFER

RESOURCES

PARTNERS

COMPANY

CONNECT WITH US

©2025 F5, Inc. All rights reserved.

Trademarks    Policies    Privacy    California Privacy    Do Not Sell My Personal Information    Cookie Preferences

# EXHIBIT 2

US007904503B2

(12) **United States Patent**
**Van De Sluis**

(10) **Patent No.: US 7,904,503 B2**
(45) **Date of Patent: Mar. 8, 2011**

(54) **METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM**

(75) Inventor: **Bartel Marinus Van De Sluis**, Eindhoven (NL)

(73) Assignee: **Gracenote, Inc.**, Emeryville, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 717 days.

(21) Appl. No.: **09/933,845**

(22) Filed: **Aug. 21, 2001**

(65) **Prior Publication Data**

US 2002/0072989 A1 Jun. 13, 2002

(30) **Foreign Application Priority Data**

Aug. 23, 2000 (EP) .................................... 00202947

(51) **Int. Cl.**
***G06F 15/16*** (2006.01)

(52) **U.S. Cl.** ........................................ **709/203**; 709/219

(58) **Field of Classification Search** .......... 709/201–203, 709/217–234; 705/14, 10
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

4,030,119 A 6/1977 Ellis
4,397,011 A 8/1983 Ogawa
4,491,882 A 1/1985 Fujiie
4,587,643 A 5/1986 Monen et al.
4,599,644 A 7/1986 Fischer
4,641,205 A 2/1987 Beyers
4,646,145 A 2/1987 Percy et al.
4,675,757 A 6/1987 Block
4,677,466 A 6/1987 Lert, Jr. et al.
4,857,899 A 8/1989 Ishii
4,870,613 A 9/1989 Clinkenbeard et al.
4,893,193 A 1/1990 Nakamura et al.
4,893,199 A 1/1990 Okada
4,992,706 A 2/1991 Troemel et al.
5,019,899 A 5/1991 Boles et al.
5,113,383 A 5/1992 Amemiya et al.

(Continued)

FOREIGN PATENT DOCUMENTS

DE 4309957 7/1994

(Continued)

OTHER PUBLICATIONS

Geoffrey B. Rhoads et al., Digimarc Corp., "Managing On-Line Media Library Through Links in Media Signals", U.S. Appl. No. 60/178,028.

(Continued)

*Primary Examiner* — Yasin Barqadle
(74) *Attorney, Agent, or Firm* — Schwegman, Lundberg & Woessner, P.A.

(57) **ABSTRACT**

A client system (**200**, **220**) receives a content item. The user can mark the received content item as being of interest. In response to said marking, tracking means (**204**, **224**) automatically provide identifying data for the marked content item to a remote server system (**250**). The server receives a portion of the content item from a client system (**200**, **220**), processes the received portion to obtain an identifier for the content item, obtains further information on the content item using the identifier, and transmits the further information back to the client system (**200**, **220**). The tracking means (**204**, **224**) subsequently receive further information on the content item from the remote server system (**250**). An identifier for the content item can be used in an e-commerce system (**160**), for example by putting it on a shopping list (**161**) or to obtain a list of related items.

**23 Claims, 2 Drawing Sheets**



U.S. PATENT DOCUMENTS

5,157,614 A 10/1992 Kashiwazaki et al.
5,157,646 A 10/1992 Amemiya et al.
5,220,567 A 6/1993 Dooley et al.
5,243,588 A 9/1993 Maeda
5,263,010 A 11/1993 Amemiya et al.
5,276,629 A 1/1994 Reynolds
5,341,350 A 8/1994 Frank et al.
5,392,264 A 2/1995 Hira
5,400,261 A 3/1995 Reynolds
5,404,393 A 4/1995 Remillard
5,414,684 A 5/1995 Nonaka et al.
5,430,698 A 7/1995 Nonaka et al.
5,436,653 A 7/1995 Ellis et al.
5,446,714 A 8/1995 Yoshio et al.
5,446,891 A 8/1995 Kaplan et al.
5,450,597 A 9/1995 Klappert et al.
5,463,605 A 10/1995 Nishida et al.
5,464,946 A 11/1995 Lewis
5,465,240 A 11/1995 Mankovitz
5,471,576 A 11/1995 Yee
5,475,835 A 12/1995 Hickey
5,499,294 A 3/1996 Friedman
5,519,435 A 5/1996 Anderson
5,544,139 A 8/1996 Aramaki et al.
5,559,949 A 9/1996 Reimber et al.
5,583,560 A 12/1996 Florin et al.
5,584,025 A 12/1996 Keithley et al.
5,612,729 A 3/1997 Ellis et al.
5,615,345 A 3/1997 Wanger
5,616,876 A 4/1997 Cluts
5,621,454 A 4/1997 Ellis et al.
5,625,608 A 4/1997 Grewe et al.
5,649,114 A 7/1997 Deaton et al.
5,679,911 A 10/1997 Moriyama et al.
5,680,379 A 10/1997 Ishida et al.
5,689,484 A 11/1997 Hirasawa
5,691,964 A 11/1997 Niederlein et al.
5,694,162 A 12/1997 Freeny, Jr.
5,694,546 A 12/1997 Reisman
5,701,385 A 12/1997 Katsuyama et al.
5,703,795 A 12/1997 Mankovitz
5,710,884 A 1/1998 Dedrick
5,721,827 A 2/1998 Logan et al.
5,726,957 A 3/1998 Hisamatsu et al.
5,740,304 A 4/1998 Katsuyama et al.
5,740,549 A 4/1998 Reilly et al.
5,745,681 A 4/1998 Levine et al.
5,751,672 A 5/1998 Yankowski
5,754,784 A 5/1998 Garland et al.
5,757,739 A 5/1998 Heath et al.
5,761,606 A 6/1998 Wolzien et al.
5,767,893 A 6/1998 Chen et al.
5,768,222 A 6/1998 Hisamatsu et al.
5,774,431 A 6/1998 Bos et al.
5,774,664 A 6/1998 Hidary et al. ............ 395/200.48
5,774,666 A 6/1998 Portuesi
5,778,181 A 7/1998 Hidary et al.
5,778,187 A 7/1998 Monteiro et al.
5,781,889 A 7/1998 Martin et al.
5,781,909 A 7/1998 Logan et al.
5,782,692 A 7/1998 Stelovsky
5,790,793 A 8/1998 Higley .................... 395/200.48
5,793,726 A 8/1998 Nagano
5,793,980 A 8/1998 Glaser et al.
5,796,393 A 8/1998 MacNaughton et al.
5,796,945 A 8/1998 Tarabella
5,796,952 A 8/1998 Davis et al.
5,809,512 A 9/1998 Kato
5,815,471 A 9/1998 Mince et al.
5,822,216 A 10/1998 Satchell, Jr. et al.
5,822,283 A 10/1998 Bos et al.
5,822,436 A 10/1998 Rhoads
5,826,267 A 10/1998 McMillan
5,848,427 A 12/1998 Hyodo
5,862,223 A 1/1999 Walker et al.
5,867,457 A 2/1999 Parvulescu et al.
5,893,910 A 4/1999 Martineau et al.
5,894,554 A 4/1999 Lowery et al.
5,903,816 A 5/1999 Broadwin et al.
5,905,248 A 5/1999 Russell
5,905,537 A 5/1999 Van Gestel
5,905,865 A 5/1999 Palmer et al.
5,907,793 A 5/1999 Reams .......................... 455/3.1
5,915,091 A 6/1999 Ludwig et al.
5,915,288 A 6/1999 Gabriel
5,918,223 A 6/1999 Blum et al.
5,925,843 A 7/1999 Miller et al.
5,929,849 A 7/1999 Kikinis
5,949,411 A 9/1999 Doerr et al.
5,950,173 A 9/1999 Perkowski
5,953,005 A 9/1999 Liu
5,959,945 A 9/1999 Kleiman
5,960,081 A 9/1999 Vynne et al.
5,960,411 A 9/1999 Hartman et al. ................ 705/26
5,963,916 A 10/1999 Kaplan
5,987,525 A 11/1999 Roberts et al.
5,991,798 A 11/1999 Ozaki et al.
5,996,000 A 11/1999 Shuster
5,999,637 A 12/1999 Toyoda et al.
6,009,410 A 12/1999 LeMole et al.
6,011,758 A 1/2000 Dockes et al.
6,012,112 A 1/2000 Brase et al.
6,018,768 A 1/2000 Ullman et al.
6,025,837 A 2/2000 Matthews, III et al.
6,029,142 A 2/2000 Hill
6,031,795 A 2/2000 Wehmeyer
6,032,130 A 2/2000 Alloul
6,034,925 A 3/2000 Wehmeyer
6,035,329 A 3/2000 Mages et al.
6,061,306 A 5/2000 Buchheim et al.
6,061,680 A 5/2000 Scherf et al.
6,076,104 A 6/2000 McCue ........................ 709/219
6,076,111 A 6/2000 Chiu et al.
6,078,301 A 6/2000 Arai et al.
6,081,830 A 6/2000 Schindler
6,081,907 A 6/2000 Witty et al.
6,098,106 A 8/2000 Philyaw et al. ............... 709/238
6,128,255 A 10/2000 Yankowski
6,131,129 A 10/2000 Ludtke et al.
6,131,130 A 10/2000 Van Ryzin
6,154,773 A 11/2000 Roberts et al.
6,161,132 A 12/2000 Roberts et al.
6,195,693 B1 2/2001 Berry et al.
6,201,176 B1 3/2001 Yourlo
6,230,192 B1 5/2001 Roberts et al.
6,230,207 B1 5/2001 Roberts
6,240,459 B1 5/2001 Roberts et al.
6,243,328 B1 6/2001 Fenner et al.
6,243,725 B1 6/2001 Hempleman et al.
6,247,022 B1 6/2001 Yankowski
6,260,059 B1 * 7/2001 Ueno et al. .................... 709/202
6,263,505 B1 7/2001 Walker et al.
6,266,429 B1 7/2001 Lord et al.
6,272,078 B2 8/2001 Yankowski
6,304,523 B1 10/2001 Jones et al.
6,308,086 B1 10/2001 Yoshino
6,324,694 B1 11/2001 Watts et al.
6,330,593 B1 12/2001 Roberts et al.
6,345,256 B1 2/2002 Milsted et al.
6,388,957 B2 5/2002 Yankowski
6,388,958 B1 5/2002 Yankowski
6,408,082 B1 6/2002 Rhoads et al.
6,411,725 B1 * 6/2002 Rhoads ......................... 382/100
6,484,156 B1 * 11/2002 Gupta et al. ...................... 707/1
6,505,160 B1 1/2003 Levy et al. .................... 704/270
6,545,209 B1 4/2003 Flannery et al.
6,601,046 B1 * 7/2003 Epstein .......................... 705/57
6,631,523 B1 10/2003 Matthews, III et al.
6,633,653 B1 10/2003 Hobson et al.
6,636,249 B1 10/2003 Rekimoto
6,647,128 B1 11/2003 Rhoads
6,658,247 B1 12/2003 Saito
6,665,417 B1 12/2003 Yoshiura et al.
6,671,736 B2 12/2003 Virine et al.
6,674,876 B1 1/2004 Hannigan et al.
6,700,990 B1 3/2004 Rhoads
6,737,957 B1 5/2004 Petrovic et al.

| | | | |
|---|---|---|---|
| 6,748,533 B1 * | 6/2004 | Wu et al. | 713/176 |
| 6,782,116 B1 | 8/2004 | Zhao et al. | |
| 6,804,510 B1 | 10/2004 | Bates et al. | |
| 6,807,632 B1 | 10/2004 | Carpentier et al. | |
| 6,829,368 B2 | 12/2004 | Meyer et al. | |
| 6,941,003 B2 | 9/2005 | Ziesig | |
| 6,941,275 B1 | 9/2005 | Swierczek | |
| 6,952,774 B1 | 10/2005 | Kirovski et al. | |
| 6,963,975 B1 | 11/2005 | Weare | |
| 6,970,886 B1 * | 11/2005 | Conwell et al. | 707/104.1 |
| 6,983,289 B2 | 1/2006 | Commons et al. | |
| 6,990,334 B1 | 1/2006 | Ito | |
| 6,990,453 B2 | 1/2006 | Wang et al. | |
| 6,996,775 B1 * | 2/2006 | Dey et al. | 715/256 |
| 7,024,018 B2 | 4/2006 | Petrovic | |
| 7,080,253 B2 | 7/2006 | Weare | |
| 7,082,394 B2 | 7/2006 | Burges et al. | |
| 7,152,021 B2 | 12/2006 | Alattar et al. | |
| 7,159,117 B2 | 1/2007 | Tanaka | |
| 7,181,543 B2 | 2/2007 | King et al. | |
| 7,188,248 B2 | 3/2007 | Watson | |
| 7,302,574 B2 | 11/2007 | Conwell et al. | |
| 7,343,553 B1 | 3/2008 | Kaye | |
| 7,346,649 B1 | 3/2008 | Wong | |
| 7,349,552 B2 | 3/2008 | Levy et al. | |
| 7,349,555 B2 | 3/2008 | Rhoads | |
| 7,415,129 B2 | 8/2008 | Rhoads | |
| 7,461,136 B2 | 12/2008 | Rhoads | |
| 7,477,739 B2 | 1/2009 | Haitsma et al. | |
| 7,549,052 B2 | 6/2009 | Haitsma et al. | |
| 7,587,602 B2 | 9/2009 | Rhoads | |
| 7,590,259 B2 | 9/2009 | Levy et al. | |
| 2001/0004338 A1 | 6/2001 | Yankowski | |
| 2001/0014868 A1 * | 8/2001 | Herz et al. | 705/14 |
| 2001/0030827 A1 | 10/2001 | Morohashi | |
| 2001/0031066 A1 * | 10/2001 | Meyer et al. | 382/100 |
| 2001/0052028 A1 | 12/2001 | Roberts | |
| 2001/0053943 A1 | 12/2001 | Kaneko et al. | |
| 2002/0023020 A1 | 2/2002 | Kenyon et al. | |
| 2002/0033844 A1 | 3/2002 | Levy et al. | |
| 2002/0059208 A1 | 5/2002 | Abe et al. | |
| 2002/0078359 A1 | 6/2002 | Seok et al. | |
| 2002/0116195 A1 | 8/2002 | Pitman et al. | |
| 2002/0120849 A1 | 8/2002 | McKinley et al. | |
| 2002/0178410 A1 | 11/2002 | Haitsma et al. | |
| 2003/0023852 A1 | 1/2003 | Wold | |
| 2003/0028796 A1 | 2/2003 | Roberts et al. | |
| 2003/0033321 A1 | 2/2003 | Schrempp et al. | |
| 2003/0046283 A1 | 3/2003 | Roberts | |
| 2003/0086341 A1 | 5/2003 | Wells et al. | |
| 2003/0097338 A1 | 5/2003 | Mankovich et al. | |
| 2003/0135513 A1 | 7/2003 | Quinn et al. | |
| 2004/0003398 A1 | 1/2004 | Donian et al. | |
| 2004/0028281 A1 | 2/2004 | Cheng et al. | |
| 2004/0128512 A1 | 7/2004 | Sharma et al. | |
| 2004/0167858 A1 | 8/2004 | Erickson | |
| 2004/0172411 A1 | 9/2004 | Herre et al. | |
| 2004/0260682 A1 | 12/2004 | Herley et al. | |
| 2005/0004941 A1 | 1/2005 | Kalker et al. | |
| 2006/0041753 A1 | 2/2006 | Haitsma | |
| 2006/0075237 A1 | 4/2006 | Seo et al. | |
| 2006/0143190 A1 | 6/2006 | Haitsma et al. | |
| 2006/0206563 A1 | 9/2006 | Van De Sluis | |
| 2006/0218126 A1 | 9/2006 | De Ruijter et al. | |
| 2007/0071330 A1 | 3/2007 | Oostveen et al. | |
| 2007/0106405 A1 | 5/2007 | Cook et al. | |
| 2007/0274519 A1 | 11/2007 | Cohen et al. | |
| 2008/0222232 A1 | 9/2008 | Allen et al. | |
| 2008/0263360 A1 | 10/2008 | Haitsma et al. | |
| 2008/0274687 A1 | 11/2008 | Roberts et al. | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 44 27 046 C2 | 2/2001 |
| EP | 194143 | 9/1986 |
| EP | 0283570 A3 | 9/1988 |
| EP | 0367585 A2 | 5/1990 |
| EP | 460869 | 12/1991 |
| EP | 0319567 B1 | 2/1993 |
| EP | 0580361 A2 | 1/1994 |
| EP | 0814419 | 12/1997 |
| EP | 0936531 A2 | 8/1999 |
| EP | 0991213 A2 | 4/2000 |
| EP | 1107254 A2 | 6/2001 |
| EP | 1128385 A1 | 8/2001 |
| EP | 0680040 A2 | 11/2005 |
| EP | 1197020 B1 | 11/2007 |
| GB | 2338869 A1 | 12/1999 |
| JP | 63-104099 | 5/1988 |
| JP | 04299399 | 10/1992 |
| JP | 40299399 | 10/1992 |
| JP | 06-225799 | 8/1994 |
| JP | 06315298 | 11/1994 |
| JP | 07-078407 | 3/1995 |
| JP | 10171818 | 6/1998 |
| JP | 10-233081 | 9/1998 |
| JP | 11-164361 | 6/1999 |
| JP | 11-261961 | 9/1999 |
| JP | 2000-215653 | 8/2000 |
| JP | 2000215653 A2 | 8/2000 |
| JP | 2000-285237 | 10/2000 |
| JP | 2000-305578 | 11/2000 |
| JP | 2001-005497 | 1/2001 |
| JP | 2001101822 A2 | 4/2001 |
| JP | 2001155469 A2 | 6/2001 |
| JP | 2001216766 A2 | 8/2001 |
| JP | 2001-283568 | 10/2001 |
| JP | 2001283568 A2 | 10/2001 |
| WO | WO-9120082 | 12/1991 |
| WO | WO-9705616 A1 | 2/1997 |
| WO | WO-9721291 | 6/1997 |
| WO | WO9721291 | 6/1997 |
| WO | WO-9741504 | 11/1997 |
| WO | WO-9800788 | 1/1998 |
| WO | WO-9802820 | 1/1998 |
| WO | WO9825269 | 6/1998 |
| WO | WO-9935771 | 7/1999 |
| WO | WO9935771 | 7/1999 |
| WO | WO-0128222 | 4/2001 |
| WO | WO-0155889 A1 | 8/2001 |
| WO | WO-0211123 A3 | 2/2002 |
| WO | WO-02065782 A1 | 8/2002 |
| WO | WO-03012695 A2 | 2/2003 |
| WO | WO-2004077430 | 2/2004 |
| WO | WO-2006044622 | 4/2006 |
| WO | WO-2007022533 A2 | 2/2007 |

OTHER PUBLICATIONS

Deane, E. , "International Search Report", *PCT*, (Aug. 23, 2000),4 pages.

"International Application Serial No. 2002-565363, Non-Final Office Action mailed Oct. 11, 2007", With English Translation,22 pgs.

"International Application Serial No. IN/PCT/2002/1689, First Examination Report Jun. 20, 2007", 2 pgs.

*Information Retrieval (Z39.50): Application Service Definition and Protocol Specification*, ANSI/NISO Z39.50 1995,(Jul. 1995), 163 pgs.

*GeoPac Management Guide, Release 1.25*, Geac Computer Corporation Limited,(Dec. 1994),50 pgs.

*The MusicBrainz Mailing List Archive for Nov. 2000*, 30 pgs.

"U.S. Appl. No. 09/976,038, Notice of Allowance and Fee(S) Due mailed Jun. 28, 2007", 4 pgs.

"U.S. Appl. No. 10/073,772 Advisory Action mailed Jul. 28, 2006", 3 pgs.

"U.S. Appl. No. 10/073,772 Final Office Action mailed Apr. 6, 2006", 21 pgs.

"U.S. Appl. No. 10/073,772 Non Final Office Action mailed Sep. 19, 2005", 13 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Feb. 28, 2007", 6 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Aug. 9, 2007", NOAR,10 pgs.

"U.S. Appl. No. 10/073,772 Notice of Allowance mailed Sep. 6, 2006", 5 pgs.

"U.S. Appl. No. 10/073,772 Response filed Mar. 17, 2006 to Non Final Office Action mailed Sep. 19, 2005", 12 pgs.
"U.S. Appl. No. 10/073,772 Response filed Jul. 6, 2006 to Final Office Action mailed Apr. 6, 2006", 8 pgs.
"U.S. Appl. No. 10/073,772 Response filed Aug. 7, 2006 to Advisory Action mailed Jul. 28, 2006", 3 pgs.
"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Nov. 14, 2006", 9 pgs.
"U.S. Appl. No. 10/533,211 Non Final Office Action mailed Jun. 12, 2007", 8 pgs.
"U.S. Appl. No. 10/548,702 Response filed Aug. 29, 2007 to Non-Final Office Action mailed Jun. 21, 2007", 64.
"U.S. Appl. No. 10/548,702 Non-Final Office Action mailed Jun. 21, 2007", 18 pgs.
"U.S. Appl. No. 10/533,211, Response filed Oct. 1, 2007 to Non-Final Office Action mailed Jun. 12, 2007", 12 pgs.
"CD-I Has a Rough Road to Hoe", http://www.caruso.com/Digital_Media/DM91-07.text, (Jul. 1991),43 pgs.
"CEDIA, "Electronic Lifestyles Awards for Manufactures Excellence", Entry for Best Video Product, Power Play,", (Sep. 1999),pp. 1-4.
"Chapter 69—Introduction to Multimedia Services" *Microsoft Win32 Programmer's Reference*, vol. 2, Redmond, Wash. : Microsoft Press,(1993),517-672.
"CNET: The Computer Network Unveils Revolutionary Internet Advertising Tools that Allow Custom Banner Ad Delivery Based on Demographic Information", http://www.cnet.com/html/aboutcnet/press/1994_95/120695.html, Press Releases,(Dec. 6, 1995),4 pgs.
"European Application Serial Number 01 976124 Office Action dated Mar. 16, 2007", (Mar. 16, 2007),5 pgs.
"European Patent Application No. 03737399.0 Office Action", (Mar. 26, 2007).
"Generic coding of moving pictures and associated audio information, part 2", *ISO/IEC*, (1995).
"Information technology—Multimedia content description interface—Part 4: Audio.",*INCITS/ISO/IEC 15938-4-2002*, (2002),1-114.
"International Application No. PCT/US06/32722 Search Report and Written Opinion mailed Apr. 25, 2007",6 pgs.
Baugher, Mark , et al., "A multimedia client to the IBM LAN server", *Proceedings of the first ACM International Conference on Multimedia*, (1993),105-112.
Berners-Lee, T. , et al., *Hypertext Transfer Protocol—HTTP 1.0*, Network Working Group,(May 1996),61 pgs.
Broder, A. Z., et al., "Syntactic clustering of the Web", *Computer Networks and ISDN Systems*, 29(8-13), (Sep. 1997),1157-1166.
Chen, Qin-Sheng , et al., "Symmetric Phase-Only Matched Filtering of Fourier-Mellin Transforms for Image Registration and Recognition", *IEEE Transactions on Pattern Analysis and Machine Intelligence*, 16 No. 12, New York, (Dec. 1994),1156-1168.
Cheung, D. , et al., "A content-based search engine on medical images for telemedicine" *Proceedings of the 21st International Computer Software and Applications Conference*, (Aug. 13, 1997),569-572.
Chua, T. S., et al., "Content-based retrieval of segmented images", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),211-218.
Comer, Douglas E., et al., *Internetworking with TCP/IP, vol. 2, Design, implementation, and internals*, ANSI C Version, 3rd Edition, Upper Saddle River, NJ: Prentice Hall,(1999),1-660.
Comer, Douglas E., et al., *Internetworking with TCP/IP, volume 3, Client-server programming and applications*, BSD Socket Version, Upper Saddle River, NJ: Prentice Hall,(1993),1-498.
Comer, Douglas , et al., "Chapter 4—Internet Addresses & Chapter 5—Mapping Internet Addresses to Physical Addresses (ARP)", *Internetworking with TCP/IP*, vol. 1. Upper Saddle River, N.J. : Prentice Hall,(1995),59-88, 588.
De Roure, David , et al., "A Multiagent system for Content Based Navigation of Music", *Proc. ACM Multimedia*, 99 (Part 2), (1999),63-66.
Deep, John , et al., *Developing CGI applications with Perl*, New York : Wiley Computer Pub.,(1996),72-77.
Fletcher, Peter A., et al., "Direct Embedding and Detection of RST Invariant Watermarks", *F.A.P. Petitcolas* (Ed.): IH 2002, LNCS 2578 Springer-Verlag Berlin Heidelberg, (2003),129-144.
Haitsma, J. , et al., "A Highly Robust Audio Fingerprinting System", *ISMIR 2002—3rd International Conference on Music Information Retrieval*, http://ismir2002.ismir.net/proceedings/02-fp04-2.pdf,(Oct. 17, 2002),1-9.
Haitsma, Jaap , "Robust Audio Hashing for Content Identification", *Philips Research*, 8 pages.
Haitsma, J. A., et al., "Robust Hashing of Multimedia Content", (Dec. 14, 2000),10 pgs.
Kan, Ti , *XMCD Version 2.0 patchlevel 0*, BSD News Article 64976,(Apr. 3, 1996),10 pgs.
Kan, Ti , *XMCD Unix CD Player*, (Mar. 21, 1996),1358 pgs.
Kurth, Frank , et al., "Full-Text Indexing of Very Large Audio Data Bases", *Audio Engineering Society Convention Paper, 110th Convention*, Amsterdam, (May 2001),1-11.
Lewis, Paul H., et al., "Media-based Navigation with Generic Links", *Proceedings of the the Seventh ACM Conference on Hypertext*, (1996),215-223.
Lienhart, R. , "Automatic text recognition for video indexing", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),11-20.
Lin, Ching-Yung , et al., "Rotation, Scale, and Translation Resilient Watermarking for Images" *IEEE Transactions on Image Processing*. vol. 10, No. 5, (May 2001),767-782.
Little, T. D., et al., "A digital on-demand video service supporting content-based queries", *Proceedings of the First ACM International Conference on Multimedia*, (1993),427-436.
Martin, Keith D., et al., "Music Content Analysis through Models of Audition", (1998),8 pgs.
Mayer-Patel, Ketan , et al., "Synchronized continuous media playback through the World Wide Web", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),435-436.
McNab, Rodger J., et al., "Towards the digital music library: tune retrieval from acoustic input", *Proceedings of the First ACM International Conference on Digital Libraries*, (1996),11-18.
Neuschmied, Helmut , et al., "Content-based Identification of Audio Titles on the Internet", *Proceedings of the First International Conference on WEB Delivering of Music*,(2001),5 pages.
Oostveen, J. , et al., "Feature Extraction and a Database Strategy for Video Fingerprinting", *Lecture Notes in Cormputer Science*, 2314,(Mar. 11, 2002),117-128.
Oostveen, Job , "Visual Hashing of Digital Video: Applications and Techniques", 11 pages.
Pereira, Shelby , "Template Based Recovery of Fourier-Based Watermarks Using Log-Polar and Log-log Maps" *IEEE Int. Conf on Multimedia Computing and Systems*, Florence, Italy, (Jun. 1999),1-5.
Prabhakaran, B. , et al., "Synchronization models for multimedia presentation with user participation", *Proceedings of the First ACM International Conference on Multimedia*, (1993),157-166.
Qazi, Naveed U., et al., "A synchronization and communication model for distributed multimedia objects" *Proceedings of the First ACM International Conference on Multimedia*, (1993),9 pgs.
Rajasekaran, P. , et al., "Microcomputer Implementable Low Cost Speaker-Independent Word Recognition", *IEEE International Conference on ICASSP '83, Acoustics, Speech, and Signal Processing*, Abstract; p. 754, right-hand column, Appendix A, A.1, A.2; figure 1,(Apr. 14-16, 1983),753-756.
Rhoads, Geoffrey B., et al., "Managing on-line media library through links in media signals", U.S. Appl. No. 60/178,028.
Roscheisen, M. , et al., "Beyond browsing: shared comments, SOAPs, trails, and on-line communities", *Computer Networks and ISDN Systems*, 27(6), (Apr. 1995),739-749.
Schneider, Marc , et al., "A Robust Content Based Digital Signature for Image Authentication", *International Conference on Image Processing*, 1996, Proceedings., vol. 3, (1996),227-230.
Schneier, Bruce , "Chapter 16, Pseudo random sequence generators", *In Applied Cryptography*, John Wiley & Sons, New York, US, 1996 ,372-379.
Shafer, Keith , et al., "Introduction to Persistent Uniform Resource Locators", http://purl.oclc.org/docs/inet96.html, OCLC Online Computer Library Center, Inc.,(1996),8 pgs.

Slashdot, "Machine Learning and MP3s", [Online]. Retrieved from the Internet: <URL: HTTP://www.Slashdot.org/article.pl?sid=03/04/21/110236&mode=thread&tid=141>, 12 pgs.
Smith, Brian C., et al., "The Berkeley continuous media toolkit", *Proceedings of the Fourth ACM International Conference on Multimedia*, (1997),451-452.
Subramanya, S R., et al., "Transform-Based Indexing of Audio Data for Multimedia Databases", *1997 IEEE*, (1997),211-218.
Weitzman, L. , et al., "Automatic presentation of multimedia documents using relational grammars", *Proceedings of the Second ACM International Conference on Multimedia*, (1994),443-451.
Wells, Maxwell J., et al., "Music Search Methods Based on Human Perception", U.S. Appl. No. 09/556086, filed Apr. 21. 2000.
Welsh, Matt , et al., "Querying Large Collections of Music for Similarity", *Technical Report UCB/CSD0-1096, U.C. Berkeley Computer Science Division*, Research sponsored by Advanced Research Projects Agency under grant DABT63-98-C-0038, and equipment grant from Intel Corp.,(Nov. 1999),13 pages.
Wold, E. , "Content-based classification, search,. and retrieval of audio", *IEEE MultiMedia*, 3(3), (Fall 1996),27-36.
Yang, Cheng, "MACS: Music Audio Characteristic Sequence Indexing for Similarity Retrieval", *Supported by Leonard J. Shustek Fellowship, Stanford Graduate Fellowship program, and NSF Grant IIS-9811904 New Paltz, New York* (Oct. 2001),123-126.
Zhang, Hongjiang, et al., "Video Parsing, Retrieval and Browsing: An Integrated and Content-Based Solution", *ACM Multimedia 95—Electronic Proceedings*, San Francisco, California,(Nov. 5-9, 1995),19 pgs.
"U.S. Appl. No. 09/976,038 Final Office Action Mailed Aug. 18, 2008", FOAR, 12 Pgs.
"U.S. Appl. No. 10/073,772, Preliminary Amendment filed Jul. 28, 2008", 10 pgs.
"U.S. Appl. No. 10/503,245, Response filed Aug. 28, 2008 to Final Office Action mailed May 28, 2008", 13 pgs.
"U.S. Appl. No. 10/503,245, Notice of Allowance mailed Sep. 4, 2008", 16 pgs.
"U.S. Appl. No. 10/533,211 Non-Final Office Action mailed Jul. 29, 2008", 14 Pgs.
"U.S. Appl. No. 10/534,323, Response filed Jul. 16, 2008 to Non Final Office Action mailed Apr. 16, 2008", 9 pgs.
"U.S. Appl. No. 11/432,989 Non-Final Office Action mailed Jun. 11, 2008", 9 pgs.
"Japanese Application Serial No. 2002-565363, Final Office Action mailed Jul. 14, 2008", 12 pgs.
"Japanese Application Serial No. 2006-330002, Office Action mailed Jun. 10, 2008", 5 pgs.
"Korean Application Serial No. 10-2002-7005203, Office Action mailed May 28, 2008", 8 pgs.
"Korean Application Serial No. 10-2002-7013737, Final Office Action mailed Sep. 1, 2008", 5 pgs.
Ido, S, "Multimedia Research Forefront-5", *Business Communications*, 34,(3),(Mar. 1, 1997), 3 pgs.
Stephen, D., "the Exploratory Workshop on Music Information Retrival", *Acm SIGIR*, FOAR, (1999), pp. 1-14.
"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 4, 2007", 6 pgs.
"U.S. Appl. No. 09/976,038, Non Final Office Action mailed Jan. 9, 2004", 8 pgs.
"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Jun. 8, 2006", 4 pgs.
"U.S. Appl. No. 09/976,038, Notice of Allowance mailed Oct. 22, 2004", 7 pgs.
"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed May 16, 2007", 8 pgs.
"U.S. Appl. No. 09/976,038, Response filed Oct. 15, 2001 to Non Final Office Action mailed Jun. 8, 2004", 7 pgs.
"U.S. Appl. No. 10/073,772, Notice of Allowance mailed May 23, 2008", 4 pgs.
"U.S. Appl. No. 10/073,772, Non-Final Office Action Mailed Jan. 9, 2008", 14 pgs.
"U.S. Appl. No. 10/503,245, Response filed Feb. 26, 2008 to Non-Final Office Action mailed Nov. 26, 2007", 13 pgs.
"U.S. Appl. No. 10/503,245, Final Office Action mailed on May 28, 2008", 23 pgs.
"U.S. Appl. No. 10/503,245, Non-Final Office Action mailed Nov. 26, 2007", 10 pgs.
"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Apr. 23, 2008", 10 pgs.
"U.S. Appl. No. 10/533,211, Response filed Mar. 5, 2008 to Final Office Action mailed Dec. 15, 2007", 6 pgs.
"U.S. Appl. No. 10/533,211, Response filed May 13, 2008 to Final Office Action mailed Dec. 5, 2007", 13 pgs.
"U.S. Appl. No. 10/533,211 Final Office Action mailed Dec. 5, 2007", 13 pgs.
"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Apr. 16, 2008", 7 pgs.
"U.S. Appl. No. 10/534,323, Response filed Jan. 3, 2008 to Non-Final Office Action mailed Oct. 3, 2007", 9 pgs.
"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 3, 2007", 8 Pages.
"International Application Serial No. 01976124.6, Office Action mailed Jan. 2, 2008", 7 pgs.
"International Application Serial No. 03798257.6, Office Action mailed Feb. 7, 2008", 6 pgs.
"International Application Serial No. 1976124.6, Office Action mailed Aug. 4, 2005", 4 pgs.
Haitshma, J., et al., "Speed- Change Resistant Audio fingerprinting using Auto-correlation", *Philips Research Laboratories Eindhoven, IEEE*, (2003), pp. 728-731.
Stephen, D., "The Exploratory Workshop on Music Information Retrieval", ACM SIGIR, (Aug. 19, 1999), 1-14.
"U.S. Appl. No. 10/073,772, Notice of Allowance mailed Nov. 19, 2008", 7 pgs.
"U.S. Appl. No. 10/073,772, Supplemental Notice of Allowability mailed Nov. 2, 2006", 4 pgs.
"U.S. Appl. No. 10/529,360, Non-Final Office Action mailed Oct. 16, 2008", 14 pgs.
"U.S. Appl. No. 10/529,360, Response filed Feb. 16, 2009 to Non-Final Office Action mailed Oct. 16, 2008", 9 pgs.
"U.S. Appl. No. 10/529,360, Response filed Sep. 23, 2008 to Non-Final Office Action mailed Apr. 23, 2008", 9 pgs.
"U.S. Appl. No. 10/533,211, Advisory Action mailed Mar. 25, 2008", 3 pgs.
"U.S. Appl. No. 10/533,211, Final Office Action mailed Dec. 17, 2008", 16 pgs.
"U.S. Appl. No. 10/533,211, Response filed Feb. 16, 2009 to Final Office Action mailed Dec. 17, 2008", 11 pgs.
"U.S. Appl. No. 10/533,211, Response filed Oct. 29, 2008 to Non-Final Office Action mailed Jul. 29, 2008", 13 pgs.
"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Oct. 31, 2008", 7 pgs.
"U.S. Appl. No. 10/534,323, Response filed Jan. 29, 2009 to Non-Final Office Action mailed Oct. 31, 2008", 9 pgs.
"U.S. Appl. No. 11/432,989, Response filed Oct. 13, 2008 to Non-Final Office Action mailed Jun. 11, 2008", 10 pgs.
"U.S. Appl. No. 11/432,989, Response filed Mar. 2, 2009 to Non-Final Office Action mailed Dec. 2, 2008", 11 pgs.
"U.S. Appl. No. 11/432,989, Non-Final Office Action mailed Dec. 2, 2008", 7 pgs.
"Korean Application No. 10-2002-7005203, Office Action Mailed Jan. 13, 2009", 6 pages.
"A Highly Robust Audio Fingerprint System", 2002, 107-115.
"U.S. Appl. No. 10/529,360, Final Office Action mailed Apr. 17, 2009", 15 pgs.
"U.S. Appl. No. 10/534,323, Final Office Action mailed May 13, 2009", 12 pgs.
"U.S. Appl. No. 10/534,323, Response filed Jul. 13, 2009 to Final Office Action mailed May 13, 2009", 11 pgs.
"U.S. Appl. No. 11/432,989, Final Office Action mailed Jun. 26, 2009", 10 pgs.
"U.S. Appl. No. 11/466,056, Non-Final Office Action mailed Jul. 16, 2009", 30 pgs.
03809813.3, "European Application Serial No. 03809813.3 ,office Action Mailed on Jan. 14, 2009", 8.

Haitsma, et al., "Robust Audio Hashing for Content Identification", (Sep. 2001).
"U.S. Appl. No. 10/533,211, Advisory Action mailed Mar. 11, 2009", 3 pgs.
"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Sep. 21, 2009", 7 Pgs.
"U.S. Appl. No. 10/534,323, Response filed Dec. 18, 2009 to Non Final Office Action mailed Sep. 21, 2009", 12 pgs.
"U.S. Appl. No. 11/432,989 , Non-Final Office Action mailed Nov. 18, 2009", 10.
"U.S. Appl. No. 11/432,989, Response filed Sep. 28, 2009 to Final Office Action mailed Jun. 26, 2009", 13 pgs.
"European Application No. 09172380.9, European Search Report Mailed Nov. 23, 2009", 8 pgs.
"European Application Serial No. 03737399.0, Summons to Attend Oral Proceedings Received mailed Aug. 7, 2009", 9 pgs.
Hearst, M., et al., "The Exploratory Workshop on Music Information Retrieval", *International Conference on Research and Development in Information Retrieval*, Berkeley, CA (Aug. 19, 1999), 1-14.
"U.S. Appl. No. 10/073,772, Response filed Jan. 3, 2006 to Non Final Office Action mailed Sep. 19, 2005", 21 pgs.
"U.S. Appl. No. 10/533,211, Examiner Interview Summary mailed Sep. 24, 2007", 4 pgs.
"U.S. Appl. No. 10/534,323, Non-Final Office Action mailed Mar. 18, 2010", 7 pgs.
"U.S. Appl. No. 11/432,989 Notice of Allowance mailed Jul. 29, 2010", 13 pgs.
"U.S. Appl. No. 11/432,989, Response filed Apr. 19, 2010 to Non Final Office Action mailed Nov. 18, 2009", 13 pgs.
"U.S. Appl. No. 11/799,865 Non-Final Office Action mailed Aug. 18, 2010", 14 pgs.
"U.S. Appl. No. 11/799,865 Restriction Requirement mailed out on Apr. 28, 2010", 7.
"U.S. Appl. No. 11/800,904, Non-Final Office Action mailed May 12, 2010", 10 pgs.
"U.S. Appl. No. 11/800,904, Response filed Apr. 15, 2010 to Restriction Requirement mailed Mar. 17, 2010", 5 pgs.
"U.S. Appl. No. 11/800,904, Response filed Aug. 12, 2010 to Non Final Office Action mailed May 12, 2010", 10 pgs.
"U.S. Appl. No. 11/800,904, Restriction Requirement mailed Mar. 17, 2010", 6 pgs.
"Japanese Application Serial No. 2002-565363, Office Action mailed Jul. 12, 2010", 4 Pgs.

* cited by examiner



100
101
102
103
104
106
103
130
131
132
133
134
135
134
136
160
161
162
163

FIG. 1



222
224
221
220
223
162
161
163
220
241
242
210
240
160
204
200
260
253
201
202
203
252
250
251

FIG. 2

## METHOD OF ENHANCING RENDERING OF CONTENT ITEM, CLIENT SYSTEM AND SERVER SYSTEM

The invention relates to a method of enhancing rendering of a content item.

The invention further relates to a client system arranged for enhanced rendering of a content item.

The invention further relates to a server arranged for facilitating enhanced rendering of a content item.

Electronic commerce provides unprecedented opportunities for consumers to browse, select and purchase products, and also provides opportunities for alternative market and sales techniques. Conventionally, electronic commerce requires a somewhat pro-active consumer role. The consumer searches the Internet for a particular product, selects a vendor and submits a request to purchase the item. Alternatively, a consumer visits a website for information, perhaps with no intent to purchase anything, and is presented an advertisement for a product. Then the consumer "clicks" on the advertisement, decides whether to purchase the item, and then submits the purchase request. In like manner, the consumer receives e-mail containing an advertisement, reviews the information, either directly or via an Internet link, decides whether to purchase the product, and then submits the purchase request. In each of these scenarios, the consumer utilizes a bi-directional communications device to contemporaneously receive the information and submit the purchase request.

As is well known in the art of marketing and advertising, "impulse shopping" provides an opportunity for significant product revenue. Products are placed within easy reach while waiting in a cashier queue, "specials" are announced over loudspeaker systems in a department store, and so on. Television commercials often contain a notification of a telephone number to call to order a product being advertised, or to order a copy of the program being broadcast at that time. This technique has been applied to e-commerce systems, for example by providing "click here to purchase" icons on webpages or e-mail advertisements. The opportunities for impulse shopping, however, are limited to the specific environments or occasions that allow for such impulse buys, and, in the case of e-commerce, typically require a contemporaneous bi-directional communications link between the consumer and the product supplier.

Digital broadcasting systems will make a large amount of content items available to users. Current Internet-enabled content receiving systems, such as real-time audio receivers, allow a user to store an identifier for a content item in a local database, to serve as a bookmark to retrieve the item later so it can be processed again. If the user likes such a bookmarked item, he may want to shop for it at an e-commerce system. The current procedure to do this is rather cumbersome. First, the user must find the identifier, and then go to the e-commerce system and try to find it. He might have to look for it using different identifiers. Usually the identifier is a code such as an ISBN, which is hard to remember and easy to mistype. Further, the identifier may not even be shown to the user or be present in his bookmark file. The user then cannot know easily which item he is supposed to look for. By the time he has found it, his impulse to buy it will long since have gone.

International Patent Application WO 97/21291 discloses a radio broadcasting system which maintains a database with descriptions of the songs and other audio content it broadcasts. The database is indexed to allow a listener to select a particular description, e.g. the song currently playing, the song last played, etcetera. When a listener hears a particular piece of audio he likes, he can call a special telephone number to access the database, and use the touch tones on his telephone to navigate the database, select descriptions and optionally buy selected songs.

European Patent Application EP-A-0 991 213 discloses a method and device for transmitting digital information, such as digital audio data, together with additional information. The additional information can be for instance the jacket photo, song titles, lyrics, the artist's name, and so on. The transmitting device disposes the additional in the digital audio data itself by creating a number of data frames, and multiplexing them with the frames that make up the digital audio data. The transmitting device receives the multiplexed data and audio frames, demultiplexes them and uses the additional information to enhance the presentation of the digital audio data for the user, e.g. by presenting the title and artist's name when playing the audio.

When the user likes the digital audio data, he can press a "bookmark button". Upon pressing this button, the receiving device stores an identifier for the digital audio data, so that it can be recalled and played back again later. The method according to this European Patent Application requires that the server system disposes the additional information in the content before transmitting it to the client system. This increases the size of the content to be transmitted and requires that the server system knows in advance which additional information is desired in the client system.

It is an object of the invention to provide a method according to the preamble, which is more flexible than the known method.

This object is achieved according to the invention in a method comprising receiving a portion of the content item from a client system, processing the received portion to obtain an identifier for the content item, obtaining further information on the content item using the identifier, and transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

It is an object of the invention to provide a client system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a client system comprising a receiver for receiving the content item, input means for marking the received content item, and tracking means for in response to said marking automatically providing identifying data for the marked content item to a remote server system, and for subsequently receiving further information on the content item from the remote server system.

The client system, which can be a system such as a television receiver, a set-top box, a radio or a general Internet-enabled computer, but also a mobile telephone or portable audio player, allows the user to mark content items, such as television programs, music tracks or items shown in advertisements, as being of interest. Identifying data for the content item is then submitted to a remote server system, which retrieves extra information such as title, artist or performer, photos and lyrics and transmits that extra information back to

the client system. The client system then displays the extra information as appropriate, which enhances the playback of the content item in the eyes of the user.

Since the extra information is not embedded in the content item itself, but rather retrieved from a remote server when the user asks for it, the extra information that is sent back can be changed over time. This makes the client system more flexible than the known system.

In an embodiment the identifying data comprises a portion of the marked content item. In order to retrieve the extra information, the server system needs to identify the content item. If the client system cannot determine such an identifier itself, it can submit a portion of the content item in question to the server system. The server system will have more processing power, so it should be able to e.g. detect a watermark in the portion or to make an analysis of the content to extract characteristic features from the portion. Using the watermark information or the characteristic feature, the server system can perform a lookup in a database and retrieve the extra information for the content item.

In a further embodiment the tracking means are arranged for detecting a watermark in the marked content item, and the identifying data comprises an identifier obtained from the detected watermark. One way to supply the identifier for the content item is to embed it in the content item by means of a watermark. The tracking means then performs an analysis of the content item to detect the watermark and to extract the identifier therefrom. The identifier can then be submitted to the server system.

In a further embodiment the further information comprises an identifier for the content item, and the tracking means are arranged for providing the identifier to an e-commerce system. Knowing that a user likes a particular content item is of importance in an e-commerce system, as a user will be more inclined to buy such items, especially at the moment he is confronted with them. For example, if the user hears a song and uses the input means to signal this, he will be more likely to respond positively to an immediate offer to buy a record carrier with the song, such as a CD single, or a digital version of the song, for example in the MP3 format, especially if it is offered at a discount.

Further, the user is now no longer required to actively seek out the content item, or information related to it, on the e-commerce system when it is processed on the device. Rather, he simply marks it using the input module, and he can recall the marked items for further processing, if any, when he is using the e-commerce system.

In a further embodiment the tracking means are arranged for adding the identifier to a shopping list for a user of the e-commerce system. An advantage of this embodiment is that the user is minimally distracted from his listening or viewing experience with the content item, and still has the content item available for shopping when he is ready to do so. He can, for example, go shopping the next morning, and then he will see the marked content item or items on his shopping list and be more inclined to buy it, as he will then recall that he found those items to be of interest the previous day.

In a further embodiment the tracking means are arranged for receiving a list of items related to the marked content item from the e-commerce system in response to providing the identifier to the e-commerce system. An advantage of this embodiment is that it allows for easy browsing of the related items. This way, the user is more inclined to shop from those related items, since they are, by association, also of interest to him.

In a further embodiment the tracking means comprise a tracking buffer for storing the identifier to facilitate automatically providing the identifier to the e-commerce system when the client system is coupled to a transfer device. Portable client systems need not have a direct link to an e-commerce system, yet they should still be able to function in a manner similar to the client system described above. To this end, a portable client system according to the invention can be provided with a tracking buffer, which stores the identifiers until they can be provided to an e-commerce system. This could become possible, for example, when the portable client system comes in the vicinity of a base station or transfer device, or if the user activates a transmit function. The portable client system could be a handheld computer, which the user can connect to a mobile telephone to establish a connection to a network. Once he is connected to the network, the portable client system can automatically provide the identifier stored in the tracking buffer to the e-commerce system.

It is an object of the invention to provide a server system according to the preamble, which can operate in a more flexible manner than the known client system.

This object is achieved according to the invention in a server system comprising receiving means for receiving a portion of the content item from a client system, processing means for processing the received portion to obtain an identifier for the content item, lookup means for obtaining further information on the content item using the identifier, and for transmitting the further information to the client system.

A client system can only play back the content item, but not present extra information such as a photo of the artist, or the lyrics of the content item as well, unless this extra information is also present in the content item. However, simply embedding the extra information is not very flexible, since it is impossible to update or extend it at a later time. By identifying the content item in a server system, retrieving the extra information from a database and sending back the extra information, the presentation of the content item can be enhanced in a more flexible manner. For example, updated photos or concert information can be provided in this manner.

In an embodiment the processing means are arranged for computing a hash value for the received portion of the content item, the identifier comprising the computed hash value. The content item may not have an accompanying identifier, or that identifier may have been lost before the content item arrived at the server system. In such a case, the server system will have to calculate the identifier itself by doing an analysis of the content item. The thusly computed hash value can be used as an identifier to look up the extra information in a database.

These and other aspects of the invention will be apparent from and elucidated with reference to the embodiments shown in the drawings, in which:

FIG. **1** schematically shows an arrangement comprising a number of client systems and an e-commerce system; and

FIG. **2** schematically shows an arrangement comprising a number of portable client systems, transfer devices and an e-commerce system.

Throughout the figures, same reference numerals indicate similar or corresponding features. Some of the features indicated in the drawings are typically implemented in software, and as such represent software entities, such as software modules or objects.

FIG. **1** schematically shows an arrangement comprising a first client system **100**, a second client system **130**, and an e-commerce system **160**. The systems **100**, **130**, **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The first client system **100** and the second client system **130** have respective receivers **101**, **131**. These can be, for

instance, an antenna to pick up signals from the ether, or a connection to a cable network or the Internet. Using these receivers **101**, **131**, the client systems **100**, **130** are able to receive content items such as television programs, radio broadcasts, songs, pictures and so on, from a service provider. The thusly-received content items can be rendered by respective rendering modules **102**, **132** and output using output modules **103**, **133**. The exact way in which a content item is rendered depends on the type of client system and the type of content. For instance, in a radio receiver, rendering comprises generating audio signals and feeding it to loudspeakers. For a television receiver, rendering comprises generating audio and video signals and feeding those to a display screen and loudspeakers. For other types of content, a similar appropriate action must be taken.

Rendering may also include operations such as decrypting or descrambling the signal, synchronizing audio and video signals and so on. The client system **100** is shown by way of example as a radio receiver with loudspeakers **103**, and the client system **130** is by way of example shown as a television receiver with display screen **133**. The client system **130** could also be a set-top box, with the rendering module **132** and screen **133** located elsewhere.

The client systems **100**, **130** also have respective input modules **104**, **134**, shown as buttons on the systems **100**, **130** and on a remote control **135**. These input modules **104**, **134** are used for marking a content item, preferably the content item being rendered, as being of interest to a user. These input modules can be provided as buttons in hardware or in software, be drawn on a display such as display **133** or on a touch-screen area, or be made available as menu items or icons in a user interface for the systems **100**, **130**. The input modules can also use audio or visual input from the user, for example by detecting a voice control command issued by the user, or detecting a gesture or action by the user, such as raising his thumb towards the input module.

The button **134** can also be provided on a separate control device, such as remote control **135**. In that case, pressing the button on the separate control device has the same effect as pressing the button on the client system **130**. The input module **104**, **134** may be coupled to a confirmation mechanism, to guard against marking undesired content items. In that case, marking a content item comprises using the input module **104**, **134** and confirming the use through the confirmation mechanism.

The input modules **104**, **134** are coupled to respective tracking modules **106**, **136**. When a user uses the input module **104**, **134** to mark an item as being of interest to him, the tracking module **106**, **136** determines an identifier for the marked content item.

Such an identifier is usually provided with the content item. It can be, for example, the Uniform Resource Locator (URL) or other Uniform Content Identifier (URI) of the content item. It can also be a code, such as an ISBN or another number identifying the content item at an e-commerce system. The identifier can also simply be the title of the content item.

If the identifier supplied with the content item is usable outside its original context, then it can be used directly. The tracking module **106**, **136** could obtain an identifier using meta-information present with the content item. For example, the title of a movie is usually sufficient to identify it. However, if the identifier is a code which is only used by the provider who supplied the content item, then it needs to be mapped to another code first, which other code can then be used as the identifier. The tracking module **106**, **136** could request this other code from the provider, or map it itself.

If there is no identifier supplied with the content item, the tracking module **106**, **136** needs to determine one itself. The tracking module **106**, **136** can calculate the identifier itself by doing an analysis of the content. For example, an electronic book may contain its ISBN on one of the first pages, and since the format of the ISBN is known, it could be extracted automatically by scanning the text for this known format. The ISBN can then be used as identifier. The identifier may be embedded as a watermark in audio and video content, and the tracking module **106**, **136** can analyze the content to detect the watermark and to obtain the identifier.

Not all processing needs to take place in the client system **100**, **130** itself. For example, the television receiver **130** could be coupled to a set-top box or gateway to an in-home network to which said television receiver **130** is connected could perform some or all of the processing. Such a distributed processing is especially advantageous when the client system is a mobile device, such as a mobile phone, with only limited processing capabilities. This will become apparent with reference to FIG. **2** below.

Once the tracking module **106**, **136** has determined an identifier for the content item, it can obtain more information on the content item and present this to the user. For example, the title, artist or performer of the content item may be shown, or a webpage having more information on the content item could be retrieved and rendered.

The tracking module **106**, **136** can further add the identifier for the marked content item to a list, such as a bookmark list of list of favorite items. This way, the user can easily recall the marked content item at a later time.

The tracking module **106**, **136** can further provide this identifier to the e-commerce system **160**. Providing the identifier to the e-commerce system **160** is preferably done nearly instantaneously, but if for example no permanent connection with the e-commerce system **160** is available, the tracking module **106**, **136** must wait until there is such a connection, and then automatically provide the identifier to the e-commerce system **160**.

In order to facilitate e-commerce, the user who marked the content item should also be identified in some way, for example using his login name at the e-commerce system **160**, or with some other identifier supplied to him by the e-commerce system. If the e-commerce system **160** is available over the World-Wide Web, then it could use a cookie to store an identifier for the user at the client system or at some location where the tracking module **106**, **136** can obtain it and send it along with the identifier for the content item to the e-commerce system **160**.

The identifier of the marked content item can be used in many ways in the e-commerce system **160**. To facilitate direct impulse buying, the identifier can be regarded as a purchase request, and the content item can be shipped to the user without further action being necessary. The identifier can also be added to a shopping list **161** for the user, so he will encounter it at his next time shopping, he will remember it from when he marked it, and he can then order it. This shopping list **161** can have the purpose of a wish list, where the user and his/her friends can see items which the user would like to own, or a list with the contents of a shopping cart with items that should be bought right away, and so on.

The shopping list **161** can be stored in a storage medium **162** at the e-commerce system, where it can be maintained by a list maintenance module **163**. It can also be stored in the client system **100**, **130**, where the user can use it later when he visits the e-commerce system. Storing the wish list or shopping list **161** locally has the advantage that the user can use the

same list at multiple e-commerce systems. However, not all systems have the storage space for storing the list **161**.

The e-commerce system **160** could also generate a list of items related to the marked content item. For example, when the user listens to a song and marks that, the list could comprise various performances of that song, or various formats in which the song can be bought. It could also comprise other songs by the same singer or band, or other songs on the same theme. If the user marks a television program as being of interest to him, the list could comprise videos with previous episodes of the marked television program, or merchandise such as dolls representing characters in the television programs, books about the program or clothing with a logo for the program.

The e-commerce system **160** could also use a recommendation scheme to determine items that are related to the marked content item. Such a recommendation scheme involves keeping track of which items people buy, and using this to suggest items to the user. For example, if many people who mark a specific TV show as being of interest to them buy a book by one of the actors in the show, then the user who also marked the TV show as being of interest to him could be offered the book in question. Combinations of purchases can also be used as input: if many people buy items X and Y together, and the user bought item X, then item Y should now be on the list, since there is a good chance he might want to buy it. Of course, items X and Y should be related to the marked content item.

Thus, after the list has been generated, the client system **100**, **130** receives the list from the e-commerce system **160** in response to the marking of the content item. The client system **100**, **130** can then present it to the user. The list is preferably presented to the user in such a way that shopping from it is made very easy. Presenting the list could be done as soon as it arrives, but it could also be delayed until a more appropriate point in time, for example when a commercial break begins or when the song ends. The list could also be redirected to a system from which the user can more comfortably buy the items, such as his computer or television, when he marks content items on a system such as a portable audio player.

The e-commerce system **160** can also use the identifier to create customized offers. For example, if a user marks several items by the same artist as being of interest to him, the e-commerce system **160** could offer him a compilation CD of that artist at a discount. The e-commerce system **160** thus learns from the user's marking of items which items the user likes. This can be used to generate, for example, the above-mentioned list of related items in a more reliable fashion.

FIG. **2** schematically shows an arrangement comprising a first portable client system **200**, a second client system **220**, first and second base stations **210**, **230** and the e-commerce system **160**. The portable client systems **200**, **220** can be coupled to a transfer device **240** when information needs to be transferred to and from the portable client system. This coupling can be using infrared or radio transmission, or by connecting the portable client system to the transfer device using, for instance, a serial port. The transfer device **240** could be telephone base stations or docking stations. The transfer device **240** and the e-commerce system **160** are connected using a network of some kind. This can be for example the Internet, or a cable network, a dial-up phone connection or a combination of networks.

The portable client systems **200**, **220** have respective receivers **201**, **221**, for instance an antenna to pick up signals from the ether, or a wireless connection to the Internet. Using these receivers **201**, **221**, the devices **200**, **220** are able to receive content items such as television programs, radio broadcasts, songs, pictures and so on, from the base stations **210**, **230**. The thusly-received content items can be rendered to the user by respective rendering modules **202**, **222**.

As an illustration, the first portable client system **200** is shown as a mobile telephone comprising antenna **201** and display screen **202**, and the second portable client system **220** is shown as a portable audio player comprising an antenna **221** and headphones **222**. Other portable client systems, such as handheld computers, are similarly equipped. Most of their functionality is usually be realized in software. The first portable client system **200** can, for example, show content items on its display **202** which are formatted using a standard such as the Wireless Application Protocol (WAP).

The portable client systems **200**, **220** have respective input modules **203**, **223** for marking the content item being rendered as being of interest to a user. If the portable client systems **200**, **220** have a two-way connection with the transfer devices **210**, **230**, then using the input devices **203**, **223** can be handled in the same way as described above with reference to FIG. **1**.

However, it is generally known that portable client systems have only limited processing power and battery life. As mentioned above, it then makes sense to distribute part of the processing to obtain an identifier to a remote server **250**. This remote server can be operated by the provider who supplied the content item, but this is not necessary.

The server system **250** comprises a receiving module **251**, a processing module **252** and a lookup module **253**. The receiving module **251** receives a portion of the content item from the client system **200**. When the portable client system **200** is a mobile phone, the portion is preferably received by establishing a telephone communication link between mobile phone **200** and server **250** and transferring the portion of the content item over the telephone link. For the end user, this means he only has to call the telephone number of the server system **250** and hold up his mobile phone **200** so the microphone therein picks up an audio signal. This audio signal, which is a portion of the content item, is then transmitted to the server system **250**.

The processing module **252** processes the received portion to obtain an identifier for the content item. The identifier is then supplied to a lookup module **253**, which obtains further information on the content item from a database **260**.

The identifier may be embedded as a watermark in audio and video content, and the processing module **252** can analyze the received portion to detect the watermark and to obtain the identifier. Alternatively, the processing module **252** computes a hash value for the received portion of the content item. The identifier then comprises the computed hash value. Using the identifier found in the watermark or the computed hash value, the lookup module **253** can search in the database **260** for the desired further information.

The further information is subsequently transmitted back to the client system **200**. In the case the portable client system **200** is a mobile telephone, this transmission can for example be done by sending an SMS message or a message over an instant messenging service with the further information. The further information can also be e-mailed to an e-mail address for the user of the portable client system **200**. This way, more extensive information can be supplied than can be handled by the potentially limited capabilities of the portable client system **200**. The portable client system **200** could then, for example, receive an SMS message indicating the title and artist, and a statement that more information was sent to the user's e-mail address.

Portable client systems may not have a two-way connection available, and if they do it may be expensive to use it, so

the user will want to use it as little as possible, and in any case use it only when he chooses to do so. A portable radio, for example, can only receive radio signals but not transmit them. A handheld computer can be connected to a mobile phone, but this requires manual intervention by the user. And the user will, given the typical charges for mobile telephony, not do this every time he marks a content item as being of interest to him.

Therefore, in another embodiment, the portable client systems **200**, **220** are further provided with respective tracking buffers **204**, **224** for storing in response to said marking an identifier for the marked content item to facilitate automatically providing the identifier to the e-commerce system **160**.

To automatically provide the identifier to the e-commerce system **160**, the portable client system **200**, **220** must then be brought in contact with the transfer device **240**. This transfer device **240** has a first relay **241** for receiving from the portable client system **200**, **220** an identifier for the marked content item. It also has a second relay **242** for automatically providing the received identifier to the e-commerce system **160**. Using these relays **241**, **242**, the identifier is provided from the portable client system **200**, **220** to the e-commerce system **160** automatically and transparently to the user.

It is possible for the base stations **210**, **230** to serve as a transfer device as well. For example, if the portable client system **200** creates a network connection with the base station **210**, then this connection will most likely be two-way, and then the base station **210** can be used to provide the identifier to the e-commerce system **160**.

When a portable client system **200**, **220** is used, it makes the most sense to maintain the wish list on the e-commerce system **160**, since storage space is often very limited on portable client systems. The transfer device **240** can provide the identifier to the e-commerce system **160** for inclusion in the wish list or shopping list **161** of the user. It can also, by means of the second relay **242**, obtain a list of items related to the marked content item from the e-commerce system **160**.

When the user next connects his portable client system **200**, **220** to the transfer device **240**, the transfer device **240**, by means of the first relay **241**, then transfers the list to the portable client system **200**, **220**. To this end, the transfer device **240** should keep the list in local storage until the portable client system **200**, **240** is connected. The transfer device **240** could also, if possible, directly obtain the list from the e-commerce system **160** and transfer it to the portable client system **200**, **220** immediately. In any case, the portable client system **200**, **220** then presents the list to the user.

The receiving systems **100**, **130** could also make use of a transfer device. For example, when the receiving system is a television receiver, the set-top box or gateway to the in-home network to which said television receiver is connected could then assume the role of the transfer device. When the television receiver is turned off before the list could be obtained from the e-commerce system and transferred to the receiver, the set-top box or gateway saves it locally until the television receiver is turned on again, and only then transfers it.

While the input devices **104**, **134**, **203**, **223**, the tracking devices **106**, **136**, and the tracking buffers **204**, **224** are presented in the embodiments of FIGS. **1** and **2** as separate components, it will often be the case that these devices and buffers are realized by computer software, which is executed by some central processing unit. Thus, for instance, the input device **134** may be a picture of a button drawn by the system **130**, and when the user selects this button using a mouse or other selection aid, the system **130** determines the position on the screen **133** which was selected, concludes that the picture

of the button was selected, and executes the appropriate action to mark the content item being rendered as being of interest.

The invention claimed is:

**1**. A method to enhance rendering of a content item, the method comprising:

receiving, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing, at the server system, the received portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item suitable for interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value;

obtaining further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

**2**. The method of claim **1**, wherein the processing of the received portion of the content item is further to calculate a hash value for the portion of the content item.

**3**. The method of claim **2**, wherein the obtaining of the further information includes utilizing the calculated hash value as the identifier for associated with the content item.

**4**. The method of claim **3**, further comprising utilizing the identifier for the content item to add the content item to a list for future reference by a user.

**5**. The method of claim **1**, wherein the further information includes a title associated with the content item.

**6**. The method of claim **1**, wherein the portion of the content item is received from a mobile phone.

**7**. The method of claim **1**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**8**. The method of claim **1**, wherein the processing of the received portion of the content item comprises determining audio characteristics associated with the received portion of the content item.

**9**. The method of claim **1**, wherein the portion of the content item is a song.

**10**. The method of claim **9**, wherein the server system maintains a database to store information associated with content items.

**11**. The method of claim **1**, wherein the portion of the content item comprises video content.

**12**. A server system to facilitate enhanced rendering of a content item, the system comprising:

a receiver to receive a portion of the content item that can be played by a client system from the client system, the received portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item, the content item comprising audio and/or video content;

a processor to

process the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item suitable for

interrogating a database to determine further information associated with the content item, the processing comprising computing a hash value for the received portion of the content item, the determined identifier comprising the computed hash value; and

a lookup component to obtain further information on the content item using the determined identifier and to transmit the further information to the client system, the obtaining comprising searching the database using the computed hash value.

**13**. The server system of claim **12**, wherein the processor is arranged to compute a hash value for the received portion of the content item.

**14**. The system of claim **13**, wherein the lookup module to utilize the calculated hash value as the identifier associated with the content item.

**15**. The system of claim **14**, further comprising a listing module to add the identifier associated with the content item to a list for future reference by a user.

**16**. The system of claim **12**, wherein the further information includes a title associated with the content item.

**17**. The system of claim **12**, wherein the client system is a mobile phone.

**18**. The system of claim **12**, wherein a portion of the further information includes an offer to sell a further content item related to the content item.

**19**. The system of claim **12**, wherein the characteristic feature of the portion are audio characteristics.

**20**. A method to facilitate an e-commerce transaction, the method comprising:

receiving, at a server system, a media object that can be played by a client system, the media object being distinct from an identifier for the media object, the media object is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the media object;

calculating a hash for the received media object;

processing, at a server system, the media object to determine the identifier for the media object, the identifier being suitable for interrogating a database to determine further information associated with the media object, utilizing the calculated hash value; and

transmitting an electronic offer to sell in response to the receiving of the media object utilizing the determined identifier.

**21**. The method of claim **11**, wherein the media object comprises a portion of an electronic content item.

**22**. A storage device having stored thereon data representing sets of instructions which, when executed by a machine, cause the machine to:

receive, at a server system, a portion of the content item that can be played by a client system from the client system, the received portion of the content item being distinct from an identifier associated with the content item a portion of the content item from a client system, the content item comprising audio and/or video content, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

process, at a server system, the received portion of the content to determine, from the received portion of the content item, the identifier associated with the content item, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

obtain further information on the content item using the determined identifier, the obtaining comprising searching the database using the computed hash value.

**23**. A method to enhance rendering of a content item, the method comprising:

detecting an indication of a user interest in a content item that can be played by a client system;

responding to the indication by obtaining a portion of the content item from the client system, the portion of the content item being distinct from an identifier associated with the content item, the portion of the content item is not accompanied by an identifier suitable for interrogating a database to determine further information associated with the content item;

processing the portion of the content item to determine, from the received portion of the content item, the identifier associated with the content item, the obtaining comprising searching the database using the computed hash value;

obtaining further information associated with the content item utilizing the determined identifier, the identifier being suitable for interrogating a database to determine further information associated with the content item, the obtaining comprising searching the database using the computed hash value; and

transmitting the further information to the client system.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

PATENT NO. : 7,904,503 B2
APPLICATION NO. : 09/933845
DATED : March 8, 2011
INVENTOR(S) : Bartel M. Van De Sluis

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title page, in item [54], in "Title", in column 1, line 1, and in Specification, column 1, line 1, after "OF" insert -- A --.

On Title page 4, item [56] under "Other Publications", in column 2, line 19, before "Seventh" delete "the".

On Title page 4, item [56] under "Other Publications", in column 2, line 42, delete "Cormputer" and insert -- Computer --, therefor.

On Title page 5, item [56] under "Other Publications", in column 1, line 54, delete "Retrival"," and insert -- Retrieval", --, therefor.

In column 8, line 57, delete "messenging" and insert -- messaging --, therefor.

In column 10, line 33, in Claim 3, after "identifier" delete "for".

In column 11, line 47, in Claim 21, delete "claim 11," and insert -- claim 20, --, therefor.

Signed and Sealed this
Twenty-fourth Day of July, 2012

David J. Kappos

David J. Kappos
*Director of the United States Patent and Trademark Office*

# EXHIBIT 3

US007623823B2

(12) **United States Patent**
**Zito et al.**

(10) **Patent No.: US 7,623,823 B2**
(45) **Date of Patent: Nov. 24, 2009**

(54) **DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS**

(75) Inventors: **Tom Zito**, Sausalito, CA (US); **Mark D. Klein**, Los Altos, CA (US); **Allan E. Alcorn**, Portola Valley, CA (US); **Gary S. Fletcher, Jr.**, Auburn, CA (US)

(73) Assignee: **Integrated Media Measurement, Inc.**, San Mateo, CA (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 379 days.

(21) Appl. No.: **11/216,543**

(22) Filed: **Aug. 30, 2005**

(65) **Prior Publication Data**

US 2006/0059277 A1 Mar. 16, 2006

**Related U.S. Application Data**

(60) Provisional application No. 60/606,229, filed on Aug. 31, 2004, provisional application No. 60/655,305, filed on Feb. 22, 2005.

(51) **Int. Cl.**
*H04H 60/33* (2008.01)

(52) **U.S. Cl.** ............................ **455/2.01**; 725/9; 725/19

(58) **Field of Classification Search** ................ 455/2.01; 725/9, 14, 18, 19
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

5,574,962 A 11/1996 Fardeau et al.
5,581,800 A 12/1996 Fardeau et al.
5,594,934 A * 1/1997 Lu et al. ................ 455/2.01 X

(Continued)

FOREIGN PATENT DOCUMENTS

WO WO0079709 12/2000

(Continued)

OTHER PUBLICATIONS

"Nielsen to Test Electronic Ratings Service for Outdoor Advertising," VNU Media Measurement & Information, Oct. 8, 2002, [online] [Retrieved on May 16, 2006] Retrieved from the Internet<URL:http://www.nielsenmedia.com/newsreleases/2002/Nielsen_Outdoor.htm>.

*Primary Examiner*—Philip J Sobutka
(74) *Attorney, Agent, or Firm*—Raubvogel Law Office

(57) **ABSTRACT**

User exposure to media items is detected and measured. A mobile client device carried by a user digitally samples the audio environment of the user on a regular basis. These samples are transformed into a stream of data signatures and compared with reference media items to detect user exposure to the reference items. Purchase behavior following exposure to selected media content items can be detected and tracked as well, so as to gauge effectiveness of media items such as advertisements.

**16 Claims, 4 Drawing Sheets**



U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,764,763 | A | 6/1998 | Jensen et al. |
| 5,768,680 | A | 6/1998 | Thomas |
| 6,574,594 | B2 | 6/2003 | Pitman et al. |
| 6,633,651 | B1 | 10/2003 | Hirzalla et al. |
| 6,754,470 | B2 | 6/2004 | Hendrickson |
| 6,766,523 | B2 | 7/2004 | Herley |
| 6,970,131 | B2 | 11/2005 | Percy et al. |
| 6,990,453 | B2 | 1/2006 | Wang |
| 6,993,245 | B1 | 1/2006 | Harville |
| 6,999,715 | B2 | 2/2006 | Hayter et al. |
| 7,031,921 | B2 | 4/2006 | Pitman et al. |
| 7,038,619 | B2 | 5/2006 | Percy et al. |
| 7,164,798 | B2 | 1/2007 | Hua et al. |
| 7,194,752 | B1 | 3/2007 | Kenyon et al. |
| 7,346,512 | B2 | 3/2008 | Wang |
| 7,359,889 | B2 | 4/2008 | Wang |
| 7,366,461 | B1 | 4/2008 | Brown |
| 7,487,112 | B2 * | 2/2009 | Barnes, Jr. .................. 705/26 |
| 2002/0032904 | A1 | 3/2002 | Lerner |
| 2002/0078056 | A1 | 6/2002 | Hunt et al. |
| 2002/0082837 | A1 | 6/2002 | Pitman et al. |
| 2002/0168938 | A1 | 11/2002 | Chang |
| 2003/0014747 | A1 | 1/2003 | Spehr |
| 2003/0079015 | A1 | 4/2003 | Fein et al. |
| 2003/0123850 | A1 | 7/2003 | Jun et al. |
| 2003/0131350 | A1 | 7/2003 | Peiffer et al. |
| 2004/0073916 | A1 | 4/2004 | Petrovic et al. |
| 2004/0181799 | A1 | 9/2004 | Lu et al. |
| 2004/0226035 | A1 | 11/2004 | Hauser |
| 2005/0044561 | A1 | 2/2005 | McDonald |
| 2005/0065976 | A1 * | 3/2005 | Holm et al. ............. 707/104.1 |
| 2005/0066352 | A1 | 3/2005 | Herley |
| 2005/0086682 | A1 | 4/2005 | Burges et al. |
| 2005/0267750 | A1 | 12/2005 | Steuer et al. |
| 2005/0289583 | A1 | 12/2005 | Chiu |
| 2007/0006250 | A1 * | 1/2007 | Croy et al. .................... 725/9 |
| 2007/0107008 | A1 | 5/2007 | Dybus |
| 2007/0124756 | A1 | 5/2007 | Covell et al. |
| 2007/0124757 | A1 | 5/2007 | Breen |
| 2007/0143777 | A1 | 6/2007 | Wang |
| 2007/0157224 | A1 | 7/2007 | Pouliot et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO | 03/091990 | 11/2003 |

* cited by examiner

U.S. Patent Nov. 24, 2009 Sheet 1 of 4 US 7,623,823 B2

103
Wireless Data Service Provider
104
Communication Tower
102
Media content source
101
Mobile Client Device
105
Internet
116
Purchase information source(s)
106 Network Operations Center
108
Mobile Client Device Control Server(s)
109
Location tracking server(s)
117
Purchasing tracking server(s)
107
Data Signature Stream Collection Server(s)
114
Data Signature Stream Store
115
Correlator server(s)
118
Consumer tracking database
111 Media receiver
111 Media receiver
111 Media receiver
111 Media receiver
112
Transformation server(s)
121
Broadcast candidate media
119
Analytical Reporting server(s)
120
Reports
113
Non-broadcast candidate media

*FIG. 1*



FIG. 2A
102
Media Content
Source
101
Mobile Client Device (MCD)
Collect audio samples
Transform audio samples to Consumer data signature stream
Send Consumer data signature stream to NOC
106 Network Operations Center (NOC)
Create candidate data signature streams from non-synchronous and synchronous audio sources
Receive Consumer data signature stream from MCD
Find matches
Generate customer reports
120
Reports
FIG. 2B
102
Media Content
Source
101
Mobile Client Device (MCD)
Collect audio samples
Transform audio samples to Consumer data signature stream
Receive candidate data signature streams from NOC
Find matches
Send match data to NOC
106 Network Operations Center (NOC)
Create candidate data signature streams from non-synchronous audio sources
Send candidate data signature streams to MCD
Receive match data from MCD
Generate customer reports
120
Reports
FIG. 2C
102
Media Content
Source
101
Mobile Client Device (MCD)
Collect audio samples
Send Consumer audio samples to NOC
106 Network Operations Center (NOC)
Create candidate data signature streams from non-synchronous and synchronous audio sources
Receive Consumer audio samples from MCD
Transform Consumer audio samples to Consumer data signature stream
Find matches
Generate customer reports
120
Reports

103
Wireless Data Service Provider
104
Communication
Tower
102
Media content source
101
Mobile Client Device
105
Internet
302
Slice factory
111
Media Receiver
111
Media Receiver
111
Media Receiver
111
Media Receiver
...
112A
Server
107
Data Signature
Stream Collection
Server(s)
304
Static DB
114
Data Signature
Stream Store
(Dynamic DB)
303 Node
301
Signature
matching
software
303 Node
301
Signature
matching
software
303 Node
301
Signature
matching
software
...
115
Correlator server(s)
305
Matches DB

FIG. 3

U.S. Patent Nov. 24, 2009 Sheet 3 of 4 US 7,623,823 B2

U.S. Patent Nov. 24, 2009 Sheet 4 of 4 US 7,623,823 B2

401
Record broadcast audio from media receivers
402
Transform into signatures
403
Store broadcast signatures
404
Record audio from MCDs
405
Transform into signatures
406
Store MCD signatures
407
Compare MCD signatures with broadcast signatures to detect exposure to media content items
408
Generate and output reports

*FIG. 4*

# DETECTING AND MEASURING EXPOSURE TO MEDIA CONTENT ITEMS

## CROSS-REFERENCE TO RELATED APPLICATIONS

The present application claims priority from U.S. Provisional patent application Ser. No. 60/606,229, for "Measuring Media Consumption and Purchase Behavior Using Client-Device Audio Sampling, Client-Device Location Tracking, and Individual Purchase Information to Derive Marketing Effectiveness," filed Aug. 31, 2004, the disclosure of which is incorporated herein by reference.

The present application further claims priority from U.S. Provisional patent application Ser. No. 60/655,305, for "Personal Music Preference Determination Based on Listening Behavior," filed Feb. 22, 2005, the disclosure of which is incorporated herein by reference.

## FIELD OF THE INVENTION

The present invention relates generally to tracking of media consumption, and more particularly to detecting and measuring exposure to media items without requiring user action or knowledge.

## BACKGROUND OF THE INVENTION

Producers and distributors of media content, as well as advertisers, are very interested in accurately measuring the size of their audiences. Such measurements ideally indicate the number of people that are exposed to, or that consume, the media content. There is also considerable interest in the demographics and other characteristics of media consumers.

Existing audience measurement techniques overlook many types of media consumption, consumer exposure to purchased music (on CD or mp3), video games, and movies. Initial sales data is available, but usage data is not. In other words, there may be information as to how many copies of a CD were purchased, but there is no information as to how often each consumer has listened to the CD (i.e., how often the consumer was exposed to the media item).

In addition, television viewing and radio listening are typically measured independently from each other and independently of other media consumption. Thus, there is no easy way to determine overall exposure to (consumption of) a particular content item such as an advertisement across various media, nor to obtain an overview of aggregate exposure to various media items and types of media items.

Another disadvantage of conventional media measurement techniques is that the effectiveness of advertising is typically measured in very broad terms. In particular, the effectiveness of advertising targeted at a particular demographic market segment is not easily determined, nor is it easy for advertisers to obtain quick feedback to confirm that their advertising has reached its intended target market.

Yet another disadvantage of conventional media measurement techniques is that such techniques are typically associated with the playback device (such as a particular television set, radio, or the like) and not directly associated with the consumer him- or herself (the viewer of the television set, listener to the radio, or the like). In addition, conventional measurement techniques do not provide a mechanism for tracking exposure both inside the home and outside the home (for example at a bar, or a friend's house, or the like).

Yet another disadvantage of conventional media measurement techniques is that they require active participation by the

consumer and can often be quite burdensome. For example, in a "Nielsen family", users must interact with the measuring device (or fill out a paper diary) to identify which family members are watching the television at any given time. Such requirements result in inaccuracy, lowered and/or unreliable participation, skewed results, and the like.

Finally, existing media measurement techniques do not correlate user exposure to media items with store visits or purchases.

What is needed, therefore, is a media measurement technique that addresses the above-described limitations of the prior art.

What is further needed is a media measurement technique that reliably tracks user exposure to media content, regardless of how the content is delivered to the user. What is further needed is a technique that does so without unduly burdening the user and without requiring action on his part.

## SUMMARY OF THE INVENTION

The system of the present invention detects and identifies user exposure to audible media. A mobile client device ("MCD") carried by a user digitally samples the audio environment of the consumer on a regular basis. These samples are transformed into a stream of data signatures and transmitted to a network operations center ("NOC").

At the NOC, the user's exposure to media content items is tracked and recorded, and can later be aggregated with information about other users so as to provide effective statistical reporting as to overall media exposure and consumption. The system can also record specific characteristics of the consumer and of the circumstances of his or her exposure to the media content item. For example, the location at which the media was encountered, the activity the user was engaging in, and the like. Media exposure information can also be correlated with purchase information so as to make inferences as to the relationship between advertisements and purchasing behavior.

Using the recorded media exposure information and related tracking data, the present invention, in one embodiment, employs collaborative filtering or other cohort behavior analysis to identify fine-grained psychographic classifications of users and to measure the effectiveness of marketing on various groups. The resulting aggregated reports and interpretations facilitate better targeting of marketing resources so that they tend to reach users who have a high propensity to buy.

MCD **101** may be built into a consumer device with some other utility to the user; examples include a mobile phone, PDA, wristwatch, or the like. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in their possession at all times. MCD **101** operates passively and requires no user input.

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings illustrate several embodiments of the invention and, together with the description, serve to explain the principles of the invention.

FIG. **1** is a block diagram depicting an overall architecture for implementing the present invention according to one embodiment.

FIGS. **2**A through **2**C are block diagrams depicting alternative methodologies for practicing the present invention.

FIG. **3** is a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment.

FIG. **4** is a flowchart depicting a method for practicing the present invention according to one embodiment.

One skilled in the art will recognize that these Figures are merely examples of the operation of the invention according to one embodiment, and that other architectures and modes of operation can be used without departing from the essential characteristics of the invention.

## DETAILED DESCRIPTION OF THE EMBODIMENTS

For purposes of the following description, the terms "user", "consumer", and "individual" are synonymous and are used interchangeably. The terms "consumption" and "exposure" are also synonymous and are used interchangeably.

The present invention is now described more fully with reference to the accompanying Figures, in which several embodiments of the invention are shown. The present invention may be embodied in many different forms and should not be construed as limited to the embodiments set forth herein. Rather these embodiments are provided so that this disclosure will be complete and will fully convey the invention to those skilled in the art.

Referring now to FIG. **1**, there is shown a block diagram depicting an overall architecture for implementing the present invention according to one embodiment. Referring also to FIG. **3**, there is shown a block diagram depicting a conceptual architecture for implementing the present invention according to one embodiment. Referring also to FIG. **4**, there is shown a flowchart depicting a method for implementing the present invention according to one embodiment.

According to one embodiment of the present invention, media receivers **111** receive broadcast audio; this audio (or a sample of it) is recorded **401** and transformed into signatures **402**. These signatures are stored **403** along with appropriate indexing mechanisms to facilitate retrieval and comparison. Mobile client devices **101** detect user exposure to media content sources **102**, for example by picking up audio at a microphone of a cell phone. This audio is recorded **404** and transformed into signatures **405**. These signatures are also stored **406**. At a Network Operations Center (NOC) **106**, the MCD signatures are compared **407** with signatures derived from the broadcast audio, so as to detect and identify media items to which the user has been exposed. In this manner, the present invention is able to determine, with great specificity, which media items a user has been exposed to, and the particulars of such exposure (including number of repetitions, location of exposure, correlation to buying behavior, and the like). GPS or other location data can also be used in analyzing the media exposure. From this correlation and analysis, reports are generated **408** and output. The present invention thus provides a mechanism for determining degrees of penetration and effectiveness for media content items such as advertisements. In addition, since users carry MCDs with them, the system of the present invention is able to detect exposure at any location, include within the home and outside the home.

Media content source **102** is any source to which a user may be exposed. Examples include television, radio, CDs, movies, public address announcements, and the like. According to the techniques described herein, the present invention tracks user exposure to various media content items that may come from any number of sources **102**.

Mobile client device (MCD) **101** is a device capable of detecting and receiving audio from source **102**. Any number of MCDs **101** can be provided; for example, in one embodiment each user being tracked has an MCD **101**. In one embodiment, each MCD **101** is a device (or a component of a device) carried by a user (consumer). For example, MCD **101** may be built into a consumer device with some other utility to the user, such as a mobile phone, personal digital assistant (PDA), wristwatch, handheld computer, or the like. In one embodiment, MCD **101** includes a GPRS platform for transmitting data, and runs an operating system such as Microsoft Windows Mobile or J2ME. In alternative embodiments, MCD **101** can take any other form, such as a standalone device that is carried by or attached to the user. Embedding the functionality of the present invention in a device such as a mobile phone or wristwatch makes it more convenient for a user to carry MCD **101**, and also encourages the user to keep MCD **101** in his or her possession at all times.

Although the description provided herein makes use of the term "MCD", it will be recognized by one skilled in the art that the detection devices need not be mobile; in other words, the present invention can be implemented using stationary devices that perform essentially the same function as described herein.

In one embodiment, MCD **101** makes use of already-present components (such as a microphone in a cell phone) to implement the operations described herein.

MCD **101** operates passively and requires no user input. In one embodiment, MCD **101** digitally samples the audio environment of the user on a regular basis; in another embodiment, MCD **101** performs such sampling when it detects that meaningful audio has been received at MCD **101**. MCD **101** transforms the audio samples to a data signature stream that can be digitally transmitted and/or stored. The audio content items received by MCD **101** are referred to herein as target media items.

In one embodiment, signature transformation is performed at MCD **101**. Since the signature transformation results in a compressed representation of the audio data, performing the transformation at MCD **101** reduces the quantity of data to be transmitted to NOC **106**, thus reducing bandwidth requirements and system load.

For example, in one embodiment, the MCD **101** samples 10 seconds of audio data per 30 seconds received. Such a ratio is particularly effective for detecting exposure to commercials (advertisements), since many such commercials are 30 seconds long. MCD **101** creates a raw audio file (such as a .WAV file) from the sampled data, and performs a signature transformation to generate a signature file from the raw audio file. In one embodiment, the system of the present invention uses a signature transformation algorithm such as Shazam, described in Wang et al. and available from Shazam Entertainment Ltd., of London, England. This algorithm is also described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database." The signature transformation algorithm generates a 4 k file that is spooled (temporarily stored) at MCD **101**. In one embodiment, MCD **101** erases the raw audio file once the signature file has been created; in another embodiment, raw audio is saved for some period of time for testing purposes.

In one embodiment, some information is lost during the transformation, so that the transformation is a one-way pro-

cess; raw data cannot be reconstructed from the transformed data signature. Transmitting transformed data, as opposed to raw data, thus provides a measure of privacy and confidentiality.

Any of a number of signature algorithms can used. In one embodiment, the system of the present invention uses a signature transformation algorithm that meets design constraints of MCD **101** (processing power, battery life, available memory) and the transmission channel (bandwidth, availability, and the like). For example, the system may be configured to skip or postpone uploads if the network is unavailable. The transformation algorithm retains enough data to facilitate high-accuracy determinations of what media the user is listening to.

In one embodiment, MCD **101** places itself into a quiescent ("sleeping") state to lessen battery drain when the detected audio level drops below a threshold. During this sleeping state, MCD **101** periodically "wakes up" and determines if the audio level is sufficient to resume sampling.

In another embodiment, MCD **101** continually samples for N seconds every M seconds (such as 10 seconds every 30 seconds) and then processes the audio content to make a judgment via frequency analysis/power levels as to its useful audio content before passing it on to the audio fingerprint process. If the audio content is judged to be not sufficient relevant given current power levels, then the sample is discarded so as to save processing and transmission time and thus conserving battery usage.

In another embodiment, MCD **101** does not do any transforming; rather it merely sends raw data.

MCD **101** transmits data to data signature stream collection server(s) **107** at Network Operations Center (NOC) **106**. In one embodiment, this transmission takes place via wireless data service provider **103** which operates communication towers **104** that receive signals from MCD **101** and relay the sampled audio data via the Internet **105** to one or more data signature stream collection servers **107** running at NOC **106**. One skilled in the art will recognize that this data transmission can take place using any known wireless (or wired) communication method, and that such transmission can take place in real-time, or in a batched mode at periodic intervals, or in response to NOC **106** queries to MCD **101**. In one embodiment, such transmission can take place via GPRS, TCP/IP, or other mechanisms, or any combination thereof. In one embodiment, the user "docks" or connects MCD **101** to a computer or other device (not shown) in order to transmit data to NOC **106**.

In one embodiment, signature files are transmitted to data signature stream collection server(s) **107** on a periodic basis (for example, every five minutes). However, if a connection cannot be made, or if power at MCD **101** is low, transfers of signature files can be delayed as long as is necessary. In one embodiment, individual MCDs **101** are capable of spooling (temporarily storing) some quantity of signature data so as to account for temporary inability to transmit to server(s) **107**. If a prolonged period of time takes place when data cannot be transferred, so that an MCD **101** cannot spool additional incoming data, MCD **101** can temporarily stop collecting data. Alternatively, MCD **101** can discard old data in favor of new data. In one embodiment, once data has been transferred to server **107**, MCD **101** clears its local storage (spool) in order to make room for new data.

In one embodiment, MCD **101** does not perform any transfers of target media items when its battery power is less than some threshold amount such as 50%, unless a) it is being charged; or b) its spool space is close to being full. In one embodiment, MCD **101** stops receiving and sampling data from media content sources **102** when its battery power is less than some second threshold amount such as 10%.

In one embodiment, a single data signature stream collection server **107** is used. In another embodiment, a plurality of servers **107** are used, and transmissions of data from MCDs **101** are directed to an appropriate server **107** for receipt, based on current load, geographic location, and/or other factors.

At NOC **106**, data signature stream collection server **107** receives data from MCD **101** and stores it in data signature stream store **114** (also referred to as a dynamic database). Correlator server **115** correlates the data signature stream against a set of data signature streams transformed from candidate media sources **113** to determine which candidate media source, if any, the user is listening to at any given time. In one embodiment, correlator server **115** uses a correlation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, media receivers monitor media sources for broadcast candidate media content items **121** (also referred to as reference media items). Each media receiver **111** can be implemented, for example, as a personal computer (also referred to as a media monitor) with a number of tuner cards that can pick up broadcasts. In one embodiment, each media receiver **111** includes four tuner cards, each capable of receiving AM, FM, or television audio signals. An example of the type of tuner card that can be used for implementing the present invention is the ASI8712 or ASI8713 eight-tuner broadcast adapter available from AudioScience, Inc. of New Castle, Del. In one embodiment, several media receivers **111** are provided, running in different locations so as to be able to pick up different markets/stations, and also to provide improved reliability and redundancy. Media receivers **111** can be configured, for example, to simultaneously receive 32 channels in parallel, taking audio components audio only, and to convert the received audio into digital form via sampling. In one embodiment, media receivers **111** are located in a location that is remote with respect to NOC **106** (for example, in a location suitable for receiving candidate media **121**); media receivers **111** then transmit signals to NOC **106** via the Internet or by other means. In another embodiment, media receivers **111** are located at NOC **106**.

Transformation server **112** transforms detected candidate media content items **121** to candidate data signature streams, which are then stored at data signature stream store **114** (or at a different stream store, not shown). In one embodiment, only audio is transformed, although one skilled in the art will recognize that the present invention can also be used in connection with video, and that video transforms can thus be applied as well. The transformation converts the raw samples into data files (referred to as signature files or signature streams) that can be compared against other signature files to determine matches.

In addition, in one embodiment, transformation server **112** also transforms candidate media content items from non-broadcast reference media **113** such as audio CDs, video game sound tracks, movie sound tracks, and the like.

In an alternative embodiment, as shown in FIG. **3**, individual media receivers **111** transform audio into signature files, and transmit the signature files to server **112A**.

In one embodiment, servers **112** (or **112A**) and **107** are implemented as a single server for collecting data from both MCDs **101** and media receivers **111**. One skilled in the art will recognize that the present invention can be implemented

using separate dedicated servers for these two functions, or using a single server that performs both functions.

In one embodiment, raw audio files (for example in .WAV format) are stored in addition to signature files. These can be stored at media receivers **111** or at a storage location associated with server **112** or **112**A.

In one embodiment, reference media signature files are broken up into fixed-time increments (such as five-minute increments) for ease of indexing, handling, and comparison. Thus, individual signature files are stored in stream store **114**, each signature file representing five minutes of data for one audio channel. In one embodiment where raw audio is stored, the raw audio files are also broken up into fixed-time increments (such as five-minute increments). As an alternative to fixed-time divisions, some other form of intelligent time-based division can be used; for example, blank areas can be detected and interpreted as indicating breaks between commercials, and files can be divided up according to such commercial breaks.

Accordingly, in one embodiment, media receivers **111** transmit data (either in raw form or in signature form) to server **112** or **112**A on a periodic basis. Data can be transmitted, for example, in five-minute increments, so that one file is transferred in each transmission. Alternatively, a number of files can be collected at receivers **111** and then transmitted to server **112** or **112**A in batch form. In one embodiment, media receivers **111** retain raw audio files for some period of time (such as 3-5 days) and then discard them. In one embodiment, server **112** or **112**A retains signature files for some period of time (such as 30 days) and then discards them. By retaining signature files, the present invention enables detection of user exposure to time-shifted media content items. For example, if a user is watching a television show at a time other than the broadcast time (for example, if the show was recorded on a TiVo or other video recording device), the present invention is able to detect such activity and can report that the show was recorded and at what time it was watched.

Candidate media sources can include any type of media that has an audio component detectable by MCD **101**. Examples include television (broadcast, cable, satellite, etc.), radio (broadcast, cable and satellite, etc.), recorded music (CD, mp3, etc.), videogame audio, audio track of a DVD and other media sources.

In an alternative embodiment, the present invention can detect user exposure to visual media such as billboards, for example by determining, based on a GPS reading on a user's location, that the user is driving past a billboard. Such media exposure events can be tracked and correlated with purchases in the same manner as exposure to audio media items, as described herein. In one embodiment, such exposure can be tracked along with exposure to audio media items, so as to obtain a complete overview of the effectiveness of an advertising campaign that includes billboard, radio advertisements, and the like.

On a periodic basis (for example, every three hours), server **112** or **112**A sends signature data from stream store **114** to correlator server **115** (which may include a single server or any number of servers). In one embodiment, server **115** makes a periodic request for data from server **112** or **112**A, and from data signature stream collection server(s) **107**. In one embodiment, in response to the request, server **112** or **112**A sends signature files representing media items collected by receivers **111**, as well as data from MCDs **101** collected by data signature stream collection server(s) **107**.

Correlator server **115** identifies user exposure to candidate media items including broadcast items and non-broadcast items. In one embodiment, time stamps stored with the data signatures in stream store **114** aid in the correlation.

In one embodiment, location information is collected by location tracking server **109** and used to assist in the correlation. For example, correlator server **115** can recognize that there is a lower probability of TV viewing while moving. Some behaviors that can be inferred using location information include: driving in a car (using speed range and route tracking against a road map), riding in a bus (using bus routes with frequent stops), visits to retail locations (using coordinates of retail establishments), presence at home, and presence at the workplace. Some locations influence the correlation algorithm. For example, radio and CDs in the database are checked before television if the user is moving; television is checked first while the user is at home.

Additional useful correlations and analyses can also be performed, for example to ascertain particular listening behaviors. For example, purchasing tracking server **117** can collect purchase information from sources **116** for use in assisting correlation server **115**. In one embodiment, this is accomplished by tracking the use of a particular credit card that is in the possession of the user.

The present invention is also able to track exposure to entertainment (such as movies), whether such exposure takes place in a movie theater, at home, or elsewhere. Exposure to promotional advertisements can be correlated with exposure to movies and the like. The present invention can also help to determine which promotional channels are most effective in reaching users and which channels are less effective.

For example, in one embodiment, advertisements are given a unique ID. In addition, advertisements are assigned one or more attributes describing the goods or services being advertised at some level of specificity ranging from narrow ("Ford Mustang") to more broad ("Ford") to even more broad ("automobile"). A Ford Mustang advertisement will have all three of these attributes. Attributes may also describe the target audience, such as "professional."

Tallies are kept for each attribute during a sliding window of time, for example 30 days. Purchase information can be acquired from the use of a credit card issued to panel members, through retailer reporting, through survey, or from other sources.

When a user makes a purchase of an item being tracked, related tallies for that user over some period of time (such as the past 30 days) is examined. With a sufficiently large set of users, correlations are made between purchase behavior and media exposure. This is done, for example, by comparing the media exposure of the purchaser of product A with the media exposure of the purchaser of competing product B.

The tracking methods provided by the present invention facilitate measurement of the effectiveness of advertisements in attracting consumers who otherwise would purchase competing brands, as well as attracting consumers who otherwise would not buy the product or product type at all. In addition, the present invention is able to measure the effect an advertisement has on consumption of brands other than the advertised brand.

Using the correlation between purchase behavior and media exposure may show, for example, that people exposed to Ford Mustang commercials have a higher propensity to buy Ford Thunderbirds if they are not exposed to many non-Ford automobile ads.

Given the raw data of purchase behavior and attribute exposure tallies, database queries can be performed to reveal causal relationships and to test advertising hypotheses.

Other sources of data that can be used and stored include an RFID tag, GPS tracking information, and/or a barcode on

MCD **101**, so as to assist in location tracking. In one embodiment, Bluetooth transceivers can be installed in certain locations, and location tracking is performed by detection of unique Bluetooth transceiver codes.

From these various types of data, patterns can be deduced. For example, the system of the present invention can determine that a user watches news at home and listens to music in the car, or can infer purchasing behavior such as a pattern where the user visits a movie theater after listening to an ad for one of the movies playing at that theater.

In one embodiment, correlator server **115** interacts with additional components, as shown in FIG. **3**, to correlate data from MCDs **101** with data from media receivers **111**. For example, a series of nodes **303** can be provided for storing signature data. In one embodiment, any number (for example 14) of 4 GB nodes **303** can be provided, each running at a separate computer; alternatively, other arrangements and node sizes can be provided. Slice factory **302** controls the distribution of data from stream store **114** among nodes **303**. In one embodiment, a utility server (not shown) controls the operation of slice factory **302**.

In one embodiment, nodes **303** run signature matching software **301**, such as for example the SongMon function of software provided by Shazam Entertainment Ltd. and described more fully in Wang et al. In another embodiment, this software **301** is located at correlator server **115**. Software **301** identifies matches, returning a tag indicating what media content item from media receivers **111** matches a media content item picked up by an MCD **101**. Additional information, such as time codes, specifics as to which media receiver **111** and/or channel matched, and the like, can also be returned. Match data is stored, for example in matches database **305** for further analysis and reporting.

In one embodiment, signature matching software **301** runs through candidate data twice. A preliminary run provides quick estimates of matches and can be run on demand. A production run, performed at regular intervals such as once every three hours, provides more accurate matches.

In one embodiment, slice factory **302** and/or utility server (not shown) run signature matching software **301** to aggregate and index signature files from stream store **114** using a hash methodology. From this processed data, a disk image containing indexed signature file data for a particular length of time (such as 18 hours) is formed; this disk image is then stored at each of nodes **303**.

In one embodiment, each node **303** contains an identical image with identical data so as to improve throughput by processing data at multiple nodes **303** operating in parallel with one another. In one embodiment, for example, each node **303** processes a maximum of approximately 50 MCDs so as not to become overloaded. Correlator server **115** dispatches MCD files to available nodes **303** based on load and other factors.

In one embodiment, each node processes approximately 18 hours of a large number of channels (for example 70 channels, totaling over 1,000 hours of content) in rolling update fashion. Target media items are compared with these reference media items so as to determine whether the user has been exposed to the media represented by the reference media items.

At periodic intervals (for example, every three hours), the aggregation and indexing is re-run so as to delete the oldest three hours and add the newest three hours, thus maintaining a set amount of data (for example, 18 hours' worth) at all times. In one embodiment, 32 channels of data are stored.

In one embodiment, a binary representation of the reference media signature data is stored in each node **303**. Nodes

**303** compare the signature data from MCDs **101** against this reference data set. In one embodiment, multiple nodes **303** are utilized to improve matching throughput.

In one embodiment, correlator server(s) **115** sends samples from stream store **114** to an appropriate node **303** based on load and other factors. The present invention is scalable in two dimensions: additional numbers of MCDs **101** can be handled by adding more nodes vertically. Greater amounts of data can be stored by adding more nodes horizontally, or by providing nodes having higher storage capacities.

In one embodiment, data from MCDs **101** includes additional information about the circumstances and conditions of the media exposure, including for example time, day, battery level, telephone number, GPS data, and the like; all of this information can be stored at stream store **114** and used in analysis, matching, and/or reporting.

In one embodiment, certain candidate signatures are stored in static database **304**. For example, if an advertiser would like to determine how many users have been exposed to a particular advertisement, a signature for that advertisement is stored in static database **304**. The signature need not be collected via media receivers **111**, but can be provided by direct input or via correlator servers **115**. This stored signature can then be compared with signatures received from MCDs **101**. In one embodiment, these candidate signatures are also passed to nodes **303** to facilitate comparison with incoming signatures from MCDs **101**. In one embodiment, the content in static database **304** ("static content") is combined with the content collected as described above ("dynamic content") to create the reference data set loaded into each node **303**. In another embodiment, static content is processed to generate a reference data set; this reference data set is then loaded into a node **303** that is separate from the dynamic content for analysis of matches against the static content only.

In one embodiment, these candidate signatures are not aged using a sliding window as described above for data collected from media receivers **111**. In another embodiment, these candidates are aged but at a different rate than other data.

In yet another embodiment, data in static database **304** can be compared against data from media receivers **111**. In this manner, an advertiser can determine whether his or her advertisement ran and was detected by a media receiver **111**, regardless of whether it was picked up by an MCD **101**.

Referring again to FIG. **1**, there are shown additional components that can be used in generating reports on media exposure and consumption. A time-based history of user exposure to media items is stored in consumer tracking database **118**. Location information is also stored, if available.

Analytical reporting server **119** uses consumer tracking data from database **118** to generate reports **120**. Reports can include, for example:

advertisement play rates;

program ratings;

metrics of marketing effectiveness;

psychographic classifications;

and the like.

In one embodiment, reports are generated using standard relational-database queries. Results of these queries can be place in tabular or graphical format for presentation.

After all correlations are complete, live media source data signatures may be discarded.

Using the above-described techniques, the system of the present invention is able to measure media consumption both in and out of the home.

Alternate Configurations

One skilled in the art will recognize that the transformation and matching steps can be performed in many different ways and at different components within the overall system. FIGS. **2**A through **2**C provide examples of different configurations for performing these functions. These Figures also provide a description of the overall method of operation of the present invention according to various embodiments. The term "candidate data signature stream" is equivalent to reference media items; the term "consumer data signature stream" is equivalent to target media items.

Referring now to FIG. **2**A, there is shown a configuration where transformation takes place at MCD **101** and matching takes place at NOC **106**. As described above, MCD **101** collects audio samples, transforms them to a signature stream, and transmits the signature stream to NOC **106**. NOC **106** identifies matches between signature stream received from MCD **101** and candidate streams derived from candidate media **113** and **121**. Although FIG. **2**A depicts the candidate data signature data stream being created at NOC **106**; however, one skilled in the art will recognize that the candidate signature data stream can instead be generated at media receivers **111** and/or provided directly to NOC **106** from some other source.

Referring now to FIG. **2**B, there is shown a configuration where transformation and matching both take place at MCD **101**. Here, MCD **101** collects audio samples and transforms them to a signature stream. NOC **106** generates candidate data signature streams from candidate media, and transmits these candidate streams to MCD **101**. Alternatively, the candidate signature data stream can instead be generated at media receivers **111** and/or provided to NOC **106** from some other source; NOC **106** then sends them to MCD **101**. MCD **101** then identifies matches between the signature stream generated from incoming audio data and the candidate data signature streams received from NOC **106**. MCD **101** then sends match data to NOC **106**. This configuration is particularly useful when the number of candidate audio sources is relatively small and known in advance. For example, such a configuration can be used for monitoring a user's exposure to a limited and expected set of advertisements. In such a situation, this configuration reduces the amount of data that is continually transmitted from MCD **101** to NOC **106**; once the set of candidates is provided to MCD **101**, only match data need be transmitted, which typically requires less bandwidth than transmission of signatures from MCD **101** to NOC **106**. Such a configuration is also a more distributed processing paradigm that can serve to reduce processor load at NOC **106**, since NOC **106** need not perform matching operations for a large number of MCDs; rather MCD **101**s do their own matching.

Referring now to FIG. **2**C, there is shown a configuration where transformation and matching both take place at NOC **106**. Here, MCD **101** collects audio samples and transmits the raw data to NCC **106**. NOC **106** transforms the raw data to a signature stream; alternatively, the candidate signature data stream can instead be generated at media receivers **111** and/or provided directly to NOC **106** from some other source. NOC **106** then identifies matches between the signature stream and the candidate data signature streams. This configuration reduces the processing load on MCD **101**.

In any of these configurations, NOC **106** can optionally inform MCD **101** to only sample audio at specific time periods. In this way, MCD **101** sample period may be limited to commercial time periods, or other periods of interest.

In an alternative embodiment, MCD **101** stores feature-extracted samples. When MCD **101** detects (hears) an advertisement or other sought-for audio, it reports back to NOC **106** that it heard the item. In one variation of this embodiment, MCD **101** does not need to transmit any transformed audio back to NOC **106**, but simply reports and identifies the item that was heard. In another variation of this embodiment, MCD **101** transmits additional information about the detected audio, such as time and place where it was detected. In yet another variation, MCD **101** transmits the transformed audio (or some subset of it) to NOC **106**, so that additional information can be derived from the detected audio.

In another alternative embodiment, the invention operates at a variable sample rate depending on the amount of usage that is detected. A default, lower sample rate is used when the usage pattern is continuous and/or relatively stable. A higher sample rate is used when changes in usage pattern are detected. In one variation of this embodiment, MCD **101** switches automatically between these rates in response to changing conditions. Any number of different sample rates, or continuous variation within a defined range, can be used.

Data Signature Algorithm

In one embodiment, the present invention performs audio data signature transformation according to any of a number of well-known algorithms. Preferably, an algorithm is used that meets the processing power, memory size, battery life, and bandwidth constraints of MCD **101**, and also meets a minimum accuracy requirement. The audio data signature transformation algorithm finds matching audio streams in broadcast audio signals, known to be transmitted at a certain time, and asynchronous audio signals such as music tracks and video game sound tracks.

The algorithm can be based in the time-domain, based in the frequency-domain, or based in a hybrid of the two.

In one embodiment, the audio data signature transformation algorithm correlates a consumer data signature stream (target media items) against a potentially large number of candidate data signature streams (reference media items). Once a match is found, it can be presumed the match continues for some period of time. In one embodiment, only the candidate data signature stream is correlated against until there is no longer a match. In other words, when a match is found, it is "locked on to" and no other candidate data signature streams are considered until the match fails.

In one embodiment, the system of the present invention uses a signature transformation algorithm as described in Avery Li-chun Wang, "An Industrial-Strength Audio Search Algorithm," October 2003, and Avery Li-Chun Wang and Julius O. Smith, III, WIPO publication WO0211123A3, 7 Feb. 2002, "Method for Search in an Audio Database."

In one embodiment, the parameters of the audio acquisition (sampling rate, sampling duty cycle, quiescent time between sampling periods, volume, filter parameters, and the like), and even the algorithm in use, can be adjusted dynamically by MCD **101** and/or by NOC **106**. These adjustments may be a function of location information downloaded to MCD **101** from NOC **106** in advance or in near real-time based on current location. These adjustments are performed, for example, to increase matching accuracy, minimize data transmission, minimize MCD **101** battery drain, and for other system performance optimizations. For example, if uploading of data signatures can be carried out close to real-time, and NOC **106** has "locked on" to a matching signal, MCD **101** may be instructed to lower its sampling duty cycle or to suspend sampling for some period of time.

The audio sampling can be continuous or periodic; in one embodiment, 10 seconds are sampled every 30 seconds.

Location Information

In one embodiment, location of MCD **101** is determined by built-in or added-in GPS, by triangulation with wireless data provider transceiver sites, by closest tower identification, by wireless data network registration (Bluetooth, WiFi/802.11), or by other means. Location data can be analyzed and compared with location databases to determine entry into a store or other location, time spent in the location, speed of travel, presence at a public venue (movie theater, concert hall, stadium), and other attributes that may be of commercial value when combined with media consumption. For example, in one embodiment, location information is used to detect when a user takes a car for a test drive by tracking the entry into a car dealership, an average wait time, and a circuit of automobile-speed motion ending back at the dealership.

Purchase Tracking Credit Card

In one embodiment, the present invention provides a mechanism for correlating exposure to media items with purchases. Users are given credit cards to be used for making purchases. Purchase behavior, at least to the resolution of store and amount, is available from the partner affinity card issuer. Other methods for collecting this data may include use of an RFID tag and/or a barcode on MCD **101**. For example, many merchants, most notably grocery stores with affinity cards, store detailed purchase history information about their customers. The media measurement system can access this data in order to provide purchase information to the system of the present invention. In one embodiment, a bar code or other identifying indicia can be provided on MCD **101** itself, so that the user can simply hand the device to the grocery store clerk for "swiping"; alternatively, MCD **101** can be detected via RFID or other mechanisms, and the code detected thereby can be linked to the user's affinity program record.

User Compliance

In one embodiment, MCD **101** includes sensors to help determine if it is in the possession of a person. Sensors may include: vibration, state of the Hosting Device (on/off, usage, key presses, etc.), temperature (to detect whether MCD **101** is being carried, since it will be proximate to or in contact with the person's body), and others. Information from these sensors is processed to assist in determining whether a user is carrying MCD **101** as needed for accurate results. If data is received at a time period when evidence indicates the device is not being carried, the received data may be discarded or treated as having a lower degree of reliability, or it may be otherwise flagged.

In the above description, for purposes of explanation, numerous specific details are set forth in order to provide a thorough understanding of the invention. It will be apparent, however, to one skilled in the art that the invention can be practiced without these specific details. In other instances, structures and devices are shown in block diagram form in order to avoid obscuring the invention.

In particular, one skilled in the art will recognize that other architectures and analysis and processing techniques and mechanisms may be used, and that the present invention can be implemented using mechanisms other than those described above.

Reference in the specification to "one embodiment" or "an embodiment" means that a particular feature, structure, or characteristic described in connection with the embodiment is included in at least one embodiment of the invention. The appearances of the phrase "in one embodiment" in various places in the specification are not necessarily all referring to the same embodiment.

Some portions of the detailed description are presented in terms of algorithms and symbolic representations of operations on data bits within a computer memory. These algorithmic descriptions and representations are the means used by those skilled in the data processing arts to most effectively convey the substance of their work to others skilled in the art. An algorithm is here, and generally, conceived to be a self-consistent sequence of steps leading to a desired result. The steps are those requiring physical manipulations of physical quantities. Usually, though not necessarily, these quantities take the form of electrical or magnetic signals capable of being stored, transferred, combined, compared, and otherwise manipulated. It has proven convenient at times, principally for reasons of common usage, to refer to these signals as bits, values, elements, symbols, characters, terms, numbers, or the like.

It should be borne in mind, however, that all of these and similar terms are to be associated with the appropriate physical quantities and are merely convenient labels applied to these quantities. Unless specifically stated otherwise as apparent from the discussion, it is appreciated that throughout the description, discussions utilizing terms such as "processing" or "computing" or "calculating" or "determining" or "displaying" or the like, refer to the action and processes of a computer system, or similar electronic computing device, that manipulates and transforms data represented as physical (electronic) quantities within the computer system's registers and memories into other data similarly represented as physical quantities within the computer system memories or registers or other such information storage, transmission or display devices.

The present invention also relates to an apparatus for performing the operations herein. This apparatus may be specially constructed for the required purposes, or it may comprise a general-purpose computer selectively activated or reconfigured by a computer program stored in the computer. Such a computer program may be stored in a computer readable storage medium, such as, but is not limited to, any type of disk including floppy disks, optical disks, CD-ROMs, and magnetic-optical disks, read-only memories (ROMs), random access memories (RAMs), EPROMs, EEPROMs, magnetic or optical cards, or any type of media suitable for storing electronic instructions, and each coupled to a computer system bus.

The algorithms and modules presented herein are not inherently related to any particular computer or other apparatus. Various general-purpose systems may be used with programs in accordance with the teachings herein, or it may prove convenient to construct more specialized apparatuses to perform the method steps. The required structure for a variety of these systems will appear from the description below. In addition, the present invention is not described with reference to any particular programming language. It will be appreciated that a variety of programming languages may be used to implement the teachings of the invention as described herein. Furthermore, as will be apparent to one of ordinary skill in the relevant art, the modules, features, attributes, methodologies, and other aspects of the invention can be implemented as software, hardware, firmware or any combination of the three. Of course, wherever a component of the present invention is implemented as software, the component can be implemented as a standalone program, as part of a larger program, as a plurality of separate programs, as a statically or dynamically linked library, as a kernel loadable module, as a device driver, and/or in every and any other way known now or in the future to those of skill in the art of

computer programming. Additionally, the present invention is in no way limited to implementation in any specific operating system or environment.

It will be understood by those skilled in the relevant art that the above-described implementations are merely exemplary, and many changes can be made without departing from the true spirit and scope of the present invention. Therefore, it is intended by the appended claims to cover all such changes and modifications that come within the true spirit and scope of this invention.

What is claimed is:

**1**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a location tracking server for detecting a location for the client device;

wherein the correlator server correlates the detected location with a location of at least one geographically identifiable sponsor of a reference media item.

**2**. The system of claim **1**, wherein the location tracking server detects the location via at least one selected from the group consisting of:

GPS tracking;

RFID tracking;

Bluetooth tracking.

**3**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item;

wherein the plurality of reference media items comprises at least one broadcast, and wherein the representation of at least one target media item indicates user exposure at a time other than the time of the broadcast.

**4**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the at least one stream collection server, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a purchasing tracking server, for receiving consumer purchasing information;

wherein the output device generates a report correlating user purchasing information with user exposure to the identified reference media item.

**5**. The system of claim **4**, wherein the purchasing tracking server receives at least one indication of user use of a credit card.

**6**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item.

**7**. A method for detecting user exposure to media items, comprising:

receiving a plurality of reference media items from at least one media source;

for at least one client device:

selecting, based on at least one of load and geographic proximity to the client device, one of a plurality of data signature stream collection servers; and

at the selected data signature stream collection server, receiving, from the client device:

a representation of at least one target media item; and

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item.

**8**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignoring the representation of the at least one target media item from the client device.

**9**. The method of claim **7**, further comprising:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

identifying one of the reference media items as corresponding to the target media item; and

generating output signaling user exposure to the identified reference media item, wherein the output is flagged as having reduced reliability.

**10**. The method of claim **7**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**11**. The method of claim **10**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

**12**. A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

at least one stream collection server, for, receiving, from at least one client device:

a representation of at least one target media item from at least one client device;

an indication as to whether the client device is in the physical possession of a person at a time of exposure to the target media item; and

a stream store, coupled to the server and to the at least one stream collection server, for:

storing a representation of at least a subset of the received reference media items; and

responsive to an indication that the client device is in the physical possession of a person at the time of exposure to the target media item, storing a representation of the target media item;

a correlator server, coupled to the stream store, for, for each stored representation of a target media item, identifying one of the reference media items as corresponding to the target media item; and

an output device, coupled to the correlator server, for, for each identified reference media item, generating output signaling user exposure to the identified reference media item.

**13**. The system of claim **12**, wherein the stream store:

responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item, ignores the representation of the target media item.

**14**. The system of claim **12**, wherein, responsive to an indication that the client device is not in the physical possession of a person at the time of exposure to the target media item:

the stream store stores a representation of the target media item and an indication of reduced reliability of the stored representation;

the correlator server identifies one of the reference media items as corresponding to the target media item; and

the output device, generates output signaling user exposure to the identified reference media item and indicates reduced reliability of the indication of user exposure.

**15**. The system of claim **12**, wherein the indication as to whether the client device is in the physical possession of a person is provided based on output of at least one sensor associated with the client device.

**16**. The system of claim **15**, wherein the at least one sensor detects at least one selected from the group consisting of:

vibration of the client device;

key presses on the client device;

temperature of the client device; and

movement of the client device.

* * * * *

# EXHIBIT 4





INCLUDES CD-ROM

The

# The LINUX ENTERPRISE CLUSTER

BUILD A *HIGHLY AVAILABLE* CLUSTER WITH COMMODITY HARDWARE AND FREE SOFTWARE

Karl Kopper

NO STARCH PRESS

# THE LINUX ENTERPRISE CLUSTER

## Build a Highly Available Cluster with Commodity Hardware and Free Software

by Karl Kopper

NO STARCH
PRESS

San Francisco

No Starch Press, Copyright © 2005 by Karl Kopper

### The Shared Storage Device

The shared storage device acts as the single repository for the enterprise cluster's data, just as a disk drive does inside a single computer. Like a single disk drive in a computer, one of the most important features of this storage device is its ability to arbitrate access to the data so that two programs cannot modify the same piece of data at the same time. This feature is especially important in an enterprise cluster because two or more programs may be running on different cluster nodes at the same time. An enterprise cluster must therefore use a filesystem on all cluster nodes that can perform *lock arbitration*. That is, the filesystem must be able to protect the data stored on the shared storage device in order to prevent two applications from thinking they each have exclusive access to the same data at the same time (see Chapter 16).

### The Print Server

The output device in this example is just one of many possible cluster output devices—a shared print server. A shared print server and other servers that offer services to all cluster nodes are located outside the cluster to arbitrate contention for things like printers, fax lines, and so on. Servers that arbitrate contention for output devices do not know they are servicing cluster nodes and can continue to use the classic client-server model for network communication. As we'll see in the next section, all of the server functions required to service the cluster nodes can be consolidated on to a single highly available server pair.

## The Cluster Node Manager

Servers outside the cluster may do a variety of other things as well, such as:

- Act as license servers for applications running inside the cluster.
- Act as the central user account database.
- Provide other services such as DNS and email to all cluster nodes.
- Monitor the health of the cluster.

Again, the applications running on these servers outside the cluster should not need to be modified to support the nodes inside the cluster. In other words, the applications offering services to clients that are cluster nodes need not be cluster aware.

These functions can be combined on a high-availability server pair that we will call the *cluster node manager*. The cluster node manager holds the master user account database (and uses NIS or LDAP to distribute user accounts to all nodes[5]). The cluster node manager monitors the health of

[5] The Webmin and OSCAR packages both have methods of distributing user accounts to all cluster nodes that do not rely on NIS or LDAP, but these methods can still use the cluster node manager as the central user account database.

No Starch Press, Copyright © 2005 by Karl Kopper

# EXHIBIT 5

Case 1:22-cv-01344-CJB Document 84-1 Filed 11/10/25 Page 95 of 151 PageID #: 823

MACMILLAN MASTER SERIES

WILLIAM BUCHANAN

# MASTERING PASCAL AND DELPHI PROGRAMMING

code
arrays
procedures
Delphi extensions
applications
repetitive loops
Turbo Pascal
functions
strings

graphics
File I/O

MACMILLAN

© William Buchanan 1998

All rights reserved. No reproduction, copy or transmission of this publication may be made without written permission.

No paragraph of this publication may be reproduced, copied or transmitted save with written permission or in accordance with the provision of the Copyright, Designs and Patents Act 1988, or under the terms of any licence permitting limited copying issued by the Copyright Licensing Agency, 90 Tottenham Court Road, London W1P 9HE.

Any person who does any unauthorised act in relation to this publication may be liable to criminal prosecution and civil claims for damages.

The author has asserted his right to be identified as the author of this work in accordance with the Copyright, Designs and Patents Act 1988.

Published 1998 by
MACMILLAN PRESS LTD
Houndmills, Basingstoke, Hampshire RG21 6XS
and London
Companies and representatives
throughout the world

ISBN 978-0-333-73007-2        ISBN 978-1-349-14770-0 (eBook)
DOI 10.1007/978-1-349-14770-0
A catalogue record for this book is available
from the British Library.

This book is printed on paper suitable for recycling and
made from fully managed and sustained forest sources.

10   9   8   7   6   5   4   3   2   1
07   06   05   04   03   02   01   00   99   98

 # Input/Output

## 2.1 Introduction

Every useful program has some form of output and normally an input. Figure 2.1 shows some examples of input and output devices. The input could be from a keyboard, a file, input/output ports, a mouse, and so on. Output can be sent to devices such as displays, printers, hard disks, and so on. Typically, computers can also communicate with devices such as external devices, such as lights, motors, and so on.

The default input device is normally from a keyboard and the default output from a display. Most programs prompt the user to enter data from the keyboard. This data is then processed and the results displayed to the screen. The user can then enter new data and so the cycle continues.

Most operating systems also allows redirection of the input or output. For example, a text file can act as an input to a program and the printer as the output.

**Figure 2.1** Input/output devices

## 2.2 Pascal input/output

Pascal has a very limited set of input/output statements. Pascal uses the keyboard as the standard input and the display as the standard output. The two

# EXHIBIT 6

**OVERVIEW**

# output device

## QUICK REFERENCE

Any device that converts the electrical signals representing information within a computer into a form that can exist or be sensed outside the computer. Printers and visual displays are the most common type of output device for interfacing to people, but voice is becoming increasingly available (see audio response unit, sound card). Devices such as magnetic tape transports are really types of intermediate or backing store but are sometimes referred to as output devices.

**From:** output device in A Dictionary of Computing »

**Subjects:**

## Related content in Oxford Reference

### Reference entries

**View all related items in Oxford Reference »**

**Search for: 'output device' in Oxford Reference »**

PRINTED FROM OXFORD REFERENCE (www.oxfordreference.com). (c) Copyright Oxford University Press, 2023. All Rights Reserved. Under the terms c from a reference work in OR for personal use (for details see Privacy Policy and Legal Notice).

date: 11 September 2025

# EXHIBIT 7

# Output Device

Any device that **outputs** information from a computer is called, not surprisingly, an output device. Since most information from a computer is output in either a visual or auditory format, the most common output devices are the **monitor** and speakers. These two devices provide instant feedback to the user's **input**, such as displaying characters as they are typed or playing a song selected from a playlist.

While monitors and speakers are the most common output devices, there are many others. Some examples include headphones, printers, projectors, lighting control systems, audio recording devices, and robotic machines. A computer without an output device connected to it is pretty useless, since the output is what we interact with. Anyone who has ever had a monitor or printer stop working knows just how true this is. Of course, it is also important to be able to send information to the computer, which requires an **input device**.

Updated May 13, 2008 by **Per C.**

## Test Your Knowledge

### Qi wireless charging is designed to recharge what kind of device?

**A** Wireless mice

# EXHIBIT 8



MegaLexica

**Computer Dictionary of Information Technology**

law dictionary

legal abbreviations

legal dictionary

medical dictionary

Tech Glossary

~ A B C D E F
G H I J K L M
N O P Q R S T
U V W X Y Z

## output device

Electronic or electromechanical equipment connected to a computer and used to transfer data out of the computer in the form of text, images, sounds or other media to a display screen, printer, loudspeaker or storage device. Most modern storage devices such as disk drives and magnetic tape drives act as both input and output devices, others such as CD-ROM are input only.

Disclaimer

Terms of Use

Privacy Policy

Contact Us

# EXHIBIT 9

# An Architecture for Wide Area Network Load Balancing

Jingsha He
Fujitsu Laboratories of America, Inc.
595 Lawrence Expressway
Sunnyvale, CA 94086-3922

*Abstract* - **We present a wide area network (WAN) load-balancing architecture in this paper. This architecture provides a high degree of reliability, availability, flexibility and scalability. The scalability allows any number of load-balancing servers to be deployed in a network. The reliability and availability allows the load-balancing servers to be deployed anywhere in the network. The flexibility allows server selection to be applied to individual packets as well as to user sessions dynamically. In addition, this architecture supports a flexible way of selecting the load-balancing servers to achieve desired performance. We also compare our architecture with some of the previous work to illustrate it advantages, effectiveness and practicality in fulfilling the requirements of WAN load balancing.**

## I. INTRODUCTION

Load balancing is a network wide service that can improve server and network resource utilization as well as user response time. With the load-balancing function, a user request will be dynamically routed to the best server among several that provide the same service. In addition to the performance objectives associated with load balancing, WAN load balancing further provides a high degree of reliability, availability and scalability. This is because the servers can be deployed anywhere in the network and there is no limit on the number of such servers to be used to provide the service. Therefore, a network failure will only reduce the number of the servers that are available. A WAN load-balancing solution also scales well for networks of any sizes, small or large, LAN (local area network) or WAN, Intranet or the Internet.

In this paper, we present a wide area network (WAN) load-balancing architecture, which is built upon the DNS infrastructure [1]. This implies that if the DNS service is not requested by the user, which happens when the IP address of a server is named in a user request rather than the server domain name, the WAN load balancing will be bypassed and the specified server will be accessed directly. On the other hand, this feature may be desirable to network system administrators for remote administration, management and trouble shooting of a specific server.

Load balancing was first applied to multiple servers on the same LAN in the early days. However, this type of applications has three major shortcomings. First of all, the traffic load cannot be balanced across the network. That is, if the network that connects the servers on the LAN to the WAN and to the user is congested, load balancing does not help even if the servers are available and the load on them is light. Secondly, the service offered by the servers is subject to the single point of failure in the connection network. That is, if the network that connects the servers on the LAN to the outside is down, the service becomes totally unavailable. Thirdly, this architecture does not offer the flexibility of deploying the servers close to the user because all the servers have to be on the same LAN. That is, the potential of faster user response time is not fully exploited.

WAN load balancing has become popular recently because it can overcome the shortcomings associated with the LAN-based approach. To achieve the full potential, however, both the server load and the network traffic must be considered in the process of server selection. Consequently, WAN load balancing could be more complex to develop and could also result in a higher level of overhead in execution. Therefore, an architecture and system with flexibility and dynamism is very important for coping with the different network environments and traffic situations.

There has been some previous work on WAN load balancing. The approach that relies on the round robin function in the server DNS among the set of servers cannot effectively balance the load because the selection of a server is based on a fixed sequence, rather than on the status of the servers and the network. Actually, load sharing is a better description for this mechanism than load balancing. As pointed out in [3], it also suffers the problem associated with name caching at local or intermediate name servers at the user side. The approach in [5] relies on a modified DNS to return the IP address of the best server, which is deemed not practical due to the enormous effort involved in DNS standardization and deployment in the entire network. The dynamic server selection technique in [4] uses server load and client network traffic status to guide the name resolver to select web servers. However, the work is emphasized on the importance of using the server and network status for server selection rather than on the system architec-

0-7803-6283-7/00/$10.00 © 2000 IEEE

Authorized licensed use limited to: Kevin Oliver. Downloaded on September 10,2025 at 18:31:09 UTC from IEEE Xplore. Restrictions apply.

ture. As pointed out in [2], its simple architecture could cause a wide traffic swing among the servers due to the user's rush to the lightly loaded server. This scheme may also impact the client because it requires the modification of the software to always direct user requests to a virtual server that performs server selection. Although the problem can be resolved by requiring application and content providers to always use the virtual server, it is not desirable due to the enormous effort of modifying existing applications and content pages.

Cisco Distributed Director [6] and Resonate Global Dispatch [7] are probably the most relevant to the architecture to be presented in this paper. The major difference is that both of them use a one-layer architecture in the redirection of DNS services. That is, they rely on the DNS to select a load-balancing server. However, due to the limitations of the current DNS implementation, the selection is either fixed or performed in the round robin fashion. Therefore, it is possible that the user be still directed to a server even though it is already overloaded. It is also not possible to implement the policy of choosing the closest server to the user. Another problem associated with the one-layer architecture is that, since a remote load-balancing server could be used, it cannot simply use the network status it has obtained between itself and the servers in server selection because the status cannot represent that between the user and the servers. Therefore, additional measurement work is required for the load-balancing server to collect the required status to better serve the user, which incurs additional network overhead and delay.

The architecture we will present can overcome the shortcomings caused by the DNS limitations. It also allows load balancing at the packet level, which is not supported in any of the previous work.

The rest of the paper is organized as follows. In the next section, we describe some requirements associated with WAN load balancing. In Section III, we present architecture and describe its major components. In Section IV, we describe some of the details in the implementation, especially the information flow between the various network components. Finally, we conclude this paper in Section V.

## II. Requirements

For any particular service in a network, there could be one or more servers. The servers are heterogeneous in nature, meaning that they may be different in hardware capabilities, software characteristics and service platforms. To the end user, however, the service is uniform regardless of which server provides it. Furthermore, different servers could provide the same service to the same user at different times or instances of the request, all totally transparent to the user. The motivation for using multiple servers is to improve user response time, resource utilization and service reliability and availability, and to lower capital expenditure for system upgrade and service expansion.

Besides balancing the network load, there are some other requirements in a WAN load-balancing architecture.

(1) It should not impact the client. That is, it must be totally transparent to the user who is running applications.

(2) It should only require minimal change to the server network components. The only change that is allowed should be limited to data configuration and, therefore, is not considered to be alterations in the server components.

(3) It should not become a performance bottleneck and single point of failure. This requires that the location of the load-balancing components cannot be restricted to any physical location in the network.

(4) It should be independent of the network structure. That is, it should be scalable enough to work in any type of network.

(5) It should support different granularities of traffic control. That is, a server can be selected for a user session or for an individual packet. The selection should also be dynamically performed based on present server and network situations.

## III. The Architecture

The architecture for WAN load balancing is built on the top of the current Internet DNS infrastructure. In the architecture, we introduce two new components: the Load Balancing Server Selector (the LBS Selector) and the Load Balancing Server (the LB Server), which is depicted in Fig. 1, and make use of the DNS and the routing functions in the LBS Selector and the LB Server. The change of control to the user request from the server DNS to the LBS Selector and then to the LB Server is shown by the dotted arrow lines. For load balancing, user requests are directed by the LB Server to one of the multiple servers.

There can be one or more LBS Selectors in the network. The main function of an LBS Selector is to select the LB Server for a user DNS request. The server DNS that is originally supposed to resolve the server domain name in the DNS request must now refer the resolution to an LBS Selector through DNS redirection. This requires that, in the server DNS, the original A-record be replaced with an NS-record in which the LBS Selector is named as the authoritative name server. Although the LBS Selector performs functions that are similar to the DNS, because the LBS Selector can select the LB Serv-

Authorized licensed use limited to: Kevin Oliver. Downloaded on September 10,2025 at 18:31:09 UTC from IEEE Xplore. Restrictions apply.



Fig. 1. The WAN load balancing architecture

ers based on conditions that are not supported in the current DNS implementations, the basic DNS functionality must be enhanced in the LBS Selectors, which creates the need for the LBS Selectors that exist in between the DNS servers and the LB Servers. This architecture assures minimal impact to the network elements in the current Internet infrastructure.

There can be one or more LB Servers in the network. The main function of an LB Server is to select the best server among multiple to serve the user requests. The criteria for the server selection could be based on a variety of factors such as the geographical location of the servers to the user, the server load status and network traffic situation, etc. The selection can also be performed on the basis of user sessions or data packets. Here, we define a user session as the time period between two successive DNS requests from the user. Therefore, if the server is selected for the user session, the user will repeatedly use the same server until the next time a DNS service is requested whereby a new server selection will be performed. The implication of the user session control is that sever selection won't respond to any server and network situation changes during the session which would have resulted in the selection of another server. On the other hand, server selection at the packet level requires that server selection be activated every time a new packet arrives. The LB Server could decide to simply select the same or a different and better server. Packet level selection would effectively gives the LB Server more control over the user traffic. It can further improve the performance of load balancing over session level selection at the expense of higher overhead and more complex control.

## IV. Information Flow

For server selection, the existing network components, i.e., the DNS servers, will have to interact with the new components, i.e., the LBS Selectors and the LB Servers. In addition, the LBS Selectors will have to interact with the LB Servers. We describe such interactions in this section in the form of information flows for the implementation of the WAN load-balancing architecture and system.

### A. *The Server DNS and the LBS Selector*

The server DNS would have resolved the server domain name in a user DNS request into an IP address by looking up the A-record in its database without load balancing. With load balancing, however, such a resolution is prohibited and is referred to the LBS Selector. To facilitate the transfer of the resolution functionality from the server DNS server to an LBS Selector, the following changes are required to be made in the server DNS.

(1) In the client DNS, there is no change needed.

(2) In the server DNS, the A-record for the server for load balancing will be changed to an NS-record that indicates the LBS Selector as the authoritative name server. This configuration change applies to all servers to which load balancing is applied.

With the above configuration change applied to the relevant A-record in the DNS, the LBS Selector now becomes the authoritative name server and the control of name resolution is passed to the LBS Selector. The server DNS could also alternate among the LBS Selectors by having all the LBS Selectors sequentially listed in the NS-record. The alternation will be limited to round robin, however.

### B. *The LBS Selector and the LB Server*

After receiving a DNS request, the LBS Selector will select an LB Server for the user. The selection criteria can be based either on geographical locations of the LB Servers relative to the user or on other dynamic factors such as the current server load and network traffic situation. These factors can also be combined in which the closest LB Server is considered first. If this LB Server is overloaded or unavailable, another LB Server is selected. This selection policy would use the closest LB Server in normal situations and in a majority of the time and enhance the reliability of the service by using multiple LB Servers.

There are two ways in which the LBS Selector can interact with the LB Server: the authoritative name server approach and the source routing approach.

#### 1) *The Authoritative Name Server Approach*

In this approach, the LBS Selector interacts with the LB Servers using the same DNS authoritative name server mechanism. However, unlike a DNS, the redirection of a DNS request from the LBS Selector to the LB Server is not static or limited by the capability of the DNS functionality. Therefore, the current DNS func-

Authorized licensed use limited to: Kevin Oliver. Downloaded on September 10,2025 at 18:31:09 UTC from IEEE Xplore. Restrictions apply.



Fig. 2. The authoritative name server approach

tions need to be enhanced to accommodate the different requirements for the selection of an LB Server as the new authoritative name server in the implementation of the LBS Selector. The LB Server that is selected by the LBS Selector is returned in a DNS reply to the user as the new authoritative name server. Fig. 2 illustrates the information flow.

### 2) *The Source Routing Approach*

In this approach, the LBS Selector does not directly refer the DNS request to an LB Server. Instead, it uses the IP address of the selected LB Server to request source routing for the DNS reply in order to force the reply message to be routed through the selected LB Server. The LB Server will then capture the DNS reply and perform necessary steps to accomplish the desired server selection functions. Fig. 3 illustrates the information flow.

Note that there are additional functions that have to be implemented in the LB Server to support the source routing approach. For example, the LB Server must be able to capture the DNS reply. The LB Server will also have to manipulate the reply message to reflect the server selection it just performed. The extra functions and effort in the LB Server can be considered as a tradeoff to the extra round of DNS message exchange incurred in the authoritative name server approach.

Fig. 3. The source routing approach

However, both approaches can be used to achieve the same objective.

### C. *The LB Server Functions*

Ultimately, it is the LB Server that is responsible for server selection for the user, which can perform different granularities of control on the user traffic. After receiving a DNS request through the referral by an LBS Selector, the LB Server can act differently depending on what kind of control it wishes to exercise. It can also switch the control back and forth dynamically depending on its current load status. In addition, a network system administrator can turn off one of the control modes.

### 1) *Session Level Control*

The LB Server can perform load balancing on the basis of user sessions or on that of individual packets. For session level control, the LB Server will resolve the server domain name in the DNS request into the IP address of the selected server. The IP address will then be returned to the user in a DNS reply. From then on, the user will directly communicate with the selected server until the next time when DNS service is requested. This period could last very long because the client DNS and other intermediate name servers may cache the name resolution results and use them repeatedly until they expire [1][2]. During the period, any server and network change will not affect the selection made earlier. Although the LB Server could set the TTL (time to live) value in the reply to zero to expire the resolution results immediately, it may be ineffective because the local DNS server may ignore the value and uses its default to minimize DNS traffic in the network. The advantage of this level of control is the low overhead at the LB Server. The disadvantage is that it will not respond well to server and network situation change. The longer the name resolution results are cached, the less benefit of load balancing can be felt.

### 2) *Packet Level Control*

If deciding to do server selection on the packet basis, instead of resolving the server domain name, the LB Server would return its own IP address in the DNS reply. The user will then send all subsequent requests to the LB Server believing that it is the best server selected. Server selection will then be performed when the LB Server receives a user request. Therefore, server selection can be performed for each packet, allowing a finer granularity of control over the user traffic. The advantage is that the LB Server is able to balance the load for the different packets even if they come from the same user. The disadvantage is the higher overhead in the LB Server. The LB Server could potentially become

Authorized licensed use limited to: Kevin Oliver. Downloaded on September 10,2025 at 18:31:09 UTC from IEEE Xplore. Restrictions apply.

a bottleneck for the user traffic. However, since there is no limitation on the number of LB Servers that can be deployed in the network, the overloading situation can be resolved by having more LB Servers in the network. In addition, since the LBS Selector can select the LB Server based on the load status, the traffic can be balanced among the LB Servers by the LBS Selector.

A more desirable mechanism that can be used by the LB Server to take advantage of both types of control is to relieves itself from the overloading situation by automatically switching from the packet level control to the session level control should it experience an overload situation. With this function, when the LB Server receives a DNS request and determines that it has past the threshold specified for packet level control, it will resort to session level control by simply resolving the server domain name to the IP address of the selected server. The user requests that follow will go directly to the selected server. This mechanism will be very effective in the enhancement of the overall performance of WAN load balancing.

## V. Conclusion

We presented a WAN load-balancing architecture and discussed some different approaches in the implementation. The solution is based on the current DNS infrastructure. Therefore, the impact to the present network must be kept to the minimum, which only requires the replacement of the A-records in the server DNS with the NS-records that point to the LBS Selectors. Also, the load-balancing function is completely transparent to the user and can be easily deployed in the network. A limitation of this architecture, however, is that, when an IP address is used directly to address the server, the load balancing would be bypassed. However, in light of the significant benefits of this architecture and the fact that the vast majority of user requests in web applications specify server domain names rather than IP addresses, we believe that the benefits far outweigh the limitations. On the other hand, this feature could be desirable for the network system administrator. This is because, when a network administrator uses an IP address to access a remote server for administration and trouble-shooting, load balancing should not be performed. We also compared our architecture with some of the previous work and showed that ours offers additional features and better performance over the previous work given the limitations in the current DNS infrastructure.

## Acknowledgment

The author is grateful to Motomitsu Adachi and Tsuneo Katsuyama of Fujitsu Laboratories Limited for their comments and for their continuous support during the research.

## References

[1] Albitz, P. and C. Liu, *DNS and BIND,* 2nd Edition, O'Reilly & Associates, 1997.

[2] Chow, C. E., J. He and T. Taniguchi, "NetLobars: a simulation system for web system design and evaluation," in *Proc. International Conference on Computer Communication 1999*, Tokyo, Japan, Sept. 14-16, 1999.

[3] Colajanni, M., P. S. Yu and D. M. Dias, "Scheduling algorithms for distributed web servers," *Proc. 17th International Conference on Distributed Computing Systems*, pp. 169-176, 1997.

[4] Fei, Z., S. Bhattacharjee, E. W. Zegura and M. H. Ammar, "A novel server selection technique for improving the response time of a replicated service," *Tech Report GIT-CC-97-24*, Georgia Institute of Technology, 1997. http://www.cc.gatech.edu/tech_reports/index.97.html

[5] Katz, E. D., M. Butler and R. McCrath, "A scalable HTTP server: the NCSA Prototype," *Comp. Net. And ISDN Systems*, vol. 27, pp. 155-164, 1994.

[6] Cisco Distributed Director, 1996. http://www.cisco.com/warp/public/cc/cisco/mkt/scale/distr/prodlit/dd_pa.htm

[7] Resonate Global Dispatch: Optimized traffic management across geographically dispersed points of presence, 1999. http://www.resonate.com/products/global_dispatch/tech_overview_optmzd_trfc.html

Authorized licensed use limited to: Kevin Oliver. Downloaded on September 10,2025 at 18:31:09 UTC from IEEE Xplore. Restrictions apply.

# EXHIBIT 10

# Performance Evaluation of Distributed Web Server Architectures under E-Commerce Workloads[1]

Xubin He, and Qing Yang[2], *Senior Member,IEEE.*

Dept. of Electrical and Computer Engineering
University of Rhode Island
Kingston, RI 02881
E-mail: {hexb, qyang}@ele.uri.edu

[1] This research is supported by National Science Foundation under grant No. MIP-9714370.
[2] Corresponding author

## Abstract

One of the central and key components to make the E-Commerce a success is high performance and highly reliable web server architectures. Extensive research has been sparked aiming at improving web server performance. Fundamental to the goal of improving web server performance is a solid understanding of behavior and performance of web servers. However, very little research is found on evaluating web server performance based on realistic workload representing E-Commerce applications which are usually exemplified by a large amount of CGI (Common Gateway Interface), ASP (Active Server Page), or Servlet (Java Server-side interface) calls. This paper presents a performance study under the workload with a mixture of static web page requests, CGI requests, Servlet requests, and database queries. System throughputs and user response times are measured for five different server architectures consisting of PCs that run both a web server program and a database. We observed that performance behaviors of the web server architectures considered under this mixed workload are quite different from that under static page workload and sometimes counter-intuitive. Our performance results suggest that there is a large room for potential performance improvement for web servers.

Index Terms—Distributed web server, performance analysis, E-Commerce workload, CGI, servlet

# I. Introduction

WITH the phenomenal growth of popularity of the Internet, performance of web servers has become critical to the success of many corporations and organizations. Much research has been sparked to improve web server performance such as through caching [11,12], OS [5,6,24,25], and others [3,9,18,23]. Fundamental to the goal of improving web server performance is a solid understanding of behavior of web servers. A number of performance studies on web server performance have been recently reported in the literature [1,2,4,7-10,13,16,19,21,22]. Most of these studies characterize server performance using workloads that either consist of mainly static web page accesses or many static web page accesses blended with a small percentage of CGI (Common Gateway Interface) scripts that perform very simple computation functions. Historically, these studies can be considered realistic because the Web was originally evolved from academia and research institutions. The Internet sites of this sort including some ISP (Internet Service Providers) are usually content-oriented meaning that they provide information to the public in the form of HTML files. Users can obtain information from these sites through static web pages including text, images, audio, as well as video information.

In the last couple of years, the most noticeable development of Internet applications is commercial applications or E-Commerce. E-Commerce has grown explosively as existing corporations make extensive use of the Internet and thousands of Internet start-up companies emerge. The workload characteristics of web servers in E-Commerce are dramatically different from academic institutions and content-oriented ISPs. Static web pages that are stored as files are no longer the dominant web accesses in this type of application environments. We have studied over 150 commercial web sites to investigate how these web sites work. Observation of these web sites reveals that CGI, ASP (Active Serve Page), or Servlet (the server side Applet of Java

language) dominant most web accesses except for the very first one or two pages when a user comes to a site. Among the sites that we investigated, about 70% of them start CGI, ASP, or Servlet calls after a user surfed the first or second homepage of a site. A typical example of such a web site is online shopping center. When a user comes to this kind of site, the first page to be seen contains a keyword search field and product category selections. Entering a keyword or clicking on a category link by the user results in a form being posted to a program that queries databases. All subsequent interactions between the user and the web server such as shopping cart and purchase transactions are performed by the database application programs at the web server machine through web interfaces. Other types of commercial web sites such as search engines, whole sales, and technical support and services exhibit quite similar behavior as we observed online.

In order to design high performance and reliable web servers for E-Commerce applications, it is critical to understand how web servers work under this application environment. We need to gain insight into the server behavior and the interaction between web server and database servers. In particular, we need to quantitatively measure and evaluate the performance and resource utilization of such web servers.

Despite the importance of measuring and understanding the behavior of such web servers, there is no published research assessing the impact of database, web server, and interaction between database server and web server on the overall performance of web server architectures. In this paper, we present an experimental study on web server performance under E-Commerce workload environment. The server architectures being studied include a single machine server such as a Pentium PC, and distributed servers consisting of multiple machines interconnected through an Ethernet. In case of single machine servers, both the web server program and

database reside on the same machine. In case of distributed servers, several different system configurations are considered depending on where web server program and database reside and how the proxy works. The web server programs studied here include Apache web server which is the most popular web server on the Internet, Java Web server which has some new features, and IIS which is also fairly popular. The database server that we use in our measurement is MSQL 2.0[14]. We measured the performance of 5 different architecture configurations using 6 types of synthetic workloads varying the percentage of CGI and Servlet calls.

Our measurement results show that workloads with mixed static pages, CGI and Servlet requests exhibit significantly different server behavior from the traditional static web page accesses. Some of our observations from the measurements are counter intuitive and contradictory to common believes. For example, when CGI calls are added to the workload, the average system throughput is higher than that of static page only workload because of balanced resource utilizations at the web server. We also observed that with similar workload, servlet usually shows better throughput/response time performance than CGI. Our measurement results also suggest that there is a large room for potential performance improvement of web servers. Minimizing kernel overhead of OS, efficient caching mechanism for static pages, and caching database connections are a few example areas where architects can work on to improve web server performance.

## II.  Experimental Setup

Our experiments are based on the system that consists of one or several duplicated web servers (WS), zero or several duplicated Database Servers (DBS), a web server selector (WS selector). The WS selector is in charge of accepting HTTP requests and scheduling one of the servers to

respond to requests. A web server and a database server can share one physical machine implying a single machine acts as a web server and a database server simultaneously. The simplest case is only one web server and one database server both on the same machine.

| Item | CPU | Memory | Disk Drive | OS | Web server | Database |
|---|---|---|---|---|---|---|
| PC Server 1 | PII 450 | 64M | ATA-4/ 5400RPM | Windows NT server 4.0 | IIS 2.0<br>Java Web server 1.1.3 | |
| PC Server 2 | PII 300 | 64M | ATA-4/ 7200RPM | Windows NT server 4.0 | IIS 2.0<br>Java Web Server 1.1.3 | |
| PC server 3 (DBS 1) | PII 400 | 64M | ATA-4/ 7200RPM | Linux 2.0.32 | Apache 1.3.6<br>Java Web Server 1.1.3 | MSQL 2.0 |
| Proxy (WS selector) | PII 400 | 64M | ATA-4/ 5400RPM | Windows NT server 4.0 | | |
| DBS 2 | Pentium 166 | 64M | SCSI-2 /5400RPM | Linux 2.0.32 | | MSQL 2.0 |
| Clients | PII 450 | 128M | ATA-4/ 5400RPM | Windows NT 4.0 | | |

Table 1: Hardware and software configurations

We performed our tests on a 100Mbps LAN network which is isolated from other networks. Our testbed includes 3 PCs as servers, a database server, a proxy as WS selector and 16 identical client machines. All these machines are interconnected by a 100 Base-T link. Table 1 lists the hardware and software configurations of these machines, where PC server3 may act as a web server and/or a database server.

We selected 5 typical architecture configurations as shown in Figure 1.

a) A web server and a database server reside on the same machine PC Server3 (Figure 1a).

b) A web server and a database server run on different machines (Figure 1b). PC server1 acts as the web server and PC server3 acts as database server.

c) 2 web servers and 1 database server: PC server1 and server2 act as web servers and PC server3 acts as database server (Figure 1c).

d) 2 web servers and 2 database servers: PC server1 and server2 act as web servers, while PC server3 and DBS 2 act as database servers (Figure 1d).

e) 3 web servers and 2 database servers: PC server1, server2 and server3 act as web servers, while PC server3 and DBS2 act as database servers (Figure 1e).

Figure 1.Experiment configurations

We use WebBench$^{TM}$ 3.0[26] which was developed by Ziff-Davis Inc. as the benchmark program to perform our tests. WebBench, which is used and recommended by PC Magazine, measures the performance of Web server. It consists of three main parts: a client program, a controller program and a workload tree. To run WebBench, we need one or several web servers connected through a PC running the controller program and one or more PCs each running the client program. WebBench provides both static standard test suites and dynamic standard test suites. The static test suites access only HTML, GIF, and a few sample executable files. They do not run any programs on the server. The dynamic test suites use applications that actually run on the server.

The workload tree that is provided by WebBench contains the test files the WebBench clients access when we execute a test suite. The tree uses multiple directories and different directory depths. It contains 6,010 static pages such as HTML, GIF, and executable test files that take up approximately 60 MB of space.

We expanded above workload in two ways: firstly,we added more static pages to make the data set size up to 160MB; secondly, we added 300 simple CGI programs and 300 simple servlet prgrams which have simple functions such as counter, snooping, redirection and so on. Besides, we added other 400 servlet programs which access to databases using JDBC calls. We have two databases in our database server, namely BOOKS and EMPLOYEE. There are 15 and 18 tables in databases BOOKS and EMPLOYEE respectively, with different number of records ranging from 100 to 20,000.

Client processes running on client PCs continuously make HTTP requests to the server with zero think time. The traffic intensity seen by the server is therefore represented by the number of active clients making HTTP requests. The type of requests generated by each client is determined by the following 6 different types of workloads:

1) Static: All requests are static pages with 28% pages having size less than 1KB, 47% pages having size between 1K and 10K, 17% pages having size between 10K and 20K, 7% pages having size between 20K and 40K, and 1% pages having size larger than 40K.

2) Light CGI: 20% requests are CGI and 80% are static pages.

3) Heavy CGI: 90% requests are CGI and other 10% are static pages.

4) Heavy servlet: 90% requests are servlet and other 10% are static pages.

5) Heavy database access: 90% requests are requests with database access and other 10% are static pages.

6) Mixed workload: 7% requests are CGI, 8% are simple servlets, 30% are database accesses and others are static pages with different sizes.

The web server software that we used for workloads 1), 2) and 3) is Apache under Linux, and IIS under Windows NT. For workloads 4), 5), 6), Java Web server[15] is used. The clients in our tests refer to logic client processes which are running evenly on 16 interconnected machines.

For each workload, we have 16 test mixes with increasing number of clients, and each mix lasts 100 seconds. After one workload was tested, we restarted all the machines and then begin another workload test.

## III.  Measurement Results

We started our experiments with measurement of static web page accesses. In this scenario, 100% of user requests are for static web pages that are stored in web server as files. Figure 2 shows the measurement results of three different architecture configurations in terms of throughput (Figure 2(a)) and user response time (Figure 2(b)). It can be seen from this figure that the throughput increases as the workload increases. The server with a single PC gets saturated when the number of clients exceeds 30 with throughput being about 80 requests/second. The user response time also gets excessively long after the number of clients is more than 30. The servers with 3 PCs get saturated at throughput being about 150 requests/second, approximately doubled the performance of the single PC server. The response times of these two servers are also significantly lower than that of the single PC server.

For static web pages, much of the CPU time is spent on I/O interrupt and file copying inside RAM [13]. Therefore, we can conclude that static pages place high demand on RAM and disk I/O since static web page accesses are mainly file access operations.

 

Figure 2 Measurements under static pages

Figure 3 Measurements under light CGI

Figure 4 Measurements under heavy CGI

Figure 5 Measurements under heavy servlet

| Legends in figure 2,3,4 and 5: | |
|---|---|
| 1ws: PC server1 as the web server | |
| 2ws: PC server1 and server2 as the web servers | 3ws: PC server1, server2 and server3 as the web servers |

Our next experiment is to add a small percentage of CGI requests into the static web page workload. The CGI requests added are mainly short and simple functions such as counter, redirection, snoop, and dynamic page generations. Figure 3 shows the measurement results of this experiment. In this figure, the workload consists of 80% of static web page requests and 20% of simple CGI calls. Contrary to common belief, adding CGI programs into the workload increases the system throughput rather than decreasing it. The maximum system throughput increases from about 150 request/second (Figure 2a) to about 200 request/second. Such performance increase can be mainly attributed to the fact that the server resources are better utilized in case of this mixed workload than in case of only static web pages. Although CGI calls add additional work to the server, the additional works are mainly performed by CPU not I/O systems. As a result, system resources at the server work in parallel with fairly good balance in handling web requests. The better performance is also shown in terms of user response time as shown in Figure 3b where the response times are flatter and lower than Figure 2b.

The results shown in Figure 3 and some subsequent figures unveiled a very important fact about performance evaluation of web servers. That is, realistic workload used in performance evaluation is extremely important. Intuition or using workload that is nonrealistic to do performance evaluation may give misleading results and conclusions that may send architecture researchers into wrong directions. The results shown above are a simple example indicating the importance of selecting correct workloads.

In order to observe further how CGI affects web server performance, we increase the proportion of CGI requests in the workload from 20% to 90%. As a result, we have a heavy CGI workload. The measurements for this workload are shown in Figure 4. Because a large portion of web

requests is CGI calls, the server load becomes CPU-bound not I/O-bound. It is clearly shown in Figure 4 that the more CPUs we have in the server, the better throughput we can obtain.

Replacing all the CGI calls in the workload by Servlet calls, we have heavy Servlet workload. The performance results for this case are shown in Figure 5. It is interesting to observe from this figure as compared to Figure 4 that the system throughput jumped up significantly. For the 2-PC server case, the maximum throughput jumps from 200 requests/second to a little less than 600 requests/second, almost a factor of 3! To understand why there is such a considerable performance difference, let us take a close look at how CGI and Servlet work.

To make a CGI request, a user usually fills out a form or clicks on a hyper link with predefined form data. When the form is submitted, a GET or POST command is sent to the web server to start a CGI program with the form data as input parameters. This program runs as a new process. In Unix systems, a server runs a CGI program by calling *fork* and *exec* to form a new process. Therefore, each CGI call results in a new process and the kernel will have to manage and maintain these processes. Communication between processes and between CGI processes and main server process are done through reading and writing files including standard input and output. Windows NT systems work in a similar way in handling CGI programs. Servlet, on the other hand, is a server API in Java language that is functionally similar to CGI. The name comes from Applet representing server side Applet. The most distinguished feature of Servlet as compared to CGI is that each call to the Servlet from a user results in a new thread to be started rather than a new process. All threads resulting from Servlet from users run in a single process. As a result, significant amounts of process management and communication overhead are not present in Servlet environment. Therefore, the web server can handle Servlet requests much faster than CGI requests. It is also noticed that the throughput drops after the saturation point as

shown in Figure 5a. This performance drop is caused by I/O activities after the number of threads is very large and the RAM cannot cache all the threads. This phenomenon is not present in heavy CGI case because I/O activities start from low workload giving rise to smoother curves.




Figure 6. CPU utilization

To further prove our analysis above, we have done additional experiments to measure the CPU utilization for heavy CGI and Servlet workloads as shown in Figures 6(a) and 6(b). The CPU time is broken down into user time, kernel time, and idle time, respectively. Figure 6(a) shows the CPU utilization under heavy CGI requests that are called through Apache web server. It shows that over 60% of CPU time is spent on kernels for heavy CGI workload, implying large multi-process overheads. For heavy Servlet workload, the situation is quite different as shown in Figure 6(b). In this case, the proportion of time spent for kernel is significantly reduced to approximately 10% to 15% as shown in the figure. At high workload, most of CPU time was spent for user code and therefore high system throughput.

The above observation is very important because it suggests a large space for potential performance improvements on web server designs. Although fast CGI proposed by Open Market

Inc. improves CGI performance by means of caching and minimizing process management overheads, there is still a plenty of room for further performance improvement.

 

Figure 7 Measurements under heavy database accesses, where:

1wsdbs:  PC server3 as the web server and database server simultaneously
1ws1dbs:  PC server1 as the web server and DBS1 as the database server
2ws1dbs:  PC server1 and server2 as web servers and DBS1 as the database server
2ws2dbs:  PC server1 and server2 as web servers, while DBS1 and DBS2 as database servers
3ws2dbs:  PC server1, server2 and server3 as web servers, while DBS1 and DBS2 as database servers

As mentioned in the introduction, most E-Commerce web servers see significant amount of database accesses among users' web requests. To evaluate how these database accesses affect web server performance, we inserted a large amount of JDBC (Java DataBase Connectivity) calls in Servlet programs. The JDBC calls are mainly simple database queries. The system throughput and average user response times are plotted in Figure 7. In case of single PC web server with a database server, the throughput drops down quickly as workload increases. There are several reasons for this phenomenon. First of all, heavy database accesses place high demand on disk I/O systems. When the number of database queries or database connections gets large, the RAM in the PCs is not large enough to cache all the database connections. Increasing number of database queries beyond this point will creates an adverse effects increasing the processing time for each database query. As a result, we observed reduced throughput. Secondly, heavy Servlet

calls at the web server also require a lot of CPU time as evidenced in our previous discussions. Adding an additional PC as a web server while keeping the same database server results in increased maximum throughput as shown in Figure 7a. However, the throughput still drops after the saturation point. In case of 2ws2dbs and 3ws2dbs architectures, the performance drop is no longer as steep because of one more database server.



Figure 8 Measurements under Mixed workload, where:

1wsdbs:   PC server3 as the web server and database server simultaneously
1ws1dbs:  PC server1 as the web server and DBS1 as the database server
2ws1dbs:  PC server1 and server2 as web servers and DBS1 as the database server
2ws2dbs:  PC server1 and server2 as web servers, while DBS1 and DBS2 as database servers
3ws2dbs:  PC server1, server2 and server3 as web servers, while DBS1 and DBS2 as database servers

Figure 8(a) and (b) show the measurements results for a more realistic workload with a mixture of static pages, CGI requests, and Servlet with database queries. Static pages, CGI requests, Servlet requests and database requests account for 55%, 7%, 8% and 30%, respectively. With this type of workload, static page requests demand high disk I/O activities, CGI and servlet requests require high CPU utilization, and database queries in Servlet programs place high demands on both CPU and disk I/Os. As a result, throughputs for this workload keep changing as request rate changes for all architecture configurations considered. They all increase at low workload and decrease after reaching saturation points though saturation points are different depending on architectures. These results suggest that it is very important to monitor and tune

web servers while at operation to avoid bad service. A threshold should be setup to stop accepting additional requests once the server is approaching saturation point.

To this point, all our experiments are based on static scheduling at the proxy, i.e. web requests are statically assigned to different web servers as they come based on a predefined percentage. In order to assign web requests dynamically to different web servers depending on their real time workload, we have developed a simple adaptive proxy server. The adaptive proxy distributes web requests to servers dynamically using the current load information of the servers. Figure 9 shows the performance comparison between static proxy and adaptive proxy. We observed about 10% to 15% performance improvement due to adaptive proxy at high workload.

Figure 9 The influence of requests scheduling algorithm of proxy

# IV. Related Work

Evaluating and measuring the performance of web servers has been the subject of much recent research. Banga and Druschel [4] proposed a method to generate heavy concurrent traffic that has a temporal behavior similar to that of real Web traffic. They also measured the overload behavior of a web server and throughput under bursty condition. Arlitt and Williamson [2] characterized several aspects of web server workloads such as reference locality, request file type

and size distribution. Almeida and Yates [1] provided a tool called WebMonitor to measure activity and resource consumption both within the kernel and in HTTP processes running in user space. They [25] also measured the performance of a PC acting as a standalone web server running Apache on top of Linux. Their experiments varied the workload at the server along two dimensions: the number of clients accessing the server and the size of the workload tree. Hu, Nanda and Yang[13] quantitatively identified the performance bottlenecks of Apache web server and proposed 7 techniques to improve its performance. Courage and Manley [10] created a self-configuring benchmark that bases WWW load on real server logs and analyzed general WWW server performance and showed that CGI application affected the latency of not only CGI, but other responses as well. Barford and Crovella [7] created a realistic Web workload generation tool SURGE and generated representative web workloads for server performance evaluation. Colajanni, Yu and Dias [9] discussed in detail the load balance and task assignment policies at DNS for distributed web servers. Pai[22] presents an approach called locality-aware requests distribution (LARD) [22] tries to distribute web requests to back-end nodes according to request contents in order to maximize cache hit ratio at servers.

In summary, all web server performance evaluations that we know of evaluate web servers using workloads that consist of static pages and small percentage of CGI. To the best of our knowledge, no research attempts to accurately measure the effects of heavy CGI, servlet, database accesses on the performance of web servers.

# V. Conclusions

In this paper, we have studied the performance of web servers under the workloads that represent typical E-Commerce applications. We have measured the system throughputs and user response

times of 5 different types of server architecture configurations. For workload consisting of static web page only, disk I/O plays an important role at the server since all web requests are mainly file accesses. For this kind of workload, it is clearly beneficial to have a large RAM to cache as many web pages as possible. If CGI or Servlet calls are added to the workload, the server behavior changed significantly. Contrary to common believes, most web servers considered here can obtain higher throughputs under the mixed workload than under the static page workload. In this situation, efficiently handling multi-process or multi-thread becomes essential to system performance. Our measurement results suggest that there are rooms for potential performance improvement on server architectures. When database activity increases, server performance drops down significantly compared to other workload because of heavy demand on both CPU and disk I/Os. The average system throughput increases with workload at low load range and decreases at high load, which suggests that it is necessary to continuously monitor web servers and to set up threshold for accepting web requests.

## Acknowledgments

Our thanks to ZhenQiang Shan for providing the databases and writing the servlet programs. Further thanks to Tycho Nightingale, Jonathan Short and Tim Toolan for providing client PCs and WWW log files.

## References

[1]   M. Almeida, V. Almeida, and D.  J. Yates,  "Measuring the Behavior of a World-Wide Web Server," *Seventh IFIP Conference on High Performance Networking (HPN),* White Plains, NY, Apr. 1997, pp. 57-72.

[2]    M.F Arlitt, C.L. Williamson, "Web Server Workload Chracterization: The Search for Invariants," *In Proceeding of the ACM SIGMETRICS Conference on the Measurement and Modeling of Computer Systems,* 1996, pp. 126-137.

[3]    G. Banga, F. Douglis, M. Rabinovich, "Optimistic Deltas for WWW Latency Reduction," *In Proceedings of 1997 Usenix Annual Technical Conference,* Anaheim, CA, Jan. 1997, pp. 289-303.

[4]    G. Banga, P. Druschel, "Measuring the Capacity of a Web Server," *Proceedings of the USENIX Symposium on Internet Technologies and Systems,* Monterey, Dec. 1997.

[5]    G. Banga, J.C. Mogul, "Scalable kernel performance for Internet servers under realistic loads," *In Proceedings of 1998 Usenix Annual Technical Conference,* New Orleans, LA, June 1998.

[6]    G. Banga, P. Druschel, J. C. Mogul, "Better Operating system features for faster network servers," *in the* Proceedings of the Workshop on Internet Server Performance*,* Madison, WI, June 1998.

[7]    P. Barford, M. Crovella, "Generating Representative Web Workloads for Network and Server Performance Evaluation," *In Proceeding of the ACM SIGMETRICS'98 Conference,* Madison, WI, 1998, pp. 151-160.

[8]    T. Bray, "Measuring the Web," *In Fifth International World Wide Web Conference,* Paris, France, May 1996.

[9]    M. Colajanni, P.S. Yu, D.M. Dias, "Analysis of task assignment policies in scalable distributed web-server systems," *IEEE Transactions on Parallel and Distributed Systems,* Vol.9, No. 6, June 1998, pp. 585-600.

[10]    M. Courage, S. Manley, "An Evaluation of CGI Traffic and its Effect on WWW Latency," Http://www.eecs.harvard.edu/vino/web, May 10, 1999.

[11]    S. Glassman, "A caching relay for the World Wide Web," *In WWW'94 Conference Proceedings,* 1994.

[12]    V. Holmedahl, B. Smith, and T. Yang, "Cooperative caching of dynamic content on a distributed web server," *in Proc. of 7th IEEE International Symposium on High Performance Distributed Computing (HPDC-7)*, Chicago, IL, July, 1998, pp.243-250.

[13]    Y. Hu, A. Nanda, Q. Yang, "Measurement, analysis and performance improvement of the Apache Web Server," *in the 18th IEEE International Performance, Computing and Communications Conference (IPCCC'99),* Phoenix/Scottsdale, AZ, Feb. 1999.

[14]    Hughes Technologies Pty Ltd., "Mini SQL 2.0 Reference," URL: http://www.hughes.com.au/library/msql/manual_20/, Oct. 12, 2000.

[15]    JavaSoft Co., " Java Web server," URL: http://www.sun.com/software/jwebserver/, Oct. 3, 2000.

[16]    S. Manley, M. Seltzer, "Web Facts and Fantasy," *Proceedings of the 1997 USENIX Symposium on Internet Technologies and Systems*, Monterey, CA, Dec. 1997.

[17]    S. Manley, M. Seltzer, M. Courage, "A Self-Scaling and Self-Configuring Benchmark for Web Servers," *Proceedings of the ACM SIGMETRICS'98 Conference,* Madison, WI, 1998, pp. 270-272.

[18]    Microsoft Co., "CIFS: An Internet File System Protocol," http://msdn.microsoft.com/workshop/networking/cifs/, Oct. 5, 2000.

[19]    J.C. Mogul, *Operating Systems Support for Busy Internet Servers,* WRL Technical Note TN-49, Http://www.research.digital.com/wrl/home.html, May 12, 2000.

[20] J.C Mogul, "The case for persistent-connection HTTP," *In SIGCOMM Symposium on Communications Architectures and Protocols,* Cambridge, MA, Aug. 1995, pp.299-313.

[21] E. M. Nahum, T. Barzilai, D. Kandlur, *Performance Issues in WWW servers,* Tech. Report, IBM Corp., Feb. 1999.

[22] V. Pai, M. Aron, G. Banga, M. Svendsen, P. Druschel, W. Zwaenepoel, E. M. Nahum, "Locality-Aware Request Distribution in Cluster-based Network Servers." *Proceedings of the 8th International Conference on Architectural Support for Programming Languages and Operating Systems (ASPLOS VIII)*, Oct. 1998, pp. 205-216.

[23] D. C Schmidt, J.C. Hu, "Developing Flexible and High-performance Web Servers with Frameworks and Patterns," http://www.cs.wustl.edu/~jxh/research/research.html#jaws, Oct. 6, 2000.

[24] A. Vahdat, T. Anderson, M. Dahlin, E. Belani, D. Culler, P. Eastham, C. Yoshikawa, "WebOS: Operating System Services for Wide Area Applications," *Seventh Symposium on High Performance Distributed Computing,* July 1998.

[25] D.J Yates, V. Almeida, J.M. Almeida, *On the Interaction Between an OS and Web server,* Boston University Computer Science Dept., Boston Univ., MA, Tech. Report CS 97-012, July 1997.

[26] Ziff-Davis Inc., "WebBench 3.0." URL: http://www.zdnet.com/zdbop/webbench/, Aug. 10 2000.

# EXHIBIT 11

# Object Caching in a Transactional, Object-Relational CORBA Environment

Thomas Sandholm

[1]Department of Computer and Systems Sciences
University of Stockholm

October 1998

## Abstract

The OMG's CORBA and CORBA services like the OTS are a technology standard that enable the building of transactional systems running in distributed and heterogeneous environments. In large-scale CORBA systems that integrate relational databases, however, careful attention must be paid to network traffic and the number of I/O-operations (like database access) performed, as these can degrade system performance significantly. Caching is a well-known concept to improve performance in e.g. database systems. Caching in a transactional object-relational CORBA environment has, however, not been studied in the literature so far.

This thesis investigates concepts to improve performance and reliability in large-scale CORBA systems. An object caching strategy for transactional, object-relational CORBA systems is developed. It employs distributed transaction management to replicate data, and asynchronous multicast notifications to update caches that are distributed to load balanced servers. The caching strategy is implemented and tested using a case study with real-world assumptions, and described as a generic, software architectural abstraction that can be reused in different CORBA system developments. Using the caching strategy proposed, the performance of the system can be drastically increased, and system scalability and reliability be well improved.

[1] This thesis corresponds to the effort of twenty full-time working weeks.

The mapping is performed in a tier between the database server and the client to gain extra performance advantages. This tier also provides an object cache discussed in greater detail in section 3.4.8.

An extension called DOCK (Distributed Object Connectivity Kit) provides a CORBA to persistent objects mapping. This mapping is a one-to-one mapping, though, with the exception that IDL does not have to be generated for some classes that are defined. The granularity problem discussed earlier, however, is not addressed further than providing an object cache. [Persistence 98]

# 3.2 Load Balancing

In this section server selection as a special form of load balancing is discussed. Server selection refers to selecting the target server from a group of identical servers in order to balance the load.

An analysis of how performance problems of large scale distributed systems can be solved by using a proper server load balancing strategy and scheme is done. Scheme is defined as the implementation of a strategy. The main goals of the use of load balancing, and what implications that must be dealt with when trying to achieve these goals are presented. Different approaches that can be chosen to resolve these difficulties are compared. Further, some strategies are presented and related concerning implementation and use in different contexts. Thereafter, an example of a load balancing implementation is presented; the load balancing feature of the OrbixNames product from IONA Technologies.

## 3.2.1 What Is Load Balancing?

Load balancing deals with the distribution of requests among servers. The servers can all reside on a single host or be distributed within a group of hosts. A simple server selection load balancing scenario is depicted in figure 3.1. We focus on this form of load balancing because selecting servers is a core part of the CORBA architecture and is a factor that easily can be tailored by the CORBA developer.

Many load balancing algorithms for distributing the load between different hosts on an operating system level have been investigated in various research projects. These algorithms are of minor interest in a CORBA context, as they are applicable on another level of granularity, and are not discussed here.

The selection of servers can be either static or dynamic. Static server selection means that clients are always given the same server to invoke on, and the load balancing is achieved by giving servers the responsibility to serve a certain group of clients at compile time. This form of server selection is sometimes referred to as partitioning [IONA 98c]. A more flexible type of server selection is dynamic selection. By dynamic selection, the decision of which server a client invokes on is taken at runtime, and is totally decoupled from the client's properties.

Load balancing is often done by the software responsible for workflow control like a TP Monitor or an ORB. Load balancing schemes are used primarily to augment the throughput, i.e. the number of requests handled in a correct way before deadline. Studies [Friedman & Mosse 96] have, however, shown that there is a correlation between load balancing policies and fault-tolerance in a system. A load balancing scheme only describes which of several available servers to use, not any heuristics for what to do if the server called happens to be down and unable to complete its task. Therefore a load balancing strategy



**Figure 3.1: Load Balancing Scenario**
**(1) The client issues a lookup command to a Server Selector.**
**(2) The Server Selector selects a server from a group of servers that are able to perform the request, and returns a reference to the selected server to the client.**
**(3) The client invokes on the selected server.**
**(4) The selected server returns its reply to the invoking client.**
**The arrows between the Server Selector and the Member Servers indicate that information, on e.g. server load, that is used for the selection could be exchanged.**

could be combined with some kind of *fault-tolerance* scheme making these decisions. Handling fault-tolerance in this explicit way is beyond the scope of this work, though.

### 3.2.2 Problems Addressed

Large-scale distributed systems are often "mission critical". That means that it is crucial that they have a high availability during the time that their services are offered. If, for instance, the service is offered permanently the system must never go down for support and update jobs. The ability to distribute the load to other servers when some are down, e.g. to do updates, is therefore an important issue that load balancing strategies have to address.

The next problem addressed is overload. If some servers are overloaded, the risk of client timeouts and possible client crashes increases, i.e. the clients will never be served because the service is regarded as being down by the system after having waited too long for the reply. Hence the load balancing strategy should prevent overloaded servers from getting requests. If a server crash occurs, the scheme ideally should regard this server as overloaded. The load balancing scheme in this case works as an implicit error detection mechanism normally handled by the previously mentioned fault-tolerance schemes.

### 3.2.3 Goals

There is one major goal of load balancing; to increase throughput and thereby decrease the number of errors due to overloaded servers in the system. From the client's point of view, load balancing should be transparent. The invocations sent should look the same regardless of whether load balancing is implemented on the server side or not. Another important goal and reason for deploying a load balancing scheme is to decrease the user request response time.

### 3.2.4 Design Issues

When implementing a load balancing strategy, server selection overhead, network overhead, and replicated data have to be considered, while taking the system context into account.

#### Server Selection Overhead

The mechanism that keeps the server distribution transparent to the client should be kept as simple as possible. Complicated algorithms can lead to the selector becoming a bottleneck in the system, as most strategies demand that all client requests be located in a serialized way. A system with a stable load that doesn't change much needs a less advanced algorithm.

#### Network Overhead

A possible scenario in a load balancing implementation is that the client sends a request to the server selector which returns the chosen server to the client. The client then makes its actual call to the server that was retrieved. Except from this network traffic the load information exchange between the server selector and the replicated servers also contributes to performance degradation (see figure 3.1). The network could be a serious time consumer when many clients and many replicated servers are involved [Garland et al 95].

#### Replicated data

Replicating stateful servers implies that a decision has to be made whether the data that is in common also should be replicated. Replicated servers operating on the same data could result in losing the concurrency intended, e.g. because of database locking. Therefore the data also must be replicated, in some cases. Using replicated data means managing replicated copies and considering hard disc space availability. Replicated data is also used to make the system more fault-tolerant. This topic is discussed in more detail in section 3.3.

### 3.2.5 Approaches

To be able to fulfill the requirements stated for a load balancing implementation, policies in three different areas are chosen. These include:

(a) how to get information about the load of candidate servers (*information policy*),
(b) decide when it is appropriate to re-locate a job (*threshold policy*) and
(c) choosing algorithms for deciding which server is getting the request (*location policy*).

If stateful servers are involved, a migration policy has to be considered as well to solve consistency issues [IONA 98d].

If no information policy is chosen, i.e. the schedule doesn't collect any information about the load on the servers, then the load balancing is called load independent. If information about the current system state is used to determine which server is getting the request, the load balancing strategy is said to be load dependent, because it is able to adjust according to changes in load.

### 3.2.6 Strategies

Only strategies concerning policies (a) and (c), mentioned in the previous section, are discussed because they are the most commonly used for server selection load balancing.

Four common load balancing strategies are presented: random, round-robin, load, and request queues. They all choose different location policies (c). Some of them also choose an information policy (a).

**Random (also referred to as random splitting), takes (c) into consideration**
In this strategy one server in the server pool is chosen at *random*. The advantage of this technique is that it is easy to implement and has little overhead. Because of the fact that a server that is overloaded or down could be chosen for a second time in a row, this strategy is the least fault-tolerant, though.

**Round-Robin (cyclic splitting, cyclic service), (c)**
In the *round-robin* strategy, the servers are invoked starting with one server and then invoking all other servers in turn before invoking the first one again. If all servers perform their tasks in a similar amount of time, this strategy is suitable. It has the same problem as the random strategy, though, it cannot cope with the situation where one server goes down or becomes overloaded.

**Load (lowest load), (a) and (c)**
The *load* strategy is to collect information of the load from the individual servers in some way (information policy) and then invoke on the server that is the least loaded. When using this strategy, failed servers will be regarded overloaded, and thus will never be invoked.

**Request Queues, (a) and (c)**
Another way of balancing the load is to use *request queues*. This technique balances the load dynamically. The clients' requests are put in a queue and are then dequeued by the servers ready to process a request. If the queue is persistent this approach has another feature. The clients and/or servers can crash without the requests being lost. One big advantage of this strategy is that no load information has to be polled from the servers and hence a lot of network traffic is saved.

Of the four strategies, the first two are load independent and the third and forth are load dependent. Implementing the load and the request queues strategies are much harder, though, and the load balancing has more overhead.

### 3.2.7 OrbixNames Implementation

OrbixNames from IONA Technologies is an OMG CORBA compliant implementation of the *CORBA Naming service*. The Naming service offers a way to get object references from hierarchically structured strings. OrbixNames is therefore in a good position to do load balancing transparent to the clients when they are getting their object references. OrbixNames in its current version (1.1) supports the round-robin and the random schemes.

OrbixNames normally consists of a repository of names which map to objects. With the load balancing feature the names map to *object groups* instead of objects. An object group is a collection of servers offering exactly the same service. The method `pick()` gets a member from the object group using either the round-robin or the random scheme. To make the load balancing available to the clients, an object group must be created and bound in the Naming service. The object group members are then added to their group in the server mainline. When a client resolves a name in the naming service that happens to be an object group, the `pick()` method is automatically invoked on the object group transparently to the clients [IONA 98b].

## 3.3 Replication

In this section, the reasons for using replication are presented, and different approaches that can be made are discussed. Further, issues that have to be considered when implementing

# EXHIBIT 12

World Wide Web 2 (1999) 101–113 

# DNS dispatching algorithms with state estimators for scalable Web-server clusters

Valeria Cardellini [a], Michele Colajanni [b] and Philip S. Yu [c]

[a] *Dipartimento di Informatica, Sistemi e Produzione, University of Rome "Tor Vergata", Roma 00133, Italy*
E-mail: cardellini@uniroma2.it
[b] *Dipartimento di Scienze dell'Ingegneria, University of Modena, Via Campi, 213 Modena 41100, Italy*
E-mail: colajanni@unimo.it
[c] *IBM T.J. Watson Research Center, Yorktown Heights, NY 10598, USA*
E-mail: psyu@us.ibm.com

Replication of information across a server cluster provides a promising way to support popular Web sites. However, a Web-server cluster requires some mechanism for the scheduling of requests to the most available server. One common approach is to use the cluster *Domain Name System* (DNS) as a centralized dispatcher. The main problem is that WWW address caching mechanisms (although reducing network traffic) only let this DNS dispatcher control a very small fraction of the requests reaching the Web-server cluster. The non-uniformity of the load from different client domains, and the high variability of real Web workload introduce additional degrees of complexity to the load balancing issue. These characteristics make existing scheduling algorithms for traditional distributed systems not applicable to control the load of Web-server clusters and motivate the research on entirely new DNS policies that require some system state information. We analyze various DNS dispatching policies under realistic situations where state information needs to be estimated with low computation and communication overhead so as to be applicable to a Web cluster architecture. In a model of realistic scenarios for the Web cluster, a large set of simulation experiments shows that, by incorporating the proposed state estimators into the dispatching policies, the effectiveness of the DNS scheduling algorithms can improve substantially, in particular if compared to the results of DNS algorithms not using adequate state information.

## 1. Introduction

With the rapid growth of WWW traffic, most popular Web sites need to scale up their server capacities. One way is to provide a list of alternate, or equivalent mirrored servers at different locations. Letting each *Uniform Resource Locator* (URL) represent a single Web server has a number of disadvantages. First of all, the *mirrored server* choice is not transparent to the users. Moreover, it is hard to provide load balancing and fault-tolerance across the mirrored servers. The most promising approach to handle popular Web sites is to preserve a virtual single interface and to use a distributed architecture. Such an architecture is more scalable, fault-tolerant, and load balanced than a Web system based on independent mirrored sites. However, the achievement of these goals requires a coordination mechanism which is able to assign requests to the Web server that can offer the best service [Colajanni *et al.* 1998b; Dias *et al.* 1996; Kwan *et al.* 1995]. The assignment decision can be taken at the *IP-dispatcher* level or at the cluster *Domain Name System* (DNS) level. A round-robin DNS policy is implemented by the NCSA HTTP-server [Kwan *et al.* 1995] and the SWEB server [Andresen *et al.* 1996], while a randomization scheme is used by the Netscape browser [Mosedale *et al.* 1997]. A DNS policy that takes into account the geographical location of the client is implemented by the Cisco *DistributedDirector* [Cisco 1997a]. Other theoretical DNS scheduling policies that require some system state information are proposed in [Colajanni *et al.* 1998a, b]. Various IP-dispatcher solutions are described in [Anderson *et al.* 1996; Cisco 1997b; Dias *et al.* 1996]. They have full control on the incoming requests, but they are typically applied to a *locally* clustered Web server. Moreover, the IP-dispatcher can become a bottleneck if the system is subject to heavy request load.

In this paper we will focus on the alternative architecture that is a Web-server cluster based on DNS dispatching mechanisms. This architecture does not present risks of IP-dispatcher bottleneck, and can easily scale from *locally* to *geographically* distributed Web-server clusters. The main problems of scheduling through the DNS are due to the high non-uniformity of the incoming load from different client domains [Arlitt and Williamson 1997; Cuhna *et al.* 1995], the high variability of real Web workload [Barford and Crovella 1998; Deng 1996], and WWW address caching mechanisms that let the DNS control only a very small fraction of the user requests. Although reducing to zero the period of address caching gives full control to the DNS, two facts hamper this solution for a Web cluster that receives heavy request load: the DNS would be subjected to become a bottleneck for scheduling and, most importantly, very small address caching periods (e.g., less than 120 seconds) are ignored at intermediate name servers in order to avoid overloading the network with name resolution traffic.

The limited control of the DNS poses a serious obstacle to load balancing. Previous performance studies have indicated that even small caching periods such as five minutes

© Baltzer Science Publishers BV

would reduce the DNS control to a minor fraction of all requests reaching the Web-server cluster [Colajanni *et al.* 1998b]. These peculiarities make scheduling algorithms for traditional distributed systems inappropriate to DNS-based Web clusters and motivate the study of new assignment schemes that require additional system state information to control the load of the Web servers. In this paper, we start with studying dispatching policies that can perform well under theoretical or idealistic conditions that the DNS could have immediate access to any necessary state information. Then, we analyze these policies in light of their application to a DNS architecture working in a realistic environment. In particular, the role of past load information in DNS scheduling and state estimation heuristics are analyzed. It is worthwhile to note that our interest goes only to the policies and estimators that can be actually applied in the WWW environment. Main requirements are low computational complexity, and compatibility with existing Web standards and protocols. Since we cannot force any WWW entity to collect load data for the DNS dispatcher, all information has to come from the Web cluster components, i.e., the cluster DNS and servers. As a result, we show that simple heuristics executed by the Web cluster components are able to provide all state information needed by the DNS scheduling policies, thereby demonstrating that the proposed scheduling algorithms can be used in an actual scenario. Incorporating these policies into a DNS leads to a Web-server cluster that provides much better performance than that achieved by DNS-based systems using scheduling policies based on unstable state information (e.g., least-loaded server) or no information at all (e.g., round-robin, random).

The paper is organized as follows. Section 2 points out the difficulties of DNS scheduling, and reviews the most promising policies focusing on the state information they require. Section 3 discusses whether and how this information can be obtained at the DNS. It examines several heuristics for estimating state information that can be integrated into the DNS scheduling policies. Section 4 presents the simulation model and parameters of the WWW components from the point of view of the Web-server cluster. Section 5 analyzes the performance of the proposed DNS policies for a large set of simulation scenarios. Section 6 concludes the paper with some final remarks.

## 2. DNS algorithms for load control

The scalable Web-server cluster uses one URL-name to provide a single interface for viewers. The system consists of $N$ homogeneous distributed servers that furnish the same set of documents, and a dedicated *cluster DNS* (CDNS) that translates the URL-name into the IP-address of one of the servers in the cluster. Besides the role of IP-address resolver, the CDNS performs as a dispatcher that distributes the requests among the servers based on some optimization criterion (e.g., load balancing, minimization of the system response time, minimization of overloading servers).

On the user side, the clients have a (set of) local name server(s) and are connected to the network through gateways. We will refer to the network sub-domain behind these local gateways as *domain*. From the point of view of the Web-server cluster, the client is only identifiable from its domain. There can also be many intermediate domain name servers spread out over the network between the path from a local name server to the CDNS.

A session is defined to be the entire period of access to the Web site from a single user, where many HTML page requests may be issued. Since an HTML page is typically composed of a collection of objects, each object request requires an access to the server. We will refer to them as *hits*. Any session of a client to the Web cluster consists of two phases: the *IP-address request* phase during which the client asks the CDNS for a translation of the Web cluster URL into the IP-address of one of the Web servers in the cluster, and the *Web document request* phase in which various pages are requested directly to the Web server selected by the CDNS. The IP-address request is initially submitted to the local name server of the client domain, because it typically caches the URL-name to IP-address mapping for a certain period, namely the *time to live* (TTL) interval, chosen by the CDNS. If the cache of the local name server has a valid mapping for this URL-name, the document request is sent directly to the Web server without requiring the CDNS to solve the IP-address request. Otherwise, the IP-address request is submitted to subsequent intermediate name servers, and only if the mapping is not cached in any of these, the IP-address request reaches the CDNS of the Web cluster. The CDNS returns the IP-address of one of the servers in the cluster and the TTL.

### 2.1. DNS scheduling issue

The non-uniform distribution of client requests among the domains and the high variability of real client load are the major problems that any dispatching policy (either IP-dispatcher based or DNS based) has to address. However, there are other issues that make CDNS different from a normal scheduler and cause even major obstacles to the load balancing of the servers in a cluster. IP-address caching at local and intermediate name servers limits the control of the CDNS to a small fraction of the requests reaching the Web cluster. That is to say, during the TTL period bursts of requests can arrive from a domain to the same server, thereby causing hot spots [Cuhna *et al.* 1995], especially if the domain has many clients. These subsequent arrivals during the TTL are quite transparent to the CDNS. Moreover, the requirements below further constrain the potential alternatives for CDNS dispatching algorithms.

1. Low computational complexity because scheduling decisions are required in real-time.

2. Full compatibility with existing Web standards and protocols. Any assumption that requires modification of the WWW environment will not be pursued.

3. All state information needed by a policy has to be actually accessible on the CDNS. In particular, the CDNS and Web servers of the cluster are the only entities that can collect and exchange load information. Any state information that needs some active cooperation from any other WWW components, such as client browsers, intermediate name servers, and users, is not considered, because the previous requirement would be violated.

### *2.2. DNS dispatching algorithms*

Scheduling policies such as round-robin and random used in [Andresen *et al.* 1996; Kwan *et al.* 1995; Mosedale *et al.* 1997] do not require any state information. However, it has been shown [Colajanni *et al.* 1998b] that these algorithms perform very poorly under realistic scenarios, e.g., when we consider the non-uniform distribution of the clients among the domains, and caching the URL-name to IP-address mapping for a TTL period greater than 0. In this section we review some strategies that can improve the performance of DNS-based Web clusters under theoretical conditions that all state information is readily and instantly available. All better performing scheduling algorithms studied in the past tend to use additional state information in mapping URL-names to IP-addresses. Hence, one important consideration in dealing with the scheduling problem is the kind of information that is actually available on the CDNS. Main results described in [Colajanni *et al.* 1998a, b] which are of interest to our CDNS dispatching algorithms discussed in this paper can be outlined as follows:

- Even a frequent exchange of detailed information about the present and past load conditions of each Web server is not sufficient to provide scheduling decisions that can avoid overloading any server. The dynamics of the WWW, such as the high variability of domain and client workloads reaching a server, make the Web server load information obsolete quickly and poorly correlated with future load conditions. This excludes policies such as least-loaded server from further consideration.
- An effective scheduling policy has to take into account some domain information, because any CDNS decision on an IP-address request affects the selected server for the entire TTL interval during which the URL-name to IP-address mapping is cached in the name servers. Therefore, a centralized scheduler such as the CDNS needs to make an adequate prediction about the impact on the future load of the servers. The key goal is to estimate the *domain load rate* which is the average number of requests coming from a domain per second. We will discuss how it is possible to estimate this parameter rate in section 3.
- The most useful information is a combination of domain and server information. Due to the high variability of the WWW scenario, the *domain load rate* may not always be a sufficient means to estimate the actual load of the servers. Therefore, to be sure that the chosen server is not over-utilized, it is important to use a simple mechanism that monitors the actual load of each server and informs the CDNS when some server is over-utilized. In such a way, the CDNS can exclude it from any further assignment until its load falls below the threshold. (When all servers have sent alarm messages to CDNS, the CDNS will temporally stop making new assignment, e.g., by responding server unreachable.) We assume that all of the following scheduling algorithms apply this feedback alarm mechanism.

Since the CDNS replies to an IP-address request through an (IP-address, TTL) pair, we partition the scheduling policies into two main classes: (1) algorithms with *constant TTL*, if the CDNS uses the same TTL for all requests; (2) algorithms with *adaptive TTL*, if the CDNS chooses dynamically the TTL most appropriate to an IP-address request. Here we analyze three algorithms with constant TTL and one with adaptive TTL.

**Two-tier Round-Robin (RR2).** This algorithm is based on two considerations [Colajanni *et al.* 1998b]. First of all, since the clients are not uniformly distributed, the load rate of each domain is typically very different. Secondly, the risk of overloading some of the servers is mainly due to the requests coming from a few very popular domains. Therefore, RR2 uses the domain load rate information to partition the domains connected to the Web cluster into two classes: *normal* domains and *hot* domains. In particular, RR2 sets a *class threshold* and evaluates the *relative domain load rate*, which is with respect to the total number of requests from all domains. The domains characterized by a relative load larger than the class threshold belong to the hot class. For default, we set the class threshold to $1/|domain|$, where $|domain|$ is the average number of domains connected to the servers. The RR2 strategy applies a round-robin policy to each class of domains separately. The objective is to reduce the probability that the hot domains are assigned too frequently to the same servers. Partitions of domains in more than two classes have been investigated with no performance improvement.

**Dynamically Accumulated Load (DAL).** A load control algorithm should take into account that any IP-address mapping done by the CDNS affects the selected server for the entire TTL interval during which the URL-name to IP-address mapping is cached. For this purpose, DAL [Colajanni *et al.* 1998b] obtains from the domain load rate an estimation of the so-called *hidden load weight* which is the average number of requests that each domain sends to a Web server during a TTL interval after a new IP-address request has reached the CDNS. Each time the CDNS makes a server selection following an IP-address request, it accumulates the hidden load weight of the requesting domain in a bin for each server. At each new IP-address request, the CDNS selects the server that has the lowest bin level.

**Minimum Residual Load (MRL).** This algorithm is a modification of the basic DAL [Colajanni *et al.* 1998b]. The CDNS maintains an *assignment table* containing domain to server assignments and their times of occurrences. At the arrival of an IP-address request, the CDNS evaluates the expected number of *residual* requests that each server should have, on the basis of previous assignments, and chooses the server with the minimum number of residual requests. Different from the previous two policies that require only the domain load rate information, MRL needs also an estimation of the *mean session time* so as to evaluate the residual load.

**Adaptive TTL (AdpTTL).** This is an entirely different class of algorithms proposed in [Colajanni *et al.* 1998a]. It explores the TTL component that is transmitted by the CDNS to the client in reply of an IP-address request. The motivation for this approach comes from the observation that the number of page or hit requests following an IP-address request, independently of its origin domain, increases with the TTL value. However, a simple reduction of the TTL value with the purpose of giving more control to the CDNS does not work. Indeed, when intermediate name servers receive from a CDNS too low an expiration time value, they typically use their default TTL value for caching. Moreover, a generic reduction of the TTL does not help to balance the unevenly distributed client requests. The basic idea of AdpTTL is to assign a different TTL (lower or higher than the default value) to each client that submits an IP-address request. The value is tailored by taking into account the load rate of the domain that has originated the requests. In brief, the CDNS selects a server using one of the above constant TTL policies and assigns a low TTL when the address resolution requests come from more popular domains, and a high TTL when the requests are originated by small domains. In such a way, an *adaptive* TTL can reduce the skews on subsequent Web page or hit requests following an IP-address request.

The AdpTTL algorithm considered in this paper uses a RR2 policy to choose a Web server, and then selects the appropriate TTL value based on each domain load rate. Specifically, the assigned TTL value is inversely proportional to the load rate of the domain from which the IP-address request has been issued.

## 3. Heuristics for estimating state information

### 3.1. Gathering information at the DNS

All the CDNS policies in the previous section base their decision on the estimated domain load rates, and the feedback alarms coming from the overloaded Web servers. Since we cannot force any modification on the WWW components external to the cluster to transmit some information to the DNS, any data that keeps trace of load weights has to be collected on the CDNS by the entities of the Web cluster, i.e., the CDNS itself or the Web servers.

The information coming directly from the clients to the CDNS is very limited because the CDNS sees only the IP-address request of a client's domain after a TTL period. For performing URL-name to IP-address mapping of a non-clustered (or non-mirrored) Web site, this information is sufficient. However, this makes it very difficult to take dispatching decisions in a Web cluster. In particular, the CDNS cannot estimate the domain load rate by collecting the number of IP-address requests originated by each domain, because due to address caching mechanisms, the CDNS will see another IP-address request coming from the same domain only after the TTL period, independently of the domain load rate. Hence, we can expect that, without additional state information to the CDNS, the cluster would not perform well due to the poor quality of the domain load rate estimation.

The only viable approach requires an active cooperation of the Web servers with the CDNS. The servers can track and collect all load information that represents the workload to the Web cluster based on the domain that has originated it. This technique to estimate the domain load rate requires an exchange of periodic messages from the Web servers to the CDNS, while the feedback alarm mechanism is based on asynchronous messages.

The implementation of the *feedback alarm* information requires two simple mechanisms: a load monitor/checker on each Web server, and an asynchronous communication mechanism between each server and the CDNS. Each server periodically calculates its utilization and checks whether it has exceeded the load threshold (typically set to 15–20% above the average cluster utilization). In that case, the server sends an *alarm signal* to the CDNS to exclude it from the table of available servers until its load falls below the load threshold. This last event is communicated to the CDNS through a *normal signal*. If every server in the cluster generates an alarm and the table is empty, the CDNS replies to IP-address requests that the server is unreachable or too busy to respond. However, this is a rare event and for all proposed policies did not occur more than very few times in our experiments.

The Web servers can estimate the domain load rate through the *logfile* maintained by each server to trace the client accesses. Each server periodically sends its partial view estimate of the domain load rates to the CDNS, where a *load collector* process gathers all estimates and computes the global domain load rates.

Figure 1 summarizes the additional software components (grey in the figure) needed for an efficient DNS-based Web cluster. In addition to the DNS base function, the system includes a dispatcher that works as a scheduler and TTL selector, an alarm monitor, and a load collector. The server selector assigns each address request to one of the Web server based on some dispatching algorithm discussed in section 3.2. The TTL selector sets the appropriate TTL value for the adaptive TTL algorithms. The alarm monitor tracks the feedback alarm from servers to avoid assigning requests to an overloaded server until the load level is

Figure 1. Architecture of the DNS-based Web cluster.

returned to normal. The load collector gathers the domain load information from each server and estimates the domain load rate (and, when necessary, the hidden load weight) of each connected domain.

Also shown is the corresponding set of components in one Web server of the cluster. Besides the HTTP daemon server, the proposed CDNS algorithms require a load checker and a request counter. The load checker tracks the server utilization and issues alarm and normal signals accordingly as explained above. The request counter estimates the number of requests received from each domain in a given period through the analysis of the *logfile*, and periodically provides the information to the load collector in CDNS.

When the load collector does not receive any message from the request counter of a Web server after a certain period, it assumes that the server is unreachable, faulty or overloaded. In such a case, the dispatcher excludes this server from the table of available servers as though an alarm signal was received by the alarm monitor.

### *3.2. Information for domain load rate estimation*

The domain load rate can be estimated through a function of the total number of hits issued to a server from a domain $D$ in a given period of observation and then normalized to one unit of time, i.e.,

$$W^D_{\text{sec}} = \sum_{i=1}^{S^D} \sum_{j=1}^{R^D_i} h^D_{i,j}, \qquad (1)$$

where $S^D$ is the number of sessions, $R^D_i$ is the number of page requests issued to a server during the $i$th session ($S^D_i$), and $h^D_{i,j}$ is the number of hits in the $j$th page requested during the $i$th session ($S^D_i$).

The load information can be collected by the Web servers based on different granularity of details: from the number of sessions to the number of page requests to the number of hits. These approaches are referred to as *WS.ses*, *WS.req*, and *WS.hit*, respectively. Let us analyze in more details how it is possible to obtain this information. We note that the *logfile* maintained by each server to trace the client requests contains the accesses in terms of hits. According to the Common Logfile Format [W3C 1995], the information reported for each hit includes the remote (domain) hostname (or IP-address), the requested URL, the date and time of the request and the request type. Furthermore, there are also extended logs to provide referred information for linking each request to a previous Web page request from the same client.

*Sessions.* The mean number of sessions from each domain is a rough approximation of the domain load rate, namely *domain session rate*. This view of equation (1) assumes that the average user behavior is similar in terms of the average number of pages requested in a session and the average number of hits in a page. Moreover, getting this session information may not be as straightforward as one might think. Since a typical HTTP request is pseudo-anonymous in the sense that the server knows only the IP-address or name of client's domain, two requests from the same domain are likely to come from the same client but certainly do not have to. A session can be identified via a *cookie generation* mechanism or inferred through some heuristics. Through a non-persistent cookie, it is possible to determine the beginning of each

session from a new client, while the end of a session can be determined through a session limit [Kristol and Montulli 1997]. Heuristics for identifying users without cookies can use the site's topology or referrer information. For example, the algorithm proposed in [Pirolli *et al.* 1996] checks if a requested page can be directly reached from the set of already visited pages. Session information is of more interest to the MRL policy that needs to estimate the mean session length in addition to the domain load rate.

*Page requests.* The mean number of page requests from each domain is an alternative approximation of the domain load rate, namely *domain page rate*. This value can be measured for each domain by excluding non-HTML requests (e.g., gif files) from the counting. Implicitly, it is assumed that the average number of hits per page request is similar for all domains. Since the server can track the total number of hits and the total number of page requests, the evaluation of the mean number of hits per page request is straightforward.

*Hits.* As shown in equation (1), estimating the workload as a function of the number of hits from each domain is the most accurate way to obtain the domain load rate, namely *domain hit rate*. Another advantage is that this information is the less expensive to get as it requires only a sequential scan of the logfile. In such a way, each entry in this file coming from a domain is counted as a hit for that domain. Moreover, we can also consider the hit dimension measured in bytes.

However, even reporting of hits as a measure of load causes some approximation. The noise is due to the fact that the client access to the Web pages can follow different paths through the hyperlink structure. This causes some variability because only the first reference to an object from a client requires an access to the Web server, while the successive requests for the same object are found in the client cache. Therefore, the hit request rates from a domain may vary, even if the same set of pages are requested from a domain during a certain period [Pitkow 1997].

### 3.3. Heuristic analysis

We focus on heuristics to estimate the domain load rate that can be usefully applied in a real-time environment. In particular, they must have low computational complexity, and require state information accessible to the CDNS. For example, although the accuracy of the *time series method* [Box *et al.* 1994] is superior to other approaches when the system is subject to non-stationary load behavior, its computational complexity and the very large sample size requirement make this method not suitable to a system that requires real-time decisions.

The most practical approach is to use all data collected during the last *sampling period*. Past load data is commonly used to forecast future load and improve scheduling performance. The first issue is the specification of the sampling period. After that, we can use two heuristics:

*Simple mean.* All information collected in the sampling period is given equal importance. The data transmitted to the CDNS is a simple mean of all observations done in the sampling period.

*Weighted mean.* The sampling period is partitioned into $K$ intervals. The observed value of each interval is combined with a different weight (higher for more recent observations) obtained by a decay distribution. The estimated load rate for a domain $D$ in a second is given by

$$w^D = \left(1 \Big/ \sum_{i=1}^{K} \mathrm{e}^{-i/2}\right) \sum_{j=1}^{K} \mathrm{e}^{-j/2} r^D(j), \qquad (2)$$

where $r^D(j)$ for $j \in \{1, \dots, K\}$ are the requests from the domain $D$ observed in the $j$th interval. Following the results of the previous section, the observed requests can be sessions, pages or hits.

The first set of simulation experiments aimed at analyzing how well the described heuristics estimate the relative domain load rates in a static environment in which the connected domains maintain the same request rates.

The experiments confirmed that using the CDNS information alone (i.e., a subset of the sessions to the Web cluster, evaluated through the number of IP-address requests) is not able to capture the skew of the relative domain load rates, because in a given period the CDNS sees the same number of IP-address requests coming from each domain. Hence, no further study is presented on the performance of scheduling policies based on CDNS information only.

On the other hand, any evaluation carried out through Web server information, such as number of sessions, requests and hits, can provide an acceptable estimation of the relative domain load rate, over a rather long period of observation, for any kind of distribution of the clients among the domains.

Another interesting result is that, at least for the estimation of the relative domain load rate over a long period, there is not much difference in using a simple mean, a weighted mean on two intervals, and a weighted mean on four intervals. Although most of the experiments were carried out for a sampling period of 480 seconds, the results were almost insensitive to the value of the sampling period. Indeed, similar results were obtained for different sampling periods such as 240, 360 and 600 seconds, while worse results are obtained only for much shorter periods such as 90 seconds or less.

## 4. Simulation model

### 4.1. Model assumptions and parameters

We assume that clients are partitioned among the domains based on a Zipf's distribution, i.e., a distribution

where the probability of selecting the $i$th ranked domain is proportional to $1/i^{(1-x)}$ [Zipf 1949]. Generally speaking, if one ranks the popularity of domains by the frequency of their accesses to the Web server, the distribution on the number of clients in each domain is a function with a short head (corresponding to big providers, organizations and companies, possibly behind firewalls), and a very long tail. For example, a workload analysis on academic and commercial Web sites shows that on average 75% of the client requests come from only 10% of the domains [Arlitt and Williamson 1997]. In the experiments, the clients are partitioned among the domains based on a Zipf's distribution with parameter $x = 0.2$.

Since the focus of this paper is on Web cluster performance, we did not model the Internet traffic [Brau and Claffy 1995], but we consider major components that impact the performance of the Web-server cluster. For example, we included the *intermediate name servers* that typically exist between a domain and the Web-server cluster. The model considers these name servers for their impact on operations and performance of the CDNS scheduling algorithms. The mean number of intermediate servers that an address resolution request has to cross from its local name server to the CDNS is chosen equal to the mean number of hops shown in [Bestavros 1997]. The function is similar to a double bell Gaussian distribution with peaks around 2 and 16 corresponding to local and remote requests, respectively.

We consider all the details concerning a client *session*. In particular, we model both the *IP-address request* phase during which the client asks the CDNS for a translation of the Web cluster URL into the IP-address of one of the Web servers in the cluster, and the *Web document request* phase in which various pages are requested directly to the Web server selected by the CDNS. When the CDNS returns the IP-address of one of the servers in the cluster and the TTL, our model assumes that each intermediate name server along the path from the CDNS to client's domain caches this mapping for the TTL period.

The model incorporates all main characteristics of real Web workload, and in particular the self-similar nature of Web traffic [Crovella and Bestavros 1997]. The high variability in the workload is represented through a heavy-tailed distribution, which is a distribution where $P[X > x] \sim x^{-\alpha}$ as $x \to \infty$ for $0 < \alpha < 2$.

Typical heavy-tailed distributions used for representing the Web workloads are the Pareto and Weibull distributions [Barford and Crovella 1998; Crovella and Bestavros 1997; Deng 1996]. The probability density function of the Pareto distribution is given by $p(x) = \alpha k^{\alpha} x^{-\alpha-1}$, where $\alpha, k > 0$ and $x \geqslant k$. Its distribution function is given by $F(x) = P[X \leqslant x] = 1 - (k/x)^{\alpha}$. The probability density function of the Weibull distribution is given by $p(x) = (ax^{a-1}/b^{a})\,\mathrm{e}^{-(x/b)^{a}}$ [Law and Kelton 1991].

The number of *page requests* per session is assumed to be exponentially distributed. The time between retrieval of two successive Web pages from the same client, that is the *user think time*, is modeled through a Pareto distribution [Barford and Crovella 1998; Deng 1996]. The number of *embedded references* per page, that is the number of hits excluding the main HTML page, is also obtained from a Pareto distribution [Barford and Crovella 1998; Mah 1997].

The *inter-arrival time of hit requests* to the servers, that is the processing time spent by the browser parsing Web files and preparing the new TCP connection, is assumed to be heavy-tailed Weibull distributed [Barford and Crovella 1998]. The *hit size distribution*, which is the distribution of the files requested to a Web server (this index differs from the distribution of the file sizes in the server's file system modeled through a Lognormal and a Pareto), is obtained from a heavy-tailed Pareto distribution [Barford and Crovella 1998]. This distribution is also taken as a measure of the Web server capacity denoted in served bytes per second. The cluster average utilization is always kept to 66% of the whole capacity in all experiments. This value is obtained as a ratio between *system load*, which is the average number of bytes per second requested from the Web cluster, and the *cluster capacity*, which is the sum of the capacities of all Web servers in the server cluster.

The *constant TTL* algorithms use a TTL set to 240 seconds and the *adaptive TTL* policy uses TTL ranging from 60 seconds for the hottest domain to higher values (reaching even 3000 seconds) for the other domains, while maintaining a similar overall request rate to the CDNS. Other parameters for the CDNS scheduling algorithms are set on the basis of the results achieved in [Colajanni *et al.* 1998b], because a detailed search for their optimal choice is out of the scope of this paper.

A summary of the model distributions and other parameters that we used in our simulations are reported in table 1.

### 4.2. Performance evaluation criterion

The main goal of this study is to investigate the impact of the CDNS dispatching algorithms on avoiding that some server becomes overloaded, while others are underutilized. Since the load balance of the overall Web-server cluster is only an indirect goal, popular metrics such as the standard deviation of server utilizations are not useful for our purposes. Therefore, we define the *cluster maximum utilization* at a given instant as the highest server utilization at that instant among all servers in the cluster. For example, assume three servers in a Web-server cluster subject to an offered load that on average is about 66% of the overall system capacity. If the server utilizations are 60%, 75% and 63%, respectively, at time $t_1$, and 93%, 66% and 42%, respectively, at time $t_2$, the cluster maximum utilization at $t_1$ is 75% and that at $t_2$ is 93%. With a cluster maximum utilization of 93%, the Web-server cluster has some load balancing problem at $t_2$, because the average offered load is about 66%.

Specifically, the major performance criterion is the *cumulative frequency* of the cluster maximum utilization, i.e., the probability or fraction of time that the cluster maximum utilization is below a certain value. By focusing on

Table 1
Parameters of the system (all time values are in seconds).

| Category | Parameter | Value (default) |
|---|---|---|
| **Web cluster** | Number of servers | 7 |
| | Server capacity | $5 \cdot 10^{-7}$ second per byte |
| | Average cluster utilization | 0.6667 |
| **Domain** | Connected | 50 |
| | Client distribution among domains | Zipf ($x = 0.2$) |
| | TTL (constant) | 240 |
| | TTL (adaptive) | [60–3000] |
| | Inter-arrival time of new domains | 1000 |
| | Inter-rerank time of domains | [100–1000] (250) |
| **Client** | Number | 2500 |
| | Web page requests per session | exponential (mean 10) |
| | User think time | Pareto ($\alpha = 1.5$, $k = 3$) |
| | Embedded references per Web page | Pareto ($\alpha = 2.43$, $k = 2.3$) |
| | Inter-arrival time of hits | Weibull ($a = 0.382$, $b = 0.146$) |
| | Hit size request | Pareto ($\alpha = 1.25$, $k = 1800$) |

the highest utilization among all Web servers, we can deduce whether the Web cluster is overloaded or not. Hence, the performance of the various scheduling policies is evaluated by tracking at periodic intervals the cluster maximum utilizations observed during the simulation runs. The server with the maximum utilization changes over time. However, if the cluster maximum utilization at an instant is low, it means that no server is overloaded at that time. By tracking the period of time the cluster maximum utilization is above or below a certain threshold, we can get an indication of how well the Web-server cluster is running.

## 5. Performance results

In this paper, we focus on the CDNS dispatching policies that were demonstrated to perform well under theoretical scenarios with ideal state estimators (where the variability of Web workloads was assumed to be exponentially distributed) [Colajanni *et al.* 1998a, b]. In particular, a *theoretical* algorithm is assumed to have immediate access to any information which is needed to obtain the precise server load status and the exact domain load rates. However, it should be noted that even with a detailed and exact knowledge of the current load condition, this algorithm does not necessarily perform optimally under real scenarios because of the high variability of the load conditions. Other unexpected irregularities can be due to the address caching mechanisms.

We compare the performance of the dispatching policies combined with some heuristics for state estimate against the theoretical versions of the same algorithms for different load conditions under two scenarios: *static* (i.e., the average request rate from each connected domain does not change over time), and *dynamic* (i.e., the domain load rates are subject to dynamic variations to be explained in section 5.2).

### *5.1. Static scenario*

A *static scenario* is an environment in which the client requests arrive from a given set of domains, where each domain is with a given request rate during the entire period of the simulation study. Each simulation run is made up of three hours of the Web site activities. Confidence intervals were estimated, and the 95% confidence interval was observed to be within 4% of the mean.

In the figures, *WS.ses*, *WS.req* and *WS.hit* refer to the estimation carried out using various Web server information, that is, the number of sessions, requests and hits, respectively.

Figures 2–5 show the performance of the four policies (RR2, DAL, MRL, and AdpTTL), where the estimation of the domain load rate is done through the simple mean approach on a sampling period of 240 seconds. Also shown is the round-robin (RR) scheme for comparison purpose. In these figures, the $x$-axis is the cluster maximum utilization of the Web server cluster, and the $y$-axis is the cumulative distribution. For example, figure 2 shows that for round-robin, $Prob(MaxUtilization < 0.95) \approx 0.50$. This means that under RR at least one Web server is overloaded (i.e., utilized above 0.95) for half of the time.

These figures demonstrate that in a static scenario any one of the heuristic estimates works very well under RR2, MRL and AdpTTL policies, and there is not much difference among the different types of observed load information for estimating the domain load rate. Comparing the performance under the different heuristic estimation algorithms, we see that the final results do not always reflect the expectation that the number of hits should approximate the domain load rate better than the number of requests, and this latter should be better than the number of sessions. This order is clearly valid only for DAL policy, for which the number of sessions is a very poor load information. The performance of the other scheduling policies using the heuristics for state estimate is quite close to that obtained by the the-



Figure 2. Performance of RR2 policy (*static scenario*).



Figure 4. Performance of MRL policy (*static scenario*).



Figure 3. Performance of DAL policy (*static scenario*).



Figure 5. Performance of AdpTTL policy (*static scenario*).

oretical algorithm and sometime even better. In particular, the estimate based on hits provides the best performance under the DAL policy (figure 3). For the RR2 policy, the heuristic estimate based on sessions gives the best results (figure 2), while for the MRL and AdpTTL policies there is no appreciable difference among the three kinds of load estimates (figures 4 and 5, respectively). The similar results obtained for heuristics based on hits and requests were actually expected because both of them are a good source of information for estimating the domain load rate. The good results relative to the sessions for the RR2 are mainly due to the fact that this policy uses the *relative* domain load rate for a simple goal of partitioning the domains into two classes.

A conventional policy (such as RR) which does not consider any state information performs very poorly. A limited state information, such as that used by RR2, helps this policy to improve the performance with respect to RR (figure 2). The probability of having no overloaded server improves from 0.5 to 0.8. However, better results are achieved by DAL, MRL and mainly AdpTTL. The probability that some server is overloaded (i.e., it has a utilization higher than 0.95) is almost always below 0.1 (see figures 3–5). However, it is the AdpTTL policy with adaptive TTL that

achieves the best performance. Figure 5 shows that a CDNS using this scheduling algorithm almost always (i.e., with probability close to 0.95) maintains a utilization lower than 0.92 for all servers.

### 5.2. Dynamic scenario

Let us now proceed to consider the *dynamic scenario* which makes it more difficult for the heuristics to obtain accurate estimates of the client and domain load rate. In particular, we consider two events that modify the type of connections to the Web cluster:

*Internal change.* The connected domains remain the same, but there is a reclassification of their relative rank on request rate. (Recall that under the Zipf distribution, request rate from the $i$th ranked domain is proportional to $1/i^{(1-x)}$ [Zipf 1949].) In other words, we assume a modification of the load rate of some domain.

*External change.* Some domains leave the Web cluster, while connections from new domains arrive. In particular, the domains with the ten lowest ranks are replaced by new domains that can reach a random position between the 11th and the last one. These external changes are



Figure 6. Performance of RR2 policy (*dynamic scenario*).



Figure 8. Performance of MRL policy (*dynamic scenario*).



Figure 7. Performance of DAL policy (*dynamic scenario*).



Figure 9. Performance of AdpTTL policy (*dynamic scenario*).

realistic because it is likely that a total disconnection occurs from a domain having less active connections to the Web-server cluster, and it is quite unlikely that connections from new domains suddenly reach the top 10 ranks.

To achieve a 95% confidence interval within 4% of the mean, each simulation run is now made up of five hours of the Web site activities.

Figures 6–9 refer to a dynamic scenario in which the *inter-rerank time* of already connected domains is set to 250 seconds, and the *inter-arrival time* of new domains is set to 1000 seconds. As expected, all policies perform worse than in the static scenario. However, the results of the proposed algorithms still resemble those obtained by the theoretical versions, and are much better than the results achieved by RR.

Comparing the performance under the different heuristic estimation algorithms, we see that now the number of hits approximates the domain load rate better than the number of requests and sessions. In particular, the estimate based on hits provides the best performance for MRL and AdpTTL policies (figures 8 and 9, respectively). It also provides results that are very close to the best for RR2 and DAL policies (figures 6 and 7, respectively).

We can summarize that RR2 and DAL are the policies that have the closest results to their theoretical version. However, AdpTTL is still the policy that performs the best even if its results are not as close to the theoretical version of this algorithm.

### 5.3. Sensitivity analysis

In the last set of experiments we evaluate the sensitivity of the scheduling policies and related heuristic to various system parameters. For these results, a different performance metric is used where we show the 96 percentile of the cluster maximum utilization, i.e., the $Prob(MaxUtilization < 0.96)$. In other words, the probability that no server of the Web cluster is overloaded (or exceeding 96% utilization) is considered as the metric.

First of all, we evaluate the sensitivity to the *inter-rerank time* under different sampling periods. The load information used for figures 10–13 is based on *WS.hit*. In these figures, the $x$-axis goes from a very dynamic scenario (of 100 second inter-rerank time) to a more static scenario (of 1000 second inter-rerank time).

Figures 10 and 11 show that all dispatching policies but RR2 are quite robust (i.e., the probabilities of a not over-



Case 1:22-cv-01344-CJB Document 84-1 Filed 11/10/25 Page 149 of 151 PageID #: 877

Figure 10. Sensitivity to the inter-rerank time of the domains using a simple mean on one sampling period of 120 seconds.

Figure 12. Sensitivity to the inter-rerank time of the domains using a simple mean on one sampling period of 480 seconds.

Figure 11. Sensitivity to the inter-rerank time of the domains using a simple mean on one sampling period of 240 seconds.

Figure 13. Sensitivity to the inter-rerank time of the domains using the decay distribution on four sampling periods of 120 seconds each.

loaded cluster are never below 0.8) and in most cases (when the inter-rerank time is above 250 seconds) they are almost insensitive to the degree of variability of the scenario on inter-rerank time as they do not improve much as the variability diminishes. In particular, the AdpTTL with short sampling periods is the policy less sensitive to the variability of the scenario on inter-rerank time.

The sensitivity of the dispatching policies to the sampling period can be observed through a cross comparison of figures 10–12. When the variability of the scenario is low, i.e., the inter-rerank time is above 800 seconds, there are no appreciable differences among the lengths of the sampling period. On the other hand, for highly dynamic scenarios, short sampling periods are preferable. This agrees with the intuition that high variability makes past load information poorly correlated with future load.

For the purpose of fairly comparing the *simple mean* to the *weighted mean* approach, we consider two figures with the same sampling period, equal to 480 seconds: figure 12 applies the simple mean to the entire sampling interval; figure 13 partitions each sampling period into four subintervals of 120 seconds and applies the decay distribution in equation (2). A comparison between these figures shows the usefulness of the decay distribution approach when the sampling period is relatively large (480 seconds or more). Applying a weight on the collected state data tends to give more stable results, especially when the CDNS uses the MRL or AdpTTL policy.

We now examine the sensitivity of the results to the distribution of client requests among the domains. As discussed in section 4.1, the clients are typically partitioned among the domains based on a Zipf's distribution. Figures 14 and 15 show the performance of the proposed policies as a function of the Zipf parameter on the $x$-axis for a static and a dynamic scenario, respectively. The Zipf's function goes from the highest skewed partition (i.e., with parameter $x = 0$) to the uniform distribution (i.e., with parameter $x = 1$).

AdpTTL remains the best policy for both static and dynamic scenarios. This is especially when the client distribution differs from the uniform distribution. Except for the case $x = 0$, under AdpTTL there is no server over-

Figure 14. Sensitivity to the distribution of client requests among the domains (*static scenario*).

Figure 15. Sensitivity to the distribution of client requests among the domains (*dynamic scenario*).

loaded for more than 90% of the time in figures 14 and 15. When the skew of the distribution decreases, all proposed policies show good performance. As expected, even the RR works fine when the clients are uniformly distributed among the domains. However, this assumption would be highly unrealistic.

## 6. Conclusions

Replication of information among multiple Web servers is necessary to support high request rates to popular Web sites. A clustered Web server organization is preferable to multiple independent mirrored-servers. Indeed, a Web cluster maintains a single interface to the viewers and has the potential to be more scalable, fault-tolerant and better load balanced. In this paper we have studied a Web-server cluster architecture in which the cluster DNS (CDNS) also plays the role of a cluster scheduler.

This paper considers DNS dispatching policies that perform well under theoretical conditions where all state information is readily available and the Web workload is typically exponentially distributed. It extends them to realistic Web scenarios characterized by long tail distributions for modeling the load, and assumes that state information needs to be estimated with low computation and communication overhead so as to be applicable to actual CDNS. We analyze the feasible sources and types of information that can be used to estimate the state information needed for each policy.

Finally, we conduct simulations to show that by incorporating these polices into the CDNS, the Web cluster can achieve much better performance than other naive policies not using state information, such as round-robin and random, or relying on highly unstable information, such as least-loaded server. Several experiments demonstrate that the scheduling policies integrated with some heuristics for load estimation are still effective, even in the presence of highly skewed load in both static and dynamic scenarios. In particular, the adaptive TTL algorithm gives the best results even if it is the most sensitive to the quality of the heuristics.

## Acknowledgements

We thank the anonymous referees for their constructive comments and suggestions, which helped to improve the quality of the final paper. The first two authors acknowledge the support of the Ministry of University and Scientific Research (MURST) in the framework of the project "Design Methodologies and Tools of High Performance Systems for Distributed Applications."

## References

Anderson, E., D. Patterson, and E. Brewer (1996), "The Magicrouter, An Application of Fast Packet Interposing," `http://www.cs.berkeley.edu/~eanders/projects/magicrouter/osdi96-mr-submission.ps`.

Andresen, D., T. Yang, V. Holmedahl, and O.H. Ibarra (1996), "SWEB: Toward a Scalable World Wide Web Server on Multicomputers," In *Proceedings of the 10th International Symposium on Parallel Processing (IPPS'96)*, Honolulu, HI, pp. 850–856.

Arlitt, M.F. and C.L. Williamson (1997), "Web Server Workload Characterization: The Search for Invariants, *IEEE/ACM Transactions on Networking 5*, 5, 631–645.

Barford, P. and M. Crovella (1998), "Generating Representative Web Workloads for Network and Server Performance Evaluation," In *Proceedings of Performance '98/ACM Sigmetrics '98*, ACM Press, Madison, WI, pp. 151–160.

Bestavros, A. (1997), "WWW Traffic Reduction and Load Balancing Through Server-Based Caching," *IEEE Concurrency 5*, 1, 56–67.

Box, G.E.P., G.M. Jenkins, G.C. Reinsel, and G. Jenkins (1994), *Time Series Analysis: Forecasting and Control*, Third Edition, Prentice-Hall, Englewood Cliffs, NJ.

Brau, H.W. and K.C. Claffy (1995), "Web Traffic Characterization: An Assessment of the Impact of Caching Documents from NCSA's Web Server, *Computer Networks and ISDN Systems 28*, 37–51.

Cisco (1997a), "Cisco's DistributedDirector," `http://www.cisco.com/warp/public/751/distdir/`.

Cisco (1997b), "Cisco's LocalDirector," `http://www.cisco.com/warp/public/751/lodir/`.

Colajanni, M., P.S. Yu, and V. Cardellini (1998a), "Dynamic Load Balancing in Geographically Distributed Heterogeneous Web-Servers," In

*Proceedings of the IEEE 18th International Conference on Distributed Computing Systems (ICDCS'98)*, IEEE Computer Society Press, Amsterdam, The Netherlands, pp. 295–302.

Colajanni, M., P.S. Yu, and D.M. Dias (1998b), "Analysis of Task Assignment Policies in Scalable Distributed Web-Server System," *IEEE Transaction on Parallel and Distributed Systems 9*, 6, 585–600.

Crovella, M. and A. Bestavros (1997), "Self-Similarity in World Wide Web Traffic: Evidence and Possible Causes," *IEEE/ACM Transactions on Networking 5*, 6, 835–846.

Cuhna, C., A. Bestavros, and M. Crovella (1995), "Characteristics of WWW Client-Based Traces," Technical Report BUCS-95-010, Department of Computer Science, Boston University, Boston, MA.

Deng, S. (1996), "Empirical Model of WWW Document Arrivals at Access Link," In *Proceedings of the IEEE International Conference on Communication (ICC'96)*, IEEE Computer Society Press, Dallas, TX, pp. 1797–1802.

Dias, D. M., W. Kish, R. Mukherjee, and R. Tewari (1996), "A Scalable and Highly Available Web Server," In *Proceedings of the 41st IEEE Computer Society International Conference (COMPCON'96)*, IEEE Computer Society Press, pp. 85–92.

Kristol, D.M. and L. Montulli (1997), "HTTP State Management Mechanism (Rev1)," `ftp://ds.internic.net/internet-drafts/draft-ietf-http-state-man-mec-04.ps`.

Kwan, T.T., R.E. McGrath, and D.A. Reed (1995), "NCSA's World Wide Web Server: Design and Performance," *IEEE Computer 28*, 68–74.

Law, A.M. and W.D. Kelton (1991), *Simulation Modeling and Analysis*, Mc-Graw Hill.

Mah, B.A. (1997), "An Empirical Model of HTTP Network Traffic, In *Proceedings of the IEEE International Conference on Computer Communication (INFOCOM'97)*, IEEE Computer Society Press, Kobe, Japan.

Mosedale, D., W. Foss, and R. McCool (1997), "Lesson Learned Administering Netscape's Internet Site," *IEEE Internet Computing 1*, 2, 28–35.

Pirolli, P., J. Pitkow, and R. Rao (1996), "Silk from a Sow's Ear: Extracting Usable Structures from the Web, In *Proceedings of 1996 International Conference on Human Factors in Computing Systems (CHI'96)*, ACM Press, Vancouver, Canada, pp. 118–125.

Pitkow, J. (1997), "In Search of Reliable Usage Data on the WWW," In *Proceedings of 6th International World Wide Web Conference (WWW6)*, Santa Clara, CA.

W3C (1995), "Common Logfile Format," `http://www.w3.org/Daemon/User/Config/Logging.html`.

Zipf, G.K. (1949), *Human Behaviour and the Principles of Least Effort*, Addison-Wesley, Cambridge, MA.