# EXHIBIT 13

ResearchGate

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/3351295

# Comparison of dynamic and static load-balancing strategies in heterogeneous distributed systems

**Article** *in* IEE Proceedings - Computers and Digital Techniques · April 1997

DOI: 10.1049/ip-cdt:19970951 · Source: IEEE Xplore

CITATIONS
47

READS
1,845



3 authors, including:

Yongbing Zhang
University of Tsukuba
111 PUBLICATIONS 1,315 CITATIONS

SEE PROFILE

Hisao Kameda
University of Tsukuba
125 PUBLICATIONS 1,963 CITATIONS

SEE PROFILE

All content following this page was uploaded by Hisao Kameda on 08 March 2016.

The user has requested enhancement of the downloaded file.

# Comparison of dynamic and static load-balancing strategies in heterogeneous distributed systems

Y. Zhang
H. Kameda
S.-L. Hung

Indexing terms: Static load balancing, Dynamic load balancing, Heterogeneous distributed systems, Overall optimal strategies, Individually optimal strategies, Local area networks, Simulation study, Performance evaluation

**Abstract:** Although dynamic load-balancing strategies have the potential of performing better than static strategies, they are inevitably more complex. Their complexity and the overheads involved may negate their benefits. A heterogeneous distributed system, with computers of different processing capability but the same functionality, has been examined for two dynamic and two static policies. The results show that both the dynamic and the static policies provide dramatic performance improvements. However, they show that, contrary to common belief, the performance provided by the static policies is not much inferior to that provided by the dynamic policies. Furthermore, if the overheads in load balancing are not negligibly small, static policies are more stable and can offer better performance than dynamic policies.

## 1 Introduction

One of the main advantages of distributed systems over stand-alone systems is that balancing the workload of the system among the computers (nodes) can improve system performance. Load-balancing strategies determine how the workload should be balanced among the nodes. Policies that use only information about the average behaviour of the system, ignoring the current state, are termed *static* policies [1–7]. Policies that react to the system state are termed *dynamic* policies [8–15].

The principal advantage of static policies is their simplicity in implementation and in mathematical analysis. They are not adaptable, however, to fluctuations in workload. Some policies [2, 16] are deterministic with a predetermined execution time for each job. Unfortunately, in most cases, the execution time of a job is normally difficult to predict before its execution. Other policies [3–7] are probabilistic with only aggregate

© IEE, 1997

*IEE Proceedings* online no. 19970951

Paper first received 3rd May and in revised form 10th October 1996

Y. Zhang is with the Institute of Policy and Planning Sciences, University of Tsukuba, Tsukuba, Ibaraki 305, Japan

H. Kameda is with the Institute of Information Sciences and Electronics, University of Tsukuba, Tsukuba, Ibaraki 305, Japan

S.-L. Hung is with the Department of Computer Science, City University of Hong Kong, Tat Chee Avenue, Kowloon, Hong Kong

information of jobs instead of information on individual jobs. Dynamic policies are believed to have better performance than static policies, however, they are necessarily more complex than static policies. One concern is that the overhead costs caused by such complexity may negate the benefits of dynamic load balancing. Most studies concerning dynamic load balancing have been limited to specific cases where the system is *homogeneous*, consisting of identical nodes, or where the overheads in load balancing are assumed to be negligible. Most distributed systems nowadays, however, consist of various nodes having different functions and/or different processing capabilities and speeds.

In this paper, the authors consider a *heterogeneous* distributed system that consists of a set of various nodes with the same functionality but different processing capability. A fundamental problem posed for such a heterogeneous system is the choice of static and dynamic policies. Through simulation, the authors have compared the performance of two dynamic policies [17] against two well-known static policies [4, 7]. These two dynamic policies, taking account of queue lengths of the nodes as well as differences in capability between the nodes, have been developed for heterogeneous systems and have better performance than the well-known dynamic policy [8]. One is the *overall* policy, balancing workload from the system-wide viewpoint, and the other is the *individual* policy, balancing workload from each user's viewpoint.



**Fig. 1** *System model*

## 2 The model

The distributed system model is shown in Fig. 1. The model consists of $N$ heterogeneous nodes, each of which consists of a single processor, connected by a single-channel communication network such as a local

area network. The nodes, although functionally identical, may process jobs at different speeds. The set of nodes is also denoted by $N$. Each node processes jobs according to a round-robin discipline and the quantum of time slice is considerably small compared to the job service time. The processing discipline can therefore be treated, approximately, as the processor sharing discipline. External jobs arrive at each node according to a Poisson process with a mean interarrival rate of $a_i$ (s). The service time of a job scheduled for execution is assumed to be generally distributed with a mean $s_i$ (s). Arrival jobs at node $i$ (referred to as the origin node) may be either processed at node $i$ or transferred through the network to another node $j$ (the destination node) for remote processing.

A job being executed is not eligible for transfer for two reasons: The mechanism of migratory load balancing is complex [18] and there are no major performance benefits of such a mechanism over those offered by nonmigratory load balancing [19]. It is assumed that the communication network contains a single server transferring jobs based on the round-robin discipline. Since there is usually little correlation between job size and job service time, the transmission time (not including waiting time) of a job is assumed to be exponentially distributed with a mean $t_C$ (s) regardless of its service time.

The *load level*, $\rho$, is defined as the ratio of the sum of the external job arrival rates at all the nodes to the sum of the job service rates of all the nodes; that is, $\rho = (\Sigma_i \, 1/a_i)/(\Sigma_i \, 1/s_i)$. The average response time of jobs is chosen as the performance index of the system to measure and compare the effectiveness of load-balancing policies. Two kinds of overheads involved in dynamic load balancing are considered. The first is for measuring the load states at individual nodes and exchanging the measured load states among the nodes. The second is associated with transferring a job at both the sending and the receiving nodes. CPU time and network bandwidth are consumed for these purposes. The exchange of state information and the transfer of jobs are assumed to have pre-emptive priority over job execution. Note that, in static load balancing, a job transfer incurs a CPU time overhead as well as network delay.

For ease of reference, the symbols used in the simulation, together with their meanings, are listed in Table 1.

**Table 1: Symbols used in simulation and their meanings**

| Symbol | Meaning |
| --- | --- |
| $T_i$ | Load threshold of node i |
| $\Delta$ | Load delta for job transfer |
| $P$ | Exchange period of state information |
| $\rho$ | Load level |
| $t_c$ | Job transmission time |
| $OV$ | Overhead of job transfer |
| $\omega$ | Weighting factor |
| $L_p$ | Probe limit |

## 3 Load-balancing policies

### 3.1 Static load-balancing policies

Static policies can, for example, be implemented by simply transferring all jobs originating at node $X$ to nodes $Y$ and $Z$ with probabilities $p$ and $1-p$, respectively. The probabilities by which jobs arriving at a

node should be transferred to the other nodes can be determined by using the methods developed in [4, 7]. The basic definitions and assumptions for the static policies are reviewed in the following. Interested readers should refer to [4, 7] for additional details.

The job processing rate at node $i$ is denoted by $\beta_i$ and the job transfer rate from node $i$ to node $j$ is denoted by $x_{ij}$. The network traffic is denoted by $\lambda$ and is defined as $\lambda = \Sigma_{i,j \in N, i \neq j} x_{ij}$. The mean node delay of a job processed at node $i$ is denoted by $F_i(\beta_i)$. The mean job-transfer delay denoted by $G(\lambda)$ is assumed to be independent of the origin and the destination nodes. It is assumed that a job can be transferred once only and that the communications network satisfies the *triangle inequality* property; that is, there is no node $k$ sending jobs to node $i$ and receiving jobs from another node $j$. For the static model, we have the following relations (see for example [20–22]):

$$F_i(\beta_i) = \frac{s_i}{1 - s_i \beta_i} \qquad (1)$$

$$G(\lambda) = \frac{t_c}{1 - t_c \lambda} \qquad (2)$$

By using Little's formula [22] and letting $\rho_C = t_C \lambda$, $F_i(\beta_i)$ and $G(\lambda)$ can also be written in the following form:

$$F_i(\beta_i) = s_i(N_i + 1) \qquad (3)$$

$$G(\lambda) = \frac{t_c}{1 - \rho_c} \qquad (4)$$

where $N_i$ denotes the mean number of jobs at node $i$, and $\rho_C$ denotes the mean utilisation of the communication channel. The marginal node delay function $f_i(\beta_i)$ and the marginal job-transfer delay function $g(\lambda)$ are defined as follows:

$$f_i(\beta_i) = \frac{d}{d\beta_i} \beta_i F_i(\beta_i) \qquad (5)$$

$$g(\lambda) = \frac{d}{d\lambda} \lambda G(\lambda) \qquad (6)$$

where $\beta_i F_i(\beta_i)$ denotes the mean number of jobs in node $i$ and $\lambda G(\lambda)$ denotes the mean number of jobs in the communication network. Here, $f_i(\beta_i)$ and $g(\lambda)$ can be deduced to be of the following form which will be referred to later:

$$f_i(\beta_i) = s_i(N_i + 1)^2 \qquad (7)$$

$$g(\lambda) = \frac{t_c}{(1 - \rho_c)^2} \qquad (8)$$

### 3.1.1 Static overall optimal (SOO) policy:
The static overall optimal (SOO) policy determines load balancing so as to minimise the average response time of jobs in the whole system. That is, its goal is system-wide optimisation. This problem can be formulated as a nonlinear optimisation problem and solved by using the Kuhn–Tucker theorem [23]. According to the results of Tantawi and Towsley [4], the optimal solution of SOO, $\beta_i$ ($i \in N$), satisfies the following relations:

$$f_i(\beta_i) \geq \alpha + g(\lambda) \qquad \beta_i = 0 \qquad (9)$$

$$f_i(\beta_i) = \alpha + g(\lambda) \qquad 0 < \beta_i < 1/a_i \qquad (10)$$

$$\alpha \leq f_i(\beta_i) \leq \alpha + g(\lambda) \qquad \beta_i = 1/a_i \qquad (11)$$

$$\alpha = f_i(\beta_i) \qquad \beta_i > 1/a_i \qquad (12)$$

subject to

$$\sum_{i \in N} \beta_i = \sum_{i \in N} 1/a_i$$

where $\alpha$ is the Lagrange multiplier.

It is clear from the above relations that $\alpha = \min_i f_i(\beta_i)$. Relation eqn. 9 shows that the processing rate of jobs at a node is zero if the marginal node delay of the node is greater than or equal to the sum of the minimum marginal node delay and the marginal job-transfer delay. On the other hand, the other relations show that the processing rate of jobs at a node is greater than zero if the marginal node delay of the node is less than or equal to the sum of the minimum marginal node delay and the marginal job-transfer delay.

The optimal solution is used to obtain the transfer rates $x_{ij}$ for each node $i$ (see [4]) and then obtain the probabilities by which the SOO policy is realised. For example, the probability for jobs arriving at node $i$ and going towards node $j$ is determined to be $x_{ij}a_i$. The solution can be calculated by using the algorithm developed by Kim and Kameda [24]. Their algorithm has the following steps:

1 Order the nodes such that $f_1(1/a_1) \le f_2(1/a_2) \le \ldots \le f_N(1/a_N)$. Nodes 1 and $N$ represent the nodes with the shortest and longest marginal node delays, respectively. If $f_1(1/a_1) + g(0) \ge f_N(1/a_N)$, then no load balancing is required.

2 Determine $\alpha$ such that $\lambda_S(\alpha) = \lambda_R(\alpha)$, where $\lambda_S(\alpha)$ and $\lambda_R(\alpha)$ are the job flow rates from the sending nodes and to the receiving nodes, respectively.

3 Determine the optimal processing rate of jobs for each node, $\beta_i$ ($i \in N$).

### 3.1.2 Static individually optimal (SIO) policy:
The static individually optimal (SIO) policy determines load balancing so that each job (precisely, the user of the job) may feel that its own mean response time is minimum if it knows the mean node delay at each node and the mean job-transfer delay. When the SIO policy is realised, no job has any incentive to make a unilateral decision to change its processing rate.

According to the results of Zhang et al. [7], the solution of SIO, $\beta_i$ ($i \in N$), satisfies the following relations:

$$F_i(\beta_i) \ge R + G(\lambda) \qquad \beta_i = 0 \qquad (13)$$

$$F_i(\beta_i) = R + G(\lambda) \qquad 0 < \beta_i < 1/a_i \qquad (14)$$

$$R \le F_i(\beta_i) \le R + G(\lambda) \qquad \beta_i = 1/a_i \qquad (15)$$

$$R = F_i(\beta_i) \qquad \beta_i > 1/a_i \qquad (16)$$

subject to

$$\sum_{i \in N} \beta_i = \sum_{i \in N} 1/a_i$$

where $R = \min_i F_i(\beta_i)$.

A striking parallelism between the solutions of SOO and SIO can be observed from eqns. 9–12 and 13–16. The algorithms for calculating their optimal solutions are also strikingly parallel. By replacing $f_i(\beta_i)$, $g(\lambda)$, and $\alpha$ in the algorithm of SOO by $F_i(\beta_i)$, $G(\lambda)$, and $R$, respectively, an algorithm that calculates the optimal solution of SIO is obtained. Then the probabilities by which implementing the SIO policy can be obtained.

## 3.2 Dynamic load-balancing policies
A dynamic policy typically consists of three main components: (1) information policy, which decides what system state information should be collected and how this information should be obtained; (2) transfer policy, which decides whether an arriving job is eligible to be processed locally or remotely; and (3) location policy, which determines the node to which an eligible job should be transferred.

The information policy of the dynamic policies under consideration is a periodic policy. A periodic load-balancing policy works as follows. Each node broadcasts its own load state to all the other nodes every $P$ time units. When a job arrives at a node, a transfer policy component is activated to determine whether the job is eligible for transfer. If the job is eligible for transfer, a location policy component is activated to determine, based on the system state information collected periodically, where the job should be allocated.

### 3.2.1 Dynamic marginal virtual delay (DMVD) policy:
The dynamic marginal virtual delay (DMVD) policy attempts to balance workload dynamically in order to implement the system-wide optimisation. To implement DMVD, a method is employed that makes use, with some modification, of the SOO techniques. Replacing $N_i$, the mean job numbers, and $\rho_C$, the mean utilisation of the network, in eqns. 7 and 8 by $n_i$, the number of jobs at a given instant, and $\rho'_C$, the utilisation of the network, respectively, yields eqns. 17 and 18. These relations denoted by $f_i$ and $g$, respectively, are used as the estimates of the marginal virtual node delay at node $i$ and the marginal virtual job-transfer delay where

$$f_i = s_i(n_i + 1)^2 \qquad (17)$$

$$g = \frac{t_c}{(1 - \rho'_c)^2} \qquad (18)$$

In SOO, the marginal node delays among the nodes are balanced when SOO is realised (see eqns. 9–12). In DMVD, the marginal virtual delays among the nodes are balanced dynamically.

In the following, the transfer and the location policy components are described in detail.

(i) *Transfer policy.* This is a *threshold* policy whereby each node uses only local state information and determines whether an arriving job is eligible for transfer. A job arriving at a node becomes eligible for transfer when the number of jobs in the node is greater than some threshold ($T_i$). Otherwise the job will be processed there. The nodes in heterogeneous systems may have different processing capabilities and therefore have different viewpoints on the system workload. Under such a situation, it is appropriate to set different threshold values for different nodes.

A method is used to determine the threshold values for the nodes based on the processing speeds of the nodes. The threshold of the fastest node $k$, $T_k$, is chosen as the basis. For node $i$ ($i \in N$, $i \ne k$), letting $f_i = f_k$ and substituting eqn. 17 into this relation yields $n_i = \sqrt{\{s_k/s_i\}}(n_k + 1) - 1$. Replacing $n_i$ and $n_k$ in this relation by $T_i$ and $T_k$, respectively, leads $T_i$ and $T_k$ to satisfy this relation. Hence, $T_i$ is determined using this relation, but it should be nonnegative and an integer. Therefore, $s_k/s_i \le 1$ and $0 \le T_i = \sqrt{\{s_k/s_i\}}(T_k + 1) - 1 \le$

$T_k$. When the threshold value of a node is determined to be zero, all the arriving jobs become eligible for transfer.

(ii) *Location policy*. There are two steps to determine the job allocation. First, the node with the shortest marginal virtual delay (lightest node) is sought. Secondly, whether the arriving job should be transferred is determined.

(1) *Search for node with lightest load.* For a job arriving at node $i$ that is eligible for transfer, each potential destination node $j$ ($j \in N$, $j \neq i$) is compared in turn with node $i$ as follows:

If $f_i > f_j + g$, or, by substituting relations eqns. 17 and 18 into this relation,

$$n_i > n_{ij} \qquad (19)$$

where $n_{ij} = [(s_j/s_i)(n_j + 1)^2 + t_c/s_i(1 - \rho'_C)^2]^{1/2} - 1$, then node $i$ is said to be more heavily loaded than node $j$. Otherwise, if $f_i \leq f_j + g$ or

$$n_i \leq n_{ij} \qquad (20)$$

node $i$ is said not to be heavily loaded, relative to node $j$. Let $\delta_{ij} = n_i - n_{ij}$ and $\delta_i = \max_j \delta_{ij}$. When $\delta_i$ is greater than zero, node $j$ is the node with the lightest load.

(2) *Allocation of job.* If $\omega^C \delta_i > \Delta$ when the job has been transferred $c$ times, then the job will be transferred to node $j$; otherwise, it will be processed at node $i$. Here $\omega$ ($0 < \omega \leq 1$) is a *weighting factor* used to prevent a job from being transferred continuously. When $\omega = 1$ any transferred jobs are treated as newly arrived jobs from the external world. When $\omega < 1$, on the other hand, a transferred job will be transferred again only if it finds a node that is better than it found last time. Furthermore, $\Delta$ ($\Delta > 0$) is a *bias* used to protect the system from potential instability. Without such a bias, that is, when $\Delta = 0$, the load-balancing policy has to react to small load distinctions between nodes. This may put the system into an unstable state.

### 3.2.2 Dynamic virtual delay (DVD) policy:

The dynamic virtual delay (DVD) policy attempts to balance the virtual delays (unfinished work) among the nodes in order to implement user optimisation. The *virtual node delay* at node $i$ denoted by $F_i$ and the *virtual job-transfer delay* denoted by $G$ are estimated as follows:

$$F_i = s_i(n_i + 1) \qquad (21)$$

$$G = \frac{t_c}{1 - \rho'_c} \qquad (22)$$

In SIO, the mean node delays among the nodes are balanced when the SIO policy is realised (see eqns. 13–16). In DVD, the virtual node delays among the nodes are balanced dynamically.

In the following, the transfer and the location policy components of DVD are described in detail.

(i) *Transfer policy*. A policy similar to that of DMVD is used here. A different method is used, however, to determine the threshold values of the nodes. The threshold of the fastest node $k$, $T_k$, is chosen as the basis and then the threshold values of all the other nodes are determined. For node $i$ ($i \in N$, $i \neq k$), letting $F_i = F_k$ and substituting eqn. 21 into this relation yield $n_i = (s_k/s_i)(n_k + 1) - 1$. Replacing $n_i$ and $n_k$ in this relation by $T_i$ and $T_k$, respectively, lead $T_i$ and $T_k$ to satisfy

this relation. $T_i$ is determined using this relation, but it should be nonnegative and an integer. Therefore, $s_k/s_i \leq 1$ and $0 \leq T_i = (s_k/s_i)(T_k + 1) - 1 \leq T_k$.

(ii) *Location policy*. The policy, like that of DMVD, has two steps. It first searches for the lightest node and then determines the job allocation.

(1) *Search for node with lightest load.* For a job arriving at node $i$, each potential destination node $j$ ($j \in N$, $j \neq i$) is compared in turn with node $i$ as follows:

If $F_i > F_j + G$, or, by substituting eqns. 21 and 22 into this relation,

$$n_i > n_{ij} \qquad (23)$$

where $n_{ij} = (s_j/s_i)(n_j + 1) + t_c/s_i(1 - \rho'_C) - 1$, then node $i$ is said to be more heavily loaded than node $j$. Otherwise, if $F_i \leq F_j + G$ or

$$n_i \leq n_{ij} \qquad (24)$$

then node $i$ is said not to be heavily loaded, relative to node $j$. Let $\delta_{ij} = n_i - n_{ij}$ and $\delta_i = \max_j \delta_{ij}$. When $\delta_i$ is greater than zero, node $j$ is the node with the lightest load.

(2) *Allocation of job.* If $\omega^C \delta_i > \Delta$ when the job has been transferred $c$ times, then the job will be transferred to node $j$; otherwise, it will be processed at node $i$. As in DMVD, $\omega$ ($0 < \omega \leq 1$) is a weighting factor used to prevent a job from being transferred continuously, and $\Delta$ ($\Delta > 0$) is a bias used to protect the system from potential instability.

## 4 Simulation results

The load-balancing policies were tested on a 10-node system as shown in Fig. 1. Each node was assumed to use a round-robin CPU scheduling discipline with a 100 ms time-slice, a figure borrowed from the UNIX system. The job service time was chosen from a two-stage hyperexponential distribution with a standard deviation of $3s_i$, a figure based on measurement results. The mean service and interarrival times of jobs at each node are listed in Table 2.

**Table 2: Mean service and interarrival times of jobs (load level $\rho = 0.1$)**

| Node | Mean service time (s) | Mean interarrival time (s) |
|---|---|---|
| 1 | 1.0 | 80.0 |
| 2 | 1.0 | 50.0 |
| 3 | 2.0 | 80.0 |
| 4 | 6.0 | 40.0 |
| 5 | 6.0 | 40.0 |
| 6 | 6.0 | 15.0 |
| 7 | 10.0 | 15.0 |
| 8 | 10.0 | 15.0 |
| 9 | 10.0 | 40.0 |
| 10 | 10.0 | 50.0 |

In estimating the network utilisation, $\rho'_C$, single measurement of the network device can result in oscillatory behaviour. For example, low utilisation over one measurement interval makes job transfer appear more advantageous, causing more to occur during the next interval. The network utilisation is therefore estimated as the mean of the most recent 10 measurements, taken at regular intervals. Each interval was set to 2s, the

best figure resulted from simulation results. An upper limit of $1 \times 10^{-7}$ on the estimate of $\rho'_C$ is set in order to avoid division by zero in eqns. 18 and 22. The job transmission time, $t_C$, was chosen from an exponential distribution with a mean of 0.2s. The delay for state information exchange is much shorter than that for job transfer and it was therefore fixed to be 4ms.

The simulation results were obtained with 95% confidence intervals and were within 5% of the sample mean. *NoLB* in the figures denotes the average response time of the boundary case where no load balancing is attempted. To make the comparison between the dynamic and the static policies meaningful, a large number of simulation runs for DMVD and DVD were conducted with different values of adjustable parameters (e.g. $T_i$, $\Delta$ and $P$), and the best combination of those parameter values were used in the figures. For comparison, a policy developed for heterogeneous systems, known as T_R in [25], was also simulated. In T_R the threshold values are determined based on the ratios of the processing speeds between the nodes, and a node may have multiple threshold values corresponding to distinct nodes. To implement T_R a probing method for collecting state information similar to that of [8] was used.



**Fig.2**  *Variation of average response time with load level (OV = 5%)*
NoLB —◇—; SOO —+—; SIO —□—;
T_R, $L_p$ = 5 —×—; DMVD, P = 1.0 —△—; DVD, P = 1.0 —∗—

### 4.1 Comparison of policies

Fig. 2 shows the average response time versus the load level for the policies under consideration. The overhead for sending or receiving a job, OV, was set to a reasonable level [26]; 5/100 of the mean job service time at a node. The overhead for sending or receiving the state information is much smaller than that for job transfer and was assumed to be 1/10 of that for job transfer. The threshold of node 1, $T_1$, was selected as the basis and was set to 3 in DMVD and 5 in DVD. The biases for job transfer, $\Delta$, in DMVD and DVD were, respectively, set to 0.4 and 0.7. The exchange period of the system state was 1s; that is, every 1s each node broadcasts its load state to other nodes. In T_R, state information is collected from $L_p$ nodes selected at random and the node with the lightest load is selected to be the destination node. The probe limit, $L_p$, was set to 5, the best figure resulted from the simulation results. The weighting factor for job transfer, ω, in DMVD and DVD was set to 0.9.

Fig. 2 shows that both the dynamic policies and the static policies provide substantial performance improvements over the situation where there is no load

balancing. It also shows that, contrary to intuition, at light and moderate system loads the performance provided by SOO and SIO is close to that provided by the dynamic policies. Furthermore, at heavy system loads SOO is not much inferior to any dynamic policy and even has chances to perform better than the dynamic policies. Fig. 2 also shows that T_R performs similarly to either DMVD or DVD at light and moderate system loads but degrades rapidly at heavy system loads. In T_R at light and moderate system loads, nodes attempting to send jobs can easily find a node with the number of jobs below its threshold value. On the other hand, at heavy system loads, nodes attempting to send jobs hardly find a node with the number of jobs below its threshold value and have to process the jobs themselves, degrading the performance rapidly.

There are two explanations for the results that static policies are not much inferior to dynamic policies. First, static policies do not incur an overhead in exchanging system state information. Secondly, static policies are simple. In static load balancing, the allocation of a job cannot be changed. On the other hand, dynamic policies make scheduling decisions according to the state changes. Because of the inherent inaccuracy of system state information, it is inevitable that poor scheduling decisions may be made. In such a situation, a node may send jobs to other nodes while receiving jobs from other nodes, resulting in waste of processing capacity and performance degradation.



**Fig.3**  *Variation of average response time with load level (OV = 0)*
NoLB —◇—; SOO —+—; SIO —□—;
T_R, $L_p$ = 5 —×—; DMVD, P = 1.0 —△—; DVD, P = 1.0 —∗—



**Fig.4**  *Variation of average response time with load level (OV = 10%)*
NoLB —◇—; SOO —+—; SIO —□—;
T_R, $L_p$ = 5 —×—; DMVD, P = 1.0 —△—; DVD, P = 1.0 —∗—

## 4.2  Effects of system parameters

In this subsection, the effects of some system parameters ($OV$, $\Delta$, $P$ and $L_p$) on the average response time are examined. Figs. 3 and 4 show the average response time of the policies under consideration against the load level for two cases: one in which there are no overheads for both job transfer and system state-information exchange, and the other in which the overhead for job transfer is 10/100 of the mean job service time. The other parameters were fixed as in Fig. 2. The overhead for job transfer, although non-negligible, can be expected to be quite low compared with the mean job service time. For example, in systems that include file servers and database servers, only a descriptor will be shipped. Therefore, the range of the overheads considered here seems to include the cases of most interest.

From Figs. 3 and 4, in addition to Fig. 2, it was observed that the average response time is insensitive to the overheads when system loads are light or moderate (e.g. load level is below 0.6 in Fig. 4) but increases rapidly when system loads are heavy (e.g. load level exceeds 0.7 in Fig. 4). This implies that the performance benefits can be gained at light and moderate system loads even when the overheads are nonnegligibly high (e.g. equal to or greater than 5/100 of mean job service time), whereas at heavy system loads high overheads rapidly lead to instability. From these Figures, it was observed that SOO and SIO perform similarly to the dynamic policies at light and moderate system loads. Furthermore, SOO has chances to behave better than the dynamic policies at very heavy system loads (see Figs. 2 and 4).

Fig. 5 shows the average response time against load level for various biases for job transfer, $\Delta$, under DVD. The results in DMVD were similar to those in DVD and are not shown here. The other parameters were fixed as in Fig. 2. This Figure shows that the average response time depends strongly on the bias for job transfer over a wide range of load levels. It also shows that at light and moderate system loads an improper bias (e.g. equal to or greater than 1 here) results in average response time much worse than that provided by SOO.



**Fig.5**  *Variation of average response time with load level for various biases ($OV = 5\%$)*
NoLB —◇—; SOO —+—;
DVD, bias 0.2 —□—; bias 0.7 —×—; bias 1.0 —△—; bias 2.0 —*—;

Fig. 6 shows the average response time against the exchange period of system state information, $P$, at a fixed load level of 0.7 for DVD. The results in DMVD were similar to those in DVD and are not shown here.

In the Figure, $OV$ denotes the ratio of the overhead for job transfer to the mean job service time at a node. The other parameters were fixed as in Fig. 2. This Figure shows again that SOO is less sensitive to the overheads and may perform better than DVD. It also shows that the magnitude of the exchange period has a strong influence on the average response time of DVD. When $P$ is too short (e.g. less than 1 s in Fig. 6), the overhead for state information exchange becomes so high that the performance suffers. On the other hand, when $P$ is too long (e.g. 30 s in Fig. 6), the system state information is so out-of-date that wrong decisions are frequently made.



**Fig.6**  *Variation of average response time with exchange period ($\rho = 0.7$)*
SOO, OV = 10% ——; OV = 5% — —; OV = 0% ······
DVD, OV = 10% —◇—; OV = 5% —+—; OV = 0% —□—



**Fig.7**  *Variation of average response time with load level for various probe limits ($OV = 5\%$)*
NoLB —◇—; SOO —+—
T_R, $L_p = 1$ —□—; $L_p = 3$ —×—; $L_p = 4$ —△—; $L_p = 5$ —*—; $L_p = 6$ —◇—

Fig. 7 shows the average response time against load level for various probe limits, $L_p$, under T_R. The other parameters were fixed as in Fig. 2. This Figure shows that although the probe limit, $L_p$, affects the performance of TR, a relatively small probe limit (e.g. 3 or 4 nodes) yields essentially good performance. This Figure also shows that SOO performs closely to T_R at light and moderate system loads and furthermore may behave better than T_R at heavy system loads.

## 5  Conclusion

In this paper, simulation has been used to study the performance comparison of dynamic and static load-

tem. The dynamic policies, DMVD, DVD and T_R make use of not only the queue lengths of the nodes but also the differences in processing capabilities among the nodes. The static policies, SOO and SIO, on the other hand, are probabilistic with only aggregate information of jobs in the system.

The main observation was that, contrary to common belief, SOO and SIO are not much inferior to DMVD, DVD or T_R over a wide range of parameter values, despite their simplicity. At light and moderate system loads, the results showed that DMVD, DVD and T_R are insensitive to the overheads and that the performance provided by SOO and SIO is close to that provided by DMVD, DVD or T_R. Furthermore, when the overheads become intolerable (e.g. equal to or greater than 5/100 of mean job service time in Figs. 2 and 4) at heavy system loads, SOO may at times perform better than the dynamic policies. These results indicate that static policies are simple but efficient, and are preferable when the system loads are light or moderate and when the overheads are non-negligibly high.

# 6 Acknowledgment

The authors would like to thank the referees for their valuable comments.

# 7 References

1 GOSCINSKI, A.: 'Distributed operating systems – the logical decision' (Addison–Wesley, 1991)
2 STONE, H.S.: 'Critical load factors in two processor distributed systems', *IEEE Trans. Softw. Eng.*, 1978, 4, (3), pp. 254–258
3 TANTAWI, A.N., and TOWSLEY, D.: 'A general model for optimal static load balancing in star network configurations' *in* GELENBE, E. (Ed.): 'Proc. performance '84' (North–Holland, 1984), pp. 277–291
4 TANTAWI, A.N., and TOWSLEY, D.: 'Optimal static load balancing in distributed computer systems', *J. ACM*, 1985, 32, (2), pp. 445–465
5 KIM, C., and KAMEDA, H.: 'Optimal static load balancing of multi-class jobs in a distributed computer system'. Proceedings of 10th international conference on *Distributed computing systems*, Paris, France, June 1990, pp. 562–569
6 KIM, C., and KAMEDA, H.: 'Optimal static load balancing of multi-class jobs in a distributed computer system', *Trans. IEICE*, 1990, E73, (7), pp. 1207–1214
7 ZHANG, Y., KAMEDA, H., and SHIMIZU, K.: 'Parametric analysis of optimal static load balancing in distributed computer systems', *J. Inf. Process.*, 1991, 14, (4), pp. 433–441

8 MIRCHANDANEY, R., TOWSLEY, D., and STANKOVIC, J.A.: 'Adaptive load sharing in homogeneous distributed systems', *IEEE Trans. Softw. Eng.*, 1986, 12, (5), pp. 662–675
9 ZHOU, S.: 'A trace-driven simulation study of dynamic load balancing', *IEEE Trans. Softw. Eng.*, 1988, 14, (9), pp. 1327–1341
10 BENMOHAMMED-MAHIEDDINE, K., DEW, P.M., and KARA, M.: 'A periodic symmetrically-initiated load balancing algorithm for distributed systems'. Proceedings of 14th international conference on *Distributed computing systems*, Poznan, Poland, June 1994, pp. 616–623
11 EFE, K., and GROSELJ, B.: 'Minimizing control overheads in adaptive load sharing'. Proceedings of 9th international conference on *Distributed computing systems*, California, 1989, pp. 307–315
12 MIRCHANDANEY, R., TOWSLEY, D., and STANKOVIC, J.A.: 'Analysis of the effects of delay on load sharing', *IEEE Trans. Comput.*, 1989, 38, (11), pp. 1513–1525
13 SHIVARATRI, N.G., and KRUEGER, P.: 'Two adaptive location policies for global scheduling algorithms'. Proceedings of 10th international conference on *Distributed computing systems*, Paris, France, May 1990, pp. 502–509
14 HAC, A., and JIN, X.: 'Dynamic load balancing in a distributed system using a decentralized algorithm'. Proceedings of 7th international conference on *Distributed computing systems*, Berlin, West Germany, September 1987, pp. 170–177
15 GOSWAMI, K.K., DEVARAKONDA, M., and IYER, R.K.: 'Prediction-based dynamic load-sharing heuristics', *IEEE Trans. Para. Dist. Syst.*, 1993, 4, (6), pp. 638–648
16 STONE, H.S.: 'Multiprocess scheduling with the aid of network flow algorithms', *IEEE Trans. Softw. Eng.*, 1977, 3, (1), pp. 85–93
17 ZHANG, Y., KAMEDA, H., and HUNG, S.L.: 'New strategies for dynamic load balancing in heterogeneous distributed systems', *Computer Communications*, 1996, (submitted)
18 BARAK, A., and SHILOH, A.: 'A distributed load-balancing policy for a multicomputer', *Software-Practice and Experience*, 1985, 15, (9), pp. 901–913
19 EAGER, D.L., LAZOWSKA, E.D., and ZAHORJAN, J.: 'The limited performance benefits of migrating active processes for load sharing'. Proceedings of 12th ACM symposium on *Operating system principles*, May 1988, pp. 63–72
20 GELENBE, E., and MITRANI, I.: 'Analysis and synthesis of computer systems' (Academic Press, New York, 1980)
21 KLEINROCK, L.: 'Queueing systems. Vol 2: computer applications' (Wiley Interscience, 1975)
22 LITTLE, J.D.C.: 'A proof of queueing formula: $l = \lambda w$', *Oper. Res.*, 1961, 9, pp. 383–387
23 INTRILLIGATOR, M.D.: 'Mathematical optimization and economic theory' (Prentice–Hall, Englewood Cliffs, NJ, 1971)
24 KIM, C., and KAMEDA, H.: 'An algorithm for optimal static load balancing in distributed computer systems', *IEEE Trans. Comput.*, 1992, 41, (3), pp. 381–384
25 WANG, J.L., LEE, L.T., and HUANG, Y.J.: 'Load balancing policies in heterogeneous distributed systems'. 26th Southeastern symposium on *Systems theory*, 1994, pp. 473–477
26 ZHOU, S., ZHENG, X., WANG, J., and DELISLE, P.: 'Utopia: A load sharing facility for large, heterogeneous distributed computer systems', *Software-Practice and Experience*, 1993, 23, (12), pp. 1305–1336

# EXHIBIT 14



# Load balancing (computing)

In computing, **load balancing** is the process of distributing a set of tasks over a set of resources (computing units), with the aim of making their overall processing more efficient. Load balancing can optimize response time and avoid unevenly overloading some compute nodes while other compute nodes are left idle.

Load balancing is the subject of research in the field of parallel computers. Two main approaches exist: static algorithms, which do not take into account the state of the different machines, and dynamic algorithms, which are usually more general and more efficient but require exchanges of information between the different computing units, at the risk of a loss of efficiency.



Diagram illustrating user requests to an Elasticsearch cluster being distributed by a load balancer. (Example for Wikipedia.)

# Problem overview

A load-balancing algorithm always tries to answer a specific problem. Among other things, the nature of the tasks, the algorithmic complexity, the hardware architecture on which the algorithms will run as well as required error tolerance, must be taken into account. Therefore compromise must be found to best meet application-specific requirements.

## Nature of tasks

The efficiency of load balancing algorithms critically depends on the nature of the tasks. Therefore, the more information about the tasks is available at the time of decision making, the greater the potential for optimization.

### Size of tasks

Perfect knowledge of the execution time of each of the tasks allows to reach an optimal load distribution (see algorithm of prefix sum).[1] Unfortunately, this is in fact an idealized case. Knowing the exact execution time of each task is an extremely rare situation.

For this reason, there are several techniques to get an idea of the different execution times. First of all, in the fortunate scenario of having tasks of relatively homogeneous size, it is possible to consider that each of them will require approximately the average execution time. If, on the other hand, the execution time is very irregular, more sophisticated techniques must be used. One technique is to add some metadata to each task. Depending on the previous execution time for similar metadata, it is possible to make inferences for a future task based on statistics.[2]

**Dependencies**

In some cases, tasks depend on each other. These interdependencies can be illustrated by a directed acyclic graph. Intuitively, some tasks cannot begin until others are completed.

Assuming that the required time for each of the tasks is known in advance, an optimal execution order must lead to the minimization of the total execution time. Although this is an NP-hard problem and therefore can be difficult to be solved exactly. There are algorithms, like job scheduler, that calculate optimal task distributions using metaheuristic methods.

**Segregation of tasks**

Another feature of the tasks critical for the design of a load balancing algorithm is their ability to be broken down into subtasks during execution. The *tree-shaped computation* algorithm presented later takes great advantage of this specificity.

# Static and dynamic algorithms

**Static**

A load balancing algorithm is "static" when it does not take into account the state of the system for the distribution of tasks. Thereby, the system state includes measures such as the load level (and sometimes even overload) of certain processors. Instead, assumptions about the overall system are made beforehand, such as the arrival times and resource requirements of incoming tasks. In addition, the number of processors, their respective power and communication speeds are known. Therefore, static load balancing aims to associate a known set of tasks with the available processors in order to minimize a certain performance function. The trick lies in the concept of this performance function.

Static load balancing techniques are commonly centralized around a router, or master, which distributes the loads and optimizes the performance function. This minimization can take into account information related to the tasks to be distributed, and derive an expected execution time.

The advantage of static algorithms is that they are easy to set up and extremely efficient in the case of fairly regular tasks (such as processing HTTP requests from a website). However, there is still some statistical variance in the assignment of tasks which can lead to the overloading of some computing units.

**Dynamic**

Unlike static load distribution algorithms, dynamic algorithms take into account the current load of each of the computing units (also called nodes) in the system. In this approach, tasks can be moved dynamically from an overloaded node to an underloaded node in order to receive faster processing. While these algorithms are much more complicated to design, they can produce excellent results, in particular, when the execution time varies greatly from one task to another.

Dynamic load balancing architecture can be more modular since it is not mandatory to have a specific node dedicated to the distribution of work. When tasks are uniquely assigned to a processor according to their state at a given moment, it is a unique assignment. If, on the other hand, the tasks can be

permanently redistributed according to the state of the system and its evolution, this is called dynamic assignment.[3] Obviously, a load balancing algorithm that requires too much communication in order to reach its decisions runs the risk of slowing down the resolution of the overall problem.

## Hardware architecture

### Heterogeneous machines

Parallel computing infrastructures are often composed of units of different computing power, which should be taken into account for the load distribution.

For example, lower-powered units may receive requests that require a smaller amount of computation, or, in the case of homogeneous or unknown request sizes, receive fewer requests than larger units.

### Shared and distributed memory

Parallel computers are often divided into two broad categories: those where all processors share a single common memory on which they read and write in parallel (PRAM model), and those where each computing unit has its own memory (distributed memory model), and where information is exchanged by messages.

For shared-memory computers, managing write conflicts greatly slows down the speed of individual execution of each computing unit. However, they can work perfectly well in parallel. Conversely, in the case of message exchange, each of the processors can work at full speed. On the other hand, when it comes to collective message exchange, all processors are forced to wait for the slowest processors to start the communication phase.

In reality, few systems fall into exactly one of the categories. In general, the processors each have an internal memory to store the data needed for the next calculations and are organized in successive clusters. Often, these processing elements are then coordinated through distributed memory and message passing. Therefore, the load balancing algorithm should be uniquely adapted to a parallel architecture. Otherwise, there is a risk that the efficiency of parallel problem solving will be greatly reduced.

### Hierarchy

Adapting to the hardware structures seen above, there are two main categories of load balancing algorithms. On the one hand, the one where tasks are assigned by "master" and executed by "workers" who keep the master informed of the progress of their work, and the master can then take charge of assigning or reassigning the workload in case of the dynamic algorithm. The literature refers to this as master-worker architecture. On the other hand, the control can be distributed between the different nodes. The load balancing algorithm is then executed on each of them and the responsibility for assigning tasks (as well as re-assigning and splitting as appropriate) is shared. The last category assumes a dynamic load balancing algorithm.

Load balancing (computing) - Wikipedia

Since the design of each load balancing algorithm is unique, the previous distinction must be qualified. Thus, it is also possible to have an intermediate strategy, with, for example, "master" nodes for each sub-cluster, which are themselves subject to a global "master". There are also multi-level organizations, with an alternation between master-slave and distributed control strategies. The latter strategies quickly become complex and are rarely encountered. Designers prefer algorithms that are easier to control.

**Adaptation to larger architectures (scalability)**

In the context of algorithms that run over the very long term (servers, cloud...), the computer architecture evolves over time. However, it is preferable not to have to design a new algorithm each time.

An extremely important parameter of a load balancing algorithm is therefore its ability to adapt to scalable hardware architecture. This is called the scalability of the algorithm. An algorithm is called scalable for an input parameter when its performance remains relatively independent of the size of that parameter.

When the algorithm is capable of adapting to a varying number of computing units, but the number of computing units must be fixed before execution, it is called moldable. If, on the other hand, the algorithm is capable of dealing with a fluctuating amount of processors during its execution, the algorithm is said to be malleable. Most load balancing algorithms are at least moldable.[4]

## Fault tolerance

Especially in large-scale computing clusters, it is not tolerable to execute a parallel algorithm that cannot withstand the failure of one single component. Therefore, fault tolerant algorithms are being developed which can detect outages of processors and recover the computation.[5]

# Approaches

### Static distribution with full knowledge of the tasks: prefix sum

If the tasks are independent of each other, and if their respective execution time and the tasks can be subdivided, there is a simple and optimal algorithm.

By dividing the tasks in such a way as to give the same amount of computation to each processor, all that remains to be done is to group the results together. Using a prefix sum algorithm, this division can be calculated in logarithmic time with respect to the number of processors.



Load balancing algorithm depending on divisibility of tasks

If, however, the tasks cannot be subdivided (i.e., they are atomic), although optimizing task assignment is a difficult problem, it is still possible to approximate a relatively fair

9/10/25, 2:06 AM
Case 1:22-cv-01344-CJB    Document 84-2    Filed 11/10/25    Page 15 of 130 PageID #:
Load balancing (computing) - Wikipedia
894

distribution of tasks, provided that the size of each of them is much smaller than the total computation performed by each of the nodes.[1]

Most of the time, the execution time of a task is unknown and only rough approximations are available. This algorithm, although particularly efficient, is not viable for these scenarios.

## Static load distribution without prior knowledge

Even if the execution time is not known in advance at all, static load distribution is always possible.

### Round-robin scheduling

In a round-robin algorithm, the first request is sent to the first server, then the next to the second, and so on down to the last. Then it is started again, assigning the next request to the first server, and so on.

This algorithm can be weighted such that the most powerful units receive the largest number of requests and receive them first.

### Randomized static

Randomized static load balancing is simply a matter of randomly assigning tasks to the different servers. This method works quite well. If, on the other hand, the number of tasks is known in advance, it is even more efficient to calculate a random permutation in advance. This avoids communication costs for each assignment. There is no longer a need for a distribution master because every processor knows what task is assigned to it. Even if the number of tasks is unknown, it is still possible to avoid communication with a pseudo-random assignment generation known to all processors.

The performance of this strategy (measured in total execution time for a given fixed set of tasks) decreases with the maximum size of the tasks.

### Others

Of course, there are other methods of assignment as well:

- Less work: assign more tasks to the servers by performing less (the method can also be weighted).
- Hash: allocates queries according to a hash table.
- Power of two choices: pick two servers at random and choose the better of the two options.[6][7]

## Master-worker scheme

Master-worker schemes are among the simplest dynamic load balancing algorithms. A master distributes the workload to all workers (also sometimes referred to as "slaves"). Initially, all workers are idle and report this to the master. The master answers worker requests and distributes the tasks to them. When he has no more tasks to give, he informs the workers so that they stop asking for tasks.

The advantage of this system is that it distributes the burden very fairly. In fact, if one does not take into account the time needed for the assignment, the execution time would be comparable to the prefix sum seen above.

The problem with this algorithm is that it has difficulty adapting to a large number of processors because of the high amount of necessary communications. This lack of scalability makes it quickly inoperable in very large servers or very large parallel computers. The master acts as a bottleneck.

However, the quality of the algorithm can be greatly improved by replacing the master with a task list that can be used by different processors. Although this algorithm is a little more difficult to implement, it promises much better scalability, although still insufficient for very large computing centers.



Master-worker and bottleneck

## Non-hierarchical architecture, without knowledge of the system: work stealing

Another technique to overcome scalability problems when the time needed for task completion is unknown is work stealing.

The approach consists of assigning to each processor a certain number of tasks in a random or predefined manner, then allowing inactive processors to "steal" work from active or overloaded processors. Several implementations of this concept exist, defined by a task division model and by the rules determining the exchange between processors. While this technique can be particularly effective, it is difficult to implement because it is necessary to ensure that communication does not become the primary occupation of the processors instead of solving the problem.

In the case of atomic tasks, two main strategies can be distinguished, those where the processors with low load offer their computing capacity to those with the highest load, and those were the most loaded units wish to lighten the workload assigned to them. It has been shown[8] that when the network is heavily loaded, it is more efficient for the least loaded units to offer their availability and when the network is lightly loaded, it is the overloaded processors that require support from the most inactive ones. This rule of thumb limits the number of exchanged messages.

In the case where one starts from a single large task that cannot be divided beyond an atomic level, there is a very efficient algorithm "Tree-Shaped computation",[9] where the parent task is distributed in a work tree.

### Principle

Initially, many processors have an empty task, except one that works sequentially on it. Idle processors issue requests randomly to other processors (not necessarily active). If the latter is able to subdivide the task it is working on, it does so by sending part of its work to the node making the request. Otherwise, it returns an empty task. This induces a tree structure. It is then necessary to send a termination signal to the parent processor when the subtask is completed so that it, in turn, sends

the message to its parent until it reaches the root of the tree. When the first processor, i.e. the root, has finished, a global termination message can be broadcast. In the end, it is necessary to assemble the results by going back up the tree.

### Efficiency

The efficiency of such an algorithm is close to the prefix sum when the job cutting and communication time is not too high compared to the work to be done. To avoid too high communication costs, it is possible to imagine a list of jobs on shared memory. Therefore, a request is simply reading from a certain position on this shared memory at the request of the master processor.

# Use cases

In addition to efficient problem solving through parallel computations, load balancing algorithms are widely used in HTTP request management where a site with a large audience must be able to handle a large number of requests per second.

## Internet-based services

One of the most commonly used applications of load balancing is to provide a single Internet service from multiple servers, sometimes known as a server farm. Commonly load-balanced systems include popular web sites, large Internet Relay Chat networks, high-bandwidth File Transfer Protocol (FTP) sites, Network News Transfer Protocol (NNTP) servers, Domain Name System (DNS) servers, and databases.

### Round-robin DNS

Round-robin DNS is an alternate method of load balancing that does not require a dedicated software or hardware node. In this technique, multiple IP addresses are associated with a single domain name; clients are given IP in a round-robin fashion. IP is assigned to clients with a short expiration so the client is more likely to use a different IP the next time they access the Internet service being requested.

### DNS delegation

Another more effective technique for load-balancing using DNS is to delegate www.example.org as a sub-domain whose zone is served by each of the same servers that are serving the website. This technique works particularly well where individual servers are spread geographically on the Internet. For example:

```
one.example.org A 192.0.2.1
two.example.org A 203.0.113.2
www.example.org NS one.example.org
www.example.org NS two.example.org
```

However, the zone file for www.example.org on each server is different such that each server resolves its own IP Address as the A-record.[10] On server *one* the zone file for www.example.org reports:

@ in a 192.0.2.1

On server *two* the same zone file contains:

@ in a 203.0.113.2

This way, when a server is down, its DNS will not respond and the web service does not receive any traffic. If the line to one server is congested, the unreliability of DNS ensures less HTTP traffic reaches that server. Furthermore, the quickest DNS response to the resolver is nearly always the one from the network's closest server, ensuring geo-sensitive load-balancing . A short TTL on the A-record helps to ensure traffic is quickly diverted when a server goes down. Consideration must be given to the possibility that this technique may cause individual clients to switch between individual servers in mid-session.

### Client-side random load balancing

Another approach to load balancing is to deliver a list of server IPs to the client, and then to have the client randomly select the IP from the list on each connection.[11][12] This essentially relies on all clients generating similar loads, and the law of large numbers[12] to achieve a reasonably flat load distribution across servers. It has been claimed that client-side random load balancing tends to provide better load distribution than round-robin DNS; this has been attributed to caching issues with round-robin DNS, that in the case of large DNS caching servers, tend to skew the distribution for round-robin DNS, while client-side random selection remains unaffected regardless of DNS caching.[12]

With this approach, the method of delivery of a list of IPs to the client can vary and may be implemented as a DNS list (delivered to all the clients without any round-robin), or via hardcoding it to the list. If a "smart client" is used, detecting that a randomly selected server is down and connecting randomly again, it also provides fault tolerance.

### Server-side load balancers

For Internet services, a server-side load balancer is usually a software program that is listening on the port where external clients connect to access services. The load balancer forwards requests to one of the "backend" servers, which usually replies to the load balancer. This allows the load balancer to reply to the client without the client ever knowing about the internal separation of functions. It also prevents clients from contacting back-end servers directly, which may have security benefits by hiding the structure of the internal network and preventing attacks on the kernel's network stack or unrelated services running on other ports.

Some load balancers provide a mechanism for doing something special in the event that all backend servers are unavailable. This might include forwarding to a backup load balancer or displaying a message regarding the outage.

It is also important that the load balancer itself does not become a single point of failure. Usually, load balancers are implemented in high-availability pairs which may also replicate session persistence data if required by the specific application.[13] Certain applications are programmed with immunity to this

problem, by offsetting the load balancing point over differential sharing platforms beyond the defined network. The sequential algorithms paired to these functions are defined by flexible parameters unique to the specific database.[14]

### Scheduling algorithms

Numerous scheduling algorithms, also called load-balancing methods, are used by load balancers to determine which back-end server to send a request to. Simple algorithms include random choice, round robin, or least connections.[15] More sophisticated load balancers may take additional factors into account, such as a server's reported load, least response times, up/down status (determined by a monitoring poll of some kind), a number of active connections, geographic location, capabilities, or how much traffic it has recently been assigned.

### Persistence

An important issue when operating a load-balanced service is how to handle information that must be kept across the multiple requests in a user's session. If this information is stored locally on one backend server, then subsequent requests going to different backend servers would not be able to find it. This might be cached information that can be recomputed, in which case load-balancing a request to a different backend server just introduces a performance issue.[15]

Ideally, the cluster of servers behind the load balancer should not be session-aware, so that if a client connects to any backend server at any time the user experience is unaffected. This is usually achieved with a shared database or an in-memory session database like Memcached.

One basic solution to the session data issue is to send all requests in a user session consistently to the same backend server. This is known as "persistence" or "stickiness". A significant downside to this technique is its lack of automatic failover: if a backend server goes down, its per-session information becomes inaccessible, and any sessions depending on it are lost. The same problem is usually relevant to central database servers; even if web servers are "stateless" and not "sticky", the central database is (see below).

Assignment to a particular server might be based on a username, client IP address, or random. Because of changes in the client's perceived address resulting from DHCP, network address translation, and web proxies this method may be unreliable. Random assignments must be remembered by the load balancer, which creates a burden on storage. If the load balancer is replaced or fails, this information may be lost, and assignments may need to be deleted after a timeout period or during periods of high load to avoid exceeding the space available for the assignment table. The random assignment method also requires that clients maintain some state, which can be a problem, for example when a web browser has disabled the storage of cookies. Sophisticated load balancers use multiple persistence techniques to avoid some of the shortcomings of any one method.

Another solution is to keep the per-session data in a database. This is generally bad for performance because it increases the load on the database: the database is best used to store information less transient than per-session data. To prevent a database from becoming a single point of failure, and to improve scalability, the database is often replicated across multiple machines, and load balancing is

used to spread the query load across those replicas. Microsoft's ASP.net State Server technology is an example of a session database. All servers in a web farm store their session data on State Server and any server in the farm can retrieve the data.

In the very common case where the client is a web browser, a simple but efficient approach is to store the per-session data in the browser itself. One way to achieve this is to use a browser cookie, suitably time-stamped and encrypted. Another is URL rewriting. Storing session data on the client is generally the preferred solution: then the load balancer is free to pick any backend server to handle a request. However, this method of state-data handling is poorly suited to some complex business logic scenarios, where session state payload is big and recomputing it with every request on a server is not feasible. URL rewriting has major security issues because the end-user can easily alter the submitted URL and thus change session streams.

Yet another solution to storing persistent data is to associate a name with each block of data, and use a distributed hash table to pseudo-randomly assign that name to one of the available servers, and then store that block of data in the assigned server.

**Load balancer features**

Hardware and software load balancers may have a variety of special features. The fundamental feature of a load balancer is to be able to distribute incoming requests over a number of backend servers in the cluster according to a scheduling algorithm. Most of the following features are vendor specific:

**Asymmetric load**
  A ratio can be manually assigned to cause some backend servers to get a greater share of the workload than others. This is sometimes used as a crude way to account for some servers having more capacity than others and may not always work as desired.

**Priority activation**
  When the number of available servers drops below a certain number, or the load gets too high, standby servers can be brought online.

**TLS offload and acceleration**
  TLS (or its predecessor SSL) acceleration is a technique of offloading cryptographic protocol calculations onto specialized hardware. Depending on the workload, processing the encryption and authentication requirements of a TLS request can become a major part of the demand on the Web Server's CPU; as the demand increases, users will see slower response times, as the TLS overhead is distributed among Web servers. To remove this demand on Web servers, a balancer can terminate TLS connections, passing HTTPS requests as HTTP requests to the Web servers. If the balancer itself is not overloaded, this does not noticeably degrade the performance perceived by end-users. The downside of this approach is that all of the TLS processing is concentrated on a single device (the balancer) which can become a new bottleneck. Some load balancer appliances include specialized hardware to process TLS. Instead of upgrading the load balancer, which is quite expensive dedicated hardware, it may be cheaper to forgo TLS offload and add a few web servers. Also, some server vendors such as Oracle/Sun now incorporate cryptographic acceleration hardware into their CPUs such as the T2000. F5 Networks incorporates a dedicated TLS acceleration hardware card in their local traffic manager (LTM) which is used for encrypting and decrypting TLS traffic. One clear benefit to TLS offloading in the balancer is that it enables it to do balancing or content switching based on data in the HTTPS request.

**Distributed denial of service (DDoS) attack protection**
  Load balancers can provide features such as SYN cookies and delayed-binding (the back-end servers don't see the client until it finishes its TCP handshake) to mitigate SYN flood attacks and

generally offload work from the servers to a more efficient platform.

**HTTP compression**
> HTTP compression reduces the amount of data to be transferred for HTTP objects by utilising gzip compression available in all modern web browsers. The larger the response and the further away the client is, the more this feature can improve response times. The trade-off is that this feature puts additional CPU demand on the load balancer and could be done by web servers instead.

**TCP offload**
> Different vendors use different terms for this, but the idea is that normally each HTTP request from each client is a different TCP connection. This feature utilises HTTP/1.1 to consolidate multiple HTTP requests from multiple clients into a single TCP socket to the back-end servers.

**TCP buffering**
> The load balancer can buffer responses from the server and spoon-feed the data out to slow clients, allowing the webserver to free a thread for other tasks faster than it would if it had to send the entire request to the client directly.

**Direct server return**
> An option for asymmetrical load distribution, where request and reply have different network paths.

**Health checking**
> The balancer polls servers for application layer health and removes failed servers from the pool.

**HTTP caching**
> The balancer stores static content so that some requests can be handled without contacting the servers.

**Content filtering**
> Some balancers can arbitrarily modify traffic on the way through.

**HTTP security**
> Some balancers can hide HTTP error pages, remove server identification headers from HTTP responses, and encrypt cookies so that end users cannot manipulate them.

**Priority queuing**
> Also known as rate shaping, the ability to give different priorities to different traffic.

**Content-aware switching**
> Most load balancers can send requests to different servers based on the URL being requested, assuming the request is not encrypted (HTTP) or if it is encrypted (via HTTPS) that the HTTPS request is terminated (decrypted) at the load balancer.

**Client authentication**
> Authenticate users against a variety of authentication sources before allowing them access to a website.

**Programmatic traffic manipulation**
> At least one balancer allows the use of a scripting language to allow custom balancing methods, arbitrary traffic manipulations, and more.

**Firewall**
> Firewalls can prevent direct connections to backend servers, for network security reasons.

**Intrusion prevention system**
> Intrusion prevention systems offer application layer security in addition to the network/transport layer offered by firewall security.

## Telecommunications

Load balancing can be useful in applications with redundant communications links. For example, a company may have multiple Internet connections ensuring network access if one of the connections fails. A failover arrangement would mean that one link is designated for normal use, while the second link is used only if the primary link fails.

Using load balancing, both links can be in use all the time. A device or program monitors the availability of all links and selects the path for sending packets. The use of multiple links simultaneously increases the available bandwidth.

### Shortest Path Bridging

TRILL (Transparent Interconnection of Lots of Links) facilitates an Ethernet to have an arbitrary topology, and enables per flow pair-wise load splitting by way of Dijkstra's algorithm, without configuration and user intervention. The catalyst for TRILL was an event at Beth Israel Deaconess Medical Center which began on 13 November 2002.[16][17] The concept of Rbridges[18] [sic] was first proposed to the Institute of Electrical and Electronics Engineers in the year 2004,[19] whom in 2005[20] rejected what came to be known as TRILL, and in the years 2006 through 2012[21] devised an incompatible variation known as Shortest Path Bridging.

The IEEE approved the IEEE 802.1aq standard in May 2012,[22] also known as Shortest Path Bridging (SPB). SPB allows all links to be active through multiple equal-cost paths, provides faster convergence times to reduce downtime, and simplifies the use of load balancing in mesh network topologies (partially connected and/or fully connected) by allowing traffic to load share across all paths of a network.[23][24] SPB is designed to virtually eliminate human error during configuration and preserves the plug-and-play nature that established Ethernet as the de facto protocol at Layer 2.[25]

### Routing 1

Many telecommunications companies have multiple routes through their networks or to external networks. They use sophisticated load balancing to shift traffic from one path to another to avoid network congestion on any particular link, and sometimes to minimize the cost of transit across external networks or improve network reliability.

Another way of using load balancing is in network monitoring activities. Load balancers can be used to split huge data flows into several sub-flows and use several network analyzers, each reading a part of the original data. This is very useful for monitoring fast networks like 10GbE or STM64, where complex processing of the data may not be possible at wire speed.[26]

## Data center networks

Load balancing is widely used in data center networks to distribute traffic across many existing paths between any two servers.[27] It allows more efficient use of network bandwidth and reduces provisioning costs. In general, load balancing in datacenter networks can be classified as either static or dynamic.

Static load balancing distributes traffic by computing a hash of the source and destination addresses and port numbers of traffic flows and using it to determine how flows are assigned to one of the existing paths. Dynamic load balancing assigns traffic flows to paths by monitoring bandwidth use on different paths. Dynamic assignments can also be proactive or reactive. In the former case, the assignment is fixed once made, while in the latter the network logic keeps monitoring available paths

and shifts flows across them as network utilization changes (with arrival of new flows or completion of existing ones). A comprehensive overview of load balancing in datacenter networks has been made available.[27]

## Failovers

Load balancing is often used to implement failover—the continuation of service after the failure of one or more of its components. The components are monitored continually (e.g., web servers may be monitored by fetching known pages), and when one becomes unresponsive, the load balancer is informed and no longer sends traffic to it. When a component comes back online, the load balancer starts rerouting traffic to it. For this to work, there must be at least one component in excess of the service's capacity (N+1 redundancy). This can be much less expensive and more flexible than failover approaches where every single live component is paired with a single backup component that takes over in the event of a failure (dual modular redundancy). Some RAID systems can also utilize hot spare for a similar effect.[28]

This technique can increase fault tolerance by enabling quick substitutions for the most complicated, most failure-prone parts of a system. However, it can make the load balancer itself a single point of failure.

## Data ingestion for AI model training

Increasingly, load balancing techniques are being used to manage high-volume data ingestion pipelines that feed artificial intelligence training and inference systems—sometimes referred to as "AI factories." These AI-driven environments require continuous processing of vast amounts of structured and unstructured data, placing heavy demands on networking, storage, and computational resources.[29] To maintain the necessary high throughput and low latency, organizations commonly deploy load balancing tools capable of advanced TCP optimizations, connection pooling, and adaptive scheduling. Such features help distribute incoming data requests evenly across servers or nodes, prevent congestion, and ensure that compute resources remain efficiently utilized.[30]

When deployed in large-scale or high-performance AI environments, load balancers also mitigate bandwidth constraints and accommodate varying data governance requirements—particularly when sensitive training data cannot be sent to third-party cloud services. By routing data locally (on-premises) or across private clouds, load balancers allow AI workflows to avoid public-cloud bandwidth limits, reduce transit costs, and maintain compliance with regulatory standards. As AI models expand in size (often measured by billions or even trillions of parameters), load balancing for data ingestion has grown in importance for maintaining the reliability, scalability, and cost efficiency of AI factories.

# See also

- Affinity mask
- Application delivery controller
- Autoscaling

- Cloud computing
- Cloud load balancing
- Common Address Redundancy Protocol
- Edge computing
- InterPlanetary File System
- Network load balancing
- Optimal job scheduling - the computational problem of finding an optimally-balanced schedule.
- SRV record

# References

1. Sanders, Peter; Mehlhorn, Kurt; Dietzfelbinger, Martin; Dementiev, Roman (11 September 2019). *Sequential and parallel algorithms and data structures : the basic toolbox*. Springer. ISBN 978-3-030-25208-3.

2. Liu, Qi; Cai, Weidong; Jin, Dandan; Shen, Jian; Fu, Zhangjie; Liu, Xiaodong; Linge, Nigel (30 August 2016). "Estimation Accuracy on Execution Time of Run-Time Tasks in a Heterogeneous Distributed Environment" (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5038664). *Sensors*. **16** (9): 1386. Bibcode:2016Senso..16.1386L (https://ui.adsabs.harvard.edu/abs/2016Senso..16.1386L). doi:10.3390/s16091386 (https://doi.org/10.3390%2Fs16091386). PMC 5038664 (https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5038664). PMID 27589753 (https://pubmed.ncbi.nlm.nih.gov/27589753). S2CID 391429 (https://api.semanticscholar.org/CorpusID:391429).

3. Alakeel, Ali (November 2009). "A Guide to Dynamic Load Balancing in Distributed Computer Systems" (https://www.researchgate.net/publication/268200851). *International Journal of Computer Science and Network Security*. **10**.

4. Asghar, Sajjad; Aubanel, Eric; Bremner, David (October 2013). "A Dynamic Moldable Job Scheduling Based Parallel SAT Solver". *2013 42nd International Conference on Parallel Processing*. pp. 110–119. doi:10.1109/ICPP.2013.20 (https://doi.org/10.1109%2FICPP.2013.20). ISBN 978-0-7695-5117-3. S2CID 15124201 (https://api.semanticscholar.org/CorpusID:15124201).

5. Punetha Sarmila, G.; Gnanambigai, N.; Dinadayalan, P. (2015). "Survey on fault tolerant — Load balancing algorithmsin cloud computing". *2015 2nd International Conference on Electronics and Communication Systems (ICECS)*. pp. 1715–1720. doi:10.1109/ECS.2015.7124879 (https://doi.org/10.1109%2FECS.2015.7124879). ISBN 978-1-4799-7225-8. S2CID 30175022 (https://api.semanticscholar.org/CorpusID:30175022).

6. "NGINX and the "Power of Two Choices" Load-Balancing Algorithm" (https://web.archive.org/web/20191212194243/https://www.nginx.com/blog/nginx-power-of-two-choices-load-balancing-algorithm/). *nginx.com*. 2018-11-12. Archived from the original (https://www.nginx.com/blog/nginx-power-of-two-choices-load-balancing-algorithm/) on 2019-12-12.

7. "Test Driving "Power of Two Random Choices" Load Balancing" (https://web.archive.org/web/20190215173140/https://www.haproxy.com/blog/power-of-two-load-balancing/). *haproxy.com*. 2019-02-15. Archived from the original (https://www.haproxy.com/blog/power-of-two-load-balancing/) on 2019-02-15.

8. Eager, Derek L; Lazowska, Edward D; Zahorjan, John (1 March 1986). "A comparison of receiver-initiated and sender-initiated adaptive load sharing". *Performance Evaluation*. **6** (1): 53–68. doi:10.1016/0166-5316(86)90008-8 (https://doi.org/10.1016%2F0166-5316%2886%2990008-8). ISSN 0166-5316 (https://search.worldcat.org/issn/0166-5316).

9. Sanders, Peter (1998). "Tree Shaped Computations as a Model for Parallel Applications". *Workshop on Application Based Load Balancing (Alv '98), München, 25. - 26. März 1998 - Veranst. Vom Sonderforschungsbereich 342 "Werkzeuge und Methoden für die Nutzung Paralleler Rechnerarchitekturen". Ed.: A. Bode*: 123. doi:10.5445/ir/1000074497 (https://doi.org/1 0.5445%2Fir%2F1000074497).

10. "Chapter 8 - IPv4 Address (A) Record" (https://www.zytrax.com/books/dns/ch8/a.html). *www.zytrax.com*.

11. "Pattern: Client Side Load Balancing" (https://web.archive.org/web/20201129020628/https://game serverarchitecture.com/2015/10/pattern-client-side-load-balancing/?shared=email&msg=fail). October 15, 2015. Archived from the original on 2020-11-29.

12. "Server-Side Architecture. Front-End Servers and Client-Side Random Load Balancing" (http://itha re.com/chapter-vib-server-side-architecture-front-end-servers-and-client-side-random-load-balanci ng/). *IT Hare on Soft.ware*. December 28, 2015.

13. "High Availability" (http://www.linuxvirtualserver.org/HighAvailability.html). linuxvirtualserver.org. Retrieved 2013-11-20.

14. Ranjan, R (2010). "Peer-to-peer cloud provisioning: Service discovery and load-balancing". *Cloud Computing*.

15. "Load Balancing 101: Nuts and Bolts" (https://web.archive.org/web/20171205223948/https://f5.co m/resources/white-papers/load-balancing-101-nuts-and-bolts). F5. 2017-12-05. Archived from the original (https://f5.com/resources/white-papers/load-balancing-101-nuts-and-bolts) on 2017-12-05. Retrieved 2018-03-23.

16. "All Systems Down" (https://web.archive.org/web/20200923200221if_/https://community.cisco.co m/legacyfs/online/legacy/0/9/8/140890-All%20Systems%20Down%20-%20Scott%20Berinato(CI O).pdf) (PDF). *cio.com*. IDG Communications, Inc. Archived from the original (https://community.ci sco.com/legacyfs/online/legacy/0/9/8/140890-All%20Systems%20Down%20-%20Scott%20Berina to(CIO).pdf) (PDF) on 23 September 2020. Retrieved 9 January 2022.

17. "All Systems Down" (https://web.archive.org/web/20220109020703/https://www.computerworld.co m/article/2581420/all-systems-down.html). *cio.com*. IDG Communications, Inc. Archived from the original (https://www.computerworld.com/article/2581420/all-systems-down.html) on 9 January 2022. Retrieved 9 January 2022.

18. "Rbridges: Transparent Routing" (https://web.archive.org/web/20220109030037/https://courses.c s.washington.edu/courses/cse590l/05sp/papers/rbridges.pdf) (PDF). *courses.cs.washington.edu*. Radia Perlman, Sun Microsystems Laboratories. Archived from the original (https://courses.cs.was hington.edu/courses/cse590l/05sp/papers/rbridges.pdf) (PDF) on 9 January 2022. Retrieved 9 January 2022.

19. "Rbridges: Transparent Routing" (https://www.researchgate.net/publication/4102976). *researchgate.net*. Radia Perlman, Sun Microsystems; Donald Eastlake 3rd, Motorola.

20. "TRILL Tutorial" (https://web.archive.org/web/20230329233902/http://www.postel.org/rbridge/trill-t utorial.pdf) (PDF). *postel.org*. Donald E. Eastlake 3rd, Huawei. Archived from the original (http://w ww.postel.org/rbridge/trill-tutorial.pdf) (PDF) on 2023-03-29. Retrieved 2022-01-14.

21. "IEEE 802.1: 802.1aq - Shortest Path Bridging" (https://ieee802.org/1/pages/802.1aq.html). *ieee802.org*. Institute of Electrical and Electronics Engineers.

22. Shuang Yu (8 May 2012). "IEEE APPROVES NEW IEEE 802.1aq™ SHORTEST PATH BRIDGING STANDARD" (https://web.archive.org/web/20130514211405/http://standards.ieee.org/ news/2012/802.1aq.html). IEEE. Archived from the original (http://standards.ieee.org/news/2012/8 02.1aq.html) on 14 May 2013. Retrieved 2 June 2012.

23. Peter Ashwood-Smith (24 Feb 2011). "Shortest Path Bridging IEEE 802.1aq Overview" (https://we b.archive.org/web/20130515115628/http://meetings.apnic.net/__data/assets/pdf_file/0012/32007/ APRICOT_SPB_Overview.pdf) (PDF). Huawei. Archived from the original (http://meetings.apnic.n et/__data/assets/pdf_file/0012/32007/APRICOT_SPB_Overview.pdf) (PDF) on 15 May 2013. Retrieved 11 May 2012.

24. Jim Duffy (11 May 2012). "Largest Illinois healthcare system uproots Cisco to build $40M private cloud" (http://www.pcadvisor.co.uk/news/internet/3357242/largest-illinois-healthcare-system-uproots-cisco-build-40m-private-cloud/). PC Advisor. Retrieved 11 May 2012. "Shortest Path Bridging will replace Spanning Tree in the Ethernet fabric."

25. "IEEE Approves New IEEE 802.1aq Shortest Path Bridging Standard" (http://www.techpowerup.com/165594/IEEE-Approves-New-IEEE-802.1aq-Shortest-Path-Bridging-Standard.html). Tech Power Up. 7 May 2012. Retrieved 11 May 2012.

26. Noormohammadpour, Mohammad; Raghavendra, Cauligi S. (2018). "Poster abstract: Minimizing flow completion times using adaptive routing over inter-datacenter wide area networks". *IEEE INFOCOM 2018 - IEEE Conference on Computer Communications Workshops (INFOCOM WKSHPS)*. IEEE. pp. 1–2. arXiv:1802.09080 (https://arxiv.org/abs/1802.09080). doi:10.1109/INFOCOMW.2018.8406853 (https://doi.org/10.1109%2FINFCOMW.2018.8406853). ISBN 978-1-5386-5979-3.

27. Noormohammadpour, Mohammad; Raghavendra, Cauligi S. (2018). "Datacenter Traffic Control: Understanding Techniques and Tradeoffs" (https://hal.science/hal-01811647/document). *IEEE Communications Surveys & Tutorials*. **20** (2): 1492–1525. arXiv:1712.03530 (https://arxiv.org/abs/1712.03530). doi:10.1109/COMST.2017.2782753 (https://doi.org/10.1109%2FCOMST.2017.2782753). ISSN 1553-877X (https://search.worldcat.org/issn/1553-877X).

28. "Failover and load balancing" (https://www.ibm.com/support/knowledgecenter/en/SSVJJU_6.4.0/com.ibm.IBMDS.doc_6.4/ds_ag_srv_adm_dd_failover_load_balancing.html). *IBM*. Retrieved 6 January 2019.

29. "Optimize Traffic Management for AI Factory Data Ingest" (https://www.f5.com/company/blog/ai-factory-traffic-management-data-ingest). *F5, Inc*. Retrieved 2025-01-30.

30. "Optimize, Scale, and Secure AI Interactions" (https://www.f5.com/solutions/use-cases/optimize-scale-and-secure-ai). *F5, Inc*. Retrieved 2025-01-30.

# External links

- Server routing for load balancing with full auto failure recovery (https://web.archive.org/web/20230329234046/http://www.udaparts.com/document/articles/snpisec.htm) at the Wayback Machine (archived 2023-03-29)

Retrieved from "https://en.wikipedia.org/w/index.php?title=Load_balancing_(computing)&oldid=1304508110"

# EXHIBIT 15

*Help for Network Administrators*



Server
Load
Balancing

O'REILLY®

*Tony Bourke*

### Server Load Balancing
by Tony Bourke

Copyright © 2001 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 101 Morris Street, Sebastopol, CA 95472.

**Editor:** Jim Sumser

**Production Editor:** Matt Hutchinson

**Cover Designer:** Emma Colby

**Printing History:**

> August 2001:          First Edition.

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks of O'Reilly & Associates, Inc. Alteon WebOS, Foundry ServerIron, Cisco WebNS, Cisco CSS, F5 Network's BIG-IP, and Arrowpoint are registered trademarks. Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps. The association between the image of a jacana and the topic of server load balancing is a trademark of O'Reilly & Associates, Inc.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.

ISBN:  0-596-00050-2
[M]                                                                              [9/01]

Copyrighted material

useless, since all traffic from the web server's point of view comes from one IP address.

A situation like this has limited uses in SLB and won't be discussed beyond this chapter. It can sometimes be useful for features such as proxy serving and cache serving, but for SLB, full-NAT is not generally used.

# *Under the Hood*

SLB devices usually take one of two basic incarnations: the switch-based load balancer or the server-based load balancer. Each has its general advantages and drawbacks, but these greatly depend on how the vendor has implemented the technology.

## *Server-Based Load Balancers*

Server-based load balancers are usually PC-based units running a standard operating system. Cisco's LocalDirector and F5's BIG-IP are both examples of server-based load balancers. SLB functions are performed by software code running on top of the network stack of the server's OS. Generally, the OS is an OEMed version of a commercial OS such as BSDI or a modified freeware OS such as Linux or FreeBSD. In a load balancer such as Cisco's LocalDirector, the entire OS is written by the manufacturer.

Server-based load balancers are typically easy to develop for because the coding resources for a widely used OS are easy to come by. This can help shorten code and new-feature turnaround, but it can also be a hindrance. With shorter code cycles, bugs can become more prevalent. This easy development cycle means that sever-based load balancers are typically flexible in what they can do. New features can be rolled out swiftly, and the machines themselves can take on new and creative ways of performance monitoring, as well as other tasks.

## *Switch-Based Load Balancers*

Switch-based load balancers, also known as hardware-based load balancers, are devices that rely on Application Specific Integrated Circuit (ASIC) chips to perform the packet-rewriting functions. ASIC chips are much more specialized processors than their Pentium or PowerPC cousins. Pentium and PowerPC chips have a general instruction set to them, which enables a wide variety of software to be run, such as Quake III or Microsoft Word. An ASIC chip is a processor that removes several layers of abstraction from a task. Because of this specialization, ASIC chips often perform software tasks much faster and more efficiently than a general processor. The drawback to this is that the chips are very inflexible. If a new task is

# EXHIBIT 16

# Server Definition

A *server* is a a software program, or the computer on which that program runs, that provides a specific kind of service to *client* software running on the same computer or other computers on a network.

The *client-server* model is an *architecture* (i.e., a system design) that divides processing between clients and servers that can run on the same machine or on different machines on the same network. It is a major element of modern operating system and network design.

The client provides the user interface, such as a GUI (graphical user interface), and performs some or all of the processing on requests it makes from the server, which maintains the data and processes the requests.

An example is a *web server*, which stores files related to web sites and *serves* (i.e., sends) them across the Internet to clients (i.e., web browsers) when requested by a user. By far the most popular web server program is *Apache*, which is claimed to host more than 68 percent of all web sites on the Internet.

As is the case with other server software, Apache can run on computers which are used for multiple purposes, such as ordinary desktop computers, as well as on dedicated hardware.

A *file server* is software, or hardware plus software, that is dedicated to storing files and making them accessible for reading and writing to clients (i.e., users) across a network. A *print server* is software or hardware that manages one or more printers. A *network server* manages network traffic. A *name server* maps user and computer names to machine addresses. A *database server* allows clients to interact with a database. An *application server* runs applications for clients.

A single computer can have multiple server software applications running on it. Also, it is possible for a computer to be both a client and a server simultaneously; this is accomplished by connecting to itself in the same way that a separate computer would.

Many large enterprises employ numerous dedicated server machines. A collection of servers in one location is commonly referred to as a *server farm*. If very heavy traffic is expected, *load balancing* is usually employed to distribute the requests among the various servers so that no single machine is overwhelmed.

Due to the continual demand for ever more powerful servers in ever decreasing spaces, higher density configurations have been developed. In particular, *blade server* incorporate a number of sets of server hardware, sometimes as many as nine, each housed inside a high-density module known as a *blade*, within the space typically occupied by a single computer.

Confusion often arises with regard to the use of the term *server* in the context of the *X Window System*, an extensively used and free client-server system for managing GUIs

(but not for creating the GUI itself) on single computers and on networks of computers. The *X server* resides on each local computer (i.e., those used directly by users) instead of on a remote computer, where it provides access to computer input and output devices (e.g., monitors, keyboards and mice) and performs basic graphics functions. The *X clients* are the application programs, and they can run on either some other computer on the network and serve many machines containing X servers or they can run on the same machines as the X servers.

Created May 16, 2005.
Copyright © 2005 The Linux Information Project. All Rights Reserved.

# EXHIBIT 17

Journal of Algorithms **35**, 1–16 (2000)

doi:10.1006/jagm.2000.1074, available online at http://www.idealibrary.com on IDE✦L®

# Load Balancing for Response Time

Jeffery Westbrook[1]

*AT & T Labs—Research, Florham Park, New Jersey 07932*

Received July 26, 1995

A centralized scheduler must assign tasks to servers, processing on-line a sequence of task arrivals and departures. Each task runs for an unknown length of time, but comes with a weight that measures resource utilization per unit time. The *response time* of a server is the sum of the weights of the tasks assigned to it. The goal is to minimize the maximum response time of any server. Previous papers on on-line load balancing have generally concentrated only on keeping the current maximum load bounded by some function of the maximum off-line load ever seen. Our goal is to keep the current maximum load on an on-line server bounded by a function of the current off-line load. Thus the loads are not permanently skewed by transient peaks, and the algorithm takes advantage of reductions in total weight. To achieve this, the scheduler must occasionally reassign tasks, in an attempt to decrease the maximum load. We study several variants of load balancing, including identical machines, related machines, and virtual circuit routing. In each case, only a limited amount of reassignment is used but the load is kept substantially lower than possible without reassignment.    © 2000 Academic Press

## 1. INTRODUCTION

This paper examines on-line or dynamic load balancing problems that arise in heterogeneous distributed systems containing workstations, I/O devices, and variable-bandwidth communication channels. A typical instance consists of a fixed set $V$ of $n$ servers and a set of tasks $U$ to be processed by those servers. Each task $u \in U$ is made up of a sequence of subtasks, or basic steps, and has a weight, $w_u$, which is in some way a measure of the amount of service needed to perform a basic step. The tasks arrive and depart on-line. That is, the arrival time and the number of subtasks are unknown in advance.

[1] This work was done while the author was a member of the Department of Computer Science, Yale University, New Haven, CT 06520. A preliminary version of this paper appeared in the 1995 European Symposium on Algorithms. E-mail: jwestbrook@acm.org.



0196-6774/00 $35.00
Copyright © 2000 by Academic Press
All rights of reproduction in any form reserved.

For example, the servers may be communication channels between two sites and the tasks video transmissions made up of streams of packets. The weight of such a task is the time required to transmit one packet, generally a linear function of the packet size. The total number of packets in each task is unknown, however, as is the start time of each task. As another example, the servers might be distributed database platforms and the tasks application programs performing a sequence of accesses to the database. The weight of such a task is the time for an individual access. Again, the total number of queries per task is unknown, as is the start time of each task.

The *load* on a server is the sum of the weights of the tasks assigned to it. The *response time* for a task is the time required to perform a basic unit of the task, such as transmit a single packet or answer a single database query. Assuming that a server timeshares fairly among the tasks assigned to it, the response time is bounded by the load. Response time is important when a human user is involved, as with video transmissions or database queries. Response time is also important when each task is a thread of a parallel communication, comprised of subtasks separated by synchronization barriers. Each task should get to the synchronization barriers at roughly the same rate. The *load balancing problem* is the problem of keeping the tasks distributed over the servers so that no server has too high a load, i.e., the maximum load is minimized.

More formally, a load-balancing problem consists of a game between an algorithm and an adversary. At the start of round $t$, there is a set of *active tasks*, $U(t)$. In a round, the adversary may add a new task to $U(t)$, or it may remove a task from $U(t)$. In response, the algorithm must assign any new task to some server or set of servers. It may also reassign tasks among servers. We refer to $t$ as the *time*. An optimal assignment of the active tasks minimizes the maximum load. Let $\lambda_t^*$ be the maximum load in an optimal assignment of the tasks active at time $t$. For an on-line load-balancing algorithm $A$, let $A(t)$ denote the maximum load on any server at time $t$ if $A$ is used to determine assignment of tasks to servers. Note that $\lambda_t^*$ depends only on $U(t)$, whereas $A(t)$ in general depends on the entire history of task arrivals and departures.

We say $A$ is $c$-competitive against *peak load* if

$$\forall t, \quad A(t) \leq \max_{t' \leq t} c \lambda_{t'}^*.$$

That is, the maximum load on an on-line server is bounded by $c$ times the maximum optimal load ever seen. We say $A$ is $c$-competitive against

*current load* if

$$\forall t, \quad A(t) \leq c\lambda_t^*.$$

That is, the maximum load on an on-line server is no more than $c$ times the maximum load in an optimal assignment of the currently active tasks.

Almost all previous papers on competitive on-line load balancing have dealt only with peak load. In [1, 4, 5], tasks never depart, in which case current and peak load are equivalent. In [2, 3], tasks may depart but the algorithms are competitive against peak load only. In this paper, we examine the design of algorithms that are competitive against current load.

The distinction between peak load and current load is significant. The peak load measurement is useful in network design, where it can be used, in conjunction with an estimate of the peak optimum load, to determine how fast a server must be to ensure a given upper bound on response time. The current load measurement is important when the system is actually running. Suppose a large number of video transmissions across a network start simultaneously. Viewers will see jerky images, since each individual frame in the image is slow to arrive through the network. Nothing can be done, since the network is heavily loaded. But suppose that most of transmissions are short and end quickly, leaving only a few long-term transmissions. The algorithm that assigns tasks to channels may have assigned all the long transmissions to the same channel, not knowing in advance which transmissions were long and which were short. Even if the load on this channel is competitive with the prior peak load, it is of little consolation to the viewers, who must continue to watch a jerky transmission even though the short-term jobs have left and there is enough capacity to send the long-term transmissions at a fast rate. The behavior of load-balancing algorithms that are competitive against current load cannot be skewed by an initial peak. The current load measure is also used in the application of load balancing to network flow described in [10]. Naturally, an algorithm that is $c$-competitive against current load is $c$-competitive against peak load.

The video transmission example suggests that to be competitive against current load, the on-line scheduler must sometimes reassign tasks to different servers. Such a reassignment is called a *preemption*, and an algorithm that may reassign tasks is called *preemptive*. A task should not be preempted too often, however. Usually, a certain amount of preprocessing is done in assigning a task, such as setting the switches in a virtual network circuit, or building search data structures for database queries. The cost of doing this work is called the *restart cost*. By constantly reassigning tasks, the algorithm can achieve the optimal maximum load,

but all the server time will be taken up by restarts. Our results explore the tradeoff between restart cost and load balance.

We consider the following specific load balancing problems. The survey paper by Lawler *et al.* [9] lists many others.

• Identical Machines: Each task $u$ has an associated weight $w_u$ and can be served by any one of the servers. All servers run at the same speed. The load on server $v$ is the sum of the weights assigned to it.

• Related Machines: The same as the previous problem, except that each server $v$ runs at a different speed. This is expressed as a capacity value, $\text{cap}_v$, which is the work machine $v$ can accomplish per unit time. The load on $v$ is the sum of the assigned weights divided by $\text{cap}_v$.

• Virtual Circuit Routing: The servers are the edges of an undirected graph. Each edge has an associated capacity $\text{cap}_e$. A task $u$ is a request for a connection between two nodes $s_u, t_u$. The set of servers assigned to the task must form a path between $s_u$ and $t_u$. Each task has an associated weight $w_u$. The load on an edge is the sum of the weights of the connections using that edge divided by its capacity.

Observe that for all these problems, an algorithm that never reassigns tasks is at best $n$-competitive against current load. This is easily seen. Each problem contains the identical machines problem as a restriction. In the identical machines problem, an adversary may generate $n^2$ unit costs tasks, after which some server $v$ must have load at least $n$. The adversary then deletes all tasks except for those on $v$. On the other hand, as noted in [3], Graham's [7] list processing heuristic for identical machines, which simply assigns each new task to the least loaded server and never reassigns a task, is 2-competitive against peak load.

To measure the cost of reassignment, we assume that each task $u$ has an associated restart cost $r_u$. The restart cost is incurred every time $u$ is assigned or reassigned to some server or connection path. We assume that $r_u$ depends only on $u$. That is, $r_u$ does not vary with the time of assignment or the servers to which $u$ is assigned. In most of this paper we assume either that $r_u = 1$ or $r_u = c \cdot w_u$ for a fixed constant $c$. In the final section we give a method to handle restart cost functions of the form $r : U \to R^+$ at the price of an increase in the competitive ratio. Dealing with restart costs that depend upon time and server is an intriguing open problem. The algorithms in this paper keep the total cost of reassignments bounded by some small function, usually linear, of the sum $S = \Sigma_{u \in U} r_u$. Since each task incurs its restart cost at least once, when it is first assigned, any algorithm must incur a total restart cost of at least $S$.

We first present a simple algorithm for the case of identical machines that is 6-competitive against current load, with total restart cost either $2S$

or $3S$, depending on whether the restart costs are unit or equal to a constant times the weight of a task, respectively. This bound can be improved to 5.83 by a slight tuning of the algorithm. Section 4 gives a general *witness-based* strategy for constructing algorithms competitive against current load and uses it to derive an $(8 + \epsilon)$-competitive algorithm for related machines, $\epsilon$ an arbitrarily small constant, with total restart cost $O(S)$. Previously, Azar *et al.* gave an algorithm for related machines that is 20-competitive against peak load [4], but not competitive against current load. Their algorithm never reassigns a task.

In Section 5 we give an algorithm for virtual circuit routing that is $O(\log n)$-competitive against current load, with restart cost $O(S \log n \log(C/\text{cap}_{\min}))$, where $C$ is the sum of edge capacities and $\text{cap}_{\min}$ is the minimum edge capacity. This algorithm is based on an algorithm of Azar *et al.* [2] that is $O(\log n)$ competitive against peak load, not competitive against current load, and reassigns each task $O(\log n)$ times. Finally, in Section 6 we give a general method to handle restart cost functions of the form $r : U \to R^+$.

## 2. IDENTICAL MACHINES

In this section we give an algorithm that is 6-competitive against current load. It performs $2S$ reassignments in the case that the restart cost $r_u = 1$ for all $u \in U$, and $3S$ reassignments in the case that $r_u = cw_u$, $c$ a constant, for all $u \in U$. There are several previous algorithms that are competitive against peak load with a ratio $2 - \epsilon$ for a small constant $\epsilon$ [6−8]. None of these reassign tasks, and hence none are better than $n$-competitive against current load.

First, consider a particularly simple case: $w_u = 1$ for all $u \in U$. It is easy to show that $\lambda_t^* = \lceil |U(t)|/n \rceil$. Furthermore, it is easy to maintain on-line an assignment of the active tasks that achieves this optimum load, and incurs total reassignment cost $2S$. When a task arrives, it is placed on a server with minimum load. When a task departs from server $v_j$, a task is moved from some server with maximum load to server $v_j$, unless $v_j$ itself has maximum load. The restart cost of the reassignment is charged to the departing task.

Now suppose that $r_u = c \cdot w_u$ for some constant $c$. Let $\alpha > 1$ be an arbitrary constant. At time $t$, let $w_{\min} = \min_{u \in U(t)} w_u$ and let $w_{\max} = \max_{u \in U(t)} w_u$. Let $a = \lfloor \log_\alpha w_{\min} \rfloor$ and $b = \lfloor \log_\alpha w_{\max} \rfloor$. Partition the jobs by size into $b - a + 1$ classes, so that class $i$ contains all jobs $u \in U(t)$ such that $\alpha^i \le w_u < \alpha^{i+1}$, $a \le i \le b$. Let $U_i(t)$ denote the set of tasks in class $i$ at time $t$.

Each class is managed independently. Within class $i$, each job is treated as though it had size 1, and the unit-weight algorithm described above is used to keep the loads balanced. If a new task arrives, it is assigned into the appropriate class, adjusting the partition upward or downward as necessary if the new task changes the bound $a$ or $b$. When a task departs, the appropriate reassignment is done within its class, and the partition is again adjusted if the task departure changes $a$ or $b$.

THEOREM 2.1. *The algorithm maintains load within $\alpha + (\alpha^2/(\alpha - 1))$ times the current optimum. Over all assignments and reassignments, the total cost of assignments and reassignments is $2S$, where $S = \sum_{u \in U} r_u$, if $r_u = 1$ $\forall u \in U$, or $(1 + \alpha)S$, if $r_u = cw_u$ $\forall u \in U$, $c$ a constant.*

*Proof.* Since class $b$ contains at least one job, $\lambda_t^* \geq \alpha^b$. Also, $\lambda_t^* \geq \sum_{i=a}^{b} \alpha^i |U_i(t)|/n$; this sum is a lower bound on the average total weight per processor. Conversely, the maximum load on any on-line server is at most the sum of the maximum loads in each class. Hence

$$A(t) \leq \sum_{i=a}^{b} \alpha^{i+1} \lceil |U_i(t)|/n \rceil \leq \sum_{i=a}^{b} \alpha^{i+1} \big(1 + \big(|U_i(t)|/n\big)\big)$$

$$\leq \alpha \left( \sum_{i=a}^{b} \alpha^i |U_i(t)|/n \right) + \alpha^2/(\alpha - 1) \cdot \alpha^b.$$

The competitive ratio is maximized when the two lower bounds on $\lambda_t^*$ are equal, which gives $A(t) \leq (\alpha + \frac{\alpha^2}{\alpha - 1})\lambda_t^*$.

Each departing job is charged for at most one reassignment. In the case that $r_u = cw_u$, however, the reassigned job may be as much as $\alpha$ times as large as the departing job, in which the departing job is charged $\alpha$ times its own restart cost. ∎

Choosing $\alpha = 2$ gives a competitive ratio of 6 and startup costs of $2S$ and $3S$ for the cases of unit restart cost or proportional restart cost, respectively. An optimal choice of $\alpha = 1 + 1/\sqrt{2}$ improves the ratio to approximately $3 + 2\sqrt{2} \approx 5.83$ and the restart costs to $2S$ or $(2 + 1/\sqrt{2})S \approx 2.71 \cdot S$, respectively.

## 3. WITNESS-BASED PARTITIONS

The paradigm used in the remaining sections of this paper is as follows. Assume the existence of a load-balancing algorithm, $A$, parameterized by $\lambda$, with the following properties. When a new task $u$ is added to the active set $U(t)$, $A$ either assigns $u$ so that the maximum load is at most $f(n)\lambda$, or

reports (correctly) that in any assignment of $U(t) \cup \{u\}$, the maximum load is greater than $\lambda$. In the first case $A$ *accepts* $u$, and in the second case $A$ *rejects* $u$. Algorithm $A$ may perform rebalancing after task arrivals or departures, but the restart cost incurred will be limited. Algorithm $A$ is called the *one-level* algorithm and is used as a subroutine.

We maintain a partition of the active tasks, $U(t)$, into "levels" $U_i(t)$, $a \le i \le q$, where $q \le \lceil \log \lambda_t^* \rceil$. The lower bound $a$ depends on the particular application and is chosen so that the restart cost can be bounded.

The partition changes as jobs arrive and depart, but will always satisfy the following condition: the load on a server due to jobs in $U_i(t)$ is at most $f(n)\lambda_i$, where $f(n)$ is some function of $n$ and $\lambda_i = 2^i$. A partition that satisfies this conditions is called a $f(n)$-*witness partition*.

LEMMA 3.1.    *An on-line algorithm that maintains a $f(n)$-witness partition is $4f(n)$-competitive against current load.*

*Proof.* The on-line load is at most $\sum_{i=a}^{q} 2^i f(n) \le \sum_{i=-\infty}^{q} 2^i f(n) \le 2^{q+1} f(n) \le f(n) 2^{2+\log \lambda_t^*}$. ∎

Each level in the partition is regarded as a separate instance of the load-balancing problem, and managed using the one-level algorithm. To assign a new task $u$, we proceed as follows. The value of $a$ may be adjusted down if the new task is sufficiently small. Then, starting at level $i = a$, we attempt to put $u$ into level $i$, using the one-level algorithm. If the one-level algorithm accepts $u$, we are done. If it rejects $u$, we increment $i$ by 1 and repeat. Once $i = \lceil \log \lambda_t^* \rceil$, the insertion must be accepted by definition of the one-level algorithm. Finally, we set $q = \max\{q, i\}$.

To delete task $u$, we remove it from whatever level it belongs to, using the one-level algorithm. This may cause local rebalancing within that level. The value of $a$ is adjusted upward if the bottom level becomes empty. Then a global rebalancing phase occurs. Each task $u$ in level-$q$ is selected in turn, and an attempt is made to reinsert $u$ into a lower level, starting at level $a$ and proceeding to higher levels. If $u$ is accepted by some level below $q$, then the next task in level $q$ is selected and rebalancing continues. If level $q$ is emptied of tasks, then $q$ is decremented and global rebalancing resumes on the new maximum level. If $u$ is rejected by all levels below $q$, and in particular by level $q - 1$, then $u$ is left in level $q$ and global rebalancing terminates. By the definition of the one-level algorithm, a rejection by level $q - 1$ implies $\lambda_t^* > 2^{q-1}$, which implies $q \le \lceil \log \lambda_t^* \rceil$. Task $u$ is called a *witness for load* $2^q$.

The partition limits the restart cost incurred during global rebalancing in the following way. Suppose task $u$ is reassigned from $q$ down to $q'$. When $u$ first arrived, it must have been rejected by level $q'$ to end up in $q$. Since $q'$ now accepts $u$, it must be that some number of tasks have

departed from level $q'$ in the meantime. The restart cost of moving $u$ can be amortized against the restart costs of the departed jobs. The precise details of the amortization argument depend on the application.

## 4. RELATED MACHINES

In the related machines problem, each machine $v_j$, $1 \leq j \leq n$, has a particular capacity or throughput, $\text{cap}_j$. Without loss of generality, let $\text{cap}_j \geq \text{cap}_{j+1}$ for all $1 \leq j < n$. Let $W_j(t)$ denote the sum of the weights of tasks assigned to server $v_j$ at time $t$. The load on server $j$ at time $t$ is given by $W_j(t)/\text{cap}_j$. An algorithm for the special case that tasks never depart is given in [1].

### 4.1. *Algorithm ONE-LEVEL*

Following the witness paradigm, we begin by giving a one-level algorithm for related machines, called ONE-LEVEL. Given a parameter $\lambda$, ONE-LEVEL keeps the load bounded by $(1 + \beta)\lambda$ where $\beta > 1$ is any constant. If the total weight of all tasks ever accepted is $W$, then ONE-LEVEL reassigns a total weight of $W(1 + 1/(\beta - 1))$. ONE-LEVEL is derived from the nonpreemptive algorithm of [1].

Recall $W_j(t)$ is the total weight assigned to processor $v_j$ at time $t$. We also define a quantity $M_j(t)$, which will roughly be the maximum weight ever on processor $v_j$ since it was last rebalanced. For convenience, we will drop the time parameter unless required and simply refer to $W_j$ and $M_j$. When $t$ is omitted, it is assumed to be the current time.

*Insertion.* Let $u$ be a new task, with weight $w_u$. Let $j$ be the maximum index such that $(W_j + w_u)/\text{cap}_j \leq (1 + \beta)\lambda$. If there is no such $j$, then reject task $u$. Otherwise, assign task $u$ to processor $j$, increase $W_j$ by $w_u$, and set $M_j = \max\{W_j, M_j\}$.

*Deletion.* Let $u$ be the job that is departing, say from processor $j$. Decrease the value of $W_j$ by $w_u$. Then apply the following rebalancing procedure:

1. Let $l = \max\{k \mid \sum_{j=1}^{k} M_j - \beta W_j \geq 0\}$

2. If there is no such $l$, then stop.

3. Otherwise, for all $j \leq l$, set $M_j = 0$, $W_j = 0$. Preempt all jobs assigned to servers $v_1, \ldots, v_l$ and reassign them by re-inserting them one by one, using the above insertion algorithm.

The insertion and deletion routines preserve the following two properties:

PROPERTY 4.1.    $M_j(t) \geq W_j(t) \; \forall t, j$.

PROPERTY 4.2.    $\sum_{j=1}^{k}(M_i - \beta W_i) < 0$, for all $1 \leq k \leq n$.

LEMMA 4.3.    Let $u$ be a task assigned to processor $v_k$. For all $j > k$, $(M_j + w_u)/\mathrm{cap}_j > (1 + \beta)\lambda$.

*Proof.* Let $t$ be the current time and $t' < t$ the last time at which ONE-LEVEL assigned $u$ to $v_k$. Then $M_j(t) \geq M_j(t')$ for all $j > k$. Otherwise, $M_j$ must have been decreased at some time $t'' > t'$. But $M_j$ can only be decreased in a rebalancing operation, at which time all jobs on servers numbered lower than $j$ are reassigned, contradicting the assertion that $u$ was assigned to $v_k$ at time $t' < t''$. Since $u$ was not placed on server $v_j$, it must be that $(M_j(t') + w_u)/\mathrm{cap}_j \geq (W_j(t') + w_u)/\mathrm{cap}_j > (1 + \beta)\lambda$. ∎

LEMMA 4.4.    *Suppose task $u$ is rejected upon attempted insertion at time $t$. Let $\lambda^*$ be the maximum load in the optimum assignment of the active tasks, $U(t)$, including $u$. Then $\lambda^* > \lambda$.*

*Proof.* Let $l$ be minimal such that $M_l/\mathrm{cap}_l < \beta\lambda$. If there is no such $l$, define $l = n + 1$.

Suppose $l = 1$. Since $u$ is rejected it must be the case that $w_u/\mathrm{cap}_1 > (1 + \beta)\lambda - W_1/\mathrm{cap}_1$. Since $\lambda^* \geq w_u/\mathrm{cap}_1$ and $W_1/\mathrm{cap}_1 \leq M_1/\mathrm{cap}_1 < \beta\lambda$, it follows that $\lambda^* > \lambda$.

Suppose $l > 1$. For all servers $j < l$, $M_j/\mathrm{cap}_j \geq \beta\lambda$. Let $X$ be the set of tasks currently assigned by ONE-LEVEL to servers $v_1, \ldots, v_{l-1}$. Given some optimal assignment of tasks to servers, consider where the tasks in $X$ are located.

Suppose that in the optimal assignment, all tasks in $X$ are also assigned to servers $v_1, \ldots, v_{l-1}$. Let $W_j^*$ be the weight on $v_j$ in the optimal assignment. We have $\lambda^* \geq W_j^*/\mathrm{cap}_j$ for all $j < n$. Hence $\lambda^* \sum_{i=1}^{l-1} \mathrm{cap}_i \geq \sum_{i=1}^{l-1} W_i^* \geq \sum_{i=1}^{l-1} W_i$. By Property 4.2, $\sum_{i=1}^{l-1} W_i > \sum_{i=1}^{l-1} M_i/\beta \geq \lambda \sum_{i=1}^{l-1} \mathrm{cap}_i$. Thus $\lambda^* > \lambda$.

Now suppose that in the optimal assignment there is some task $x \in X$ that is assigned to some server $v_k$, $k \geq l$. Suppose ONE-LEVEL has assigned $x$ to $v_{k'}$, $k' < l$. By Lemma 4.3, $(M_l + w_x)/\mathrm{cap}_l > (1 + \beta)\lambda$. Since $M_l/\mathrm{cap}_l < \beta\lambda$, it follows that $\lambda^* \geq w_x/\mathrm{cap}_k \geq w_x/\mathrm{cap}_l > \lambda$. ∎

LEMMA 4.5.    *Over a series of $m$ task insertions and departures, if the total weight of all tasks is $W$, the total weight of assigned and reassigned tasks is $(1 + (1/(\beta - 1)))W$.*

*Proof.* We perform an amortized analysis. Let $M(t) = \sum_{j=1}^{n} M_j(t)$ and define the potential function

$$\Psi = \frac{M(t)}{\beta - 1}.$$

For any insertion, deletion, or rebalancing operation, the amortized reassigned weight is defined to be the actual reassigned weight plus the change in the potential function $\Psi$. The sum over all operations of the amortized reassigned weight per operation gives an upper bound on the total actual reassigned weight.[2]

When task $u$ is assigned to processor $v_j$, the amortized assigned weight is $w_u(1 + (1/(\beta - 1)))$. When $u$ departs, $\Psi$ does not change and the amortized weight reassigned is zero. Suppose a rebalancing step reassigns all tasks on servers $v_1, \ldots, v_k$. Let $\Delta W = \sum_{j=1}^{k} W_j$ and $\Delta M = \sum_{j=1}^{k} M_j$. The actual weight reassigned is $\Delta W$. The potential initially decreases by $\Delta M / (\beta - 1)$ as $M_j$'s are set to zero, and then increases by at most $\Delta W/(\beta - 1)$ as the tasks are reassigned. By definition, $\Delta M - \beta \Delta W \geq 0$, which implies $\Delta W - \Delta M \leq -(\beta - 1)\Delta W$. The net potential change is $(\Delta W - \Delta M)/(\beta - 1) \leq -\Delta W$. Thus the amortized reassigned weight is zero. ∎

### 4.2. *A Witness-Based Algorithm for Related Machines*

Algorithm ONE-LEVEL is used to maintain a witness-based partition for related machines. To derive a good amortized bound on the restart cost, several modifications are made to the basic definitions of a witness based strategy.

Call a task $u$ *new* if it has never been assigned to a processor, otherwise *old*. Algorithm ONE-LEVEL is allowed to accept a new task into level $i$ if it can be placed on some processor $v_j$ without increasing the load beyond $(1 + \beta + \alpha)\lambda_i$, where $\alpha > 0$ is any constant. As before, ONE-LEVEL rejects an old task unless it can be placed without increasing the load beyond $(1 + \beta)\lambda_i$. Recall that the partition has levels $a \leq i \leq q$. The lower bound $a$ is set to $\min_{u \in U(t)} \lfloor \log w_u/((1 + \beta + \alpha)\text{cap}_1) \rfloor$. For level $i$, let $W_{iv}$ denote the value of $W_v$ for server $v$ in level $i$. Extend the definition of $M_v$ to $M_{iv}$ similarly.

A global rebalancing consists of some number of repetitions of the following steps. Determine $q$, the maximum occupied level, and $v_j$, the minimum numbered processor holding a task in level $q$. Select any task $u'$ assigned to $j$ at level $q$. Attempt to insert $u$ into level $q - 1$ using

---

[2] See [11] for a complete discussion of amortization.

algorithm ONE-LEVEL. If $u$ is rejected, terminate rebalancing. If $u$ is accepted, and reassigned from processor $v_j$ in level $q$ to processor $v_k$ in level $q-1$, then $W_{qj}$ and $M_{qj}$ are decreased by $w_u$ and we continue performing the rebalancing steps.

THEOREM 4.6. *The witness-based algorithm is* $4(1 + \beta + \alpha)$-*competitive against current load. If the total weight of all tasks is* $W$, *then the total weight that is reassigned is* $W(1 + (\beta^2 + \beta + \alpha)/\alpha(\beta - 1))$.

*Proof.* It is not hard to verify that Lemma 4.4 still holds for the modified algorithm. Propositions 4.1 and 4.2 remain true when $M_{qj}$ and $W_{qj}$ are reduced during global rebalancing. Lemma 4.3 also remains true: as long as task $u$ is assigned to $v_k$ in level $q$, no $M_{qj}$, $j > k$, can be reduced except in a ONE-LEVEL rebalancing. ($M_{qj}$ can be reduced in global rebalancing only if there are no tasks on processors $v_k$, $k < j$.) Finally, if ONE-LEVEL rejects a new task $u$ from level $i$, it is certainly true that for all $j$, $(W_{ij} + w_u)/\mathrm{cap}_j > (1 + \beta)\lambda_i$. Hence the modified algorithm correctly maintains a witness partition, with $f(n) = (1 + \beta + \alpha)$. The competitive ratio follows from Lemma 3.1.

To show the bound on total weight reassigned, we extend the amortized analysis of Lemma 4.5. Define a new value, $\hat{M}_{ij}$, which will roughly be the maximum total weight on processor $v_j$ due to tasks in level $i$, since $i$ was last the top level. (This value is used only for purposes of analysis, and is not maintained by the algorithm.) Upon any assignment of a task $u$ to processor $v_j$ in level $i$ at time $t$, set $\hat{M}_{ij} = \max\{\hat{M}_{ij}, W_{ij}(t)\}$. During global rebalancing, if task $u$ is reassigned from processor $v_j$ in level $q$ to some processor in level $q - 1$, set $\hat{M}_{qj} = \hat{M}_{qj} - w_u$.

Let $M = \sum_{i=0}^{q} \sum_{j=1}^{n} M_{ij}$ and $\hat{M} = \sum_{i=0}^{q} \sum_{j=1}^{n} \hat{M}_{ij}$. The potential function $\Psi$ of Lemma 4.5 is extended to a new potential function

$$\Phi = \frac{1 + \beta}{\alpha} \hat{M} + \frac{1}{\beta - 1}\left(1 + \frac{1 + \beta}{\alpha}\right) M.$$

The amortized weight assigned in inserting new task $u$ is $w_u(1 + (\beta^2 + \beta + \alpha)/\alpha(\beta - 1))$. The amortized weight assigned in a deletion is zero. Consider a ONE-LEVEL rebalancing, with reference to the proof of Lemma 4.5. First $M$ decreases by some amount $\Delta M$, and then $M$ and $\hat{M}$ increase by at most $\Delta W$, where $\Delta W$ is the total weight reassigned in the rebalancing. The change in $\Phi$ is therefore

$$\frac{-\Delta M}{\beta - 1}\left(1 + \frac{1 + \beta}{\alpha}\right) + \frac{1 + \beta}{\alpha}\Delta W + \frac{\Delta W}{\beta - 1}\left(1 + \frac{1 + \beta}{\alpha}\right).$$

Since $\Delta W - \Delta M \le -(\beta - 1)\Delta W$ (see Lemma 4.5) the net change in potential is $-\Delta W$, which pays for the actual weight reassigned.

Finally, consider a global rebalancing step, in which task $u$ is moved from processor $v_j$ in level $q$ to processor $v_k$ in level $q - 1$. The value of $M$ is nonincreasing, since $M_{qj}$ decreases by $w_u$ while $M_{(q-1)k}$ increases by at most $w_u$. The value of $\hat{M}_{qj}$ decreases by $w_u$, while $\hat{M}_{(q-1)k}$ increases by $w_u - s$, where $s$, the *slack*, is the difference between $\hat{M}_{(q-1)k}$ and $W_{(q-1)k}$ prior to reassigning $u$.

We claim that $s > \alpha\lambda_{q-1}\mathrm{cap}_k$, for the following reason. If $t$ is the current time, consider the time $t' < t$ at which $u$ was new. The choice of $a$ guarantees that level $q - 1$ existed when $u$ was new. Since $u$ was rejected by level $q - 1$, $(W_{(q-1)k}(t') + w_u)/\mathrm{cap}_k > (1 + \beta + \alpha)\lambda_{q-1}$. Since level $q - 1$ has not been the top level since time $t'$, $\hat{M}_{(q-1)k}$ has not decreased since time $t'$. Hence $\hat{M}_{(q-1)k} \ge W_{(q-1)k}(t')$. On the other hand, since $u$ can fit on $v_j$, $(W_{(q-1)k}(t) + w_u)/\mathrm{cap}_k \le (1 + \beta)\lambda_{q-1}$. Combining these observations yields $s > \alpha\lambda_{q-1}\mathrm{cap}_k$.

We have that $w_u \le (1 + \beta)\lambda_{q-1}\mathrm{cap}_k \le s(1 + \beta)/\alpha$. Therefore the potential decreases by at least $w_u$, and the amortized weight reassigned in a global rebalancing step is 0.  ∎

COROLLARY 4.7. *For any $\epsilon > 0$ there is a load-balancing algorithm for the related machines problem with competitive ratio $8 + \epsilon$ that incurs $O(S)$ startup cost.*

The corollary follows from Theorem 4.6 by choosing $\alpha$ and $\beta$ sufficiently small, and using the restriction that $S = cW$ for some constant $c$.

## 5. VIRTUAL CIRCUIT ROUTING

In the virtual circuit routing problem one is given a communication network modeled by an undirected graph. Each edge $e \in E$ has an associated capacity $\mathrm{cap}_e$. A task $u$ is a triple $(w_u, s_u, t_u)$, indicating the need for a weight $w_u$ connection between nodes $s_u$ and $t_u$. Each active task must be assigned a path in the graph, $P_u$, between $s_u$ and $t_u$, to serve as the virtual connection. The current weight on edge $e$ is defined as

$$W_e = \sum_{u \in U | e \in P_u} w_u.$$

The load on an edge is $W_e/\mathrm{cap}_e$. Recall we assume that the restart cost, $r_u = c \cdot w_u$. This restriction can be eased using the method of Section 6.

Azar *et al.* [2] give an algorithm, parameterized by $\lambda$, that keeps the maximum load on an edge $O(\lambda \log n)$ and reassigns each task $O(\log n)$ times, assuming that $\lambda^* \leq \lambda$. If ever a task cannot be assigned by their algorithm without making the maximum load too high, that task is a witness that $\lambda^* \leq \lambda$. We use the algorithm of Azar *et al.* as a one-level algorithm to maintain each level in a witness-based algorithm that is competitive against current load.

Let $C = \sum_{e \in E} \text{cap}_e$ and let $W(t) = \sum_{u \in U(t)} w_u$. Let $\lambda_t^*$ be the optimum maximum load. Then

$$\lambda_t^* \geq W_e^*(t)/\text{cap}_e \qquad \forall e \in E,$$

where $W_e^*(t)$ indicates the weight on $e$ in an optimal assignment of paths. Summing over $E$ gives

$$\lambda_t^* \sum_{e \in E} \text{cap}_e \geq \sum_{e \in E} W_e^*(t) \geq W(t)$$

$$\lambda_t^* \geq W(t)/C$$

On the other hand,

$$\lambda_t^* < W(t)/\text{cap}_{\min},$$

where $\text{cap}_{\min} = \min_{e \in E}\{\text{cap}_e\}$.

In the witness partition, the index of the lowest level, $a$, is approximately $\lfloor \log^{((W(t)/C)} \rfloor$. The value of $a$ is only adjusted, however, if the value of $W(t)$ has doubled or halved since $a$ was last set. In particular, a value $\overline{W}$ is maintained and $a = \lfloor \log(\overline{W}/C) \rfloor$. Initially, $\overline{W} = W(0) = 0$. If ever $\overline{W} > 2W(t)$ or $W(t) > 2\overline{W}$, the algorithm resets $\overline{W} = W(t)$, and recalculates $a$. Hence $a \geq \lfloor \log((W(t))/C) \rfloor - 1$ at all times, and the value of $a$ changes by plus or minus one. If $a$ increases, all jobs assigned to the former bottom level are reassigned using the standard reassignment algorithm.

The value of $q$, the highest level, is at most $\lfloor \log((W(t))/\text{cap}_{\min}) \rfloor$. During global rebalancing, select tasks to move down from level $q$ in any order. Deleting a task from $q$ and inserting it into $j < q$ may cause rebalancing within levels $q$ and $j$.

THEOREM 5.1. *The witness-based virtual circuit algorithm is $O(\log n)$-competitive against current load. If the total weight of all tasks is $W$, the total reassigned weight is $O(W \log n \log(C/\text{cap}_{\min}))$.*

*Proof.* We give an amortized bound on the total weight reassigned. For task $u \in U(t)$, let $l(u)$ be the level containing $u$ and $a(u, i)$ be the number of times $u$ has been reassigned by the one-level algorithm for level $i$.

Define

$$\Psi_u = \big[(c_1 \log n)(l(u) - a + 1) - a(u, l(u))\big]w_u,$$

where $c_1 \log n$ is the maximum number of times an item can be assigned or reassigned within a level by the one-level algorithm. Define a potential function

$$\Phi(t) = 2\left(1 + c_1 \log n \log \frac{C}{\mathrm{cap_{min}}}\right)\big|W(t) - \overline{W}\big| + \sum_{u \in U(t)} \Psi_u.$$

When $u$ is newly arrived,

$$l(u) - a = O\left(\log \frac{W(t)}{\mathrm{cap_{min}}} - \log \frac{W(t)}{C}\right) = O\left(\log n \log \frac{C}{\mathrm{cap_{min}}}\right).$$

Hence the amortized weight assigned on a new insertion is $O(w_u \log n \log(C/\mathrm{cap_{min}}))$. The amortized weight reassigned when $u$ is reassigned within a level or across levels is 0, since the decrease in $\Phi$ pays for the reinsertion.

If $a$ increases by 1, then at most $W(t)$ weight is reassigned. This weight increases in level by at most $\log(C/\mathrm{cap_{min}})$. Hence the increase in potential due to increases in $\Psi$ terms is at most $(c_1 \log n \log(C/\mathrm{cap_{min}}))W(t)$. Since $2\overline{W} < W(t)$, the decrease in potential after $\overline{W}$ is reset is at least

$$2\left(1 + c_1 \log n \log \frac{C}{\mathrm{cap_{min}}}\right)W(t)/2.$$

Hence the decrease pays for the increase in $\Psi$ as well as the reassignment of all tasks, for a net amortized cost of 0.

If $a$ decreases by 1, then $\overline{W} > 2W(t)$. No weight is reassigned, but the value of $l(u) - a$ increases by 1. The potential increase due to $\Psi$ terms is therefore $(c_1 \log n)W(t)$. This is paid for by the decrease of $2(1 + c_1 \log n \log(C/\mathrm{cap_{min}}))W(t)$ in the first term. ∎

Under the assumption that $r_u = c \cdot w_u$ the total reassignment cost is $O(S \log n \log(C/\mathrm{cap_{min}}))$.

## 6. UNRELATED WEIGHTS AND STARTUP COSTS

In the previous sections we gave algorithms that provide competitive bounds while guaranteeing that the total weight that is assigned and reassigned is bounded by a small function $f$ of the total weight of the input

tasks. Under the assumption that $w_u = c \cdot r_u$, this implies that the total assignment cost is bounded by the same function $f$ on the total startup cost. In this section we show how to extend these algorithms to handle any restart cost function of the form $r : u \to R^+$ (but still independent of $t$ and the servers involved in the restart). Tasks are partitioned by startup cost per unit weight, $r_u/w_u$. Let $a$ be the minimum value of this ratio over all input tasks and $b$ the maximum value.

Choose a parameter $1 \le \delta \le (b/a)$. Partition the input tasks into $O(\log_\delta(b/a))$ classes such that task $u$ is in class $i$ if

$$a \delta^i \le \frac{r_u}{w_u} < a \delta^{i+1}.$$

Let $U_i$ denote the tasks assigned to class $i$. Within each class run the load-balancing algorithm appropriate to the problem being solved.

LEMMA 6.1.   *Let $A$ be an algorithm that achieves a competitive ratio of $c$ while the total weight of reassigned items is bounded by $g(W)$, where $W = \sum_{u \in U} w_u$. Then there exists an algorithm $A_\delta$ that achieves a competitive ratio of $c \log_\delta(b/a)$ and incurs a total reassignment cost $a \sum_{i=a}^{b} \delta^{i+1} g(S_i/a \delta^i)$, where $S_i = \sum_{u \in U_i} r_u$.*

*Proof.*   Within each of the classes, the algorithm is $c$ competitive with the optimum load for tasks within that class. Let $\lambda^*$ be the maximum over classes of the optimum load within that class. This is a lower bound on the true optimum load of all tasks. Since within each class no server has load greater than $c \lambda^*$, the maximum on-line load is $O(c \lambda^* \log_\delta \frac{b}{a})$. Within class $i$, the reassignment cost per unit weight is at most $a \delta^{i+1}$, hence the total cost of reassignments is $a \delta^{i+1} g(W_i)$. On the other hand, $W_i \le S_i/(a \delta^i)$.   ∎

Using Lemma 6.1 we have the following:

• Algorithms for identical and related machines that are $O(\log_\delta \frac{b}{a})$ competitive against current load and incur total assignment cost $O(\delta S)$.

• An algorithm for virtual circuit routing that is $O(\log n \log_\delta \frac{b}{a})$ competitive against peak load and incurs a reassignment cost $O(\delta S \log n \log(C/\mathrm{cap_{min}}))$.

All results follow by applying the lemma to algorithms presented herein.

While the bounds of this section are not ideal, in that they depend on the value of a ratio between input costs, they are independent of the number of tasks. An interesting open problem is to find a scheme with competitive ratio solely a function of the number of machines, $n$.

## ACKNOWLEDGMENTS

The author thanks the anonymous referees for many helpful suggestions.

## REFERENCES

1. J. Aspnes, Y. Azar, A. Fiat, S. Plotkin, and O. Waarts, On-line routing of virtual circuits with applications to load balancing and machine scheduling, *J. Assoc. Comput. Mach.* **44**(3) (May 1997), 486–504.

2. B. Awerbuch, Y. Azar, S. Plotkin, and O. Waarts, Competitive routing of virtual circuits with unknown duration, *in* "Proc. ACM/SIAM Symp. on Discrete Algorithms" pp. 321–330, 1994.

3. Y. Azar, A. Z. Broder, and A. R. Karlin, On-line load balancing, *Theoret. Comput. Sci.* **130**(1) (Aug. 1994), 73–84.

4. Y. Azar, B. Kalyanasundaram, S. Plotkin, K. R. Pruhs, and O. Waarts, On-line load balancing of temporary tasks, *J. Algorithms* **22**(1) (1997), 93–110.

5. Y. Azar, J. S. Naor, and R. Rom, The competitiveness of on-line assignments, *J. Algorithms* **18**(2) (1995), 221–237.

6. Y. Bartal, A. Fiat, H. Karloff, and R. Vohra, New algorithms for an ancient scheduling problem, *J. Comput. Syst. Sci.* **51**(3) (1995), 359–366.

7. R. L. Graham, Bounds for certain multiprocessing anomalies, *Bell Syst. Tech. J.* **45** (1966), 1563–1581.

8. D. R. Karger, S. J. Phillips, and E. Torng, A better algorithm for an ancient scheduling problem, *J. Algorithms* **20**(2) (1996), 400–430.

9. E. L. Lawler, J. K. Lenstra, A. H. Rinnooy Kan, and D. B. Shmoys, Sequencing and scheduling: Algorithms and complexity, *in* "Handbook of Operations Research and Management Science, Volume IV: Production Planning and Inventory" (S. C. Graves, A. Rinnooy Kan, and P. Zipkin, Eds.), pp. 445–522, North-Holland, Amsterdam, 1993.

10. S. Phillips and J. Westbrook, On-line load balancing and network flow, *Algorithmica* **21** (1998), 245–261.

11. R. E. Tarjan, Amortized computational complexity, *SIAM J. Alg. Disc. Meth.* **6** (1985), 306–318.

# EXHIBIT 18



# Academic Press Dictionary of Science and Technology

Edited by
Christopher Morris



**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   Toronto

92009335

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
  Christopher Morris
      p.   cm.
   ISBN 0-12-200400-0
   1. Science--Dictionaries.   2. Technology--Dictionaries.
I. Morris, Christopher G.   II. Academic Press.   III. Title:
Dictionary of science and technology.
Q123.A33   1991
503--dc20                                              90-29032
                                                         CIP

PRINTED IN THE UNITED STATES OF AMERICA
92  93  94  95  96  97    DO    9  8  7  6  5  4  3  2  1

Case 1:22-cv-01344-CJB    Document 84-2    Filed 11/10/25    Page 54 of 130 PageID #: 933

**622**

## Developmental Biology

This term has gained usage in the past 30 years for the study of the development of multicellular differentiated organisms. It overlaps the older term "embryology" (the study of embryos, starting in the 1800s).

During development, precise arrangements of different cell types arise from the relatively simple organization of the single-celled egg. In mammals, for example, at least 200 cell types (those of muscle, nerve, skin, etc.) are arranged in tissues and organs of the adult. These cell types differ in appearance and function, due largely to different proteins each synthesizes and maintains. While the various cell types usually contain the same genes, which are unchanged from those of the fertilized egg, the cell types differ in which subset of genes is used for making proteins.

As recognized by T.H. Morgan in the 1930s, development depends largely on the timely formation and specific placement of factors (RNA and proteins) that ultimately activate the use of different genes in different cell types. Two kinds of processes for forming and distributing these factors are now known: 1) Cytoplasmic localization: the oocyte (the egg precursor) and/or egg synthesizes and localizes different factors to different regions of the egg's cytoplasm, and these pass into embryonic cells divided from the egg. This process underlies the establishment of the first few regions of differing cells in the early embryo. 2) Embryonic induction: identical embryonic cells of a region form inactive factors, after which a subset of cells receives signals ("inducers") from nearby different cells and activates the factors for use. This process underlies the detailed placement of the final cell types.

Recent research, especially on the fruit fly *Drosophila*, has led to the identification of some of these factors and the genes they affect. Much work remains to be done on the intercellular signalling of induction, on the intracellular localization of materials in the egg, and on the regulatory processes by which embryos restore normal development after a loss of parts.

**John C. Gerhart**
Professor of Molecular and Cell Biology
University of California, Berkeley

**developmental biology** the study of the development of organisms.
**developmental crisis** *Psychology.* 1. a brief period of stress in childhood during which the child is attempting to complete some psychosocial task, such as the establishment of identity or initiative. 2. see DEVELOPMENTAL DISORDER.
**developmental disorder** *Psychology.* a delay or failure in the development of a specific ability or function, such as speech, reading, mathematical skill, and so on.
**developmental genetics** *Genetics.* the field of genetics that studies the relationship of hereditary patterns to embryology and the development of organisms.
**developmental level** *Psychology.* any period of the human life span recognized as distinct in physiological and psychological development, such as infancy, early childhood, adolescence, and so on.
**developmental psychology** *Psychology.* a branch of psychology concerned with physical, social, and cognitive growth and decline from birth to death. Thus, **developmental psychologist.**
**developmental stage** *Psychology.* 1. a period in human life during which certain characteristic traits or behaviors become manifested. 2. see DEVELOPMENTAL LEVEL.
**development drift** *Mining Engineering.* the tunnel of a mine dug from the surface or a point underground to gain access to the coal or ore.

**development drilling** *Mining Engineering.* the process of drilling boreholes to delineate the size, mineral content, and disposition of an ore body.
**development environment** *Computer Technology.* a computer system used for software development that includes aids such as compilers, debuggers, syntax checkers, and other hardware and software tools.
**development index** *Meteorology.* the difference in divergence between two separated, tropospheric, constant-pressure surfaces; used in forecasting cyclogenesis. Also, RELATIVE DIVERGENCE.
**development rock** *Mining Engineering.* any rock broken during development work, consisting of both valuable and barren rock, which is included in the tonnage sent to the reduction plant of a mine.
**development system** *Computer Technology.* a computer system with hardware and software that supports efficient development of applications for a particular computer; often includes design and debugging aids, emulators, editors, assemblers, and compilers.
**development well** *Petroleum Engineering.* a well that is drilled within the productive area as determined by appraisal wells, after proving that enough oil or gas exists for commercial production.
**deviant** *Psychology.* 1. of or relating to behavior that differs sharply from what is regarded as normal, proper, or acceptable, especially in sexual conduct. 2. a person characterized by deviant behavior. Also, DEVIATE.
**deviate** *Psychology.* 1. to behave in a deviant manner. 2. see DEVIANT.
**deviation** the process of departing or turning aside, as from a course, procedure, or norm; specific uses include: *Engineering.* the difference between the measured value and the expected value of a controlled variable. *Optics.* the angle that separates the incident ray striking an object or optical system from the emergent ray produced by reflection, refraction, or diffraction. *Psychology.* the fact or condition of being deviant in behavior. *Navigation.* the angular difference between magnetic and compass headings. *Statistics.* the distance of a measurement from the mean of the sample or the underlying population. *Ordnance.* the distance between the point of impact or burst and the target.
**deviation absorption** *Telecommunications.* distortion in a frequency-modular receiver, usually occurring as a result of inadequate amplitude modulation rejection.
**deviation factor** see COMPRESSIBILITY FACTOR.
**deviation hole** *Petroleum Engineering.* a drilled hole that intentionally deviates from the true vertical, but by no more than 5%.
**deviation IQ** *Psychology.* a score on an IQ test expressed in terms of its variation from the average of the scores of the normative group.
**deviation ratio** *Telecommunications.* in a frequency modulation signal system, the ratio of the maximum frequency deviation to the maximum modulation frequency under given conditions.
**deviation sensitivity** *Navigation.* the sensitivity of a compass to deviation errors.
**deviation table** *Navigation.* a table of the deviations of a particular compass on a particular craft. Also, **deviation card.**
**deviatoric stress** *Mechanics.* the remaining stress when the spherical or mean normal stress is subtracted from the total stress.
**device** *Engineering.* any element, tool, or component designed for a specific use or purpose. *Electronics.* a discrete electronic element, usually an active element, such as an electron tube or diode, that cannot be divided without destroying its specific function.
**device address** *Computer Programming.* the binary value that identifies the desired device to the input/output controller.
**device assignment** *Computer Technology.* 1. the selection of a particular input or output device by specifying its logical device number. 2. an assignment of a device, such as a tape drive, to a particular program by the operating system.
**device cluster** *Computer Technology.* a group of terminals and other devices that are co-located and share a communication control unit.
**device control character** *Computer Technology.* a special character used to turn units on and off or to perform a specific function; often used in telecommunications.
**device driver** *Computer Programming.* software that interfaces with and controls the operation of an input or output unit.
**device-end condition** *Computer Technology.* the completion of an input or output operation, as sensed by the input/output controller.
**device flag** *Computer Technology.* a single-bit register that indicates the status of a particular device.
**device independence** *Computer Technology.* the attribute of a program for which successful execution does not depend on a particular type of physical device.

# EXHIBIT 19

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

NIELSEN COMPANY (US), LLC,                  )
and GRACENOTE, INC.,                        )
                                            )
                  Plaintiffs,               )  C.A. No. 22-1344-CJB
                                            )
          v.                                )
                                            )
ACRCLOUD, LTD.,                             )
                                            )
                  Defendant.                )

<u>**DECLARATION OF DR. DAVID ANDERSON
IN SUPPORT OF DEFENDANT'S ANSERING CLAIM CONSTRUCTION BREIF**</u>

1.      My name is David Anderson. I am over the age of twenty-one (21) years, of sound mind, and capable of making the statements set forth in this Declaration. I am competent to testify about the matters set forth herein. All the facts and statements contained herein are within my personal knowledge and are believed to be true and correct.

2.      I have been asked by Defendant to submit this declaration in support of its brief regarding the proper construction of claim terms set forth in section VII below.

I.      **EDUCATION AND EXPERIENCE**

3.      My *curriculum vitae* is attached as Exhibit 1.

4.      I am a professor in the School of Electrical and Computer Engineering at the Georgia Institute of Technology ("Georgia Tech") in Atlanta, Georgia. I have been a professor at Georgia Tech since 1999. In 2009 I served as a visiting professor in the Department of Computer Science at Korea University in Seoul, South Korea.

5.      I received my Ph.D. in Electrical and Computer Engineering from Georgia Tech in 1999. I received my B.S. and M.S. in Electrical Engineering from Brigham Young University in 1993 and 1994, respectively.

6.      In my employment prior to Georgia Tech as well as in my subsequent studies and research, I have worked extensively in areas related to the research, design, and implementation of speech and audio processing systems, as well as in signal processing, including work on face recognition, optical flow (analysis of movement in video images), and imaging. I have also taught graduate and undergraduate level courses at Georgia Tech on the implementation of human-centered computing applications. For example, I have taught courses on machine learning for speech, pattern recognition, multimedia processing and systems, software design, real-time signal processing systems, and applications of

signal processing (covering topics in audio processing and speech recognition). I have also designed and taught a course on signal processing in the context of human perception. These courses and my research have covered many topics relevant to the subject matter of the patents at issue and the prior art cited therein.

7.     I also have extensive experience with software design for embedded systems and various aspects of real-time signal processing. For example, I supervised the student development of an ultra-low-power hotword detector using a micro-power analog processing front end with a low-power microcontroller for recognition. This system was designed to wake up a more powerful processor upon detection of a hotword. In 2004, I received the Presidential Early Career Award for Scientists and Engineers, presented by then-President George W. Bush, for my work on ultra-low-power signal processing system design.

8.     I have served as principal investigator or co-principal investigator in numerous multi-disciplinary research projects including "Improved Speech Analysis, Coding, and Enhancement using Microradars," "Low–Power Analog Image Processing Using Transform Imagers," "The behavioral simulation results of the optical flow estimation algorithm for CADSP system design," "Blind Source Separation for Audio," "Audio Classification," "Auditory Scene Analysis," "Hearing Aid Audio Processing," "Speaker Driver Sound Enhancement," "I-Vector Based Voice Quality," "Analysis of Voice Exercise Using Signal Processing," and "Smart Homes for Effective and Safe Remote Work During a Pandemic and Beyond."

9.     I have published over 200 book chapters and papers in reviewed journals and conferences. Topics include those such as "A physiologically inspired method for

audio classification," "Checkerboard-type filtering for a low-power gradient-based optical flow estimation system," "The wavelet-based multi-resolution motion estimation using temporal aliasing detection," "Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer," "Compressive sensing on a CMOS separable transform image sensor," "Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer," "Modulation features: In pursuit of invariant representations of music with application to unsupervised source identification," "Online tensor robust principal component analysis," "Distributed acquisition and processing systems for speech and audio," "A missing data-based feature fusion strategy for noise-robust automatic speech recognition using noisy sensors," "Learning distances to improve phoneme classification," "Identification of voice quality variation using i-vectors," "Varying time-constants and gain adaptation in feature extraction for speech processing," "Low bit-rate coding of speech in harsh conditions using nonacoustic auxiliary devices," "Multi-sensor spectro-temporal comb filtering for speech enhancement," "Evaluation of a hearing compensation algorithm," "Speech analysis and coding using a multi-resolution sinusoidal transform," "Biologically inspired auditory sensing system interfaces on a chip," "Cascade classifiers for audio classification," and "A multi-channel temporal attention convolutional neural network model for environmental sound classification."

10.    I have also contributed book chapters for treatises such as "Independent Component Analysis for Audio and Biosignal Applications," and written a book on Fixed-Point Signal Processing which is related to the practical implementation of systems for processing sound and other signals.

11.    I am a named inventor on eight patents, including "Speech activity detector

for use in noise reduction system, and methods therefor" (U.S. Patent No. 6,351,731), and

"Analog audio signal enhancement system using a noise suppression algorithm" (U.S. Patent No. 7,590,250).

12.    I am a Senior Member of the Institute of Electrical and Electronics Engineers ("IEEE") and have been a Member since 1991. I am also a Member of the IEEE Signal Processing Society and Communications Society. From 1994 to 2016, I was also a member of the Acoustical Society of America. In 2003, I served as the Co-Chair for the NSF Symposium on Next Generation Automatic Speech Recognition.

13.    I have won numerous awards for my work including the Presidential Early Career Award for Scientists and Engineers, being named a US Frontiers of Engineering Fellow by the National Academy of Engineering, and being named a Frontiers of Science Fellow by the National Academy of Science.

## II.    COMPENSTATION

14.    In consideration for my services, my work on this case is being billed at my regular rate per hour, independent of the outcome of this proceeding.  I am also being reimbursed for reasonable expenses I incur in relation to my services provided for this proceeding.

## III.    LEGAL CONSIDERATIONS

15.    My understanding of the law is based on information provided by counsel for Defendants.

16.    I understand that claim construction is for the Court to decide.

17.    I further understand that at times claim terms should be given their ordinary and customary meaning within the context of the patent in which the terms are used, i.e.,

the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention in light of what the patent teaches.

18.    I understand that to determine how a person of ordinary skill at the time of the claimed invention would understand a claim term, one should look to those sources available that demonstrate what a person of skill in the art would have understood disputed claim language to mean.  Such sources include the words of the claims themselves, the remainder of the patent's specification, the prosecution history of the patent (all considered "intrinsic" evidence), and "extrinsic" evidence concerning relevant scientific principles, the meaning of technical terms, and the state of the art.

19.    I understand that the context in which a term is used in the asserted claim can be highly instructive.  Likewise, other claims of the patent in question, both asserted and unasserted, can inform the meaning of a claim term.  For example, because claim terms are normally used consistently throughout the patent, the usage of a term in one claim can often illuminate the meaning of the same term in other claims.  Differences among claims can also be a useful guide in understanding the meaning of particular claim terms.

20.    I understand that a person of ordinary skill in the art is deemed to read a claim term not only in the context of the particular claim in which the disputed term appears, but in the context of the entire patent, including the specification.  For this reason, the words of the claim must be interpreted in view of the entire specification.  The specification is the primary basis for construing the claims and provides a safeguard such that correct constructions closely align with the specification.

21.    I understand that claim terms must be construed in a manner consistent with the context of the intrinsic record, which includes the patent's prosecution history.  The

prosecution file history provides evidence of how both the Patent Office and the inventor(s) understood the terms of the patent, particularly in light of what was known in the prior art.

22.    I understand that while intrinsic evidence is of primary importance, extrinsic evidence, i.e., evidence external to the patent and prosecution history, including expert opinions, dictionaries, and learned treatises, can also be considered. For example, technical dictionaries may help one better understand the underlying technology and the way in which one of skill in the art might use the claim terms. Extrinsic evidence should not be considered, however, divorced from the context of the intrinsic evidence.

23.    I understand that claims may be written in "means plus function" format, which recites the word "means" followed by a function to be performed. I also understand that a claim term may be interpreted as a "means plus function" term even if it does not include the word "means" provided that the claim term fails to recite sufficiently definite structure or else recites a function without reciting sufficient structure for performing that function.

## IV.    TASK SUMMARY

24.    I have been asked to review U.S. Patent No. 7,623,823 (the "'823 patent"). I have also been asked to provide my opinion regarding certain terms as listed in section VII below.

25.    In preparing this declaration, I have considered the '823 patent, its prosecution history, the parties' respective claim construction, certain materials attached as exhibits to this declaration.

6

## V.    PATENT-AT-ISSUE

### A.    The '823 Patent

26.    The '823 patent entitled "Detecting and Measuring Exposure to Media Content Items," was filed on August 30, 2005.

27.    Claim 6 of the '823 patent recites:

A system for detecting user exposure to media items, comprising:

a server, for receiving a plurality of reference media items from at least one media receiver;

a plurality of stream collection servers for receiving a representation of at least one target media item from at least one client device;

a stream store, coupled to the server and to the stream collection servers, for storing a representation of at least a subset of the received reference media items and for storing a representation of the at least one target media item;

a correlator server, coupled to the stream store, for identifying one of the reference media items as corresponding to the target media item;

an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item; and

a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item.

## VI.    A PERSON OF ORDINARY SKILL IN THE ART

28.    In my opinion, a person of ordinary skill in the art (POSITA) for the '823 patent would have a working knowledge of basic computer technology and content recognition technology.  The person would gain this knowledge through either (i) an undergraduate Bachelor of Science degree in Computer Science or Electrical Engineering or a comparable field, and at least three years of work experience in relevant fields; or (ii) a Master's degree in Computer Science or Electrical Engineering and at least one year of work experience in relevant fields.

## VII.   ANALYSIS

**A.**    **"an output device, coupled to the correlator server, for generating output signaling user exposure to the identified referenced media item" ('823 Patent – Claim 6)**

29.    Although this term does not include the word "means," it should be interpreted as a "means plus function" term because "output device" does not provide sufficiently definite structure for performing the recited function, "generating output signaling user exposure to the identified referenced media item."

30.    A "device" is a generic term that generally means any element or component that is designed for a specific use or purpose. A "device" is not a known element in the art such that it connotes sufficient structure for performing the claimed function.

31.    The modifier "output" describes that the functionality of the "device" is to output and does not provide any structural support to a generic device.

32.    The claim recites that the "output device" is "for generating output signaling user exposure to the identified referenced media item." These functions are results-oriented, and a POSITA would not be informed by descriptions of the functions themselves as to any corresponding structure, software or hardware.

33.    It is therefore my opinion that this term should be interpreted as a means plus function term because "output device" is used as a generic placeholder for performing the function "generating output signaling user exposure to the identified referenced media item."

**B.** **"a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item" ('823 Patent – Claim 6)**

34.     Although this term does not include the word "means," it should be interpreted as a "means plus function" term because "a stream collection server selector" does not provide sufficiently definite structure for performing the recited function, "selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item."

35.     A "selector" is a generic term that generally means any element or component that selects. A "selector" is not a known element in the art such that it connotes sufficient structure for performing the claimed function.

36.     The modifier "stream collection server" describes the target of the selection and does not provide any structural support to a generic selector. The claim recites that the "stream collection server selector" is "for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item." These functions are results-oriented, and a POSITA would not be informed by descriptions of the functions themselves as to any corresponding structure, software or hardware.

37.     I disagree with Mr. Mitzenmacher's opinions that this term recites sufficient structure because a "server selector" may be understood to be a "load balancer." *See* Mitzenmacher Decl. ¶¶ 35-41. First, the term "load balancer" is nowhere mentioned in the '823 patent specification, so a POSITA would not understand the term "server selector"

9

to be synonymous with "load balancer" in the context of this patent. Second, the term "server selector" is absent from the '823 patent as a standalone term. Mr. Mitzenmacher's attempt to conflate part of the "stream collection server" modifier with "selector" has no basis in the language of the claim or the '823 specification. Therefore, whether a "server selector" may be understood to be a "load balancer" (or anything else) is irrelevant to this term and the '823 patent generally.

38.    It is therefore my opinion that this term should be interpreted as a means plus function term because "stream collection server selector" is used as a generic placeholder for performing the function "selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item."

**C.    "load" ('823 Patent – Claim 6)**

39.    The "load" term is part of the claim limitation "a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item."

40.    The part of the specification that is directly relevant to this limitation is the following:

> A plurality of servers **107** are used, and transmissions of data from MCDs **101** are directed to an appropriate server **107** for receipt, based on *current load*, geographic location, and/or other factors.

'823 patent at 6:3-8 (emphasis added).

41.    A POSITA would have understood that selection based on "current load" means that the selection is based on present load condition.

42.     A POSITA would have understood that dictionaries show present load condition be measured by "the current use of a system as a percentage of total capacity." The Computer Glossary (2001) at p. 225. This definition is consistent with the '823 patent specification's use of the term "load" and the claim language.

43.     I disagree with Plaintiffs' construction of "load" as meaning "prior requests sent to the plurality of data signature stream collection servers." *See* Opening Claim Construction Brief at 16. The '823 patent specification makes clear that the <u>load</u> that the selection is based on has to be <u>current</u>, which contradicts Plaintiff's proposal that "load" can mean "prior requests."

44.     Moreover, I disagree with Mr. Mitzenmacher's opinions that the scope of "load" must encompass both "round-robin" and "response time" methods of "load balancing." Mitzenmacher Decl. ¶ 52 (opining that "'load' in the context of load balancing … refers to prior requests sent to the servers"). For the reasons explained above, "load balancing" and "load balancer" are irrelevant to the '823 patent because there is no standalone "server selector" term in the claim language of the '823 patent that may be interpreted as a "load balancer" to begin with.


I declare under penalty of perjury that the foregoing is true and correct.


Date:  September 26, 2025                    _____

                                            David Anderson, Ph.D.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 26, 2025, this document was served on

Nielsen_ACRCloud_team@KelleyDrye.com and on the persons listed below in the manner

indicated:

**<u>BY EMAIL</u>**

David E. Moore
Bindu A. Palapura
POTTER ANDERSON & CORROON, LLP
Hercules Plaza
1313 N. Market St., 6th Flr.
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

Steven Yovits
Constantine Koutsoubas
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
(312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com
jgreenhut@kekkeydrye.com

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
ckatz@kelleydrye.com

Joshua B. Long
KELLEY DRYE & WARREN LLP
515 Post Oak Boulevard, Suite 900
Houston, TX 77027
(713) 355-5000
jlong@kelleydrye.com

*/s/ Andrew E. Russell*
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

# EXHIBIT 19-1

*School of Electrical and Computer Engineering*
*Georgia Institute of Technology*
☎ 770-883-0708
✉ anderson@gatech.edu

# David V. Anderson
*2025*

## Earned Degrees

1999 **Ph.D. in Electrical and Computer Engineering**
Georgia Institute of Technology

1994 **M.S. in Electrical Engineering**
Brigham Young University

1993 **B.S. in Electrical Engineering**
Brigham Young University

## II. Employment History

2012-present **Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia

2023-present **Assistant Director for Advocacy and Conflict Resolution**, *Office of Graduate and Postdoctoral Education*, Georgia Institute of Technology, Atlanta, Georgia

2019-present **Co-founder**, *AudioT, Inc.*, Atlanta, Georgia
Ag-tech startup for monitoring the welfare of birds in poultry operations.

2011–2021 **Partner**, *Ratrix Technologies, LLC*, Atlanta, Georgia
High-tech start-up with NSF SBIR funding to develop wireless data receivers

2005-2012 **Associate Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia

2009 **Visiting Professor**, *Department of Computer Science*, Korea University, Seoul, South Korea

1999-2005 **Assistant Professor**, *School of Electrical & Computer Engineering*, Georgia Institute of Technology, Atlanta, Georgia

1999 **Education Specialist**, *Texas Instruments, Inc.*, Dallas, Texas

## III. Honors and Awards (selected)

2022-2024 Georgia Tech Provost Teaching and Learning Fellow

2009 Nominated by the School of Electrical and Computer Engineering for the Institute 2009 Outstanding Faculty Leadership Award for the Development of Graduate Research Assistants

2006 Frontiers of Science Fellow, National Academy of Science

2006 US Frontiers of Engineering Fellow, National Academy of Engineering

2004 Presidential Early Career Award for Scientists and Engineers (PECASE)

2004   NSF Faculty Early Career Development (CAREER) Award

## IV. Research, Scholarship, and Creative Activities

### A. Published Books, Book Chapters, and Edited Volumes

#### A.1. Published Books

[1] Wayne T. Padgett and David V. Anderson. *Fixed-point Signal Processing*. Synthesis Lectures on Signal Processing. Morgan & Claypool Publishers, 2009.

#### A.2. Published Parts of Books

[1] J. H. McClellan, R. W. Schafer, and M. A. Yoder. *DSP First: A Multimedia Approach*. Prentice Hall, 1998. Assisted in the preparation of the multi-media CD-ROM that accompanies the text. Wrote and revised the laboratory projects included in the text.

[2] Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable multi-dimensional radial basis function based classifier. In *IFIP WG 10.5 International Conference on Very Large Scale Integration of System-on-Chip*, pages 13–18, Atlanta, GA, October 2007.

[3] Jorge Marin-Hurtado and David V. Anderson. *Independent Component Analysis for Audio and Biosignal applications*, chapter Preservation of Localization Cues in BSS-Based Noise Reduction: Application in Binaural Hearing Aids. InTech, 2012. Ganesh R Naik, ed.

### B. Refereed Publications and Submitted Articles

#### B.1. Refereed Journal Publications

[1] Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. High fill–factor imagers for neuromorphic processing enabled by floating–gate circuits. *EURASIP Journal on Applied Signal Processing*, 2003(7):676–689, June 2003. Invited paper for special issue on neuromorphic signal processing and implementation.

[2] Venkatesh Krishnan and David V. Anderson. Joint design of channel–optimized multistage vector quantizer. *IEEE Signal Processing Letters*, 11(1):5–7, January 2004.

[3] Venkatesh Krishnan, David V. Anderson, and Kwan Truong. Optimal multistage vector quantization of LPC parameters over noisy channels. *IEEE Transactions on Speech and Audio Processing*, 12(1):1–8, January 2004.

[4] Paul S. Hong, David V. Anderson, Doug B. Williams, Thomas P. Barnwell III Joel R. Jackson, Monson H. Hayes III, Ronald W. Schafer, and John D. Echard. "DSP for practicing engineers:" A case study in internet course delivery. *IEEE Transactions on Education*, 47(3):301–310, August 2004.

[5]  Abhishek Bandyopadhyay, Paul Hasler, and David V. Anderson. A CMOS floating–gate matrix transform imager. *IEEE Sensors*, 5(3):455–462, 2005.

[6]  Paul Hasler, Paul D. Smith, Rich Ellis, David Graham, and David Anderson. Analog floating–gate, on–chip auditory sensing system interfaces. *IEEE Sensors*, 5:1027–1034, October 2005.

[7]  Sourabh Ravindran, Kristopher Schlemmer, and David V. Anderson. A physiologically inspired method for audio classification. *EURASIP Journal on Applied Signal Processing*, 2005(9):1374–1381, 2005.

[8]  Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large–scale field–programmable analog arrays for rapid prototyping. *International Journal for Embedded Systems*, 1(3/4):179–192, 2005.

[9]  Sourabh Ravindran, Paul Smith, David Graham, Varinthira Duangudom, David Anderson, and Paul Hasler. Towards biologically inspired on–chip auditory processing. *EURASIP Journal on Applied Signal Processing*, 2005(7):1082–1092, 2005.

[10]  Daniel J. Allred, David V. Anderson, Walter Huang, Venkatesh Krishnan, and Heejong Yoo. LMS adaptive filters using distributed arithmetic for high throughput. *IEEE Transactions on Circuits and Systems*, 52(7):1327–1337, July 2005.

[11]  Tyson S. Hall and David V. Anderson. A framework for teaching real-time digital signal processing with field-programmable gate arrays. *IEEE Transactions on Education*, 48(3):551–558, August 2005.

[12]  Tyson S. Hall, Christopher M. Twigg, Jordan D. Gray, Paul Hasler, and David V. Anderson. Large–scale field–programmable analog arrays for analog signal processing. *IEEE Transactions on Circuits and Systems*, 52(11):2298–2307, November 2005.

[13]  Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David V. Anderson. Placement for large-scale floating-gate field programable analog arrays. *IEEE Transactions on Very Large Scale Integration Systems*, 14(8):906–910, August 2006.

[14]  Sheng-Yu Peng, Paul Hasler, and David V. Anderson. An analog programmable multi-dimensional radial basis function based classifier. *IEEE Transactions on Circuits and Systems I*, 54(10):2148–2158, October 2007.

[15]  Erhan Ozalevli, Walter Huang, Paul E. Hasler, and David V. Anderson. A reconfigurable mixed-signal VLSI implementation of distributed arithmetic used for finite-impulse response filtering. *IEEE Transactions on Circuits and Systems I*, 55(2):510–521, March 2008.

[16]  Kofi M. Odame, David V. Anderson, and Paul Hasler. A bandpass filter for inherent gain adaptation for hearing applications. *IEEE Transactions on Circuits and Systems I*, 55(3):786–795, April 2008.

[17]  Wei Zhang, Xiaoli Ma, Brian Gestner, and David V. Anderson. Designing low-complexity equalizers for wireless systems. *IEEE Communications Magazine*, 47(1):56–62, January 2009.

[18]  Faik Baskaya, David V. Anderson, and Sung Kyu Lim. Net sensitivity based optimization of large-scale field programmable analog array (FPAA) placement and routing. *IEEE Transactions on Circuits and Systems II*, 56(7):565–569, July 2009.

[19]  L.J. Karam, I. Alkamal, A. Gatherer, G.A. Frantz, D.V. Anderson, and B.L. Evans. Trends in multicore DSP platforms. *IEEE Signal Processing Magazine*, 26(6):38–49, November 2009.

[20]  Bo Marr, Jason George, Brian Degnan, David V. Anderson, and Paul E. Hasler. Error immune logic for low power probabilistic computing. *VLSI Design*, 2010. doi:10.1155/2010/460312.

[21]  Walter Huang and David V. Anderson. Modified sliding-block distributed arithmetic with offset binary coding for adaptive filters. *Journal of Signal Processing Systems*, April 2010. http://dx.doi.org/10.1007/s11265-010-0479-4.

[22]  David V. Anderson. Storytelling—the missing art in engineering presentations. *IEEE Signal Processing Magazine*, 28(2):109–111, March 2011.

[23]  Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. Lattice reduction for MIMO detection: From theoretical analysis to hardware realization. *IEEE Transactions on Circuits and Systems I*, 58(4):813–826, April 2011.

[24]  J. Marin Hurtado and David V. Anderson. FFT-based block processing in speech enhancement: Potential artifacts and solutions. *IEEE Transactions on Audio, Speech and Language Processing*, 19(8):2527–2537, November 2011.

[25]  Brian Gestner, Xiaoli Ma, and David V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *IEEE Transactions on Wireless Communications*, 11(1):188–198, January 2012.

[26]  Bo Marr, Brian Degnan, Paul Hasler, and David V. Anderson. Scaling energy per operation via an asynchronous pipeline. *IEEE Transactions on VLSI*, PP(99):1–5, 2012.

[27]  J.I. Marin-Hurtado, D.N. Parikh, and D.V. Anderson. Perceptually inspired noise-reduction method for binaural hearing aids. *Audio, Speech, and Language Processing, IEEE Transactions on*, 20(4):1372–1382, May 2012.

[28]  B. Gestner, Xiaoli Ma, and D.V. Anderson. Incremental lattice reduction: Motivation, theory, and practical implementation. *Wireless Communications, IEEE Transactions on*, 11(1):188–198, January 2012.

[29]  A.A. Kressner, D.V. Anderson, and C.J. Rozell. Evaluating the generalization of the hearing aid speech quality index (HASQI). *Audio, Speech, and Language Processing, IEEE Transactions on*, 21(2):407–415, February 2013.

[30] S. Ramakrishnan, A. Basu, Leung Kin Chiu, J. Hasler, D. Anderson, and S. Brink. Speech processing on a reconfigurable analog platform. *Very Large Scale Integration (VLSI) Systems, IEEE Transactions on*, 22(2):430–433, Feb 2014.

[31] Nashlie H Sephus, Aaron D Lanterman, and David V Anderson. Modulation spectral features: In pursuit of invariant representations of music with application to unsupervised source identification. *Journal of New Music Research*, 44(1):58–70, 2015.

[32] Jinwoo Kang, David V. Anderson, and Monson H. Hayes. Face recognition for vehicle personalization with near infrared frame differencing. *IEEE Transactions on Consumer Electronics*, 62(3):316–324, August 2016.

[33] B. T. Carroll, B. M. Whitaker, W. Dayley, and D. V. Anderson. Outlier learning via augmented frozen dictionaries. *IEEE/ACM Transactions on Audio, Speech, and Language Processing*, 25(6):1207–1215, June 2017.

[34] Muhammad Rizwan and David V. Anderson. A weighted accent classification using multiple words. *Neurocomput.*, 277(C):120–128, February 2018.

[35] Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David V. Anderson. Activity analysis of construction equipment using audio signals and support vector machines. *Automation in Construction*, June 2017.

[36] Bradley M Whitaker, Pradyumna Byappanahalli Suresha, Chengyu Liu, Gari D Clifford, and David V Anderson. Combining sparse coding and time-domain features for heart sound classification. *Physiological Measurement*, 38:1701–1729, August 2017.

[37] Chris Sabillon, Abbas Rashidi, Biswanath Samanta, Mark A. Davenport, and David V. Anderson. An audio-based Bayesian model for productivity estimation of construction cyclic activities. *Journal of Computing in Civil Engineering*, 34(1), 2020.

[38] Muhammed Rizwan, Bradley M Whitaker, and David V Anderson. AF detection from ECG recordings using feature selection, sparse coding, and ensemble learning. *Physiological measurement*, 39(12), December 2018.

[39] M. N. Sahadat, N. Sebkhi, D. Anderson, and M. Ghovanloo. Optimization of tongue gesture processing algorithm for standalone multimodal tongue drive system. *IEEE Sensors Journal*, 19(7):2704–2712, April 2019.

[40] Kaitlin L. Fair, Daniel R. Mendat, Andreas G. Andreou, Christopher J. Rozell, Justin Romberg, and David V. Anderson. Sparse coding using the locally competitive algorithm on the truenorth neurosynaptic system. *Frontiers in Neuroscience*, 13:754, 2019.

[41] Chris Sabillon, Abbas Rashidi, Biswanath Samanta, Mark Davenport, and David Anderson. Audio-based bayesian model for productivity estimation of

cyclic construction activities. *Journal of Computing in Civil Engineering*, 34:04019048, January 2020.

[42] N. Sebkhi, A. Bhavsar, D. V. Anderson, J. Wang, and O. T. Inan. Inertial measurements for tongue motion tracking based on magnetic localization with orientation compensation. *IEEE Sensors Journal*, 21(6):7964–7971, March 2021.

[43] Nordine Sebkhi, Arpan Bhavsar, Md NAZMUS Sahadat, Jesse Baldwin, Erica Walling, Amber Biniker, Michelle Hoefnagel, Geneva Tonuzi, Raine Osborne, David V. Anderson, and Omer Inan. Evaluation of a head-tongue controller for power wheelchair driving by people with quadriplegia. *IEEE Transactions on Biomedical Engineering*, 2021.

[44] Mohammad M. Salut and David V. Anderson. Online tensor robust principal component analysis. *IEEE Access*, 10:69354–69363, 2022.

[45] Mohammad M. Salut and David V. Anderson. Randomized tensor robust PCA for noisy hyperspectral image classification. *IEEE Geoscience and Remote Sensing Letters*, pages 1–1, 2023.

[46] Mohammad M. Salut and David V. Anderson. Tensor robust CUR for compression and denoising of hyperspectral data. *IEEE Access*, 11:77492–77505, 2023.

[47] Divya Swaminathan, Rahul Pawar, Lisa Yankowitz, Kevin Donovan, Khavi Khuu, Julia Parish-Morris, Steven Warren, Annette Estes, Lonnie Zwaigenbaum, Mark Clements, David Anderson, Robert Schultz, Heather Cody, Tanya St John, Juhi Pandey, Natasha Marrus, Kelly Botteron, Stephen Dager, Meghan Swanson, Linda Watson, and Joseph Piven. Day-long audio recordings to evaluate canonical babbling ratios in infants later diagnosed with autism spectrum disorder. *Infant Behavior and Development*. in review.

[48] Curtis Marshall, De Souza Vale, Joao Gabriel, Neeta Shenvi, David Anderson, Cassandra Josephsen, and Rishikesan Kamaleswaran. Response physiology markers in pulse-oximetry signals for transfusion elucidation in very preterm infants. *Pediatric Research*. in review.

[49] Shoba S. Meera, Divya Swaminathan, Rahul Pawar, Lisa Yankowitz, Kevin Donovan, Khavi Khuu, Julia Parish-Morris, Steven F. Warren, Annette Estes, Lonnie Zwaigenbaum, Mark Clements, David V. Anderson, Robert T. Schultz, Heather C. Hazlett, Tanya St. John, Juhi Pandey, Natasha Marrus, Kelly Botteron, Stephen R. Dager, Meghan R. Swanson, Linda R. Watson, and Joseph Piven. Evaluating canonical babbling ratios extracted from day-long audio recordings in infants later diagnosed with autism spectrum disorder. *Infant Behavior and Development*, 79:102059, 2025.

B.2. Conference Presentations with Proceedings (Refereed)

[1] David V. Anderson, Richard W. Harris, and Douglas M. Chabries. Evaluation of a hearing compensation algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3531–3533, Detroit, May 1995.

[2] Douglas M. Chabries, David V. Anderson, Thomas G. Stockham, Jr., and Richard W. Christiansen. Application of a human auditory model to loudness perception and hearing compensation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 3527–3530, Detroit, May 1995.

[3] David V. Anderson. Speech analysis and coding using a multi–resolution sinusoidal transform. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 1037–1040, Atlanta, May 1996.

[4] David V. Anderson, James H. McClellan, Ronald W. Schafer, Jeffrey B. Schodorf, and Mark A. Yoder. DSP First - a first course in ECE. In *Proceedings of the 1996 Asilomar Conference on Circuits, Systems, and Computers*, volume 1, pages 226–230, Pacific Grove, CA, May 1996.

[5] David V. Anderson and Mark A. Clements. Audio signal noise reduction using multi-resolution sinusoidal modeling. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 805–808, Phoenix, May 1999.

[6] David V. Anderson, Lonnie Harvel, Monson H. Hayes III, Y. Ishiguro, Joel R. Jackson, and Maria Pimentel. Internet course delivery-making it easier and more effective. In *Proceedings of the IEEE International Conference on Multimedia and Expo*, volume 1, pages 84–87, New York, July 2000.

[7] David V. Anderson, Thomas P. Barnwell, Monson H. Hayes III, and Joel R. Jackson. Effective and efficient distance learning over the internet: Implementation of an on-line DSP course. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

[8] Joel R. Jackson, David V. Anderson, and Monson H. Hayes III. Effective and efficient distance learning over the internet: Tools and techniques. In *Proc. International Conference on Engineering Education*, Taiwan, August 2000.

[9] Monson H. Hayes III, Joel R. Jackson, and David V. Anderson. Producing effective internet courses with *in*Fusion. In *Proceedings Learning '00*, Madrid, Spain, October 2000.

[10] David V. Anderson, Thomas P. Barnwell, John Echard, Monson H. Hayes III, Joel R. Jackson, Ronald W. Schafer, and Douglas B. Williams. An on-line DSP course for practicing engineers. In *Signal Processing Education Workshop*, Hunt, TX, October 2000. Web Proceedings: http://spib.ece.rice.edu/SPTM/DSP2000/.

[11] David V. Anderson and Paul Hasler. Cooperative analog/digital signal processing. In *World Conference on Systemics, Cybernetics, and Informatics*, Orlando, FL, July 2001. *Invited Paper, Best Paper Award.*

[12] Matt Kucic, Paul Hasler, Jeff Dugger, and David V. Anderson. Programmable and adaptive analog filters using arrays of floating-gate circuits. In Erik Brunvand and Chris Myers, editors, *2001 Conference on Advanced Research in VLSI*, pages 148–162, Salt Lake City, March 2001. IEEE Computer Society.

[13] Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. DSP for practicing engineers: an online continuing DSP education course. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume V, pages 2721–2724, Salt Lake City, UT, May 2001.

[14] Joel R. Jackson, Thomas P. Barnwell, Douglas B. Williams, Monson H. Hayes III, David V. Anderson, and Ronald W. Schafer. Online DSP education: DSP for practicing engineers. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

[15] Joel R. Jackson, Thomas P. Barnwell, David V. Anderson, and Monson H. Hayes III. *in*Fusion: Simplifying online course creation. In *American Society for Engineering Education Annual Conference*, Albuquerque, NM, June 2001.

[16] Paul Smith, Matt Kucic, Rich Ellis, Paul Hasler, and David V. Anderson. Cepstrum frequency encoding in analog floating-gate circuitry. In *Proceedings of the IEEE International Symposium on Circuits and Systems*, volume IV, pages 671–674, Phoenix, AZ, May 2002.

[17] Paul Hasler and David V. Anderson. Cooperative analog-digital signal processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3972–3975, Orlando, FL, May 2002.

[18] Heejong Yoo, David V. Anderson, and Paul Hasler. Continuous–time audio noise suppression and real-time implementation. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume IV, pages 3980–3983, Orlando, FL, May 2002.

[19] Richard Ellis, Heejong Yoo, and David V. Anderson. An analog floating-gate IC for audio noise suppression. In *Proceedings of the International Symposium on Circuits and Systems*, volume II, pages 728–31, Phoenix, AZ, May 2002. Invited Paper.

[20] Paul Hasler, Paul Smith, Richard Ellis, David Graham, and David V. Anderson. Biologically inspired auditory sensing system interfaces on a chip. In *2002 IEEE Sensors Conference*, Orlando, FL, June 2002. *Invited Paper, nominated for Best Paper of Conference.*

[21] Paul Hasler, Abhishek Bandyopadhyay, and David V. Anderson. Low–power analog image processing using transform imagers. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

[22] Paul Hasler, Paul Smith, Chris Duffy, Christal Gordon, Jeff Dugger, and David Anderson. A floating-gate vector-quantizer. In *IEEE Midwest Circuits and Systems*, Tulsa, OK, August 2002.

[23] Tyson S. Hall, Paul Hasler, and David V. Anderson. Field-programmable analog arrays: A floating-gate approach. In *12th International Conference on Field Programmable Logic and Applications*, Montpellier, France, September 2002.

[24] Paul Hasler, Abhishek Bandyopadhyay, and David Anderson. Low-power analog image processing using transform imagers. In *Digital Signal Processing Workshop*, pages 333–338, Pine Mountain, Georgia, October 2002.

[25] David Anderson, Paul Hasler, Rich Ellis, Heejong Yoo, David Graham, and Mat Hans. A low–power, continuous–time system for audio noise suppression and a VLSI implementation. In *Digital Signal Processing Workshop*, pages 327–332, Pine Mountain, Georgia, October 2002.

[26] Tyson S. Hall and David V. Anderson. From algorithms to gates: Developing a pedagogical framework for teaching DSP hardware design. In *Signal Processing Education Workshop*, pages 157–161, Pine Mountain, Georgia, October 2002.

[27] P. Spencer Whitehead, David V. Anderson, and Mark A. Clements. Adaptive acoustic noise suppression for speech enhancement. In *Proceedings 2003 International Conference on Multimedia and Expo*, volume 1, pages 565–568, Baltimore, MD, June 2003.

[28] Cenk Demiroglu and David V. Anderson. Noise robust digit recognition with missing frames. In *8th European Conference on Speech Communication and Technology*, pages 2165–2168, Geneva, Switzerland, September 2003.

[29] Venkatesh Krishnan and David V. Anderson. Robust jointly optimized multistage vector quantization for speech coding. In *8th European Conference on Speech Communication and Technology*, pages 1093–1096, Geneva, Switzerland, September 2003.

[30] Sunil D. Kamath and David V. Anderson. Signal processing in digital and floating-gate analog circuits; design trade-offs. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[31] Heejong Yoo, David V. Anderson, and Paul Hasler. On delay structures for the analog adaptive filters with long filter taps. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[32] Daniel Allred, Venkatesh Krishnan, Walter Huang, and David V. Anderson. Implementation of an LMS adaptive filter on an FPGA employing multiplexed

multiplier architecture. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[33] Sourabh Ravindran, Cenk Demiroglu, and David V. Anderson. Speech recognition using filter bank features. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2003.

[34] Thomas Barnwell III, Mark Clements, David Anderson, Elliot Moore, Matthew Lee, Erdem Ertan, Venkatesh Krishnan, Woosuk Choi, James Hu, Cenk Demiroglu, Spencer Whitehead, and Adriane Durey. Low bit-rate coding of speech in harsh conditions using non-acoustic auxiliary devices. In *Special Workshop in Maui: Lectures by the Masters in Signal Processing*, Maui, HI, January 2004.

[35] Michael Healy, Sourabh Ravindran, and David V. Anderson. Effects of varying parameters in asymmetric adaboost on the accuracy of a cascade audio classifier. In *IEEE SoutheastCon 2004*, Greensboro, NC, March 2004.

[36] Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Developing large-scale field-programmable analog arrays. In *11th Reconfigurable Architectures Workshop (RAW 2004), 18th International Parallel and Distributed Processing Symposium*, pages 142–147, Santa Fé, NM, April 2004.

[37] Tyson S. Hall, Christopher M. Twigg, Paul Hasler, and David V. Anderson. Application performance of elements in a floating-gate FPAA. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[38] Heejong Yoo, David Graham, David V. Anderson, and Paul Hasler. C4 band-pass delay filter for continuous-time subband adaptive tapped-delay filter. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[39] Sourabh Ravindran and David V. Anderson. Boosting as a dimensionality reduction tool for audio classification. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[40] Cenk Demiroglu and David V. Anderson. Two-sensor noise-robust ASR with missing frames for Aurora2 task. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[41] Shyam Subramanian, David V. Anderson, and Paul Hasler. Synthesis of static multiple input multiple output MITE networks. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[42] Haw-Jing Lo, Guillermo Serrano, Paul Hasler, David Anderson, and Bradley Minch. Programmable multiple input translinear elements. In *Proceedings of the International Symposium on Circuits and Systems*, Vancouver, Canada, May 2004.

[43] Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Low-power audio classification for ubiquitous sensor networks. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

[44] Daniel J. Allred, Heejong Yoo, Venkatesh Krishnan, and David V. Anderson. A novel high performance distributed arithmetic adaptive filter implementation on an FPGA. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Montreal, Canada, May 2004.

[45] Daniel J. Allred, Walter Huang, Venkatesh Krishnan, Heejong Yoo, and David V. Anderson. An FPGA implementation for a high throughput adaptive filter using distributed arithmetic. In *FCCM*, pages 324–325, 2004.

[46] Tyson S. Hall and David V. Anderson. Merging theory and implementation: A framework for teaching DSP hardware design. In *2004 ASEE Annual Conference*, Salt Lake City, UT, June 2004.

[47] Rongqiang Hu and David V. Anderson. Audio noise suppression based on neuromorphic saliency and phoneme adaptive filtering. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[48] Sunil Kamath, Sourabh Ravindran, and David V. Anderson. Independent component analysis for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[49] Sourabh Ravindran and David V. Anderson. Cascade classifiers for audio classification. In *IEEE Digital Signal Processing Workshop*, Taos, NM, August 2004.

[50] Cenk Demiroglu and David V. Anderson. Noise robust digit recognition using a glottal radar sensor for voicing detection. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[51] Rongqiang (James) Hu and David V. Anderson. Single acoustic channel speech enhancement based on glottal correlation using non-acoustic sensors. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[52] Cenk Demiroglu and David V. Anderson. A soft decision MMSE amplitude estimator as a noise preprocessor to speech coders using a glottal sensor. In *International Conference on Spoken Language Processing*, Jeju, Korea, October 2004.

[53] Venkatesh Krishnan, Christopher Duffy, David V. Anderson, and Paul Hasler. Optimal quantization employing programmable flash analog to digital converters. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004. Invited paper.

[54] Rongqiang Hu and David V. Anderson. Improved perceptually inspired speech enhancement using a psychoacoustic model. In *Proceedings of the Asilomar*

*Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[55] Cenk Demiroglu, Sunil Kamath, David V. Anderson, Mark A. Clements, and Thomas P. Barnwell III. Segmentation based speech enhancement using auxiliary sensors. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[56] Teahyung Lee and David V. Anderson. The behavioral simulation results of the optical flow estimation algorithm for CADSP system design. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, Pacific Grove, CA, November 2004.

[57] Heejong Yoo and David V. Anderson. Hardware-efficient distributed arithmetic architecture for high-order digital filters. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 5, pages 125–128, Philadelphia, Pennsylvania, March 2005.

[58] Cenk Demiroglu, Sunil Kamath, and David V. Anderson. Segmentation-based speech enhancement for intelligibility improvement in MELP coders using auxiliary sensors. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 1, pages 797–800, Philadelphia, Pennsylvania, March 2005.

[59] Faik Baskaya, Sasank Reddy, Sung Kyu Lim, Tyson Hall, and David V. Anderson. Mapping algorithm for large-scale field programmable analog array. In *ACM International Workshop on Physical Design*, pages 152–158, San Francisco, April 2005. ACM Press.

[60] Sourabh Ravindran and David V. Anderson. Audio classification and scene recognition for hearing aids. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 830–863, Kobe, Japan, May 2005.

[61] Shyam Subramanian, David V. Anderson, Paul Hasler, and Bradley A. Minch. Synthesis of MITE log-domain filters with unique operating points. In *Proceedings of the International Symposium on Circuits and Systems*, volume 2, pages 996–999, Kobe, Japan, May 2005.

[62] I. Faik Baskaya, Sasank Reddy, Sung Kyu Lim, and David Anderson. Hierarchical placement for large-scale FPAA. In *International Conference on Field Programmable Logic and Applications*, pages 421–426, Tampere, Finland, August 2005.

[63] Sourabh Ravindran, David Anderson, and James Rehg. Cascade jump support vector machine classifiers. In *Machine Learning in Signal Processing 2005*, pages 135–139, Mystic, Connecticut, September 2005.

[64] Rongqiang Hu, Venkatesh Krishnan, and David V. Anderson. Speech bandwidth extension by improved codebook mapping towards increased

phonetic classification. In *Interspeech 2005*, pages 1501–1504, Lisbon, Portugal, September 2005.

[65] Rongqiang Hu, Sunil Kamath, and David V. Anderson. Speech enhancement using non-acoustic sensors. In *Interspeech 2005*, pages 2305–2308, Lisbon, Portugal, September 2005.

[66] Venkatesh Krishnan, Thomas P. Barnwell-III, and David V. Anderson. Using dynamic codebook re-ordering to exploit inter-frame correlation in MELP coders. In *Interspeech 2005*, pages 2717–2720, Lisbon, Portugal, September 2005.

[67] Venkatesh Krishnan, Phil S. Whitehead, David V. Anderson, and Mark A. Clements. A framework for estimation of clean speech by fusion of outputs from multiple speech enhancement systems. In *Interspeech 2005*, pages 2317–2320, Lisbon, Portugal, September 2005.

[68] Sourabh Ravindran, Sunil Kamath, and David Anderson. Implementation of low-power automatic audio classification for hearing-aids on TI c5510. In *Texas Instruments Developers Conference*, Dallas, Texas, February 2006.

[69] Venkatesh Krishnan, Sabat M. Siniscalchi, David V. Anderson, and Mark A. Clements. Noise robust Aurora-2 speech recognition employing a codebook-constrained Kalman filter preprocessor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume I, pages 781–784, Toulouse, France, May 2006.

[70] Teahyung Lee and David V. Anderson. Architecture for hierarchical block motion estimation using variable block sizes. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume III, pages 960–963, Toulouse, France, May 2006.

[71] Teahyung Lee and David V. Anderson. Performance analysis of a correlation-based optical flow algorithm under noisy environments. In *Proceedings of the International Symposium on Circuits and Systems*, pages 4699–4702, Kos, Greece, May 2006.

[72] Walter Huang, Venkatesh Krishnan, and David V. Anderson. Conjugate distributed arithmetic adaptive FIR filters and their hardware implementation. In *IEEE International Midwest Symposium on Circuits and Systems*, San Juan, Puerto Rico, August 2006.

[73] R. Velmurugan, S. Subramanian, V. Cevher, D. Abramson, K. M. Odame, J.D. Gray, H.J. Lo, J. H. McClellan, and D. V. Anderson. On low-power analog implementation of particle filters for target tracking. In *Proceedings of the 14th European Signal Processing Conference*, Florence, Italy, September 2006. Invited Paper.

[74] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Parameter estimation for manifold learning, through density estimation. In *IEEE*

*International Workshop on Machine Learning for Signal Processing*, pages 211–216, Maynooth, Ireland, September 2006.

[75] Sourabh Ravindran, David V. Anderson, and Malcolm Slaney. Improving the noise robustness of mel-frequency cepstral coefficients. In *ISCA Tutorial and Research Workshop on Statistical and Perceptual Audition*, pages 48–52, Pittsburgh, PA, September 2006.

[76] David V. Anderson and Sourabh Ravindran. Distributed acquisition and processing systems for speech and audio. In *Allerton Conference on Communication, Control, and Computing*, Monticello, IL, September 2006.

[77] Teahyung Lee and David V. Anderson. Checkerboard-type filtering for a low-power gradient-based optical flow estimation system. In *Proceedings of the IEEE International Conference on Image Processing*, pages 3285–3288, Atlanta, GA, October 2006.

[78] Teahyung Lee and David V. Anderson. The wavelet-based multi-resolution motion estimation using temporal aliasing detection. In Chang Wen Chen, Dan Schonfeld, and Jiebo Luo, editors, *Proceedings SPIE Electronic Imaging Science and Technology*, volume 6508 of *Visual Communications and Image Processing 2007*, pages 2s–1, San Jose, CA, January 2007. SPIE.

[79] David V. Anderson, Sourabh Ravindran, and Malcolm Slaney. Varying time-constants and gain adaptation in feature extraction for speech processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 669–672, April 2007.

[80] Chris Twigg, Paul Hasler, and David Anderson. Large-scale FPAA devices for signal processing applications. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 2, pages 69–72, April 2007.

[81] Cenk Demiroglu, David Anderson, Mark Clements, and Thomas Barnwell. Multi-sensor spectro-temporal comb filtering for speech enhancement. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, volume 4, pages 589–592, April 2007.

[82] Faik Baskaya, Brian Gestner, Chris Twigg, Sung Kyu Lim, David V. Anderson, and Paul Hasler. Rapid prototyping of large-scale analog circuits with field programmable analog array. In *IEEE Symposium on Field-Programmable Custom Computing Machines*, pages 319–320, April 2007.

[83] Brian Gestner, Jason Tanner, and David Anderson. Glass break detector analog front-end using novel classifier circuit. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3586–3589, May 2007.

[84] Shyam Subramanian, Paul Hasler, Bradley Minch, and David Anderson. Optimal synthesis of MITE translinear loops. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2822–2825, May 2007.

[85] Shyam Subramanian and David Anderson. 2-MITE product-of-power-law networks. In *Proceedings of the International Symposium on Circuits and Systems*, pages 1041–1044, May 2007.

[86] Erhan Ozalevli, Walter Huang, David V. Anderson, and Paul Hasler. VLSI implementation of a reconfigurable mixed-signal finite impulse response filter. In *Proceedings of the International Symposium on Circuits and Systems*, pages 2168–2171, May 2007.

[87] Cenk Demiroglu, David V. Anderson, and Mark A. Clements. A missing data-based feature fusion stragey for noise-robust automatic speech recognition using noisy sensors. In *Proceedings of the International Symposium on Circuits and Systems*, pages 965–968, May 2007.

[88] Tyson S. Hall and David V. Anderson. Teaching hardware design of fixed-point digital signal processing systems. In *Proceedings of the American Society for Engineering Education Annual Conference*, volume AC, page 2711, Honolulu, HI, June 2007.

[89] T. Lee, L. K. Chiu, D. V. Anderson, R. Robucci, and P. Hasler. Rapid algorithm verification for cooperative analog-digital imaging systems. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, 2007.

[90] Brian Gestner and David V. Anderson. Automatic generation of ModelSim-Matlab interface for RTL debugging and verification. In *IEEE International Midwest Symposium on Circuits and Systems*, 2007.

[91] Varinthira Duangudom and David V. Anderson. Using auditory saliency to understand complex auditory scenes. In *Proceedings of the European Signal Processing Conference*, pages 1206–1210, 2007.

[92] Sheng-Yu Peng, Paul E. Hasler, and David Anderson. An analog programmable multi-dimensional radial basis function based classifier. In *IFIP WG 10.5 International Conference on Very Large Scale Integration of System-on-Chip*, pages 13–18, Atlanta, GA, October 2007.

[93] Jungwon Lee, Teahyung Lee, and David V. Anderson. Improved wavelet-based embedded image coding using a dynamic index reordering vector quantizer. In *Data Compression Conference*, page 530, Snowbird, UT, USA, March 2008.

[94] Ryan Robucci, Leung Kin Chiu, Jordan Gray, Justin Romberg, Paul Hasler, and David V. Anderson. Compressive sensing on a CMOS separable transform image sensor. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 5125–5128, Las Vegas, Nevada, March 2008.

[95] Teahyung Lee and David V. Anderson. A spatially recursive optical flow estimation framework using adaptive filtering. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 789–792, Las Vegas, Nevada, March 2008.

[96] Sheng-Yu Peng, Yu Tsao, Paul Hasler, and David V. Anderson. A programmable analog radial-basis-function based classifier. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, pages 1425–28, Las Vegas, Nevada, March 2008.

[97] Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of a lattice reduction algorithm for low-complexity equalization. In *IEEE International Conference on Circuits and Systems for Communications*, Shanghai, May 2008.

[98] Haw-Jing Lo, Heejong Yoo, and David V. Anderson. A reusable distributed arithmetic architecture for FIR filtering. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 233–236, August 2008.

[99] Brian Gestner and David V. Anderson. Single newton-raphson iteration for integer-rounded divider for lattice reduction algorithms. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 966–969, August 2008.

[100] Harry B. Marr, Jason George, David V. Anderson, and Paul Hasler. Increased energy efficiency and reliability of ultra-low power arithmetic. In *Proceedings of the IEEE Midwest Symposium on Circuits and Systems*, pages 366–369, August 2008.

[101] Nikolaos Vasilogfou, Alexander G. Gray, and David V. Anderson. Scalable semidefinite manifold learning. In *IEEE Workshop on Machine Learning for Signal Processing*, pages 368–373, Cancun, Mexico, October 2008.

[102] Bo Marr, Stephen Brink, Paul Hasler, and David Anderson. A reconfigurable analog system for efficient stochastic biological computation. In *IEEE Biomedical Circuits and Systems Conference*, pages 293–296, Baltimore, Maryland, November 2008.

[103] Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *NIPS Workshop on Kernel Learning: Automatic Selection of Optimal Kernels*, Vancouver, British Columbia, December 2008.

[104] Nikolaos Vasiloglou, David V. Anderson, and Alexander Gray. Learning the intrinsic dimensions of the TIMIT speech database with maximum variance unfolding. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

[105] Jungwon Lee and David V. Anderson. Wavelet-based embedded image coding using dynamic index reordering vector quantization. In *IEEE Digital Signal Processing Workshop*, Marco Island, Florida, January 2009.

[106] Nikolaos Vasiloglou, Alexander Gray, and David V. Anderson. Non-negative matrix factorization, convexity and isometry. In *The 2009 SIAM International Conference on Data Mining*, Sparks, Nevada, April 2009.

[107]  Haw-Jing Lo and David V. Anderson. A hardware-efficient implementation of the fast affine projection algorithm. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[108]  Walter Huang and David V. Anderson. Adaptive filters using modified sliding-block distributed arithmetic with offset binary coding. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[109]  Brian Gestner, Wei Zhang, Xiaoli Ma, and David V. Anderson. VLSI implementation of an effective lattice reduction algorithm with fixed-point considerations. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Taipei, Taiwan, April 2009.

[110]  Krishna T. Malladi and David V. Anderson. Analog implementation of SNR based gain adaptation for denoising. In *Proceedings of the International Symposium on Circuits and Systems*, pages 269–272, May 2009.

[111]  Bo Marr, Brian Degnan, Paul Hasler, and David Anderson. An asynchronously embedded datapath for performance acceleration and energy efficiency. In *Proceedings of the International Symposium on Circuits and Systems*, pages 3046–3049, May 2009.

[112]  Nikolaos Vasiloglou, Alexander G. Gray, and David V. Anderson. Learning isometric separation maps. In *IEEE International Workshop on Machine Learning for Signal Processing*, pages 1–6, September 2009.

[113]  Leung Kin Chiu and David V. Anderson. Psychoacoustic bass enhancement system on reconfigurable analog signal processor. In *52nd IEEE International Midwest Symposium on Circuits and Systems*, pages 164–167, August 2009.

[114]  Devangi N. Parikh, Sourabh Ravindran, and David V. Anderson. Gain adaptation based on signal-to-noise ratio for noise suppression. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, pages 185–188, October 2009.

[115]  Faik Baskaya, David V. Anderson, Paul Hasler, and Sung Kyu Lim. A generic reconfigurable array specification and programming environment (grasper). In *Circuit Theory and Design, 2009. ECCTD 2009. European Conference on*, pages 619–622, August 2009.

[116]  Jorge Marin-Hurtado and David V. Anderson. Distortions in speech enhancement due to block processing. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[117]  Devangi Parikh, Muhammad Ikram, and David V. Anderson. Implementation of blind source separation and a post-processing algorithm for noise suppression

in cell-phone applications. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[118] David V. Anderson. A modulation view of audio processing for reducing audible artifacts. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, March 2010.

[119] Jason George, Bo Marr, Aniruddha Dasgupta, and David V. Anderson. Fixed-point arithmetic on a budget: Comparing probabilistic and reduced-precision addition. In *53rd IEEE International Midwest Symposium on Circuits and Systems*, pages 1258–1261, August 2010.

[120] Devangi Parikh and David V. Anderson. Perceptual artifacts in speech noise suppression. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 99–103, Pacific Grove, CA, November 2010.

[121] Visar Berisha, Ailar Javadi, Richard Hammett, David V. Anderson, and Alex Gray. Making decisions about unseen data: Semi-supervised learning at different levels of specificity. In *Proceedings of the Asilomar Conference on Circuits, Systems, and Computers*, pages 75–79, Pacific Grove, CA, November 2010.

[122] Devangi N. Parikh and David V. Anderson. Blind source separation with perceptual post processing. In *Digital Signal Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 321–325, January 2011.

[123] Leung Kin Chiu, David V. Anderson, and Benjamin Hoomes. Audio output enhancement algorithms for piezoelectric loudspeakers. In *Digital Signal Processing Workshop and 6th IEEE Signal Processing Education Workshop, 2011. DSP/SPE 2011. IEEE 14th*, pages 317–320, January 2011.

[124] Leung Kin Chiu, Brian Gestner, and David V. Anderson. Design of analog audio classifiers with adaboost-based feature selection. In *Proceedings of the International Symposium on Circuits and Systems*, May 2011.

[125] P. Spencer Whitehead and David V. Anderson. Robust Bayesian analysis applied to Wiener filtering of speech. In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

[126] Leung Kin Chiu, N.V. Parrish, and D.V. Anderson. A perceptually transparent audio power reduction algorithm for loudspeaker power management. In *Acoustics, Speech and Signal Processing (ICASSP), 2011 IEEE International Conference on*, pages 325–328, May 2011.

[127] Brian Gestner, Xiaoli Ma, and David V. Anderson. Are all basis updates for lattice-reduction-aided MIMO detection necessary? In *Proceedings of the IEEE International Conference on Acoustics, Speech, and Signal Processing*, May 2011.

[128] Jorge Marin-Hurtado, Devangi Parikh, and David Anderson. Binaural noise-reduction method based on blind source separation and perceptual post processing. In *Interspeech 2011*, August 2011.

[129] Jorge I. Marin and David Anderson. Perceptually-inspired processing for multichannel wiener filter. In *Interspeech 2011*, August 2011.

[130] J.I. Marin-Hurtado and D.V. Anderson. Reduced-bandwidth and low-complexity multichannel wiener filter for binaural hearing aids. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 85–88, October 2011.

[131] J.I. Marin-Hurtado and D.V. Anderson. Robust non-vad implementation of multichannel wiener filter for binaural noise reduction. In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 341–344, October 2011.

[132] A.A. Kressner, D.V. Anderson, and C.J. Rozell. Robustness of the hearing aid speech quality index (HASQI). In *Applications of Signal Processing to Audio and Acoustics (WASPAA), 2011 IEEE Workshop on*, pages 209–212, October 2011.

[133] R. Curtin, N. Vasiloglou, and D.V. Anderson. Learning distances to improve phoneme classification. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

[134] A. Javadi, A. Gray, D. Anderson, and V. Berisha. Semi-supervised hierarchy learning using multiple-labeled data. In *Machine Learning for Signal Processing (MLSP), 2011 IEEE International Workshop on*, September 2011.

[135] J.I. Marin-Hurtado and D.V. Anderson. Practical mwf-based noise-reduction methods for binaural hearing aids. In *Image, Signal Processing, and Artificial Vision (STSIVA), 2012 XVII Symposium of*, pages 84–91, 2012.

[136] S Harbert, DF Britton, WDR Daley, DV Anderson, G Colon, M Giannelli, and E Hanson. Development of an audio and video observation and recording platform for data collection in a broiler growout environment. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2012, ASABE 2012*, volume 4, pages 3235–3244, Jan 2012.

[137] RR Curtin, WB March, P Ram, DV Anderson, AG Gray, and CLI Jr. Tree-independent dual-tree algorithms. In *2013 IEEE International Conference on Machine Learning*, Apr 2013.

[138] AA Kressner, DV Anderson, and CJ Rozell. A novel binary mask estimator based on sparse approximation. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 7497–7501, 2013.

[139] NV Parrish, DV Anderson, WDR Daley, DF Britton, S Harbert, AB Webster, and CW Ritz. Analysis of poultry vocalizations for age estimation using

cepstral coefficients and c4.5 classification. In *American Society of Agricultural and Biological Engineers Annual International Meeting 2013, ASABE 2013*, volume 4, pages 2949–2955, Jan 2013.

[140] NH Sephus, TO Olubanjo, and DV Anderson. Enhancing online music lessons with applications in automating self-learning tutorials and performance assessment. In *Proceedings - 2013 12th International Conference on Machine Learning and Applications, ICMLA 2013*, volume 2, pages 568–571, 2013.

[141] NH Sephus, AD Lanterman, and DV Anderson. Exploring frequency modulation features and resolution in the modulation spectrum. In *2013 IEEE Digital Signal Processing and Signal Processing Education Meeting, DSP/SPE 2013 - Proceedings*, pages 169–174, 2013.

[142] V Duangudom and DV Anderson. Identifying salient sounds using dual-task experiments. In *IEEE Workshop on Applications of Signal Processing to Audio and Acoustics*, 2013.

[143] CM Chu, DV Anderson, and IEEE. Likelihood codebook reordering vector quantization. In *2013 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 5114–5117, 2013.

[144] M Rizwan and DV Anderson. Using k-nearest neighbor and speaker ranking for phoneme prediction. In *Proceedings - 2014 13th International Conference on Machine Learning and Applications, ICMLA 2014*, pages 383–387, Dec 2014.

[145] RR Curtin, W Daley, and DV Anderson. Classifying broiler chicken condition using audio data. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1141–1144, Jan 2014.

[146] BT Carroll, DV Anderson, W Daley, S Harbert, DF Britton, and MW Jackwood. Detecting symptoms of diseases in poultry through audio signal processing. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1132–1135, Jan 2014.

[147] BM Whitaker, BT Carroll, W Daley, and DV Anderson. Sparse decomposition of audio spectrograms for automated disease detection in chickens. In *2014 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2014*, pages 1122–1126, Jan 2014.

[148] SH Raza, A Humayun, I Essa, M Grundmann, and D Anderson. Finding temporally consistent occlusion boundaries in videos using geometric context. In *Proceedings - 2015 IEEE Winter Conference on Applications of Computer Vision, WACV 2015*, pages 1022–1029, Feb 2015.

[149] IA Khan, DV Anderson, and CF Barnes. Classification using residual vector quantization with markov-bayesian structure. In *Data Compression Conference*. Snowbird, Utah, Apr 2015.

[150] Muhammad Rizwan and David V Anderson. Speaker adaptation using speaker similarity score on dnn features. In *2015 IEEE 14th International Conference on Machine Learning and Applications (ICMLA)*, pages 877–882. IEEE, 2015.

[151] Ayush Sharma and David V Anderson. Deep emotion recognition using prosodic and spectral feature extraction and classification based on cross validation and bootstrap. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 421–425. IEEE, 2015.

[152] Jinwoo Kang, David V Anderson, and Monson H Hayes. Face recognition in vehicles with near infrared frame differencing. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 358–363. IEEE, 2015.

[153] Bradley M Whitaker and David V Anderson. Learning anomalous features via sparse coding using matrix norms. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 196–201. IEEE, 2015.

[154] Chu Meh Chu, Nathan V Parrish, and David V Anderson. Adaptive likelihood codebook reordering vector quantization for 1-D data sources. In *Signal Processing and Signal Processing Education Workshop (SP/SPE), 2015 IEEE*, pages 107–112. IEEE, 2015.

[155] Jinwoo Kang, David V Anderson, and Monson H Hayes. Direct image alignment for active near infrared image differencing. In *International Conference on Advanced Concepts for Intelligent Vision Systems*, pages 334–344. Springer International Publishing, 2015.

[156] Muhammad Rizwan, Babafemi O Odelowo, and David V Anderson. Word based dialect classification using extreme learning machines. In *Neural Networks (IJCNN), 2016 International Joint Conference on*, pages 2625–2629. IEEE, 2016.

[157] Chieh-Feng Cheng, Abbas Rashidi, Mark A. Davenport, and David Anderson. Audio signal processing for activity recognition of construction heavy equipment. In *33rd International Symposium on Automation and Robotics in Construction (ISARC 2016)*, 2016.

[158] K. L. Fair and D. V. Anderson. Sparse approximation on energy efficient hardware. In *2016 International Joint Conference on Neural Networks (IJCNN)*, pages 4302–4307, July 2016.

[159] B. M. Whitaker and D. V. Anderson. Heart sound classification via sparse coding. In *2016 Computing in Cardiology Conference (CinC)*, pages 805–808, September 2016.

[160] C. F. Cheng, A. Rashidi, M. A. Davenport, D. V. Anderson, and C. A. Sabillon. Hardware and software requirements for acoustical monitoring of construction jobsites. In *Proc. Int. Workshop on Computing in Civil Engineering 2017*, 2017.

[161] B. O. Odelowo and D. V. Anderson. Speech enhancement using extreme learning machines. In *2017 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (WASPAA)*, pages 200–204, October 2017.

[162] B. O. Odelowo and D. V. Anderson. A mask-based post processing approach for improving the quality and intelligibility of deep neural network enhanced speech. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 1134–1138, December 2017.

[163] B. O. Odelowo and D. V. Anderson. A noise prediction and time-domain subtraction approach to deep neural network based speech enhancement. In *2017 16th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 372–377, December 2017.

[164] B. M. Whitaker, M. Rizwan, V. B. Aydemir, J. M. Rehg, and D. V. Anderson. AF classification from ECG recording using feature ensemble and sparse coding. In *2017 Computing in Cardiology (CinC)*, September 2017.

[165] Muhammad Rizwan and David V. Anderson. Investigation on adaptive data condensation for exemplar based method in speech task. In *2017 IEEE Global Conference on Signal and Information Processing, GlobalSIP 2017*, Nov 2017.

[166] Babafemi Odelowo and David V. Anderson. A study of training targets for deep neural network-based speech enhancement using noise prediction. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, 2018.

[167] Bradley M. Whitaker and David V. Anderson. Using block coordinate descent to learn sparse coding dictionaries with a matrix norm update. In *2018 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 2761–2765, April 2018.

[168] C. A. Sabillon, A. Rashidi, B. Samanta, C. F. Cheng, M. A. Davenport, and D. V. Anderson. A productivity forecasting system for construction cyclic operations using audio signals and a Bayesian approach. In *Construction Research Congress (CRC)*, April 2018.

[169] C. Cheng, D. V. Anderson, M. A. Davenport, and A. Rashidi. Audio classification based on weakly labeled data. In *2018 IEEE Statistical Signal Processing Workshop (SSP)*, pages 568–572, June 2018.

[170] Babafemi O. Odelowo and David V. Anderson. Canonical ELM: Improving the performance of extreme learning machines on multivariate regression tasks using canonical correlations. In *2018 17th IEEE International Conference on Machine Learning and Applications (ICMLA)*, pages 734–740, December 2018.

[171] Shoba S. Meera, Rahul Pawar, Kha vi Khuu, Steven Warren, Gizem Cetin, Vybhav Jagannath, Mark Clements, David Anderson, Heather Hazlett, Robert Schultz, Annette Estes, Stephen Dager, Kelly Botteron, Lonnie Zwaigenbaum, Julia Parrish-Morris, Juhi Pandey, Tanya St. John, Meghan Swanson, Linda

Watson, and Joe Piven. Canonical babbling in 9-month-old infants later diagnosed with autism spectrum disorder: A naturalistic evaluation of all-day recordings. In *International Society for Autism Research (INSAR) 2019 Annual Meeting*, May 2019.

[172] Chuyao Feng, Eva van Leer, and David V. Anderson. Identification of voice quality variation using i-vectors. In *2019 IEEE Workshop on Applications of Signal Processing to Audio and Acoustics (WASPAA)*, pages 105–109, October 2019.

[173] Harish Haresamudram, David V Anderson, and Thomas Plötz. On the role of features in human activity recognition. In *Proceedings of the 23rd International Symposium on Wearable Computers*, pages 78–88, 2019.

[174] Devon Janke and David V. Anderson. Analyzing the effects of noise and variation on the accuracy of analog neural networks. In *2020 IEEE 63rd International Midwest Symposium on Circuits and Systems (MWSCAS)*, pages 150–153, 2020.

[175] Bradley M. Whitaker and David V. Anderson. Exploring the effectiveness of linear matrix factorizations after nonlinear processing. In *2020 Intermountain Engineering, Technology and Computing (IETC)*, 2020.

[176] You Wang, Chuyao Feng, and David V. Anderson. A multi-channel temporal attention convolutional neural network model for environmental sound classification. In *ICASSP 2021 - 2021 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 930–934, 2021.

[177] Ranveer Uppal, Sanath Nagaraj, Eva van Leer, and David V. Anderson. Non-parametric online changepoint detection algorithm. In *2021 IEEE Statistical Signal Processing Workshop (SSP)*, pages 396–400, 2021.

[178] Devon Janke and David V. Anderson. Best practices for designing and training neural networks subjected to random variations. In *2021 IEEE International Symposium on Circuits and Systems (ISCAS)*, 2021.

[179] Devon Janke and David V. Anderson. Improving robustness in analog neural networks by introducing sparse connectivity. In *Conference Record of the Asilomar Conference on Signals, Systems and Computers, 2021.*, October 2021.

[180] Dorsey Beckles, Desmond Caulley, Luca DeCicco, Chandler Mason, Zhaozhou Tang, and David V Anderson. Speaker diarization and automatic analysis methods of audio from individuals with autism spectrum disorder. In *2021 IEEE International Conference on RFID (RFID) (IEEE RFID 2021)*, April 2021.

[181] You Wang and David V. Anderson. Hybrid attention-based prototypical networks for few-shot sound classification. In *ICASSP 2022 - 2022 IEEE International Conference on Acoustics, Speech and Signal Processing (ICASSP)*, pages 651–655, 2022.

[182] Nicolas Shu, You Wang, Desmond Caulley, and David V. Anderson. Slimnet: A lightweight attentive network for speech-music-noise classification and voice activity detection. In *2024 IEEE International Conference on Edge Computing and Communications (EDGE)*, pages 157–161, 2024.

[183] Sharisse Poff, Jacob Anderson, Benjamin Boyack, David V Anderson, Robert C Davis, and Shiuh hua Wood Chiang. Multirate filtering for pulsatile bioimpedance signals with MHz excitation. In *2025 IEEE MTT-S International Microwave Biomedical Conference (IMBioC)*, 2025. submitted.

### C. Other Publications and Creative Products

### C.1. Technical Reports

[1] Heejong Yoo, Rich Ellis, David V. Anderson, Paul Hasler, David W. Graham, and Mat Hans. Continuous–time audio noise suppression and real–time implementation. Technical Report HPL-2002-311, HP Labs, November 2002. available at http://www.hpl.hp.com/techreports.

[2] André van Schaik, David Anderson, Steven Greenberg, Malcom Slaney, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2003.

[3] Malcolm Slaney, David V. Anderson, André van Schaik, et al. Final report—chapter on audio projects. Technical report, Telluride Workshop on Neuromorphic Engineering, Telluride, CO, July 2004.

[4] Nordine Sebkhi, Arpan Bhavsar, Nazmus Sahadat, Jesse Baldwin, Erica Walling, Amber Biniker, Michelle Hoefnagel, Geneva Tonuzi, Raine Osborne, David V. Anderson, and Omer T. Inan. Evaluation of a head-tongue controller for power wheelchair driving by people with quadriplegia. *IEEE Transactions on Biomedical Engineering*, 69(4):1302–1309, 2022.

### D. Presentations

### D.1. Conference Presentations without Proceedings

[1] David V. Anderson and Mark A. Clements. Noise suppression in speech using multi-resolution sinusoidal modeling. presented at the Fall 1998 Meeting of the Acoustical Society of America, Norfolk, VA.

[2] David V. Anderson, Douglas Chabries, and Richard W. Christiansen. Time constants in multi-band compressive gain hearing aids. In *International Hearing Aid Research Conference*, Lake Tahoe, CA, August 2000.

[3] David V. Anderson, Phil Spencer Whitehead, and Mark A. Clements. Acoustic noise suppression for speech enhancement. presented at the Fall 2001 Meeting of the Acoustical Society of America, Ft. Lauderdale, FL, October 2001.

[4] David V. Anderson. Fast dynamic range compression method for multichannel hearing aids. presented at the 143rd Meeting of the Acoustical Society of America, Pittsburgh, Pennsylvania, June 2002.

[5] I. Faik Baskaya, Sasank Reddy, Tyson Hall, David V. Anderson, Paul Hasler, and Sung Kyu Lim. Analog circuit modeling and clustering for large scale FPAA. presented at the Design Automation and Test Conference, May 2004.

[6] Abbas Rashidi, Mark A. Davenport, David V. Anderson, Chieh-Feng Cheng, and Chris A. Sabillon. Achievements and challenges in audio-based modeling of construction job sites. *The Meeting of the Acoustical Society of America*, 141:3917–3917, May 2017.

[7] David V. Anderson and Mohammad Salut. Tensor robust CUR for hyperspectral data. presented at MaSAG25 (Mathematics for Signal Processing and Applications in Geophysics and other fields) Summer School and Conference, L'Aquila, Italy, June 2025.

## D.2. Seminar Presentations

[1] David V. Anderson, Monson H. Hayes III, and Joel Jackson. Streaming multimedia course development. Invited seminar at Virginia Tech, December 2000.

[2] David V. Anderson. Cooperative analog/digital signal processing. Georgia Tech Analog Consortium Industry Review, March 2001.

[3] David V. Anderson. Analog signal processing in a digital world. Georgia Tech Analog Consortium Industry Review, March 2002.

[4] David V. Anderson. Analog and signal processing. Georgia Tech Analog Consortium Industry Review, October 2003.

[5] David V. Anderson. Cooperative analog/digital signal processing. Invited speaker: IEEE Georgia Tech Student Chapter meeting, March 2000.

[6] Mat Hans and David V. Anderson. Sensor inputs for portable devices. Invited speaker: IEEE Georgia Tech Student Chapter meeting, February 2002.

[7] David V. Anderson. Bucking the trend. Keynote speaker at HKN Honor Society induction, April 2002.

[8] David V. Anderson. Prototyping cooperative analog-digital signal processing for auditory applications. Telluride Workshop on Neuromorphic Engineering, July 2003.

[9] David V. Anderson. Neuro-inspired audio processing. Telluride Workshop on Neuromorphic Engineering, July 2004.

[10] David V. Anderson. Signal processing trends. Invited speaker: Korea University, May 2005.

[11] David V. Anderson. Low-power signal processing trends. Invited speaker: Johns Hopkins University, November 2005.

[12] David V. Anderson. Signal processing with analog VLSI. Invited speaker: State University of New York – Stony Brook, January 2006.

[13]  David V. Anderson. Neuro-inspired signal processing. Telluride Workshop on Neuromorphic Engineering, July 2005.

[14]  David V. Anderson. Audio signal enhancement. Telluride Workshop on Neuromorphic Engineering, July 2006.

[15]  David V. Anderson. Human perception and signal processing. Telluride Workshop on Neuromorphic Engineering, July 2008.

[16]  David V. Anderson. Bayesian probability in everyday life. Presentation to Autry Mill Middle School Math Classes, May 2009.

[17]  David V. Anderson. Multimedia signal processing. Invited speaker: Korea University, July 2009.

[18]  David V. Anderson. Applications of human perception in signal processing and analysis. Short Course given at MaSAG25 (Mathematics for Signal Processing and Applications in Geophysics and other fields) Summer School and Conference, L'Aquila, Italy, June 2025.

### E. Grants and Contracts
#### E.1. & E.2. As Principal and Co-Principal Investigator

| | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---|---|---|---|---|
| 1. | NSF | High Density Analog Computing Arrays | 2000-04 | $443,000 | Co-PI – 40% |
| 2. | GTBI | Blind Source Separation for Audio | 2001-02 | $26,000 | PI – 100% |
| 3. | GTBI | Audio Classification | 2002-03 | $26,000 | PI – 100% |
| 4. | GTBI | Audio Classification | 2003-04 | $20,000 | PI – 100% |
| 5. | GVU | Auditory Scene Analysis | 2002-03 | $16,170 | PI – 100% |
| 6. | DARPA | Focal–Plane Image Enhancement | 2002-04 | $375,000 | Co-PI – 40% |
| 7. | DARPA | Focal–Plane Image Processing | 2004-06 | $900,000 | Co-PI – 40% |
| 8. | DARPA | Improved Speech Analysis, Coding, and Enhancement using Microradars | 2002-06 | $2,275,955 | Co-PI – 40% |
| 9. | NSF | CAREER: Ultra-Low Power Programmable Analog Signal Processing Systems | 2004-09 | $400,000 | PI – 100% |
| 10. | CIA | Low–power Array Processing | 2004-05 | $383,200 | PI – 100% |
| 11. | NSF | Bringing Low Power Reconfigurable Analog Signal Processing to Embedded Systems | 2004-07 | $240,000 | Co-PI – 20% |
| 12. | NSF | Probabilistic CMOS Computing and Applications | 2007-10 | $762,000 | PI – 100% |

|  | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---|---|---|---|---|
| 13. | Raytheon | Machine Learning of Visual Features | 2009-10 | $85,000 | Co-PI – 50% |
| 14. | National Semiconductor | Hearing Aid Audio Processing | 2009-12 | $150,000 | PI – 100% |
| 15. | National Semiconductor | Speaker Driver Sound Enhancement | 2009-10 | $50,000 | PI – 100% |
| 16. | Army Research Office | Realizing Lattice-Reduction-Based Detectors for High-Rate Wireless Communications | 2011-12 | $50,000 | Co-PI – 50% |
| 17. | NSF | I-CORPS | 2012-13 | $50,000 | PI – 100% |
| 18. | Walmart Foundation | Craft with Pride: Development and Deployment of Disruptive Manufacturing | 2014-16 | $2,959,656 | CoI – 10% |
| 19. | NSF | I-Corps: Automated Audio Monitoring | 2018-19 | $50,000 | PI – 100% |
| 20. | NSF | I-Corps | 2019-21 | $50,000 | PI – 100% |
| 21. | NSF | PFI-TT: Continuous Livestock Monitoring Using Audio and Machine Learning | 2019-21 | $249,999 | PI – 100% |
| 22. | Georgia CTSA | GACTSA I-Vector Based Voice Quality | 2018-19 | $33,892 | PI – 100% |
| 23. | GRA | Georgia Research Alliance Phase 1A (Ergense) | 2020 | $30,000 | PI – 100% |
| 24. | GRA | AudioT | 2020-2021 | $50,000 | PI – 100% |
| 25. | GRA | Phase IIA grant – AudioT | 2022-2023 | $59,750 | PI – 100% |

| | Sponsor | Title | Dates | $ Funded | Contribution |
|---|---|---|---|---|---|
| 26. | NSF | Collaborative Research: An Audio-based Spatio-temporal System for Automated Monitoring of Construction Operations | 2015-18 | $208,909 | Co-PI – 50% |
| 27. | BMW Corp | Audio Analysis of Motor Sounds for Quality Control | 2017-20 | $225,000 | PI – 100% |
| 28. | Brooks Foundation | Evaluation of a Multimodal Assistive System for Mobility by Combining Tongue | 2019-20 | $30,064 | PI – 100% |
| 29. | NIH/GSU | Analysis of Voice Exercises Using Signal Processing | 2017-18 | $11,700 | PI – 100% |
| 30. | GVU/IPAT | Acoustic Sensor Deployment in the EcoCommons | 2019-20 | $20,000 | Co-PI – 50% |
| 31. | Blue Sky Research Grants | Parkinsons speech | 2021-22 | $40,000 | PI – 50% |
| 32. | Cisco | Smart Homes for Effective and Safe Remote Work During a Pandemic and Beyond | 2021-22 | $171,653 | Co-PI – 50% |
| 33. | GTRI | Facial Emotion Detection | 2021-22 | $15,000 | PI – 100% |

Foundation Gifts

| | Sponsor | Title | Dates | $ Funded |
|---|---|---|---|---|
| 1. | Google | Fast Analysis of High-dimensional Data | 10/07 | $75,000 |
| | | With Alex Gray in CoC | | |
| 2. | Google | Audio Saliency | 10/07 | $100,000 |
| | | With Alex Gray in CoC | | |
| 3. | National Semiconductor | Sound Classification Circuits Research | 9/05– | $125,000 |
| 4. | IDT Corporation | FFT Circuits Research | 10/06 | $30,000 |

## E.5. Proposals Submitted but Not Funded (Last Two Years)

|     | Sponsor | Title | Year | Budget | Contribution |
|-----|---------|-------|------|--------|--------------|
| 1.  | NSF | SCH: INT: Exploiting on-body measurements of physiological and contextual signatures for personalized anxiety trigger detection | 2020 | $1,198,178 | Co-PI – 33% |
| 2.  | NSF | SCH: INT: Improving the Patient Healing Process in the Hospital Setting via Transformational Sound and Light Sensing | 2019 | $1,200,000 | PI – 25% |
| 3.  | NSF | PFI-TT: Monitoring of Acoustic Scenes using Spatiotemporal Audio Circuits at near zero-power | 2019 | $250,000 | PI – 100% |
| 4.  | Imlay Foundation | Sound and Light Monitoring Device for Use in Improving Sleep in ICUs | 2019 | $125,000 | PI – 60% |
| 5.  | Simons Foundation | Integrating Novel Video and Acoustic Home-Based Outcome Measures in Autism | 2019 | $207,826 | PI – 100% |

|     | Sponsor  | Title | Year | Budget | Contribution |
|-----|----------|-------|------|--------|--------------|
| 6.  | NSF-NIFA | AI-Driven Risk Management in Agriculture and Food Systems: Resiliency from Cells to Watersheds | 2020 | $3,771,681 | Co-PI – 33% |
| 7.  | NSF      | Next Generation Smart Microphone with Automated Monitoring | 2020 | $250,000 | PI – 100% |
| 8.  | NIH      | Optimizing voice therapy efficacy and efficiency through conversation training and app support | 2019 | $2,960,352 | Co-PI – 15% |
| 9.  | NIH      | Individualized Automated Voice Quality Assessment for Voice Therapy Adherence Feedback | 2021 | $424,114 | PI – 60% |
| 10. | NSF-NIFA | AI Institute: Multiscale sustainable intensification through AI-enabled agriculture | 2020 | $1,940,771 | GT PI – 33% |
| 11. | NBMC     | Long-Term Wearable, Multimodal E-Tattoos for Real-Time Cognitive State Assessment of Pilots | 2020 | $855,851 | GT Co-PI – 16% |

### F. Other Scholarly and Creative Accomplishments

2011–2020  Co-founder of Ratrix Technologies with Xiaoli Ma (GT-ECE) and Drayt Avera. Ratrix Technologies develops high–throughput wireless data solutions. Received NSF SBIR Phase I and Phase II funding

2018–present  Co-founder of AudioT with Brandon Carroll (GT PhD grad) and Tom Darbonne. AudioT develops audio surveillance systems for use in livestock operations. Received FFAR Phase I and Phase II funding

### F.1. Patents

[1]  David V. Anderson, Kwan Truong, and Stephen McGrath. Adaptive filter featuring spectral gain smoothing and variable noise multiplier for noise

reduction, and methods therefor. U.S. Patent no. 6,351,731, July 1999. Issued 2002.

[2] David V. Anderson, Kwan Truong, and Stephen McGrath. Speech activity detector for use in noise reduction system, and methods therefor. U.S. Patent no. 6,453,285, July 1999. Issued 2002.

[3] Jeffery Dugger, Tyson S. Hall, Paul Hasler, David V. Anderson, Paul D. Smith, Matthew R. Kucic, and Abhishek Bandyopadhyay. Floating-gate analog circuit. U.S. Patent no. 6,898.097, May 2005.

[4] Daniel J. Allred, David V. Anderson, Walter G. Huang, Venkatesh Krishnan, and Heejong Yoo. Distributed arithmetic adaptive filter and method. U.S. Patent application no. 20050201457, September 2005.

[5] Philomena Cleopha Brady, Haw-Jing Lo, Guillermo Jose Serrano, Farhan Adil, Matthew R. Kucic, Paul Hasler, David V. Anderson, and Angelo Pereira. Floating-gate reference circuit. U.S. Patent no. 7,034,603, April 2006.

[6] Erhan Ozalevli, Paul Hasler, David V. Anderson, and Walter G. Huang. Reconfigurable mixed-signal VLSI implementation of distributed arithmetic. U.S. Patent no. 7,348,909, March 2008.

[7] Richard T. Ellis, Heejong Yoo, David W. Graham, Paul E. Hasler, and David V. Anderson. Analog audio signal enhancement system using a noise suppression algorithm. U.S. Patent no. 7,590,250, September 2009.

[8] David Verl Anderson, Brian Gestner, and Xiaoli Ma. Incremental lattice reduction systems and methods. U.S. Patent no. 8,948,318 B2, February 2015.

[9] David Verl Anderson, Meredith A. Caveney, Reed Blevins, Amanda I. Gillespie, Ozioma Orjioke, Sandeep Shelly, Nathaniel Sundholm, and Adam M. Klein. Feedback system and method for speaker loudness correction, 2024. US Patent Application 18/659,809.

## G. Consulting

| | |
|---|---|
| 2025–present | Expert witness for Google, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in Sonos, Inc. v. Google LLC, IPR Proceedings. |
| 2025–present | Expert witness for Lenovo, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in General Video LLC v. Lenovo Group Limited, No. 5:24-cv-00122-RWS. |
| 2025–present | Expert witness for Bose Corporation represented by Wolf Greenfield in Bose Corporation v. IngenioSpec, LLC, IPR Proceeding |
| 2024–2024 | Expert witness for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., represented by Kirkland & Ellis LLP in Staton Techiya, LLC and Synergy IP Corp. v. Samsung Elecs. Co. et al. , No. 2:23-CV-00319- JRG-RSP (Eastern District of Texas) |

| | |
|---|---|
| 2023–2024 | Expert witness for Meta, represented by Paul Hastings, LLC in Meta Platforms v. Jawbone Innovations IPR2023-01291. (deposed) |
| 2022–present | Expert witness for *undisclosed*, represented by Alston & Bird in *pending* |
| 2022–2023 | Expert witness for Google LLC, represented by Quinn Emanuel Urquhart & Sullivan, LLP in Google LLC v. Sonos, Inc., Nos. 22-cv-04552 & -04553 (Northern District of California) |
| 2022–2023 | Expert witness for Google LLC, represented by Quinn Emanuel Urquhart & Sullivan, LLP in Certain Audio Players and Components Thereof; and Certain Audio Players and Components Thereof II, Nos. 337-TA-1329 & 337-TA-1330 (USITC) |
| 2022–2024 | Expert witness for Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc., represented by Kirkland & Ellis LLP in Staton Techiya, LLC and Synergy IP Corp. v. Samsung Elecs. Co. et al. , Nos. 2:21-cv-413-JRG, 2:22-cv-00053-JRG-RSP (Eastern District of Texas) (deposed) |
| 2022–2024 | Expert witness for TVision, represented by Keker, Van Nest & Peters LLP in The Nielsen Company (US), LLC v. TVision Insights, Inc., No. 1:21-cv-01592-CJB and No. 1:22-cv-00057-CJB (Delaware) |
| 2022–present | Expert witness for Promptu Systems Corporation, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in Promptu Systems Corporation v. Comcast Corporation and Comcast Cable Communications, LLC, No. 2:16-cv-06516-LDD (Eastern District of Pennsylvania) (deposed) |
| 2022–2023 | Expert witness for Google, represented by Keker, Van Nest & Peters LLP in *Jawbone Innovations, LLC v. Google LLC*, No. 6:21-cv-00985 (Western District of Texas) |
| 2022–2023 | Expert witness for Google, represented by Finnegan, Henderson, Farabow, Farrett & Dunner LLP in Google LLC, v. Jawbone Innovations, LLC, Cases IPR2022-01027, IPR2022-00649, IPR2022-00623 (deposed three times) |
| 2022–2024 | Expert witness for Zentian, LTD, represented by Noroozi, PC in *Zentian Ltd. v. Apple Inc.; and Zentian Ltd. v. Amazon.com Inc.* IPR2023-00033, IPR2023-00034, IPR2023-00035, IPR2023-00036, IPR2023-00037 (deposed twice) |
| 2021–2024 | Expert witness for Zentian, LTD, represented by Bartlit & Beck, LLP in *Zentian Ltd. v. Apple Inc.; and Zentian Ltd. v. Amazon.com Inc.* (Western District of Texas) |
| 2020 | Expert witness for St. Lawrence Communications LLC, represented by AZA Law LLC in *Saint Lawrence Communications LCC v. Amazon.com, Inc.*, No. 2:19-cv-00027-JRG (Eastern District of Texas) (deposed) |
| 2020 | Expert witness for Advanced Voice Recognition Systems, Inc., represented by Buether Joe & Carpenter, LLC in *IPR2019-01352* (deposed) |
| 2020–present | Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *Motorola Solutions, Inc. v. Hytera Communications Corp. Ltd. et al.*, No. 1:17-CV-01972 (Northern District of Illinois, Eastern Division) (deposed twice) |

2018–2020    Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *Hytera Communications Corp. Ltd. v. Motorola Solutions, Inc.*, No. 1:17-CV-1794 (Northern District of Ohio, Eastern Division) (deposed twice)

2018–2021    Expert witness for MModal Services Ltd., represented by Latham & Watkins LLP in *MModal Services Ltd. v. Nuance Communications, Inc.*, No. 1:18-cv-00901-WMR (Northern District of Georgia Atlanta Division) (deposed)

2017–2018    Expert witness for Analytics for Life, Inc., represented by Meunier Carlin & Curfman LLC in IPR2017-01742 (deposed)

2017–2018    Expert witness for III Holdings, represented by Posinelli LLP in IPR2017-00930 (K/S HIMPP et al. v. III Holdings) (deposed)

2017–2018    Expert witness for Motorola Solutions, Inc, represented by Kirkland and Ellis, LLC in *In the Matter of Certain Two-Way Radio Equipment and Systems, Related Software and Components Thereof* before the International Trade Commission, Investigation No. 337-TA-1053 (deposed)

2017–2018    Expert witness for St. Lawrence Communications LLC, represented by AZA Law LLC in *Saint Lawrence Communications LCC v. Apple Inc., AT&T Mobility, and Cellco Partnership D/B/A Verizon Wireless Civil Action No. 2:16-cv-00082-JRG (Eastern District of Texas)* (deposed)

2016–2017    Expert witness for Samsung Corporation, represented by Covington Burlington, LLP in *In the Matter of Certain Audio Processing Hardware, Software, and Products Containing the Same* before the International Trade Commission, Investigation No. 337-TA-1026 (deposed)

2016–2017    Expert consultant for Alston and Bird, LLC on behalf of Nokia.

2015–2016    Expert witness for Acer, Inc.; Acer America Corp.; ASUS TeK Computer Inc.; ASUS Computer International; Dell Inc.; Hewlett Packard Co.; Lenovo Holding Co., Inc.; Lenovo (United States) Inc.; Toshiba Corp.; and Toshiba America Information Systems, Inc. in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949 (deposed)

2015    Expert witness for Realtek Semiconductor Corporation, represented by Steptoe & Johnson, LLP in *Realtek Semiconductor Corporation v. Andrea Electronics Corporation before the United States Patent and Trademark Office Patent Trial and Appeal Board*, Case Numbers IPR2015-01392, IPR2015-01393, IPR2015-01394, IPR2015-01395, IPR2015-01396 (deposed)

2015    Expert witness for Realtek Semiconductor Corporation, represented by Chen Malin, LLP in *In the matter of certain audio processing hardware and software products contain same* before the International Trade Commission, case 337-TA-949

2012–2013    Expert witness for MobileMedia Ideas, LLC, represented by Proskauer in *MobileMedia Ideas LLC, v. Research in Motion Limited and Research in Motion Corporation, Civil Action No. 3:11-cv-02353-N (Northern District of Texas)* (deposed)

| 2009-2013 | Expert witness for Oticon, LLC, represented by Birch, Steward, Kolasch, & Birch, L.L.P. in *Oticon, Inc. v. Sebotek Hearing systems, LLC, et al., Civil Action No. 3:08-cv-05489-FLW (District of New Jersey)* and *Sound Design Technologies, Ltd. v Oticon, Inc., Civil Action No. 2:11-cv-01375-SRB (District of Arizona)* (deposed twice, testified in Markman hearing) |
| 2007-2011 | Expert Consultant, Alston and Bird, LLC performing internal analysis for various Nokia Patents |
| 2011 | Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)* |
| 2011 | Expert witness for Flightcom Corporation, represented by Alston and Bird, LLC in *TechnoFirst S.A. v. Flightcom Corp., Civil Action No. 2:05-cv-00411-HCM-FBS (Eastern District of Virginia)* |
| 2011 | Expert consultant for Alston and Bird, LLC on behalf of Nokia in *Nokia Corporation v. Apple Inc., Civil Action No. 1:09-cv-00791-GMS (District of Delaware)* (patent analysis) |
| 2008 | Technical Consultant, Sound Innovations, Inc., White River Junction, Vermont |
| 2007-2008 | Expert witness for Oticon, LLC and Bernafon, represented by Finnegan and Henderson in *Energy Transportation Group, Inc, v. Sonic Innovations, Inc., et al, Case 1:05-cv-00422-GMS (District of Delaware)* (non-infringement expert, deposed, testified before jury) |
| 2007–2008 | Technical Consultant, Personics Labs, Boca Raton, Florida |
| 2005–2008 | Technical Consulant and Technical Advisory Board member, GTronix, Inc., Fremont, California |
| 1997–2000 | Technical Consultant, ASPI, Inc., Atlanta, Georgia |

### H. Other Professional Activities

| 2008 | Technical Consultant, Sound Innovations, Inc., White River Junction, Vermont |
| 2007–2008 | Technical Consultant, Personics Labs, Boca Raton, Florida |
| 2005–2008 | Technical Consulant and Technical Advisory Board member, GTronix, Inc., Fremont, California |
| 1998–2000 | Technical Consultant, ASPI, Inc., Atlanta, Georgia |

# V. Teaching

## A. Courses Taught

| Semester/year | Course | enrollment |
|---|---|---|
| Fall 2022 | ECE 4872- Create-X Capstone Design | 15 |
| Summer 2022 | ECE 6250- Adv Digital Signal Proc | 35 |
| Spring 2022 | ECE 6250- Adv Digital Signal Proc | 60 |
| Spring 2022 | ECE 2026- Intro to Signal Proc (advisor) | — |
| Spring 2022 | ECE 4872- Create-X Capstone Design | 15 |
| Summer 2021 | ECE 6250 - Adv Digital Signal Proc | 52 |
| Spring 2021 | ECE 4270 - Fund-Digital Signal Proc | 30 |
| Spring 2021 | ECE 4872 - Special Topics: Capstone Design 2 | 6 |
| Spring 2021 | ECE 6254 - Stat Machine Learning | 86 |
| Summer 2020 | ECE 6250 - Adv Digital Signal Proc: Advanced Digital Signal P | 9 |
| Spring 2020 | ECE 4271- DSP Applications | 36 |
| Spring 2020 | ECE 4270- Fund-Digital Signal Proc | 38 |
| Summer 2019 | ECE 3057 - Arch, Sys, Conc & Engy Comp | 20 |
| Spring 2019 | ECE 2026 - Intro Signal Processing | 95 |
| Spring 2019 | ECE 4012 - ECE Culminating Design 2 | 9 |
| Fall 2018 | ECE 4270 - Fund-Digital Signal Proc | 44 |
| Fall 2018 | ECE 6250 - Adv Digital Signal Proc | 37 |
| Summer 2018 | ECE 3077 - Prob/Stats for ECE | 26 |
| Summer 2018 | ECE 6271 - Adaptive Filtering | 33 |
| Spring 2018 | ECE 2026 - Intro Signal Processing | 98 |
| Spring 2018 | ECE 6254 - Stat Machine Learning | 132 |
| Fall 2017 | ECE 4012 - ECE Culminating Design 2 | 16 |
| Spring 2017 | ECE 2036 - Engr Software Design | 13 |
| Spring 2017 | ECE 6250 - Adv Digital Signal Proc | 13 |
| Spring 2016 | ECE 2036 - Engr Software Design | 10 |
| Spring 2016 | ECE 6271 - Adaptive Filtering | 11 |
| Fall 2016 | ECE 4270 - Fund-Digital Signal Proc | 63 |
| Fall 2016 | ECE 6273 - Pattern Recognit-Speech | 59 |

## B. Individual Student Guidance

### B.1.a. Ph.D. Students Graduated

2004 **Tyson S. Hall, Ph.D.**

Thesis: Field–Programmable Analog Arrays: A Floating–Gate Approach

Current: Professor at Southern Adventist University

2005 **Heejong Yoo, Ph.D.**

Thesis: Low–Power Audio Input Enhancements for Portable Devices

Current: IP department at Qualcomm, Inc.

2005 **Venkatesh Krishnan, Ph.D.**

Thesis: A framework for low bit-rate speech coding in noisy environments

Current: Multimedia research group at Qualcomm, Inc.

2006 **Cenk Demiroglu, Ph.D.**

Thesis: Multisensor Segmentation-based Noise Suppression for Intelligibility Improvement in MELP Coders

Current: Assistant Professor at Özyeğin University (Turkey)

2006 **Rongqiang (James) Hu, Ph.D.**

Thesis: Multi-Sensor Noise Suppression and Bandwidth Extension for Enhancement of Speech

Current: Nintendo

2007 **Sourabh Ravindran, Ph.D.**

Thesis: Physiologically Motivated Methods for Audio Pattern Classification

Current: Director, Mobile Processor Innovation Lab at Samsung

2007 **Shyam Subramanian, Ph.D.**

Thesis: Methods for Synthesis of Multiple-Input Translinear Element Networks

Current: Senior Principal Design Engineer at Cadence Design Systems

2007 **Teahyung Lee, Ph.D.**

Thesis: Algorithm-based Efficient Approaches for Motion Estimation Systems

Current: Intel Research

2009 **Nikolaos Vasiloglou, Ph.D.**

Thesis: Isometry and Convexity in Dimensionality Reduction

Current: Entreprenuer and Consultant in Machine Learning

2009 **Haw Jing (Michael) Lo, Ph.D.**

Thesis: Design of a Reusable Distributed Arithmetic Filter and its Application to the Affine Projection Algorithm

Current: Qualcomm, Inc.

2009 **Ismail Faik Baskaya, Ph.D.**

Thesis: Physical Design Automation for Large Scale Field Programmable Analog Arrays

Current: Assistant Professor at Bogaziçi University, Istanbul (Turkey)

2009 **Walter Huang, Ph.D.**

Thesis: Implementation of Adaptive Digital FIR and Reprogrammable Mixed-Signal Filters using Distributed Arithmetic

Current:   Qualcomm, Inc.

### 2009  Jungwon Lee, Ph.D.
Thesis:   Efficient Image Compression System with a CMOS Transform Imager
Current:   Senior Engineer, Samsung Electronics, Korea

### 2009  Harry (Bo) Marr, Ph.D.
Co-advisor:   Jennifer Hasler
Thesis:   Learning, Probabilistic, and Asynchronous Technologies for an Ultra Efficient Datapath
Current:   Director of Low Power Computing Group Raytheon at Raytheon, Inc.

### 2011  Brian Gestner, Ph.D.
Thesis:   Lattice Reduction for MIMO Detection: From Theoretical Analysis to Hardware Realization
Current:   Chief Technology Officer at Soneter

### 2012  Jason George, Ph.D.
Thesis:   Harnessing Resilience: Biased Voltage Overscaling for Probabilistic Signal Processing
Current:   Entrepreneur

### 2012  Leung Kin Chui, Ph.D.
Thesis:   Efficient audio signal processing for embedded systems
Current:   Design Engineer at Texas Instruments

### 2012  Jorge Marin, Ph.D.
Thesis:   Robust binaural noise-reduction strategies with binaural-hearing-aid constraints: design, analysis and practical considerations
Current:   Professor at Universidad del Quindío

### 2012  Devangi Parikh, Ph.D.
Thesis:   Improving the quality of speech in noisy environments
Current:   Biomedical Research Lab at Texas Instruments

### 2012  Varinthira Duangudom, Ph.D.
Thesis:   Computational auditory saliency
Current:   Homemaker

### 2013  Irteza Syed, Ph.D.
Thesis:   Classifiation using Residual Vector Quantization
Current:   Aero, Inc, Pakistan

### 2014  Syed Hussain Raza, Ph.D.

Thesis:   Temporally Consistent Semantic Segmentation in Videos

Current:  NVIDIA

### 2014  Nashie Sephus, Ph.D.

Thesis:   A Framework for Exploiting Modulation Spectral Features in Music Data Mining and Other Applicaitons

Current:  CTO at Partpic, Inc.

### 2015  Ryan Curtin, Ph.D.

Thesis:   Improving Dual-Tree Algorithms

Current:  relational.ai

### 2015  Chu Meh Chu, Ph.D.

Thesis:   Exploiting Temporal and Spatial Redundancies for Vector Quantization of Speech and Images

Current:  Luxoft

### 2016  Jinwoo Kang, Ph.D.

Thesis:   Face Recognition for Vehicle Personalization

### 2017  Kaitlin Fair, Ph.D.

Thesis:   A Biologically Plausible Sparse Approximation Solver on Neuromorphic Hardware

Current:  Air Force Research Lab

### 2017  Muhammad Rizwan, Ph.D.

Thesis:   Adaptation of Hybrid Deep Neural Network–Hidden Markov Model Speech Recognition System using a Sub-space Approach

Current:  Assistant Professor in Pakistan

### 2018  Nathan Parrish, Ph.D.

Thesis:   System Configuration for Proportional Control of an Assistive Technology for Patients with Cervical Spinal Cord Injuries

### 2018  Brandon Carroll

Thesis:   Characterizing Acoustic Environments with OLAF and ELSA

Current:  Georgia Tech (post-doc)

### 2018  Bradley Whitaker

Thesis:   Modifying Sparse Coding for Imbalanced Classification

Current:  Assistant Professor at Montana State University

2018 **Babafemi Odelowo**

Thesis:   Development of a Neural Network-Based Speech Enhancement System

Current:   Georgia Tech Research Institute

2019 **Md Nazmus Sahadat**

Thesis:   Design and Evaluation of a Multimodal Assistive Technology using Tongue Commands, Head Movements, and Speech Recognition for People with Tetraplegia

Current:   Starkey Corporation

2019 **Chieh-Feng Cheng**

Thesis:   Audio Classification for Small-sized and Weakly Labelled Data

2021 **Devon Janke**

Thesis:   Overcoming Process Variations and Noise in Analog Neural Networks

Current:   IBM Corporation

2021 **Lee Richert**

Thesis:   Multi-Layer Dictionary Learning Using Low-Rank Updates

Current:   Army Research Lab

2022 **You Wang**

Thesis:   Attention-based Convolutional Neural Network Model and Its Combination with Few-Shot Learning for Audio Classification

Current:   Qualcomm

2022 **Chuyao Feng**

Thesis:   Intra-Speaker Voice Quality Recognition for Voice Therapy

Current:   Pearson

2022 **Desmond Caulley**

Thesis:   Improved Automatic Analysis Methods for Lena-Obtained Audio Recordings of Children with Autism Spectrum Disorder

Current:   TQ Intelligence

2024 **Mohamad Salut**

Thesis:   Randomized Online Tensor Robust Principal Component Analysis

Current:   ProcessMiner, Inc.

2024 **Nicolas Shu**

Thesis:   Generalized Real-Time Indoor Monitoring System via Audio applied to Interaction Analysis

Current:   Lincoln Labs

### B.1.b. Ph.D. Students in Progress

2020–present  **Daniel Dicheck**. Thesis area: System Performance Analysis based on Anomaly Detection

2025–present  **Xavier Velez**. Thesis area: Biomedical Signal Processing

### B.2.a. M.S. Students Graduated (with Thesis)

2002  **Hyung K. Choi**

Thesis:  Blind Source Separation of the Audio Signals in a Real World

2003  **Paul Hultz**

Thesis:  Backward Masking in the Human Auditory System

2006  **Daniel Allred**

Thesis:  Evaluation and Comparison of Beamforming Algorithms for Microphone Array Speech Processing

2012  **Ailar Javadi**

Thesis:  Bio-inspired noise robust auditory features

2012  **Guillermo Colón**

Thesis:  Avian musing feature space analysis

2016  **Tushar Supe**

Thesis:  Super–CORDIC: Low Delay CORDIC Architectures for Computing Complex Functions

2019  **Harish K Haresamudram**

Thesis:  The Role of Representations in Human Activity Recognition

2020  **Maham Tanveer**

Thesis:  Learning Distance Metrics for High-Dimensional Data

2020  **Yufeng Yeng**

Thesis:  Speaker Recognition and Diarization

2020  **Hua Wang**

Thesis:  Noise Suppression in Speech

### B.3. Undergraduate Research Students Supervised

○ Supervised over 100 undergraduate research projects.

### B.5. Mentorship of Postdoctoral Fellows or Visiting Scholars

2018–2021  Brandon Carroll: Audio machine learning for livestock monitoring

## C. Other Teaching Activities

### Graduate Course Development

○ Human Perception and Signal Processing: Advanced Topics in Signal Processing, ECE 7252. The objective of this course is to explore human-centric applications of signal processing. Students learn about compression standards such as MPEG audio and video, perceptually relevant error measures, subjective and objective quality measures, hearing impairments and compensation, signal enhancement, and current research topics in signal processing and human perception.

### Short Course Development

○ "Digital Signal Processing for Practicing Engineers" - a 12-week on-line course delivered: February 2000, ongoing approximately twice per year.

○ "Streaming Multi-Media Production" One-day course delivered: May 2000

○ "Finite-Precision Signal Processing" Four-day course delivered: Spring 2007, Summer 2007, Spring 2009.

○ "Applications of Psychoacoustics to Signal Processing" One-day tutorial delivered: Spring 2009

# VI. Service

## A. Professional Contributions

### A.1. Society Offices, Activities, and Membership

1991–present  Senior Member IEEE (Institute of Electrical and Electronics Engineers)
Member IEEE Signal Processing Society
Member IEEE Education Society
Member IEEE Communications Society

1994–2016  Member ASA (Acoustical Society of America)

### A.2. Organization and Chairmanship of Technical Sessions, Workshops, and Conferences

2014  Treasurer, IEEE Global Conference on Signal and Information Processing (GlobalSIP)

2010  Technical Area Chair for the Asilomar Conference on Signals, Systems, and Computers

2003  Co-Chair for the NSF Symposium on Next Generation Automatic Speech Recognition

2002  Local Arrangements Chair for the DSP Workshop

2002  Local Arrangements Chair for the Signal Processing Education Workshop

2002  Special Session Co-Chair at ICASSP 2002, Orlando, FL, May 2002. Session Title: "Cooperative Analog-Digital Signal Processing"

| | |
|---|---|
| 2000 | Technical Co-Chair for Signal Processing Education Workshop |

### A.3 Other

| | |
|---|---|
| 2011–2019 | ECE Advisory Board, Rose-Hulman Institute of Technology |
| 1999–present | Reviewer for numerous journals and conference publications |
| 2020–present | Assistant Editor, Frontiers in Signal Processing |

## B. Public Community Service

| | |
|---|---|
| 2006–2015 | Judge for the Georgia FIRST Lego League State Championships robotics competition for middle school students |

## C. Institute Contributions

### C.1. Institute Service

| | |
|---|---|
| 2018–2021 | Member, Georgia Tech Institute Research Faculty Promotions Committee |
| 2018–present | Member, Georgia Tech Faculty Senate |
| 2016–present | Faculty Advisor for Eagles @ GT student club |
| 2011–2014 | Chair, Institute Faculty Status Grievance Committee, Georgia Institute of Technology |
| 2010–2016 | Member, Institute Faculty Status Grievance Committee, Georgia Institute of Technology |
| 2005–2008 | Member, Institute Graduate Committee, Georgia Institute of Technology |
| 2005-2008 | Member, Georgia Tech Faculty Senate, Georgia Institute of Technology |

### C.2. School Service

| | |
|---|---|
| 2022–present | Member, ECE Statutory Advisory Committee |
| 2020–present | Chair, ECE Graduate Committee |
| 2017–2020 | Member, ECE Graduate Student Recruiting Committee, Georgia Institute of Technology |
| 2015–present | Member, ECE Graduate Committee |
| 2020–2022 | Associate Member, ECE Statutory Advisory Committee |
| 2015–2019 | Member, ECE Statutory Advisory Committee |
| 2014–2015 | Chair, Computer Systems and Software area in Electrical and Computer Engineering, Georgia Institute of Technology |
| 2009–2014 | Member, ECE Graduate Student Recruiting Committee, Georgia Institute of Technology |
| 2006–2007 | Associate Director, Center for Research in Embedded Systems Technology |
| 2004–2007 | Associate Director over Education Outreach for the Center for Research on Embedded Systems (CREST) |

2001–2009   Member, ECE Graduate Committee, Georgia Institute of Technology

1999–2001   Member, ECE Computing Committee, Georgia Institute of Technology

# EXHIBIT 20



# The Computer Glossary

## The Complete Illustrated Dictionary
### NINTH EDITION

**A L A N   F R E E D M A N**

praise from

**PC**

CD ROM AVAILABLE

"Its score of 90% was the highest for the dictionaries we tested."

**More than 6,000 meaningful terms!** Covers computer jargon and concepts, from personal computers to mainframes. Over 1,500 new and revised entries. Plus over 175 photos and illustrations.

For beginners, power users, and systems people.

Information on the Internet, the World Wide Web, Windows, Macintosh, and UNIX, plus networking, client/server, graphics, multimedia, object-oriented programming, standards, major products, vendors, industry profiles—and more!



**MULTIMEDIA CD-ROM VERSION INSIDE!**

"The Rolls-Royce of computer dictionaries."
*—Toronto Computes*

# The Computer Glossary

The Complete Illustrated Dictionary

**Ninth Edition**

**Alan Freedman**

AMACOM
American Management Association
New York • Atlanta • Boston • Chicago • Kansas City • San Francisco • Washington, D.C.
Brussels • Toronto • Mexico City

Special discounts on bulk quantities of AMACOM books are available to corporations, professional associations, and other organizations. For details, contact Special Sales Department, AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.
Tel.: 212-903-8316. Fax: 212-903-8083.
Web Site: www.amacombooks. org

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-in-Publication Data

Freedman, Alan, 1942-
         The computer glossary : the complete illustrated
dictionary / Alan Freedman. — 9th ed.
         p. cm.
         ISBN 0-8144-7094-7 (pbk)
1.        Computers–Dictionaries.   2. Electronic data
processing–Dictionaries.   I. Title.

QA76.15.F733 2000
004'.03–dc21

                                        00-055868

© 2001, 1998, 1995, 1993, 1991, 1989, 1983, 1981
The Computer Language Company Inc.
All rights reserved.
Printed in the United States of America.

This publication may not be reproduced, stored in a retrieval system, or transmitted in whole or in part, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of AMACOM, a division of American Management Association, 1601 Broadway, New York, NY 10019.

Printing number

10 9 8 7 6 5 4 3 2 1

**Illustrations:** Peter Felperin and Alan Freedman
**Editorial/Production:** Irma Lee Morrison
**Copy Editing:** Lynn Thompson
**Publishing Software:** PageMaker 6.5
**Fonts:** Garamond, Helvetica, Courier

## A Note from the Author

The purpose of *The Computer Glossary* is to provide a meaningful definition of the most important terms in the computer industry, whether they be hardware or software products or concepts. I hope you find it helpful. If there are entries you feel should be added to the next book, please contact me by whatever method is most convenient for you. Thank you for using the *Glossary*.

**The Computer Language Company Inc.**
5521 State Park Road
Point Pleasant, PA 18950
voice: (215) 297-8082
fax: (215) 297-8424
e-mail: freedman@computerlanguage.com
Web: www.computerlanguage.com

## load

(1) To copy a program from some source, such as a disk or tape, into memory for execution.

(2) To fill up a disk with data or programs.

(3) To insert a disk or tape into a drive.

(4) In programming, to store data in a register.

(5) In performance measurement, the current use of a system as a percentage of total capacity.

(6) In electronics, the flow of current through a circuit.

## load balancing

The fine tuning of a computer system, network or disk subsystem in order to more evenly distribute the data and/or processing across available resouces. For example, in clustering, load balancing might distribute the incoming transactions evenly to all servers, or it might redirect them to the next available server.

## loaded line

A telephone line from customer to central office that uses loading coils to reduce distortion.

## loader

A program routine that copies a program into memory for execution.

## loading coil

A device used in local telephone loops (exceeding 18,000 ft.) that boosts voice-grade transmission. It often adds noise to high-speed data transmission and must be removed for such traffic.

## load module

A program in machine language form ready to run in the computer. It is the output of a link editor.

## load sharing

Sharing the workload in two or more computers.

## local area network

See LAN.

## local bus

Also called the "system bus," it is the pathway between the CPU, memory and peripheral devices. When the higher-speed VL-bus and PCI bus were introduced, they were called local buses, because they ran at the then-current speed of the local bus. Since then, local buses have gone beyond the speeds of VL-bus and PCI.

## local bypass

An interconnection between two facilities without the use of the local telephone company.

## local console

A terminal or workstation directly connected to the computer or other device that it is monitoring and controlling.



## local loop

A communications line between a customer and the telephone company's central office. See loop carrier.

Computers/Reference                                                    $29.95

**Ninth Edition**

# The Computer Glossary

### The Complete Illustrated Dictionary

## ALAN FREEDMAN

## The most respected, best-selling reference for making instant sense of all things computer—complete with 1500 new and revised terms!

"Alan Freedman's computer dictionary is probably the best on the market. It's thorough . . . and easy to understand."                    —*Houston Chronicle*

"*The Computer Glossary* is one of my favorites. . . . Freedman has enough perspective to include terminology for all kinds of computers."      —*Macworld*

### Raves for Alan Freedman's THE COMPUTER DESKTOP ENCYCLOPEDIA

"From A to Z, this is as complete a reference on computers as you can find. And unless you're a walking encyclopedia with all that data stored in your cranium, consider having this book within easy reach."                    —*Computerworld*

"Don't know the difference between a zip and a Zip? Then *The Computer Desktop Encyclopedia* belongs at the top of your reading list. At more than 1,000 pages, this massive tome is packed with valuable explanations, definitions, and illustrations designed for the novice as well as the techno-savvy PC user."                                      —*Home Office Computing*

"If you find yourself needing to know what a corona wire is, or are puzzled by some other cryptic computer term . . . whether you're new to computing or a data aficionado . . . *The Computer Desktop Encyclopedia* should be on your bookshelf."                                         —*Washington Post*

CD ROM HAS BARCODE

## AMACOM

American Management Associa
1601 Broadway
New York, NY 10019

Visit AMACOM online at
http://www.amacombooks.org


X0015VP2BB        560076
Computer Glossary: The Complete Illustrate
Dictionary (With CD—ROM)

USED

,44-7094-7

led Dictionary (Witl

ulfilled by Amazon

# EXHIBIT 21

Case 1:22-cv-01344-CJB    Document 84-2    Filed 11/10/25    Page 123 of 130 PageID #: 1002



# Academic Press
# Dictionary
# of Science and
# Technology

Edited by
Christopher Morris



**Academic Press**
Harcourt Brace Jovanovich, Publishers
San Diego   New York   Boston   London   Sydney   Tokyo   Toronto

92009335

This book is printed on acid-free paper. ∞

Copyright © 1992 by ACADEMIC PRESS, INC.

All Rights Reserved.

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage and retrieval system, without permission in writing from the publisher.

Academic Press, Inc.
1250 Sixth Avenue, San Diego, California 92101-4311

*United Kingdom Edition published by*
Academic Press Limited
24–28 Oval Road, London NW1 7DX

Library of Congress Cataloging-in-Publication Data

Academic Press dictionary of science and technology / edited by
  Christopher Morris
      p.   cm.
    ISBN 0-12-200400-0
    1. Science--Dictionaries.    2. Technology--Dictionaries.
  I. Morris, Christopher G.    II. Academic Press.    III. Title:
  Dictionary of science and technology.
  Q123.A33   1991
  503--dc20                                          90-29032
                                                         CIP

PRINTED IN THE UNITED STATES OF AMERICA
92  93  94  95  96  97    DO    9  8  7  6  5  4  3  2  1

**selective cracking**

**self-adjoint**

**selective cracking** *Chemical Engineering.* a petroleum-refinery process that re-cracks gas oil from the fractionation column separately instead of mixing it with fresh feed in order to improve gas yield.

**selective death** *Ecology.* the death of an individual caused by a genetic trait which is harmful to that individual in that environment; e.g., a brightly-colored moth that is more visible to predators in an environment influenced by air pollution.

**selective dissolution** *Materials Science.* corrosion that attacks metals along a microstructural path, usually anodic to the rest of the material, or one metal selectively in an alloy; the result is increased weakness or failure of the material.

**selective dump** *Computer Programming.* a printout of a specified area of internal storage.

**selective fading** *Telecommunications.* fading that varies at different frequencies within the same modulation envelope.

**selective filling** *Mining Engineering.* a method of filling by hand such that only clean material is loaded, dirt and stone being rejected.

**selective flotation** see DIFFERENTIAL FLOTATION.

**selective fracturing** *Petroleum Engineering.* a means of creating multiple fractures in specific reservoir zones by plugging casing perforations or isolating the zones.

**selective fusion** *Geology.* the fusion of only a part of a mixture, such as a rock.

**selective identification feature** *Electronics.* a device that receives and transmits a limited range of identification signals from an aircraft, such as friend-or-foe or ground-to-air communications.

**selective inattention** *Psychology.* **1.** the tendency of an individual to restrict or avoid awareness of anxiety-producing experiences, so that they are ignored, misinterpreted, or forgotten. **2.** the tendency of an individual to avoid or ignore information that is incompatible with his own point of view.

**selective interference** *Telecommunications.* a type of interference whose energy is consolidated into a narrow band of frequencies.

**selective jamming** *Military Science.* a procedure that impairs only one channel of an enemy's communication system by bombarding it with electromagnetic radiation.

**selective medium** *Microbiology.* a bacterial culture medium that is used to grow a particular type of organism. Also, **selective culture.**

**selective mining** *Mining Engineering.* a mining technique in which the best ore is mined, leaving only low-grade ore that cannot be extracted profitably.

**selective neutrality** *Genetics.* for a given gene, a situation in which a mutant allele and the wild-type allele confer equal fitness.

**selective species** *Ecology.* any plant species that is rarely found outside a particular community.

**selective vagotomy** *Surgery.* division of the vagal nerve fibers to the stomach with preservation of the hepatic and celiac branches.

**selective value** see ADAPTIVE VALUE.

**selectivity** *Acoustical Engineering.* a measure of the ability of a radio tuner to reject nearby channels. *Pharmacology.* the ability of a given drug to produce desired effects in relation to its adverse effects. *Toxicology.* the relative differential toxicity of a poison.

**selector** *Computer Science.* in object-oriented programming, the name of a message action. The class contains the association between the selector and the corresponding method that performs that action for objects in the class. The selector can be considered to be a generic procedure name.

**selector channel** *Computer Technology.* a type of input/output channel that is electrically connected to only a single device, such as a disk or tape drive, at a time, and performs high-speed data transfers between that device and the central processing unit.

**selector switch** see ROTARY SWITCH.

**selenate** *Chemistry.* a salt or ester of selenic acid.

**Selene** *Anatomy.* moon-shaped. (From *Selene,* the Greek goddess of the moon.)

**selenic acid** *Chemistry.* $H_2SeO_4$, a toxic white solid or crystals; soluble in water, melts at 58°C and decomposes at 260°C; a strong corrosive, resembling sulfuric acid.

**selenide** *Chemistry.* any compound of selenium with another element or radical, especially that of bivalent selenium with a positive element or group.

**selenious** *Chemistry.* containing bivalent or tetravalent selenium.

**selenious acid** *Chemistry.* $H_2SeO_3$, toxic, transparent, colorless crystals, deliquescent, soluble in water and alcohol, that decompose at a melting point of 70°C; used as an analytic reagent. Also, SELENOUS ACID.

**selenite broth** *Microbiology.* a liquid medium for the enrichment of the bacterium *Salmonella* in fecal samples; used because of the growth inhibition of many other enteric bacteria.

**selenium** *Chemistry.* a nonmetallic element having the symbol Se, the atomic number 34, and the atomic weight 78.96; an essential mineral resembling sulfur, being a constituent of the enzyme glutathione peroxidase and believed to be closely associated with vitamin E and its functions. (From the Greek name for the moon; it was associated with tellurium, which is named for the earth.)

**selenium dioxide** *Chemistry.* $SeO_2$, toxic, white or yellowish-white to slightly reddish crystalline powder or needles, soluble in water and alcohol, that sublime at 315°C and melt at 340°C; used as an oxidizing agent, antioxidant, and catalyst.

**selenium poisoning** *Toxicology.* a poisoning of livestock feeding on plants that have absorbed high levels of selenium from the soil; found especially in the north central Great Plains of the U.S., and characterized by cirrhosis of the liver, anemia, hair loss, bone erosion, and emaciation.

**selenium tRNAs** *Biochemistry.* tRNAs containing pyrimidine bases that have been modified by the covalent attachment of a selenium atom.

**seleno-** a combining form meaning "moon."

**selenocysteine** *Biochemistry.* $C_3H_7NO_2$, the selenium analogue of cysteine, present in certain proteins.

**selenodesy** *Astronomy.* the study of the moon's precise shape and gravity field.

**selenodont** *Vertebrate Zoology.* having crescent-shaped molar cusps, as in ruminants.

**selenographic coordinates** *Astronomy.* a coordinate system that locates features on the moon's surface by latitude and longitude.

**selenographic latitude** *Astronomy.* angular distance north or south of the lunar equator.

**selenographic longitude** *Astronomy.* angular distance measured westward from the prime lunar meridian.

**selenography** *Astronomy.* the study of the moon's surface and description of its topography.

**selenomethionine** *Biochemistry.* $C_5H_{11}NO_2Se$, an analogue of methionine in which selenium takes the place of sulfur; when added to proteins, it can substitute for methionine in cell-free systems.

**Selenomonas** *Bacteriology.* a genus of Gram-negative, anaerobic bacteria that exhibit flagellar motility, possess a fermentative mode of metabolism, and occur in rumen and the human oral cavity.

**selenone** *Organic Chemistry.* any of several organic selenium compounds having the general formula $R_2SeO_2$.

**selenonic acid** *Organic Chemistry.* any organic acid containing the group $-SeO_3H$; analogous to a sulfonic acid.

**Selenophoma** *Mycology.* a genus of fungi belonging to the class Coelomycetes.

**selenoproteins** *Biochemistry.* a group of proteins containing selenocysteine or selenomethionine residues; e.g., glutathione peroxidase.

**selenosis** see SELENIUM POISONING.

**selenotrope** *Engineering.* a geodetic surveying instrument that reflects the rays of the moon to distant points.

**selenous acid** see SELENIOUS ACID.

**selenoxide** *Organic Chemistry.* any of several organic selenium compounds having the general formula $R_2SeO$.

**self** *Psychology.* the totality of an individual's personal experience and expression. *Biology.* having a uniform quality or characteristic throughout, such as being one color. *Immunology.* relating to an individual's own tissue constituents.

**self-absorption** *Nucleonics.* the absorption of ionizing radiation by a material from which the radiation is emitted. *Spectroscopy.* in an emission line, a reduction in intensity near the center that results from selective absorption by the cooler parts of the radiation source. Also, self-reduction, self-reversal.

**self-actualization** *Psychology.* the full development and use of an individual's abilities and talents, satisfying his or her physical, social, intellectual, and emotional needs.

**self-adaptation** *Biology.* the innate ability of an organism to adapt in response to new conditions.

**self-adjoint** *Mathematics.* **1.** an operator on a Hilbert space or linear transformation on an inner product space is said to be self-adjoint if it is equal to its adjoint. A self-adjoint operator $S$ can be moved from one side of an inner product to the other: $(Su, v) = (u, Sv)$. Also, HERMITIAN. **2.** a subalgebra of an involutive algebra is said to be self-adjoint if it contains the adjoint of each of its elements.

# EXHIBIT 22

*Help for Network Administrators*



Server
Load
Balancing

O'REILLY®

*Tony Bourke*

### Server Load Balancing
by Tony Bourke

Copyright © 2001 O'Reilly & Associates, Inc. All rights reserved.
Printed in the United States of America.

Published by O'Reilly & Associates, Inc., 101 Morris Street, Sebastopol, CA 95472.

**Editor:** Jim Sumser

**Production Editor:** Matt Hutchinson

**Cover Designer:** Emma Colby

**Printing History:**

August 2001:          First Edition.

Nutshell Handbook, the Nutshell Handbook logo, and the O'Reilly logo are registered trademarks of O'Reilly & Associates, Inc. Alteon WebOS, Foundry ServerIron, Cisco WebNS, Cisco CSS, F5 Network's BIG-IP, and Arrowpoint are registered trademarks. Many of the designations used by manufacturers and sellers to distinguish their products are claimed as trademarks. Where those designations appear in this book, and O'Reilly & Associates, Inc. was aware of a trademark claim, the designations have been printed in caps or initial caps. The association between the image of a jacana and the topic of server load balancing is a trademark of O'Reilly & Associates, Inc.

While every precaution has been taken in the preparation of this book, the publisher assumes no responsibility for errors or omissions, or for damages resulting from the use of the information contained herein.

ISBN: 0-596-00050-2
[M]                                                                    [9/01]

Copyrighted material

*Other Technologies*

## *Firewall Load Balancing*

Firewall Load Balancing (FWLB) has been developed to overcome some of the limitations of firewall technologies. Most firewalls are CPU-based, such as a SPARC machine or an x86-based machine. Because of the processor limitations involved, the amount of throughput a firewall can handle is often limited. Processor speed, packet size, configuration, and several other metrics are all determining factors for what a firewall can do, but generally, they tend to max out at around 70 to 80 Mbps (Megabits per second) of throughput. Like SLB, FWLB allows for the implementation of several firewalls sharing the load in a manner similar to SLB. Because of the nature of the traffic, however, the configuration and technology are different. Figure 1-4 shows a common FWLB configuration.



*Figure 1-4. A common FWLB configuration*

## *Global Server Load Balancing*

Global Server Load Balancing (GSLB) has the same basic concept as SLB, but it distributes load to various locations as opposed to one location. SLB works on the

Local Area Network (LAN), while GSLB works on the Wide Area Network (WAN). There are several ways to implement GSLB, such as DNS-based and BGP-based (Border Gateway Protocol). There are two main reasons to implement GSLB, and to illustrate them we'll use an example of GLSB in action. Let's take the example of a site that has a presence in two different data centers, one in San Jose, California, and one in New York City (see Figure 1-5):

1. GSLB brings content closer to the users. With cross-country latency at around 60 ms (milliseconds) or more, it makes sense to bring the users as close to the servers as possible. For instance, it would make sense to send a user in North Carolina to a server in New York City, rather than to a server in San Jose, California.

2. GSLB provides redundancy in case any site fails. There are many reasons why an entire data-center installation can go offline, such as a fiber cut, a power outage, an equipment failure, or a meteor from outer space (as every summer New York City gets destroyed in some climactic scene in a Hollywood blockbuster). Sites choosing not to put all their eggs in one basket can use GSLB technology to divert traffic to any remaining sites in case of site failures.



*Figure 1-5. A GSLB example*

GSLB as a technology is still a work in progress, and there are limitations to both the DNS and BGP-based methods. With DNS-based GSLB the way it is, there is no guarantee that all of the West Coast users will be directed to the West Coast, or all of the East Coast users will be directed to the Easts Coast, and that everyone will be directed to another site in the event of a site-wide failure. There are also state and persistence issues with the various fail-over methods. Vendors are currently