**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | )<br>)<br>) |
| Plaintiffs, | ) C.A. No. 22-1344-CJB<br>) |
| v. | ) **JURY TRIAL DEMANDED**<br>) |
| ACRCLOUD, LTD. | )<br>) |
| Defendant. | ) |

**MOTION FOR CLAIM CONSTRUCTION**

Plaintiff, the Nielsen Company (US), LLC, ("Nielsen") requests that the Court adopt the claim construction positions of Nielsen set forth in the Joint Claim Construction Chart (D.I. 72).

Respectfully submitted,

OF COUNSEL:

POTTER ANDERSON & CORROON LLP

Steven Yovits
Constantine Koutsoubas
Douglas Lewis
Jason P. Greenhut
KELLEY DRYE & WARREN LLP
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070

Clifford Katz
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800

By: */s/ David E. Moore*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc.*

Dated: November 10, 2025
12555810 / 14944.00005