THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC, and GRACENOTE, INC., <br><br>Plaintiffs, <br><br>v. <br><br>ACRCLOUD, LTD., <br><br>Defendant. | ) ) ) ) ) ) ) C.A. No. 22-1344-CJB ) ) ) ) ) |

### DEFENDANT ACRCLOUD, LTD.'S MOTION FOR CLAIM CONSTRUCTION

Defendant ACRCloud, Ltd. ("ACRCloud") respectfully requests that the Court adopt ACRCloud's claim construction positions as set forth in the Joint Claim Construction Brief (D.I. 83).

OF COUNSEL:
Jason L. Xu
RIMÔN LAW P.C.
1990 K. Street NW, Suite 420
Washington, D.C. 20006
(202) 971-9494

Eric C. Cohen
RIMÔN LAW P.C.
4030 Wake Forest Road, Suite 300
Raleigh, NC 27609
(984) 960-2860

/s/ Andrew E. Russell
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
arussell@shawkeller.com
nhoeschen@shawkeller.com
*Attorneys for Defendant*

John Handy
RIMÔN LAW P.C.
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
(703) 659-0075

Dated: November 10, 2025