

**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com

Bindu A. Palapura
Partner
bpalapura@potteranderson.com
D 302.984.6092

December 3, 2025

**BY ELECTRONIC FILING & HAND DELIVERY**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

      Re:   *The Nielsen Company (US), LLC v. ACRCloud, Ltd.,*
              C.A. No. 22-1344-CJB

Dear Judge Burke:

      Plaintiff The Nielsen Company (US), LLC ("Plaintiff") and Defendant ACRCloud, Ltd. ("Defendant") respectfully submit this joint letter in response to the Court's Oral Order dated November 12, 2025 (D.I. 87).

      The parties met and conferred by video conference on November 20, 2025 for one hour and six minutes. Nielsen was represented by Steven Yovits, Douglas Lewis, Jason Greenhut, Malisa Dang, and Bindu Palapura. ACRCloud was represented by Jason Xu, Andrew Russell, and John Handy. During the meet and confer, the parties discussed each remaining dispute and attempted to reach agreement or to further focus the dispute. The parties held a second meet and confer on November 24, 2025 but were ultimately unable to reach agreement or further narrow any dispute. Per the Court's November 12, 2025 Order, the parties believe that submission of an amended joint claim construction chart is therefore unnecessary.

      A list of the parties' remaining disputes about the construction each term remaining to be argued is provided below:

The Honorable Christopher J. Burke
December 3, 2025
Page 2

| Term | Dispute |
|---|---|
| A method to enhance rendering of a content item, the method comprising ('503 Patent Claim 1)<br><br>A server system to facilitate enhanced rendering of a content item, the system comprising ('503 Patent Claim 12)<br><br>A method to enhance rendering of a content item, the method comprising ('503 Patent Claim 23) | Whether the phrase "enhance rendering" in the preambles of claims 1, 12, and 23 is limiting. The parties agree that "content item" in the preambles is limiting. |
| an output device, coupled to the correlator server, for generating output signaling user exposure to the identified reference media item ('823 Patent Claim 6) | Whether the term "output device" is subject to interpretation under pre-AIA 35 U.S.C. § 112 ¶6, and if not, what construction (if any) should be adopted. |
| a stream collection server selector, for selecting, based on at least one of load and geographic proximity to the client device, one of the plurality of data signature stream collection servers to receive the representation of at least one target media item ('823 Patent Claim 6) | Whether the term "stream collection server selector" is subject to interpretation under pre-AIA 35 U.S.C. § 112 ¶6, and if not, what construction (if any) should be adopted. |
| load ('823 Patent Claim 6) | Whether the term "load" should be construed in the context of the full phrase "selecting, based on… load," and whether "load" should be construed:<br><br>• as "prior requests sent to the plurality of data signature stream collection servers" as proposed by Nielsen;<br>• as "work performed and resources used by the server as a percentage of total capacity", as proposed by ACRCloud;<br>• in accordance with Nielsen's proposed compromise discussed during the two meet and confers, which is the combination of both Nielsen's proposal and ACRCloud's proposal: "(1) work performed and |

The Honorable Christopher J. Burke
December 3, 2025
Page 3

|  | resources used by the server as a percentage of total capacity; or (2) distribution of prior requests sent to the plurality of data signature stream collection servers". |
|---|---|

Respectfully,

*/s/ Bindu A. Palapura*

Bindu A. Palapura

BAP:rms/12584942/14944.00005

cc:   Counsel of Record (via electronic mail)