# SHAW KELLER LLP

Andrew E. Russell
I.M. Pei Building
1105 N. Market St., 12th Floor
Wilmington, DE 19801
(302) 298-0704
arussell@shawkeller.com

December 9, 2025

**BY CM/ECF & HAND DELIVERY**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

Re:   *The Nielsen Company (US), LLC, et al., v. ACRCloud, Ltd.*, C.A. No. 22-1344-CJB

Dear Judge Burke,

    Counsel for defendant ACRCloud, Ltd. ("ACRCloud") writes in advance of Thursday's claim construction hearing to alert the Court that, as part of its argument regarding whether the preambles are limiting, ACRCloud plans to cite a portion of the '503 patent specification that was not specifically mentioned in the Joint Claim Construction Brief (D.I. 83).

    Specifically, at pages 8-9 of the brief, ACRCloud argued that the preambles are limiting because they recite an intentional purpose for which the methods must be performed, citing the portion of the specification at 2:13-15. ACRCloud plans to note at the hearing that the portion at column 2:28-50 likewise supports this argument.

    ACRCloud believes the portion of the specification at 2:28-50 can be fairly said to relate to the argument it presented in the briefing at pages 8-9. ACRCloud disclosed its intention to cite this portion of the specification to Nielsen on Monday December 8, 2025, and understands that Nielsen disagrees that this portion of the specification relates to ACRCloud's argument as set forth in the briefing.

                                             Respectfully submitted,

                                             */s/ Andrew E. Russell*

                                             Andrew E. Russell (No. 5382)

cc:   Clerk of Court (by CM/ECF & Hand Delivery)
       All Counsel of Record (by CM/ECF & Email)