**Potter Anderson & Corroon LLP**
1313 N. Market Street, 6th Floor
Wilmington, DE 19801-6108
302.984.6000
potteranderson.com



David E. Moore
Partner
dmoore@potteranderson.com
D 302.984.6147

December 9, 2025

**VIA ELECTRONIC FILING**
The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3556

   Re: *The Nielsen Company (US), LLC v. ACRCloud, Ltd.*,
     C.A. No. 22-1344-CJB

Dear Judge Burke:

  Today, ACRCloud filed a letter (D.I. 90) indicating its intention to raise a new citation to the specification of the '503 patent (*i.e.,* a citation that does not appear in any of TVision's briefs) at the upcoming *Markman* hearing. ACRCloud argues that the new citation "can be fairly said to relate to the argument it presented in" its briefing. Nielsen disagrees. ACRCloud's prior specification citation related to a discussion of the prior art. ACRCloud's proposed new citation does not. Nielsen will be prepared to discuss in further detail its opposition to ACRCloud's effort to rely on the new citation at the upcoming hearing.

  Similarly, TVision's surreply (D.I. 83 at 15-16) raised two new arguments in the section that contends the preamble of the '503 patent is limiting. In addition to the cases cited in the parties' briefs, Nielsen intends to cite and discuss the cases listed below at the hearing as part of its response to ACRCloud's new arguments.

- *Fraunhofer-Gesellschaft Zur Forderung der Angewandten Forschung E.V. v. Sirius XM Radio Inc.*, C.A. No. 17-184, 2020 WL 1969508, at *9 (D. Del. Apr. 24, 2020)
- *Genentech, Inc. v. Amgen Inc.*, C.A. No. 17-1407- CFC, 2019 WL 2502932, at *10 (D. Del. June 17, 2019)
- *Hilti Aktiengesellschaft v. Specified Techs. Inc.*, C.A. No. 22-1383-CJB, 2024 WL 2111985 (D. Del. May 10, 2024)
- *Viatech Techs., Inc. v. Microsoft Corp.*, C.A. No. 14-1226-RGA, 2016 WL 3398025, *14 (D. Del. June 14, 2016)

The Honorable Christopher J. Burke
December 9, 2025
Page 2

      Nielsen notified ACRCloud of Nielsen's intention to rely upon the foregoing cases at the upcoming hearing.

                                                                            Respectfully,

                                                                         */s/ David E. Moore*

                                                                         David E. Moore

DEM:rms/12597908/14944.00005

cc:      Counsel of Record (via electronic mail)