**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. ) ) ) | |
| Plaintiffs, ) | C.A. No. 22-1344-CJB |
| ) v. ) | **JURY TRIAL DEMANDED** |
| ) ACRCLOUD, LTD. ) ) | |
| Defendant. ) | |

**MOTION AND ORDER
GRANTING LIMITED EXEMPTION FROM THE STANDING ORDER
REGARDING PERSONAL ELECTRONIC DEVICES**

Plaintiffs The Nielsen Company (US), LLC and Gracenote, Inc respectfully request an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following individual may bring his personal electronic devices to the December 11, 2025 Markman hearing in this matter: Ryan Knecht.

Mr. Knecht of Core Legal will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

                                                    Respectfully submitted,

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Steven Yovits | By: */s/ David E. Moore* |
| Constantine Koutsoubas |     David E. Moore (#3983) |
| Douglas Lewis |     Bindu A. Palapura (#5370) |
| Jason P. Greenhut |     Hercules Plaza, 6th Floor |
| KELLEY DRYE & WARREN LLP |     1313 N. Market Street |
| 333 West Wacker Drive |     Wilmington, DE 19801 |
| Chicago, IL 60606 |     Tel: (302) 984-6000 |
| Tel: (312) 857-7070 |     dmoore@potteranderson.com |
| |     bpalapura@potteranderson.com |
| Clifford Katz | |
| KELLEY DRYE & WARREN LLP | *Attorneys for Plaintiffs The Nielsen Company* |
| 3 World Trade Center | *(US), LLC and Gracenote, Inc.* |
| 175 Greenwich Street | |
| New York, NY 10007 | |
| Tel: (212) 808-7800 | |

Dated: December 1, 2025
12581498 / 14944.00005

    IT IS SO ORDERED this 10th day of   December   , 2025.

                                                  */s/ Christopher J. Burke*
                                                  MAGISTRATE JUDGE