### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| THE NIELSEN COMPANY (US), LLC; and GRACENOTE, INC. | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 22-1344-CJB |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| ACRCLOUD, LTD. | ) ) ) | |
| Defendant. | ) | |

### <u>NOTICE OF SERVICE</u>

The undersigned counsel hereby certifies that a true and correct copy of the following

document was caused to be served on March 10, 2026, upon the following attorneys of record as

indicated below:

NOTICE OF SUBPOENAS TO VVMS, INC. (A PENNSYLVANIA CORPORATION)

### <u>VIA ELECTRONIC MAIL</u>

Andrew E. Russell
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
arussell@shawkeller.com
nhoeschen@shawkeller.com

Eric Cohen
RIMÔN LAW P.C.
4030 Wake Forest Road
Suite 300
Raleigh, NC 27609
eric.cohen@rimonlaw.com

Jason Xu
RIMON LAW P.C.
1990 K. Street, NW, Suite 420
Washington, DC 20006
jason.xu@rimonlaw.com

John Handy
RIMÔN LAW P.C.
1765 Greensboro Station Place Tower I
Suite 900
McLean, VA 22102
John.handy@rimonlaw.com

Respectfully submitted,

OF COUNSEL:                                           POTTER ANDERSON & CORROON LLP

Steven Yovits                                         By:  */s/ David E. Moore*
Constantine Koutsoubas                                     David E. Moore (#3983)
Douglas Lewis                                              Bindu A. Palapura (#5370)
Jason P. Greenhut                                         Hercules Plaza, 6th Floor
KELLEY DRYE & WARREN LLP                                   1313 N. Market Street
333 West Wacker Drive                                      Wilmington, DE  19801
Chicago, IL 60606                                          Tel:  (302) 984-6000
Tel:  (312) 857-7070                                       dmoore@potteranderson.com
                                                           bpalapura@potteranderson.com

Clifford Katz
KELLEY DRYE & WARREN LLP                               *Attorneys for Plaintiffs The Nielsen Company*
3 World Trade Center                                  *(US), LLC and Gracenote, Inc.*
175 Greenwich Street
New York, NY 10007
Tel:  (212) 808-7800

Dated: March 10, 2026
12818042/ 14944.00005

2